**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Global Benefits Group, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-3842750 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 902 Carnegie Center Drive <br> Suite 100 <br> Princeton, NJ 08540 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Mercer <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.gbg.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    Global Benefits Group, Inc.                                          Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor   Global Benefits Group, Inc.                                    Case number (if known) _____
         Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | See Attachment | Relationship | |
| District | _____ | When | Case number, if known |

**11.  Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | | ☐ $1,000,000,001 - $10 billion |

Debtor    Global Benefits Group, Inc.                                    Case number (*if known*) _____
          Name

☐ $100,001 - $500,000          ☐ $10,000,001 - $50  million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $50,000,001 - $100 million      ☐ More than $50 billion
                               ☐ $100,000,001 - $500 million

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 18, 2024
          MM / DD / YYYY

**X** /s/ Howard Ehrlich              Howard Ehrlich
Signature of authorized representative of debtor      Printed name

Title    Authorized Officer

---

**18. Signature of attorney**

**X** /s/ S. Jason Teele         Date June 18, 2024
Signature of attorney for debtor            MM / DD / YYYY

S. Jason Teele 014012001
Printed name

Sills Cummis & Gross P.C.
Firm name

One Riverfront Plaza
Newark, NJ 07102
Number, Street, City, State & ZIP Code

Contact phone    (973) 643-4779     Email address    steele@sillscummis.com

014012001 NJ
Bar number and State

Debtor   Global Benefits Group, Inc.
Name
Case number (*if known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (*if known*) _____   Chapter   11

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | GBG Holding Incorporated | Relationship to you | |
| District | D.N.J. | When | Case number, if known | |
| Debtor | International Claims Services, Inc. | Relationship to you | |
| District | D.N.J. | When | Case number, if known | |

**WRITTEN CONSENT IN LIEU OF MEETING OF THE BOARD OF DIRECTORS OF
GLOBAL BENEFITS GROUP, INC.**

The undersigned, being all of the directors of the Board of Directors (the "Board") of
Global Benefits Group, Inc., a Delaware corporation (the "Corporation hereby consents to the
following actions and adopts the following resolutions as of June 13, 2024:

**WHEREAS**, the Company, operating in conjunction with its affiliates and subsidiaries,
is a leading global insurance service company servicing health, life, disability, and travel
insurance for a client base that spans multinational corporations, expatriates, international
students, high net-worth individuals, international schools, and non-profit organizations;

**WHEREAS**, the Board has reviewed and considered the liabilities and liquidity of the
Company, the strategic alternatives available to it, the valuation of the Company and its
affiliates, and the impact of the foregoing on the Company's business;

**WHEREAS**, the Board has had the opportunity to consult with the management and the
financial and legal advisors to the Company and fully consider each of the strategic alternatives
available to the Company; and

**WHEREAS**, the Board deems it advisable and in the best interest of the Company and its
creditors, interest holders, and other parties in interest, to consent to and adopt, in the name and
on behalf of the Company, the resolutions set forth below.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that Howard Ehrlich and any officers of the Company so designated by
Howard Ehrlich, acting alone or with one or more other officers of the Company (individually,
each an "**Authorized Officer**" and collectively, the "**Authorized Officers**"), are hereby
authorized and empowered, in the name and on behalf of the Company, with the assistance of
the Company's counsel, accountants and advisers, to (i) prepare, execute and file with the
appropriate court a petition under chapter 11 of title 11 of the United States Code (the
"**Bankruptcy Code**"); and (ii) take such other and further actions and steps as the Authorized
Officers may deem necessary, appropriate or advisable to obtain for the Company any and all
relief to which they are or may be entitled under chapter 11 of the Bankruptcy Code; and be it
further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is,
hereby authorized to execute and file on behalf of the Company all petitions, schedules, lists, and
other motions, papers, or documents, and to take any and all actions that they deem necessary or
proper to obtain relief under the Bankruptcy Code, including, without limitation, any action
necessary to maintain the ordinary course operation of the Company's business; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is,
hereby authorized and directed to retain and employ, in the name and on behalf of the Company,
the law firm of Sills Cummis & Gross P.C. as legal counsel to the Company, to represent and

assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights under the Bankruptcy Code or otherwise; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Sills Cummis & Gross P.C.; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and directed to employ, in the name and on behalf of the Company,  and Getzler Henrich & Associates LLC as financial advisor to the Company, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of and Getzler Henrich & Associates LLC; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and directed to employ, in the name and on behalf of the Company, Omni Agent Solutions to provide claims, noticing, balloting and case administration services to the Company, to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Omni Agent Solutions; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and empowered to employ, in the name and on behalf of the Company, any other professionals to represent and assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and be it further

**RESOLVED**, that in connection with the Chapter 11 Case, the Authorized Officers are, and any one of them acting alone is, hereby authorized and empowered to execute agreements or other documents establishing procedures for the sale of some, all or substantially all  assets of the Company pursuant to Section 363 of the Bankruptcy Code or any other equity or asset sale, subject to the approval of such procedures by the Bankruptcy Court in the Chapter 11 Case (the "**Sale Procedures**"), on such terms and conditions as are deemed necessary or advisable by any Authorized Officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval and determination; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized and empowered to execute, deliver and perform any agreement, document or any amendment to the foregoing, in the name and on behalf of the Company, in connection with

any transaction for the sale of all or substantially all assets of the Company, on such terms as the Authorized Officers deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and be it further

**RESOLVED**, that the Authorized Officers are, and any one of them acting alone is, hereby authorized, empowered and directed, in the name and on behalf of the Company, to take such additional actions, to perform all acts and deeds, and to execute, ratify, certify, deliver, file and record such additional agreements, notices, certificates, instruments, applications, payments, letters and documents as any of them may deem necessary or appropriate to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Company as such Authorized Offices, and any of them, may deem necessary or appropriate in connection with the Sale Procedures, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof, and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer in the name and on behalf of the Company in furtherance of any or all of the foregoing resolutions be, and the same hereby are, ratified, confirmed and approved in all respects; and be it further

**RESOLVED**, that this written consent may be executed (a) in any number of counterparts, each of which shall be an original, but all of which together shall constitute one and the same written consent, notwithstanding that the undersigned are not signatories to the original or to the same counterpart and (b) via (i) facsimile transmission or (ii) other electronic transmission which provides an accurate copy of this written consent (collectively, the "**Electronic Copy**"), which such Electronic Copy shall be deemed an original.

**IN WITNESS WHEREOF,** the undersigned has duly executed and delivered this Written Consent as of the date first written above.

**SHELDON KENTON**

 _/s/ Sheldon Kenton_____

**KENNETH A. ROSEN**

 _/s/ Kenneth A. Rosen_____

**Fill in this information to identify the case:**

Debtor name    Global Benefits Group, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration    List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 18, 2024          X /s/ Howard Ehrlich
                                        Signature of individual signing on behalf of debtor

                                        Howard Ehrlich
                                        Printed name

                                        Authorized Officer
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name  Global Benefits Group, Inc.

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| American Express P.O. Box 981531 El Paso El Paso, TX 79998-1531 | | AP/Vendor | | | | $898,932.57 |
| AXIS Specialty Europe SE Mount Herbert Court, 34 Upper Mount Stre Dublin, DO2 FT72 Ireland | | AP/Vendor | Contingent Disputed | | | $560,000.00 |
| BRIT Syndicate 2987 at Lloyds The Lloyd's Broker: Iris Insurance Broke 7th Floor London,  EC3R 7LP UNITED KINGDOM | | AP/Vendor | | | | $642,024.00 |
| Bumrungrad Medical Center Ltd. 33 Sukhumvit Soi 3Wattana Bangkok Bangkok, 10110 THAILAND | | Provider | Contingent Disputed | | | $456,589.18 |
| CLINICA EL AVILA 6ta Transversal de, Av. San Juan Bosco, Caracas, 1060 VENEZUELA | | Provider | Contingent Disputed | | | $121,159.15 |
| Hilton Management, LLC (RENT ) 902 Carnegie Center Suite # 400 Princeton, NJ 08540 | | AP/Vendor | | | | $127,271.00 |

Debtor   Global Benefits Group, Inc.                                    Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kyriba Corp 4435 Eastgate Mall #200 SanDiego, CA 92121 | | AP/Vendor | | | | $72,610.93 |
| Med Net Pro Sociedad Anonima Obarrio, Avenida Ricardo Arango y Calle Panama Panama | | AP/Vendor | Contingent Disputed | | | $3,045,163.98 |
| Menchlikait Investments LLC 150 2nd Ave. STE 1401 Miami, FL 33131 | | Broker | | | | $544,588.05 |
| NEWYORK PRESBYTERIAN HOS PO BOX 6154 New York, NY 10249 | | Provider | Contingent Disputed | | | $95,745.96 |
| Now Health International Limited Unit OT 19-37 Level 19, Central Park Off P.O Box 482055 Dubai UNITED ARAB EMIRATES | | Broker | | | | $94,669.00 |
| OPERADORA DE HOSPITALES ANGELES S A DE C CAMINO A SANTA TERESA NO 1055 MEXICO, 10700 MEXICO | | Provider | Contingent Disputed | | | $70,879.13 |
| OPERADORA DE HOSPITALES ANGELES S A DE C Av. Camino a Santa Teresa No. 1055, Piso 14 H roes de Padierna, La Magdalena Ciudad de M xico, CDMX 10700 MEXICO | | Provider | Contingent Disputed | | | $98,490.75 |
| PHARMCARE SERVICES 2750 SW 145th Ave, Ste 304 Miramar, FL 33027 | | Provider | Contingent Disputed | | | $127,143.78 |

Debtor  Global Benefits Group, Inc. _____     Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| POLICLINICA METROPOLITANA, C.A. Calle A-1, Edif. Policlinica Metropolita Caracas, 1061 VENEZUELA | | Provider | Contingent Disputed | | | $122,863.38 |
| Towne Centre Office Partners LLC 2766 Sand Hill Road Suite 200 Menlo Park, CA 94025 | | AP/Vendor | | | | $139,038.00 |
| UMHC. Po Box 402005 Atlanta, GA 30384 | | Provider | Contingent Disputed | | | $85,420.82 |
| Vantiv 8500 Governors Hill Drive Symmes Township, OH 45249-1384 | | AP/Vendor | | | | $828,644.15 |
| VAYAC SAPI SA DE CV (VFARMA) CALLE JIMENEZ 465, COL. CENTRO, MONTERREY, NUEVO LEON 66200 MEXICO | | Provider | Contingent Disputed | | | $98,613.22 |
| Zhibao Technology (Shanghai) Co., Ltd. Room 2104 No.868 Yinghua Road Pudong New Shanghai, 200120 CHINA | | AP/Vendor | Contingent Disputed | | | $400,000.00 |

**Fill in this information to identify the case:**

Debtor name    Global Benefits Group, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................................    $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................    $ 1,927,677.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................    $ 1,927,677.00

---

**Part 2:**    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ 104,158.96

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$ 11,877,285.66

4.    **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b    $ 11,981,444.62

| Fill in this information to identify the case: |
| --- |

Debtor name    Global Benefits Group, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** LCA Bank Corporation<br>Creditor's Name<br>1441 W. Ute Blvd.<br>Ste., 250,<br>Park City, UT 84098<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>Equipment Lessor<br><br>**Describe the lien** | $52,079.48 | $0.00 |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| **2.2** Mitsubshi Financial /<br>Hitachi Capital Co<br>Creditor's Name<br>7808 Creekridge<br>Circle, Suite 250,<br>Edina, MN 55439<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>Equipment Lessor<br><br>**Describe the lien** | $52,079.48 | $0.00 |
| --- | --- | --- | --- |
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor    Global Benefits Group, Inc.                                         Case number (if known) _____
          Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $104,158.96 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    Global Benefits Group, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>1000 Waterford Operating LP<br>730 Third Avenue<br>New York, NY 10017<br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** AP/Vendor<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $66,493.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>3rd Park Hospital<br>Park Medical Centre, 3rd Parklands Ave<br>9th floor, 100<br>Nairobi<br>KENYA<br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Provider<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $2,764.14 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>4i Kat. Insurance Brokers Ltd<br>3 Dimitri Liperti<br>P.O.Box 47508 Athienou<br>Larnaka<br>CYPRUS<br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Broker<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $32,256.80 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Abelardo Jose Esaa Gonzalez<br>Urb Terrazas del Avila Calle 3 Res<br>El Tu<br>apto 11-C<br>Caracas, Estado Miranda 1073<br>VENEZUELA<br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Broker<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $4,024.65 |

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|--------|------------------------------|------------------------|---|
| | Name | | |

---

**3.5**

**Nonpriority creditor's name and mailing address**
ABMIX SOLUCOES EM SEGUROS LTDA
Rua Padre Adelino, 2074
Sala 22
Tatuape, Sao Paulo 03303-000
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$141.38

---

**3.6**

**Nonpriority creditor's name and mailing address**
Abrahan Ricardo Pfeffer Almeida
Centro Empresarial Don Bosco, Ofc.
Ofc.
Los Cortijos de Lourdes
Caracas, 1071
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$138.56

---

**3.7**

**Nonpriority creditor's name and mailing address**
AC Lock & Key Corp.
6141 SW 8th Street
Miami, FL 33144

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8**

**Nonpriority creditor's name and mailing address**
Academic Assembly, Inc
290 South Shore Drive
Wurtsboro, New York 12790-0000

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$32.88

---

**3.9**

**Nonpriority creditor's name and mailing address**
Academic Health Plans Terry Lyons
1452 Hughes Rd, Suite 350
Grapevine, TX 76051

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$51.32

---

**3.10**

**Nonpriority creditor's name and mailing address**
Access One Insurance, LLC Victor
Garcia
1900 Palm Bay Road NE Suite B
Palm Bay, FL 32905

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
AccusourceHR
P.O. Box 844445
Los Angeles, CA 90084-4445

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   Global Benefits Group, Inc.                                    Case number (if known) _____
        Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.07 |
|---|---|---|---|

ACMENXT Ltda
Palm Grove House PO Box 438 Road
Town
Tortola, VG1110
BRITISH VIRGIN ISLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,376.00 |
|---|---|---|---|

ACS Primary Care Physicians
PO Box 635003
Cincinnati, OH 45263-5003

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,331.54 |
|---|---|---|---|

Act-On Software, Inc (Erin Wallace)
121 SW Morrison Street Suite 1600
Portland, OR 97207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Adam Ressner
5021 Winding View Lane
Raleigh, NC 27615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $99.62 |
|---|---|---|---|

Adiutum S.A.
Canelones 1090
Montevideo, Montevideo 11.111
URUGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,724.18 |
|---|---|---|---|

Adolfo Vilanova
Avenida Mohedano entre Calle Los
Granado
Caracas, 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,272.44 |
|---|---|---|---|

Adrian Sekkel
Felix Berenguer # 125 3er Piso Of
6Lomas
Mexico City , CDMX 11000
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**

Adriana De Alvarenga Netto Martins
Ritter House 5th Floor PO Box 3200
Road
Tortola, VG1110
BRITISH VIRGIN ISLANDS

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$1,336.73

---

**3.20**

**Nonpriority creditor's name and mailing address**

Adriana Uma a
Cre Leste #700-61
Apt #401
Bogota, 11010
COLOMBIA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$579.46

---

**3.21**

**Nonpriority creditor's name and mailing address**

Adriana Ximena Luque Quintero
Av. Venezuela, El Llanito,
Piso 1, Apto 2
Caracas, 1010
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$83.94

---

**3.22**

**Nonpriority creditor's name and mailing address**

ADVANCED MEDICAL VISION
7500 NW 25th St
Miami, FL 33122

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

$690.00

---

**3.23**

**Nonpriority creditor's name and mailing address**

Advanced Networks & Cabling
Services
18921 77th Ct
Hialeah, FL 33015

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.24**

**Nonpriority creditor's name and mailing address**

Adventist Health Hospital
40 Stubbs Rd
Happy Valley
HONG KONG

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

$127.72

---

**3.25**

**Nonpriority creditor's name and mailing address**

AER Medical LLC dba Borealis Heart
1200 Airport Heights Dr STE 200
Anchorage, AK 99508

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

$241.00

---

Debtor    Global Benefits Group, Inc. _____    Case number (if known) _____
    Name

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $143.00 |
|---|---|---|---|

AG Gatti Consultoria
Rua Rodolfo Troppmair 49
Sao Paulo, S?o Paulo 04001-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.68 |
|---|---|---|---|

Agencia Benefits
Av. Delicias, Calle 89B,
Torre Empresarial, Piso 2
Caracas, 1010
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $54.72 |
|---|---|---|---|

Aileen De La Milagrosa Olivo Ludert
Urb. Manongo Conjunto Residencial
Sta. T
Apto 2-4-D
Caracas, Carabobo 1010
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3.78 |
|---|---|---|---|

Aimdar Advisory Group Inc
555 Madison Ave 5th Floor
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Aizhan Askarbayeva
279 Lake St, Apt. 1B
Brooklyn, NY 11223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Alan Shulman
28 Meer Dr.
Feasterville Trevose, PA 19053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Albert Cheng
127 Yellow Iris
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc._____    Case number (if known) _____
       Name

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $112.39 |
|---|---|---|---|

Alberto Jose Alcala Reyes
Calle Panama, Quinta Otro Dia,
Colinas Acacias, 1010
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57.15 |
|---|---|---|---|

Alberto Sisniega Enriquez
25511 Budde Rd
Suite 1802
Spring, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Aldo Black
90 SW 3rd Street, Apt 3411
Miami, FL 33130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $58.83 |
|---|---|---|---|

Alef Group Inc.
Marbella, 54th East Street #34
Panama City
PANAMA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38.10 |
|---|---|---|---|

Alejandra Nahas Sanchez
Av. Ricardo Margain # 444, San
Pedro Gar
Nuevo Leon, 66266
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $133.59 |
|---|---|---|---|

Alejandro Daniel Mejias Sarmiento
Avenida Circunvalacion del sol,
Calle ve
Piso2 Apt 2-C Santa Paula
Caracas, 1010
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,818.00 |
|---|---|---|---|

Alejandro Marquez
Calle 90 #130
bogota, 10221
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.00 |
|---|---|---|---|

Alejandro Morillo Fiorillo
Calle La Guarita Edif Los Frailes
Piso 1 Ofic 101
Caracas, 1061
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7.78 |
|---|---|---|---|

Alejandro Vega Rodriguez
Carrera 54D, No. 134-51,
Torre 2, Apto. 1103, Haci
bogota, Bogot  D.C., 111111
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $881.06 |
|---|---|---|---|

Alejo Fortique Schmidke
Quinta Prisma, Calle Genesis,
Urb. Santa Paula
Caracas, 1061
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Alessandra Angelo
22592 Sea Bass Drive
Boca Raton, FL 33428

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,131.32 |
|---|---|---|---|

Alessandro Wassilieff
Rua Gal. Severiano, 180
Apt # 1010
Botagofo, Rio de Janeiro 22290-040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Alex Ditch
1022 Chamblee Court
West Chester, PA 19380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Alex Perez
8100 SW 205th Street
Cutler Bay, FL 33189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  __Global Benefits Group, Inc._____  Case number (if known) _____
        Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Alexander Flores
9601 SW 142nd Avenue #702
Miami, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $59.01 |

Alexander Gerardo Murrillo Gamboa
Santa Ana, 125 metros norte de la,
cruz roja Centro Commercial
Terraflas lo
San Jose, 10901
COSTA RICA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $118.26 |

Alexander Ospina Rubio
Carrera 43b#62 sur-09
Suite 202
Sabaneta, Antioquia 901824
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44.65 |

Alexander Scott Allen
1227 Park Lane
West Palm Beach, FL 33417

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Alexandra Bermudez
9101 SW 1221nd Avenue, Apt 203
Miami, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $90.38 |

Alfredo Willson - United Financial
Consu
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67.67 |

Alice Cesareti
Rua Cerro Cor , 585
Torre I - Cj 310
Sao Paulo, Sao Paulo 05061-150
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Global Benefits Group, Inc.
_____          Case number (if known) _____
         Name

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $55.38 |
|---|---|---|---|

Alicia Del Valle Duben Villarroel
Avenida Paez, Sector La Montana,
Conjunt
Piso 8, Apartamento 8-C, El
Caracas Capital District, 1020
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,788.41 |
|---|---|---|---|

Alicia Veronica Cabanas
Colonia General Manuel Arce. Av.
Indepen
San Salvador, San Salvador 1101
EL SALVADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Alicia Vizcaino
13182 SW 9th Lane
Miami, FL 33184

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Aline Cairo
8109 NW 48th Terrace
Doral, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $120.89 |
|---|---|---|---|

Allan Habif Kleiman
Via Villa Florence #18-802 V
illa Florence Jesus Del Monte
Mexico City,   CDMX 52763
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Allegis Group Holdings Inc.
PO Box 198568
Atlanta, GA 30384-8568

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $869.51 |
|---|---|---|---|

Alliance International Advisors
Av. Francisco de Miranda, Edificio
Caven
Piso Los Palos Grandes
Caracas Capital District, 1050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.                                    Case number (if known) _____
         Name

| | | | |
|---|---|---|---|

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,553.89**

Alliance Marketing Group, Inc
Turquesa #2100 Suite 103 Bucare
Guaynabo, PR 00969

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,553.89**

Alliance Marketing Group, Inc
Turquesa #2100 Suite 103 Bucare
Guaynabo, PR 00969

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,575.00**

Allied Universal Compliance and
Investig
P.O. Box 749411
Atlanta, GA 30374-9411

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Alliedbankers Insurance Corporation
17/F Federal Tower Building
Dasmarinas S
Manila, Metro Manila 1225
PHILIPPINES

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Allyson Mena
8642 Claridge Drive
Miramar, FL 33025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$462.46**

Alpha International Insurance
Broker AG
Meierhofstrasse 2 PO Box 1604
Principality of Liechtenstein,
Vaduz 949
AUSTRIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$121.76**

Alta Vista Operations Inc
Road Town Tortola
Tortola, VG1110
BVI

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,541.79

Alvaro Augusto Sanchez Masson
Rus Marques de Itu, 79
Apto 141
Sao Paulo, S?o Paulo 01223-011
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,395.11

Alvaro Cesar Almaral
Los Chorros, Av. El Rosario, Urb.
La Est
Caracas, Miranda 1071
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,760.28

Alvaro Sucre G.
Calle A Qta. 1 Urb. Santa Marta
Caracas, Miranda 1071
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17.73

Alvaro Torres
13551 S.W. 199 Terr
Miami, FL 33177

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Alviarez Financial and Insurance
Service
14328 SW 10 ST
Pembroke Pines, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $262.61

AM Global Agency
Av. Francisco de Miranda, Edificio
Caven
Piso Los Palos Grandes
Caracas Capital District, 1050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48.48

AM Global Group Corp
Calle La Guairita, Edif. Los
Frailes,
Piso 1 Ofic. 101
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.                                    Case number (if known)
_____
Name

| | | |
|---|---|---|
| **3.75** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| | Amanda Clendenen<br>14913 Salamander Place<br>Tampa, FL 33625 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** For notice purposes only |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $88.34 |
| | Amanda Cruz Gonzalez<br>Diagonal 23 C Bis No. 88B-10<br>Interior 15<br>Apto. 504<br>Bogota, 110110<br>COLOMBIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $0.00 |
| | Amelia Fernandez<br>8642 Claridge Drive<br>Miramar, FL 33025 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** For notice purposes only |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $1,043.00 |
| | Amelys Janett Morales De Izquierdo<br>Av. Paseo Caroni, Conjunto<br>Residencial L<br>Puerto Ordaz, Bolivar 8050<br>VENEZUELA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $694.45 |
| | American Advisors<br>20281 E Country Club Dr<br>Apt 912<br>aventura, 3180<br>VENEZUELA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $790.00 |
| | AMERICAN BIO SERVICES C.O (AMBIOS)<br>8421 S ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32809 | ■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** Provider |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $898,932.57 |
| | American Express<br>P.O. Box 981531 El Paso<br>El Paso, TX 79998-1531 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** AP/Vendor |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | **Nonpriority creditor's name and mailing address**
American Hospital Directory
166 Thieman Lane
Louisville, KY 40207

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**
American International Schools in
the Am
1931 NW 150th Ave
Suite 263
Pembrooke Pines, FL 33028

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**
American Medical Centers
114 Zurab Gorgiladze Street
Batumi, 6000
GEORGIA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                          $370.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address**
American School of Alexandria
Foundation
15 Roszel Road
Princeton, NJ 08540

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**
Amulya Chava
35 Crown Point Drive
Rancho Mission Viejo, CA 92694

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address**
Amy Garciga
6357 SW 138th Place
Miami, FL 33186

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**
Ana  Teresa Celis
Los Palos Grandes
Chacao, 1060
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                          $202.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,578.91 |
|---|---|---|
| Ana Carolina Borga<br>8353 NW 128th Unit 22F<br>Parkland, FL 33076 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94.74 |
|---|---|---|
| Ana Carolina Sarmiento Marcano<br>Calle Arismendi, Edificio Sausalito<br>Piso 6, Apt 6-4<br>Diego Bautista Urbaneja Anzoategui,<br>6016<br>VENEZUELA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $611.45 |
|---|---|---|
| Ana Cristina Cirrottola<br>Av. Romulo Gallegos, Edif. Los<br>Almendros<br>PHI Telf.: 0034627656817<br>Los Ruoces, Caracas 1071<br>VENEZUELA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $166.26 |
|---|---|---|
| Ana Estela Leal de Moraes<br>Av. Padre Preira de Andrade, 545<br>Ap 101 Bloco D<br>Sao Paulo, Sao Paulo 05469-000<br>BRAZIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62.73 |
|---|---|---|
| Ana Gabriela Serpa Vasquez<br>Av principal d elas lomas de prados<br>del<br>apt 8C<br>Caracas, 1080<br>VENEZUELA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| Ana Garcia<br>18174 SW 153rd Place<br>Miami, FL 33187 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** For notice purposes only | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.80 |
|---|---|---|
| Ana Laura Contreras Soares<br>De paco 100 sur , 100 oeste y 250<br>noroes<br>las visitas #35<br>San Jose, 10201<br>COSTA RICA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Ana Lucia Breviglieri Chidiquimo
Rua Tamandare 277
Apt 53
Liberdade, Sao Paulo 13424-367
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Ana Marinho
3313 Merrick Lane
Margate, FL 33063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19.20

Ana Paula De Seabra
AV Rouxinol 900
Apt 82
Sao Paulo, 04516-001
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $168.63

Ana Paula Ibarra Pando
Avenida Marques de Sao Vicente,
2219-15
Andar-conj. 1505 Office Time
Sao Paulo, 05036-040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4.86

Ana Paula Mendes
Av. Monsenor Adan CE Taleslandia
Local M
Valencia, 2001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $559.77

Anabella Lopez Semprun
Rio Churubusco 601,
Apto. 1210 Colonia Xoco,
Delegacion Benito Juarez, 3330
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Anais Blanco
1701 W. 42nd Place, Apt 48
Hialeah, FL 33012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Analily Gonzalez-Funes
5451 West 6th Lane
Hialeah, FL 33012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.28
Andre Armando Bergwerk
Rua Gabriel Dos Santos 168
Apto 191A Santa Cecilia
Sao Paulo, Sao Paulo, 05614.040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $114.52
Andre Ferreira  Valverde
Av Alda Garrido 84/301
Rio de Janeiro, Rio de Janeiro
22621-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $328.25
Andre Gersenzon
Rua Tavares Bastos, 420 5012.02
Sao Paulo, SP 05614.040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Andrea La Scalea Menniti
Av. Ibirapuera, 2144,
Conj. 31 - Indianopolis
Sao Paulo, S?o Paulo 04028-001
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $101.04
Andreina Villasmil Arias
Final Calle Nueva con 10ma
Transversal,
Cubim Chacao, Caracas 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $170.57
Andres Abreu Alvarez
Av PPL de Macaracua Calle Napoleon
Res P
Apt 48A Piso 4
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.                                     Case number (if known) _____
         _____
         Name

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Andres Cardona
6211 SW 130 Avenue #903
Miami, FL 33183

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,184.40 |
|---|---|---|---|

Andres E Mazzei
813 North Main suite 304
McAllen, TX 78501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.20 |
|---|---|---|---|

Andres Mendez Echeverri
Calle 6 Sur #79-150
Apto. 9406 Remanso del Rodeo
Medellin, 040018
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Andreza Pires Franco
6001 SW 156th Court
Miami, FL 33193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Angel Lopez
180 Peppertree Drive
Perris, CA 92571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Annielis Flores
1400 W 3rd Avenue
Hialeah, FL 33010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5.25 |
|---|---|---|---|

Anselmo De La Trinidad Riera Perera
Calle Lara Casa No. 11
Urb. La Arboleda
Carora Lara, 3050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Anthony Acton
3010 Festivus Court
Apt. 209
Charlotte, NC 28205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $132.47

Antonio Adolfo Hernandez Estaba
Av. Ppal. Sta. Maria, Urb. Sebucan,
Qta.
Caracas, Miranda 4001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $83.75

Antonio Bassin Aviles
Urb. Villa Alianza, Calle
Filadelfia, Qu
Puerto Ordaz, Bolivar 8050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75.74

Antonio Carlos Driussi
Rua Perfeito Angelo Lopes, 2552
Apt 504
Curitiba Parana, 82590-300
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37.19

Antonio Carlos Roberti Jr.
Rua Dom Pedro I, 2355
AP 93 Bairro Nova Am rica
Piracicaba, SP CEP 13.417-791.
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $220.97

Antonio Ignacio Sanz Picon
Ave. San Felipe, Edif. San Antonio,
Apt. 4, La Cas
Caracas, Miranda 1060-A
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $301.76

Antonio Jose Gonzalez Rivas
Urbanizacion La Floresta. Calle 2
Casa 2
Estado Monagas, 6201
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc. _____   Case number (if known) _____
        Name

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Antonio Jose Rodriguez Fuentes
Av. Eugenio Mendoza, Torre IASA,
Piso 1, Ofic. 107 Urb. La
Castellana,
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,033.71 |

Antonio Jose Zubillaga Jimenez
Urb. Colinas del Turbio,
Quinta Los Zubi #3-140
Barquisimetro Lara, 3001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3.94 |

Antonio Octavio Cisneros Rojas
Urb Los Samanes Calle Guaicay Res
Parque
Piso 7 Apto 073-B
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7.64 |

Antonio Roberto Caubet Dittmar
Calle Santa Ana, Conj. Res. Bosque
San M
Piso 5, Apto. 9
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Antonio Sanchez
18540 Lakepoint Drive
Riverside, CA 92503

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,756.01 |

AON Consulting Limited (Uk) Claire
Kenny
Eastwood House, Glebe Road
Chelmsford, Essex (county) CM11RS
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Aon Risk Services Northeast, Inc.
New York NY Office One Liberty
Plaza 165
New York, NY 10006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.
_____    Case number (if known) _____
Name

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Aon UK Limited
The Aon Centre, The Leadenhall Building
London, EC3V4AN
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $119.23 |

Apdrosinansanas un Finansu Brokers
6 Tukuma st,
Riga, LV-1026
LATVIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,935.27 |

APX Net Inc (APX Net)
PO Box 842 2 School
Berwick, ME 03901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,368.01 |

ARCE GONZALEZ JUAN MANUEL
Camino de Sta. Teresa 1055-S, H
roes de
Ciudad de M xico, 10700
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Arianna Valero Fernandez
13115 SW 42nd Street
Miramar, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $165.55 |

Arko Promotions Corp
PO Box 3136 Road Town
Tortola, VG1110
BRITISH VIRGIN ISLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,453.05 |

Armando Santander
Av. Francisco de Miranda , Centro Empres
Piso 2, Ofic 2K, Urb. Los Ruices
Caracas, Miranda 1071
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Global Benefits Group, Inc.                                    Case number (if known) _____
        Name

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,298.48 |

Arnoldo Nobel
Aurelia 1851,
Apt 34.Vila Romana
Sao Paulo, S?o Paulo 05046-001
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $840.00 |

ARSUVE SOCIEDAD CIVIL
Calle Santa Anac/Av Ppal La
Floresta Edi
Caracas, 1060
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,147.88 |

ARTROVISION CIENCIA Y TECNOLOGIA
AV. LA TAHONA EDIF LA RIVIERA
TORRE 1-A URB COLINA C
CARACAS  DISTRITO CAPITAL, 1014
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $107.70 |

Artur Pupo Pesce
Av. Santo Amaro 3.330 cj 44
S?o Paulo, S?o Paulo 04556-300
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,370.79 |

ARUAL MEDICINA DE REANIMACION
EJERCITO NACIONAL 316
PISO 9 COL.GRANADA,
D.F. Mexico, 11520
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Asana Inc
633 Folsom Street
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,937.15 |

Asesores Agencyone
AV. NEVERI QUINTA 20-65COLINAS DE
BELLO
Caracas, Miranda 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $129.94 |
|---|---|---|---|

Asesores Inc
120 E Redd Rd. Ste. E
El Paso, TX 79932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $728.49 |
|---|---|---|---|

Asg Agency
Ave. Francisco De Miranda, Edif.
Tecotel
Piso 1,
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Ashley Perez
1549 SE 24th Court
Homestead, FL 33035

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Ashly Parekh
501A Kingston Terrace Drive
Princeton, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,792.43 |
|---|---|---|---|

ASOCIMA - ASOCIACION DE MEDICOS DEL
CIMA
800 Oeste del Peaje Autopista
Prospero F
San Jose, 10103
COSTA RICA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,892.82 |
|---|---|---|---|

ASOCIMA - ASOCIACION DE MEDICOS DEL
CIMA
800 OESTE DEL PEAJE AUTOPISTA
PROSPERO F
SAN JOSE, 10101
COSTA RICA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Association for the Advancement in
Inter
PO Box 3496
Princeton, NJ 08543-3496

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Global Benefits Group, Inc. _____     Case number (if known) _____
_____ Name

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,036.60 |
|---|---|---|---|

Assured Partners of Ohio LLC
4244 Mt. Pleasant St. NW #200
North Canton, OH 44720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Assuria Schadeverzekering NV
Recolaan 17 POB 10304541501
Paramaribo, 10000
SURINAME

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

AST Electric, Inc.
7234 NW 66th Street
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,640.00 |
|---|---|---|---|

Aston Carter, Inc
3689 Collection Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,147.84 |
|---|---|---|---|

AT&T
P.O. Box 5076
Carol Stream, IL 60197-5076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,642.92 |
|---|---|---|---|

Atid  Life
Praia do Flamango 66
419 B
Rio de Janeiro, 20560-001
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Atlantic Resource Partners
Philadelphia
19 west 34th Street
Suite 806
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.159**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Atlantic Resource Partners<br>Philadelphia<br>19 West 34th Street<br>Suite 806<br>New York, NY 10001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** AP/Vendor | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.160**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.80 |
|---|---|---|
| Augusto Cezar Bento Goncalves<br>Philadelph<br>Rua Redentor 19/201 Impanema<br>Rio de Janeiro, 22421-030<br>BRAZIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.161**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Avila Boffil<br>6ta Transversal, Edif. Villa<br>Quintana Lo<br>Caracas, 1070<br>VENEZUELA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.162**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.90 |
|---|---|---|
| AVWM LTD<br>Tua Girazol 1291<br>Ap63 Vila Madelena<br>Sao Paulo, 05614.040<br>BRAZIL | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.163**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| AXA Mansard Insurance plc<br>Santa Clara Court Plot 1412 Ahmadu<br>Bell<br>Victoria Island, 106104<br>LAGOS | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** AP/Vendor | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.164**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| AXA Seguros S.A de C.V<br>Felix Cuevas 366<br>Piso 6 Col. Tlacoquemecatl Del.<br>Benito J<br>Cuidad de Mexico,  C.P. 03200<br>MEXICO | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** AP/Vendor | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.165**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560,000.00 |
|---|---|---|
| AXIS Specialty Europe SE<br>Mount Herbert Court, 34 Upper Mount<br>Stre<br>Dublin, DO2 FT72<br>Ireland | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** AP/Vendor | |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    Global Benefits Group, Inc. _____    Case number (if known) _____
         Name

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $870.78 |
|---|---|---|---|

Bac Financial
1000 N.W 57th Ct.Suite 170
Miami, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $374.41 |
|---|---|---|---|

BAC Financial Paragon Global Wealth Inc
Via Ricardo J Alfaro, Edificio The Centu
Panama, 0834-02595
PANAMA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $398.08 |
|---|---|---|---|

Bac Financial Peru
1000 N.W 57th Ct. Suite 170
Miami, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Bangkok Insurance Public Company Limited
Bangkok Insurance Building 25 Sathon Tai
Bangkok, 10120
THAILAND

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,116.66 |
|---|---|---|---|

BAPS Pramukh Swami Hospital
5QQX+R72, Shri Pramukh Swami Maharaj Mar
Adajan, Surat, Gujarat 395009
INDIA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Provider_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $154.50 |
|---|---|---|---|

BAPTIST HEALTH SOUTH FLORIDA - BAPTIST H
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President Mana
6855 Red Road Suite 600
Coral Gables, Fl 33143

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Provider_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.                                         Case number (if known) _____
          Name

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,240.50 |

BAPTIST HEALTH SOUTH FLORIDA -
BAPTIST H
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President
Mana
6855 Red Road Suite 600
Coral Gables, Fl 33143

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,041.00 |

BAPTIST HEALTH SOUTH FLORIDA -
BAPTIST H
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President
Mana
6855 Red Road Suite 600
Coral Gables, Fl 33143

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $29,635.80 |

BAPTIST HEALTH SOUTH FLORIDA -
BAPTIST H
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President
Mana
6855 Red Road Suite 600
Coral Gables, FL 33143

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $214.82 |

BAPTIST HEALTH SOUTH FLORIDA - NON
EMPLO
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President
Mana
6855 Red Road Suite 600
Coral Gables, Fl 33143

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $207.35 |

BAPTIST HEALTH SOUTH FLORIDA - NON
EMPLO
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President
Mana
6856 Red Road Suite 600
Coral Gables, FL 33144

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $219.70 |

BAPTIST HEALTH SOUTH FLORIDA -
SOUTH MIA
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President
Mana
6855 Red Road Suite 600
Coral Gables, Fl 33143

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc. _____   Case number (if known) _____
          Name

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,505.20 |
|---|---|---|---|

BAPTIST HEALTH SOUTH FLORIDA -
SOUTH MIA
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President
Mana
6855 Red Road Suite 600
Coral Gables, Fl 33143

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67,275.00 |
|---|---|---|---|

BAPTIST HEALTH SOUTH FLORIDA -
SOUTH MIA
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President
Mana
6857 Red Road Suite 600
Coral Gables, FL 33145

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,310.55 |
|---|---|---|---|

BAPTIST SURGERY AND ENDOSCOPY
CENTERS, L
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President
Mana
6855 Red Road Suite 600
Coral Gables, Fl 33143

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,334.52 |
|---|---|---|---|

Barbara Sabine Diaz Bohn
AV Norte 4 Con Dorte 5, residencias
reg
Piso 6 Apt 63-A , Los naranjos El
Cafeta
Caracas , 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Barbara Sanchez
9141 NW 177th Terrace
Hialeah, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

BayGrape Technology
5 Sea Grape Road
Ladera Ranch, CA 92694

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  Global Benefits Group, Inc.                                      Case number (if known) _____
_____
Name

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Bayview Consulting LLC
1412 NE 26th Avenue
Ft. Lauderdale, FL 33304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

BDO USA, LLP
330 North Wabash
Suite 3200
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Beacon Hill Staffing Group
152 Bowdoin Street
Boston, MA 02108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,524.49 |
|---|---|---|---|

Belen Azpurua
Avenida Principal La Castellana
Torre Ba
Piso 6 of 6B2
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,922.35 |
|---|---|---|---|

BELIZE HEALTHCARE PARTNERS LTD
CORNER CHANCELLOR AV. AND BLUE
MARLIN AV
Belize City
BELIZE

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Ben Holley
188 Nichols Street
Fairfield, CT 06824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Benoit Language Services, Inc.
33 South Street
Northborough, MA 01532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Global Benefits Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.191** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71.93**

Berluis Taide Pinate Acuna
Calle Los Mangos, Res. Lourdes PB-1
Las
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$824.48**

Bernardo Enrique Junior Labarca
Parra
Av. 2 El Milagro, Resid. Parque
Santa Lu
Apto. 9D
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,182.92**

Betina Cohen
Rua Alagoas 270 -
Ap 51
Sao Paulo, S?o Paulo 01242-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$153.83**

Betsabe Margarita Chacin Vilchez
Residencias El Cuji Nucleo 2
Edificio 1
Maracaibo, Zulia 4002
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$126.04**

Bh Life Group
Al. campinas, 911
ao 21
S?o Paulo, S?o Paulo 1404001
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Bianca Johnson
3131 W. Loop S, #478
Houston, TX 77027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,104.00**

Bienert, Katzman Littrell Williams
LLP
903 Calle Amanecer, Suite 350
San Clement, CA 92673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc. _____    Case number (if known) _____
      Name

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $897.00 |
|---|---|---|---|

Bigleaf Networks, Inc.
Dept LA 24973
Pasadena, CA 91185-4973

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Bill1 Cronin
5935 Pidcock Creek Rd.
New Hope, PA 18938

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,210.61 |
|---|---|---|---|

Billy Jimenez Bobadilla
Calle Ahuhuetes No Ext 233, Col San
Jose
Ciudad de M xico, 5200
Mexico

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Bing Zhang
15612 SW 109th Terrace
Miami, FL 33196

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.10 |
|---|---|---|---|

Bladimir Angel Hurtado Briceno
Av. 104 (Andres Eloy Blanco) No.
123-191
Piso 2, Oficina 10
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22.35 |
|---|---|---|---|

Blanca Cecilia  Vitalini
Camilo Recalde 854
Asuncion, 001415
PARAGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.76 |
|---|---|---|---|

Blanca Margarita Lopez Velasquez
Calle 39 Sur, #25 C, 81,
Apto 720 Torre 4, Unidad Palo Verde
Envigado, 906940
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Blue Ribbon Bags
10 East 39th Street
8th Floor
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,412.98

BlueAlly Technology Solutions, LLC
1225 Crescent Green, Suite 115
Cary, NC 27518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $784.78

BNH Hospital
9/1 Convent Road Silom
Bangkok, 10500
THAILAND

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Bozena McCarthy
31281 Summerhill Court
Coto De Caza, CA 92679

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $131.84

Braian Danielle Chinchilla Sayago
Av. Romulo Gallegos, Parque Resid.
del E
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Brand New Day Marketing
2010 Cypress Point Dr.
Corona, CA 92882

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Brian Nyland
7880 SW 180th Terrace
Palmetto Bay, FL 33157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.212** | **Nonpriority creditor's name and mailing address**
Bridgette Lockhart
7 Merrick Avenue
Kingston, Kingston 10
JAMAICA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☐ No ☐ Yes

$1,139.49

---

**3.213** | **Nonpriority creditor's name and mailing address**
Bridgette Lockhart
7 Merrick Avenue
Kingston, Kingston 6
JAMAICA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☐ No ☐ Yes

$1,139.49

---

**3.214** | **Nonpriority creditor's name and mailing address**
BRIT Syndicate 2987 at Lloyds
The Lloyd's Broker: Iris Insurance
Broke
7th Floor
London,  EC3R 7LP
UNITED KINGDOM

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ☐ No ☐ Yes

$642,024.00

---

**3.215** | **Nonpriority creditor's name and mailing address**
BRITISH AMERICAN HOSPITAL (CLINICA
ANGLO
ALFREDO SALAZAR 350 SAN ISIDRO
APARTADO
Lima, 15073
PERU

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ☐ No ☐ Yes

$14,180.62

---

**3.216** | **Nonpriority creditor's name and mailing address**
Brittan Elam-Edge
916 Country Ridge road
Opelousas, LA 70570

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.217** | **Nonpriority creditor's name and mailing address**
Brokers Financial Group Gonzalo
Esteban
Villarrica 1660, Casa 09, San Pedro
de L
Concepcion
Chile

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☑ No ☐ Yes

$164.66

---

**3.218** | **Nonpriority creditor's name and mailing address**
Bruna Kress
Santa Ana, 125 metros norte de la,
cruz
local #1
San Jose, 10901
COSTA RICA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☑ No ☐ Yes

$153.78

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Bruno Larocerie
14864 SW 104th Street #15
Miami, FL 33196

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Bryan Cronen
2850 Golf Road
Rolling Meadows, IL 60008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $769.89

Bumrungrad International Hospital
33 Sol Sukhumvit
3 Nana Nua, Sukhumvit Road,
Klongtoey, W
Bangkok, 10110
THAILAND

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $499.52

Bumrungrad International Hospital
33 Sukhumvit
Soi 3Wattana
Bangkok, 10110
THAILAND

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30,276.31

Bumrungrad Medical Center Ltd
34 Sol Sukhumvit
3 Nana Nua, Sukhumvit Road,
Klongtoey, W
Bangkok, 10111
THAILAND

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $42.31

Bumrungrad Medical Center Ltd.
35 Sol Sukhumvit
3 Nana Nua, Sukhumvit Road,
Klongtoey, W
Bangkok, 10112
THAILAND

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $456,589.18

Bumrungrad Medical Center Ltd.
33 Sukhumvit Soi
3Wattana Bangkok
Bangkok, 10110
THAILAND

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Global Benefits Group, Inc. _____   Case number (if known) _____
      Name

| 3.226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

BWUINS (Kyeongwoo Lee) Kyeongwoo
Lee
Donggu Dongburo 30
Daegu Metropolitan City, 710030
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

BWUINS (Sean Park)
220 Route 46 West ( Suite 109
)Little Fe
Little Ferry, NJ 07643

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $133.46 |
|---|---|---|---|

Cabal international Group C.A
Av Las Acacias Edf Jardin PB
Apto C
Caracas, 1050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $44,255.94 |
|---|---|---|---|

CAJA DE MEDICOS HOSPITAL ABC
Sur 136 Numero 116, COL. Las
Americas,
Delegacion Alvaro Obregon
D.F. Mexico, 1120
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,583.54 |
|---|---|---|---|

CAJA DE MEDICOS HOSPITAL ABC
Sur 136 No 116 col Las Americas
Cuidad Mexico, 1120
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,642.80 |
|---|---|---|---|

CAJA DE MEDICOS HOSPITAL ANGELES DE
LAS
Vialidad De La Barranca No. 22, S N
Col
Huixquilucan, Edo De Mexico 52763
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,219.54 |
|---|---|---|---|

Calligo Limited (Donna Mitchell)
Block 3 The Forum Grenville Street
St He
Jersey, JE2 4UF
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Canto Inc
9620 Las Vegas Blvd S
Ste E4  #680
Las Vegas, NV 89123-6508

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $197.07

Capital Driver SAC
Av. Caminos del Inca 390,
ofc. 801 Santiago de Surco
Lima, 15038
PERU

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Capstone
10647 Justin Drive
Iowa
Urbandale, IA 50322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Careington Solutions Simplified
P.O. Box 2568
Frisco, TX 75034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

CareMark RX
c/o CVS
1 CVS Drive
Woonsocket, RI 02895

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

CAREN (Niger)
Compagnie d?Assurances et de
Reassurance
Niamey, B.P.733
NIGER

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,498.20

Caribbean Agency
Caracas
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.
_____    Case number (if known) _____
Name

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $91.00 |

Caribbean Assurance Brokers Limited Agen
940 Old Hope Road Kingston St Andrew
Kingston, Kingston 6
JAMAICA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Carl Bergh
501 Brentwood Drive
Wilmington, DE 19803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $41.45 |

Carlos Antonio Sanchez Leiva
Jr Osqaldo Hercelles 340 Urb Satna Catal
Lima, 15038
PERU

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,700.00 |

CARLOS E. MORANTE
Av. Principal de El Hatillo, Centro M di
Caracas, 1014
VENEZUELA

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Provider_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44.27 |

Carlos Enrique Lairet Otero
Av Francisco de Miranda, Edif Banco del
Caracas, Miranda 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20.60 |

Carlos Julio Castillejos Rojas
Urb. Los Saltos, Mz. 7, Casa 9B, Calle B
Puerto Ordaz, Bolivar 8050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $104.53 |

Carlos Julio Castillejos Rojas
Carlos Ju
Urb. Los Saltos, Mz. 7, Casa 9B, Calle B
Puerto Ordaz, Bolivar 8050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.247** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $238.48

Carlos Marcelo Sosa Encina
Cordillera 911
Asuncion, 001415
PARAGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $111.95

Carlos Octavio Franco Liendo
Urb. Ciudad Tiuna, Edif. Torre A10
Piso 1, Apto 1F
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45.36

Carlos Ramon Coello Requena
Av. Andres Bello, Edf. Siko
Piso 7 Apto 72
Caracas, 1041
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Carlos Talavera
108 Truxton Drive
Miami Springs, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Carlos Valencia Hoyos
425 NE 22nd Street
Apt 1704
Miami, FL 33137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $113.19

Carmen Alicia Estrada De Arevalo
15450 SW 159th St
Miami, FL 33187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,486.54

Carmen Ideliz Santos Santiago
PO Box 523
Salinas, PR 00751

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.                                Case number (if known) _____
          Name

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,486.54 |

Carmen Ideliz Santos Santiago
PO Box 523
Salinas, PR 00751

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $334.88 |

Carmen Mariela Luna Pi ate
CONJUNTO RES BOSQUE ENCANTADO, TOWN
HOUS
Municipio El Hatillo Miranda, 1083
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7.27 |

Caroli Carmela Lorefice de Taborda
Calle 86A entre Avs. 4 y 8,
Edificio Res
Piso 2 Apto 2-B
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $80.42 |

Carolina Barasoain Fernandez /
Isure Ins
10631 N. Kendall Drive
Suite 210
Miami, FL 33176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Casey Crisefi
304 Greenview Lane
Havertown, PA 19083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Cassia Spadao Brown
3479 Flamingo Blvd.
Hernando Beach, FL 34607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,777.69 |

Castor Fernandez Rodriguez
Carretera la Uni n Sector potro
Redondo
Caracas, Miranda 1090
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.                                    Case number (if known) _____
      Name

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $295.52 |
|---|---|---|---|
| | Catalina Gonzalez<br>Carrera 25 A  # 1-31, OFICINA 1408<br>Medell n Antioquia 40018<br>COLOMBIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  Broker | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,841.48 |
|---|---|---|---|
| | CATO Network Inc<br>3031 Tisch Way<br>San Jose, CA 95128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  AP/Vendor | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,346.04 |
|---|---|---|---|
| | Caulton Christopher Gordon<br>Zafarringdon Dr.<br>Kingston, Kingston 6<br>JAMAICA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  Broker | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,283.50 |
|---|---|---|---|
| | CBIZ Benefits & Insurance Services, Inc.<br>11440 tomahawk Creek parkway<br>Leawood, KS 66211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  Broker | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27.75 |
|---|---|---|---|
| | Celina Denys Avila<br>Avenida Las Acacias #124<br>oficina #4 Colonia San Benito<br>San Salvador, 1101<br>EL SALVADOR | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  Broker | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Celine Lopez<br>14125 SW 66th Street<br>#F1<br>Miami, FL 33183 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  For notice purposes only | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,538.83 |
|---|---|---|---|
| | CENTRO CLINICO VALENTINA CANABAL<br>Barquisimeto 3001<br>Lara, 3001<br>VENEZUELA | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  Provider | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,341.27

CENTRO DE ESPECIALIDADES ANZOATEGUI
58G8+7FM, Lecher a 6010
Anzo tegui, 6010
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___Provider___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $15,668.64

CENTRO DE INVESTIGACION Y MANEJO DE
CANC
300 metros al oeste de la Junta de
Prote
San Jose, 10103
COSTA RICA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___Provider___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,720.00

CENTRO DIAGNOSTICO HOMBRO INTEGRAL
/ MYR
Instituto M dico La Floresta. Urb.
La Fl
Anexo "A", P.B.
Caracas, 1060
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___Provider___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $60,493.39

CENTRO MEDICO DOCENTE LA TRINIDAD
Av. Principal de El Hatillo,
Caracas, 1083
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___Provider___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,708.10

CENTRO MEDICO DOCENTE PARAISO
81 11-150, 61 Avenida Universidad,
Marac
Zulia, 4001
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___Provider___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,321.15

CENTRO MEDICO DOCENTE PARAISO
AV. UNIVERSIDAD CALLE 61 11-150
MARACAIB
ZULIA, 4001
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___Provider___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.                                  Case number (if known) _____
        _____
        Name

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.07 |

Centro Oftalmologico Docente
Atlantico C
Calle Arismendi Edif Atlantico
Piso 3 Oficino 32/3
Caracas, 6016
VENEZUELA

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,437.12 |

Century Business Services Inc.
10491 Old Placerville Road Suite #
150
Sacramento, CA 95827

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.03 |

Cesar Augusto Padron Buonafina
Urb. Prebo I, Av. 106-A,
Resid. Tamanaco No. 3
Valencia, Carabobo 2001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $92.83 |

Cesar Enrique Rubio
6975 NW 109 Ave
Miami, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $193.28 |

Cesar Humberto Marchegiani Araque
C.C. Galeria Las Americas Piso 1,
Local
Caracas, Miranda 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.01 |

Cesarina De Aguiar De Lopez
URB Guaracarima, Calle Guaracarima
#147
Aragua, 2121
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.01 |

CGF Insurance LLC
22 Avenida Gonzalez Giusti Caparra
Offic
Guaynabo, PR 00968

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  Global Benefits Group, Inc.                    Case number (if known) _____
_____
Name

| 3.281 | **Nonpriority creditor's name and mailing address**<br>Chamsa (Iracema Gomes De Almeida)<br>Irace<br>Hamsa Group, LLC<br>6965 Piazza Grande Ave Unite 401<br>Orlando, FL 32835 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $185.78 |
|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  Broker | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.282 | **Nonpriority creditor's name and mailing address**<br>Chamsa (Hamsa Group, LLC) Hamsa<br>Group LL<br>6965 Piazza Grande Ave Unite 401<br>Orlando, FL 32835 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $177.57 |
|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  Broker | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.283 | **Nonpriority creditor's name and mailing address**<br>Chamsa/Hamsa Group (Paula Albino<br>Machado<br>6965 Piazza Grande Ave Unite 401<br>Orlando, FL 32835 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $177.57 |
|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  Broker | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.284 | **Nonpriority creditor's name and mailing address**<br>Chanel Lopez<br>12061 SW 126th Terrace<br>Miami, FL 33186 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  For notice purposes only | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.285 | **Nonpriority creditor's name and mailing address**<br>Charlene Hernandez<br>3120 Covewood St.<br>High Point, NC 27265 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  For notice purposes only | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.286 | **Nonpriority creditor's name and mailing address**<br>Chelsea Allen<br>186 Rolling Marsh Lane<br>Apt. 203<br>Hardeeville, SC 29927 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  For notice purposes only | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.287 | **Nonpriority creditor's name and mailing address**<br>Chris Elizabeth Palomino Morett<br>Paseo del Puma 3085 Bugambilias<br>Zapopan, Jalisco 45238<br>MEXICO | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6.20 |
|---|---|---|
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  Broker | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   Global Benefits Group, Inc.

_____

Name

Case number (if known) _____

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $73.56 |
|---|---|---|---|

Christiano John Muller Carioba
Rua Bina Machado 184
Sao Paulo, 04663-120
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Christina Gaston
2233 Elements Way
Irvine, CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Cigna Health and Life Insurance
Company
900 Cottage Grove Road
Hartford, CT 06152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Cinthia Yuki
9979 NW 89th Terrace
Doral, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,987.99 |
|---|---|---|---|

CIRARTI S.C
RET 1 AV TALLER 55 Jard n Balbuena
D.F. Mexico, 11520
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $136.52 |
|---|---|---|---|

Circe Faldini
Rua Iupeba 168,
Ap. 32
Morumbi, S?o Paulo 05713-500
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,174.40 |
|---|---|---|---|

Circle Care Agency
18001 Old Cutler Rd Suite 647
Miami, FL 33157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc. _____   Case number (if known) _____

Name

---

**3.295** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,202.07
Cisa Usa, Inc
Av el Polo 670. Torre B.
Piso 3. Oficina B308 Santiago de
Surco
Lima, 15023
PERU

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.296** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,087.50
Cision US Inc
1785 Greensboro Station 8th floor
McLean, VA 22102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $192.00
CITY OF DELRAY BEACH FIRE RESC
501 West Atlantic Avenue
Delray Beach, FL 33444

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $161.04
Clase A Tours Ca
C Piedras Pintadas EDF Esmeralda,
201D
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,899.00
Claudia Lupion Garcia
British Virgin Islands Nerine
Chambers P
Tortola, VG1110
BRITISH VIRGIN ISLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $163.11
Claudio Jeronimo Pecchio Vetencourt
Callejon Los Blancos, Res. La
Giralda,
Piso 7, Apt
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $40.96
Claudio Miguel Mejia
Laureano Alonsoperez esq. La
Floresta Ch
Punta del Este, Maldonado 20100
URUGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **3.302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| | Claudio Montenegro | ☐ Contingent | |
| | 11445 SW 253rd Street | ☐ Unliquidated | |
| | Homestead, FL 33032 | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** For notice purposes only | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $39.00 |
| | Clc Consulting LTDa | ☐ Contingent | |
| | Ritter House 5th Floor PO Box 3200 | ☐ Unliquidated | |
| | Road | ☐ Disputed | |
| | Tortola, VG1110 | | |
| | BRITISH VIRGIN ISLANDS | **Basis for the claim:** Broker | |
| | **Date(s) debt was incurred** ___ | | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.304** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23.41 |
| | Cleber Fernandes Ribeiro | ☐ Contingent | |
| | Estrada Manoel lages do chao, 1845 | ☐ Unliquidated | |
| | Casa | ☐ Disputed | |
| | Cotia, Sao Paulo 05614.040 | | |
| | BRAZIL | **Basis for the claim:** Broker | |
| | **Date(s) debt was incurred** ___ | | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.305** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17.73 |
| | Clertan Do Vale Rochelle | ☐ Contingent | |
| | Rua Uruana, Quadra AI2 | ☐ Unliquidated | |
| | Lote 1 Residencial Alphaville | ☐ Disputed | |
| | Flamboyant | | |
| | Goiania, GO 74884-684 | **Basis for the claim:** Broker | |
| | BRAZIL | | |
| | **Date(s) debt was incurred** ___ | | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.306** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,794.38 |
| | Cleveland Clinic London | ■ Contingent | |
| | Trustees of the London Clinic | ☐ Unliquidated | |
| | Limited 20 | ☐ Disputed | |
| | London, W1G 6BW | | |
| | UNITED KINGDOM | **Basis for the claim:** Provider | |
| | **Date(s) debt was incurred** ___ | | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.307** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,801.75 |
| | CLINICA CHILEMEX C.A. | ■ Contingent | |
| | Edif. CEMCA, Chile Street with | ☐ Unliquidated | |
| | Antilla S | ■ Disputed | |
| | Caracas, 1060 | | |
| | VENEZUELA | **Basis for the claim:** Provider | |
| | **Date(s) debt was incurred** ___ | | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.308** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,875.01 |
| | CLINICA DELGADO (AUNA) | ■ Contingent | |
| | Medic Ser S.A.C., Calle Av. | ☐ Unliquidated | |
| | Angamos Oeste cdra. 4, | ■ Disputed | |
| | Lima, 2002 | | |
| | PERU | **Basis for the claim:** Provider | |
| | **Date(s) debt was incurred** ___ | | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.309** | **Nonpriority creditor's name and mailing address**
CLINICA EL AVILA
6ta Transversal de, Av. San Juan Bosco,
Caracas, 1060
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider 

Is the claim subject to offset? ■ No ☐ Yes

$121,159.15

---

**3.310** | **Nonpriority creditor's name and mailing address**
CLINICA EL AVILA
Av San Juan Bosco Edif Clinica El Avila
Piso 6 Ofi
Caracas, Miranda 1060
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider 

Is the claim subject to offset? ■ No ☐ Yes

$1,117.90

---

**3.311** | **Nonpriority creditor's name and mailing address**
CLINICA SAN FELIPE S.A
Av. Gregorio Escobedo 650,
Jes s Mar a, 15072
PERU

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider 

Is the claim subject to offset? ■ No ☐ Yes

$2,018.14

---

**3.312** | **Nonpriority creditor's name and mailing address**
CLINICA SANTA MARIA C.A
Av. Paez. Calle 20 Y 21
Local 1 Sector Villa Pastora,
Acarigua, Portuguesa 3301
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider 

Is the claim subject to offset? ■ No ☐ Yes

$2,476.70

---

**3.313** | **Nonpriority creditor's name and mailing address**
CLINICA SANTA SOFIA
F5F4+PXP,
Caracas, Miranda 1061
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider 

Is the claim subject to offset? ■ No ☐ Yes

$21,652.06

---

**3.314** | **Nonpriority creditor's name and mailing address**
Co-Plan Salud LLC
P.O. Box 160190
Hialeah, FL 33016

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker 

Is the claim subject to offset? ■ No ☐ Yes

$87.55

---

**3.315** | **Nonpriority creditor's name and mailing address**
Cocogen Insurance Company, Inc
22F One Corporate Center Dona Julia Varg
Pasig City, 1600
PHILIPPINES

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  AP/Vendor 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  Global Benefits Group, Inc.                                    Case number (if known) _____
         Name

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Cohasset Associates
12800 Whitewater Drive Ste100
Minnetonka, MN 55343

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,572.64 |
|---|---|---|---|

COI CENTRO ONCOLOGICO INTERNACIONAL
SAPI
Periferico Sur 5246, Pedregal de
Carrasc
Ciudad de M xico,  CDMX 4700
MEXICO

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,264.41 |
|---|---|---|---|

Comcast
1701 JFK Boulevard
Philadelphia, PA 19103-2838

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Compass Office Solutions, LLC
Compass Office Solutions
3320 Enterprise Way
Miramar, FL 33025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,102.90 |
|---|---|---|---|

Concur
62157 Collections Centre Drive
Chicago, IL 60693

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Connect C3
12915 SW 132 Street
Unit #4
Miami, FL 33186

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9.44 |
|---|---|---|---|

Constanza Quevedo
AV. FRANCISCO DE MIRANDAEDIFICIO
RORAIMA
OFICINA
Caracas, Miranda 1060
VENEZUELA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.                                    Case number (if known) _____

---

**3.323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $141.06
Consultores 3G (Pedro Rojas) Pedro Rojas
15 calle 11-40
zona 10
Guatemala City, 01010
GUATEMALA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
Context 4 Healthcare, Inc
55 Shuman Blvd.
Suite 650
NAPERVILLE, IL 60563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $676.93
Copassa Incorporated
950 South Pine Island Rd
Suite A-150
Fort Lauderdale, FL 33324

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $197.59
Coplasa Corretora De Seguros De Vida LTD
Av Rio Branco 89-3 Andarl
Centro, Rio De Janeiro 20040-004
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $53.56
Corozal Group Holdings Inc
Nerine Chambers P.O. Box 905 Road Town
Tortola, VG1110
BRITISH VIRGIN ISLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $415.88
Corporacion Argentum Us Ca
Av. Blandin, Centro San Ignacio
Piso 6, Office 606, Torre Copernico
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $288.68
Correa Financial Services LLC
1631 South Federal Hwy
Apt 102
Pompano Beach, FL 33062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.330** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Creative Assets, LLC
280 Holly St
Ridgedale, MO 65739-9515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $58.93

Cristian Newton Gomez
GUADALUPE 5058-4, LOMAS DEL
SEMINARIO
Zapopan, Jalisco 405038
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $155.41

Cristina Cala Cefalo
Calle La Piramide Res. Adriande
Piso 3 Apto 3B Urb
Caracas, Miranda 1073
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,679.17

Cristobal Benitez
calle67 A No. 2G-82 ,Casa San Judas
Tade
Maracaibo, Zulia 4001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,564.35

Crystal River Investments Group
Rua Miranda Guerra, 733
S?o Paulo, S?o Paulo 04640-001
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

CT Corporation
140 Grand Street
Suite 300
White Plains, NY 10601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Cushman & Wakefield of Florida, Inc
4 Metrotech Center
7th Floor
Brooklyn, NY 11245

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.                                   Case number (if known)
_____
Name

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,435.00 |
|---|---|---|---|

CyberSource Corporation
P.O. Box 8999
San Francisco, CA 94128-8999
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Cynthia Reinelt
19 Buckthorn
Rancho Santa Margarita, CA 92688
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $123.75 |
|---|---|---|---|

D`Leon Insurance & Financial
Services In
8621 SW 93 Court
Miami, FL 33173
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** Broker

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Daimarys Ruiz
7875 SW 33rd Terrace
`
Miami, FL 33155
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Daisy Morales
3252 SW 23rd Street
Miami, FL 33145
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Dallas Penagos
303 Southview Ct.
Seneca, SC 29672
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $90.13 |
|---|---|---|---|

Dan Drennen - Travel Insurance
Center
8420 W. Dodge Rd., Ste. 510
Omaha, NE 68114
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** Broker

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.                          Case number (if known)
_____
         Name

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $284.63 |

Daniel Alejandro Licitra Belluardo
Calle 1 Urb Colinas de la tahona
edf Cum
Torre  A1 piso 1 apt 1-6
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Daniel Guidon
Santa Ana, 125 metros norte de la,
cruz
Centro Commercial Terraflas local
#1
San Jose, 10901
COSTA RICA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,918.46 |

Daniel Jesus Azuaje Cabanerio
Ruta 9, Qta. 1014,
Colinas de Santa Monica
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,670.02 |

Daniel Kivatinetz
Freire 1753 ? 8 2
CABA, Buenos Aires 1426
ARGENTINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,220.31 |

Daniel Owaldo Bizamon Lozada
Urb Prebo, Ave andres eloy blanco
c.c El
piso1
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,559.94 |

Daniel Salomon
Hacienda de las Golondrinas 25-101
Las Palmas, 57863
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.02 |

Daniela Minekava Ferreira
Rua Batataes 333
Apt. 71
Sao Paulo, SP 01423-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.351** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $226.50

Daniela Thomopoulos de Ornellas
Rua Protemora Bartira Mouran 531
Ap 502
Belo Horizonte, Minas Guais
30492-025
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18.24

Danilo Blaichman
Praga Benedito Cenquiro, 03/401
Rio de Janeiro, 22471-110
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7.79

Danubio Consulting LTD
80 Main Street
PO Box 3200
Road Town, Tortola 1110
BRITISH VIRGIN ISLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $143.93

Daria Elena Brito Zavala
Av. Paseo Caroni, CC Caroni Plaza
Mezz 1 Local 5
Puerto Ordaz, Bolivar 8050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,243.75

Dario Radice
McArthur 796 Case Souza
Asuncion, 001415
PARAGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $310.28

David Beaty Somlo
Rua Marquis de Sotara, 30,
Ap. 131
Sao Paulo, S?o Paulo 05684-020
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,218.52

David Carter
65 Sukhumvit Soi13 Sub1-
1 Klongtoey Wattana
Bangkok, 10110
THAILAND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $32,828.23 |
|---|---|---|---|

David Cohen Corcia y/o Nanette
Aschenber
Av. Urdaneta, Edf. Doral Centro,
Mezz. 8
Caracas, 1011
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $745.14 |
|---|---|---|---|

David Gunczler Pariente
20281 E Country Club Dr Apt 704
Aventura, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $104.27 |
|---|---|---|---|

David Hadida
Av Romulo Gallegos Torre Poliprima
Oficina 8B
Caracas, Miranda 1071
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

David Robinson
Santa Ana, 125 metros norte de la,
cruz
Centro Comercial Terraflas local
#1
San Jose, 10901
COSTA RICA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Dayami Portal
6885 W 3rd Avenue
Hialeah, FL 33014

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $39,794.90 |
|---|---|---|---|

De Lage Landen Financial Services
P.O. Box 41602
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45.87 |
|---|---|---|---|

Debora Ganc
Al. Talia, 63
Tabo?o da Serra, S?o Paulo 6794090
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Global Benefits Group, Inc.

_____

Name

Case number (if known) _____

---

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $129.30 |

Deborah Zaclis Lagus
RUA CONSELHEIRO BROTERO, 1.182 APTO
172 SANTA CECILIA
S?o Paulo, S?o Paulo 01232-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $946.77 |

Demarest
Av. Pedroso De Moraes 1201
Sao Paulo, 05419-001
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Denisse Rivas
13100 SW 53rd Street
Miramar, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,337.08 |

Dennis Hurivitz
RUA Sao Vicente De Paula 329 APto
171 CE
Sao Paulo, 01229-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24.66 |

Derek Henry Willans Tozer
Cmno de los Horneros, Altos de la
Tahone
Barros Blancos, Canelones 15500
URUGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Design & Promotions Corp.
12333 SW 132 Court
Miami, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.372** **Nonpriority creditor's name and mailing address**

Desiree Milian
16422 NW 82nd Place
Miami Lakes, FL 33016

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** **Nonpriority creditor's name and mailing address**

Deutlich SA
Plaza Esquina Escazu, Tercer Piso,
Del V
San Jose de Escazu,  San Jos  10201
COSTA RICA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $1,604.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.374** **Nonpriority creditor's name and mailing address**

Dg International Consulting
Services
Ieuda Gammerman Rechov Itzchak Ben
Nacho
Jerusalem, 9103401
ISRAEL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $1,668.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.375** **Nonpriority creditor's name and mailing address**

Dhruv Jain
88 E Wacker Pl.
#3901
Chicago, IL 60601

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.376** **Nonpriority creditor's name and mailing address**

Diana De Valensi Sosa
Calle AcueductoRes. Parque Penon
Ap. 1-2
Caracas, Miranda 1080
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $68.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.377** **Nonpriority creditor's name and mailing address**

Diane Yu
2507 Elkgrove Avenue
Commerce, CA 90040

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.378** **Nonpriority creditor's name and mailing address**

Digital Newage
9737 NW 41st Street Ste 1005
Miami, FL 33178

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                                    $198.81

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $138.02 |
|---|---|---|---|

Diogenes Alberto Boutet Him
Panama Greu House apt1-b Santa
Panama City
PANAMA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $259.90 |
|---|---|---|---|

DISA Services Sung Duk Kim
4 Huimango,
19 Gil Suseng-Gu
Daegu, 42136
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $135.40 |
|---|---|---|---|

Dismar Andreina Brito Raymond
Calle C con Calle D, Res. Indiana,
Piso 4, Apto. 4
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,484.41 |
|---|---|---|---|

Dissinger Reed, LLC Dissinger Reed,
LLC
8700 Indian Creek Parkway
Suite 320
Overland Park, KS 66210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,671.00 |
|---|---|---|---|

DLA Piper
500 8th Street
NW  Washington, WA 20004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $466.14 |
|---|---|---|---|

DOCTOR SALVADOR MEDINA GONZALEZ Y
ASOCIA
Camino de Sta. Teresa 1055-S, H
roes de
Ciudad de M xico,  CDMX 10700
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Domo, Inc.
772 East Utah Valley Drive
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc. _____   Case number (if known) _____
　　　　Name

---

**3.386** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
---|---|---|---

Donn Osterlund
902 E. Bixby Road
Long Beach, CA 90807

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   $890.19

Dr AIDA REBECA MARQUEZ VALDEZ
Guadalupe Victoria 9492,
Zona Urbana Rio Tijuana
Tijuana, 22010
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   $731.41

Dr CARLOS NAVARRO BARRIGA
Camino de Sta. Teresa 1055-S,
H roes de Padierna
Ciudad de M xico,  CDMX 10700
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   $5,120.00

Dr CARLOS PRADA SILVY
Hosp De Clinicas Caracas,
Piso 2 San Bernardino
Caracas, 1061
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   $6,040.00

Dr Carlos Rodriguez M
Policlinica Metropolitana
Piso 1
Caracas, 1062
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   $6,090.00

Dr Enrique Marquez Berti
POLICLINICA METROPOLITANA
PISO 1 CONS 1G
Caracas, 1061
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   $1,437.83

Dr FELIPE DE JESUS MURILLO CERDA
Calz San Pedro 121-2  piso,
Miravalle, 6
Monterrey, N.L., 64660
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.393** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,228.96**

Dr FLOR IVANA CONTRERAS ROJANO
C flores Magon 7343 B, Zona Centro
Tijuana, Baja California 22010
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Provider_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$498.80**

Dr GEORGE JIRJIS MAKDISSY SALOMON
IF H 3 ENT  3 DEPTO 24 ALVARO
OBREGON, L
Ciudad de M xico   CDMX 14629
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Provider_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$445.51**

Dr Hassan  Elhassan
The Kudos Buildings,
Milton Keynes, MK5 8PA
UNITED KINGDOM

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Provider_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$576.62**

Dr JESUS ALEJANDRO RUIZ MANRIQUEZ
Avenida Insurgentes Sur 1673,
Guadalupe
Ciudad de M xico,   CDMX 1020
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Provider_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,378.00**

Dr JORGE  FAVRIN
Cl nica GMSP - Torre de
Consultorios,
Piso 4, Consultorio 419, Av
Circunvalaci
Caracas, 1061
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Provider_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,650.00**

Dr JOSE GARCIA FERRER
Centro Cl nico Familia. Torre Angi.
V a
Piso 1. Consultorio 1-A. Puerto
Ordaz. E
Caracas, 1062
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Provider_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.399** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,496.40**

Dr JOSE MANUEL PORTELA ORTIZ
Camino de Sta. Teresa 1055-S, H
roes de
Ciudad de M xico, 10700
MEXICO

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,777.15**

Dr JUAN ANTONIO  LOPEZ CORVALA
Paseo de los h roes 10999 int 903,
Zona Rio Tijuana B.C.,
Tijuana, Baja California 22010
MEXICO

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$294.78**

Dr Laura Gilkinson
Twenty 20 Psychology, 104d High
Road Eas
London, N2 9EB
UNITED KINGDOM

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,573.21**

Dr MA DEL CARMEN  LESPRON ROBLES
Tecali 47-65, San Buenaventura,
Tlalpan,
Ciudad de M xico, 14629
MEXICO

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,780.38**

Dr MANUEL ALEJANDRO  MARQUEZ VALDEZ
Av. Miguel Hidalgo 5503, Choferes,
Tampico, Tamps. 89330
MEXICO

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,691.84**

Dr MARCO ANTONIO  ALTAMIRO CRUZ
Av Cristobal Colon 93 DP 0101,
Lomas Verdes 1 # SECC,
Naucalpan  de Juarez, 53120
MEXICO

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,524.81**

Dr Marco Antonio Chavez Ramirez
Campus Santa Fe Edificio:  212-214
Av. C
Torre Central Piso: 2 Consultorio:
Ciudad de M xico, 5300
MEXICO

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.
_____                   Case number (if known) _____
Name

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $391.60 |

Dr MARIANA STERLING PAMPLONA
Av. Ej rcito Nacional Mexicano 7
Ver nic
Ciudad de M xico   CDMX 11300
MEXICO

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,609.64 |

Dr MARK MICHAEL  WEKUNDAH SIBOE
Lumen Square,  Shivachi Rd,
3rd Floor, Suite 301,
Nairobi, 100
KENYA

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.39 |

Dr Michael Criswell
Doctors Surgery, 6 Sloane Square,
London, SW1W 8EE
UNITED KINGDOM

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $997.60 |

Dr MIGUEL LORA MARTINEZ
RET 1 AV TALLER 55 Jard n Balbuena
Ciuda
Ciudad de M xico, 15900
MEXICO

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,683.21 |

Dr MOISES MICHA MIZRAHI
Campus Santa Fe, Tower: Torre
Central,
Floor: Piso 5, Av. Carlos Graef
Fern nde
Ciudad de M xico, 5300
MEXICO

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,768.17 |

Dr NORMA ALICIA TAPIA ESPARZA
Av. Francisco I. Madero 1060,
Segunda,
Mexicali, B.C., 21100
MEXICO

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $364.14 |

Dr OSCAR CASTRO ARAGON
Hospital CIMA, Torre 2, Consultorio
109
San Jos , 10103
COSTA RICA

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Global Benefits Group, Inc.**                        Case number (if known) _____
_____
Name

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,085.99 |
|---|---|---|---|

Dr PABLO SALVADOR SANTOSCOY AGUIRRE
C. Ganaderos 5075 Jardines de
Guadalupe,
Zapopan, Jal. 45030
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,164.04 |
|---|---|---|---|

Dr PEDRO PELAEZ DAMY
CIUDAD SATELITE NAUCALPANDE JUAREZ
Cuidad Juarez, 53100
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Dr RAFAEL OCHOA GARCIA
Ubicaci n: Calle Chivacoa, Secci n
San R
Piso 1 ? Consultorio 11,
Caracas, 1061
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596.77 |
|---|---|---|---|

DR ROSHNI M. AJMERA
Doctors Park, Third Parklands
Avenue,
Nairobi Central, 100
KENYA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

Dr SUNIL  DARYANANI
Hospital de Cl nicas Caracas
Office 304, 3rd floor, Av. Pante n
with
Caracas, 1061
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.02 |
|---|---|---|---|

Dr SUSANA CRUZ PONCE
C VALENTIN RUIZ PIMENTEL 474, COL
LUCIO
BAJA CALIFORNIA, 22701
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $242.74 |
|---|---|---|---|

Dr Teodor Goroszeniuk
Interventional Pain Management &
Neuromo
London S, W5 0TU
UNITED KINGDOM

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.420** | **Nonpriority creditor's name and mailing address**
DR-WALTER Versicherungsmakler GmbH // In
EisenerzstraBe 34
Neunkirchen-Seelscheid, 53819
GERMANY

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$22.06

---

**3.421** | **Nonpriority creditor's name and mailing address**
Dr. Claudio A. Ramirez Cerda
Edificio Principal, Av. Carlos Fernndez
Ciudad de M xico   CDMX 5300
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

$1,641.17

---

**3.422** | **Nonpriority creditor's name and mailing address**
Dra LUCERO JANETT ORTIZ PACHECO
C. Quer taro 58, Roma Nte., Cuauht moc
Ciudad de M xico,   CDMX 6700
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

$1,220.68

---

**3.423** | **Nonpriority creditor's name and mailing address**
Dra Veronica Colin Espinosa
1a. Cda. del Deporte
26-Casa 5, Jes s del Monte,
Jes s del Monte, M x., 52764
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

$1,685.56

---

**3.424** | **Nonpriority creditor's name and mailing address**
Dual Group Exitos CA
Av. 2 El Milagro Edif. Monaco P.7
Apto 7B
Maracaibo Zulia, 4001
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$209.68

---

**3.425** | **Nonpriority creditor's name and mailing address**
Duncan Milne
1201 Sorolla Avenue
Coral Gables, FL 33134

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.426** | **Nonpriority creditor's name and mailing address**
DWF Law LLP (Kiran Soar)
20 Fenchurch Street
London, EC3M 3AG
UNITED KINGDOM

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$673.31

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.427** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33.48

Eagle Consulting Group
13644 Deering Bay Dr
Coral Gables, FL 33158

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,993.61

Eastern America Insurance Agency, Inc
Calle 1 lote 10 metro office park
Guaynabo, PR 00969

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.429** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,993.61

Eastern America Insurance Agency, Inc
Calle 1 lote 10 metro office park
Guaynabo, PR 00969

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Eba - Int
One Financial Place STE 100 Lower Collym
St Michael, BB11000
BARBADOS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.431** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $404.77

Eba Insurances
Torre Onix, Piso 1, Oficina 11, El Rosal
Caracas Miranda, 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Eco communication & packaging, LLC
1401 NW 78 Ave
Doral, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

ECO Packaging Service LLC
1401 NW 78th Ave
Doral, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Edgar Eduardo Battistella Balbi
Calle 13-1 Res Liuana Piso 3
Apt 33 La Urbina
Caracas, 1042
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $98.60 |

Edgardo J Mini-Espejo
3500 SW 88TH ST SUITE 211A
Miami, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $60.77 |

Edrey Nunes Pierre
Rua Serra de Braganca, 1555
Apto. 237 A,
Sao Paulo, Sao Paulo 03318-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $259.42 |

Edson Gonzalez Rojas
Calle Carri Quinta Sinfonia
La California Sur
Caracas, 1071
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $223.87 |

Eduardo A. Lavandeira
41 SE 5 Street #907
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,255.91 |

Eduardo Carlos Pereira
Playa Bonita Casa Bunita
Apto 13G Vera Cruz
Panama City
PANAMA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $446.73 |

Eduardo Nogueira Gomes Pereira
Rua Arandu 205-Cj 405/406 Brooklin
Novo
Sao Paulo, 04562-030
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.    Case number (if known) _____
_____
Name

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Eduardo Pazaran Alvarez
757 SW 16th Court
Homestead, FL 33034-5681

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $46.32 |
|---|---|---|---|

Eduardo Rafael De Armas Fernandez
Calle Bella Vista Edif La Vista
Piso 4 apt 4-A Colinas De Los
Caobos
Caracas, 1050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** Broker

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $150.18 |
|---|---|---|---|

Eduardo Rafael Torrendell
Guayaquil 2075, uf 406 Grand bourg
CP161
Buenos Aires, CP1615
ARGENTINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** Broker

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $31.50 |
|---|---|---|---|

Eduardo Wilson Bar
Av. Impelatiz Laopoldina 957 8A/A
1605
Sao Paulo, 05614.040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** Broker

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

eFax Corporate J2 Cloud Services
P.O. Box 51873
Los Angeles, CA 90051-6173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $257.50 |
|---|---|---|---|

Efesus Investments Ltd
Craigmuir Chambers, PO Box 71 Road
Town
Tortola, VG 1110
BRITISH VIRGIN ISLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** Broker

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Elaine Farrar
1651 NE 115tb Street #23C
Miami, FL 33181

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___
Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   Global Benefits Group, Inc.
_____
         Name

Case number (if known) _____

---

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $306.90 |

Elam Rafael Bravo Ramirez
22705 SW 126th Ave
Miami, FL 33190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $150.00 |

Elemento Creative LLC
18031 SW 89th Ct.
Miami, FL 33157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Elena Camargo
10625 SWW 112th Avenue #308
Miami, FL 33176

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18.83 |

Elia Elizabeth Macias Barrera
Ejercito Nacional 373-305, Col.
Granada,
Mexico City, CDMX 11520
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Elisa Bolanos
21751 SW 98th Avenue
Cutler Bay, FL 33190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $594.30 |

Elizabeth Josefina Limongi Campos
Urb. El Rosal, Av. Ayacucho, Res.
Somar,
Apto. 05 Chacao 1060
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Elizabeth Santanello
7 Walton Court
Sicklerville, NJ 08081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.455** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$883.36**

Elizabeth Velasquez De Salume
1a Calle entre 89 y 91 Norte #4649
Col E
San Salvador, 1101
EL SALVADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$777.39**

Elsa Benavides De Ruiz
carrera 7C #127-72
Apto. 301
bogota, Cundinamarca 250240
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Elsye Alcala
7045 SW 166th Place
Miami, FL 33193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.458** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46.39**

Emanuele Aparecida Coghi
R. Prof. An bal Monteiro Machado,
345 Ri
Sao Paulo, Sao Paulo 05361
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.459** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Emiliano Perez
6357 SW 138th Place
Miami, FL 33183

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Emmanuel Lopez
4840 NW 7th Street
Apt 411
Miami, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$84.00**

Emmett  Insurance Group
7700 North Kendrall Dr. Suite 411
Miami, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.                                   Case number (if known) _____
                 Name

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,134.00 |

ENDONASAL SOCIEDAD ANONIMA
Escazu, 800 Oeste del Peaje
Autopista Pr
San Jose, 10903
COSTA RICA

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Provider

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Eneida Rosa Diaz
Av.El parque .Res  Diamante ll Apt
8B. U
Caracas Capital district, 1040
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $244.88 |

Engage Health Group
Kingsway House 134-140 Church Road
Hove, BN3 2DL
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6.37 |

Enrique Angel Garcia Bencono
Av. Soublette, Res. Villa Savoya,
Piso 9 Apto 9C
Caracas Capital District, 1010
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Enrique Villegas Fernandez
1140 San Pedro Ave.
Coral Gables, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17.00 |

Enterprise Business & Services
Corp.
Torre Davila Unid 51-c, 5ta Av. Con
4ta
Caracas, Miranda 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30.50 |

Eoliberth Ali Suarez Plaza
1449 Capri Lane #6213
Weston, FL 33326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor     Global Benefits Group, Inc.                                    Case number (if known) _____
           Name

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,510.00 |
|---|---|---|---|

EQUIPOS ARTICULARES 1980 C.A
Frente a EPA, Av San Martin, Calle
100
Caracas, 1020
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  Provider

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,094.00 |
|---|---|---|---|

ERGOTRONIC C.A 2011
Av. La Cantera, Qta. N4, Urb.
Hacienda M
Caracas, Miranda 1080
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  Provider

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.46 |
|---|---|---|---|

Erica Patricia Zapata Lopez
cra 32 9 sur 60
Apt. 403, Torres del Castillo
Medellin, 040018
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  Broker

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.63 |
|---|---|---|---|

Ernesto Geronimo Borga
CALLE DEL CANGILON RES CIMA QUEEN
PISO 2 TORRE C APT C022 LA TAHONA
Caracas, Miranda 1083
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  Broker

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.24 |
|---|---|---|---|

ERNESTO RIVAS VALENZUELA
P.  de los H roes, Zona Urbana Rio
Tijua
Tijuana, B.C. 22010
MEXICO

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  Provider

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,858.00 |
|---|---|---|---|

Ernst von Mecklenburg Strategic
Alliance
Ruggenstrasse 24,
Birmensdorf, ZH  CH8903
SWITZERLAND

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  Broker

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,643.39 |
|---|---|---|---|

Estudio Vazquez De Luca
Renoir (Neruda y Miguel Angel)
Punta del Este, Maldonado 20100
URUGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  Broker

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.476** **Nonpriority creditor's name and mailing address**
Euracare Advanced Diagnostics and heart
24 Peter Ala Adjetey Ave,
P.O. Box CT 1235 North Labone,
Accra
GHANA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                          $254.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** **Nonpriority creditor's name and mailing address**
Euracare Advanced Diagnostics and heart
24 Peter Ala Adjetey Ave North Labone
Accra, G534 R010
GHANA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                          $99.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** **Nonpriority creditor's name and mailing address**
Eva Heide Enns
Km. 5 Carr. Cuauhtemoc - A. Obregon S/N
Cuauhtemoc, 31604
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                          $9.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** **Nonpriority creditor's name and mailing address**
Evely Borges Da Silveira
Av. Barao de Melgaco, 547, Apto 21
Sao Paulo, Sao Paulo 05614.040
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                          $1,182.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** **Nonpriority creditor's name and mailing address**
Everest Eduardo Contramaestre Espinoza
Urb. Miranda, Final Ave del Centro, Res
Caracas Capital District, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                          $745.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.481** **Nonpriority creditor's name and mailing address**
Evrial Ood Evrial Ood
3A Belovodski pat str.
Sofia, 1616
BULGARIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.482** **Nonpriority creditor's name and mailing address**
Expert Translators
6619 South Dixie Hwy. #562
Miami, FL 33143

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.483** | **Nonpriority creditor's name and mailing address**
Expo Convention Contractors
15959 NW 15th Avenue
Miami, FL 33169

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.484** | **Nonpriority creditor's name and mailing address**
Fabian Alexis  Reales
274 wayne avenue
Paterson, NJ 07502

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No  ☐ Yes

$98.69

---

**3.485** | **Nonpriority creditor's name and mailing address**
Fabio Luiz Donate
Rua Nossa Senhora Das Merces, 867,
Apartamento 32
Sao Paulo, SP 05614.040
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No  ☐ Yes

$230.78

---

**3.486** | **Nonpriority creditor's name and mailing address**
Fairbarn Enterprises
17555 Collins Ave
Apt 2307
Sunny Isles Beach, FL 33160

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No  ☐ Yes

$6,816.55

---

**3.487** | **Nonpriority creditor's name and mailing address**
Family Insurance Tae Il Ha
1113 Bisan-Dong, Dong Ahn-Gu
Kodit Building, 6th Floor
Ahn Yang City, Gyeong Gi-Do 710030
SOUTH KOREA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.488** | **Nonpriority creditor's name and mailing address**
Faridy Alexandra Rivero Moreno
Av. Valencia Parpacen Ed.
Automotores La
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No  ☐ Yes

$80.17

---

**3.489** | **Nonpriority creditor's name and mailing address**
Fatima Cook
11401 SW 108th Avenue
Miami, FL 33176

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    Global Benefits Group, Inc.                                    Case number (if known) _____
            Name

---

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Federico  Yanquez
10911 NW 79 Street
Miami, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Federico A Vielledent
5825 Via Cuesta
El Paso, TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Federico Patricio Valdes Ugalde
Rousseau 14 60 Piso Col Anzurez
Mexico City,  CDMX 11590
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

---

| 3.493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $33.33 |
|---|---|---|---|

Fedor Saldivia Morr
Calle La Meseta Res. Las
CumbresPiso 4
Apto. B4-DU
Caracas Capital District, 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.50 |
|---|---|---|---|

Felix Modesto Hernandez Vargas
Ave Jose Maria Vargas Edi. Tifanny
Palac
Apt 3-A
Caracas Distrito Capital, 1040
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Felix Monclus Jr.
15992 SW 96th Terrace
Miami, FL 33196

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $88.90 |
|---|---|---|---|

Ferber And Associates Lp
1330 Post Oak Blvd.
Suite 1888
Houston, TX 77056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.
_____   Case number (if known) _____
         Name

---

**3.497**

**Nonpriority creditor's name and mailing address**
Fernanda De Fatima Goulart
Rua Cantagalo # 692, Tatuape,
Sao Paolo, 03319-000
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$51.60

---

**3.498**

**Nonpriority creditor's name and mailing address**
Fernanda Rossi
8373 NW 115 Court
Doral, FL 33178

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.499**

**Nonpriority creditor's name and mailing address**
Fernando Alfredo  Siefken Amare
Torre HumboldtOficina TE-04Av. R o
Caura
Caracas, Miranda 1080
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$5,803.86

---

**3.500**

**Nonpriority creditor's name and mailing address**
Fernando Luis Garcia Gilardi
M. Ezpeleta 757
Martinez, Buenos Aires 1640
ARGENTINA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$144.19

---

**3.501**

**Nonpriority creditor's name and mailing address**
Fernando Tomazi - Agent, RA Brandon
217 Aragon Ave
Coral Gables, FL 33134

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$71.33

---

**3.502**

**Nonpriority creditor's name and mailing address**
Financial External Corps
Calle La Ceiba, Duplex 4B, Urb. La
Caba
Caracas Edo., Miranda 1040
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$25.40

---

**3.503**

**Nonpriority creditor's name and mailing address**
First Achiever Consultants
307 Millenium Mall, Station Road,
Bardol
Surat Rural, Gujarat 394601
INDIA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $600.62 |
|---|---|---|---|

First Choice Coffee Services
2909 Croddy Way
Santa Ana, CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,137.23 |
|---|---|---|---|

First Health Group Corp.
C/o First Health Group Corp.
10260 Meanley Drive
San Diego, CA 92131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $155.41 |
|---|---|---|---|

Fisco International Ltd.
ALLE B, CONJUNTO CIUDAD CENTER,
TORRE E PISO 07, OFICINA 704E,
BOLEITA N
CARACAS, 1071
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,714.78 |
|---|---|---|---|

Five 9
4000 Executive Parkway Suite #400
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,484.21 |
|---|---|---|---|

Five Partners Advisors Sa
Jaime Balmes #11
Torre B Piso 2-201H Plaza Polanco
Mexico City,  CDMX 11520
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.25 |
|---|---|---|---|

FL CLINICAL PRACTICE  ASSOC
1329 SW 16th St
Gainesville, FL 32608

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $315.10 |
|---|---|---|---|

Flavio Foresti
Rua Volta Redonda 362
Sao Paulo, SP 04608-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.511** | **Nonpriority creditor's name and mailing address**
FloQast Inc
14721 Califa Street
Sherman Oaks, CA 91411

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address**
Flora Oppenheim Goldsmith
21205 Yacht Club Drive 1807
Aventura, FL 33180

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                   $466.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address**
Florandy Mendoza Pargas
Calle San Jose, Edif. Amazonas,
Piso 2 Apto. 7, Macaracuay
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                     $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address**
FLYNN FAMILY MEDICINE
chulstra e 2,
Ramstein-Miesenbach, 66877
GERMANY

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                    $26.83
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address**
Fminsurance - Oliver Financial
Group LLC
252 Ave. Ponce de Leon
San Juan, PR 00918

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                $15,330.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address**
Fminsurance CGF Insurance LLC
22 Avenida Gonzalez Giusti Caparra
Office Cebter
Guaynabo, PR 00968

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                     $0.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | **Nonpriority creditor's name and mailing address**
Fminsurance Frankie Martinez Puerto
Rico
PO Box 10804
San Juan, PR 00922

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                    $79.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.                                    Case number (if known)  _____
         Name

---

| 3.518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,309.26 |
|---|---|---|---|

Fminsurance Fulcro Insurance, Inc
PO Box 9024048
San Juan, PR 00902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Fminsurance General Insurance
Brokers In
1510 Ave. FD Roosevelt, Ste 11B2
Guaynabo, PR 00968

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,908.30 |
|---|---|---|---|

Fminsurance Gonzalez Laboy
Insurance LLC
1357 Ashford Ave. Suite # 398
San Juan, PR 00907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $94.15 |
|---|---|---|---|

Fminsurance Ikon Insurance Inc
270 Munoz Rivera Avenue, PH1
San Juan, PR 00918

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $91.78 |
|---|---|---|---|

Fminsurance Mariano Huerta Ortiz
453 Ave. Cesar Congalez
San Juan, PR 00918

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Fminsurance Noemi Perez Insurance
Partne
PO Box 195151
San Juan, PR 00919

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $139.97 |
|---|---|---|---|

Fminsurance Smart Insurance Agency
1510 Roosevelt Ave., Suite 9A1
Guaynabo, PR 00968

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.525**

**Nonpriority creditor's name and mailing address**
FORCE PHYSICAL THERAPY LLC
21000 NE 28TH AVE STE 104
AVENTURA, FL 33180-1421

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $295.00
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.526**

**Nonpriority creditor's name and mailing address**
Ford Allen
66 Widewater Road
Hilton Head Island, SC 29926

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.527**

**Nonpriority creditor's name and mailing address**
Fortius Clinic
17 Fitzhardinge St
London S, W1H 6EQ
UNITED KINGDOM

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $2,508.63
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528**

**Nonpriority creditor's name and mailing address**
Fortra, LLC
11095 Viking Dr, Suite 100
Eden Prairie, MN 55344

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.529**

**Nonpriority creditor's name and mailing address**
Fowler White Burnett PA (Mai-Ling
medina
1395 Brickell Avenue 14th Floor
Miami, FL 33131

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $2,599.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530**

**Nonpriority creditor's name and mailing address**
FPG Insurance Co., Inc
Zuellig Building 6F Makati Ave
Corner Pa
Makati City, 1225
PHILIPPINES

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.531**

**Nonpriority creditor's name and mailing address**
Fps Advisers
Av. S?o Gualter, 986 Alto de
Pinheiros
Sao Paulo, S?o Paulo 05455-001
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $55.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Francesco Berlinguer
1056 NW 87th Avenue
Apt 107
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Francisco Carlos Santos
22771 SW 88th Place
Cutler Bay, FL 33190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.07 |
|---|---|---|---|

Francisco Edgar Da Silva Filho
Rua Paulo Cesar de Andrade, No. 296
Apto. 302
Rio de Janeiro, Rio de Janeiro
222221-09
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,036.22 |
|---|---|---|---|

Francisco Magalhaes Fundao
Avenida Epinacio Pessoa No. 2014,
Apt. 901
Rio de Janeiro, Rio de Janeiro
22411-072
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,096.53 |
|---|---|---|---|

FRANCISCO MANUEL GONZALEZ SANCHEZ
RUBIO
Blvd. Aguacaliente #4558
Piso 17 Suite No. 1707
Tijuana B.C., 22014
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.36 |
|---|---|---|---|

Francisco Sanz
Santa Ana, 125 metros norte de la,
cruz
San Jose, 10901
COSTA RICA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Frankie Martinez Insurance
PO BOX 10804
San Juan, FL 00922

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Global Benefits Group, Inc._____     Case number (if known) _____
　　　　　Name

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $79.30 |
|---|---|---|---|

Frankie Martinez Puerto Rico
PO Box 10804
San Juan, PR 00922

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,921.02 |
|---|---|---|---|

Frankie Martinez Vargas
PO Box 10804
San Juan, PR 00922

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,073.12 |
|---|---|---|---|

Frankie Martinez Vargas
1497 Marginal Pr-177
San Juan, PR 00926

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7.51 |
|---|---|---|---|

Frima Sterental Cohn
Rehov Hayarkon 272 Diram
Telaviv, 6350411
ISRAEL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,041.78 |
|---|---|---|---|

Frontier International Group Inc. /
New
27442 Portola Pkwy, Suite 350
Foothill Ranch, CA 92610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44.16 |
|---|---|---|---|

FTHTTM INC
133 NE 2nd Ave #210
Miami, FL 33132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,309.26 |
|---|---|---|---|

Fulcro Insurance, Inc.
PO Box 9024048
San Juan, PR 00902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.                              Case number (if known) _____
         Name

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,831.77 |

FUNDACION BANCO DE DROGAS
ANTINEOPLASICA
Avenida principal de Los Cortijos
de Lou
piso 2 oficina 26.
Caracas, 1061
VENEZUELA

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Provider_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $956.42 |

FUNDACION CARDIOVASCULAR DE
COLOMBIA
Calle 155A No. 23-58 Urbanizacion
El Bos
Santander, 681004
COLOMBIA

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Provider_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,647.24 |

FUNDACION SANTA FE DE BOGOTA
CARRERA 7 117 15 ENTRADA PRINCIPAL
BARRI
Distrito Capital de Bogota, 110111
COLOMBIA

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Provider_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

FutureHealth, LLC.
95 Elm St
West Springfield, MA 01089

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $168.00 |

G Okamoto Dental Corporation
50 Bellefontaine St Ste 204
Pasadena, CA 91105

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Provider_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $205.27 |

Gabriel Brakha
4700 Sheridan St Ste J
Hollywood, FL 33021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35.10 |

Gabriela Cecilia Parra Moran
8355 NW 108 Ave Apt 729
Doral, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _Broker_

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.553** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$353.65**

Gabriela Estefania Rodriguez
Mendoza
Av Rio Churubusco 601 Int 123
Colonia Xo
Del. Benito Juarez
Mexico City,  CDMX 3330
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52.99**

Gabriela Knez
3179 NW 103rd Pl.
Doral, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$179.70**

Gabriela Serrano Rodriguez
Av. Via Colombia, Conj. Resd. La
Aldea,
Puerto Ordaz, Bolivar 8050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$64.82**

Gabriella Grassi UFC Students
VANTERPOOL PLAZA, 2ND FLOOR
WICKHAMS CAY
ROAD TOWN, TORTOLA, VG1110
BRITISH VIRGIN ISLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56.88**

Gaetano D`Emma Iemma
Av. Bella Vista, Urb. Tonoro
Villas, Cal
Maturin Monagas, 6201
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Gee Insurance & Financial Services
BLOCK NO. 34 HOUSE NO. 6, EAST
PATEL NAG
SECOND FLOOR
New Delhi, 110008
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

General Insurance Brokers Inc
1510 Ave. FD Roosevelt Ste 11B2
Guaynabo, PR 00968

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.560** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,625.33

Genesis Insurance Brokers And
Benefits C
Queens Park East
Port of Spain
TRINIDAD AND TOBAGO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,625.33

Genesis Insurance Brokers And
Benefits C
Queens Park East
Port of Spain
TRINIDAD AND TOBAGO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

George Rodriguez
9 Hopi Court
Freehold, NJ 07728

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Georgia Stumpf
6301 NW 103rd psge
Doral, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.564** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $589.39

GERARDO FRANCISCO ZAMBITO BRONDO
Vialidad de la Barranca Lomas del
Olivo
Cuidad Mexico, 52787
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.565** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $74.82

Gertrude`s Garden Children?s
Hospital
Muthaiga Road, P.O. Box. 42325-
Nairobi, 100
KENYA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Getty Images
605 Fifth Avenue
Suite 400
Seattle, WA 98104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Getzler Henrich & Associates LLC
295 Madison Avenue
20th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36.00 |
|---|---|---|---|

GFAI Administradora e Corretora de
Segur
Av. Francisco Matarazzo, 1752 -
Sala 231
Cond. C
Sao Paulo, 05614.040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Ghazal Insurance Ghazal Insurance
Compan
Kuwait Chamber of Commerce &
Industry (K
Second Floor,
Safat, 13074
KUWAIT

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Gigi Warren
11 Water Thrush Place
Hilton Head Island, SC 29926

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Gilberto Cano
15372 SW 10th Street
Miami, FL 33194-2683

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $192.22 |
|---|---|---|---|

Gilmer Alexander Baisdem Perez
Urb Terrazas del Caroni, CR La
Azucenas
Piso 3 Apto 3-4 Prolong. Av
Guarapich Pa
Puerto Ordaz, Guayana 8051
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.573** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$178.97**

Giovanni Battista Menegon Stella
Av. Italia Res. Palulu, Torre A,
Apto 10 - B La Triqalena
Valencia Carabobo, 2001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$209.86**

Giovanni Fabio Mascitti Di Felice
Urb. Pan de Azucar, Quinta Flor del
Camp
Carrizal, Miranda 1203
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Girls Inc of Orange County
1801 East Edinger Avenue
Suite 255A
Santa Ana, CA 92705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.576** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Giselle Alfonso
11 SW 32nd Avenue #3
Miami, FL 33135

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.577** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.98**

Giuliano Fazzio Passini Corretora
De Seg
Rua Tutoia, 235
Sao Paulo, Sao Paulo 04007-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.578** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,360.98**

Gladys Ponce De Leon
Carrera 13 a # 90-21 of 310
bogota, Cundinamarca 11001000
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7.45**

Gladys Ramona Moros Nieto
Urbanizacion Santa Maria Del
Rosario  Ca
Villa del Rosario, Cucuta 902323
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.                                    Case number (if known) _____
          _____
          Name

| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,223.32 |
|---|---|---|---|

Glamar Venturis Prieto Caraballo
Carrera Guri torre cem
Piso 1 ofic 1 alta vista Puerto
ordaz
Edo, bolivar  8050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $202.04 |
|---|---|---|---|

Gleyfer Liz Cortes Colmenares
Av. Ppal. Del Caribe, Edif. Laguna
Beach
Piso 5, Apto 5-F
Caraballeda, Vargas 1165
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57,939.99 |
|---|---|---|---|

GLOBAL DE SUMINISTROS OFFIEXPRESS
AV 1 ENTRE CALLE 12 CC LOS SAMANES
NIVEL
Caracas, 1080
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $113.25 |
|---|---|---|---|

Global Future Vision Management
Global Gateway 8, Rue de la Perle
Provid
Mahe
SEYCHELLES

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $977.85 |
|---|---|---|---|

Global Healthcare Puxi Shanghai
Shanghai Kerry Center, RM 301 1515
Nanji
Shanghai, 20040
CHINA

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Global Help
4770 Biscayne Blvd Ste 980
Miami, FL 33137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Global Quality Insurance
10235 Grove Lane
Cooper City, FL 33328

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Global Benefits Group, Inc._____    Case number *(if known)* _____
          Name

---

| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,753.34 |

GLOBAL REACH RX
255 University Dr
Coral Gables, FL 33134

■ Contingent
□ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No □ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $125.55 |

Global Wealth Services
801 Brickell Ave Ste 918
Miami, FL 33131

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No □ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,272.00 |

GLOBAMEDICA CORP
3645 WEST 16TH AV
HIALEAH, FL 33014

■ Contingent
□ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No □ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $179.54 |

Go Overseas Corp
Rua Borges De Figueiredo, 303
CJ-808
Sao Paulo, S?o Paulo 03110-010
BRAZIL

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No □ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,757.93 |

Goas & Associates Inc.
PO BOX 360020
San Juan, PR 00936

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No □ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,757.93 |

Goas & Associates Inc.
PO BOX 360020
San Juan, PR 00936

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No □ Yes

---

| 3.593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,774.68 |

Golden Pegasus Limited
R. Eng. Isaac Milder 374
Apt. 121
Vila Morumbi Sao Paulo, SP
05688-010
BRAZIL

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No □ Yes

---

Debtor    Global Benefits Group, Inc.
_____    Case number (if known) _____
             Name

| 3.594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Golden Spring Inv Ltd
27051 TOWNE CENTRE DR
LOS ANGELES, CA 90071

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,825.05 |
|---|---|---|---|

Golden Spring Inv LTD.
Gral. Gomez Pedraza 11-3Col. San
Miguel
Mexico City, CDMX D.F. 11850
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,971.37 |
|---|---|---|---|

Golden Spring Investment LLC
21200 NE 38th Ave Apt. 2503
Aventura, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,908.30 |
|---|---|---|---|

Gonzalez Laboy Insurance LLC
1357 Ashford Ave. Suite # 398
San Juan, PR 00907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25,577.38 |
|---|---|---|---|

Gonzalo Antonio Santander Salazar
Edificio Partagas, Urb. La
Castellana, M
Miranda, 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $164.66 |
|---|---|---|---|

Gonzalo Esteban Poblete Chavarria
Villarrica 1660, Casa 09 San Pedro
de La
Concepcion, 4130000
CHILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,629.61 |
|---|---|---|---|

GR Risk Partners Limited Rahul
Misra
601 Liberty House,
PO Box 482047
Dubai
UAE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.601** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $120.48

GradRight, Inc
1135 Grand Avenue, Apt 10
San Rafael, CA 94901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.602** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Grant Thornton LLP
33562 Treasury Center
Chicago, IL 60694

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.603** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $106.81

Graziela Cardoso Piloni
SHTN Trecho 1 Lote 2 Bloco 2
Apto 10 Asa Norte
Brasilia, 70800/200
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.604** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $243.75

Green Coral International Ltd.
AVENIDA JURUCE 552 - AP. #42
Sao Paulo, SP 04080012
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.605** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Greentop  Investment Inc.
Av Romulo Gallegos, Ed. Poliprima,
Piso 7, SantaEd
Caracas Capital District, 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.606** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Griseily Arias Garcia
12075 SW 18th Street #1
Miami, FL 33175

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.607** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,169.00

Groom Law Group Chartered
1701 Pennsylvania Ave
NW Suite 1200
Washington, DC 20006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Global Benefits Group, Inc.                        Case number (if known) _____
        Name

| 3.608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15.99 |

Grupo Aleph
Hacienda de las Golondrinas 25-101
Hacie
Huixquilucan, 52763
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $541.16 |

Grupo Fenam MX Abraham Credi Dabbah
Ejercito Nacional 598,
Piso 201
Tijuana, Baja California 11560
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Grupo Fenam Mx Elias Hop Salame
Ejercito Nacional 598, Col. Polanco
Refo
Mexico City, 11550
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $120.26 |

Grupo Fenam MX Grupo Fenam
Av. Las Palmas #4800, Fracc. Las
Palmas
Tijuana, Baja California 11560
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Grupo Fenam MX Grupo Fenam
Av. Acacias 3633 Cubillas
Tijuana Baja, California 22045
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $120.26 |

Grupo Fenam Procesadores De
Informacion
Horacio 1844,
Piso 1, Col. Polanco I Seccion
Miguel Hidalgo, Mexico City 11510
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21,165.86 |

GRUPO MEDICO SANTA PAULA
Urbanizaci n, Sector F, Av.
Circunvalaci
Caracas, 1061
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Provider_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Global Benefits Group, Inc.                                    Case number (if known)
         Name

| | | |
|---|---|---|
| 3.615 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $224.05 |

3.615   **Nonpriority creditor's name and mailing address**

GRUPO MEDIMOVIL 911, C.A.
AV ARAURE CON CALLE RORAIMA
QUINTANA LIN
Caracas DISTRITO CAPITAL, 4001
VENEZUELA

**As of the petition filing date, the claim is:** Check all that apply.   $224.05

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Provider

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

3.616   **Nonpriority creditor's name and mailing address**

Guido Antonio Pena
CALLE CAMURI, RESD. DORALTA TORRE
II
PISO 2, APTO 31, URB. LOS CHORROS
Caracas, Miranda 1070
VENEZUELA

**As of the petition filing date, the claim is:** Check all that apply.   $2,966.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

3.617   **Nonpriority creditor's name and mailing address**

Gustavo Adolfo Rojas Requena
Final Av. Ppal. El Bosque, Edif.
Pichinc
Piso 1 Chacaito
Caracas, 1070
VENEZUELA

**As of the petition filing date, the claim is:** Check all that apply.   $1,161.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

3.618   **Nonpriority creditor's name and mailing address**

Gustavo Adolfo Suarez Sarcos
Av Milagros More Cuidad 2000 Villas
cas
Maracaibo, 4001
VENEZUELA

**As of the petition filing date, the claim is:** Check all that apply.   $8.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

3.619   **Nonpriority creditor's name and mailing address**

Gustavo Alonso Gil Rojas
Urb. Caminos de Tanabana Calle 1,
Casa 1
Cabudare, Lara 3023
VENEZUELA

**As of the petition filing date, the claim is:** Check all that apply.   $780.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

3.620   **Nonpriority creditor's name and mailing address**

Gustavo Antonio Rojas Green
Av. La Estancia, Centro Banaven,
Torre B
Piso 1,
Caracas, 1070
VENEZUELA

**As of the petition filing date, the claim is:** Check all that apply.   $192.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

Debtor  Global Benefits Group, Inc.
_____        Case number (if known) _____
         Name

| 3.621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23.00 |
|---|---|---|---|

Gustavo Chelotti Reis
av jose Candido de silveira 440
ap 601
Sagrada Familia, Belo Horizonte
31035-57
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___          **Basis for the claim:** __Broker__

**Last 4 digits of account number** ___     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,783.99 |
|---|---|---|---|

Gvinadze and Partners LLC
10 Melikishvili Street
Tbilisi, 179
GEORGIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___          **Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,552.56 |
|---|---|---|---|

Hamsa Group LLC
Rua dos Jacarandas, 300/bloco 4,
1102 -
Rio de Janeiro, Rio de Janeiro
22776050
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___          **Basis for the claim:** __Broker__

**Last 4 digits of account number** ___     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $111.58 |
|---|---|---|---|

Hansel Holding Limited
Rua Templarios 730
Sao Paulo, 03357-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___          **Basis for the claim:** __Broker__

**Last 4 digits of account number** ___     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77.83 |
|---|---|---|---|

Hansel Holdings Limited
Avenida Marques de Sao Vicente,
2219-15
Sao Paulo, 05036-040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___          **Basis for the claim:** __Broker__

**Last 4 digits of account number** ___     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $340.21 |
|---|---|---|---|

Hansel Holdings Limited
Rua Cerro Cor , 585 Conj. 310
Torre 1 -
Sao Paulo, SP 05061-150
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___          **Basis for the claim:** __Broker__

**Last 4 digits of account number** ___     Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $121.59 |
|---|---|---|---|

Haydee Carolina Mendoza Balboa
2550 Citrus Tower Bv. #3207
Clermont, FL 34711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___          **Basis for the claim:** __Broker__

**Last 4 digits of account number** ___     Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.                                      Case number (if known)
          _____
          Name

| 3.628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $357.15 |
|---|---|---|---|

Haylor, Freyer And Coon, Inc. Hfc
Puerto
231 Salina Meadows Parkway
Syracuse, NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,911.01 |
|---|---|---|---|

HCA Healthcare UK
2 Cavendish Square, Marylebone,
London S, W1G 0PU
UNITED KINGDOM

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,094.11 |
|---|---|---|---|

HECTOR MURRIETA GONZALEZ
Sur 136 No. 116, Col. Las Am ricas,
?lva
Cd. De Mexico, 1120
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $328.85 |
|---|---|---|---|

Heniek Laib
209-174 Street, Apt. 1908
Sunny Isle Beach, FL 33160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $89.54 |
|---|---|---|---|

Hernan Ibaceta Romero
8750 NW 26 St Ste 550
PALM BEACH GARDEN
Miami, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $397.82 |
|---|---|---|---|

Hernan Ibaceta Romero
714 7TH CT.
Palm Beach Gardens, FL 33410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $357.15 |
|---|---|---|---|

Hfc Puerto Rico
231 Salina Meadows Parkway
Syracuse, NY 13212

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.635 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Hilary Picardi
94 Anson Road
Concord, MA 01742

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $127,271.00 |

Hilton Management, LLC (RENT )
902 Carnegie Center Suite # 400
Princeton, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $980.12 |

Hilton-902 Carnegie Center, LLC
(ELECTRI
c/o Hilton Management, LLC 902
Carnegie
Princeton, NJ 08541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21,630.55 |

HOSPITAL ALMATER
Av. Fco. I. Madero 1060, Nueva,
Mexicali, B.C. 21100
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $42,923.59 |

HOSPITAL ANGELES CHIHUAHUA
HACIENDA DEL VALLE 7120
CHIHUAHUA, 31217
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,866.84 |

HOSPITAL CIMA SAN JOSE  S.A.
Escazu, 800 Oeste del Peaje
Autopista Pr
San Jose, 10903
COSTA RICA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,753.77 |

HOSPITAL CIMA SAN JOSE  S.A.
AUTOPISTA PR?SPERO FERN?NDEZ 800
SAN JOSE, 10203
COSTA RICA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    Global Benefits Group, Inc.
_____    Case number (if known) _____
Name

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,248.91 |
|---|---|---|---|

HOSPITAL CLINICA BIBLICA
Calle Central y 1ra. en medio de la
Aven
San Jose, 10903
COSTA RICA

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** ___Provider___

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $24,146.26 |
|---|---|---|---|

HOSPITAL DE LA MUJER
Col Escalon CL Juan Jose Canas
Entre 81
San Salvador, 1167
EL SALVADOR

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** ___Provider___

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,696.19 |
|---|---|---|---|

HOSPITAL METROPOLITANO DEL NORTE
Av Valencia, Sector la florida,
Naguanag
Carabobo, 2007
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** ___Provider___

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $63,017.37 |
|---|---|---|---|

HOSPITAL METROPOLITANO SAN JOSE
San Jos  y Torre M dica: 300 m sur
del c
(Torre M dica Hospital
Metropolitano).
San Jose, 10903
COSTA RICA

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** ___Provider___

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,233.22 |
|---|---|---|---|

HOSPITAL PUNTA PACIFICA (ALL
CENTERS)
Pacific Boulevard and, Blvd. Pac
fica,
Panam , 801
PANAMA

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** ___Provider___

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,550.15 |
|---|---|---|---|

HOSPITAL PUNTA PACIFICA (ALL
CENTERS)
Avenida Costa del Sol Calle del Sol
Town
CIUDAD DE PANAMA
PANAMA

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** ___Provider___

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $241.58 |
|---|---|---|---|

Hospital Ruber Juan Bravo
Calle de Juan Bravo, 49, Salamanca,
Madrid, 28006
SPAIN

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,758.85 |
|---|---|---|---|

HOSPITAL SAN JOSE TECNOLOGICO DE
MONTERR
Ave. I. Morones Prieto #3000 pte.,
Colon
Monterrey, Nuevo Leon 64710
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Howard Ehrlich
1049 Grlendevon Drive
Ambler, PA 19002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Howden ACP Sigorta ve Reas rans
Brokerli
Maslak Mah. Maslak Meydan Sok.
Beybi Giz
Istanbul, 34485
TURKEY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $628.83 |
|---|---|---|---|

Howden Employee Benefits &
Wellbeing Lim
One Creechurch Place, EC3A 5AF
London
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

HUB International
11516 Miracle Hills Drive Suite 100
Omaha, NE 68154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Hudson Int Inv LTD
R. Visc. de Piraj  430/ 704
Ipanema,  Rio de Janeiro 20560-001
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.
     Name
Case number (if known) _____

---

**3.655** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
--- | --- | --- | ---
| Hugo Jares<br>6969 Collins Avenue, Apt 504<br>Miami Beach, FL 33141 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** For notice purposes only |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.656** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $117.86
--- | --- | --- | ---
| Hugo Soljancic<br>Tuyuti c/Monte Alto 170<br>Luque, 001415<br>PARAGUAY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.657** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
--- | --- | --- | ---
| Ibrahim Gonzalez Agb Insurance<br>2385 NW Executive Center Dr. #100<br>Boca Raton, FL 33431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.658** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $72.08
--- | --- | --- | ---
| ICG Company<br>5201 Blue Lagoon Drive 8th, 9th Floor<br>Miami, FL 33126 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.659** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
--- | --- | --- | ---
| Ideybis Goya<br>1111 Greenwood Avenue<br>Labelle, FL 33935 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** For notice purposes only |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.660** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $123.95
--- | --- | --- | ---
| IDP Education Limited<br>Level 10, Melbourne Quarter 2<br>697 Coll Docklands<br>Victoria, 03008-0000<br>AUSTRALIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.661** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,155.84
--- | --- | --- | ---
| IFCG Inc<br>4770 Biscayne Blvd Ste. 950<br>Miami, FL 33137 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** Broker |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor    Global Benefits Group, Inc.                                    Case number (if known) _____
          Name

| 3.662 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Ignacio Garcia Insurance Services
LLC
PO Box 10059
Santurce Station
San Juan, PR 00908

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                              $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

3.663 **Nonpriority creditor's name and mailing address**
Ignacio Garcia Insurance Services
LLC
PO Box 10059
Santurce Station
San Juan, PR 00908

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                              $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

3.664 **Nonpriority creditor's name and mailing address**
IKNOW S.A.C.
Jiron Jose Santos Chocano No 906
Los Olivos, 15301
PERU

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                           $18,110.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.665 **Nonpriority creditor's name and mailing address**
Ikon Insurance Inc
270 Munoz Rivera Avenue, PH1
San Juan, PR 00918

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                              $94.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

3.666 **Nonpriority creditor's name and mailing address**
Ilh Asesores Ca
Centro Seguros La PazAV FRANCISCO
MIRAND
Caracas, Miranda  1070
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                              $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

3.667 **Nonpriority creditor's name and mailing address**
Infinity General Insurance Limited
- Cam
126 Norodom Boulevard
Phnom Penh, 12301
CAMBODIA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                              $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

3.668 **Nonpriority creditor's name and mailing address**
Insibs C.A.
Avenida Las Delicias, C.
Empresarial Eur
Oficina 1-05Urb. La Floresta
Maracay, Aragua 2102
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                              $118.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.669** | **Nonpriority creditor's name and mailing address**
Insurance For Students
1690 S Congress Ave, Suite 101
Delray Beach, FL 33445

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$10,385.15

---

**3.670** | **Nonpriority creditor's name and mailing address**
Insurexcellence Insurance Brokers
Steve
24 Raffles Place 18-00 Clifford
Center
Singapore, 048621
SINGAPORE

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$75.55

---

**3.671** | **Nonpriority creditor's name and mailing address**
Intelepeer Cloud Comminications,
LLC
155 Bovet Road Suite 405
San Mateo, CA 94402

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$3,055.88

---

**3.672** | **Nonpriority creditor's name and mailing address**
Interact Intranet Inc.
21 West, 46th Street, 16th FL
New York, NY 10036

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.673** | **Nonpriority creditor's name and mailing address**
Interamerican Financial Consulting
Group
4770 Biscayne Blvd. Suite 950
Miami, FL 33137

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$19,120.07

---

**3.674** | **Nonpriority creditor's name and mailing address**
Interamericana  Advisors Old
Av. Francisco de Miranda, Edificio
Caven
Caracas Capital District, 1050
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$1,848.97

---

**3.675** | **Nonpriority creditor's name and mailing address**
Interbrokerage Insurance Group, Inc
1820 North Corporate Lakes Blvd.
Suite 206
Weston, FL 33326

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$119.65

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.676** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Interbrokers Insurance
19501 W Country Club Dr.
APT 610
Aventura, FL 33180-2473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$124.47**

Interbrokers Insurance (Nirely
Gonzalez)
Prolongacion Calle T de Colinas de
Valle
Caracas Capital District, 1080
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$304.80**

Interbrokers Insurance Ricardo
Rosales
8750 NW 26 St. Ste. 550
Miami, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Interbrokers, Inc
7023 NW 113th Place
Doral, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$212.10**

International Advisors
Alameda Conde dos Arcos, 120 - Vila
do C
Nova Lima Minas Gerais, 34000-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$92.89**

international Financial Protection
Solut
19020 NW 57th Ave
Apt 302
Hialeah, FL 33015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,367.90**

International Total Agency
Av. Francisco de Miranda, Edificio
Caven
Caracas Capital District, 1050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.683** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$121.50**

International Total Support
Corporation
Av. Blaudin Centro San Ignacio
Torre Cop
Piso 4 Oficina 403, Chaco
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.684** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,174.67**

Internet4Associations
535 25th Avenue North
St.Petersburg, FL 33704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.685** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,299.67**

Intertrade Inc
14460 Hampton Place
Davie, FL 33325

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Inversiones Animados 2012 XXI C.A.
3360 SW 27th ave apt 901
Miami, FL 33133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.687** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$72.93**

Iracema Gomes De Almeida
Rua Joao Machado e Silva 278 - Vila
Miam
Sao Paulo, S?o Paulo 03254-040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Iris Noguera Nieves
Av. Andres Bello. Resd. Los Palos
randes
Piso 1 Apto 8.
Caracas, Miranda 1041
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.689** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$229.03**

Iris Planejamento
Rua 00 Rocio, 199 CJ 122 Vila
Olimpia
Sao Paulo, S?o Paulo 05614.040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.690**

**Nonpriority creditor's name and mailing address**
Iron Mountain
2 Sun Court
Norcross, GA 30092

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691**

**Nonpriority creditor's name and mailing address**
Irving Javier Gomez Escalona
Torre KLM, Piso 6 Los Palos Grandes
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.40

---

**3.692**

**Nonpriority creditor's name and mailing address**
Isaac Rubinstein
Altata 51 - Int 103, Colonia
Hipodromo D
Mexico City, CDMX 06100
MEXICO

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.693**

**Nonpriority creditor's name and mailing address**
Isabel Cecilia Bonetti De Puma
urb prebo III Edif  Tulum
apto 3-a
Valencia, Carabobo 2001
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$23.92

---

**3.694**

**Nonpriority creditor's name and mailing address**
Isak Gwercman
Rua Jesuino Arruda, 325
Ap. 141
Sao Paulo, Sao Paulo 04532-080
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$2,070.41

---

**3.695**

**Nonpriority creditor's name and mailing address**
ISARKLINIKUM
SONNESTR 24-26
MUNCHEN, 80331
GERMANY

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

$13,446.54

---

**3.696**

**Nonpriority creditor's name and mailing address**
Isis Trochez
735 Flagami Blvd.
Miami, FL 33144

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  __Global Benefits Group, Inc._____  Case number (if known) _____
     Name

| 3.697 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $406.63 |
|---|---|---|---|
| | Isli Del Carmen Lugo Padron<br>AVENIDA FRANCISCO DE MIRANDA,<br>URBANIZACI<br>PISO 6, OFICINA 6G<br>Caracas, 1070<br>VENEZUELA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _Broker_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.698 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Ivanna Cerda<br>335 Lownde Avenue S<br>Lehigh Acres, FL 33974 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _For notice purposes only_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $722.46 |
|---|---|---|---|
| | Ivette Matiauda Reuter<br>Julio Correa 855 CI Stma Trinidad<br>Asuncion, 001415<br>PARAGUAY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _Broker_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,420.57 |
|---|---|---|---|
| | Ivonne De Moreno<br>Avenida Cristobal de Mendoza #<br>214Edific<br>Santa Cruz de la Sierra, Santa Cruz<br>Depa<br>BOLIVIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _Broker_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,835.75 |
|---|---|---|---|
| | Ivonne Kibrit<br>FUENTE DE JUPITER 19 COL<br>TECAMACHALCO<br>Mexico City,  CDMX 53950<br>MEXICO | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _Broker_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | Jackie Pineres<br>15462 SW 32 Terrace<br>Miami, FL 33185 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _For notice purposes only_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $571.80 |
|---|---|---|---|
| | Jacob Garzon<br>3822 Eagle Ct.<br>Weston, FL 33331 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** _Broker_ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.704** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jadir Dimas Vasconcelos Fonseca
Rua P Rua P
Volta Redonda, Rio de Janeiro
27251183
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jaime Aharonov Cohen
Av. Santos Erminy, Torre Mega II,
Piso 6, Ofic. C,
Caracas Capital District, 1050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,647.20

Jaime Alegria Benarroch
19501 W Country Club Dr.
APT 610
Aventura, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.707** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $173.30

James Edward Echeverria Perez
Calle Cuchivero, Edificio
Metropolitano,
Piso 1, O
Puerto Ordaz, Bolivar 8050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.708** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jana Hull
2409 F;proda St #3
Huntington Beach, CA 92648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jane Zevon
26516 Granvia Drive
Mission Viejo, CA 92691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,670.86

Janet Baum
Rua San Vicente de Paula 435
apt 141
Sao Paulo, SP 01229-010
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.711** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Janexis Roca
14205 SW 149th Avenue
Miami, FL 33196

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.712** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $287.40

Jaqueline Paes
Rua "A", No 400  Rosa Machado
Pirai Rio de Janeiro, 27175 000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.713** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jasmine Dorce-Pagan
5227 NW 198th Terrace
Miama Gardens, FL 33055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.714** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jason Coker
1091 Dunvegan Road
Florence, SC 29501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Javier Alberto Contreras
Calle Boyaca  2 Con resid miguel
oteco S
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.716** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.13

Javier Francisco Iragorri Nucete
Av. Norte Sur, #48, Entre esquinas
de To
Caracas, Miranda 1010
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.717** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $684.32

JCB Insurance Solutions
100 Howe Ave, Suite 260N
Sacramento, CA 95825

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.718**

**Nonpriority creditor's name and mailing address**
Jean Louis
1421 NW 18th Drive, Apt 207
Pompano Beach, FL 33069

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.719**

**Nonpriority creditor's name and mailing address**
Jeanette Perez
756 Meadow Park Drive
Minneola, FL 34715

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.720**

**Nonpriority creditor's name and mailing address**
Jeff White
400 Neighbors Drive
Midland, NC 28107

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.721**

**Nonpriority creditor's name and mailing address**
Jenny Aismar Alvarado Munoz
Av. Ginebra, entre calle Sicilia y
Corce
Caracas Capital District, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$1,575.19

---

**3.722**

**Nonpriority creditor's name and mailing address**
Jenny Bradfield
19851 NW 78th Avenue
Hialeah, FL 33015

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.723**

**Nonpriority creditor's name and mailing address**
Jessy Vazquez
735 Flagami BGlvd
Miami, FL 33144

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.724**

**Nonpriority creditor's name and mailing address**
Jesus Gustavo De La Huerta Cervera
223 Via de San Ysidro Ste. 1
San Ysidro, CA 92173

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$146.65

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.725** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jesus Humberto Zambrano Perez
Av. Francisco de Miranda, Edif. Las Luis
Piso 2
Caracas, 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.726** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36.50

Jesus Maria Mora Rivas
Av. Libertador Edif. La Linea Torre B
Piso 9, No 92 B La Florida
Caracas, 1050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.727** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $219.92

Jesus Maria Mora Rivas
Av. Libertador Edif. La Linea Torre B
Piso 9 No 92 B La Florida
Caracas, 1050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.728** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jesus Vicente
8138 NW 108 Ct.
Doral, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.729** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $111.41

Jhonny Jose Lezama
Centro Comercial Caroni, Plaza 3, Piso 4 Altavista
Puerto Ordaz, Bolivar 8050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.730** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $105.94

Jiahui International Hospital
88 Qinjiang Rd, Xuhui District,
Shanghai, 200233
CHINA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.731** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Jill Heathcott
31 Hopper Ridge Road
Bluffton, SC 29909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.732**  **Nonpriority creditor's name and mailing address**

Joe Freedman
24457 Jacks Drive
Millsboro, DE 19966

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.733**  **Nonpriority creditor's name and mailing address**

Joel Downer
31 Armour Glades Drive
Kingston, Kingston 8
JAMAICA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.01

---

**3.734**  **Nonpriority creditor's name and mailing address**

Joel Tealer
115 Meadow View Dr.
Doylestown, PA 18902

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.735**  **Nonpriority creditor's name and mailing address**

John Carlos Martinez Ocampo
Urb Manzanares Calle Oeste Resd.
Pque. M
Apto 16-A
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.736**  **Nonpriority creditor's name and mailing address**

John Williams
9325 Lagoon Place, Apt. 101
Davie, FL 33324

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$832.05

---

**3.737**  **Nonpriority creditor's name and mailing address**

Johnna Friddell
18 Anchor Bay Ct.
Bluffton, SC 29910

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.738**  **Nonpriority creditor's name and mailing address**

Jon Rego
301 N. Hollywood Way, Apt F
Burbank, CA 91505

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Global Benefits Group, Inc.**

Name

Case number *(if known)* _____

---

| 3.739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,768.09 |
|---|---|---|---|

Jorge  Baladi Najas
URB Las Trinitorias Colle 5 Oeste
Casa 2
Monagas, 6201
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $133.80 |
|---|---|---|---|

Jorge Antonio Loreto Sanchez
Av. Andres Bello, Edifc Multicentro
Los
Caracas, Miranda 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $300.24 |
|---|---|---|---|

Jorge Enrique Quintero
CARRERA 18#86A-14
bogota, Bogot  D.C. 9999
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6.00 |
|---|---|---|---|

Jorge Jose Bassin Avilez
Urbanizacion Villa Alianza Calle
Fildael
Puerto Ordaz, Bolivar 8050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7.70 |
|---|---|---|---|

Jorge L. Barcelo
9941 NW 27th Terrace
Doral, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $66.75 |
|---|---|---|---|

Jorge Luis Guedez Issa
8255 Lake Dr. #403
Doral, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Jorge Massip Enriquez
11970 Tuttle Blvd.
Miami, FL 33184

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Jorge Mendoza
8810 Fountanbleu Blvd
Apt 410
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $109.27 |
|---|---|---|---|

Jorge Orrantia
945 S. Mesa Hills #116
El Paso, TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Jorge Suarez
1040 Biscayne Boulevard, #4105
Miami, FL 33132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $58.60 |
|---|---|---|---|

Jose  Luis Diaz, Interbrokers
Insurance
PO BOX 228450
Doral, FL 33222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $77.25 |
|---|---|---|---|

Jose Alberto Nasser Salomon
INSURGENTES SUR  670-8COL.DEL VALLE
Mexico City, CDMX 3100
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $146.40 |
|---|---|---|---|

Jose Antonio Olivares Rodriguez
Urb. Colina de la Tahoar Edif La
Avaig T
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $70.34 |
|---|---|---|---|

Jose Antonio Recao Roura
Av. Blandin Centro San Ignacio
Torre Cop
Piso 4 Oficina 403, Chaco
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.753** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $194.35

Jose Carlos Mu oz Oronoz
Pontevedra 202 Col. Las Sendas
San Pedro Garza,  Nuevo Leon 66233
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.754** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $583.52

Jose Enrique Vargas Hungria
Av. Fco. De Miranda, Edif. Centro
Plaza
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,831.02

Jose Gamaliel Valezco Gonzalez
Campus Santa Fe Edificio: Torre
Central
Piso: 2 Consultorio: 212-214 Av.
Carlos
Cd. De Mexico, 5300
MEXICO

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Provider__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.756** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2.91

Jose Gregorio Rodriguez Garcia
Calle 146, No. 22-256, Conjunto
Santelmo
Apto. 214, Sector Villa Campestre
Florida Blanca, Santander 008001
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.757** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $201.23

Jose Guillermo Narvaez Hernandez
Av. Abraham Lincoln, Torre Centrum,
Piso 3, Oficin
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $155.10

Jose Humberto Quintero Velasquez
Conj. Resd. Ciudad Roca, Urb. Onix
Casa
Barquisimeto, Lara 3001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.68

Jose Luis Bonnemaison
10861 SW 181st Lane
Palmetto Bay, FL 33157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.760** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $173.20
---|---|---|---

Jose Manuel De Urrutegui Arranz
Av. Libertador, Conjunto Jardin
Bello Ca
Chacao, 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.761** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Jose Mena
8642 Clardige Drive
Miramar, FL 33025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.762** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $107.40

Jose Paulo De Araujo Cunha
Avenida Rouxinol, 463 conjunto 7
Sao Paulo, 04516-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $292.39

Jose Roberto Jacinto  Franciscon
Rua Jos  Versolato 111 cj. 2008
S?o Bernardo do Campo, S?o Paulo
9750730
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.764** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $87.17

Joseba Amortegui Unfried
Calle 87A #71-74 (Barrio Villa
Carolina)
Barranquilla, 901971
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.765** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.40

Josebel Ribeiro dos Santos
Avenida Marques de Sao Vicente,
2219-15
Sao Paulo, 05036-040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $182.45

Joseph Moses
12 Grenada Avenue, Federation Park
Port of Spain, Port of Spain
TRINIDAD AND TOBAGO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|--------|------------------------------|--------------------------|---|
| | Name | | |

| 3.767 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $182.45 |
|-------|---|---|---|

Joseph Moses
12 Grenada Avenue Federation Park
Port of Spain
TRINIDAD AND TOBAGO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97.35 |
|-------|---|---|---|

Josephine M Kauffmann
Casa Linda Court #7 Calle A
Bayamon, PR 00959

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97.35 |
|-------|---|---|---|

Josephine M Kauffmann
Casa Linda Court #7 Calle A
Bayamon, PR 00959

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.84 |
|-------|---|---|---|

Joy Mindlin
703 Waterford Way, Suite 560
Miami, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8.66 |
|-------|---|---|---|

Jpg Associates
Av. Circunvalacion del Sol, Sector
F. Ce
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $896.65 |
|-------|---|---|---|

JQP Capital LLC
7239 NW 54th St.
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|-------|---|---|---|

Juan Alvaro Lopez Hernandez
Av. Guyana Torre Empresarial Bell,
Piso 5 Oficina J
Puerto Ordaz, Bolivar 8050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.774** **Nonpriority creditor's name and mailing address**
Juan Carlos Bustillos Murillo
Calle 37, #108,
Piso 3, Zona Achumani
La Paz, La Paz Department
BOLIVIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.775** **Nonpriority creditor's name and mailing address**
Juan Carlos De Lasa
100 Ocean Lane Drive, Apt. 302
Key Biscayne, FL 33149

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$51.41

---

**3.776** **Nonpriority creditor's name and mailing address**
Juan Carlos Ferreiro Neira
AV. 8 QTA. GENE URB. ALTO PRADO
CARACAS
Caracas, Miranda 1080
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$15.54

---

**3.777** **Nonpriority creditor's name and mailing address**
Juan Carlos Recao Roura
Av. Blandin Centro San Ignacio
Torre Cop
Piso 4 Oficina 403, Chacao
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$740.69

---

**3.778** **Nonpriority creditor's name and mailing address**
Juan Cornejo
15283 SW 89th Terrace
Miami, FL 33196

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.779** **Nonpriority creditor's name and mailing address**
Juan David Pelaez Londono
Trans 23 No. 93 - 30
Apto. 303
Bogota, 110110
COLOMBIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$130.40

---

**3.780** **Nonpriority creditor's name and mailing address**
Juan Ignacio Targa Aranguren
LAS MERCEDES, CALLE JALISCO EDF.LA
COLON
Caracas, MIRANDA 1080
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$1,869.90

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.781** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$133.46**

Juan Jose Ramirez Filipi
Avenida Francisco de Miranda, Edif.
Cave
Caracas, 1070
VENEZUELA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.782** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Juan Macias
7313 Lost Shadow Court
Las Vegas, NV 89131

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.783** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Juana Nevarez Barraza
10309 SW 4th Street
Miami, FL 33174

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.784** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Judith E Proulx Inc.
107 Crescent Moon Drive
Groveland, FL 34736

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.785** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$72.50**

Juliana Naranjo Paredes
Calle 121, No. 3A-20, Cerros de los
Alpe
bogota, 110110
COLOMBIA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.786** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Julieann Adams
10501 Hester Street
Cypress, CA 90630

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.787** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.91**

Julio Ismael Lugo Padron
Av. Romulo Gallegos, Urbanizacion
Sebuca
Apto. 1f
Municipio Sucre, Miranda 0212
VENEZUELA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.788** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $216.10

Julio Jose  Chacon Esis
Carretera Charallave Cua, Urb.
Villa Fal
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.789** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $173.07

Juveni Lourdes Schons
Rua Marques do pombal 1824 sala 302
–  B
Porto Alegre, RS 90540-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.790** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Kaplan Financial Education
PO BOX 935357
Atlanta, GA 31193-5357

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.791** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Karelys Andreina Lopez Delfin
Carretera Via Perija, Edif.
Conjunto Lag
Piso 2, Apto. 3-2C, Barrio Urdaneta
El Silencio, Zulia 4001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.792** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Karen Coley
1448 Leegate Road, NW
Washington, DC 20012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.793** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Karen Dinan
1508 Brynmar Oaks Circle
Apex, NC 27539

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.794** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Karen Fleites
5981 SW 156th Court
Miami, FL 33193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.
          _____    Case number (if known) _____
          Name

---

**3.795**

**Nonpriority creditor's name and mailing address**
Karla Maria Alonzo
Paseo General Escalon, C.C. Villas
Espan
San Salvador, 1101
EL SALVADOR

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$379.47

---

**3.796**

**Nonpriority creditor's name and mailing address**
Katherine Carolina Curtidor
Cra 74 N 82-82
Torre A Apto 805
Bogota, 110110
COLOMBIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$109.50

---

**3.797**

**Nonpriority creditor's name and mailing address**
Kathy Luo
11651 Cinema Drive
Plainfield, IL 60585

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.798**

**Nonpriority creditor's name and mailing address**
Kelly Karina Gutierrez
URB Valles de topacio etapa 3 Torre
2
Apt 22-1 San diego
Carabobo, 2006
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$76.89

---

**3.799**

**Nonpriority creditor's name and mailing address**
Ken Lentz
c/o David Olson Law Group
23586 Calabasas Road, Suite 200
Calabasas, CA 91302

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Litigation

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.800**

**Nonpriority creditor's name and mailing address**
Kennedy Van der Laan
Molenwerf 16,
Amsterdam, 1014 BG
Netherlands

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$693.17

---

**3.801**

**Nonpriority creditor's name and mailing address**
Kenneth D Fields
573 Centerwood Dr.
Tarpon Springs, FL 34688

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  __Global Benefits Group, Inc._____    Case number (if known) _____
        Name

| 3.802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $782.26 |
|---|---|---|---|

Kenneth Hamm Finlay Stewart
200 Biscayne Boulevard Way
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67.00 |
|---|---|---|---|

Kenneth Jose Betancourt
6102 NW 114th Ct., Unit 104
Dora, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Keny Johan Ortiz Jaen
Av. Ppal. Paseo Eraso, Resid.
Orituco Pi
Caracas, 1061
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Kevin McCormick
1597 West Liberty Road
Gridley, CA 95948

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Kimberly Christiansen
9412 Rambler Drive
Huntington Beach, CA 92646

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $258.21 |
|---|---|---|---|

Kocoon Investments Limited
Rua Serafico de assis Carvalho ,103
M52
Sao Paulo, SP 05614.040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

KPMG LLP
1501 N. Plano Rd
Richardson, TX 75081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.
_____    Case number (if known)    _____
        Name

| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Kroll Associates, Inc.
P.O.Box 847509
Dallas, TX 75284-7509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,582.50 |
|---|---|---|---|

Kutak Rock LLP
8601 North Scottsdale Road
Suite 300
Scottsdale, AZ 85253-2738

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $308.60 |
|---|---|---|---|

Kyc Company LTD.
Ritter House 5th Floor PO Box 3200
Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $72,610.93 |
|---|---|---|---|

Kyriba Corp
4435 Eastgate Mall #200
SanDiego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $68.79 |
|---|---|---|---|

LABORATORY CORPORATION OF AMER.
PO BOX 2210
Burlington, NC 27216

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Provider_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $54.94 |
|---|---|---|---|

Lang and Lopez Global Partners
Urb. Prebo, Calle 107-B, Quinta Los
Jose
Valencia, Carabobo 2001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $198.40 |
|---|---|---|---|

Language Link
911 Main Street, Suite 10
Vancouver, WA 98660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   Global Benefits Group, Inc.
_____
     Name

Case number (if known) _____

---

| 3.816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Lara De Las Galaxias Rodriguez
Astudillo
Calle Avila, Casa 16-23, Urb. La
Florida
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57.40 |
|---|---|---|---|

Lara Jane Turkie Schnaider
Rua Dos Caetes, 239,
apto 121, Perdizes
Sao Paulo, S?o Paulo 05016-080
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Laura Enriquez
8866 West Flager Street #204
Miami, FL 33174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.81 |
|---|---|---|---|

Laura Fernanda Correa Acosta
Carrera 14 # 103-09 Carrera 14 #
103-09
Bogot , Bogot  D.C. 111111
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $754.61 |
|---|---|---|---|

Laura Gabriela Croes Rondon
Urb. Pan de Azucar, Qta. Flor del
Campo
Carrizal, Miranda 1203
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Laura Goodman
501 Mercomatic Drive
Nashville, TN 37209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Laura Holstine
200 E Randolph Street
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.
_____    Case number (if known) _____
        Name

| 3.823 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Lauren Gonzalez
7529 Garfield Street
Hollywood, FL 33024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $48,264.26 |
|---|---|---|---|

LEAF
P.O. BOX 5066
HARTFORD, CT 06102-5066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $519.81 |
|---|---|---|---|

Lee Bo Taek
6 Seonbugwangjangbuk-ro
Ansan-si, Gyeonggi-do 15237-0000
SOUTH KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Legra Broker Vladimir
Kipriansovsky
Filip Vtori Makedonski no. 19/ I
-25
Skopje, 1010
MACEDONIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Leidy Arana-Gutierrez
15580 SW 137th Court
Miami, FL 33177

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $218.04 |
|---|---|---|---|

Lemos Galvao Planejamento E
Organizacao
SIG Quadra 04 lote 75 Bloco A Sala
4-ME
Bras lia Distrito Federal,
70.610-440
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $28.66 |
|---|---|---|---|

Lenis Del Valle Castillo Gonzalez
Av. Luis do Camoes, Torre Xpress
Piso 5
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.830**

**Nonpriority creditor's name and mailing address**
Leon Avila
Town Center One
8950 SW 74 Court, Suite 1407
Miami, FL 33156

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☐ No ☐ Yes

$1,470.75

---

**3.831**

**Nonpriority creditor's name and mailing address**
Leonardo Enrique Coutinho Gozaine
Av ppa de yacural cujunmto
residencial 1
torre6 apt 663
Barquisimeto, Lara 3001
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.832**

**Nonpriority creditor's name and mailing address**
Leonor Maria Guzman Herrera
Urb. Las Cayenas, Manzana 6, Calle
4 #71
Monagas, 6201
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$108.36

---

**3.833**

**Nonpriority creditor's name and mailing address**
Let me see It Inc.
1740 Jefferson Avenue
Apt 9
Miami Beach,, FL 33139

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.834**

**Nonpriority creditor's name and mailing address**
Leticia Zuniga
13380 NE 16th Avenue
North Miami, FL 33161

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.835**

**Nonpriority creditor's name and mailing address**
LeverEdge Association
6 Soldiers Field Park
Unit 505
Boston, MA 02164

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$92.63

---

**3.836**

**Nonpriority creditor's name and mailing address**
Levy Leonardo Lossada Belgrave
Avenida B, Urbanizaci n La Carlota
Edifi
Piso 1 Apartamento 8
Caracas, Miranda 1071
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$27.75

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.837** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

LexisNexis
28544 Network Place
Chicago, IL 60673

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___AP/Vendor___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.78**

Leyda Lucia Valero Arboleda
Calle 152 No. 54-39,
Torre 5, Apartamento 819
bogota, Bogot  D.C. 111156
COLOMBIA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___Broker___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.839** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Life Insurance Company of North
America
PO BOX 782447
Philadelphia, PA 19178-2447

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___AP/Vendor___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.840** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,721.69**

Lighthouse Insurance Group Inc
PMB 637, 1353 Rd. #19
Guaynabo, PR 00966

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___Broker___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.841** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,721.69**

Lighthouse Insurance Group Inc
PMB 637, 1353 Rd. #19
Guaynabo, PR 00966

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___Broker___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.842** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$445.50**

Lilian Marcia Moura Rabinovitch
Saturnino de brito , 583
apt 901 Praia do canto
Espirito Santo, 29055-180
BRAZIL

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___Broker___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.843** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$59.94**

Liliana Valeria Giraldo Usuga
Clle. 4, #28-58
Medellin, Antioquia 002001
COLOMBIA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** ___Broker___

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.844**

**Nonpriority creditor's name and mailing address**
Lina Portuondo
14205 SW 149th Avenue
Miami, FL 33196

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.845**

**Nonpriority creditor's name and mailing address**
Linda DiBias
5 Cowdray Park Way
Far Hills, NJ 07931

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.846**

**Nonpriority creditor's name and mailing address**
Linda Emperatriz Lara Blanco
Calle Piramide, Edif. Posmo,
Piso 3, PHC, Urbanizacion Miranda
Petare
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.        $8.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.847**

**Nonpriority creditor's name and mailing address**
Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.        $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.848**

**Nonpriority creditor's name and mailing address**
Lisaurys Isabel Pierluissi Romero
Av. Final Paseo Caroni, Conjunto
Resd. L
Puerto Ordaz, Bolivar 8050
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.        $109.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.849**

**Nonpriority creditor's name and mailing address**
Lisbeth Del Carmen Camacaro
Colmenarez
Carrera 17 entre Avenida 20 y
Carrera 19
Edificio Oficina 2
Barquisimetro, Lara 3001
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.        $10.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.850**

**Nonpriority creditor's name and mailing address**
Lisbeth Lazaballet Vaquero
8660 NW 5 Terrace, Apt.  203
Miami, FL 33126

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.        $130.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.
_____    Case number (if known) _____
         Name

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35.31 |
|---|---|---|---|

Lisbeth Leonor Hernandez Mancilla
Bloque 25, Piso 4, Letra H,
Apto. 421, Zona Centra
Caracas Capital District, 1030
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $40.14 |
|---|---|---|---|

Livia Bastos Salgado
Campina Grande
Campina Grande, Alagoas 58429140
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $38.92 |
|---|---|---|---|

Livingston Corporate Ventures Inc
Avenida Marques de Sao Vicente,
2219-15
Sao Paulo, 05036-040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $97.71 |
|---|---|---|---|

Livingston Corporate Ventures Inc
Nerine Chambers PO BOX 905
Roadtown, Tortola VG1110
BRITISH VIRGIN ISLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Liz Calamito
33 Haines Road
Stockton, NJ 08559

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $187.39 |
|---|---|---|---|

Lizbecth Coromoto Belloso Quintero
Torre Empresarial Claret,
Piso 5, Oficina 5-8, Av. Sector
Valle Fr
Zulia, 4001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Lizney Camero
16121 SW 109th Avenue
Miami, FL 33157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.858 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

LJ Creative Group LLc
10060 SW 15 Terrace
Miami, FL 33174

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Lorena Paniagua
1727 SW 13th Street
Miami, FL 33145

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7.75 |

Lorena Velazquez Romero
Jose Bonifacio Andrada 2669, Int.
6, Col
Guadalajara, Jalisco 44657
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,853.90 |

Loyens & Loeff N.V.
Blaak 31
Rotterdam, 3011 GA
Netherlands

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,064.08 |

LRN Corporation
41 Madison Avenue
30th Floor
New York N, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $212.69 |

Lucas Porto Biasi
Rua Conrad De Soest 52
Sao Paulo, 05614.040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $144.47 |

Lucia Andrea Ioriatti Da Silva
Padre Cacique 470/302 Praia De
Bezas RS
Porto Alegre, Rio Grande do Sul
05614.04
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.865** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $389.37

Luciana Lara Coral
Rua Dr Martins de oliveira 312
Sao Paulo, 05638-030
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.866** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Luciana Virginia Silva De Oliveira
- Age
Edificio at 3,
Oficina 004 Zonamerica, Ruta 8, Km
17.50
Montevideo, 91600
URUGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.867** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Luciane Rivero
3512 NE 9th Street
Homestead, FL 33033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.868** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Luciene DaSilva
1798 SW Cabin Place
Palm City, FL 34990

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.869** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $84.84

Lucrativa International Sa
PUNTA PACIFICA CALLE PUNTA COLON
TORRE 2
PISO 37
Panama City
PANAMA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.870** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27.63

Luis Alberto Alberto Caraballo
Baquero
Cr 72B No 62D-10 SurManzana 3
Interior 5
Apt 101
Bogot , Bogot  D.C. 11001
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.871** **Nonpriority creditor's name and mailing address**
Luis Alberto Frias Rodriguez
Calle 1, Residencias Club Cigarral, Torr
Piso 4, Apto. 4C, El Cigarral
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$112.39

---

**3.872** **Nonpriority creditor's name and mailing address**
Luis Avila Merino
2520 Coral Way, Suite 2-350
Miami, FL 33145

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$927.83

---

**3.873** **Nonpriority creditor's name and mailing address**
Luis Beltran Carvajal Zerpa
20719 Creston Acres Lane
Cypress, TX 77433

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$635.89

---

**3.874** **Nonpriority creditor's name and mailing address**
Luis David Balza Alvarez
CALLE EL CALVARIO RESIDENCIAS MARGARITA
PAMPATAR, MUNICIPIO MANEIRO. Nueva Espar
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$2,070.33

---

**3.875** **Nonpriority creditor's name and mailing address**
Luis Eduardo Chavez Diaz
Calle Carabobo, Quinta Palma, Local N1,
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$78.20

---

**3.876** **Nonpriority creditor's name and mailing address**
Luis Fernando Perez
Calle La Subidita, Qta. Mamelia, Sector
Maracay, 2102
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.877** **Nonpriority creditor's name and mailing address**
Luis Guillermo Betancourt
Calle Juan Iturde Qta Los Beltran. Urb S
Caracas, 1080
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$1,216.24

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.878** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$172.00**

Luis Javier Lardizabal Arellano
Benito Juarez 1 San Pedro
Totaltepec,
Toluca, Mexico 60226
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.879** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$139.73**

Luis Martin Pereira Correa
Urb Mazanares cerro cima real
apt91
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.880** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4.65**

Luis Michel Lenero Garcia
Valle Del Silicio 150-32 Col. Nuevo
Gali
Tlajomulco, Jalisco 45645
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.881** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Luis Quinones
6900 NE 5th Avenue
Miami, FL 33138

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.882** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$661.47**

Luisa  Galofre
4486 W Whitewater Av
Weston, FL 33332

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.883** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$403.45**

Luiz Alberto Cavallari De Andrade
1000 Brickell Avenue, Suite 1200
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.884** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,605.14**

Luiz Alberto Teixeira Gonsalves
AV Ginebra , entre calle sicilia Y
corce
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.885** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $101.34

Luiz Antonio Ferreira Guzzardi
Rua Ministro Godoi 313
Ap. 32
Sao Paulo, S?o Paulo 05614.040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.886** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $785.95

Luiz Eduardo Valenzuela Saldivia
Av Lara Edificio Atrium Piso 3 #3-E
barq
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.887** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Luiza Camm
7984 114th Place
Medley, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.888** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,171.34

Lumen
1025 Eldorado Blvd. 42C-102
Broomfield, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __AP/Vendor__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Lupe Romero
150 Bowie Drive
Paige, TX 78659

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.890** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $34.07

Lyda Janneth Alzate Palacio
Cll 78 sur # 40-255. Edificio
Montana In
Sabaneta, Antioquia 901824
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Lyen Rodriguez
17715 NW 55th Court
Miami Gardens, FL 33055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|--------|------------------------------|------------------------|---|
| | Name | | |

---

**3.892**

**Nonpriority creditor's name and mailing address**
Lynn Mirante
105 Argyll Ct.
Downingtown, PA 19335

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.893**

**Nonpriority creditor's name and mailing address**
M. Arthur Gensler, Jr. &
Associates, Inc
4541 Collection Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.894**

**Nonpriority creditor's name and mailing address**
Mackenzie Taylor Benefits - GBE
(GBP) Ki
13 Caroline Point, 62 Caroline
Street
Birmingham, B1 3DB
UNITED KINGDOM

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.895**

**Nonpriority creditor's name and mailing address**
Maikel Garcia
703 Waterford Way, Suite 560
Miami, FL 33126

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $25.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.896**

**Nonpriority creditor's name and mailing address**
Major Group
14001 NW 4th Street 212
Pembroke Pines, FL 33028

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.897**

**Nonpriority creditor's name and mailing address**
Major Group LLC
572 Lakeside Cir
Weston, FL 33326

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.898**

**Nonpriority creditor's name and mailing address**
Maltby Associates LLC
335 S Biscayne Blvd #2009
Miami, FL 33131

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.899** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Manuel Mondragon
24731 SW 109th Avenue
Homestead, FL 33032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.900** | **Nonpriority creditor's name and mailing address** | | $65.71

Mara Plut
Avenida Marques de Sao Vicente,
2219-15
Sao Paulo, Sao Paulo 05036-040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.901** | **Nonpriority creditor's name and mailing address** | | $47.92

Marcela Nu ez
Calle Toledo No. 12 B Las Palmas
Santa Cruz
BOLIVIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.902** | **Nonpriority creditor's name and mailing address** | | $738.19

Marcelo Passos
801 Brickell Ave. Suite 914
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | | $46.07

Marcelo Rea
Avenida Marques de Sao Vicente,
2219-15
Sao Paulo, SP 05036-040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address** | | $2,356.83

Marcelo Sellmann
Avenida Maringa, 813, Saca 704
Londrina, Parana  86060-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | **Nonpriority creditor's name and mailing address** | | $980.65

Marcelo Zani Giuzio
Rua Guarara 298
Apto 141
Sao Paulo, Sao Paulo 05614.040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.                                      Case number (if known) _____
_____
Name

| 3.906 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Marcia Araujo
8890 SW 220th Lane
Cutler Bay, FL 33190

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $254.75 |

Marcio C Diniz
Av Regente Feijo CJ 201 B
Sao Paulo, Sao Paulo 03342-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.71 |

Marco Fabio Gelpi
1172 South Dixie Hwy #412
Coral Gables, FL 33146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $159.11 |

Marcos Antonio De Oliveira
RUA JAIME PRIES MARTINS 63
CARAPRICUIBA, SP 06350
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $129.09 |

Marcos Leandro Trujillo
Alameda Dos Castelos, 24,
Condominio Vil
Sao Paulo, S?o Paulo 12903-459
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $274.33 |

Marcos Rafael Gambus Zambrano
Av Principal de san Luis Torre Mayo
Piso 7 oficina 74 El Cafetal
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Margaret McGannon
407 Belmont Ave.
Haddonfield, NJ 08033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.913** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Margherita Dantas
3313 Merrick Lane
Margate, FL 33063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.914** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $137.38

Maria Alejandra Domaniczky Garcia
de Zun
Melvin Jones 650
Asuncion, 001415
PARAGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.915** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $25.09

Maria Alicia Panting
Ave Teotl y Pje Teoopantli # 22Col.
Cumb
San Salvador, San Salvador 1101
EL SALVADOR

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $413.71

Maria Antonieta Virgen Velez
Trasversal 38 #71 - 147,
Apto. 501
Bogota, 110110
COLOMBIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Maria Araos
16392 SW 53rd Terrace
Miami, FL 33185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.918** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $99.35

Maria Auxiliadora Ramirez Dorante
Av. Del Avila, Res. Altamira Sur,
Torre
Piso 6, Urb. Altamira Sur
Chacao, Miranda 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Maria Blanco
600 NW 107th Avenue, Apt 10
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   __Global Benefits Group, Inc._____   Case number (if known) _____
     Name

| 3.920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $125.90 |
|---|---|---|---|

Maria Carolina Ortiz de Dominguez
Calle San Marino Resd. Verona
Apto 32 Campo Alegre Chacao
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.98 |
|---|---|---|---|

Maria Carolina Vasquez
Ave. Cordillera de la CostaQuinta
Varade
Caracas, Miranda 1080
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $104.22 |
|---|---|---|---|

Maria Claudia Ferreira Bastos
Rua Traipu, 568,
Ap 61
Sao Paulo, S?o Paulo 05614.040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,072.77 |
|---|---|---|---|

Maria Cristina Garcia De Zuniga
Melvin Jones 650
Asuncion, 001415
PARAGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $151.03 |
|---|---|---|---|

Maria de los Angeles Cruz de Magno
Calle 77 #2-175 Edificio Kavanayen
Apt 14
Maracaibo, 4001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37.34 |
|---|---|---|---|

Maria Del Carmen Morales Ramirez
Insurgentes Sur 1548 Anexo 2,
Colonia cr
Benito Juarez, 3940
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $38.10 |
|---|---|---|---|

Maria Del Carmen Teran
113 W G St #610
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.
_____     Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $69.00 |

3.927 Nonpriority creditor's name and mailing address
Maria del Pilar Avendano Cisneros
San Fernando 157 Dpto 101
Miraflores
Lima, 15074
PERU

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Date(s) debt was incurred ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

$69.00

---

3.928 Nonpriority creditor's name and mailing address
Maria Elizabeth Aparecido
Martinelli
Rua/Avenida Rouxinol No. 438
Apto 64
Sao Paulo, 04516-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Date(s) debt was incurred ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

$133.47

---

3.929 Nonpriority creditor's name and mailing address
Maria Elsa Ortiz De Mendoza
Bruno Guggiari 671
Lambare Central, 001415
PARAGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Date(s) debt was incurred ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

$192.63

---

3.930 Nonpriority creditor's name and mailing address
Maria Eugenia Pinto Ortega
Urb. Lomas del Country Guatapero
Conj. #
Valencia, Carabobo2001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Date(s) debt was incurred ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

$26.05

---

3.931 Nonpriority creditor's name and mailing address
Maria Fernanda  Zuluaga Consuegra
Caracas
Caracas Capital District, 1050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Date(s) debt was incurred ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

$1,229.67

---

3.932 Nonpriority creditor's name and mailing address
Maria Gabriela Delgado Romero
Urb. El Rosal, Calle Boyaca, Edif.
Oasis
Piso 3, Apto 31
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Date(s) debt was incurred ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

$51.38

---

3.933 Nonpriority creditor's name and mailing address
Maria Gabriela Estaba De Tezier
500 Brickell Ave. Apt. 2208
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Date(s) debt was incurred ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

$37.07

---

Debtor   Global Benefits Group, Inc.
_____
   Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.934 | **Nonpriority creditor's name and mailing address** | $197.72 |

Maria Gladys Ruttia Ostertag
Campos Cervera 4884 esquina
Teniente Zot
Asunci n, Asunci n (capital) 001415
PARAGUAY

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.935 | **Nonpriority creditor's name and mailing address** | $290.94 |

Maria Idalina Rodriguez
Res. Los Bambues Urb. La Boyera
Apto. 21-B Piso 2
Miranda, 1071
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.936 | **Nonpriority creditor's name and mailing address** | $15.59 |

Maria Ines Kent
4770 Biscayne Blvd STE 980
Miami, Florida 33137-0000

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.937 | **Nonpriority creditor's name and mailing address** | $141.46 |

Maria Irene Da Silva
Ave Guaratari II Quinta. Urb
Maracuay,
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.938 | **Nonpriority creditor's name and mailing address** | $3,048.00 |

Maria Isabel Frug
R Franco Da Rocha, 137 S/32
Sao Paulo, 05015-040
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.939 | **Nonpriority creditor's name and mailing address** | $8.00 |

Maria Lucia Mendes Alves Pereira
Pra a Gabrile Martins 77
Apto 502
Londrina, Paran  86010010
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☒ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.940 | **Nonpriority creditor's name and mailing address** | $106.93 |

Maria Lucia Padilha Fialdini
Rua Capote Valenete 411
Apto. 902
Sao Paulo, S?o Paulo 05614.040
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    Global Benefits Group, Inc.
_____              Case number (if known) _____
          Name

| 3.941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57.15 |
|---|---|---|---|

Maria Luisa Di Marzio
Avenida Tacagua
La Guaira, 1162
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Maria Mendez Perez
2950 SW 3rd Avenue, Apt 4A
Miami, FL 33129

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.943 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Maria Milagro Pastrani Ocanto
Urb. Colinas Parque Caiza Torre G,
Piso 1 Aprt 1-3
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Maria Pascual
5577 NW 194th Lane
Miami Gardens, FL 33055

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11.31 |
|---|---|---|---|

Maria Soledad Pita Gonzalez
Ciudad de la Paz 1376 C 1426
Buenos Aires, Buenos Aires 1426
ARGENTINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Maria Urribarri-May
759 SW 121st Avenue
Pembroke Pines, FL 33025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Maria Yoshika
14724 SW 108th Terrace
Miami, FL 33196

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __For notice purposes only__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

Debtor   Global Benefits Group, Inc.

Name

Case number (if known)

---

**3.948** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $773.60
--- | --- | --- | ---
| Mariana Arraga | ☐ Contingent |
| Av Sarmiento 2662/402 | ☐ Unliquidated |
| Montevideo, 11100 | ☐ Disputed |
| URUGUAY | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** __Broker__ |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.949** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
--- | --- | --- | ---
| Mariana Rodriguez | ☐ Contingent |
| 9135 SW 125th Avenue, #402P | ☐ Unliquidated |
| Miami, FL 33186 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** __For notice purposes only__ |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.950** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $575.79
--- | --- | --- | ---
| Mariana Trigo Valdivia | ☐ Contingent |
| Mallasilla Calle 1 #5A | ☐ Unliquidated |
| La Paz, La Paz Department | ☐ Disputed |
| BOLIVIA | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** __Broker__ |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.951** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $91.78
--- | --- | --- | ---
| Mariano Huerta Ortiz | ☐ Contingent |
| 453 Ave. Cesar Congalez | ☐ Unliquidated |
| San Juan, PR 00918 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** __Broker__ |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.952** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
--- | --- | --- | ---
| Maricio Jofre | ☐ Contingent |
| 10320 SW 103rd Terr | ☐ Unliquidated |
| Miami, FL 33176 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** __For notice purposes only__ |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.953** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
--- | --- | --- | ---
| Marie Nguyen | ☐ Contingent |
| 1121 W Chateau Avenue | ☐ Unliquidated |
| Anaheim, CA 92802 | ☐ Disputed |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** __For notice purposes only__ |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.954** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
--- | --- | --- | ---
| Marielena Cruz Van Der Laat | ☐ Contingent |
| Cumidabat, de McDonald`s 200 mts | ☐ Unliquidated |
| Sur, 75 | ☐ Disputed |
| San Jose, 10201 | |
| COSTA RICA | |
| **Date(s) debt was incurred** ___ | **Basis for the claim:** __Broker__ |
| **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.955 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $147.18 |
|---|---|---|---|

Marina Teresita Alvarez Rivolta
Av. Argimiro Bracamonte Edificio
Buenos
Piso 3 Apt. 3
Barquisimeto, Lara 3001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48.00 |
|---|---|---|---|

Mario Aprile Tayar
Rua Borges Lagoa 977/31
Sao Paulo, 05614.040
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14.98 |
|---|---|---|---|

Mario Gaspar De Alba
5731 Cromo Drive
El Paso, TX 79912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $342.75 |
|---|---|---|---|

Mario Levy Jafif
Rua Santa Clara 330
apt 702
Rio de Janeiro, Rio de Janeiro
22041-012
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $143.39 |
|---|---|---|---|

Mario Ricardo Seijas Vegas
Ave. Terepaima Urb. Balcones de la
Colin
Casa #3
Barquisimetro, Lara 3001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.77 |
|---|---|---|---|

Mariol Del Valle Medina De Barrios
500 SW 145th Ave. Apt. 347
Pembroke Pines, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Mark Tomaszewski
5 Verano
Foothill Ranch, CA 92610

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.962** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00

Marlene De Ycaza
671 Ilyssa Way
Staten Island, NY 10312

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address** | | $0.00

Marsh Bulgaria
24 a Metodi Popov str.
Sofia, 1113
BULGARIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.964** | **Nonpriority creditor's name and mailing address** | | $0.00

Martha Henao
14775 SW 65th Terrace
Miami, FL 33193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.965** | **Nonpriority creditor's name and mailing address** | | $0.00

Martha Ledesma
6704 NW 70th Court
Tamarac, FL 33321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.966** | **Nonpriority creditor's name and mailing address** | | $829.50

Maslon LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.967** | **Nonpriority creditor's name and mailing address** | | $1,768.96

Maty Feldman-Bicas
16494 RAMADA Dr.
San Diego, CA 92128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.968** | **Nonpriority creditor's name and mailing address** | | $1,133.61

Mauricio Carasso
Rua Americo Alves Pereira Filho 57,
Ap. 221
Sao Paulo, S?o Paulo 05688-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Global Benefits Group, Inc.                                     Case number (if known) _____
       Name

| 3.969 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,486.23 |
|---|---|---|---|

Max Angelo Weiss Lazarotto
Ave Parana Esq. Maria de los
Angeles  Pa
Hernandarias, 001415
PARAGUAY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Broker

Is the claim subject to offset? ☒ No ☐ Yes

| 3.970 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $68.31 |
|---|---|---|---|

Mayra Alejandra Gonzalez de
Maldonado
av ppal de las mercedes, edificio
itaca
piso 3 oficina 03-02
Caracas, Venezuela 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Broker

Is the claim subject to offset? ☒ No ☐ Yes

| 3.971 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Mayra Ramirez
50 Biscayne Blvd., #5307
Miami, FL 33132

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ☒ No ☐ Yes

| 3.972 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,366.69 |
|---|---|---|---|

MBA MEDICAL BILLING ASSIST
300 Metro, San Pablo Heredia,
San Jose, 40901
COSTA RICA

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Provider

Is the claim subject to offset? ☒ No ☐ Yes

| 3.973 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,400.00 |
|---|---|---|---|

MBA MEDICAL BILLING ASSIST
300 Metro San Pablo Heredia
San Jose, 40901
COSTA RICA

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Provider

Is the claim subject to offset? ☒ No ☐ Yes

| 3.974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ☒ No ☐ Yes

| 3.975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,987.03 |
|---|---|---|---|

MED NET PRO (SALUD VALOR)
AV. RICARDO ARANGO Y CALLE 61
CIUDAD DE PANAMA
PANAMA

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:**  Provider

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.976** | **Nonpriority creditor's name and mailing address**
Med Net Pro Sociedad Anonima
4770 Biscayne Blvd. Suite 980
Miami, FL 33137

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.977** | **Nonpriority creditor's name and mailing address**
Med Net Pro Sociedad Anonima
Obarrio, Avenida Ricardo Arango y
Calle
Panama
Panama

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $3,045,163.98
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.978** | **Nonpriority creditor's name and mailing address**
MEDICA SUR S.A.B DE C.V
Puente de Piedra # 150; Colonia
Toriello
Torre 3, Piso 6.
Cd. De Mexico, 14050
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $6,496.12
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.979** | **Nonpriority creditor's name and mailing address**
Medical Network of Professionals
4770 Biscayne Blvd Ste 980
Miami, FL 33137

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.980** | **Nonpriority creditor's name and mailing address**
Medical Services of Manhattan
244 Madison Avenue
New York, NY 10016

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $20,000.00
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.981** | **Nonpriority creditor's name and mailing address**
MEDICAL SERVICES OF PARK AVENUE
PLLC
41 PARK AVE. APT 1C
New York, NY 10016

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $30,400.00
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.982** | **Nonpriority creditor's name and mailing address**
MEDICAL SERVICES OF PARK AVENUE
PLLC
244 Madison Ave, Suite 1120
New York, NY 10016

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*    $175.00
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.983** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00
---|---|---|---

MediGuide International, LLC
4550 Linden Hill Road
Suite 103
Wilmington, DE 19808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.984** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $341.33

MEDS PARAISO VENEZUELA
AV. UNIVERSIDAD CON CALLE 61 ENTYRE
AVDA
ZULIA, 4001
VENEZUELA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.985** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Meixin Jiang
213 W Dallas St.
Mount Vernon, MO 65712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.986** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Melissa Bustos
15327 Pimenta Avenue
Paramount, CA 90723

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.987** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Melissa Santanello
137 Bishop Rd.
Mullica Hill, NJ 08062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.988** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $544,588.05

Menchlikait Investments LLC
150 2nd Ave. STE 1401
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.989** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

MetLife
Metlife Small Business Center
P.O. Box 804466
Kansas City, MO 64180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.990** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $94.88

MIA Global Corp
Calle La Guairita Edif Los Frailes
Piso 01 Ofic 101
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.991** | **Nonpriority creditor's name and mailing address** | | $0.00

MIA Photo Booth
9970 SW 13 Terrace
Miami, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.992** | **Nonpriority creditor's name and mailing address** | | $0.00

Micaela Scott
31921 Campanula Way #3107
Temecula, CA 92592

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.993** | **Nonpriority creditor's name and mailing address** | | $0.00

Michael Evans
39 Ezras Way
Dover, NH 03820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994** | **Nonpriority creditor's name and mailing address** | | $0.00

Michel Prado
8791 SW 34th Street
Miami, FL 33165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.995** | **Nonpriority creditor's name and mailing address** | | $4,507.70

Michelangelo Capital Investments
Marcy Building 2 FL Purcell Estate
PO BX
Road Town,Tortola VG1110
BRITISH VIRGIN ISLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.996** | **Nonpriority creditor's name and mailing address** | | $55.60

Michelle Bonelli Martinez
Urb. La Bonita, Calle La
Guairicita, Res
Apto. 6E
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.                                     Case number (if known) _____
_____
         Name

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Michelle Minetti-Manalo
1507 NE 3rd St.
Redmond, OR 97726

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Mickey Hahn
4 McClellan Street
Cranford, NJ 07016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $78.81 |

Miguel Antonio Gauna Mijares
gunterstallstrasse 55
gunterstallstrasse
freiburg, Baden-W rttemberg 79102
GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $99.60 |

Miguel Armando Martinez Lopez
URB Nueva Segovia Carretera 4 Calle
4  r
Piso 11 #11c
Barquisimeto, Lara 3001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $111.88 |

Miguel Jesus Pasquariello Di
Cecilia
Av. Mohedano, Edif. Avila,
Piso 2, Apto. 13 Urb. Chacao
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $148.52 |

Miguel Ponce
Avenida Espa a 948 2do piso
Apt. A 5500
Mendoza, M5500DFJ
ARGENTINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.100 3**

**Nonpriority creditor's name and mailing address**
Mike Scharf
Santa Ana, 125 metros norte de la, cruz
San Jose, 10201
COSTA RICA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

**Is the claim subject to offset?** ■ No ☐ Yes

$3,831.72

---

**3.100 4**

**Nonpriority creditor's name and mailing address**
Milagros del Carmen Perez Medina
Urb. Caminos de la Mendere, I Etapa Call
Barquisimeto, Lara 3001
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

**Is the claim subject to offset?** ■ No ☐ Yes

$188.11

---

**3.100 5**

**Nonpriority creditor's name and mailing address**
Milagros Zambrano
Av. Francisco de Miranda. Torre C mica.
Piso 9. Of
Caracas, Miranda 1060
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

**Is the claim subject to offset?** ■ No ☐ Yes

$126.63

---

**3.100 6**

**Nonpriority creditor's name and mailing address**
Milangela Figueroa Pernalete,
URB Barici Calle 3 entre av terapaima y
Barquisimeto, Lara 3001
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

**Is the claim subject to offset?** ■ No ☐ Yes

$144.97

---

**3.100 7**

**Nonpriority creditor's name and mailing address**
Militza Ilena Wilson Mena
Calle 9 Los Jardines del Valle, Res. Yur
Apto 1501
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

**Is the claim subject to offset?** ■ No ☐ Yes

$52.97

---

**3.100 8**

**Nonpriority creditor's name and mailing address**
MIller Nash LLP
111 SW Fifth Ave
Suite 3400
Portland, OR 97204

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.100 9**

**Nonpriority creditor's name and mailing address**
MILO CARE
78 SW 7TH ST. STE. 800
Miami, FL 33130

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$40.00

---

**3.101 0**

**Nonpriority creditor's name and mailing address**
Milton Arts Limited
PLAZA MURANO SANTA ANA 100 MTS
NORTE DE
SAN JOSE, 06350
COSTA RICA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$1,064.37

---

**3.101 1**

**Nonpriority creditor's name and mailing address**
Minerva Minerva
999 BRICKELL AVE.
Miami, FL 33131

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$1,755.28

---

**3.101 2**

**Nonpriority creditor's name and mailing address**
Miriam B. Rosenhek
Avenida Piassanguaba 1196
Sao Paulo, S?o Paulo 4060001
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$103.45

---

**3.101 3**

**Nonpriority creditor's name and mailing address**
Mirian Sugey Villarroel Suescun
4ta Transversal de Campo Alegre,
Edifici
Chacao, Miranda 1060
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$209.56

---

**3.101 4**

**Nonpriority creditor's name and mailing address**
Mirla Justina Leon Gomez
Urb. Las Trinitarias, Calle 8 Oeste
Sect
Maturin, Monagas 6201
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$349.45

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101 5**

**Nonpriority creditor's name and mailing address**
Mirna Elena Regalado De Perez
CALLE PANAMA RESIDENCIAS LA MANSION
APTO 91-A PISO 9 URB TERRAZAS DEL
CLUB H
Caracas, 1060
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 6**

**Nonpriority creditor's name and mailing address**
Miss Jeannie S.L. Yoon FRCOG
Chelsea Bridge Road
London, SW1W 8RH
UNITED KINGDOM

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $980.82
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 7**

**Nonpriority creditor's name and mailing address**
Mitra Labarre
23 VIa Floria
Rancho Santa Margarita, CA 92688

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 8**

**Nonpriority creditor's name and mailing address**
Mla Services LLC
511 Ave. Andalucia, Suite 10
San Juan, PR 00920

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $4,711.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101 9**

**Nonpriority creditor's name and mailing address**
Mla Services LLC
511 Ave. Andalucia, Suite 10
San Juan, PR 00920

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $4,711.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102 0**

**Nonpriority creditor's name and mailing address**
Monica Belko
51 Everett Drive
Newtown, PA 18940

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102 1**

**Nonpriority creditor's name and mailing address**
Monica Helena Susaeta Vasquez
KM 8, El Escobero, San Simon, Casa
1 Evi
Medellin, 040018
COLOMBIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$76.08

---

**3.102 2**

**Nonpriority creditor's name and mailing address**
Monica Rosa Elena Guzman Donoso
Achumani Calle 29 #322
La Paz
BOLIVIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$129.46

---

**3.102 3**

**Nonpriority creditor's name and mailing address**
Multiplan Inc.
535 East Diehl Road
Naperville, IL 60563

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 4**

**Nonpriority creditor's name and mailing address**
My Student Plans, Inc.
8608 Boundbrook Terrace
Manassas, VA 20109

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$15,747.40

---

**3.102 5**

**Nonpriority creditor's name and mailing address**
Myanma Insurance
No. 220 Insein Road Hlaing Township
Yangon, 11111
MYANMAR

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 6**

**Nonpriority creditor's name and mailing address**
Myanmar international Sos Ltd
Inya Lake Hotel 37 Kaba Aye Pagoda
Road
Yangon, 112233
MYANMAR

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$297.61

---

**3.102 7**

**Nonpriority creditor's name and mailing address**
Myriam Cieslinski
6969 Collins Avenue, Apt 1503
Miami Beach, FL 33141

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102 8**

**Nonpriority creditor's name and mailing address**
Nadeska Araujo De Blanco
Urb. Prados del Este, Calle San
Francisc
Caracas, 1080
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

**Is the claim subject to offset?** ■ No ☐ Yes

$632.15

---

**3.102 9**

**Nonpriority creditor's name and mailing address**
Nadia Angelica Gajardo Villablanca
304 INDIAN TRACE #352
Weston, FL 33326

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

**Is the claim subject to offset?** ■ No ☐ Yes

$119.71

---

**3.103 0**

**Nonpriority creditor's name and mailing address**
Nakasero Hospital
Plot 14A and B AKII BUA Road
Kampala
UGANDA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Provider_

**Is the claim subject to offset?** ■ No ☐ Yes

$77.55

---

**3.103 1**

**Nonpriority creditor's name and mailing address**
Natalie Martinez
9801 NW 29th Avenue
Miami, FL 33147

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.103 2**

**Nonpriority creditor's name and mailing address**
Natascha Elizabeth Benavides Reyes
av ppal colinas de valle arriba
edif val
Caracas Capital District, 1064
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

**Is the claim subject to offset?** ■ No ☐ Yes

$38.60

---

**3.103 3**

**Nonpriority creditor's name and mailing address**
National Takaful Company P.S.C.
(Watania
P.O. Box 6457
Abu Dhabi, 11111
UAE

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _AP/Vendor_

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.103 4**

**Nonpriority creditor's name and mailing address**
Navex Global, Inc
5500 Meadows Road, Suite 500
Lake Oswego, OR 97035

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

Debtor    Global Benefits Group, Inc.                                    Case number (if known)
          _____
          Name

| 3.103 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.40 |
|---|---|---|---|

Neil Anthony D`Ornellas
33 Durban Street
Georgetown
GUYANA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Nelia Fernandez
15142 SW 92nd Terrace
Miami, FL 33196

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _For notice purposes only_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $115.41 |
|---|---|---|---|

Nelly De Montiel Puchau Ricardez
Urb. Colinas de Tamanaco, Calle
Toledo,
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $142.54 |
|---|---|---|---|

Nelson Rafael Calvetty
Avenida principal Edif Res Santa F
Ap 2D Urbanizaci n Cumbres de
Curumo Mun
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Network-Value
16440 Gateway Path
Suite 200
Frisco, TX 75033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _AP/Vendor_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,241.22 |
|---|---|---|---|

New CGF Insurance LLC
CAPARRA OFFICE CENTER
22 GONZALEZ GUISTI
Guaynabo, PR 00968

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** _Broker_

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

Debtor    Global Benefits Group, Inc. _____    Case number *(if known)* _____
_____Name

| 3.104 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,288.54 |
|---|---|---|---|

New CGF Insurance LLC
CAPARRA OFFICE CENTER
22 GONZALEZ GUISTI
Guaynabo, PR 00968

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | $0.00 |
|---|---|---|

New York Life Insurance Company
101 N. Independence Mail East
LockBox 13701
Philadelphia, PA 19106

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | $95,745.96 |
|---|---|---|

NEWYORK PRESBYTERIAN HOS
PO BOX 6154
New York, NY 10249

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 4 | **Nonpriority creditor's name and mailing address** | $105.96 |
|---|---|---|

Nicha Rungsimanond /Bumrungrad
Hospi
33 Sukhumvit 3 (Soi Nana Nua),
Wattana
Bangkok, 10110
THAILAND

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 5 | **Nonpriority creditor's name and mailing address** | $53.68 |
|---|---|---|

Nicolas Ramon Dominguez Montilla
Urb. Villas del Pilar, Calle 6 con
Av. V
Portuguesa, 3301
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 6 | **Nonpriority creditor's name and mailing address** | $0.00 |
|---|---|---|

Nicole Cohen
PH Pacific Point Torre 700
Apt 7B
Punta Pacifica
PANAMA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.                                    Case number (if known) _____
            Name

---

**3.104 7**

**Nonpriority creditor's name and mailing address**
Nicole Huergo
816 NW 87th Avneue, Apt 304
Miami, FL 33172

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 8**

**Nonpriority creditor's name and mailing address**
Nicole Simbaco
13951 SW 109th Street
Miami, FL 33186

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 9**

**Nonpriority creditor's name and mailing address**
Nightingale Hospital London
11-19 Lisson Grove
London, NW1 6SH
UNITED KINGDOM

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

$1,036.90

---

**3.105 0**

**Nonpriority creditor's name and mailing address**
Nilson Flavio Goncalves
Av. Jucerimo Kubitsehek de Oliveira
2040
Ap 142, San Jose Dorio Breto
Sao Paulo, Sao Paulo 15092-415
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$40.83

---

**3.105 1**

**Nonpriority creditor's name and mailing address**
Nirely Gonzalez
Prolongacion Calle T de Colinas de
Valle
Caracas Capital District, 1080
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$37.46

---

**3.105 2**

**Nonpriority creditor's name and mailing address**
Nissi Innovations LLC Jason Huang
5092 Greencap Dr.
Irvine, CA 92604

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$182.64

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|--------|------------------------------|---------------------------|---|
| | Name | | |

---

**3.105 3**

**Nonpriority creditor's name and mailing address**
Nissim Levi
703 Waterford Way, Suite 560
Miami, FL 33126

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$33.41

---

**3.105 4**

**Nonpriority creditor's name and mailing address**
Niubis Quiala
12433 SW 30th Street
Miami, FL 33175

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105 5**

**Nonpriority creditor's name and mailing address**
Niveton  International S.A.
Ruta 8, KM 17.500  Edificio @
1 Oficina 105
Montevideo, 91600
URUGUAY

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$15,490.43

---

**3.105 6**

**Nonpriority creditor's name and mailing address**
Niveton Franco Treinamento e
Corretora d
Avenida Marques de Sao Vicente,
2219-15
Sao Paulo, 05036-040
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$43.85

---

**3.105 7**

**Nonpriority creditor's name and mailing address**
Niveton International Latam
Business
Edificio @3, Oficina 004 -
Zonamerica Ru
Montevideo, Montevideo 91600
URUGUAY

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$266.14

---

**3.105 8**

**Nonpriority creditor's name and mailing address**
Niveton International Latam
Business II
Edificio @ 3, Oficina 004 -
Zonamerica R
Montevideo, 91600
URUGUAY

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$93.53

---

Debtor   Global Benefits Group, Inc.                              Case number *(if known)* _____

_____
Name

| 3.105 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $176.25 |
|---|---|---|---|

Niveton Isak Gwercman
Avenida Marques de Sao Vicente,
2219-15
Sao Paulo, 05036-040
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $187.89 |
|---|---|---|---|

Niveton LCS Corretora de Seguros
Ltda.
Avenida Marques de Sao Vicente,
2219-15
Sao Paulo, 05036-040
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.57 |
|---|---|---|---|

Niveton Niveton  International S.A.
Avenida Marques de Sao Vicente,
2219-15
Sao Paulo, 05036-040
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Noemi Perez Insurance Partner, LLC
PO Box 195151
San Juan, PR 00919

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Noor Harmoush
4480 Gilchrist Drive
Riverside, CA 92505

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,153.24 |
|---|---|---|---|

Nopal  Sa
Samuel Lewis PB3 Torre HSBC
Panama
PANAMA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.                          Case number (if known) _____
         Name

---

**3.106**
**5**

**Nonpriority creditor's name and mailing address**
Nora Gonzalez Urosa
Avenida Casigmiare Qta Carolina
Urb. Col
Caracas, 1035
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$255.29

---

**3.106**
**6**

**Nonpriority creditor's name and mailing address**
Nora Maria Vivas Rincon
Res. Los Jardines, Torre C, Piso 2,
Apto. 23-C, El Municipio El Hatillo
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$54.84

---

**3.106**
**7**

**Nonpriority creditor's name and mailing address**
Norma  Chiapero
Santa Ana, 125 metros norte de la,
cruz
San Jose, 10901
COSTA RICA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$166.92

---

**3.106**
**8**

**Nonpriority creditor's name and mailing address**
Norma Valdez
23 Molly Loop
Ladera Ranch, CA 92694

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.106**
**9**

**Nonpriority creditor's name and mailing address**
Northern Brokers
Avenida Mohedano entre Calle Los
Granado
Caracas Capital District, 1060
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$524.13

---

**3.107**
**0**

**Nonpriority creditor's name and mailing address**
Now Health International Limited
Unit OT 19-37 Level 19, Central
Park Off
P.O Box 482055
Dubai
UNITED ARAB EMIRATES

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$94,669.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.107**
**1**

**Nonpriority creditor's name and mailing address**
Oanda FX Data Services
228 Park Ave. S
Ste 20236
New York, NY 10003-1502

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.107**
**2**

**Nonpriority creditor's name and mailing address**
Ofg Services Ca
8750 NW 26 St. Ste. 550
Miami, FL 33178

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$106.31

---

**3.107**
**3**

**Nonpriority creditor's name and mailing address**
Ofg Services Ca
Calle Mucuchies, Edificio Jimmy,
Piso 1, Oficina N
Caracas Capital District, 1060
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$11,208.50

---

**3.107**
**4**

**Nonpriority creditor's name and mailing address**
Olga Lisbeth Santaella Delgado
Calle Sur 17, Resid. Fanoral,
Piso 3 Apto. 33, La Candelaria
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$132.42

---

**3.107**
**5**

**Nonpriority creditor's name and mailing address**
Olga Lucia Valencia Londono
Cra. 38 #26-17
Oficina 525 Ed. Bio26 Av Las Palmas
Med-
Bogota, 110110
COLOMBIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$590.44

---

**3.107**
**6**

**Nonpriority creditor's name and mailing address**
Olga Rios
4209 NE 16th Street
Homestead, FL 33033

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   Global Benefits Group, Inc.
_____
Name

Case number (if known) _____

---

**3.107 7**

**Nonpriority creditor's name and mailing address**
Olga Rodriguez
9000 SW 184th Lane
Miami, FL 33157

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.107 8**

**Nonpriority creditor's name and mailing address**
Olisdanys Angulo
12764 SW 133th Street
Miami, FL 33186

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.107 9**

**Nonpriority creditor's name and mailing address**
Oliver Financial Group LLC
252 Ave. Ponce de Leon,  Suite 2002
San Juan, PR 00918

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

$15,330.36

---

**3.108 0**

**Nonpriority creditor's name and mailing address**
Olivia Del Valle Perez Gutierrez
Urb. Santa Fe Norte, Avda. Jose
Maria Va
Apto. 31 B, 3er piso
Baruta, 1080
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

$19.05

---

**3.108 1**

**Nonpriority creditor's name and mailing address**
OLV HOSPITAL
Moorselbaan 164 Aalst
Aalst, 9300
BELGIUM

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ☒ No ☐ Yes

$17,642.57

---

**3.108 2**

**Nonpriority creditor's name and mailing address**
Olympic Agency, Inc.
PMB 370,1353 19 St.
Guaynabo, PR 00966

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

$20,501.64

---

**3.108 3**

**Nonpriority creditor's name and mailing address**
Olympic Agency, Inc.
PMB 370,1353 19 St.
Guaynabo, PR 00966

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

$21,193.80

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108 4**

**Nonpriority creditor's name and mailing address**
OneNeck IT Solutions, LLC
OneNeck IT Solutions PO Box 857950
Minneapolis, MN 55485-7950

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor 

Is the claim subject to offset? ■ No ☐ Yes

$49,442.72

---

**3.108 5**

**Nonpriority creditor's name and mailing address**
OneWelbeck Imaging & Diagnostics
Lower ground floor1 Welbeck street
London,  W1G0AR
UNITED KINGDOM

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider 

Is the claim subject to offset? ■ No ☐ Yes

$279.39

---

**3.108 6**

**Nonpriority creditor's name and mailing address**
Online Vector Insurance Solutions
LLC
210 Industrial Rd. Ste. 205
San Carlos, CA 94070

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker 

Is the claim subject to offset? ■ No ☐ Yes

$10,866.13

---

**3.108 7**

**Nonpriority creditor's name and mailing address**
OPERADORA DE HOSPITALES ANGELES S A
DE C
Av. Camino a Santa Teresa No. 1055,
Piso 14 H roes de Padierna, La
Magdalena
Ciudad de M xico, CDMX 10700
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider 

Is the claim subject to offset? ■ No ☐ Yes

$98,490.75

---

**3.108 8**

**Nonpriority creditor's name and mailing address**
OPERADORA DE HOSPITALES ANGELES S A
DE C
CAMINO A SANTA TERESA NO 1055
MEXICO, 10700
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider 

Is the claim subject to offset? ■ No ☐ Yes

$70,879.13

---

**3.108 9**

**Nonpriority creditor's name and mailing address**
Oracle America Inc
PO Box 44471
San Francisco, CA 94144-4471

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor 

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1090**

**Nonpriority creditor's name and mailing address**
Orlando Adolfo Gonzalez Bustos
Av. Ppal Colinas de La Tahona,
Edif. Cam
Apto A-73, Colinas de La Tahona
Caracas, 1083
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$177.26

---

**3.1091**

**Nonpriority creditor's name and mailing address**
Orly Goldsmith Oppenheim
Calle Huichapan 21 - 402 Col
Hipodromo D
Mexico City, CDMX CP 06140
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$557.93

---

**3.1092**

**Nonpriority creditor's name and mailing address**
Orsan Kocak
25885 Greenhill
Lake Forest, CA 92630

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1093**

**Nonpriority creditor's name and mailing address**
Oscar E. Franzius - United
Financial Con
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$51.82

---

**3.1094**

**Nonpriority creditor's name and mailing address**
Oscar Freites S
Av Estadio, Centro Comercial
Novocentro
Puerto La Cruz, Anzoategui 6023
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$467.90

---

**3.1095**

**Nonpriority creditor's name and mailing address**
Oscar Gabriel Soukop Garcia
Avenida Italia 6721
Montevideo, Montevideo 11100
URUGUAY

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$1,757.69

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.109 6**

**Nonpriority creditor's name and mailing address**
Oscar Gabriel Soukop Garcia
Avenida Italia 6721
Montevideo, 11100
URUGUAY

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$174.00

---

**3.109 7**

**Nonpriority creditor's name and mailing address**
Oscar Michel
8495 SW 108th Street
Miami, FL 33156

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.109 8**

**Nonpriority creditor's name and mailing address**
OSWALDO MARTINEZ GONZALEZ DE
SALCEDA
Av. de las Flores #307, Col.
Pilares ?gu
CDMX, 1710
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

$701.08

---

**3.109 9**

**Nonpriority creditor's name and mailing address**
Oswaldo Vicente Quiroga Olivares
Calle Los Abogados entre Avs
Facultad y
oficina 2, Los Chaguaramos
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$101.02

---

**3.110 0**

**Nonpriority creditor's name and mailing address**
OV Technologies (Oscar Vera)
1717 W Townsend St
Rialto, CA 92377

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$2,550.00

---

**3.110 1**

**Nonpriority creditor's name and mailing address**
Pablo Hernandez Hernandez Paris
Av. Libertador, Res. Ecuador, Of.
Mezz "
Caracas Capital District, 1050
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$487.31

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.110 2**

**Nonpriority creditor's name and mailing address**
Pacific Prime
C. Lago Zurich 219
Piso 12, Amp Granada, Miguel
Hidalgo,
Mexico City,   CDMX 11529
MEXICO

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$224.75

---

**3.110 3**

**Nonpriority creditor's name and mailing address**
Pacific Prime Insurance Brokers LLC
Paci
The Offices At Ibn Battuta Gate, PO
Box
Office 110,
Dubai
UNITED ARAB EMIRATES

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$1,052.42

---

**3.110 4**

**Nonpriority creditor's name and mailing address**
Paola Merlo
701 Petunia Drive
Plantation, FL 33317

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110 5**

**Nonpriority creditor's name and mailing address**
Paradise Plants, Inc.
1569 Passion Vine Circle
WESTON, FL 33326

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$2,825.87

---

**3.110 6**

**Nonpriority creditor's name and mailing address**
Paragon Global Wealth Inc
Via Ricardo J Alfaro, Edificio The
Centu
Panama, 0834-02595
PANAMA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$1,410.03

---

**3.110 7**

**Nonpriority creditor's name and mailing address**
Parkway Health Medical Centers.
Shanghai
7F, 108 Zhao Jia Bang Road,
Shanghai, 200020
CHINA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$152.64

---

Debtor    Global Benefits Group, Inc.                                Case number (if known)
_____                    _____
          Name

---

**3.110 8**

**Nonpriority creditor's name and mailing address**
Parkway Hospital People`s Square
No. 336 Mid Xizang Road, Plaza 336
Shanghai, 200001
CHINA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ☑ No ☐ Yes

$169.29

---

**3.110 9**

**Nonpriority creditor's name and mailing address**
Pascuale Guarino
780 NW 42nd Ave.
Miami, FL 33126

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☑ No ☐ Yes

$157.49

---

**3.111 0**

**Nonpriority creditor's name and mailing address**
Patricia Elena Fuentes Gimon
Calle Caripe, Qta. Neblina, Urb.
Cripeto
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.111 1**

**Nonpriority creditor's name and mailing address**
Patricia Gomariz Prats
Calle A, Res. Luna Sol
Apto 1C Urb Lomas del Sol, Caracas
1061
Caracas, Miranda 1061
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☑ No ☐ Yes

$14,873.01

---

**3.111 2**

**Nonpriority creditor's name and mailing address**
Patricia Lorenzo
12571 NW 57th Court
Coral Springs, FL 33076

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.111 3**

**Nonpriority creditor's name and mailing address**
Patricia Martin Del Campo Campillo
Blvd. Cauhtemoc Sur 2801 - INT 17
Col. D
Tijuana, 22044
MEXICO

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ☑ No ☐ Yes

$1,842.86

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111 4**

**Nonpriority creditor's name and mailing address**
Patricia Ziomek
146 Muirfield Drive
Ponte Vedra Beach, FL 32082

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111 5**

**Nonpriority creditor's name and mailing address**
Patrick Collins
1690 Wrightstown Rd.
Newtown, PA 18940

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111 6**

**Nonpriority creditor's name and mailing address**
Patrick Donald Camm
245 NE 14th Street, Apt. 1503
Miami, FL 33132

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$107.10

---

**3.111 7**

**Nonpriority creditor's name and mailing address**
Paula Albino Machado
av vice presidente jose alencar
1515
bloco 2 apt 1
Rio de Janeiro, Rio de Janeiro
22675033
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$101.86

---

**3.111 8**

**Nonpriority creditor's name and mailing address**
Paula de Souza Amorim
8396 NW 51st Terrace
Doral, FL 33166

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111 9**

**Nonpriority creditor's name and mailing address**
Paula Eugenia Gasulla Iecco
Av. Padre Pereira de Andrade 545
Apto 173 F Alto de Pinheiros
Sao Paulo, S?o Paulo 05469-000
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$37.92

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|--------|------------------------------|------------------------|---|
| | Name | | |

---

**3.112 0**

**Nonpriority creditor's name and mailing address**
Paulo Andre Ribeiro Fonseca
Av. Rio Branco, 181 Sala 801 - Centro
Rio de Janeiro, Rio de Janeiro 20040-007
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

$145.17

---

**3.112 1**

**Nonpriority creditor's name and mailing address**
Paulo Brucoli
Av Alberto Ramos 130
Apt 102 Bloco 2
Sao Paulo, CEP03222
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

$104.83

---

**3.112 2**

**Nonpriority creditor's name and mailing address**
Paulo Brucoli
Av. Alberto Ramos 130
Apt 102 Bloco 2
Sao Paulo, CEP3222
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

$27.49

---

**3.112 3**

**Nonpriority creditor's name and mailing address**
Paulo Sergio Dos Santos Costa
SHS Pd 06 Conjunto A Bloco E Sala 525
Brasilia, DF 05614.040
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

$320.01

---

**3.112 4**

**Nonpriority creditor's name and mailing address**
Payscale, Inc.
113 Cherry St, Ste 96140
Seattle, WA 98104

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.112 5**

**Nonpriority creditor's name and mailing address**
Pearl Anthony Associates
13 Gunther Loop
Somerset, NJ 08873

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.112 6**

**Nonpriority creditor's name and mailing address**
Pedro A Palicio
75 Valencia Ave. Ste. 304
Coral Gables, FL 33134

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$88.92

---

**3.112 7**

**Nonpriority creditor's name and mailing address**
Pedro Jose Oropeza Ceija
Av. Soublette, Resd. King David,
Piso 10, Apt. 10B San Bernardo
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112 8**

**Nonpriority creditor's name and mailing address**
Pedro Roberto Durrego Garcia
Centro Comercial Los Samanes,
Piso 4, Ofc 403A
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$18.28

---

**3.112 9**

**Nonpriority creditor's name and mailing address**
Pedro Rojas
15 calle 11-40
zona 10
Guatemala City, 01010
GUATEMALA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$861.90

---

**3.113 0**

**Nonpriority creditor's name and mailing address**
Pedro Tuesta Anaya
ENRIQUE SEDANE 339 TORRES DE
LIMATAMBO
Lima, 15036
PERU

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$57.53

---

**3.113 1**

**Nonpriority creditor's name and mailing address**
Pension Assurance LLP
5126 Clareton Drive, Suite 110
Agoura Hills, CA 91301

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    Global Benefits Group, Inc. _____    Case number (if known) _____
       Name

---

**3.113 2**

**Nonpriority creditor's name and mailing address**
Perfect Circle Inc
Edificio Plaza Esquina Escazu,
Oficina 1
San Jose, 10203
COSTA RICA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$696.25

---

**3.113 3**

**Nonpriority creditor's name and mailing address**
Perlora Management
482 W San Ysidro Blvd. Suite 124
San Ysidro, CA 92173

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$29,879.72

---

**3.113 4**

**Nonpriority creditor's name and mailing address**
Peter Abdool
11 Avenue of the Republic
Georgetown
GUYANA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$340.33

---

**3.113 5**

**Nonpriority creditor's name and mailing address**
Peter Ramos Photography LLC
17142 SW 138th Ct.
Miami, FL 33177

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$2,747.96

---

**3.113 6**

**Nonpriority creditor's name and mailing address**
Petra Del Carmen Hernandez Orta
Urb. Los Saltos, Conj. Resd. Alto
Caroni
Puerto Ordaz, Bolivar 8050
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$16.34

---

**3.113 7**

**Nonpriority creditor's name and mailing address**
Phama Investments Advisers Corp.
Palm Chambers, 197 Main Street,
Road Town, Tortola  VG1110
BRITISH VIRGIN ISLANDS

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$304.50

---

**3.113 8**

**Nonpriority creditor's name and mailing address**
PHARMCARE SERVICES
2750 SW 145th Ave
Ste 304
Miramar, FL 33027

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

$64,225.08

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1139**

**Nonpriority creditor's name and mailing address**
PHARMCARE SERVICES
2750 SW 145th Ave, Ste 304
Miramar, FL 33027

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Provider_

Is the claim subject to offset? ☒ No ☐ Yes

$127,143.78

---

**3.1140**

**Nonpriority creditor's name and mailing address**
Phil Burr
508 E. North Street
Geneseo, IL 61254

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1141**

**Nonpriority creditor's name and mailing address**
Philip Arabambi
1243 Mayfair Drive
Corona, CA 92882

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.1142**

**Nonpriority creditor's name and mailing address**
PIB LLC
800 SE 4th Ave. Suite 702
Hallandale, FL 33009

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ☒ No ☐ Yes

$1,055.25

---

**3.1143**

**Nonpriority creditor's name and mailing address**
Piero Addati Recchia
United Financial Consultants
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ☒ No ☐ Yes

$57.15

---

**3.1144**

**Nonpriority creditor's name and mailing address**
Pierre Michel
R. Emg. Jorge Oliva, 553
AP 71
Sao Paulo, S?o Paulo 04362-060
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ☒ No ☐ Yes

$215.67

---

**3.1145**

**Nonpriority creditor's name and mailing address**
Pilar Teresa Bello
Calle El Morro Quinta Renacer
Urbanizaci
Caracas, Capital District 1080
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ☒ No ☐ Yes

$117.19

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.114 6**

**Nonpriority creditor's name and mailing address**
Pinnacle Group Business Resources,
LLC
1650 Market Street
Suite 3600
Philadelphia, PA 19103

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.114 7**

**Nonpriority creditor's name and mailing address**
Pinnacle Insurance Brokers
7 Merrick Ave
Kingston, Kingston 10
JAMAICA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$5,241.72

---

**3.114 8**

**Nonpriority creditor's name and mailing address**
Pinnacle Insurance Brokers
7 Merrick Ave
Kingston, Kingston 10
JAMAICA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$5,241.72

---

**3.114 9**

**Nonpriority creditor's name and mailing address**
Pithis International LTD
Ritter House 5th Floor PO Box 3200
Road Town, Tortola VG1110
BVI

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$965.54

---

**3.115 0**

**Nonpriority creditor's name and mailing address**
POLICLINICA METROPOLITANA, C.A.
Calle A-1, Edif. Policlinica
Metropolita
Caracas, 1061
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

$122,863.38

---

**3.115 1**

**Nonpriority creditor's name and mailing address**
POLICLINICA METROPOLITANA, C.A.
CALLE A-1 CARACAS
Caracas DISTRITO CAPITAL, 1060
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No ☐ Yes

$9,271.72

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.115 2**

**Nonpriority creditor's name and mailing address**
Post and Telecommunication Joint
Stock I
Harec Building 4A Lang Ha Street Ba
Dinh
8th Floor
Hanoi, 10000
VIETNAM

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** AP/Vendor

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.115 3**

**Nonpriority creditor's name and mailing address**
Praxis Associates, Inc
PO BOX 3450
Bayamon
Mayaguez, PR 00681

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

**Is the claim subject to offset?** ■ No ☐ Yes

$2,049.50

---

**3.115 4**

**Nonpriority creditor's name and mailing address**
Praxis Associates, Inc
PO BOX 3450
Mayaguez, PR 00681

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

**Is the claim subject to offset?** ■ No ☐ Yes

$2,421.30

---

**3.115 5**

**Nonpriority creditor's name and mailing address**
Pre-Paid Legal Services Inc
(LegalShield
One Pre-Paid Way
Ada, OK 74820

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.115 6**

**Nonpriority creditor's name and mailing address**
Precision Logistics International,
LLC (
4820 Bridlewood Cir NE
Canton, OH 44714

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

**Is the claim subject to offset?** ■ No ☐ Yes

$68.07

---

**3.115 7**

**Nonpriority creditor's name and mailing address**
PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.115 8**

**Nonpriority creditor's name and mailing address**
Priscila Manzo Lindgren Silva
R. Campevas 253 A/P.61
Sao Paulo, S?o Paulo CEP.: 0501
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

**Is the claim subject to offset?** ■ No ☐ Yes

$6,626.35

---

Debtor    Global Benefits Group, Inc.                                    Case number (if known)  _____
          Name

---

| 3.115 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $96.06 |

Priscila Mello Costa
Rua Begonia Real, 119
apt13b jd Pedra Branca
Sao Paulo, 08490
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $385.26 |

Private Financial Associates, C.A
Av 13 con Calle 73, Centro
Comercial los
Piso 3, Oficina C10
Maracaibo, Zulia 4001
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28.29 |

Private Investment Group, Inc
Centro Gerencial Mohedano Planta
Baja lo
Caracas, 1060
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Procesadores De Informacion SC
Horacio 1844,
Piso 1, Col. Polanco I Seccion
Miguel Hidalgo, Mexico City 11510
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $240.11 |

Producers Financial Group
8249 NW 36th St. Suite 111
Miami, FL 33166

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $261.52 |

Professional Service, Inc.,Geoffrey
Chua
4245 Upper Park Drive
Fairfax, Virginia 22030-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** __Broker__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116 5**

**Nonpriority creditor's name and mailing address**
Prolife Corretora De Seguros
Consultoria
Rua Almirante Baltazar 194 BL 002
Apt 304 Bairro Sao Cristovao
Rio de Janeiro, RJ 20941-150
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$82.91

---

**3.116 6**

**Nonpriority creditor's name and mailing address**
PT Asuransi Sahabat Artha Proteksi
JL Danau Sunter utara Blok B 36A
Kua 16-
Sunter, Jakarta 14350
INDONESIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.116 7**

**Nonpriority creditor's name and mailing address**
Pzu Poliklinika Dr Al-Tawil
Zmaja Od Bosne 7 Importane Centar
Sprat
Sarajevo, 71000
BOSNIA AND HERZEGOVINA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$243.97

---

**3.116 8**

**Nonpriority creditor's name and mailing address**
R&F Consulting Inc.
80 Main Street
P.O. BOX 3200
ROAD TOWN, TORTULA VG1110
BRITISH VIRGIN ISLANDS

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$191.26

---

**3.116 9**

**Nonpriority creditor's name and mailing address**
Rafael Algarin
7157 W 29th Way
Hialeah, FL 33018

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.117 0**

**Nonpriority creditor's name and mailing address**
Rafael Andres Gallegos Baldo
Av. Eugenio Mendoza, Torre IASA,
Piso 1, Ofic. 107 Urb. La
Castellana
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$565.49

---

Debtor    Global Benefits Group, Inc.                          Case number (if known) _____
          _____
          Name

---

**3.117**
**1**

**Nonpriority creditor's name and mailing address**
Rafe Kassam El Hinaqui
av carabobo.Edif caracas soberana
de cor
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Is the claim subject to offset?** ■ No ☐ Yes

$775.60

---

**3.117**
**2**

**Nonpriority creditor's name and mailing address**
Raffles Hospital
585 North Bridge Road, Raffles
Hospital,
Singapore, 188770
SINGAPORE

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

**Is the claim subject to offset?** ■ No ☐ Yes

$254.36

---

**3.117**
**3**

**Nonpriority creditor's name and mailing address**
Raffles Hospital Beijing Co., Ltd
105,Wing 1,Kunsha Building,
No.16 Xinyuanli, Chaoyang District,
Beijing
CHINA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Provider

**Is the claim subject to offset?** ■ No ☐ Yes

$2,894.06

---

**3.117**
**4**

**Nonpriority creditor's name and mailing address**
Raisa Montgomery
7430 SW 59th Court, Apt A10
South Miami, FL 33143

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.117**
**5**

**Nonpriority creditor's name and mailing address**
RAMTOR GROUP J.R
10251 NW 70TH LANE
Doral, FL 33178

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

**Is the claim subject to offset?** ■ No ☐ Yes

$13,230.00

---

**3.117**
**6**

**Nonpriority creditor's name and mailing address**
Randstad
P.O. Box 894217
Los Angeles, CA 90189

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.117**
**7**

**Nonpriority creditor's name and mailing address**
Randy Yan
13 Gold Bluff
Irvine, CA 92604

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.117 8**

**Nonpriority creditor's name and mailing address**
Raphael Joyce
14901 SW 157th Court
Miami, FL 33196

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.117 9**

**Nonpriority creditor's name and mailing address**
Raquel Cristina Palacios Amiuni
Av. El Arroyo, Edif. Jacaranda, 1
B, El
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$359.07

---

**3.118 0**

**Nonpriority creditor's name and mailing address**
Raquel Guzman
764 Aletha Avenue S
Lehigh Acres, FL 33974

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.118 1**

**Nonpriority creditor's name and mailing address**
Raya Robinson De Gittler
Palacio de Versalles 245-4
Lomas de Reforma, Mexico City 11020
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$1,202.22

---

**3.118 2**

**Nonpriority creditor's name and mailing address**
RBS Responsible Business Solutions
GmbH
Hegelgasse 13
Vienna, 1010
AUSTRIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$32,651.40

---

**3.118 3**

**Nonpriority creditor's name and mailing address**
Real Life Patrimonio Global LTDA
Rua Antonio Parreiras, 190,
Apto 401 Bela Visat
Porto Alegre, Rio Grande do Sul
90450-05
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$193.20

---

Debtor    Global Benefits Group, Inc. _____    Case number (if known) _____

| | Name |

---

**3.118 4**

**Nonpriority creditor's name and mailing address**
Real Plants, Inc.
27762 Antonio Parkway
#L1636
Ladera Ranch, CA 92694

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___AP/Vendor___

Is the claim subject to offset? ■ No ☐ Yes

$267.88

---

**3.118 5**

**Nonpriority creditor's name and mailing address**
Rebeca Balkanyi
Rua Sao Paulo Antigo
425 Apt 21
Sao Paulo, SP 05687-011
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Broker___

Is the claim subject to offset? ■ No ☐ Yes

$5,547.93

---

**3.118 6**

**Nonpriority creditor's name and mailing address**
Rebecca Fernandez
3630 NW 19th Terrace
Miami, FL 33125

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___For notice purposes only___

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.118 7**

**Nonpriority creditor's name and mailing address**
Renaissance Printing
4130 NW 16th Blvd
Gainesville, FL 32605

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___AP/Vendor___

Is the claim subject to offset? ■ No ☐ Yes

$63.37

---

**3.118 8**

**Nonpriority creditor's name and mailing address**
Renato Marcel Goldberg
Rua dos Jacarand s, 300 - Barra da
Tijuc
Rio de Janeiro, 22776-050
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Broker___

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.118 9**

**Nonpriority creditor's name and mailing address**
Rene Zamora
3512 NE 9th Street
Homestead, FL 33033

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___For notice purposes only___

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119 0**

**Nonpriority creditor's name and mailing address**
Reva Inc.
2101 W Commercial Blvd. Suite 5100
Fort Lauderdale, FL 33309

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** ___Provider___

Is the claim subject to offset? ■ No ☐ Yes

$1,800.00

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.119 1**

**Nonpriority creditor's name and mailing address**
Ribeiro And Filhos LTD
PO Box 3200 Ritter House
5th Floor, Wickhans Key II
Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$173.43

---

**3.119 2**

**Nonpriority creditor's name and mailing address**
Ricardo  Tihanyi
Edif Quinora, torre A,
ofic 241 era Av. Los Palos G
Caracas, Miranda 1060
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$991.31

---

**3.119 3**

**Nonpriority creditor's name and mailing address**
Ricardo A. Gomez Otto
Calle 137, Edif. El Encanto 2,
Piso 7, Apto 7B, Ur
Valencia, 2001
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$286.07

---

**3.119 4**

**Nonpriority creditor's name and mailing address**
Ricardo Alberto Uriegas Sansores
2100 S SHARY RD
SUITE 5 PMB 60
Mission, TX 78572

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$68.04

---

**3.119 5**

**Nonpriority creditor's name and mailing address**
Ricardo Andres Hausmann Pfeifenkopf
1942 NE 148TH ST, #1312
Miami, FL 33181

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$90.50

---

**3.119 6**

**Nonpriority creditor's name and mailing address**
Ricardo Campos Toni
Res Rua Piauf n 1-145
Apto 122 Hlqlenopolls
Sao Paulo, 05614.040
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$772.89

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.119 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Ricardo Cors
5435 SW 152nd Place Circle
Miami, FL 33185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12.00 |
|---|---|---|---|

Ricardo De Oliveira Costa Pini
Rua Belchor de Azevedo 156,
Bld 1, ap 92
Sao Paulo, S?o Paulo 05089-030
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $127.64 |
|---|---|---|---|

Ricardo Gabriel Villarroel Mendible
Av. Principal de La Tahona,
Residencia C
Caracas, Miranda 1071
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,266.29 |
|---|---|---|---|

Ricardo Jesus Muci Ramos Alfredo
Juan Gu
2627 NE 203rd St.  Suite 218
Miami, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $122.25 |
|---|---|---|---|

Ricardo Jose Marcano
Av. La Estancia, CCCT, Torre B,
Oficina 502
Caracas, 1070
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Ricardo Lara
4121 NW 88th Avenue #207
Coral Springs, FL 33065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.120 3**

**Nonpriority creditor's name and mailing address**
Ricardo Minc - Agente Niveton
Edificio at 3,
Oficina 004 Zonamerica, Ruta 8, Km
17.50
Montevideo, 91600
URUGUAY

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.120 4**

**Nonpriority creditor's name and mailing address**
RIcardo Requena
3740 NE 11th Street
Homestead, FL 33033

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.120 5**

**Nonpriority creditor's name and mailing address**
Ricardo Rosales
8750 NW 36 Street  Suite 550
Doral, FL 33178

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                    $29,705.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.120 6**

**Nonpriority creditor's name and mailing address**
Rich Francis
44 Lookover Lane
Yardley, PA 19067

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.120 7**

**Nonpriority creditor's name and mailing address**
Riggs Counselman Michaels & Downes,
Inc
555 Fairmount Ave.
Baltimore, MD 21286

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                    $22.39

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.120 8**

**Nonpriority creditor's name and mailing address**
Rio Caribe Inc
Av San Felioe de la Castellana. Qta
Bego
Caracas Capital District, 1010
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.120 9**

**Nonpriority creditor's name and mailing address**
Roalma Roalma (with UFC)
4770 Biscayne Blvd. Suite 980
Miami, FL 33137

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                                    $3,812.53

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    Global Benefits Group, Inc.
_____        Case number (if known) _____
          Name

| 3.121 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Robert De Jesus
11768 NW 29th Court
Coral Springs, FL 33065

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29.37 |

Roberto Angel De Armas Javier
Av. Francisco De Miranda, Edif.
Tecoteca
Piso 4,
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $147.76 |

Roberto Antonio Lara Watson
Colonia 15 de Septiembre 3ra Cll
2da Av
Comayaguela, 12101
HONDURAS

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

Roberto Cairo
8396 NW 51st Terrace
Doral, FL 33166

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $294.38 |

Roberto Enrique Esquivel Benard
Rohrmoser, de casa de oscar arias
100 oe
San Jose, 10201
COSTA RICA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $134.95 |

Robinson Mori Hidalgo
Calle Federico Recavarren 462 Mira
Flore
Lima, 15074
PERU

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

Rodolfo Duarte Moreira Filho
Rua Salim Izar 333
Ap 81 - D
Sao Paulo, Sao Paulo 05617-040
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

**Is the claim subject to offset?** ■ No ☐ Yes

$16.34

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

Rodolfo Hobaica Morffe
4ta av.con 5ta transversal edif
kabanaye
apt 1a
Caracas Distrito Capital, 1040
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

**Is the claim subject to offset?** ■ No ☐ Yes

$266.57

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

Rodrigo Cavalcanti De Arruda
Rua Do Rocio 199 CJ 122
Sao Paulo, S?o Paulo 04552-000
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

**Is the claim subject to offset?** ■ No ☐ Yes

$402.68

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

Rodrigo Pereira Guedes
Rua Antilhas 50
Apt 701 Sion
Belo Horizonte, Minas Gerais
30315-480
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

**Is the claim subject to offset?** ■ No ☐ Yes

$48.83

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

Rodrigo Valadao Cordeiro
Rua Pedra Bonita No 573,
Apto 302 Bairro Prado
Belo Horizonte, Minas Gerais
30411-216
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

**Is the claim subject to offset?** ■ No ☐ Yes

$20.74

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

Rogerio Michel Day
Rua Dona Balduina, 255 Sumare
Sao Paulo, Sao Paulo 01251-020
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

**Is the claim subject to offset?** ■ No ☐ Yes

$449.42

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

Rolf Farto Bozzo
Av. Jamaris, 100. Cj 403.
Bairro Moema, S?o Paulo 04078-000
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Broker___

Is the claim subject to offset? ■ No ☐ Yes

$12.87

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

Romulo Daniel Segovia Tovar
Urbanizacion Gran Colombia, Avenida
El R
Los Rosales, 1040
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Broker___

Is the claim subject to offset? ■ No ☐ Yes

$13.80

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

Ronald Benigno
113 Whistle FLower
Irvine, CA 92618

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___For notice purposes only___

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

Ronald Jose Villanueva Doubronth
Vrb Valle de Oro Conjunto La
Estancia Ca
Estado Carabobo, 2044
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Broker___

Is the claim subject to offset? ■ No ☐ Yes

$33.59

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

Ronaldo De Britto Pereira
Rua Nascimento Silva 351 apto 501
Rio de Janeiro, RJ 20560-001
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Broker___

Is the claim subject to offset? ■ No ☐ Yes

$7,787.65

---

**3.122 7**

**Nonpriority creditor's name and mailing address**

Ronit Holdings Inc
PO BOX 905
Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Broker___

Is the claim subject to offset? ■ No ☐ Yes

$269.69

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

Ronmel Jose Liscano Calles
Urbanizacion El Paraiso, Calle 5B,
Casa 13D-5 Municipio Palavecino
Cabudare, Lara 3023
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___Broker___

Is the claim subject to offset? ■ No ☐ Yes

$639.50

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1229**

**Nonpriority creditor's name and mailing address**
Ronny Julio Alvarez Escudero
Av. Hillman 144, Dpto. 802,
Surquillo
Lima, 15038
PERU

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$52.54

---

**3.1230**

**Nonpriority creditor's name and mailing address**
Rosa Martinez
17142 SW 138th Court
Miami, FL 33177

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1231**

**Nonpriority creditor's name and mailing address**
Rosalicia Del Carmen Romero Salazar
Calle Capri, Qta. Sinfonia,
California S
Caracas, Miranda 1071
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$154.23

---

**3.1232**

**Nonpriority creditor's name and mailing address**
Rosanna Alejandra Montes Sanchez
Av. Los Proceres, Edif. Fenicia,
Piso 2, Apto 6, S
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$164.44

---

**3.1233**

**Nonpriority creditor's name and mailing address**
Rosario Bedoya
9140 Fontainebleau Blvd., #302
Miami, FL 33172

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1234**

**Nonpriority creditor's name and mailing address**
Rosario Salazar Garcia
Av. Sanz, Urb. El Marques, Edif.
Ondarre
Piso 6, Apto. B
Caracas, Miranda 1052
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1235**

**Nonpriority creditor's name and mailing address**
Roscio Hermilda Betancourt
Hernandez
ub santa secilia, av 105b #119-83
qta co
valencia, Carabobo 2001
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1236**

**Nonpriority creditor's name and mailing address**
Rosely Epsztein
Rua Dourado, 180
Guaruja, Sao Paulo 11454-250
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$878.81

---

**3.1237**

**Nonpriority creditor's name and mailing address**
Rosilene Conessa
Rua Cerro Cora, 585 Conunto 310,
Torre 1
Sao Paulo, Sao Paulo 05061-150
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$153.66

---

**3.1238**

**Nonpriority creditor's name and mailing address**
Roxana Barrientos
CALLE COLON 758
SANTA CRUZ, Santa Cruz Department
BOLIVIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$493.52

---

**3.1239**

**Nonpriority creditor's name and mailing address**
RSM US LLP
801 Nicollet Avenue
Suite 1200 West Tower
Minneapolis, MN 55402

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1240**

**Nonpriority creditor's name and mailing address**
Rts Risk Transfer Service
CC Avenida Libertador,
Piso 1, Ofic. 1-5
Caracas , 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$286.72

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.124 1**

**Nonpriority creditor's name and mailing address**
RUBEN ANTONIO YANES FERERAS
5ta. Av. con 3era transversal,
Edif. Tam
piso 1, Apto. 14, Urb. Los Palos
Grandes
Caracas, Miranda 1080
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$108.26

---

**3.124 2**

**Nonpriority creditor's name and mailing address**
Ruben Herrera
Urb. La vi a, calle Paez# 108-41,
Qta Pa
Valencia, Carabobo 2001
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$31.69

---

**3.124 3**

**Nonpriority creditor's name and mailing address**
Rudel Iznaga
3069 NW 13th Street
Miami, FL 33125

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 4**

**Nonpriority creditor's name and mailing address**
Ryan McDonough
11 Waterford Way
Wallingford, PA 19086

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124 5**

**Nonpriority creditor's name and mailing address**
Saad Anthony Baksh
86 Harold Avenue
San Fernando, Marabella
TRINIDAD AND TOBAGO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$568.20

---

**3.124 6**

**Nonpriority creditor's name and mailing address**
Sabine Eland Silva
Rua Chapeco, # 137, Barrio Saguacu
Janielle Santa Catarina, 89221-040
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$13.74

---

Debtor  Global Benefits Group, Inc. _____   Case number (if known) _____
        Name

---

**3.124 7**

**Nonpriority creditor's name and mailing address**
Salomao Gammerman
21157 NE 33rd Ave.
Aventura, FL 33180

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$22.32

---

**3.124 8**

**Nonpriority creditor's name and mailing address**
Salomon Sidauy Romano
Av Jesus Del monte 44 B10, Col
Jesus del
Huixquilucan, Estado De mexico
52779
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$476.27

---

**3.124 9**

**Nonpriority creditor's name and mailing address**
Salvatore Lonigro Picciuto
Av. 12 con Calle 34 #34-142 Conj.
Res. S
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.125 0**

**Nonpriority creditor's name and mailing address**
Samitivej International
No 9 E/2 Kabar Aye Pagoda Ward No 7
Mayangone Town
Yangon
MYANMAR

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$282.04

---

**3.125 1**

**Nonpriority creditor's name and mailing address**
Samitivej Sukhumvit Hospital
No. 9E/2, Kabar Aye Pagoda Rd,
Mayangone Township,
Yangon
MYANMAR

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$905.26

---

**3.125 2**

**Nonpriority creditor's name and mailing address**
Samitivej Sukhumvit Hospital
133 Sukhumvit 49 Klongtan Nua
Vadhana
Bangkok, 10110
THAILAND

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$478.68

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.125
3**

**Nonpriority creditor's name and mailing address**

Sandra Brown
28 Norway Terrace,
Kingston Saint Andrew (Half Way
Tree), K
JAMAICA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$522.90

---

**3.125
4**

**Nonpriority creditor's name and mailing address**

Sandra Coromoto Idrogo Quintero
Urb. Manzanares CC. Manzanares
Piso 1 Oficina 01-14
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$544.83

---

**3.125
5**

**Nonpriority creditor's name and mailing address**

Sandra Daniela May
Av. Dr. Arnaldo 2180
Sao Paulo, SP 01255-000
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$1,717.36

---

**3.125
6**

**Nonpriority creditor's name and mailing address**

Sandra Isabel Hoyos Mora
Cl 27 Dsor #27 c 51,
Apt 903
Bogota, 110110
COLOMBIA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$141.44

---

**3.125
7**

**Nonpriority creditor's name and mailing address**

Sandra Leonor Goncalves Oliveira
Borges
8786 NW 99th Path
Doral, FL 33178

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$29.56

---

**3.125
8**

**Nonpriority creditor's name and mailing address**

Sandra Lopez-Silva
6916 N.W. 174 Terr
D-100
Hialeah, FL 33015

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.125
9**

**Nonpriority creditor's name and mailing address**

Sarah Li
30 Plumeria
Lake Forest, CA 92630

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   Global Benefits Group, Inc.                                Case number (if known) _____
         Name

| 3.126 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,232.90 |

Saul Rubinsztejn
Callao 441 40G
Buenos Aires, C1022 AAE
ARGENTINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18.94 |

Scarlet Carolina Manrique
Urb. Unare II Cloque 32, Piso 3
Apto 03-
Puerto Ordaz Eatdo, Bolivar 8050
VENEZUELA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Scott Sanders
1422 Park Beach Circle
Punta Gorda, FL 33950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $245.15 |

SD- Brokers
Callao 441 40G
Buenos Aires, C1022 AAE
ARGENTINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,574.73 |

Secutive Acquisition LLC
212 Carnegie Center, Suite 106
Princeton, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,010.48 |

Segrupex S.A
Hospital Clinica Biblica,  Torre M
dica
1er piso, oficina de Turismo M
dico, cal
San Jose, 40901
COSTA RICA

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Basis for the claim:**  Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.126 6**

**Nonpriority creditor's name and mailing address**
Segrupex S.A
San Jose
San Jos , 40901
COSTA RICA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

$581.89

---

**3.126 7**

**Nonpriority creditor's name and mailing address**
Senator Sales Limited
33 Highland Road
Amersham, Buckinghamshire HP7 9AX
UNITED KINGDOM

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.126 8**

**Nonpriority creditor's name and mailing address**
Seoul Counseling Center
35 Gangnam-daeno 158-gil Gangnam-gu
Seoul, 6034
SOUTH KOREA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

$250.84

---

**3.126 9**

**Nonpriority creditor's name and mailing address**
Sergio Alberto Moreno Morales
Edificio Torre Platinum Bussiness
Center
Piso 5 Oficina 51
Santa Cruz de la Sierra, Santa Cruz
Depa
BOLIVIA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$37.52

---

**3.127 0**

**Nonpriority creditor's name and mailing address**
Sergio Enrique Torrendell
km 56.5 Ramal Pilar, Estancias del
Pilar
Pilar, Buenos Aires 1629
ARGENTINA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$40.96

---

**3.127 1**

**Nonpriority creditor's name and mailing address**
Sergio Wainberg
Avenida Nilopolis 135
Porto Alegre, 90460-050
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$122.67

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.127 2**

**Nonpriority creditor's name and mailing address**
Servando Escamilla Dominguez
Goethe #16, Piso 5, Col. Anzrured,
Migue
Mexico City,  CDMX 11590
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$101.60

---

**3.127 3**

**Nonpriority creditor's name and mailing address**
Servicios Urologicos Umd S C
Hospital Angeles Lomas, Vialidad de
la B
Jes s del Monte, 52763
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$468.12

---

**3.127 4**

**Nonpriority creditor's name and mailing address**
Shadrach Robinson - United
Financial Con
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$34.89

---

**3.127 5**

**Nonpriority creditor's name and mailing address**
Shamrock Union Inc
Vanterpool Plaza, 2nd Floor
Wickhans Cay
Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$8,569.81

---

**3.127 6**

**Nonpriority creditor's name and mailing address**
Shanghai Delta Health Hospital
No.109  XULE Road
Shanghai
CHINA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$112.30

---

**3.127 7**

**Nonpriority creditor's name and mailing address**
Shanghai Donglei Brain Hospital
988 Huaxu Highway, Qingpu District,
Shanghai, 200000
CHINA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$111.33

---

Debtor   Global Benefits Group, Inc.                                         Case number (if known)
_____          _____
Name

---

**3.127 8**

**Nonpriority creditor's name and mailing address**
Shanghai Jiajing Clinic
689 Guiping Road, Xuhui District
Shanghai, 200000
CHINA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Provider

**Is the claim subject to offset?** ☑ No ☐ Yes

$403.20

---

**3.127 9**

**Nonpriority creditor's name and mailing address**
Shanghai Jiajing Clinic
Suite 10188 Changshu road
Shanghai, 200233
CHINA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Provider

**Is the claim subject to offset?** ☑ No ☐ Yes

$76.01

---

**3.128 0**

**Nonpriority creditor's name and mailing address**
Shanghai Life Insurance Company Ltd
8/F 12/F No. 201 Century Ave
Pudong New
Shanghai, 200120
CHINA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  AP/Vendor

**Is the claim subject to offset?** ☑ No ☐ Yes

$0.00

---

**3.128 1**

**Nonpriority creditor's name and mailing address**
Shanghai United Family Hospital &
Clinic
No 699 Ping Tang Road, Chang Ning
Distri
Shanghai, 200335
CHINA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Provider

**Is the claim subject to offset?** ☑ No ☐ Yes

$164.28

---

**3.128 2**

**Nonpriority creditor's name and mailing address**
Shanghai United Family Hospital &
Clinic
1139 Xian Xia Road Changning
District
Shanghai, 200336
CHINA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Provider

**Is the claim subject to offset?** ☑ No ☐ Yes

$296.18

---

**3.128 3**

**Nonpriority creditor's name and mailing address**
Sharon Leicester
1421 Ashland Avenue
Evanston, IL 60201

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

**Is the claim subject to offset?** ☑ No ☐ Yes

$0.00

---

Debtor    Global Benefits Group, Inc.                                    Case number (if known) _____
          Name

| 3.128 4 | **Nonpriority creditor's name and mailing address**<br>Sharon Nieto<br>PO Box 232<br>Cypress, CA 90630<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  For notice purposes only<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.128 5 | **Nonpriority creditor's name and mailing address**<br>Sheila Clezar<br>Avenida Washington Luis 1576,<br>Apto. 312F<br>Sao Paulo, S?o Paulo 04662-002<br>BRAZIL<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Broker<br><br>Is the claim subject to offset? ■ No ☐ Yes | $62.35 |
| 3.128 6 | **Nonpriority creditor's name and mailing address**<br>Sheka Forna<br>Stefansgade 36 3TV<br>Copenhagen, 2200<br>DENMARK<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Broker<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,316.96 |
| 3.128 7 | **Nonpriority creditor's name and mailing address**<br>Shelton A (UFC)<br>4770 Biscayne Blvd. Ste. 980<br>Miami, FL 33137<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Broker<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,969.20 |
| 3.128 8 | **Nonpriority creditor's name and mailing address**<br>Shelton B (UFC)<br>4770 Biscayne Blvd. Ste. 980<br>Miami, FL 33137<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Broker<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,435.70 |
| 3.128 9 | **Nonpriority creditor's name and mailing address**<br>Shelton C (UFC)<br>4770 Biscayne Blvd Ste. 980<br>Miami, FL 33137<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Broker<br><br>Is the claim subject to offset? ■ No ☐ Yes | $566.93 |
| 3.129 0 | **Nonpriority creditor's name and mailing address**<br>Shelton D (UFC)<br>4770 Biscayne Blvd. Ste. 980<br>Miami, FL 33137<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Broker<br><br>Is the claim subject to offset? ■ No ☐ Yes | $143.02 |

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.129**
**1**

**Nonpriority creditor's name and mailing address**
Shelton E (UFC)
4770 Biscayne Blvd Ste. 980
Miami, FL 33137

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Is the claim subject to offset?** ■ No  ☐ Yes

$1,863.21

---

**3.129**
**2**

**Nonpriority creditor's name and mailing address**
Shelton Shelton A
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Is the claim subject to offset?** ■ No  ☐ Yes

$4,934.55

---

**3.129**
**3**

**Nonpriority creditor's name and mailing address**
SHI International Corporation
290 Davidson Ave.
Somerset, NJ 08873

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

**Is the claim subject to offset?** ■ No  ☐ Yes

$783.15

---

**3.129**
**4**

**Nonpriority creditor's name and mailing address**
Shyam Medandrao
30 Glicina Street
Rancho Mission Viejo, CA 92694

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

**Is the claim subject to offset?** ■ No  ☐ Yes

$0.00

---

**3.129**
**5**

**Nonpriority creditor's name and mailing address**
Silvana Maria Gracia Denis
Cordillera 911 Teniente Rivas
Mburucuya, Asuncion 001415
PARAGUAY

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Is the claim subject to offset?** ■ No  ☐ Yes

$35.12

---

**3.129**
**6**

**Nonpriority creditor's name and mailing address**
SilverStone Group
11516 Miracle Hills Dr, Suite 100
NE 68154

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

**Is the claim subject to offset?** ■ No  ☐ Yes

$0.00

---

**3.129**
**7**

**Nonpriority creditor's name and mailing address**
Silvia Poplawsky
Sierra Vertientes 365-501Lomas de
CHapul
Mexico, Veracruz 11000
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Is the claim subject to offset?** ■ No  ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1298**

**Nonpriority creditor's name and mailing address**
Silvia Vlodaver Unzek
Av. De las Fuentes 13-603
Tecamachalco
Mexico City   CDMX 53125
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$2,315.60

---

**3.1299**

**Nonpriority creditor's name and mailing address**
Singapore General Hospital
Outram Road
Singapore, 169608
SINGAPORE

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$43,672.09

---

**3.1300**

**Nonpriority creditor's name and mailing address**
SinoUnited Health Center
Ping An Riverside Finance Center,
3/F, 7
Shanghai, 200335
CHINA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$3,504.68

---

**3.1301**

**Nonpriority creditor's name and mailing address**
SinoUnited Health,Huangpu Riverside
Clin
Ping An Riverside Finance Center,
3/F, 7
Shanghai, 200335
CHINA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$987.08

---

**3.1302**

**Nonpriority creditor's name and mailing address**
Sistem Bestur Sigorta Aracilik
Hizmetler
Dolapdere Cad. No: 124, Kat: 2,
Pangalt?
Instabul, 34373
TURKEY

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1303**

**Nonpriority creditor's name and mailing address**
Skillsoft Corporation
300 Innovative Way Ste201
Nashua, NH 03062

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
| | Name | | |

---

**3.130**
**4**

**Nonpriority creditor's name and mailing address**
Sky Life Jorge Yonny Mamo
Urb. Valle Blanco, Res.
Estratosfera
Valencia, 2001
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130**
**5**

**Nonpriority creditor's name and mailing address**
SM Asociados MX Rebeca Balas Levy
Cordillera de los Andes, No. 110,
Depto. 101, Col. Miguel Hidalgo
Miguel Hildalgo, Mexico City 11000
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130**
**6**

**Nonpriority creditor's name and mailing address**
SM Asociados MX Seguridad Arieva,
Agente
Fuente de la Templanza 83, Col. San
Migu
Tecamachalco, 53970
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130**
**7**

**Nonpriority creditor's name and mailing address**
SM Asociados MX SM Asociados
Insurgentes Sur 1020, Int 303 Col.
del V
Mexico, Mexico City 03100
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130**
**8**

**Nonpriority creditor's name and mailing address**
SM Asociados Solucion Activa, ET,
SC
Fuente de Tamplanza No. 83, Col.
San Mig
Tecamachalco, 53970
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130**
**9**

**Nonpriority creditor's name and mailing address**
Smart Data Solutions
960 Blue Gentian Road
Eagan, NJ 55121

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    Global Benefits Group, Inc.                                    Case number (if known)
          Name

---

**3.131
0**

**Nonpriority creditor's name and mailing address**
Smart Insurance Agency
1510 Roosevelt Ave., Suite 9A1
San Juan, PR 00920

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No  ☐ Yes

$139.97

---

**3.131
1**

**Nonpriority creditor's name and mailing address**
Social Services League M P Shah
Hospital
PO Box 14497 Shivachi Road
Nairobi Municipality, 800
KENYA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No  ☐ Yes

$5,305.53

---

**3.131
2**

**Nonpriority creditor's name and mailing address**
Sofia Giovanna Castanares Vitale
Av. Veracruz, Edif. Torreon
Ofic. 2A
Caracas, Miranda 1080
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No  ☐ Yes

$109.49

---

**3.131
3**

**Nonpriority creditor's name and mailing address**
SOHIN GENETICS SAPI DE CV
Guillermo Gonz lez Camarena 1450
piso 9 Santa Fe,
?lvaro Obreg n, CDMX 1210
MEXICO

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No  ☐ Yes

$6,817.76

---

**3.131
4**

**Nonpriority creditor's name and mailing address**
Solange Bastos -United Financial
Consult
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No  ☐ Yes

$71.07

---

**3.131
5**

**Nonpriority creditor's name and mailing address**
Solange Pagels
La Capitania 1098 Las Condes
Santiago, 755000
CHILE

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No  ☐ Yes

$1,427.02

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Solidarity Bahrain BSC
Solidarity General Takaful B.S.C.
Of See
MANAMA, 973
BAHRAIN

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,138.92

SOLUCIONES ADMINISTRATIVAS A
FINALIDADES
Calle Lic. Domingo M. Trevi o #127
Int.
Monterrey, N.L. 64650
MEXICO

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:   Provider

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Sonia Carrara
8861 SW 142nd Ave
Apt 9-38
Miami, FL 33137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  AP/Vendor

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,171.61

Sonia Guimaraes Oliveira (Noosa
Consulto
Rua Indiana, 484
Apt 84
Sao Paulo, Sao Paulo 04562-000
BRAZIL

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15.51

South Group Intl.
400 Ponce de Leon Blvd. Suite 470
Coral Gables, FL 33146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00

Specialty Insurance Solutions, Inc.
9121 Redbud Lane
Lenexa, KS 66220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

Basis for the claim:  Broker

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.132.2**

Nonpriority creditor's name and mailing address
Speire Capital Inc
Carrera 7 # 127-48
oficina 1008
Bogot , Bogot  D.C. 110110
COLOMBIA

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Broker

Is the claim subject to offset? ■ No ☐ Yes

$46.00

---

**3.132.3**

Nonpriority creditor's name and mailing address
Speridian Technologies LLC
2400 Louisiana Blvd NE Bldg 3
Albuquerque, NM 87110

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$52,638.89

---

**3.132.4**

Nonpriority creditor's name and mailing address
SSE Space Management LLC
569 Canal Street
New Smyrna Beach, FL 32168

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132.5**

Nonpriority creditor's name and mailing address
Stacey Savidge
3280 Cypress Creek Drive
Lauderdal-by-the-Sea, FL 33062

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132.6**

Nonpriority creditor's name and mailing address
Staci Leone
124 Ridgefield Drive
South Windsor, CT 06074

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132.7**

Nonpriority creditor's name and mailing address
Stackable Sensations
2200 Route 10 West
Suite 206
Parsippany, NJ 07054

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.132.8**

Nonpriority creditor's name and mailing address
Staples Business Advantage
Dept LA
P.O. Box 83689
Chicago, IL 60696-3689

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    Global Benefits Group, Inc.                     Case number (if known)
_____
Name

| | | |
|---|---|---|

**3.132 9**

**Nonpriority creditor's name and mailing address**
Star Healthcare Network Gigi
Grobstein
120 Bloomingdale Road, Suite 304
White Plains, NY 10605

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$126.00

---

**3.133 0**

**Nonpriority creditor's name and mailing address**
STARLIGHT MEDICAL CARE S.A. DE C.V.
Gabriel Mancera 740B, Colonia del
Valle
Ciudad de M xico, CDMX 30100
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$20,044.57

---

**3.133 1**

**Nonpriority creditor's name and mailing address**
STARLIGHT MEDICAL CARE S.A. DE C.V.
Gabriel Mancera 740B Colonia del
Valle C
Cuidad Mexico, 30100
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$2,199.70

---

**3.133 2**

**Nonpriority creditor's name and mailing address**
Steffi Ortiz
13534 SW 62nd Lane
Miami, FL 33183

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 3**

**Nonpriority creditor's name and mailing address**
Stephen Boush
1321 Upland Drive, Suite 2602
Houston, TX 77043

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$28.15

---

**3.133 4**

**Nonpriority creditor's name and mailing address**
Stephen Rich
19 Grandview Avenue
Stamford, CT 06905

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.133 5**

**Nonpriority creditor's name and mailing address**
Sterling Security Technologies Corp
5757 Blue Lagoon Drive
Suite 160
Miami, FL 33126

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.133 6**

**Nonpriority creditor's name and mailing address**
Steve Le
25111 Windwood Lane
Lake Forest, CA 92630

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.133 7**

**Nonpriority creditor's name and mailing address**
Straker Translations
3400 N Ashton Blvd
Suite 150
Lehi, UT 84043

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.133 8**

**Nonpriority creditor's name and mailing address**
Strength International Investments
Av. B con B1, Quinta Gina Caurimare
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

$55.66

---

**3.133 9**

**Nonpriority creditor's name and mailing address**
Studies  Careto
PO Box 228450
Doral, FL 33222

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

$5,071.20

---

**3.134 0**

**Nonpriority creditor's name and mailing address**
SugarCRM, Inc
548 Market Street
San Francisco, CA 94104

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$55,200.00

---

**3.134 1**

**Nonpriority creditor's name and mailing address**
Sunnysideup Ideas Inc
1321 NE 160th St
North Miami Beach, FL 33162

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.134 2**

**Nonpriority creditor's name and mailing address**
Susadi Corp Susadi Corp
ICAZA, GONZALEZ-RUIZ& ALEMAN (BVI)
TRUST
Building 1, Secogs
Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ☒ No ☐ Yes

$51.78

---

Debtor   Global Benefits Group, Inc.                              Case number *(if known)* _____
          _____
          Name

---

**3.134 3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*            $9,475.41

Susana May
Misiones 1487                                                       ☐ Contingent
Montevideo, 11100                                                  ☐ Unliquidated
URUGUAY                                                            ☐ Disputed

**Date(s) debt was incurred** ___                                  **Basis for the claim:**  Broker

**Last 4 digits of account number** ___                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.134 4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*            $0.00

Suzie Lee
39 Russell Court                                                   ☐ Contingent
Matawan, NJ 07747                                                 ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred** ___                                  **Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** ___                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.134 5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*            $0.00

Sven Thorslund
1600 SW 13th Avenue                                                ☐ Contingent
Miami, FL 33145                                                    ☐ Unliquidated
                                                                   ☐ Disputed

**Date(s) debt was incurred** ___                                  **Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** ___                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.134 6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*            $0.00

Switch Ltd.
Switch                                                             ☐ Contingent
PO Box 400850                                                      ☐ Unliquidated
Las Vegas, NV 89140                                               ☐ Disputed

**Date(s) debt was incurred** ___                                  **Basis for the claim:**  AP/Vendor

**Last 4 digits of account number** ___                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.134 7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*            $0.00

Sylvia Fernandez Strunz
75 Norte, Escuela Vello Horizonte                                  ☐ Contingent
Cond.                                                              ☐ Unliquidated
San Jose, 10201                                                   ☐ Disputed
COSTA RICA

**Date(s) debt was incurred** ___                                  **Basis for the claim:**  Broker

**Last 4 digits of account number** ___                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.134 8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*            $8.71

Tamara Kivatinetz
Luis Maria Campos 387 C 1426                                       ☐ Contingent
Buenos Aires, Buenos Aires 1426                                    ☐ Unliquidated
ARGENTINA                                                         ☐ Disputed

**Date(s) debt was incurred** ___                                  **Basis for the claim:**  Broker

**Last 4 digits of account number** ___                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.134 9**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*            $0.00

Tara Stafford
261 McKeithen Drive                                                ☐ Contingent
#26                                                                ☐ Unliquidated
Alexandria, LA 71303                                              ☐ Disputed

**Date(s) debt was incurred** ___                                  **Basis for the claim:**  For notice purposes only

**Last 4 digits of account number** ___                            Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  Global Benefits Group, Inc. _____   Case number (if known) _____
     Name

| 3.135 0 | **Nonpriority creditor's name and mailing address**<br>Tatiana Ammar Salles Palhares<br>3802 NE 207th Street #2704<br>Aventura, FL 33180<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Broker_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $128.25 |

| 3.135 1 | **Nonpriority creditor's name and mailing address**<br>Tatiana Catalina Mendoza Toro<br>Cll 27 Sur #28 - 100<br>Apto 505 Arroyo de la Honda<br>Envigado Ant<br>Medellin, 55421<br>COLOMBIA<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Broker_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $61.17 |

| 3.135 2 | **Nonpriority creditor's name and mailing address**<br>Tatiana Essucy<br>14970 SW 48th Terrace, Apt E<br>Miami, FL 33185<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _For notice purposes only_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| 3.135 3 | **Nonpriority creditor's name and mailing address**<br>Tatiana Yuki Kubo<br>AV DR HUGO BEOLCHI, 620<br>Apt 1104<br>Villa Guarani, Sao Paulo 04310-030<br>BRAZIL<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Broker_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $224.54 |

| 3.135 4 | **Nonpriority creditor's name and mailing address**<br>Technology Trade (Tt) LTD.<br>Ritter House 5th Floor PO Box 3200<br>Tortola, 1110<br>BRITISH VIRGIN ISLANDS<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Broker_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $278.18 |

| 3.135 5 | **Nonpriority creditor's name and mailing address**<br>Tee Yaah<br>420 Mechanic Street<br>Orange, NJ 07050<br><br>**Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _For notice purposes only_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.135 6**

**Nonpriority creditor's name and mailing address**
Teladoc Health International
Via Augusta 252-260
2nd floor 8017
Barcelona, 8017
SPAIN

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

**Is the claim subject to offset?** ■ No ☐ Yes

$46,903.32

---

**3.135 7**

**Nonpriority creditor's name and mailing address**
TelePacific Communications
PO Box 123279
Dept. 3279
Dallas, TX 75312-3279

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

**Is the claim subject to offset?** ■ No ☐ Yes

$7,223.42

---

**3.135 8**

**Nonpriority creditor's name and mailing address**
Tell Equities Inc
5030 Champion Boulevard, G11 Box 144
Boca Raton, FL 33496

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

**Is the claim subject to offset?** ■ No ☐ Yes

$243.76

---

**3.135 9**

**Nonpriority creditor's name and mailing address**
TERAPIAS DE INFUSION DE MEXICO SA DE CV
Av M xico 197, Colonia Condesa, Cuauht m
Ciudad de M xico  CDMX 6100
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Provider

**Is the claim subject to offset?** ■ No ☐ Yes

$24,854.37

---

**3.136 0**

**Nonpriority creditor's name and mailing address**
Teresa Flbbe
308 Fourth Avenue
Newtown Square, PA 19073

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.136 1**

**Nonpriority creditor's name and mailing address**
Teresa LaVecchia
49 Stanford Court
Irvine, CA 92612

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.136 2**

**Nonpriority creditor's name and mailing address**
Teresa Maria Perdigao Ferreira
Marinho
RUA CARLOS GOMES, N  101
APTO. 15
SANTOS, S?o Paulo 11075-671
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☐ No ☐ Yes

$61.68

---

**3.136 3**

**Nonpriority creditor's name and mailing address**
Teri Frank
39 Camarin Street
Foothill Ranch, CA 92610

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.136 4**

**Nonpriority creditor's name and mailing address**
Thais Fernandez
21373 Town Lakes Drive
Apt 1516
Boca Raton, FL 33486

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.136 5**

**Nonpriority creditor's name and mailing address**
The Aga Khan University Hospital
3rd Parklands Avenue  Doctor`s
Plaza
Nairobi, 30270-0010
KENYA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

$4,018.54

---

**3.136 6**

**Nonpriority creditor's name and mailing address**
THE AMERICAN BRITISH COWDRAY
MEDICAL CEN
Sur 136 Numero 116, COL. Las
Americas, D
Ciudad de M xico, CDMX 1120
MEXICO

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

$41,749.48

---

**3.136 7**

**Nonpriority creditor's name and mailing address**
THE AMERICAN BRITISH COWDRAY
MEDICAL CEN
SUR 136 NO. 116 COL. LAS AMERICAS
DEL AL
Cuidad Mexico, 1120
MEXICO

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

$54,090.46

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.136 8**

**Nonpriority creditor's name and mailing address**
The Joni Agency
Suite 41, de Verteuil Street
Woodbrook
Port of Spain
TRINIDAD AND TOBAGO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$5,509.15

---

**3.136 9**

**Nonpriority creditor's name and mailing address**
The Sovereign Group
ALTATA 51-103, COL. HIPODROMO, DEL.
CUAU
Mexico City,  CDMX 6100
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$7,585.86

---

**3.137 0**

**Nonpriority creditor's name and mailing address**
Thiago DOs Santos
7470 NW 36th Street
Lauderhill, FL 33319

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 1**

**Nonpriority creditor's name and mailing address**
Thomas Sauer
Unknown
Vienna, Vienna 99999
AUSTRIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$168.38

---

**3.137 2**

**Nonpriority creditor's name and mailing address**
Ticiana Carvalho
Rua ministro armando de Alencar,
16/502
Rio de Janeiro, Rio de Janeiro
22471080
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$510.11

---

**3.137 3**

**Nonpriority creditor's name and mailing address**
Tilleke & Gibbins Myanmar Limited
No 1608 16th Floor
Kyauktada, NY 22210

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137 4**

**Nonpriority creditor's name and mailing address**
Tipping Point
Prolongacion Paseo de La Reforma
#51, In
Mexico City,  CDMX 1330
MEXICO

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $0.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 5**

**Nonpriority creditor's name and mailing address**
TODD CANATELLA DDS
4428 Conlin Street
Metairie, LA 70006

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $445.00

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 6**

**Nonpriority creditor's name and mailing address**
Tonya Jackson
12021 Lansdowne Rd.
Austin, TX 78754

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 7**

**Nonpriority creditor's name and mailing address**
Top Stack
1200 Atwater Drive
Suite 185
Malvern, PA 19355

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 8**

**Nonpriority creditor's name and mailing address**
Towne Centre Office Partners LLC
2766 Sand Hill Road Suite 200
Menlo Park, CA 94025

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $139,038.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __AP/Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 9**

**Nonpriority creditor's name and mailing address**
Trader Group Company LLC
2446 Seven Oaks Drive
Saint Cloud, FL 34772

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $183.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138 0**

**Nonpriority creditor's name and mailing address**
Trafalgar Travel Limited
14 Garelli Ave
Kingston, Kingston 10
JAMAICA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.138
1**

**Nonpriority creditor's name and mailing address**
Transform Studios
9450 SW Gemini Drive
Beaverton, OR 97008-7105

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$785.00

---

**3.138
2**

**Nonpriority creditor's name and mailing address**
Tricia McWeeney
10538 Stonybrook Avenue
South Gate, CA 90280

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138
3**

**Nonpriority creditor's name and mailing address**
TripDoctor Insurance LLC
51 Huff Terrace
Montvale, NJ 07645

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$4,852.21

---

**3.138
4**

**Nonpriority creditor's name and mailing address**
TripDoctor Insurance LLC
51 Huff Terrace
Montvale, NJ 07645

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$4,852.21

---

**3.138
5**

**Nonpriority creditor's name and mailing address**
Troutman Pepper Hamilton Sanders
LLP
301 Carnegie Centre
Suite 300
Princeton, NJ 08540

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138
6**

**Nonpriority creditor's name and mailing address**
Twylite Investments SA
Av. Ernesto Blohm, C.C.C.T., Nivel
C2,
Sector Yarey Oficina MZ04B
Caracas, Miranda 1061
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$51.61

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.138 7**

**Nonpriority creditor's name and mailing address**
Twylite Investments SA
Av. Ernesto Blohm, C.C.C.T. Nivel C2,
Sector Yarey Oficina MZ04B
Caracas, Miranda 1061
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$7,694.57

---

**3.138 8**

**Nonpriority creditor's name and mailing address**
Twylite Investments SA (Jorge Luis Faro
Calle El Pauji, Residencias Mirador del
Apto B5B
Caracas, Miranda 1083
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$51.61

---

**3.138 9**

**Nonpriority creditor's name and mailing address**
UCLA DEPT OF MEDICINE PROFESSI
FILE 55737
Los Angeles, CA 90074

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Provider_

Is the claim subject to offset? ■ No ☐ Yes

$76.80

---

**3.139 0**

**Nonpriority creditor's name and mailing address**
UFC - Andrew  D Wright
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$267.21

---

**3.139 1**

**Nonpriority creditor's name and mailing address**
UFC - Richard  Mclaws
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$347.16

---

**3.139 2**

**Nonpriority creditor's name and mailing address**
UINTA ACADEMY RTC
3746 S 4800 W
Wellsville, UT 84339

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Provider_

Is the claim subject to offset? ■ No ☐ Yes

$8,480.00

---

Debtor    Global Benefits Group, Inc.                                    Case number (if known)  _____
_____
Name

---

**3.139
3**

**Nonpriority creditor's name and mailing address**
UMHC.
Po Box 402005
Atlanta, GA 30384

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$85,420.82

---

**3.139
4**

**Nonpriority creditor's name and mailing address**
Un. Fin. Con. Carmen Alicia Estrada
De

15450 SW 159th St
Miami, FL 33187

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$58.95

---

**3.139
5**

**Nonpriority creditor's name and mailing address**
Unicare Medical Center s.r.o
Na Dlouh m l nu 563/11, 160 00
Praha 6-V
Prague, 160 00
CZECH REPUBLIC

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.139
6**

**Nonpriority creditor's name and mailing address**
UNIDAD VIAS DIGESTIVAS SANTA SOFIA
UNIVI
Av. Principal con calle Santa Ana.
Urb.
Caracas, 1061
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Provider

Is the claim subject to offset? ■ No ☐ Yes

$1,790.00

---

**3.139
7**

**Nonpriority creditor's name and mailing address**
Unihealth
18-20, Le Pollet
St Peter Port, GY1 1WH
GUERNSEY

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.139
8**

**Nonpriority creditor's name and mailing address**
Unique Int Group Inc
Mossfon Building, 2nd floor, East
5457
Panama City, 0832-0886
PANAMA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$2,703.08

---

Debtor   Global Benefits Group, Inc.                               Case number (if known)
_____                          _____
Name

| 3.1399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $222.14 |

United Family Fengshang Clinic
689 Yunle Road
Shanghai, 201107
CHINA

■ Contingent
□ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No □ Yes

---

| 3.1400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,262.85 |

United Family Quankou Clinic
8 Quankou Road, Changning District,
Shanghai, 200336
CHINA

■ Contingent
□ Unliquidated
■ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Provider

Is the claim subject to offset? ■ No □ Yes

---

| 3.1401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $421.92 |

United Fin. Con. Intertrade Fin.
Con. Gr
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No □ Yes

---

| 3.1402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,346.04 |

United Financial Consultants
Caulton Chr
ZAFarringdon Dr.
Kingston, Kingston 6
JAMAICA

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No □ Yes

---

| 3.1403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $87.14 |

United Financial Consultants
Claudia Lup
Nerine Chambers PO Box 905
Roadtown, Tortola VG1110
BRITISH VIRGIN ISLANDS

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No □ Yes

---

| 3.1404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,239.36 |

United Financial Consultants
Interameric
4770 Biscayne Blvd.Suite 950
Miami, Florida 33137-0000

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No □ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.140
5**

**Nonpriority creditor's name and mailing address**
United Financial Consultants Joel Downer
31 Armour Glades Drive
Kingston, Kingston 8
JAMAICA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Is the claim subject to offset?** ■ No ☐ Yes

$0.01

---

**3.140
6**

**Nonpriority creditor's name and mailing address**
United Financial Consultants Karla Maria
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Is the claim subject to offset?** ■ No ☐ Yes

$6.55

---

**3.140
7**

**Nonpriority creditor's name and mailing address**
United Financial Consultants Sandra Brow
28 Norway Terrace, Kingston 8
Kingston, Kingston 8
JAMAICA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Is the claim subject to offset?** ■ No ☐ Yes

$405.60

---

**3.140
8**

**Nonpriority creditor's name and mailing address**
United Financial Consultants Tell Equiti
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Is the claim subject to offset?** ■ No ☐ Yes

$23.78

---

**3.140
9**

**Nonpriority creditor's name and mailing address**
United Financial Consultants West Coast
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Is the claim subject to offset?** ■ No ☐ Yes

$565.75

---

**3.141
0**

**Nonpriority creditor's name and mailing address**
United Healthcare Services, Inc.
9700 Health Care Lane
Minnetonka, MN 55343

**Date(s) debt was incurred**  0
**Last 4 digits of account number**  0

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.141
1**

**Nonpriority creditor's name and mailing address**
Unity Advisers Management Inc
Av. T-9, N. 2310 , Jd. America Sala 410A
Goiania, Goiania 74255-220
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

**Is the claim subject to offset?** ■ No ☐ Yes

$155.39

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.141 2**

**Nonpriority creditor's name and mailing address**
UNIVERSITY OF PENN MEDICAL GROUP
PO BOX 824320
Philadelphia, PA 19182

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Provider_

Is the claim subject to offset? ☒ No ☐ Yes

$222.00

---

**3.141 3**

**Nonpriority creditor's name and mailing address**
UpToDate, Inc
PO BOX 412094
Boston, MA 02241-2094

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.141 4**

**Nonpriority creditor's name and mailing address**
UROLOGICO SAN ROMAN CA
Calle Chivacoa Secion San Romas
Edif uro
Caracas, Miranda 1060
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Provider_

Is the claim subject to offset? ☒ No ☐ Yes

$500.00

---

**3.141 5**

**Nonpriority creditor's name and mailing address**
Ursula Ricketts
Paul de Beaudiez 268 A San Isidro
Lima 2
Lima, 15076
PERU

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ☒ No ☐ Yes

$192.50

---

**3.141 6**

**Nonpriority creditor's name and mailing address**
Value Care Insurance
Av. Sojo, T Orre Onix, Piso 1,
Oficina 1
Caracas, Miranda 1060
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ☒ No ☐ Yes

$742.40

---

**3.141 7**

**Nonpriority creditor's name and mailing address**
Vanessa Biagioni Zuazua
Calle 12 residencia Los Robles,
Torre II
Caracas, Miranda 1080
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ☒ No ☐ Yes

$2.00

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1418**

**Nonpriority creditor's name and mailing address**
Vanessa Hernandez
21497 SW 87th Court
Cutler Bay, FL 33189

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1419**

**Nonpriority creditor's name and mailing address**
Vanessa Javier
9907 NW 9th Street Circle #12
Miami, FL 33172

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1420**

**Nonpriority creditor's name and mailing address**
Vanial Corp
PH Molon Tower, Piso 5, Calle
Aquilino d
Ciudad de Panama, Panam  0823-02435
PANAMA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1421**

**Nonpriority creditor's name and mailing address**
Vanial Corp.
1835 NE Miami Gardens Dr. #369
North Miami Beach, FL 33169

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $171.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1422**

**Nonpriority creditor's name and mailing address**
Vante Planejamento & Consultoria
LTDA.
Avenida Marques de Sao Vicente,
2219-15
Sao Paulo, 05036-040
BRAZIL

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $93.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1423**

**Nonpriority creditor's name and mailing address**
Vantiv
8500 Governors Hill Drive
Symmes Township, OH 45249-1384

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                    $828,644.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   Global Benefits Group, Inc.
_____
Name

Case number (if known) _____

---

**3.142 4**

**Nonpriority creditor's name and mailing address**
VAYAC SAPI SA DE CV (VFARMA)
CALLE JIMENEZ 465, COL. CENTRO,
MONTERREY, NUEVO LEON 66200
MEXICO

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ☑ No ☐ Yes

$98,613.22

---

**3.142 5**

**Nonpriority creditor's name and mailing address**
VAYAC SAPI SA DE CV (VFARMA)
CALLE JIMENEZ 465 COL. CENTRO
Monterrey, Nuevo Leon 66200
MEXICO

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Provider__

Is the claim subject to offset? ☑ No ☐ Yes

$11,267.40

---

**3.142 6**

**Nonpriority creditor's name and mailing address**
Vera Lucia Evangelista Barreto
Rua Assembleia 93 2001 Rua Bambina
60 80
Rio de Janeiro, Rio de Janeiro
20011001
BRAZIL

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

$22.69

---

**3.142 7**

**Nonpriority creditor's name and mailing address**
Vernwood Financial Services
34 Highland Road
Amersham, Buckinghamshire HP7 9AX
UNITED KINGDOM

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.142 8**

**Nonpriority creditor's name and mailing address**
Vicente Rodrigo Bosch
Calle Guanipa edf Loma Alta
Piso 3-B Colinas de bello
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

$916.60

---

**3.142 9**

**Nonpriority creditor's name and mailing address**
Victor Babino
Torre la Previsora - Sabana Grande
Piso 11
Caracas, Miranda 1052
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Broker__

Is the claim subject to offset? ☑ No ☐ Yes

$13.41

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.143 0**

**Nonpriority creditor's name and mailing address**
Victor Fan
1527 New Garden Road
Apt. 3G
Greensboro, NC 27410

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.143 1**

**Nonpriority creditor's name and mailing address**
Victor Hugo Tortolero Celis
Urb. Camino de la Mendera, Casa
3-14, Fi
Cabudare, Lara 3023
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$108.18

---

**3.143 2**

**Nonpriority creditor's name and mailing address**
Victoria Bollenback
15378 W. 50th Place
Golden, CO 80403

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.143 3**

**Nonpriority creditor's name and mailing address**
Vielledent Sisniega Y Asociados
5825 Via Cuesta Dr.
El Paso, TX 79912

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$28.23

---

**3.143 4**

**Nonpriority creditor's name and mailing address**
Vig Austria VIGAustria
Schottenring 30, P.O. Box 80,
Vienna, A-1011
AUSTRIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$1,431.10

---

**3.143 5**

**Nonpriority creditor's name and mailing address**
Vig Austria VIGAustria
Schottenring 30, P.O. Box 80,
Vienna, A-1011
AUSTRIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$111.06

---

**3.143 6**

**Nonpriority creditor's name and mailing address**
Vincenzo D`Angelo Buccafuschi
AV CIRCUNVALACI?N QTA. PAX URB.
LOMAS DE
Caracas, Miranda 1081
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Broker

Is the claim subject to offset? ■ No ☐ Yes

$50.80

---

| Debtor | Global Benefits Group, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.143 7**

**Nonpriority creditor's name and mailing address**
Violeta Maria Herrada Aparicia
Av, Paez Calle Araguaney Edif.
Palazzo S
Piso 2 Apto 2-4 El Paraesa
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                           $0.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 8**

**Nonpriority creditor's name and mailing address**
Vip Global Brokers
Caracas
Caracas Capital District, 1060
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                      $3,587.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 9**

**Nonpriority creditor's name and mailing address**
Virtru Corporation
1801 Pennsylvania Ave NW
5th Floor
0
Washington, DC 20006

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                           $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144 0**

**Nonpriority creditor's name and mailing address**
Vitality International Limited Inc
Av. San Juan Bosco, Torre Centro
Altamir
Piso 16 Urb. Altamira
Caracas Miranda, 1062
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                           $7.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144 1**

**Nonpriority creditor's name and mailing address**
VIVIAN HOBAICA MORFFE
4ta Av. con 5ta transversal, edif.
Kaban
Apto 1A.
Caracas - Venezuela, 1060
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                           $0.01

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144 2**

**Nonpriority creditor's name and mailing address**
Viviana Arlet Rodriguez Huerta
Calle San Juan #5007 B Franco
Terrazas D
Tijuana, CP 22665
MEXICO

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*                      $2,747.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.144 3**

**Nonpriority creditor's name and mailing address**
VSP
Vision Service Plan (CA)
P.O. Box 45210
0
San Francisco, CA 94145-5210

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.144 4**

**Nonpriority creditor's name and mailing address**
W A Here Inc.
PO Box 557125
Miami, FL 33255

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ■ No ☐ Yes

$1,711.49

---

**3.144 5**

**Nonpriority creditor's name and mailing address**
Walter Nan
700 Milam St. Ste. 1300
Houston, TX 77002

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$149.86

---

**3.144 6**

**Nonpriority creditor's name and mailing address**
WeinsureEverything LLC
501 E Las Olas Blvd. Ste. 244
Ft. Lauderdale, FL 33301

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.144 7**

**Nonpriority creditor's name and mailing address**
Wellem Shaghai Xintiandi Clinic
Room 216, Building 2, Link Square,
202 H
Shanghai, 200336
CHINA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Provider_

Is the claim subject to offset? ■ No ☐ Yes

$104.46

---

**3.144 8**

**Nonpriority creditor's name and mailing address**
Wellness Enter
Emma de la Barra 353, Dique 4,
Puerto Ma
Buenos Aires, C1107BXA
ARGENTINA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$11,289.96

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1449**

**Nonpriority creditor's name and mailing address**
Wendy Karina Moya Pena
Av. Romulo Gallegos, Edificio Dakbur
Piso 3 Apto 3 Oficina Centro Lido, Torre
Caracas, 1060
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$13.11

---

**3.1450**

**Nonpriority creditor's name and mailing address**
Wendy Karina Moya Pena
Av. Romulo Gallegos, Ed. Dankdun
Piso 5 Los Ruices
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1451**

**Nonpriority creditor's name and mailing address**
West Boca Medical Center
PO BOX 741249
Atlanta, GA 30374

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _Provider_

Is the claim subject to offset? ■ No ☐ Yes

$22,741.95

---

**3.1452**

**Nonpriority creditor's name and mailing address**
West Coast United LTD
Vanter Pool Plaza, 2nd Floor
Tortola, VG1110
BVI

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$7,696.99

---

**3.1453**

**Nonpriority creditor's name and mailing address**
Will Kennedy
260 Hawthorne Ave.
Haddonfield, NJ 08033

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1454**

**Nonpriority creditor's name and mailing address**
William J Bracho
10010 Belle Rive Blvd. Apt. 207
Jacksonville, FL 32256

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No ☐ Yes

$2.25

---

Debtor    Global Benefits Group, Inc.                                    Case number (if known) _____
          Name

---

**3.145 5**

**Nonpriority creditor's name and mailing address**
Willis Towers Watson (Cambodia)
Insuranc
466 Mao Tse Toung Boulevard (245)
Phnom Penh, Khan Tuol Kouk 12250
CAMBODIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$3,317.33

---

**3.145 6**

**Nonpriority creditor's name and mailing address**
Willis Towers Watson (Cambodia)
Insuranc
466 Mao Tse Toung Boulevard (245)
Phnom Penh, Khan Tuol Kouk 12250
CAMBODIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$3,329.40

---

**3.145 7**

**Nonpriority creditor's name and mailing address**
Willis Towers Watson (Cambodia)
Insuranc
466 Mao Tse Toung Boulevard (245)
Phnom Penh, Khan Tuol Kouk 12250
CAMBODIA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.145 8**

**Nonpriority creditor's name and mailing address**
Wilmer Efren Ambrossi Sotomayor
Calle Adela Martinez Casa 14 y 11
Aya Tr
Lima, 15038
PERU

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Broker

Is the claim subject to offset? ■ No ☐ Yes

$175.68

---

**3.145 9**

**Nonpriority creditor's name and mailing address**
Wilmington Shared Services Ltd USD
(AXCO
10 Whitechapel High Street
5th Floor 0
London, E1 8QS
UNITED KINGDOM

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$43,377.00

---

**3.146 0**

**Nonpriority creditor's name and mailing address**
Windstream
4001 Rodney Parham Road
Little Rock, AR 72212

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  AP/Vendor

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   Global Benefits Group, Inc.                                    Case number (if known) _____
         Name

---

**3.146 1**

**Nonpriority creditor's name and mailing address**

Wolters Kluwer (NILS)
33082 Collection Center Drive
Chicago, IL 92610

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ☐ No  ☐ Yes

$28,750.00

---

**3.146 2**

**Nonpriority creditor's name and mailing address**

Worldwide Broker Network
315 Montgomer Street
Suite 900
San Francisco, CA 94104

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.146 3**

**Nonpriority creditor's name and mailing address**

Worldwide Express
135 San Lorenzo Avenue   PH-850
Coral Gables, FL 33146

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ☐ No  ☐ Yes

$1,282.43

---

**3.146 4**

**Nonpriority creditor's name and mailing address**

Ximena Maria Ramirez Garcia De
Zuniga
900 SW 57th St
Miami, Florida 33144-0000

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No  ☐ Yes

$433.66

---

**3.146 5**

**Nonpriority creditor's name and mailing address**

Xion Consulting Group CA
Calle Principal Edif Resid XV
Piso 9 Apt 9C Urb Lomas del Avila
Caracas, Miranda 1060
VENEZUELA

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

Is the claim subject to offset? ■ No  ☐ Yes

$649.49

---

**3.146 6**

**Nonpriority creditor's name and mailing address**

XYZ Company
123 4th Avenue
101
Los Angeles, CA 91111

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.146 7**

**Nonpriority creditor's name and mailing address**

Yader Rivera
1549 SE 24th Court
Homestead, FL 33035

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   Global Benefits Group, Inc.                              Case number (if known) _____
_____
         Name

---

**3.1468**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.          $0.00
Yamil Eliezer Fuenmayor Rivas
Calle A No. A07 Urb. Las Esmeraldas         ☐ Contingent
Resi                                         ☐ Unliquidated
Palo Negro, Aragua 2117                      ☐ Disputed
VENEZUELA
                                             Basis for the claim:  Broker
**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___      Is the claim subject to offset? ■ No ☐ Yes

---

**3.1469**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.          $0.00
Yamisleidis Quilez
6357 SW 138th Place                          ☐ Contingent
Hialeah, FL 33015                            ☐ Unliquidated
                                             ☐ Disputed
**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___      Basis for the claim:  For notice purposes only

                                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.1470**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.          $0.00
Yan Santos
3355 NE 13th Circle Drive #105               ☐ Contingent
Homestead, FL 33033                          ☐ Unliquidated
                                             ☐ Disputed
**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___      Basis for the claim:  For notice purposes only

                                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.1471**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.          $290.94
Yesmar Del Carmen Perez Moreno
chortaban 2 res villa 5                      ☐ Contingent
apt 5024                                     ☐ Unliquidated
Caracas, 1070                                ☐ Disputed
VENEZUELA
                                             Basis for the claim:  Broker
**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___      Is the claim subject to offset? ■ No ☐ Yes

---

**3.1472**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.          $0.00
Yirka Marban
15400 Durnford Drive                         ☐ Contingent
Miami Lakes, FL 33014                        ☐ Unliquidated
                                             ☐ Disputed
**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___      Basis for the claim:  For notice purposes only

                                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.1473**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.          $0.00
Yoel Leyva
5690 SW 72 Ave.                              ☐ Contingent
Miami, FL 33143                              ☐ Unliquidated
                                             ☐ Disputed
**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___      Basis for the claim:  For notice purposes only

                                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.1474**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.          $0.00
Yohanna Carolina Montes Duarte
244 Adams Street, Unit 4                     ☐ Contingent
Newton, MA 02458                             ☐ Unliquidated
                                             ☐ Disputed
**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___      Basis for the claim:  Broker

                                             Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Global Benefits Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.147 5**

**Nonpriority creditor's name and mailing address**
Yoly Magdalena Sanchez de Perozo
Entre Av Facultad y Las Ciencias,
C/ Los
Caracas, 1070
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

**Is the claim subject to offset?** ■ No ☐ Yes

$101.02

---

**3.147 6**

**Nonpriority creditor's name and mailing address**
Yvonne Rogers
5100 USAA Blvd.
Apt. 1404
San Antonio, TX 78240

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.147 7**

**Nonpriority creditor's name and mailing address**
Zelis Payments Holdings LLC
777 Office Parkway
St Louis, MO 63141

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _AP/Vendor_

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.147 8**

**Nonpriority creditor's name and mailing address**
Zhibao Technology (Shanghai) Co.,
Ltd.
Room 2104 No.868 Yinghua Road
Pudong New
Shanghai, 200120
CHINA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _AP/Vendor_

**Is the claim subject to offset?** ■ No ☐ Yes

$400,000.00

---

**3.147 9**

**Nonpriority creditor's name and mailing address**
Zilghean Gadea
10350 NW 5th Terrace
Miami, FL 33172

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _For notice purposes only_

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

**3.148 0**

**Nonpriority creditor's name and mailing address**
Zuldy Leslie Salazar Carriazo
Urb. Sabana Larza Calle 127, Edif.
Marle
Valencia, Carabobo 2001
VENEZUELA

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Broker_

**Is the claim subject to offset?** ■ No ☐ Yes

$0.00

---

Debtor   Global Benefits Group, Inc.                          Case number (if known)
         _____
         Name

| 3.148 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

Zunnette Artigas
14854 SW 24th Street
Miami, FL 33185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** _For notice purposes only_

Is the claim subject to offset?  ■ No  ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 11,877,285.66 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 11,877,285.66 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re  Global Benefits Group, Inc.

                                           Debtor(s)

Case No.

Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ......................................  $  Hourly Rates

      Prior to the filing of this statement I have received ...........................  $  $650,000

      Balance Due .....................................................................  $ Fees & Expenses as awarded by the Court

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 18, 2024

*Date*

/s/ S. Jason Teele

S. Jason Teele 014012001
*Signature of Attorney*
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
(973) 643-4779
steele@sillscummis.com
*Name of law firm*

## United States Bankruptcy Court
### District of New Jersey

In re    Global Benefits Group, Inc.

          Debtor(s)

Case No.

Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| GBG Insurance Limited c/o Teneo Finnacial Advisory Ltd. The Colmore Building 20 Colmore Circus Queensway Birmingham, B4 6AT | | | 100% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the `Authorized Officer` of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    June 18, 2024

Signature    /s/ Howard Ehrlich

               Howard Ehrlich

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of New Jersey**

In re   Global Benefits Group, Inc.

_____
Debtor(s)

Case No.

Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   June 18, 2024

/s/ Howard Ehrlich
_____
Howard Ehrlich/Authorized Officer
Signer/Title

1000 Waterford Operating LP
730 Third Avenue
New York, NY 10017


3rd Park Hospital
Park Medical Centre, 3rd Parklands Ave
9th floor, 100
Nairobi
KENYA


4i Kat. Insurance Brokers Ltd
3 Dimitri Liperti
P.O.Box  47508 Athienou
Larnaka
CYPRUS


Abelardo Jose Esaa Gonzalez
Urb Terrazas del Avila Calle 3 Res El Tu
apto 11-C
Caracas, Estado Miranda 1073
VENEZUELA


ABMIX SOLUCOES EM SEGUROS LTDA
Rua Padre Adelino, 2074
Sala 22
Tatuape, Sao Paulo 03303-000
BRAZIL


Abrahan Ricardo Pfeffer Almeida
Centro Empresarial Don Bosco, Ofc. Ofc.
Los Cortijos de Lourdes
Caracas, 1071
VENEZUELA


AC Lock & Key Corp.
6141 SW 8th Street
Miami, FL 33144


Academic Assembly, Inc
290 South Shore Drive
Wurtsboro, New York 12790-0000


Academic Health Plans Terry Lyons
1452 Hughes Rd, Suite 350
Grapevine, TX 76051

Access One Insurance, LLC Victor Garcia
1900 Palm Bay Road NE Suite B
Palm Bay, FL 32905


AccusourceHR
P.O. Box 844445
Los Angeles, CA 90084-4445


ACMENXT Ltda
Palm Grove House PO Box 438 Road Town
Tortola, VG1110
BRITISH VIRGIN ISLANDS


ACS Primary Care Physicians
PO Box 635003
Cincinnati, OH 45263-5003


Act-On Software, Inc (Erin Wallace)
121 SW Morrison Street Suite 1600
Portland, OR 97207


Adam Ressner
5021 Winding View Lane
Raleigh, NC 27615


Adiutum S.A.
Canelones 1090
Montevideo, Montevideo 11.111
URUGUAY


Adolfo Vilanova
Avenida Mohedano entre Calle Los Granado
Caracas, 1060
VENEZUELA


Adrian Sekkel
Felix Berenguer # 125 3er Piso Of 6Lomas
Mexico City , CDMX 11000
MEXICO


Adriana De Alvarenga Netto Martins
Ritter House 5th Floor PO Box 3200 Road
Tortola, VG1110
BRITISH VIRGIN ISLANDS

Adriana Uma a
Cre Leste #700-61
Apt #401
Bogota, 11010
COLOMBIA


Adriana Ximena Luque Quintero
Av. Venezuela, El Llanito,
Piso 1, Apto 2
Caracas, 1010
VENEZUELA


ADVANCED MEDICAL VISION
7500 NW 25th St
Miami, FL 33122


Advanced Networks & Cabling Services
18921 77th Ct
Hialeah, FL 33015


Adventist Health Hospital
40 Stubbs Rd
Happy Valley
HONG KONG


AER Medical LLC dba Borealis Heart
1200 Airport Heights Dr STE 200
Anchorage, AK 99508


AG Gatti Consultoria
Rua Rodolfo Troppmair 49
Sao Paulo, S?o Paulo 04001-010
BRAZIL


Agencia Benefits
Av. Delicias, Calle 89B,
Torre Empresarial, Piso 2
Caracas, 1010
VENEZUELA


Aileen De La Milagrosa Olivo Ludert
Urb. Manongo Conjunto Residencial Sta. T
Apto 2-4-D
Caracas, Carabobo 1010
VENEZUELA

Aimdar Advisory Group Inc
555 Madison Ave 5th Floor
New York, NY 10022


Aizhan Askarbayeva
279 Lake St, Apt. 1B
Brooklyn, NY 11223


Alan Shulman
28 Meer Dr.
Feasterville Trevose, PA 19053


Albert Cheng
127 Yellow Iris
Irvine, CA 92618


Alberto Jose Alcala Reyes
Calle Panama, Quinta Otro Dia,
Colinas Acacias, 1010
VENEZUELA


Alberto Sisniega Enriquez
25511 Budde Rd
Suite 1802
Spring, TX 77380


Aldo Black
90 SW 3rd Street, Apt 3411
Miami, FL 33130


Alef Group Inc.
Marbella, 54th East Street #34
Panama City
PANAMA


Alejandra Nahas Sanchez
Av. Ricardo Margain # 444, San Pedro Gar
Nuevo Leon, 66266
MEXICO


Alejandro Daniel Mejias Sarmiento
Avenida Circunvalacion del sol, Calle ve
Piso2 Apt 2-C Santa Paula
Caracas, 1010
VENEZUELA

Alejandro Marquez
Calle 90 #130
bogota, 10221
COLOMBIA


Alejandro Morillo Fiorillo
Calle La Guarita Edif Los Frailes
Piso 1 Ofic 101
Caracas, 1061
VENEZUELA


Alejandro Vega Rodriguez
Carrera 54D, No. 134-51,
Torre 2, Apto. 1103, Haci
bogota, Bogot D.C., 111111
COLOMBIA


Alejo Fortique Schmidke
Quinta Prisma, Calle Genesis,
Urb. Santa Paula
Caracas, 1061
VENEZUELA


Alessandra Angelo
22592 Sea Bass Drive
Boca Raton, FL 33428


Alessandro Wassilieff
Rua Gal. Severiano, 180
Apt # 1010
Botagofo, Rio de Janeiro 22290-040
BRAZIL


Alex Ditch
1022 Chamblee Court
West Chester, PA 19380


Alex Perez
8100 SW 205th Street
Cutler Bay, FL 33189


Alexander Flores
9601 SW 142nd Avenue #702
Miami, FL 33186

Alexander Gerardo Murrillo Gamboa
Santa Ana, 125 metros norte de la,
cruz roja Centro Commercial Terraflas lo
San Jose, 10901
COSTA RICA


Alexander Ospina Rubio
Carrera 43b#62 sur-09
Suite 202
Sabaneta, Antioquia 901824
COLOMBIA


Alexander Scott Allen
1227 Park Lane
West Palm Beach, FL 33417


Alexandra Bermudez
9101 SW 1221nd Avenue, Apt 203
Miami, FL 33186


Alfredo Willson - United Financial Consu
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


Alice Cesareti
Rua Cerro Cor , 585
Torre I - Cj 310
Sao Paulo, Sao Paulo 05061-150
BRAZIL


Alicia Del Valle Duben Villarroel
Avenida Paez, Sector La Montana, Conjunt
Piso 8, Apartamento 8-C, El
Caracas Capital District, 1020
VENEZUELA


Alicia Veronica Cabanas
Colonia General Manuel Arce. Av. Indepen
San Salvador, San Salvador 1101
EL SALVADOR


Alicia Vizcaino
13182 SW 9th Lane
Miami, FL 33184

Aline Cairo
8109 NW 48th Terrace
Doral, FL 33166


Allan Habif Kleiman
Via Villa Florence #18-802 V
illa Florence Jesus Del Monte
Mexico City,  CDMX 52763
MEXICO


Allegis Group Holdings Inc.
PO Box 198568
Atlanta, GA 30384-8568


Alliance International Advisors
Av. Francisco de Miranda, Edificio Caven
Piso Los Palos Grandes
Caracas Capital District, 1050
VENEZUELA


Alliance Marketing Group, Inc
Turquesa #2100 Suite 103 Bucare
Guaynabo, PR 00969


Allied Universal Compliance and Investig
P.O. Box 749411
Atlanta, GA 30374-9411


Alliedbankers Insurance Corporation
17/F Federal Tower Building Dasmarinas S
Manila, Metro Manila 1225
PHILIPPINES


Allyson Mena
8642 Claridge Drive
Miramar, FL 33025


Alpha International Insurance Broker AG
Meierhofstrasse 2 PO Box 1604
Principality of Liechtenstein, Vaduz 949
AUSTRIA


Alta Vista Operations Inc
Road Town Tortola
Tortola, VG1110
BVI

Alvaro  Augusto Sanchez  Masson
Rus Marques de Itu, 79
Apto 141
Sao Paulo, S?o Paulo 01223-011
BRAZIL


Alvaro Cesar Almaral
Los Chorros, Av. El Rosario, Urb. La Est
Caracas, Miranda  1071
VENEZUELA


Alvaro Sucre G.
Calle A Qta.  l Urb. Santa Marta
Caracas, Miranda 1071
VENEZUELA


Alvaro Torres
13551 S.W. 199 Terr
Miami, FL 33177


Alviarez Financial and Insurance Service
14328 SW 10 ST
Pembroke Pines, FL 33027


AM Global Agency
Av. Francisco de Miranda, Edificio Caven
Piso Los Palos Grandes
Caracas Capital District, 1050
VENEZUELA


AM Global Group Corp
Calle La Guairita, Edif. Los Frailes,
Piso 1 Ofic. 101
Caracas, 1070
VENEZUELA


Amanda Clendenen
14913 Salamander Place
Tampa, FL 33625


Amanda Cruz Gonzalez
Diagonal 23 C Bis No. 88B-10 Interior 15
Apto. 504
Bogota, 110110
COLOMBIA

Amelia Fernandez
8642 Claridge Drive
Miramar, FL 33025


Amelys Janett Morales De Izquierdo
Av. Paseo Caroni, Conjunto Residencial L
Puerto Ordaz, Bolivar 8050
VENEZUELA


American Advisors
20281 E Country Club Dr
Apt 912
aventura, 3180
VENEZUELA


AMERICAN BIO SERVICES C.O (AMBIOS)
8421 S ORANGE BLOSSOM TRAIL
ORLANDO, FL 32809


American Express
P.O. Box 981531 El Paso
El Paso, TX 79998-1531


American Hospital Directory
166 Thieman Lane
Louisville, KY 40207


American International Schools in the Am
1931 NW 150th Ave
Suite 263
Pembrooke Pines, FL 33028


American Medical Centers
114 Zurab Gorgiladze Street
Batumi, 6000
GEORGIA


American School of Alexandria Foundation
15 Roszel Road
Princeton, NJ 08540


Amulya Chava
35 Crown Point Drive
Rancho Mission Viejo, CA 92694

Amy Garciga
6357 SW 138th Place
Miami, FL 33186


Ana  Teresa Celis
Los Palos Grandes
Chacao, 1060
VENEZUELA


Ana Carolina Borga
8353 NW 128th Unit 22F
Parkland, FL 33076


Ana Carolina Sarmiento Marcano
Calle Arismendi, Edificio Sausalito
Piso 6, Apt 6-4
Diego Bautista Urbaneja Anzoategui, 6016
VENEZUELA


Ana Cristina Cirrottola
Av. Romulo Gallegos, Edif. Los Almendros
PHI Telf.: 0034627656817
Los Ruoces, Caracas 1071
VENEZUELA


Ana Estela Leal de Moraes
Av. Padre Preira de Andrade, 545
Ap 101 Bloco D
Sao Paulo, Sao Paulo 05469-000
BRAZIL


Ana Gabriela Serpa Vasquez
Av principal d elas lomas de prados del
apt 8C
Caracas, 1080
VENEZUELA


Ana Garcia
18174 SW 153rd Place
Miami, FL 33187


Ana Laura Contreras Soares
De paco 100 sur , 100 oeste y 250 noroes
las visitas #35
San Jose, 10201
COSTA RICA

Ana Lucia Breviglieri Chidiquimo
Rua Tamandare 277
Apt 53
Liberdade, Sao Paulo 13424-367
BRAZIL

Ana Marinho
3313 Merrick Lane
Margate, FL 33063

Ana Paula De Seabra
AV Rouxinol 900
Apt 82
Sao Paulo, 04516-001
BRAZIL

Ana Paula Ibarra Pando
Avenida Marques de Sao Vicente, 2219-15
Andar-conj. 1505 Office Time
Sao Paulo, 05036-040
BRAZIL

Ana Paula Mendes
Av. Monsenor Adan CE Taleslandia Local M
Valencia, 2001
VENEZUELA

Anabella Lopez Semprun
Rio Churubusco 601,
Apto. 1210 Colonia Xoco,
Delegacion Benito Juarez, 3330
MEXICO

Anais Blanco
1701 W. 42nd Place, Apt 48
Hialeah, FL 33012

Analily Gonzalez-Funes
5451 West 6th Lane
Hialeah, FL 33012

Andre Armando Bergwerk
Rua Gabriel Dos Santos 168
Apto 191A Santa Cecilia
Sao Paulo, Sao Paulo, 05614.040
BRAZIL

Andre Ferreira  Valverde
Av Alda Garrido 84/301
Rio de Janeiro, Rio de Janeiro 22621-000
BRAZIL


Andre Gersenzon
Rua Tavares Bastos, 420 5012.02
Sao Paulo, SP 05614.040
BRAZIL


Andrea La Scalea Menniti
Av. Ibirapuera, 2144,
Conj. 31 - Indianopolis
Sao Paulo, S?o Paulo 04028-001
BRAZIL


Andreina Villasmil Arias
Final Calle Nueva con 10ma Transversal,
Cubim Chacao, Caracas 1070
VENEZUELA


Andres Abreu Alvarez
Av PPL de Macaracua Calle Napoleon Res P
Apt 48A Piso 4
Caracas, 1070
VENEZUELA


Andres Cardona
6211 SW 130 Avenue #903
Miami, FL 33183


Andres E Mazzei
813 North Main suite 304
McAllen, TX 78501


Andres Mendez Echeverri
Calle 6 Sur #79-150
Apto. 9406 Remanso del Rodeo
Medellin, 040018
COLOMBIA


Andreza Pires Franco
6001 SW 156th Court
Miami, FL 33193

Angel Lopez
180 Peppertree Drive
Perris, CA 92571


Annielis Flores
1400 W 3rd Avenue
Hialeah, FL 33010


Anselmo De La Trinidad Riera Perera
Calle Lara Casa No. 11
Urb. La Arboleda
Carora Lara, 3050
VENEZUELA


Anthony Acton
3010 Festivus Court
Apt. 209
Charlotte, NC 28205


Antonio Adolfo Hernandez Estaba
Av. Ppal. Sta. Maria, Urb. Sebucan, Qta.
Caracas, Miranda 4001
VENEZUELA


Antonio Bassin Aviles
Urb. Villa Alianza, Calle Filadelfia, Qu
Puerto Ordaz, Bolivar 8050
VENEZUELA


Antonio Carlos Driussi
Rua Perfeito Angelo Lopes, 2552
Apt 504
Curitiba Parana, 82590-300
BRAZIL


Antonio Carlos Roberti Jr.
Rua Dom Pedro I, 2355
AP 93 Bairro Nova Am rica
Piracicaba, SP CEP 13.417-791.
BRAZIL


Antonio Ignacio Sanz Picon
Ave. San Felipe, Edif. San Antonio,
Apt. 4, La Cas
Caracas, Miranda 1060-A
VENEZUELA

Antonio Jose Gonzalez Rivas
Urbanizacion La Floresta. Calle 2 Casa 2
Estado Monagas, 6201
VENEZUELA


Antonio Jose Rodriguez Fuentes
Av. Eugenio Mendoza, Torre IASA,
Piso 1, Ofic. 107 Urb. La Castellana,
Caracas, 1070
VENEZUELA


Antonio Jose Zubillaga Jimenez
Urb. Colinas del Turbio,
Quinta Los Zubi #3-140
Barquisimetro Lara, 3001
VENEZUELA


Antonio Octavio Cisneros Rojas
Urb Los Samanes Calle Guaicay Res Parque
Piso 7 Apto 073-B
Caracas, 1070
VENEZUELA


Antonio Roberto Caubet Dittmar
Calle Santa Ana, Conj. Res. Bosque San M
Piso 5, Apto. 9
Caracas, 1070
VENEZUELA


Antonio Sanchez
18540 Lakepoint Drive
Riverside, CA 92503


AON Consulting Limited (Uk) Claire Kenny
Eastwood House, Glebe Road
Chelmsford, Essex (county) CM11RS
UNITED KINGDOM


Aon Risk Services Northeast, Inc.
New York NY Office One Liberty Plaza 165
New York, NY 10006


Aon UK Limited
The Aon Centre, The Leadenhall Building
London, EC3V4AN
UNITED KINGDOM

Apdrosinansanas un Finansu Brokers
6 Tukuma st,
Riga, LV-1026
LATVIA


APX Net Inc (APX Net)
PO Box 842 2 School
Berwick, ME 03901


ARCE GONZALEZ JUAN MANUEL
Camino de Sta. Teresa 1055-S, H roes de
Ciudad de M xico, 10700
MEXICO


Arianna Valero Fernandez
13115 SW 42nd Street
Miramar, FL 33027


Arko Promotions Corp
PO Box 3136 Road Town
Tortola, VG1110
BRITISH VIRGIN ISLANDS


Armando Santander
Av. Francisco de Miranda , Centro Empres
Piso 2, Ofic 2K, Urb. Los Ruices
Caracas, Miranda 1071
VENEZUELA


Arnoldo Nobel
Aurelia 1851,
Apt 34.Vila Romana
Sao Paulo, S?o Paulo 05046-001
BRAZIL


ARSUVE SOCIEDAD CIVIL
Calle Santa Anac/Av Ppal La Floresta Edi
Caracas, 1060
VENEZUELA


ARTROVISION CIENCIA Y TECNOLOGIA
AV. LA TAHONA EDIF LA RIVIERA
TORRE 1-A URB COLINA C
CARACAS  DISTRITO CAPITAL, 1014
VENEZUELA

Artur Pupo Pesce
Av. Santo Amaro 3.330 cj 44
S?o Paulo, S?o Paulo 04556-300
BRAZIL


ARUAL MEDICINA DE REANIMACION
EJERCITO NACIONAL 316
PISO 9 COL.GRANADA,
D.F. Mexico, 11520
MEXICO


Asana Inc
633 Folsom Street
San Francisco, CA 94107


Asesores Agencyone
AV. NEVERI QUINTA 20-65COLINAS DE BELLO
Caracas, Miranda 1060
VENEZUELA


Asesores Inc
120 E Redd Rd. Ste. E
El Paso, TX 79932


Asg Agency
Ave. Francisco De Miranda, Edif. Tecotel
Piso 1,
Caracas, 1070
VENEZUELA


Ashley Perez
1549 SE 24th Court
Homestead, FL 33035


Ashly Parekh
501A Kingston Terrace Drive
Princeton, NJ 08540


ASOCIMA - ASOCIACION DE MEDICOS DEL CIMA
800 Oeste del Peaje Autopista Prospero F
San Jose, 10103
COSTA RICA

ASOCIMA - ASOCIACION DE MEDICOS DEL CIMA
800 OESTE DEL PEAJE AUTOPISTA PROSPERO F
SAN JOSE, 10101
COSTA RICA


Association for the Advancement in Inter
PO Box 3496
Princeton, NJ 08543-3496


Assured Partners of Ohio LLC
4244 Mt. Pleasant St. NW #200
North Canton, OH 44720


Assuria Schadeverzekering NV
Recolaan 17 POB 10304541501
Paramaribo, 10000
SURINAME


AST Electric, Inc.
7234 NW 66th Street
Miami, FL 33166


Aston Carter, Inc
3689 Collection Center Drive
Chicago, IL 60693


AT&T
P.O. Box 5076
Carol Stream, IL 60197-5076


Atid  Life
Praia do Flamango 66
419 B
Rio de Janeiro, 20560-001
BRAZIL


Atlantic Resource Partners Philadelphia
19 west 34th Street
Suite 806
New York, NY 10001


Augusto Cezar Bento Goncalves Philadelph
Rua Redentor 19/201 Impanema
Rio de Janeiro, 22421-030
BRAZIL

Avila Boffil
6ta Transversal, Edif. Villa Quintana Lo
Caracas, 1070
VENEZUELA


AVWM LTD
Tua Girazol 1291
Ap63 Vila Madelena
Sao Paulo, 05614.040
BRAZIL


AXA Mansard Insurance plc
Santa Clara Court Plot 1412 Ahmadu  Bell
Victoria Island, 106104
LAGOS


AXA Seguros S.A de C.V
Felix Cuevas 366
Piso 6 Col. Tlacoquemecatl Del. Benito J
Cuidad de Mexico, C.P. 03200
MEXICO


AXIS Specialty Europe SE
Mount Herbert Court, 34 Upper Mount Stre
Dublin, DO2 FT72
Ireland


Bac Financial
1000 N.W 57th Ct.Suite 170
Miami, FL 33126


BAC Financial Paragon Global Wealth Inc
Via Ricardo J Alfaro, Edificio The Centu
Panama, 0834-02595
PANAMA


Bac Financial Peru
1000 N.W 57th Ct. Suite 170
Miami, FL 33126


Bangkok Insurance Public Company Limited
Bangkok Insurance Building 25 Sathon Tai
Bangkok, 10120
THAILAND

Bank of America Legal Department
100 North Tryon Street
Charlotte, NC 28255


BAPS Pramukh Swami Hospital
5QQX+R72, Shri Pramukh Swami Maharaj Mar
Adajan, Surat, Gujarat 395009
INDIA


BAPTIST HEALTH SOUTH FLORIDA - BAPTIST H
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President Mana
6855 Red Road Suite 600
Coral Gables, Fl 33143


BAPTIST HEALTH SOUTH FLORIDA - NON EMPLO
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President Mana
6855 Red Road Suite 600
Coral Gables, Fl 33143


BAPTIST HEALTH SOUTH FLORIDA - NON EMPLO
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President Mana
6856 Red Road Suite 600
Coral Gables, FL 33144


BAPTIST HEALTH SOUTH FLORIDA - SOUTH MIA
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President Mana
6855 Red Road Suite 600
Coral Gables, Fl 33143


BAPTIST HEALTH SOUTH FLORIDA - SOUTH MIA
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President Mana
6857 Red Road Suite 600
Coral Gables, FL 33145


BAPTIST SURGERY AND ENDOSCOPY CENTERS, L
BAPTIST HEALTH SOUTH FLORIDA, Inc.
Attention: Corporate Vice President Mana
6855 Red Road Suite 600
Coral Gables, Fl 33143

Barbara Sabine Diaz Bohn
AV Norte 4 Con Dorte 5, residencias reg
Piso 6 Apt 63-A , Los naranjos El Cafeta
Caracas , 1060
VENEZUELA


Barbara Sanchez
9141 NW 177th Terrace
Hialeah, FL 33018


BayGrape Technology
5 Sea Grape Road
Ladera Ranch, CA 92694


Bayview Consulting LLC
1412 NE 26th Avenue
Ft. Lauderdale, FL 33304


BDO USA, LLP
330 North Wabash
Suite 3200
Chicago, IL 60611


Beacon Hill Staffing Group
152 Bowdoin Street
Boston, MA 02108


Belen Azpurua
Avenida Principal La Castellana Torre Ba
Piso 6 of 6B2
Caracas, 1070
VENEZUELA


BELIZE HEALTHCARE PARTNERS LTD
CORNER CHANCELLOR AV. AND BLUE MARLIN AV
Belize City
BELIZE


Ben Holley
188 Nichols Street
Fairfield, CT 06824


Benoit Language Services, Inc.
33 South Street
Northborough, MA 01532

Berluis Taide Pinate Acuna
Calle Los Mangos, Res. Lourdes PB-1 Las
Caracas, 1070
VENEZUELA


Bernardo Enrique Junior Labarca Parra
Av. 2 El Milagro, Resid. Parque Santa Lu
Apto. 9D
Caracas, 1070
VENEZUELA


Betina Cohen
Rua Alagoas 270 -
Ap 51
Sao Paulo, S?o Paulo 01242-000
BRAZIL


Betsabe Margarita Chacin Vilchez
Residencias El Cuji Nucleo 2 Edificio 1
Maracaibo, Zulia 4002
VENEZUELA


Bh Life Group
Al. campinas, 911
ao 21
S?o Paulo, S?o Paulo 1404001
BRAZIL


Bianca Johnson
3131 W. Loop S, #478
Houston, TX 77027


Bienert, Katzman Littrell Williams LLP
903 Calle Amanecer, Suite 350
San Clement, CA 92673


Bigleaf Networks, Inc.
Dept LA 24973
Pasadena, CA 91185-4973


Billl Cronin
5935 Pidcock Creek Rd.
New Hope, PA 18938

Billy Jimenez Bobadilla
Calle Ahuhuetes No Ext 233, Col San Jose
Ciudad de M xico, 5200
Mexico


Bing Zhang
15612 SW 109th Terrace
Miami, FL 33196


Bladimir Angel Hurtado Briceno
Av. 104 (Andres Eloy Blanco) No. 123-191
Piso 2, Oficina 10
Caracas, 1070
VENEZUELA


Blanca Cecilia  Vitalini
Camilo Recalde 854
Asuncion, 001415
PARAGUAY


Blanca Margarita Lopez Velasquez
Calle 39 Sur, #25 C, 81,
Apto 720 Torre 4, Unidad Palo Verde
Envigado, 906940
COLOMBIA


Blue Ribbon Bags
10 East 39th Street
8th Floor
New York, NY 10016


BlueAlly Technology Solutions, LLC
1225 Crescent Green, Suite 115
Cary, NC 27518


BNH Hospital
9/1 Convent Road Silom
Bangkok, 10500
THAILAND


Bozena McCarthy
31281 Summerhill Court
Coto De Caza, CA 92679

Braian Danielle Chinchilla Sayago
Av. Romulo Gallegos, Parque Resid. del E
Caracas, 1070
VENEZUELA


Brand New Day Marketing
2010 Cypress Point Dr.
Corona, CA 92882


Brian Nyland
7880 SW 180th Terrace
Palmetto Bay, FL 33157


Bridgette Lockhart
7 Merrick Avenue
Kingston, Kingston 10
JAMAICA


Bridgette Lockhart
7 Merrick Avenue
Kingston, Kingston 6
JAMAICA


BRIT Syndicate 2987 at Lloyds
The Lloyd's Broker: Iris Insurance Broke
7th Floor
London,  EC3R 7LP
UNITED KINGDOM


BRITISH AMERICAN HOSPITAL (CLINICA ANGLO
ALFREDO SALAZAR 350 SAN ISIDRO APARTADO
Lima, 15073
PERU


Brittan Elam-Edge
916 Country Ridge road
Opelousas, LA 70570


Brokers Financial Group Gonzalo Esteban
Villarrica 1660, Casa 09, San Pedro de L
Concepcion
Chile

Bruna Kress
Santa Ana, 125 metros norte de la, cruz
local #1
San Jose, 10901
COSTA RICA


Bruno Larocerie
14864 SW 104th Street #15
Miami, FL 33196


Bryan Cronen
2850 Golf Road
Rolling Meadows, IL 60008


Bumrungrad International Hospital
33 Sol Sukhumvit
3 Nana Nua, Sukhumvit Road, Klongtoey, W
Bangkok, 10110
THAILAND


Bumrungrad International Hospital
33 Sukhumvit
Soi 3Wattana
Bangkok, 10110
THAILAND


Bumrungrad Medical Center Ltd
34 Sol Sukhumvit
3 Nana Nua, Sukhumvit Road, Klongtoey, W
Bangkok, 10111
THAILAND


Bumrungrad Medical Center Ltd.
35 Sol Sukhumvit
3 Nana Nua, Sukhumvit Road, Klongtoey, W
Bangkok, 10112
THAILAND


Bumrungrad Medical Center Ltd.
33 Sukhumvit Soi
3Wattana Bangkok
Bangkok, 10110
THAILAND

BWUINS (Kyeongwoo Lee) Kyeongwoo Lee
Donggu Dongburo 30
Daegu Metropolitan City, 710030
SOUTH KOREA


BWUINS (Sean Park)
220 Route 46 West ( Suite 109 )Little Fe
Little Ferry, NJ 07643


CA Department of Tax and Fee Admin
P.O. Box 942879
Sacramento, CA 94279-0029


Cabal international Group C.A
Av Las Acacias Edf Jardin PB
Apto C
Caracas, 1050
VENEZUELA


CAJA DE MEDICOS HOSPITAL ABC
Sur 136 Numero 116, COL. Las Americas,
Delegacion Alvaro Obregon
D.F. Mexico, 1120
MEXICO


CAJA DE MEDICOS HOSPITAL ABC
Sur 136 No 116 col Las Americas
Cuidad Mexico, 1120
MEXICO


CAJA DE MEDICOS HOSPITAL ANGELES DE LAS
Vialidad De La Barranca No. 22, S N Col
Huixquilucan, Edo De Mexico 52763
MEXICO


Calligo Limited (Donna Mitchell)
Block 3 The Forum Grenville Street St He
Jersey, JE2 4UF
UNITED KINGDOM


Canto Inc
9620 Las Vegas Blvd S
Ste E4  #680
Las Vegas, NV 89123-6508

Capital Driver SAC
Av. Caminos del Inca 390,
ofc. 801 Santiago de Surco
Lima, 15038
PERU


Capstone
10647 Justin Drive
Iowa
Urbandale, IA 50322


Careington Solutions Simplified
P.O. Box 2568
Frisco, TX 75034


CareMark RX
xx
xx
xx, CA 92610


CAREN (Niger)
Compagnie d?Assurances et de Reassurance
Niamey, B.P.733
NIGER


Caribbean Agency
Caracas
Caracas, 1070
VENEZUELA


Caribbean Assurance Brokers Limited Agen
940 Old Hope Road Kingston St Andrew
Kingston, Kingston 6
JAMAICA


Carl Bergh
501 Brentwood Drive
Wilmington, DE 19803


Carlos Antonio Sanchez Leiva
Jr Osqaldo Hercelles 340 Urb Satna Catal
Lima, 15038
PERU

CARLOS E. MORANTE
Av. Principal de El Hatillo, Centro M di
Caracas, 1014
VENEZUELA


Carlos Enrique Lairet Otero
Av Francisco de Miranda, Edif Banco del
Caracas, Miranda 1060
VENEZUELA


Carlos Julio Castillejos Rojas
Urb. Los Saltos, Mz. 7, Casa 9B,
Calle B
Puerto Ordaz, Bolivar 8050
VENEZUELA


Carlos Julio Castillejos Rojas Carlos Ju
Urb. Los Saltos, Mz. 7, Casa 9B,
Calle B
Puerto Ordaz, Bolivar 8050
VENEZUELA


Carlos Marcelo Sosa Encina
Cordillera 911
Asuncion, 001415
PARAGUAY


Carlos Octavio Franco Liendo
Urb. Ciudad Tiuna, Edif. Torre A10
Piso 1, Apto 1F
Caracas, 1070
VENEZUELA


Carlos Ramon Coello Requena
Av. Andres Bello, Edf. Siko
Piso 7 Apto 72
Caracas, 1041
VENEZUELA


Carlos Talavera
108 Truxton Drive
Miami Springs, FL 33166


Carlos Valencia Hoyos
425 NE 22nd Street
Apt 1704
Miami, FL 33137

Carmen Alicia Estrada De Arevalo
15450 SW 159th St
Miami, FL 33187


Carmen Ideliz Santos Santiago
PO Box 523
Salinas, PR 00751


Carmen Mariela Luna Pi ate
CONJUNTO RES BOSQUE ENCANTADO, TOWN HOUS
Municipio El Hatillo Miranda, 1083
VENEZUELA


Caroli Carmela Lorefice de Taborda
Calle 86A entre Avs. 4 y 8, Edificio Res
Piso 2 Apto 2-B
Caracas, 1070
VENEZUELA


Carolina Barasoain Fernandez / Isure Ins
10631 N. Kendall Drive
Suite 210
Miami, FL 33176


Casey Crisefi
304 Greenview Lane
Havertown, PA 19083


Cassia Spadao Brown
3479 Flamingo Blvd.
Hernando Beach, FL 34607


Castor Fernandez Rodriguez
Carretera la Uni n Sector potro Redondo
Caracas, Miranda 1090
VENEZUELA


Catalina Gonzalez
Carrera 25 A  # 1-31, OFICINA 1408
Medell n Antioquia 40018
COLOMBIA


CATO Network Inc
3031 Tisch Way
San Jose, CA 95128

Caulton Christopher Gordon
Zafarringdon Dr.
Kingston, Kingston 6
JAMAICA


CBIZ Benefits & Insurance Services, Inc.
11440 tomahawk Creek parkway
Leawood, KS 66211


Celina Denys Avila
Avenida Las Acacias #124
oficina #4 Colonia San Benito
San Salvador, 1101
EL SALVADOR


Celine Lopez
14125 SW 66th Street
#F1
Miami, FL 33183


CENTRO CLINICO VALENTINA CANABAL
Barquisimeto 3001
Lara, 3001
VENEZUELA


CENTRO DE ESPECIALIDADES ANZOATEGUI
58G8+7FM, Lecher a 6010
Anzo tegui, 6010
VENEZUELA


CENTRO DE INVESTIGACION Y MANEJO DE CANC
300 metros al oeste de la Junta de Prote
San Jose, 10103
COSTA RICA


CENTRO DIAGNOSTICO HOMBRO INTEGRAL / MYR
Instituto M dico La Floresta. Urb. La Fl
Anexo "A", P.B.
Caracas, 1060
VENEZUELA


CENTRO MEDICO DOCENTE LA TRINIDAD
Av. Principal de El Hatillo,
Caracas, 1083
VENEZUELA

CENTRO MEDICO DOCENTE PARAISO
81 11-150, 61 Avenida Universidad, Marac
Zulia, 4001
VENEZUELA


CENTRO MEDICO DOCENTE PARAISO
AV. UNIVERSIDAD CALLE 61 11-150 MARACAIB
ZULIA, 4001
VENEZUELA


Centro Oftalmologico Docente Atlantico C
Calle Arismendi Edif Atlantico
Piso 3 Oficino 32/3
Caracas, 6016
VENEZUELA


Century Business Services Inc.
10491 Old Placerville Road Suite # 150
Sacramento, CA 95827


Cesar Augusto Padron Buonafina
Urb. Prebo I, Av. 106-A,
Resid. Tamanaco No. 3
Valencia, Carabobo 2001
VENEZUELA


Cesar Enrique Rubio
6975 NW 109 Ave
Miami, FL 33178


Cesar Humberto Marchegiani Araque
C.C. Galeria Las Americas Piso 1, Local
Caracas, Miranda 1060
VENEZUELA


Cesarina De Aguiar De Lopez
URB Guaracarima, Calle Guaracarima #147
Aragua, 2121
VENEZUELA


CGF Insurance LLC
22 Avenida Gonzalez Giusti Caparra Offic
Guaynabo, PR 00968

Chamsa  (Iracema Gomes De Almeida) Irace
Hamsa Group, LLC
6965 Piazza Grande Ave Unite 401
Orlando, FL 32835


Chamsa (Hamsa Group, LLC) Hamsa Group LL
6965 Piazza Grande Ave Unite 401
Orlando, FL 32835


Chamsa/Hamsa Group (Paula Albino Machado
6965 Piazza Grande Ave Unite 401
Orlando, FL 32835


Chanel Lopez
12061 SW 126th Terrace
Miami, FL 33186


Charlene Hernandez
3120 Covewood St.
High Point, NC 27265


Chelsea Allen
186 Rolling Marsh Lane
Apt. 203
Hardeeville, SC 29927


Chris Elizabeth Palomino Morett
Paseo del Puma 3085 Bugambilias
Zapopan, Jalisco 45238
MEXICO


Christiano John Muller Carioba
Rua Bina Machado 184
Sao Paulo, 04663-120
BRAZIL


Christina Gaston
2233 Elements Way
Irvine, CA 92612


Cigna Group
900 Cottage Grove Road
Bloomfield, CT 06002

Cigna Health and Life Insurance Company
900 Cottage Grove Road
Hartford, CT 06152


Cinthia Yuki
9979 NW 89th Terrace
Doral, FL 33178


CIRARTI S.C
RET 1 AV TALLER 55 Jard n Balbuena
D.F. Mexico, 11520
MEXICO


Circe Faldini
Rua Iupeba 168,
Ap. 32
Morumbi, S?o Paulo 05713-500
BRAZIL


Circle Care Agency
18001 Old Cutler Rd Suite 647
Miami, FL 33157


Cisa Usa, Inc
Av el Polo 670. Torre B.
Piso 3. Oficina B308 Santiago de Surco
Lima, 15023
PERU


Cision US Inc
1785 Greensboro Station 8th floor
McLean, VA 22102


CITY OF DELRAY BEACH FIRE RESC
501 West Atlantic Avenue
Delray Beach, FL 33444


Clase A Tours Ca
C Piedras Pintadas EDF Esmeralda,
201D
Caracas, 1070
VENEZUELA

Claudia Lupion Garcia
British Virgin Islands Nerine Chambers P
Tortola, VG1110
BRITISH VIRGIN ISLANDS


Claudio Jeronimo Pecchio Vetencourt
Callejon Los Blancos, Res. La Giralda,
Piso 7, Apt
Caracas, 1070
VENEZUELA


Claudio Miguel Mejia
Laureano Alonsoperez esq. La Floresta Ch
Punta del Este, Maldonado 20100
URUGUAY


Claudio Montenegro
11445 SW 253rd Street
Homestead, FL 33032


Clc Consulting LTDa
Ritter House 5th Floor PO Box 3200 Road
Tortola, VG1110
BRITISH VIRGIN ISLANDS


Cleber Fernandes Ribeiro
Estrada Manoel lages do chao, 1845 Casa
Cotia, Sao Paulo 05614.040
BRAZIL


Clertan Do Vale Rochelle
Rua Uruana, Quadra AI2
Lote 1 Residencial Alphaville Flamboyant
Goiania, GO 74884-684
BRAZIL


Cleveland Clinic London
Trustees of the London Clinic Limited 20
London, W1G 6BW
UNITED KINGDOM


CLINICA CHILEMEX C.A.
Edif. CEMCA, Chile Street with Antilla S
Caracas, 1060
VENEZUELA

CLINICA DELGADO (AUNA)
Medic Ser S.A.C., Calle Av.
Angamos Oeste cdra. 4,
Lima, 2002
PERU


CLINICA EL AVILA
6ta Transversal de, Av. San Juan Bosco,
Caracas, 1060
VENEZUELA


CLINICA EL AVILA
Av San Juan Bosco Edif Clinica El Avila
Piso 6 Ofi
Caracas, Miranda 1060
VENEZUELA


CLINICA SAN FELIPE S.A
Av. Gregorio Escobedo 650,
Jes s Mar a, 15072
PERU


CLINICA SANTA MARIA C.A
Av. Paez. Calle 20 Y 21
Local 1 Sector Villa Pastora,
Acarigua, Portuguesa 3301
VENEZUELA


CLINICA SANTA SOFIA
F5F4+PXP,
Caracas, Miranda 1061
VENEZUELA


Co-Plan Salud LLC
P.O. Box 160190
Hialeah, FL 33016


Cocogen Insurance Company, Inc
22F One Corporate Center Dona Julia Varg
Pasig City, 1600
PHILIPPINES


Cohasset Associates
12800 Whitewater Drive Ste100
Minnetonka, MN 55343

COI CENTRO ONCOLOGICO INTERNACIONAL SAPI
Periferico Sur 5246, Pedregal de Carrasc
Ciudad de M xico,  CDMX 4700
MEXICO

Colorado Attorney General
1300 Broadway, 10th Fl
Denver, CO 80203

Colorado Department of Revenue
Bankruptcy Unit
PO Box 17087
Denver, CO 80217

Comcast
1701 JFK Boulevard
Philadelphia, PA 19103-2838

Compass Office Solutions, LLC
Compass Office Solutions
3320 Enterprise Way
Miramar, FL 33025

Concur
62157 Collections Centre Drive
Chicago, IL 60693

Connect C3
12915 SW 132 Street
Unit #4
Miami, FL 33186

Constanza Quevedo
AV. FRANCISCO DE MIRANDAEDIFICIO RORAIMA
OFICINA
Caracas, Miranda 1060
VENEZUELA

Consultores 3G (Pedro Rojas) Pedro Rojas
15 calle 11-40
zona 10
Guatemala City, 01010
GUATEMALA

Context 4 Healthcare, Inc
55 Shuman Blvd.
Suite 650
NAPERVILLE, IL 60563


Copassa Incorporated
950 South Pine Island Rd
Suite A-150
Fort Lauderdale, FL 33324


Coplasa Corretora De Seguros De Vida LTD
Av Rio Branco 89-3 Andarl
Centro, Rio De Janeiro 20040-004
BRAZIL


Corozal Group Holdings Inc
Nerine Chambers P.O. Box 905 Road Town
Tortola, VG1110
BRITISH VIRGIN ISLANDS


Corporacion Argentum Us Ca
Av. Blandin, Centro San Ignacio
Piso 6, Office 606, Torre Copernico
Caracas, 1070
VENEZUELA


Correa Financial Services LLC
1631 South Federal Hwy
Apt 102
Pompano Beach, FL 33062


Creative Assets, LLC
280 Holly St
Ridgedale, MO 65739-9515


Cristian Newton Gomez
GUADALUPE 5058-4, LOMAS DEL SEMINARIO
Zapopan, Jalisco 405038
MEXICO


Cristina Cala Cefalo
Calle La Piramide Res. Adriande
Piso 3 Apto 3B Urb
Caracas, Miranda 1073
VENEZUELA

Cristobal Benitez
calle67 A No. 2G-82 ,Casa San Judas Tade
Maracaibo, Zulia 4001
VENEZUELA


Crystal River Investments Group
Rua Miranda Guerra, 733
S?o Paulo, S?o Paulo 04640-001
BRAZIL


CT Corporation
140 Grand Street
Suite 300
White Plains, NY 10601


Cushman & Wakefield of Florida, Inc
4 Metrotech Center
7th Floor
Brooklyn, NY 11245


CyberSource Corporation
P.O. Box 8999
San Francisco, CA 94128-8999


Cynthia Reinelt
19 Buckthorn
Rancho Santa Margarita, CA 92688


D`Leon Insurance & Financial Services In
8621 SW 93 Court
Miami, FL 33173


Daimarys Ruiz
7875 SW 33rd Terrace
`
Miami, FL 33155


Daisy Morales
3252 SW 23rd Street
Miami, FL 33145


Dallas Penagos
303 Southview Ct.
Seneca, SC 29672

Dan Drennen - Travel Insurance Center
8420 W. Dodge Rd., Ste. 510
Omaha, NE 68114


Daniel Alejandro Licitra Belluardo
Calle 1 Urb Colinas de la tahona edf Cum
Torre  A1 piso 1 apt 1-6
Caracas, 1070
VENEZUELA


Daniel Guidon
Santa Ana, 125 metros norte de la, cruz
Centro Commercial Terraflas local #1
San Jose, 10901
COSTA RICA


Daniel Jesus Azuaje Cabanerio
Ruta 9, Qta. 1014,
Colinas de Santa Monica
Caracas, 1070
VENEZUELA


Daniel Kivatinetz
Freire 1753 ? 8 2
CABA, Buenos Aires 1426
ARGENTINA


Daniel Owaldo Bizamon Lozada
Urb Prebo, Ave andres eloy blanco c.c El
piso1
Caracas, 1070
VENEZUELA


Daniel Salomon
Hacienda de las Golondrinas 25-101
Las Palmas, 57863
MEXICO


Daniela Minekava Ferreira
Rua Batataes 333
Apt. 71
Sao Paulo, SP 01423-010
BRAZIL

Daniela Thomopoulos de Ornellas
Rua Protemora Bartira Mouran 531
Ap 502
Belo Horizonte, Minas Guais 30492-025
BRAZIL


Danilo Blaichman
Praga Benedito Cenquiro, 03/401
Rio de Janeiro, 22471-110
BRAZIL


Danubio Consulting LTD
80 Main Street
PO Box 3200
Road Town, Tortola 1110
BRITISH VIRGIN ISLANDS


Daria Elena Brito Zavala
Av. Paseo Caroni, CC Caroni Plaza
Mezz 1 Local 5
Puerto Ordaz, Bolivar 8050
VENEZUELA


Dario Radice
McArthur 796 Case Souza
Asuncion, 001415
PARAGUAY


David Beaty Somlo
Rua Marquis de Sotara, 30,
Ap. 131
Sao Paulo, S?o Paulo 05684-020
BRAZIL


David Carter
65 Sukhumvit Soi13 Sub1-
1 Klongtoey Wattana
Bangkok, 10110
THAILAND


David Cohen Corcia y/o Nanette Aschenber
Av. Urdaneta, Edf. Doral Centro, Mezz. 8
Caracas, 1011
VENEZUELA

David Gunczler Pariente
20281 E Country Club Dr Apt 704
Aventura, FL 33180


David Hadida
Av Romulo Gallegos Torre Poliprima
Oficina 8B
Caracas, Miranda 1071
VENEZUELA


David Robinson
Santa Ana, 125 metros norte de la, cruz
Centro Commercial Terraflas local #1
San Jose, 10901
COSTA RICA


Dayami Portal
6885 W 3rd Avenue
Hialeah, FL 33014


De Lage Landen Financial Services
P.O. Box 41602
Philadelphia, PA 19101


Debora Ganc
Al. Talia, 63
Tabo?o da Serra, S?o Paulo 6794090
BRAZIL


Deborah Zaclis Lagus
RUA CONSELHEIRO BROTERO, 1.182 APTO
172 SANTA CECILIA
S?o Paulo, S?o Paulo 01232-010
BRAZIL


Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797


Demarest
Av. Pedroso De Moraes 1201
Sao Paulo, 05419-001
BRAZIL

Denisse Rivas
13100 SW 53rd Street
Miramar, FL 33027


Dennis Hurivitz
RUA Sao Vicente De Paula 329 APto 171 CE
Sao Paulo, 01229-010
BRAZIL


Derek Henry Willans Tozer
Cmno de los Horneros, Altos de la Tahone
Barros Blancos, Canelones 15500
URUGUAY


Design & Promotions Corp.
12333 SW 132 Court
Miami, FL 33186


Desiree Milian
16422 NW 82nd Place
Miami Lakes, FL 33016


Deutlich SA
Plaza Esquina Escazu, Tercer Piso, Del V
San Jose de Escazu,  San Jos 10201
COSTA RICA


Dg International Consulting Services
Ieuda Gammerman Rechov Itzchak Ben Nacho
Jerusalem, 9103401
ISRAEL


Dhruv Jain
88 E Wacker Pl.
#3901
Chicago, IL 60601


Diana De Valensi Sosa
Calle AcueductoRes. Parque Penon
Ap. 1-2
Caracas, Miranda 1080
VENEZUELA


Diane Yu
2507 Elkgrove Avenue
Commerce, CA 90040

Digital Newage
9737 NW 41st Street Ste 1005
Miami, FL 33178


Diogenes Alberto Boutet Him
Panama Greu House apt1-b Santa
Panama City
PANAMA


DISA Services Sung Duk Kim
4 Huimango,
19 Gil Suseng-Gu
Daegu, 42136
SOUTH KOREA


Dismar Andreina Brito Raymond
Calle C con Calle D, Res. Indiana,
Piso 4, Apto. 4
Caracas, 1070
VENEZUELA


Dissinger Reed, LLC Dissinger Reed, LLC
8700 Indian Creek Parkway
Suite 320
Overland Park, KS 66210


District of Columbia Attorney General
400 6th St, NW
Washington, DC 20001


District of Columbia Office of Tax & Rev
1100 4th St, SW
Suite E200
Washington, DC 20024


DLA Piper
500 8th Street
NW  Washington, WA 20004


DOCTOR SALVADOR MEDINA GONZALEZ Y ASOCIA
Camino de Sta. Teresa 1055-S, H roes de
Ciudad de M xico, CDMX 10700
MEXICO

Domo, Inc.
772 East Utah Valley Drive
American Fork, UT 84003


Donn Osterlund
902 E. Bixby Road
Long Beach, CA 90807


Dr AIDA REBECA MARQUEZ VALDEZ
Guadalupe Victoria 9492,
Zona Urbana Rio Tijuana
Tijuana, 22010
MEXICO


Dr CARLOS NAVARRO BARRIGA
Camino de Sta. Teresa 1055-S,
H roes de Padierna
Ciudad de M xico, CDMX 10700
MEXICO


Dr CARLOS PRADA SILVY
Hosp De Clinicas Caracas,
Piso 2 San Bernardino
Caracas, 1061
VENEZUELA


Dr Carlos Rodriguez M
Policlinica Metropolitana
Piso 1
Caracas, 1062
VENEZUELA


Dr Enrique Marquez Berti
POLICLINICA METROPOLITANA
PISO 1 CONS 1G
Caracas, 1061
VENEZUELA


Dr FELIPE DE JESUS MURILLO CERDA
Calz San Pedro 121-2 piso, Miravalle, 6
Monterrey, N.L., 64660
MEXICO


Dr FLOR IVANA CONTRERAS ROJANO
C flores Magon 7343 B, Zona Centro
Tijuana, Baja California 22010
MEXICO

Dr GEORGE JIRJIS MAKDISSY SALOMON
IF H 3 ENT  3 DEPTO 24 ALVARO OBREGON, L
Ciudad de M xico  CDMX 14629
MEXICO


Dr Hassan  Elhassan
The Kudos Buildings,
Milton Keynes, MK5 8PA
UNITED KINGDOM


Dr JESUS ALEJANDRO RUIZ MANRIQUEZ
Avenida Insurgentes Sur 1673, Guadalupe
Ciudad de M xico,  CDMX 1020
MEXICO


Dr JORGE  FAVRIN
Cl nica GMSP - Torre de Consultorios,
Piso 4, Consultorio 419, Av Circunvalaci
Caracas, 1061
VENEZUELA


Dr JOSE GARCIA FERRER
Centro Cl nico Familia. Torre Angi. V a
Piso 1. Consultorio 1-A. Puerto Ordaz. E
Caracas, 1062
VENEZUELA


Dr JOSE MANUEL PORTELA ORTIZ
Camino de Sta. Teresa 1055-S, H roes de
Ciudad de M xico, 10700
MEXICO


Dr JUAN ANTONIO  LOPEZ CORVALA
Paseo de los h roes 10999 int 903,
Zona Rio Tijuana B.C.,
Tijuana, Baja California 22010
MEXICO


Dr Laura Gilkinson
Twenty 20 Psychology, 104d High Road Eas
London, N2 9EB
UNITED KINGDOM


Dr MA DEL CARMEN  LESPRON ROBLES
Tecali 47-65, San Buenaventura, Tlalpan,
Ciudad de M xico, 14629
MEXICO

Dr MANUEL ALEJANDRO  MARQUEZ VALDEZ
Av. Miguel Hidalgo 5503, Choferes,
Tampico, Tamps. 89330
MEXICO


Dr MARCO ANTONIO  ALTAMIRO CRUZ
Av Cristobal Colon 93 DP 0101,
Lomas Verdes 1 # SECC,
Naucalpan  de Juarez, 53120
MEXICO


Dr Marco Antonio Chavez Ramirez
Campus Santa Fe Edificio:  212-214 Av. C
Torre Central Piso: 2 Consultorio:
Ciudad de M xico, 5300
MEXICO


Dr MARIANA STERLING PAMPLONA
Av. Ej rcito Nacional Mexicano 7 Ver nic
Ciudad de M xico  CDMX 11300
MEXICO


Dr MARK MICHAEL  WEKUNDAH SIBOE
Lumen Square,  Shivachi Rd,
3rd Floor, Suite 301,
Nairobi, 100
KENYA


Dr Michael Criswell
Doctors Surgery, 6 Sloane Square,
London, SW1W 8EE
UNITED KINGDOM


Dr MIGUEL LORA MARTINEZ
RET 1 AV TALLER 55 Jard n Balbuena Ciuda
Ciudad de M xico, 15900
MEXICO


Dr MOISES MICHA MIZRAHI
Campus Santa Fe, Tower: Torre Central,
Floor: Piso 5, Av. Carlos Graef Fern nde
Ciudad de M xico, 5300
MEXICO

Dr NORMA ALICIA TAPIA ESPARZA
Av. Francisco I. Madero 1060, Segunda,
Mexicali, B.C., 21100
MEXICO


Dr OSCAR CASTRO ARAGON
Hospital CIMA, Torre 2, Consultorio 109
San Jos , 10103
COSTA RICA


Dr PABLO SALVADOR SANTOSCOY AGUIRRE
C. Ganaderos 5075 Jardines de Guadalupe,
Zapopan, Jal. 45030
MEXICO


Dr PEDRO PELAEZ DAMY
CIUDAD SATELITE NAUCALPANDE JUAREZ
Cuidad Juarez, 53100
MEXICO


Dr RAFAEL OCHOA GARCIA
Ubicaci n: Calle Chivacoa, Secci n San R
Piso 1 ? Consultorio 11,
Caracas, 1061
VENEZUELA


DR ROSHNI M. AJMERA
Doctors Park, Third Parklands Avenue,
Nairobi Central, 100
KENYA


Dr SUNIL  DARYANANI
Hospital de Cl nicas Caracas
Office 304, 3rd floor, Av. Pante n with
Caracas, 1061
VENEZUELA


Dr SUSANA CRUZ PONCE
C VALENTIN RUIZ PIMENTEL 474, COL LUCIO
BAJA CALIFORNIA, 22701
MEXICO


Dr Teodor Goroszeniuk
Interventional Pain Management & Neuromo
London S, W5 0TU
UNITED KINGDOM

DR-WALTER Versicherungsmakler GmbH // In
EisenerzstraBe 34
Neunkirchen-Seelscheid, 53819
GERMANY

Dr. Claudio A. Ramirez Cerda
Edificio Principal, Av. Carlos Fern ndez
Ciudad de M xico  CDMX 5300
MEXICO

Dra LUCERO JANETT ORTIZ PACHECO
C. Quer taro 58, Roma Nte., Cuauht moc
Ciudad de M xico,  CDMX 6700
MEXICO

Dra Veronica Colin Espinosa
1a. Cda. del Deporte
26-Casa 5, Jes s del Monte,
Jes s del Monte, M x., 52764
MEXICO

Dual Group Exitos CA
Av. 2 El Milagro Edif. Monaco P.7
Apto 7B
Maracaibo Zulia, 4001
VENEZUELA

Duncan Milne
1201 Sorolla Avenue
Coral Gables, FL 33134

DWF Law LLP (Kiran Soar)
20 Fenchurch Street
London, EC3M 3AG
UNITED KINGDOM

Eagle Consulting Group
13644 Deering Bay Dr
Coral Gables, FL 33158

Eastern America Insurance Agency, Inc
Calle 1 lote 10 metro office park
Guaynabo, PR 00969

Eba - Int
One Financial Place STE 100 Lower Collym
St Michael, BB11000
BARBADOS


Eba Insurances
Torre Onix, Piso 1, Oficina 11, El Rosal
Caracas Miranda, 1060
VENEZUELA


Eco communication & packaging, LLC
1401 NW 78 Ave
Doral, FL 33126


ECO Packaging Service LLC
1401 NW 78th Ave
Doral, FL 33126


Edgar Eduardo Battistella Balbi
Calle 13-1 Res Liuana Piso 3
Apt 33 La Urbina
Caracas, 1042
VENEZUELA


Edgardo J Mini-Espejo
3500 SW 88TH ST SUITE 211A
Miami, FL 33186


Edrey Nunes Pierre
Rua Serra de Braganca, 1555
Apto. 237 A,
Sao Paulo, Sao Paulo 03318-000
BRAZIL


Edson Gonzalez Rojas
Calle Carri Quinta Sinfonia
La California Sur
Caracas, 1071
VENEZUELA


Eduardo A. Lavandeira
41 SE 5 Street #907
Miami, FL 33131

Eduardo Carlos Pereira
Playa Bonita Casa Bunita
Apto 13G Vera Cruz
Panama City
PANAMA


Eduardo Nogueira Gomes Pereira
Rua Arandu 205-Cj 405/406 Brooklin Novo
Sao Paulo, 04562-030
BRAZIL


Eduardo Pazaran Alvarez
757 SW 16th Court
Homestead, FL 33034-5681


Eduardo Rafael De Armas Fernandez
Calle Bella Vista Edif La Vista
Piso 4 apt 4-A Colinas De Los Caobos
Caracas, 1050
VENEZUELA


Eduardo Rafael Torrendell
Guayaquil 2075, uf 406 Grand bourg CP161
Buenos Aires, CP1615
ARGENTINA


Eduardo Wilson Bar
Av. Impelatiz Laopoldina 957 8A/A 1605
Sao Paulo, 05614.040
BRAZIL


eFax Corporate J2 Cloud Services
P.O. Box 51873
Los Angeles, CA 90051-6173


Efesus Investments Ltd
Craigmuir Chambers, PO Box 71 Road Town
Tortola, VG 1110
BRITISH VIRGIN ISLANDS


Elaine Farrar
1651 NE 115tb Street #23C
Miami, FL 33181

Elam Rafael Bravo Ramirez
22705 SW 126th Ave
Miami, FL 33190


Elemento Creative LLC
18031 SW 89th Ct.
Miami, FL 33157


Elena Camargo
10625 SWW 112th Avenue #308
Miami, FL 33176


Elia Elizabeth Macias Barrera
Ejercito Nacional 373-305, Col. Granada,
Mexico City, CDMX 11520
MEXICO


Elisa Bolanos
21751 SW 98th Avenue
Cutler Bay, FL 33190


Elizabeth Josefina Limongi Campos
Urb. El Rosal, Av. Ayacucho, Res. Somar,
Apto. 05 Chacao 1060
Caracas, 1070
VENEZUELA


Elizabeth Santanello
7 Walton Court
Sicklerville, NJ 08081


Elizabeth Velasquez De Salume
1a Calle entre 89 y 91 Norte #4649 Col E
San Salvador, 1101
EL SALVADOR


Elsa Benavides De Ruiz
carrera 7C #127-72
Apto. 301
bogota, Cundinamarca 250240
COLOMBIA


Elsye Alcala
7045 SW 166th Place
Miami, FL 33193

Emanuele Aparecida Coghi
R. Prof. An bal Monteiro Machado, 345 Ri
Sao Paulo, Sao Paulo 05361
BRAZIL


Emiliano Perez
6357 SW 138th Place
Miami, FL 33183


Emmanuel Lopez
4840 NW 7th Street
Apt 411
Miami, FL 33126


Emmett  Insurance Group
7700 North Kendrall Dr. Suite 411
Miami, FL 33156


ENDONASAL SOCIEDAD ANONIMA
Escazu, 800 Oeste del Peaje Autopista Pr
San Jose, 10903
COSTA RICA


Eneida Rosa Diaz
Av.El parque .Res  Diamante ll Apt 8B. U
Caracas Capital district, 1040
VENEZUELA


Engage Health Group
Kingsway House 134-140 Church Road
Hove, BN3 2DL
UNITED KINGDOM


Enrique Angel Garcia Bencono
Av. Soublette, Res. Villa Savoya,
Piso 9 Apto 9C
Caracas Capital District, 1010
VENEZUELA


Enrique Villegas Fernandez
1140 San Pedro Ave.
Coral Gables, FL 33156

Enterprise Business & Services Corp.
Torre Davila Unid 51-c, 5ta Av. Con 4ta
Caracas, Miranda 1060
VENEZUELA


Eoliberth Ali Suarez Plaza
1449 Capri Lane #6213
Weston, FL 33326


EQUIPOS ARTICULARES 1980 C.A
Frente a EPA, Av San Martin, Calle 100
Caracas, 1020
VENEZUELA


ERGOTRONIC C.A 2011
Av. La Cantera, Qta. N4, Urb. Hacienda M
Caracas, Miranda 1080
VENEZUELA


Erica Patricia Zapata Lopez
cra 32 9 sur 60
Apt. 403, Torres del Castillo
Medellin, 040018
COLOMBIA


Ernesto Geronimo Borga
CALLE DEL CANGILON RES CIMA QUEEN
PISO 2 TORRE C APT C022 LA TAHONA
Caracas, Miranda 1083
VENEZUELA


ERNESTO RIVAS VALENZUELA
P. de los H roes, Zona Urbana Rio Tijua
Tijuana, B.C. 22010
MEXICO


Ernst von Mecklenburg Strategic Alliance
Ruggenstrasse 24,
Birmensdorf, ZH CH8903
SWITZERLAND


Estudio Vazquez De Luca
Renoir (Neruda y Miguel Angel)
Punta del Este, Maldonado 20100
URUGUAY

Euracare Advanced Diagnostics and heart
24 Peter Ala Adjetey Ave,
P.O. Box CT 1235 North Labone,
Accra
GHANA


Euracare Advanced Diagnostics and heart
24 Peter Ala Adjetey Ave North Labone
Accra, G534 R010
GHANA


Eva Heide Enns
Km. 5 Carr. Cuauhtemoc - A. Obregon S/N
Cuauhtemoc, 31604
MEXICO


Evely Borges Da Silveira
Av. Barao de Melgaco, 547,
Apto 21
Sao Paulo, Sao Paulo 05614.040
BRAZIL


Everest Eduardo Contramaestre Espinoza
Urb. Miranda, Final Ave del Centro, Res
Caracas Capital District, 1070
VENEZUELA


Evrial Ood Evrial Ood
3A Belovodski pat str.
Sofia, 1616
BULGARIA


Expert Translators
6619 South Dixie Hwy. #562
Miami, FL 33143


Expo Convention Contractors
15959 NW 15th Avenue
Miami, FL 33169


Fabian  Alexis  Reales
274 wayne avenue
Paterson, NJ 07502

Fabio Luiz Donate
Rua Nossa Senhora Das Merces, 867,
Apartamento 32
Sao Paulo, SP 05614.040
BRAZIL


Fairbarn Enterprises
17555 Collins Ave
Apt 2307
Sunny Isles Beach, FL 33160


Family Insurance Tae Il Ha
1113 Bisan-Dong, Dong Ahn-Gu
Kodit Building, 6th Floor
Ahn Yang City, Gyeong Gi-Do 710030
SOUTH KOREA


Faridy Alexandra Rivero Moreno
Av. Valencia Parpacen Ed. Automotores La
Caracas, 1070
VENEZUELA


Fatima Cook
11401 SW 108th Avenue
Miami, FL 33176


Federico  Yanquez
10911 NW 79 Street
Miami, FL 33178


Federico A Vielledent
5825 Via Cuesta
El Paso, TX 79912


Federico Patricio Valdes Ugalde
Rousseau 14 60 Piso Col Anzurez
Mexico City,  CDMX 11590
MEXICO


Fedor Saldivia Morr
Calle La Meseta Res. Las CumbresPiso 4
Apto. B4-DU
Caracas Capital District, 1060
VENEZUELA

Felix Modesto Hernandez Vargas
Ave Jose Maria Vargas Edi. Tifanny Palac
Apt 3-A
Caracas Distrito Capital, 1040
VENEZUELA


Felix Monclus Jr.
15992 SW 96th Terrace
Miami, FL 33196


Ferber And Associates Lp
1330 Post Oak Blvd.
Suite 1888
Houston, TX 77056


Fernanda De Fatima Goulart
Rua Cantagalo # 692, Tatuape,
Sao Paolo, 03319-000
BRAZIL


Fernanda Rossi
8373 NW 115 Court
Doral, FL 33178


Fernando Alfredo  Siefken Amare
Torre HumboldtOficina TE-04Av. R o Caura
Caracas, Miranda 1080
VENEZUELA


Fernando Luis Garcia Gilardi
M. Ezpeleta 757
Martinez, Buenos Aires 1640
ARGENTINA


Fernando Tomazi - Agent, RA Brandon
217 Aragon Ave
Coral Gables, FL 33134


Financial External Corps
Calle La Ceiba, Duplex 4B, Urb. La Caba
Caracas Edo., Miranda 1040
VENEZUELA

First Achiever Consultants
307 Millenium Mall, Station Road, Bardol
Surat Rural, Gujarat 394601
INDIA


First Choice Coffee Services
2909 Croddy Way
Santa Ana, CA 92704


First Health Group Corp.
C/o First Health Group Corp.
10260 Meanley Drive
San Diego, CA 92131


Fisco International Ltd.
ALLE B, CONJUNTO CIUDAD CENTER,
TORRE E PISO 07, OFICINA 704E, BOLEITA N
CARACAS, 1071
VENEZUELA


Five 9
4000 Executive Parkway Suite #400
San Ramon, CA 94583


Five Partners Advisors Sa
Jaime Balmes #11
Torre B Piso 2-201H Plaza Polanco
Mexico City,  CDMX 11520
MEXICO


FL CLINICAL PRACTICE  ASSOC
1329 SW 16th St
Gainesville, FL 32608


FL Department of Revenue
PO Box 6668
Tallahassee, FL 32316-6668


FL Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050


Flavio Foresti
Rua Volta Redonda 362
Sao Paulo, SP 04608-010
BRAZIL

FloQast Inc
14721 Califa Street
Sherman Oaks, CA 91411


Flora Oppenheim Goldsmith
21205 Yacht Club Drive 1807
Aventura, FL 33180


Florandy Mendoza Pargas
Calle San Jose, Edif. Amazonas,
Piso 2 Apto. 7, Macaracuay
Caracas, 1070
VENEZUELA


FLYNN FAMILY MEDICINE
chulstra e 2,
Ramstein-Miesenbach, 66877
GERMANY


Fminsurance - Oliver Financial Group LLC
252 Ave. Ponce de Leon
San Juan, PR 00918


Fminsurance CGF Insurance LLC
22 Avenida Gonzalez Giusti Caparra
Office Cebter
Guaynabo, PR 00968


Fminsurance Frankie Martinez Puerto Rico
PO Box 10804
San Juan, PR 00922


Fminsurance Fulcro Insurance, Inc
PO Box 9024048
San Juan, PR 00902


Fminsurance General Insurance Brokers In
1510 Ave. FD Roosevelt, Ste 11B2
Guaynabo, PR 00968


Fminsurance Gonzalez Laboy Insurance LLC
1357 Ashford Ave. Suite # 398
San Juan, PR 00907

Fminsurance Ikon Insurance Inc
270 Munoz Rivera Avenue, PH1
San Juan, PR 00918


Fminsurance Mariano Huerta Ortiz
453 Ave. Cesar Congalez
San Juan, PR 00918


Fminsurance Noemi Perez Insurance Partne
PO Box 195151
San Juan, PR 00919


Fminsurance Smart Insurance Agency
1510 Roosevelt Ave., Suite 9A1
Guaynabo, PR 00968


FORCE PHYSICAL THERAPY LLC
21000 NE 28TH AVE STE 104
AVENTURA, FL 33180-1421


Ford Allen
66 Widewater Road
Hilton Head Island, SC 29926


Fortius Clinic
17 Fitzhardinge St
London S, W1H 6EQ
UNITED KINGDOM


Fortra, LLC
11095 Viking Dr, Suite 100
Eden Prairie, MN 55344


Fowler White Burnett PA (Mai-Ling medina
1395 Brickell Avenue 14th Floor
Miami, FL 33131


FPG Insurance Co., Inc
Zuellig Building 6F Makati Ave Corner Pa
Makati City, 1225
PHILIPPINES

Fps Advisers
Av. S?o Gualter, 986 Alto de Pinheiros
Sao Paulo, S?o Paulo 05455-001
BRAZIL


Francesco Berlinguer
1056 NW 87th Avenue
Apt 107
Miami, FL 33172


Francisco Carlos Santos
22771 SW 88th Place
Cutler Bay, FL 33190


Francisco Edgar Da Silva Filho
Rua Paulo Cesar de Andrade, No. 296
Apto. 302
Rio de Janeiro, Rio de Janeiro 222221-09
BRAZIL


Francisco Magalhaes Fundao
Avenida Epinacio Pessoa No. 2014,
Apt. 901
Rio de Janeiro, Rio de Janeiro 22411-072
BRAZIL


FRANCISCO MANUEL GONZALEZ SANCHEZ RUBIO
Blvd. Aguacaliente #4558
Piso 17 Suite No. 1707
Tijuana B.C., 22014
MEXICO


Francisco Sanz
Santa Ana, 125 metros norte de la, cruz
San Jose, 10901
COSTA RICA


Frankie Martinez Insurance
PO BOX 10804
San Juan, FL 00922


Frankie Martinez Puerto Rico
PO Box 10804
San Juan, PR 00922

Frankie Martinez Vargas
PO Box 10804
San Juan, PR 00922


Frankie Martinez Vargas
1497 Marginal Pr-177
San Juan, PR 00926


Frima Sterental Cohn
Rehov Hayarkon 272 Diram
Telaviv, 6350411
ISRAEL


Frontier International Group Inc. / New
27442 Portola Pkwy, Suite 350
Foothill Ranch, CA 92610


FTHTTM INC
133 NE 2nd Ave #210
Miami, FL 33132


Fulcro Insurance, Inc.
PO Box 9024048
San Juan, PR 00902


FUNDACION BANCO DE DROGAS ANTINEOPLASICA
Avenida principal de Los Cortijos de Lou
piso 2 oficina 26.
Caracas, 1061
VENEZUELA


FUNDACION CARDIOVASCULAR DE COLOMBIA
Calle 155A No. 23-58 Urbanizacion El Bos
Santander, 681004
COLOMBIA


FUNDACION SANTA FE DE BOGOTA
CARRERA 7 117 15 ENTRADA PRINCIPAL BARRI
Distrito Capital de Bogota, 110111
COLOMBIA


FutureHealth, LLC.
95 Elm St
West Springfield, MA 01089

G Okamoto Dental Corporation
50 Bellefontaine St Ste 204
Pasadena, CA 91105


Gabriel Brakha
4700 Sheridan St Ste J
Hollywood, FL 33021


Gabriela Cecilia Parra Moran
8355 NW 108 Ave Apt 729
Doral, FL 33178


Gabriela Estefania Rodriguez Mendoza
Av Rio Churubusco 601 Int 123 Colonia Xo
Del. Benito Juarez
Mexico City, CDMX 3330
MEXICO


Gabriela Knez
3179 NW 103rd Pl.
Doral, FL 33172


Gabriela Serrano Rodriguez
Av. Via Colombia, Conj. Resd. La Aldea,
Puerto Ordaz, Bolivar 8050
VENEZUELA


Gabriella Grassi UFC Students
VANTERPOOL PLAZA, 2ND FLOOR WICKHAMS CAY
ROAD TOWN, TORTOLA, VG1110
BRITISH VIRGIN ISLANDS


Gaetano D`Emma Iemma
Av. Bella Vista, Urb. Tonoro Villas, Cal
Maturin Monagas, 6201
VENEZUELA


GBG Insurance Limited
Albert House
South Esplanade
St Peter Port
Guernsey GY1 1AW

Gee Insurance & Financial Services
BLOCK NO. 34 HOUSE NO. 6, EAST PATEL NAG
SECOND FLOOR
New Delhi, 110008
INDIA


General Insurance Brokers Inc
1510 Ave. FD Roosevelt Ste 11B2
Guaynabo, PR 00968


Genesis Insurance Brokers And Benefits C
Queens Park East
Port of Spain
TRINIDAD AND TOBAGO


George Rodriguez
9 Hopi Court
Freehold, NJ 07728


Georgia Stumpf
6301 NW 103rd psge
Doral, FL 33178


GERARDO FRANCISCO ZAMBITO BRONDO
Vialidad de la Barranca Lomas del Olivo
Cuidad Mexico, 52787
MEXICO


Gertrude`s Garden Children?s Hospital
Muthaiga Road, P.O. Box. 42325-
Nairobi, 100
KENYA


Getty Images
605 Fifth Avenue
Suite 400
Seattle, WA 98104


Getzler Henrich & Associates LLC
295 Madison Avenue
20th Floor
New York, NY 10017

GFAI Administradora e Corretora de Segur
Av. Francisco Matarazzo, 1752 - Sala 231
Cond. C
Sao Paulo, 05614.040
BRAZIL


Ghazal Insurance Ghazal Insurance Compan
Kuwait Chamber of Commerce & Industry (K
Second Floor,
Safat, 13074
KUWAIT


Gigi Warren
11 Water Thrush Place
Hilton Head Island, SC 29926


Gilberto Cano
15372 SW 10th Street
Miami, FL 33194-2683


Gilmer Alexander Baisdem Perez
Urb Terrazas del Caroni, CR La Azucenas
Piso 3 Apto 3-4 Prolong. Av Guarapich Pa
Puerto Ordaz, Guayana 8051
VENEZUELA


Giovanni Battista Menegon Stella
Av. Italia Res. Palulu, Torre A,
Apto 10 - B La Triqalena
Valencia Carabobo, 2001
VENEZUELA


Giovanni Fabio Mascitti Di Felice
Urb. Pan de Azucar, Quinta Flor del Camp
Carrizal, Miranda 1203
VENEZUELA


Girls Inc of Orange County
1801 East Edinger Avenue
Suite 255A
Santa Ana, CA 92705


Giselle Alfonso
11 SW 32nd Avenue #3
Miami, FL 33135

Giuliano Fazzio Passini Corretora De Seg
Rua Tutoia, 235
Sao Paulo, Sao Paulo 04007-000
BRAZIL


Gladys Ponce De Leon
Carrera 13 a # 90-21 of 310
bogota, Cundinamarca 11001000
COLOMBIA


Gladys Ramona Moros Nieto
Urbanizacion Santa Maria Del Rosario  Ca
Villa del Rosario, Cucuta 902323
COLOMBIA


Glamar Venturis Prieto Caraballo
Carrera Guri torre cem
Piso 1 ofic 1 alta vista Puerto ordaz
Edo, bolivar  8050
VENEZUELA


Gleyfer Liz Cortes Colmenares
Av. Ppal. Del Caribe, Edif. Laguna Beach
Piso 5, Apto 5-F
Caraballeda, Vargas 1165
VENEZUELA


GLOBAL DE SUMINISTROS OFFIEXPRESS
AV 1 ENTRE CALLE 12 CC LOS SAMANES NIVEL
Caracas, 1080
VENEZUELA


Global Future Vision Management
Global Gateway 8, Rue de la Perle Provid
Mahe
SEYCHELLES


Global Healthcare Puxi Shanghai
Shanghai Kerry Center, RM 301 1515 Nanji
Shanghai, 20040
CHINA


Global Help
4770 Biscayne Blvd Ste 980
Miami, FL 33137

Global Quality Insurance
10235 Grove Lane
Cooper City, FL 33328


GLOBAL REACH RX
255 University Dr
Coral Gables, FL 33134


Global Wealth Services
801 Brickell Ave Ste 918
Miami, FL 33131


GLOBAMEDICA CORP
3645 WEST 16TH AV
HIALEAH, FL 33014


Go Overseas Corp
Rua Borges De Figueiredo, 303 CJ-808
Sao Paulo, S?o Paulo 03110-010
BRAZIL


Goas & Associates Inc.
PO BOX 360020
San Juan, PR 00936


Golden Pegasus Limited
R. Eng. Isaac Milder 374
Apt. 121
Vila Morumbi Sao Paulo, SP 05688-010
BRAZIL


Golden Spring Inv Ltd
27051 TOWNE CENTRE DR
LOS ANGELES, CA 90071


Golden Spring Inv LTD.
Gral. Gomez Pedraza 11-3Col. San Miguel
Mexico City, CDMX D.F. 11850
MEXICO


Golden Spring Investment LLC
21200 NE 38th Ave Apt. 2503
Aventura, FL 33180

Gonzalez Laboy Insurance LLC
1357 Ashford Ave. Suite # 398
San Juan, PR 00907


Gonzalo Antonio Santander Salazar
Edificio Partagas, Urb. La Castellana, M
Miranda, 1060
VENEZUELA


Gonzalo Esteban Poblete Chavarria
Villarrica 1660, Casa 09 San Pedro de La
Concepcion, 4130000
CHILE


GR Risk Partners Limited Rahul Misra
601 Liberty House,
PO Box 482047
Dubai
UAE


GradRight, Inc
1135 Grand Avenue, Apt 10
San Rafael, CA 94901


Grant Thornton LLP
33562 Treasury Center
Chicago, IL 60694


Graziela Cardoso Piloni
SHTN Trecho 1 Lote 2 Bloco 2
Apto 10 Asa Norte
Brasilia, 70800/200
BRAZIL


Green Coral International Ltd.
AVENIDA JURUCE 552 - AP. #42
Sao Paulo, SP 04080012
BRAZIL


Greentop  Investment Inc.
Av Romulo Gallegos, Ed. Poliprima,
Piso 7, SantaEd
Caracas Capital District, 1060
VENEZUELA

Griseily Arias Garcia
12075 SW 18th Street #1
Miami, FL 33175


Groom Law Group Chartered
1701 Pennsylvania Ave
NW Suite 1200
Washington, DC 20006


Grupo Aleph
Hacienda de las Golondrinas 25-101 Hacie
Huixquilucan, 52763
MEXICO


Grupo Fenam MX Abraham Credi Dabbah
Ejercito Nacional 598,
Piso 201
Tijuana, Baja California 11560
MEXICO


Grupo Fenam Mx Elias Hop Salame
Ejercito Nacional 598, Col. Polanco Refo
Mexico City, 11550
MEXICO


Grupo Fenam MX Grupo Fenam
Av. Las Palmas #4800, Fracc. Las Palmas
Tijuana, Baja California 11560
MEXICO


Grupo Fenam MX Grupo Fenam
Av. Acacias 3633 Cubillas
Tijuana Baja, California 22045
MEXICO


Grupo Fenam Procesadores De Informacion
Horacio 1844,
Piso 1, Col. Polanco I Seccion
Miguel Hidalgo, Mexico City 11510
MEXICO


GRUPO MEDICO SANTA PAULA
Urbanizaci n, Sector F, Av. Circunvalaci
Caracas, 1061
VENEZUELA

GRUPO MEDIMOVIL 911, C.A.
AV ARAURE CON CALLE RORAIMA QUINTANA LIN
Caracas DISTRITO CAPITAL, 4001
VENEZUELA


Guido Antonio Pena
CALLE CAMURI, RESD. DORALTA TORRE II
PISO 2, APTO 31, URB. LOS CHORROS
Caracas, Miranda 1070
VENEZUELA


Gustavo Adolfo Rojas Requena
Final Av. Ppal. El Bosque, Edif. Pichinc
Piso 1 Chacaito
Caracas, 1070
VENEZUELA


Gustavo Adolfo Suarez Sarcos
Av Milagros More Cuidad 2000 Villas  cas
Maracaibo, 4001
VENEZUELA


Gustavo Alonso Gil Rojas
Urb. Caminos de Tanabana Calle 1, Casa 1
Cabudare, Lara 3023
VENEZUELA


Gustavo Antonio Rojas Green
Av. La Estancia, Centro Banaven, Torre B
Piso 1,
Caracas, 1070
VENEZUELA


Gustavo Chelotti Reis
av jose Candido de silveira 440
ap 601
Sagrada Familia, Belo Horizonte 31035-57
BRAZIL


Gvinadze and Partners LLC
10 Melikishvili Street
Tbilisi, 179
GEORGIA

Hamsa Group LLC
Rua dos Jacarandas, 300/bloco 4, 1102 -
Rio de Janeiro, Rio de Janeiro 22776050
BRAZIL


Hansel Holding Limited
Rua Templarios 730
Sao Paulo, 03357-000
BRAZIL


Hansel Holdings Limited
Avenida Marques de Sao Vicente, 2219-15
Sao Paulo, 05036-040
BRAZIL


Hansel Holdings Limited
Rua Cerro Cor , 585 Conj. 310
Torre 1 -
Sao Paulo, SP 05061-150
BRAZIL


Haydee Carolina Mendoza Balboa
2550 Citrus Tower Bv. #3207
Clermont, FL 34711


Haylor, Freyer And Coon, Inc. Hfc Puerto
231 Salina Meadows Parkway
Syracuse, NY 13212


HCA Healthcare UK
2 Cavendish Square, Marylebone,
London S, W1G 0PU
UNITED KINGDOM


HECTOR MURRIETA GONZALEZ
Sur 136 No. 116, Col. Las Am ricas, ?lva
Cd. De Mexico, 1120
MEXICO


Heniek Laib
209-174 Street, Apt. 1908
Sunny Isle Beach, FL 33160

Hernan Ibaceta Romero
8750 NW 26 St Ste 550
PALM BEACH GARDEN
Miami, FL 33178


Hernan Ibaceta Romero
714 7TH CT.
Palm Beach Gardens, FL 33410


Hfc Puerto Rico
231 Salina Meadows Parkway
Syracuse, NY 13212


Hilary Picardi
94 Anson Road
Concord, MA 01742


Hilton Management, LLC (RENT )
902 Carnegie Center Suite # 400
Princeton, NJ 08540


Hilton-902 Carnegie Center, LLC (ELECTRI
c/o Hilton Management, LLC 902 Carnegie
Princeton, NJ 08541


HOSPITAL ALMATER
Av. Fco. I. Madero 1060, Nueva,
Mexicali, B.C. 21100
MEXICO


HOSPITAL ANGELES CHIHUAHUA
HACIENDA DEL VALLE 7120
CHIHUAHUA, 31217
MEXICO


HOSPITAL CIMA SAN JOSE  S.A.
Escazu, 800 Oeste del Peaje Autopista Pr
San Jose, 10903
COSTA RICA


HOSPITAL CIMA SAN JOSE  S.A.
AUTOPISTA PR?SPERO FERN?NDEZ 800
SAN JOSE, 10203
COSTA RICA

HOSPITAL CLINICA BIBLICA
Calle Central y 1ra. en medio de la Aven
San Jose, 10903
COSTA RICA


HOSPITAL DE LA MUJER
Col Escalon CL Juan Jose Canas Entre 81
San Salvador, 1167
EL SALVADOR


HOSPITAL METROPOLITANO DEL NORTE
Av Valencia, Sector la florida, Naguanag
Carabobo, 2007
VENEZUELA


HOSPITAL METROPOLITANO SAN JOSE
San Jos  y Torre M dica: 300 m sur del c
(Torre M dica Hospital Metropolitano).
San Jose, 10903
COSTA RICA


HOSPITAL PUNTA PACIFICA (ALL CENTERS)
Pacific Boulevard and, Blvd. Pac fica,
Panam , 801
PANAMA


HOSPITAL PUNTA PACIFICA (ALL CENTERS)
Avenida Costa del Sol Calle del Sol Town
CIUDAD DE PANAMA
PANAMA


Hospital Ruber Juan Bravo
Calle de Juan Bravo, 49, Salamanca,
Madrid, 28006
SPAIN


HOSPITAL SAN JOSE TECNOLOGICO DE MONTERR
Ave. I. Morones Prieto #3000 pte., Colon
Monterrey, Nuevo Leon 64710
MEXICO


Howard Ehrlich
1049 Grlendevon Drive
Ambler, PA 19002

Howden ACP Sigorta ve Reas rans Brokerli
Maslak Mah. Maslak Meydan Sok. Beybi Giz
Istanbul, 34485
TURKEY


Howden Employee Benefits & Wellbeing Lim
One Creechurch Place, EC3A 5AF
London
UNITED KINGDOM


HUB International
11516 Miracle Hills Drive Suite 100
Omaha, NE 68154


Hudson Int Inv LTD
R. Visc. de Piraj 430/ 704
Ipanema, Rio de Janeiro 20560-001
BRAZIL


Hugo Jares
6969 Collins Avenue, Apt 504
Miami Beach, FL 33141


Hugo Soljancic
Tuyuti c/Monte Alto 170
Luque, 001415
PARAGUAY


Ibrahim Gonzalez Agb Insurance
2385 NW Executive Center Dr. #100
Boca Raton, FL 33431


ICG Company
5201 Blue Lagoon Drive 8th, 9th Floor
Miami, FL 33126


Ideybis Goya
1111 Greenwood Avenue
Labelle, FL 33935


IDP Education Limited
Level 10, Melbourne Quarter 2
697 Coll Docklands
Victoria, 03008-0000
AUSTRALIA

IFCG Inc
4770 Biscayne Blvd Ste. 950
Miami, FL 33137


Ignacio Garcia Insurance Services  LLC
PO Box 10059
Santurce Station
San Juan, PR 00908


IKNOW S.A.C.
Jiron Jose Santos Chocano No 906
Los Olivos, 15301
PERU


Ikon Insurance Inc
270 Munoz Rivera Avenue, PH1
San Juan, PR 00918


Ilh Asesores Ca
Centro Seguros La PazAV FRANCISCO MIRAND
Caracas, Miranda  1070
VENEZUELA


Illinois Attorney General
500 South Second St
Springfield, IL 62701


Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794


Infinity General Insurance Limited - Cam
126 Norodom Boulevard
Phnom Penh, 12301
CAMBODIA


Insibs C.A.
Avenida Las Delicias, C. Empresarial Eur
Oficina 1-05Urb. La Floresta
Maracay, Aragua 2102
VENEZUELA


Insurance For Students
1690 S Congress Ave, Suite 101
Delray Beach, FL 33445

Insurexcellence Insurance Brokers Steve
24 Raffles Place 18-00 Clifford Center
Singapore, 048621
SINGAPORE


Intelepeer Cloud Comminications, LLC
155 Bovet Road Suite 405
San Mateo, CA 94402


Interact Intranet Inc.
21 West, 46th Street, 16th FL
New York, NY 10036


Interamerican Financial Consulting Group
4770 Biscayne Blvd. Suite 950
Miami, FL 33137


Interamericana  Advisors Old
Av. Francisco de Miranda, Edificio Caven
Caracas Capital District, 1050
VENEZUELA


Interbrokerage Insurance Group, Inc
1820 North Corporate Lakes Blvd.
Suite 206
Weston, FL 33326


Interbrokers Insurance
19501 W Country Club Dr.
APT 610
Aventura, FL 33180-2473


Interbrokers Insurance (Nirely Gonzalez)
Prolongacion Calle T de Colinas de Valle
Caracas Capital District, 1080
VENEZUELA


Interbrokers Insurance Ricardo Rosales
8750 NW 26 St. Ste. 550
Miami, FL 33178


Interbrokers, Inc
7023 NW 113th Place
Doral, FL 33178

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317


International Advisors
Alameda Conde dos Arcos, 120 - Vila do C
Nova Lima Minas Gerais, 34000-000
BRAZIL


international Financial Protection Solut
19020 NW 57th Ave
Apt 302
Hialeah, FL 33015


International Total Agency
Av. Francisco de Miranda, Edificio Caven
Caracas Capital District, 1050
VENEZUELA


International Total Support Corporation
Av. Blaudin Centro San Ignacio Torre Cop
Piso 4 Oficina 403, Chaco
Caracas, 1070
VENEZUELA


Internet4Associations
535 25th Avenue North
St.Petersburg, FL 33704


Intertrade Inc
14460 Hampton Place
Davie, FL 33325


Inversiones Animados 2012 XXI C.A.
3360 SW 27th ave apt 901
Miami, FL 33133


Iracema Gomes De Almeida
Rua Joao Machado e Silva 278 - Vila Miam
Sao Paulo, S?o Paulo 03254-040
BRAZIL

Iris Noguera Nieves
Av. Andres Bello. Resd. Los Palos randes
Piso 1 Apto 8.
Caracas, Miranda 1041
VENEZUELA


Iris Planejamento
Rua 00 Rocio, 199 CJ 122 Vila Olimpia
Sao Paulo, S?o Paulo 05614.040
BRAZIL


Iron Mountain
2 Sun Court
Norcross, GA 30092


Irving Javier Gomez Escalona
Torre KLM, Piso 6 Los Palos Grandes
Caracas, 1070
VENEZUELA


Isaac Rubinstein
Altata 51 - Int 103, Colonia Hipodromo D
Mexico City, CDMX 06100
MEXICO


Isabel Cecilia Bonetti De Puma
urb prebo III Edif  Tulum
apto 3-a
Valencia, Carabobo 2001
VENEZUELA


Isak Gwercman
Rua Jesuino Arruda, 325
Ap. 141
Sao Paulo, Sao Paulo 04532-080
BRAZIL


ISARKLINIKUM
SONNESTR 24-26
MUNCHEN, 80331
GERMANY


Isis Trochez
735 Flagami Blvd.
Miami, FL 33144

Isli Del Carmen Lugo Padron
AVENIDA FRANCISCO DE MIRANDA, URBANIZACI
PISO 6, OFICINA 6G
Caracas, 1070
VENEZUELA


Ivanna Cerda
335 Lownde Avenue S
Lehigh Acres, FL 33974


Ivette Matiauda Reuter
Julio Correa 855 CI Stma Trinidad
Asuncion, 001415
PARAGUAY


Ivonne De Moreno
Avenida Cristobal de Mendoza # 214Edific
Santa Cruz de la Sierra, Santa Cruz Depa
BOLIVIA


Ivonne Kibrit
FUENTE DE JUPITER 19 COL TECAMACHALCO
Mexico City,  CDMX 53950
MEXICO


Jackie Pineres
15462 SW 32 Terrace
Miami, FL 33185


Jacob Garzon
3822 Eagle Ct.
Weston, FL 33331


Jadir  Dimas Vasconcelos  Fonseca
Rua P Rua P
Volta Redonda, Rio de Janeiro 27251183
BRAZIL


Jaime Aharonov Cohen
Av. Santos Erminy, Torre Mega II,
Piso 6, Ofic. C,
Caracas Capital District, 1050
VENEZUELA

Jaime Alegria Benarroch
19501 W Country Club Dr.
APT 610
Aventura, FL 33180


James Edward Echeverria Perez
Calle Cuchivero, Edificio Metropolitano,
Piso 1, O
Puerto Ordaz, Bolivar 8050
VENEZUELA


Jana Hull
2409 F;proda St #3
Huntington Beach, CA 92648


Jane Zevon
26516 Granvia Drive
Mission Viejo, CA 92691


Janet Baum
Rua San Vicente de Paula 435
apt 141
Sao Paulo, SP 01229-010
BRAZIL


Janexis Roca
14205 SW 149th Avenue
Miami, FL 33196


Jaqueline Paes
Rua "A", No 400  Rosa Machado
Pirai Rio de Janeiro, 27175 000
BRAZIL


Jasmine Dorce-Pagan
5227 NW 198th Terrace
Miama Gardens, FL 33055


Jason Coker
1091 Dunvegan Road
Florence, SC 29501


Javier Alberto Contreras
Calle Boyaca  2 Con resid miguel oteco S
Caracas, 1070
VENEZUELA

Javier Francisco Iragorri Nucete
Av. Norte Sur, #48, Entre esquinas de To
Caracas, Miranda 1010
VENEZUELA


JCB Insurance Solutions
100 Howe Ave, Suite 260N
Sacramento, CA 95825


Jean Louis
1421 NW 18th Drive, Apt 207
Pompano Beach, FL 33069


Jeanette Perez
756 Meadow Park Drive
Minneola, FL 34715


Jeff White
400 Neighbors Drive
Midland, NC 28107


Jenny Aismar Alvarado Munoz
Av. Ginebra, entre calle Sicilia y Corce
Caracas Capital District, 1070
VENEZUELA


Jenny Bradfield
19851 NW 78th Avenue
Hialeah, FL 33015


Jessy Vazquez
735 Flagami BGlvd
Miami, FL 33144


Jesus Gustavo De La Huerta Cervera
223 Via de San Ysidro Ste. 1
San Ysidro, CA 92173


Jesus Humberto Zambrano Perez
Av. Francisco de Miranda, Edif. Las Luis
Piso 2
Caracas, 1060
VENEZUELA

Jesus Maria Mora Rivas
Av. Libertador Edif. La Linea Torre B
Piso 9, No 92 B La Florida
Caracas, 1050
VENEZUELA


Jesus Maria Mora Rivas
Av. Libertador Edif. La Linea Torre B
Piso 9 No 92 B La Florida
Caracas, 1050
VENEZUELA


Jesus Vicente
8138 NW 108 Ct.
Doral, FL 33178


Jhonny Jose Lezama
Centro Comercial Caroni, Plaza 3,
Piso 4 Altavista
Puerto Ordaz, Bolivar 8050
VENEZUELA


Jiahui International Hospital
88 Qinjiang Rd, Xuhui District,
Shanghai, 200233
CHINA


Jill Heathcott
31 Hopper Ridge Road
Bluffton, SC 29909


Joe Freedman
24457 Jacks Drive
Millsboro, DE 19966


Joel Downer
31 Armour Glades Drive
Kingston, Kingston 8
JAMAICA


Joel Tealer
115 Meadow View Dr.
Doylestown, PA 18902

John Carlos Martinez Ocampo
Urb Manzanares Calle Oeste Resd. Pque. M
Apto 16-A
Caracas, 1070
VENEZUELA


John Williams
9325 Lagoon Place, Apt. 101
Davie, FL 33324


Johnna Friddell
18 Anchor Bay Ct.
Bluffton, SC 29910


Jon Rego
301 N. Hollywood Way, Apt F
Burbank, CA 91505


Jorge  Baladi Najas
URB Las Trinitorias Colle 5 Oeste Casa 2
Monagas, 6201
VENEZUELA


Jorge Antonio Loreto Sanchez
Av. Andres Bello, Edifc Multicentro Los
Caracas, Miranda 1060
VENEZUELA


Jorge Enrique Quintero
CARRERA 18#86A-14
bogota, Bogot  D.C. 9999
COLOMBIA


Jorge Jose Bassin Avilez
Urbanizacion Villa Alianza Calle Fildael
Puerto Ordaz, Bolivar 8050
VENEZUELA


Jorge L. Barcelo
9941 NW 27th Terrace
Doral, FL 33172


Jorge Luis Guedez Issa
8255 Lake Dr. #403
Doral, FL 33166

Jorge Massip Enriquez
11970 Tuttle Blvd.
Miami, FL 33184


Jorge Mendoza
8810 Fountanbleu Blvd
Apt 410
Miami, FL 33172


Jorge Orrantia
945 S. Mesa Hills #116
El Paso, TX 79912


Jorge Suarez
1040 Biscayne Boulevard, #4105
Miami, FL 33132


Jose  Luis Diaz, Interbrokers Insurance
PO BOX 228450
Doral, FL 33222


Jose Alberto Nasser Salomon
INSURGENTES SUR  670-8COL.DEL VALLE
Mexico City, CDMX 3100
MEXICO


Jose Antonio Olivares Rodriguez
Urb. Colina de la Tahoar Edif La Avaig T
Caracas, 1070
VENEZUELA


Jose Antonio Recao Roura
Av. Blandin Centro San Ignacio Torre Cop
Piso 4 Oficina 403, Chaco
Caracas, 1070
VENEZUELA


Jose Carlos Mu oz Oronoz
Pontevedra 202 Col. Las Sendas
San Pedro Garza,  Nuevo Leon 66233
MEXICO


Jose Enrique Vargas Hungria
Av. Fco. De Miranda, Edif. Centro Plaza
Caracas, 1070
VENEZUELA

Jose Gamaliel Valezco Gonzalez
Campus Santa Fe Edificio: Torre Central
Piso: 2 Consultorio: 212-214 Av. Carlos
Cd. De Mexico, 5300
MEXICO


Jose Gregorio Rodriguez Garcia
Calle 146, No. 22-256, Conjunto Santelmo
Apto. 214, Sector Villa Campestre
Florida Blanca, Santander 008001
COLOMBIA


Jose Guillermo Narvaez Hernandez
Av. Abraham Lincoln, Torre Centrum,
Piso 3, Oficin
Caracas, 1070
VENEZUELA


Jose Humberto Quintero Velasquez
Conj. Resd. Ciudad Roca, Urb. Onix Casa
Barquisimeto, Lara 3001
VENEZUELA


Jose Luis Bonnemaison
10861 SW 181st Lane
Palmetto Bay, FL 33157


Jose Manuel De Urrutegui Arranz
Av. Libertador, Conjunto Jardin Bello Ca
Chacao, 1060
VENEZUELA


Jose Mena
8642 Clardige Drive
Miramar, FL 33025


Jose Paulo De Araujo Cunha
Avenida Rouxinol, 463 conjunto 7
Sao Paulo, 04516-000
BRAZIL


Jose Roberto Jacinto  Franciscon
Rua Jos  Versolato 111 cj. 2008
S?o Bernardo do Campo, S?o Paulo 9750730
BRAZIL

Joseba Amortegui Unfried
Calle 87A #71-74 (Barrio Villa Carolina)
Barranquilla, 901971
COLOMBIA


Josebel Ribeiro dos Santos
Avenida Marques de Sao Vicente, 2219-15
Sao Paulo, 05036-040
BRAZIL


Joseph Moses
12 Grenada Avenue, Federation Park
Port of Spain, Port of Spain
TRINIDAD AND TOBAGO


Joseph Moses
12 Grenada Avenue Federation Park
Port of Spain
TRINIDAD AND TOBAGO


Josephine M Kauffmann
Casa Linda Court #7 Calle A
Bayamon, PR 00959


Joy Mindlin
703 Waterford Way, Suite 560
Miami, FL 33126


Jpg Associates
Av. Circunvalacion del Sol, Sector F. Ce
Caracas, 1070
VENEZUELA


JQP Capital LLC
7239 NW 54th St.
Miami, FL 33166


Juan Alvaro Lopez Hernandez
Av. Guyana Torre Empresarial Bell,
Piso 5 Oficina J
Puerto Ordaz, Bolivar 8050
VENEZUELA

Juan Carlos Bustillos Murillo
Calle 37, #108,
Piso 3, Zona Achumani
La Paz, La Paz Department
BOLIVIA

Juan Carlos De Lasa
100 Ocean Lane Drive, Apt. 302
Key Biscayne, FL 33149

Juan Carlos Ferreiro Neira
AV. 8 QTA. GENE URB. ALTO PRADO CARACAS
Caracas, Miranda 1080
VENEZUELA

Juan Carlos Recao Roura
Av. Blandin Centro San Ignacio Torre Cop
Piso 4 Oficina 403, Chacao
Caracas, 1070
VENEZUELA

Juan Cornejo
15283 SW 89th Terrace
Miami, FL 33196

Juan David Pelaez Londono
Trans 23 No. 93 - 30
Apto. 303
Bogota, 110110
COLOMBIA

Juan Ignacio Targa Aranguren
LAS MERCEDES, CALLE JALISCO EDF.LA COLON
Caracas, MIRANDA 1080
VENEZUELA

Juan Jose Ramirez Filipi
Avenida Francisco de Miranda, Edif. Cave
Caracas, 1070
VENEZUELA

Juan Macias
7313 Lost Shadow Court
Las Vegas, NV 89131

Juana Nevarez Barraza
10309 SW 4th Street
Miami, FL 33174


Judith E Proulx Inc.
107 Crescent Moon Drive
Groveland, FL 34736


Juliana Naranjo Paredes
Calle 121, No. 3A-20, Cerros de los Alpe
bogota, 110110
COLOMBIA


Julieann Adams
10501 Hester Street
Cypress, CA 90630


Julio Ismael Lugo Padron
Av. Romulo Gallegos, Urbanizacion Sebuca
Apto. 1f
Municipio Sucre, Miranda 0212
VENEZUELA


Julio Jose  Chacon Esis
Carretera Charallave Cua, Urb. Villa Fal
Caracas, 1070
VENEZUELA


Juveni Lourdes Schons
Rua Marques do pombal 1824 sala 302 - B
Porto Alegre, RS 90540-000
BRAZIL


Kaplan Financial Education
PO BOX 935357
Atlanta, GA 31193-5357


Karelys Andreina Lopez Delfin
Carretera Via Perija, Edif. Conjunto Lag
Piso 2, Apto. 3-2C, Barrio Urdaneta
El Silencio, Zulia 4001
VENEZUELA


Karen Coley
1448 Leegate Road, NW
Washington, DC 20012

Karen Dinan
1508 Brynmar Oaks Circle
Apex, NC 27539


Karen Fleites
5981 SW 156th Court
Miami, FL 33193


Karla Maria Alonzo
Paseo General Escalon, C.C. Villas Espan
San Salvador, 1101
EL SALVADOR


Katherine Carolina Curtidor
Cra 74 N 82-82
Torre A Apto 805
Bogota, 110110
COLOMBIA


Kathy Luo
11651 Cinema Drive
Plainfield, IL 60585


Kelly Karina Gutierrez
URB Valles de topacio etapa 3 Torre 2
Apt 22-1 San diego
Carabobo, 2006
VENEZUELA


Ken Lentz
c/o David Olson Law Group
23586 Calabasas Road, Suite 200
Calabasas, CA 91302


Kennedy Van der Laan
Molenwerf 16,
Amsterdam, 1014 BG
Netherlands


Kenneth D Fields
573 Centerwood Dr.
Tarpon Springs, FL 34688


Kenneth Hamm Finlay Stewart
200 Biscayne Boulevard Way
Miami, FL 33131

Kenneth Jose Betancourt
6102 NW 114th Ct., Unit 104
Dora, FL 33178


Keny Johan Ortiz Jaen
Av. Ppal. Paseo Eraso, Resid. Orituco Pi
Caracas, 1061
VENEZUELA


Kevin McCormick
1597 West Liberty Road
Gridley, CA 95948


Kimberly Christiansen
9412 Rambler Drive
Huntington Beach, CA 92646


Kocoon Investments Limited
Rua Serafico de assis Carvalho ,103 M52
Sao Paulo, SP 05614.040
BRAZIL


KPMG LLP
1501 N. Plano Rd
Richardson, TX 75081


Kroll Associates, Inc.
P.O.Box 847509
Dallas, TX 75284-7509


Kutak Rock LLP
8601 North Scottsdale Road
Suite 300
Scottsdale, AZ 85253-2738


Kyc Company LTD.
Ritter House 5th Floor PO Box 3200
Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS


Kyriba Corp
4435 Eastgate Mall #200
SanDiego, CA 92121

LABORATORY CORPORATION OF AMER.
PO BOX 2210
Burlington, NC 27216


Lang and Lopez Global Partners
Urb. Prebo, Calle 107-B, Quinta Los Jose
Valencia, Carabobo 2001
VENEZUELA


Language Link
911 Main Street, Suite 10
Vancouver, WA 98660


Lara De Las Galaxias Rodriguez Astudillo
Calle Avila, Casa 16-23, Urb. La Florida
Caracas, 1070
VENEZUELA


Lara Jane Turkie Schnaider
Rua Dos Caetes, 239,
apto 121, Perdizes
Sao Paulo, S?o Paulo 05016-080
BRAZIL


Laura Enriquez
8866 West Flager Street #204
Miami, FL 33174


Laura Fernanda Correa Acosta
Carrera 14 # 103-09 Carrera 14 # 103-09
Bogot , Bogot  D.C. 111111
COLOMBIA


Laura Gabriela Croes Rondon
Urb. Pan de Azucar, Qta. Flor del Campo
Carrizal, Miranda 1203
VENEZUELA


Laura Goodman
501 Mercomatic Drive
Nashville, TN 37209


Laura Holstine
200 E Randolph Street
Chicago, IL 60601

Lauren Gonzalez
7529 Garfield Street
Hollywood, FL 33024


LCA Bank Corporation
1441 W. Ute Blvd. Ste., 250,
Park City, UT 84098


LEAF
P.O. BOX 5066
HARTFORD, CT 06102-5066


Lee Bo Taek
6 Seonbugwangjangbuk-ro
Ansan-si, Gyeonggi-do 15237-0000
SOUTH KOREA


Legra Broker Vladimir  Kipriansovsky
Filip Vtori Makedonski no. 19/ I -25
Skopje, 1010
MACEDONIA


Leidy Arana-Gutierrez
15580 SW 137th Court
Miami, FL 33177


Lemos Galvao Planejamento E Organizacao
SIG Quadra 04 lote 75 Bloco A Sala 4-ME
Bras lia Distrito Federal, 70.610-440
BRAZIL


Lenis Del Valle Castillo Gonzalez
Av. Luis do Camoes, Torre Xpress Piso 5
Caracas, 1070
VENEZUELA


Leon Avila
Town Center One
8950 SW 74 Court, Suite 1407
Miami, FL 33156


Leonardo Enrique Coutinho Gozaine
Av ppa de yacural cujunmto residencial l
torre6 apt 663
Barquisimeto, Lara 3001
VENEZUELA

Leonor Maria Guzman Herrera
Urb. Las Cayenas, Manzana 6, Calle 4 #71
Monagas, 6201
VENEZUELA


Let me see It Inc.
1740 Jefferson Avenue
Apt 9
Miami Beach,, FL 33139


Leticia Zuniga
13380 NE 16th Avenue
North Miami, FL 33161


LeverEdge Association
6 Soldiers Field Park
Unit 505
Boston, MA 02164


Levy Leonardo Lossada Belgrave
Avenida B, Urbanizaci n La Carlota Edifi
Piso 1 Apartamento 8
Caracas, Miranda 1071
VENEZUELA


LexisNexis
28544 Network Place
Chicago, IL 60673


Leyda Lucia Valero Arboleda
Calle 152 No. 54-39,
Torre 5, Apartamento 819
bogota, Bogot  D.C. 111156
COLOMBIA


Life Insurance Company of North America
PO BOX 782447
Philadelphia, PA 19178-2447


Lighthouse Insurance Group Inc
PMB 637, 1353 Rd. #19
Guaynabo, PR 00966

Lilian Marcia Moura Rabinovitch
Saturnino de brito , 583
apt 901 Praia do canto
Espirito Santo, 29055-180
BRAZIL


Liliana Valeria Giraldo Usuga
Clle. 4, #28-58
Medellin, Antioquia 002001
COLOMBIA


Lina Portuondo
14205 SW 149th Avenue
Miami, FL 33196


Linda DiBias
5 Cowdray Park Way
Far Hills, NJ 07931


Linda Emperatriz Lara Blanco
Calle Piramide, Edif. Posmo,
Piso 3, PHC, Urbanizacion Miranda Petare
Caracas, 1070
VENEZUELA


Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693-0622


Lisaurys Isabel Pierluissi Romero
Av. Final Paseo Caroni, Conjunto Resd. L
Puerto Ordaz, Bolivar 8050
VENEZUELA


Lisbeth Del Carmen Camacaro Colmenarez
Carrera 17 entre Avenida 20 y Carrera 19
Edificio Oficina 2
Barquisimetro, Lara 3001
VENEZUELA


Lisbeth Lazaballet Vaquero
8660 NW 5 Terrace, Apt.  203
Miami, FL 33126

Lisbeth Leonor Hernandez Mancilla
Bloque 25, Piso 4, Letra H,
Apto. 421, Zona Centra
Caracas Capital District, 1030
VENEZUELA


Livia Bastos Salgado
Campina Grande
Campina Grande, Alagoas 58429140
BRAZIL


Livingston Corporate Ventures Inc
Avenida Marques de Sao Vicente, 2219-15
Sao Paulo, 05036-040
BRAZIL


Livingston Corporate Ventures Inc
Nerine Chambers PO BOX 905
Roadtown, Tortola VG1110
BRITISH VIRGIN ISLANDS


Liz Calamito
33 Haines Road
Stockton, NJ 08559


Lizbecth Coromoto Belloso Quintero
Torre Empresarial Claret,
Piso 5, Oficina 5-8, Av. Sector Valle Fr
Zulia, 4001
VENEZUELA


Lizney Camero
16121 SW 109th Avenue
Miami, FL 33157


LJ Creative Group LLc
10060 SW 15 Terrace
Miami, FL 33174


Lorena Paniagua
1727 SW 13th Street
Miami, FL 33145

Lorena Velazquez Romero
Jose Bonifacio Andrada 2669, Int. 6, Col
Guadalajara, Jalisco 44657
MEXICO


Loyens & Loeff N.V.
Blaak 31
Rotterdam, 3011 GA
Netherlands


LRN Corporation
41 Madison Avenue
30th Floor
New York N, NY 10010


Lucas Porto Biasi
Rua Conrad De Soest 52
Sao Paulo, 05614.040
BRAZIL


Lucia Andrea Ioriatti Da Silva
Padre Cacique 470/302 Praia De Bezas RS
Porto Alegre, Rio Grande do Sul 05614.04
BRAZIL


Luciana Lara Coral
Rua Dr Martins de oliveira 312
Sao Paulo, 05638-030
BRAZIL


Luciana Virginia Silva De Oliveira - Age
Edificio at 3,
Oficina 004 Zonamerica, Ruta 8, Km 17.50
Montevideo, 91600
URUGUAY


Luciane Rivero
3512 NE 9th Street
Homestead, FL 33033


Luciene DaSilva
1798 SW Cabin Place
Palm City, FL 34990

Lucrativa International Sa
PUNTA PACIFICA CALLE PUNTA COLON TORRE 2
PISO 37
Panama City
PANAMA


Luis Alberto Alberto Caraballo Baquero
Cr 72B No 62D-10 SurManzana 3 Interior 5
Apt 101
Bogot , Bogot  D.C. 11001
COLOMBIA


Luis Alberto Frias Rodriguez
Calle 1, Residencias Club Cigarral, Torr
Piso 4, Apto. 4C, El Cigarral
Caracas, 1070
VENEZUELA


Luis Avila Merino
2520 Coral Way, Suite 2-350
Miami, FL 33145


Luis Beltran Carvajal Zerpa
20719 Creston Acres Lane
Cypress, TX 77433


Luis David Balza Alvarez
CALLE EL CALVARIO RESIDENCIAS MARGARITA
PAMPATAR, MUNICIPIO MANEIRO. Nueva Espar
VENEZUELA


Luis Eduardo Chavez Diaz
Calle Carabobo, Quinta Palma, Local N1,
Caracas, 1070
VENEZUELA


Luis Fernando Perez
Calle La Subidita, Qta. Mamelia, Sector
Maracay, 2102
VENEZUELA


Luis Guillermo Betancourt
Calle Juan Iturde Qta Los Beltran. Urb S
Caracas, 1080
VENEZUELA

Luis Javier Lardizabal Arellano
Benito Juarez 1 San Pedro Totaltepec,
Toluca, Mexico 60226
MEXICO


Luis Martin Pereira Correa
Urb Mazanares cerro cima real
apt91
Caracas, 1070
VENEZUELA


Luis Michel Lenero Garcia
Valle Del Silicio 150-32 Col. Nuevo Gali
Tlajomulco, Jalisco 45645
MEXICO


Luis Quinones
6900 NE 5th Avenue
Miami, FL 33138


Luisa  Galofre
4486 W Whitewater Av
Weston, FL 33332


Luiz Alberto Cavallari De Andrade
1000 Brickell Avenue, Suite 1200
Miami, FL 33131


Luiz Alberto Teixeira Gonsalves
AV Ginebra , entre calle sicilia Y corce
Caracas, 1070
VENEZUELA


Luiz Antonio Ferreira Guzzardi
Rua Ministro Godoi 313
Ap. 32
Sao Paulo, S?o Paulo 05614.040
BRAZIL


Luiz Eduardo Valenzuela Saldivia
Av Lara Edificio Atrium Piso 3 #3-E barq
Caracas, 1070
VENEZUELA

Luiza Camm
7984 114th Place
Medley, FL 33178

Lumen
1025 Eldorado Blvd. 42C-102
Broomfield, CO 80021

Lupe Romero
150 Bowie Drive
Paige, TX 78659

Lyda Janneth Alzate Palacio
Cll 78 sur # 40-255. Edificio Montana In
Sabaneta, Antioquia 901824
COLOMBIA

Lyen Rodriguez
17715 NW 55th Court
Miami Gardens, FL 33055

Lynn Mirante
105 Argyll Ct.
Downingtown, PA 19335

M. Arthur Gensler, Jr. & Associates, Inc
4541 Collection Center Drive
Chicago, IL 60693

Mackenzie Taylor Benefits - GBE (GBP) Ki
13 Caroline Point, 62 Caroline Street
Birmingham, B1 3DB
UNITED KINGDOM

Maikel Garcia
703 Waterford Way, Suite 560
Miami, FL 33126

Major Group
14001 NW 4th Street 212
Pembroke Pines, FL 33028

Major Group LLC
572 Lakeside Cir
Weston, FL 33326

Maltby Associates LLC
335 S Biscayne Blvd #2009
Miami, FL 33131


Manuel Mondragon
24731 SW 109th Avenue
Homestead, FL 33032


Mara Plut
Avenida Marques de Sao Vicente, 2219-15
Sao Paulo, Sao Paulo 05036-040
BRAZIL


Marcela Nu ez
Calle Toledo No. 12 B Las Palmas
Santa Cruz
BOLIVIA


Marcelo Passos
801 Brickell Ave. Suite 914
Miami, FL 33131


Marcelo Rea
Avenida Marques de Sao Vicente, 2219-15
Sao Paulo, SP 05036-040
BRAZIL


Marcelo Sellmann
Avenida Maringa, 813, Saca 704
Londrina, Parana  86060-000
BRAZIL


Marcelo Zani Giuzio
Rua Guarara 298
Apto 141
Sao Paulo, Sao Paulo 05614.040
BRAZIL


Marcia Araujo
8890 SW 220th Labe
Cutler Bay, FL 33190


Marcio C Diniz
Av Regente Feijo CJ 201 B
Sao Paulo, Sao Paulo 03342-000
BRAZIL

Marco Fabio Gelpi
1172 South Dixie Hwy #412
Coral Gables, FL 33146


Marcos Antonio De Oliveira
RUA JAIME PRIES MARTINS 63
CARAPRICUIBA, SP 06350
BRAZIL


Marcos Leandro Trujillo
Alameda Dos Castelos, 24, Condominio Vil
Sao Paulo, S?o Paulo 12903-459
BRAZIL


Marcos Rafael Gambus Zambrano
Av Principal de san Luis Torre Mayo
Piso 7 oficina 74 El Cafetal
Caracas, 1070
VENEZUELA


Margaret McGannon
407 Belmont Ave.
Haddonfield, NJ 08033


Margherita Dantas
3313 Merrick Lane
Margate, FL 33063


Maria Alejandra Domaniczky Garcia de Zun
Melvin Jones 650
Asuncion, 001415
PARAGUAY


Maria Alicia Panting
Ave Teotl y Pje Teoopantli # 22Col. Cumb
San Salvador, San Salvador 1101
EL SALVADOR


Maria Antonieta Virgen Velez
Trasversal 38 #71 - 147,
Apto. 501
Bogota, 110110
COLOMBIA

Maria Araos
16392 SW 53rd Terrace
Miami, FL 33185


Maria Auxiliadora Ramirez Dorante
Av. Del Avila, Res. Altamira Sur, Torre
Piso 6, Urb. Altamira Sur
Chacao, Miranda 1060
VENEZUELA


Maria Blanco
600 NW 107th Avenue, Apt 10
Miami, FL 33172


Maria Carolina Ortiz de Dominguez
Calle San Marino Resd. Verona
Apto 32 Campo Alegre Chacao
Caracas, 1070
VENEZUELA


Maria Carolina Vasquez
Ave. Cordillera de la CostaQuinta Varade
Caracas, Miranda 1080
VENEZUELA


Maria Claudia Ferreira Bastos
Rua Traipu, 568,
Ap 61
Sao Paulo, S?o Paulo 05614.040
BRAZIL


Maria Cristina Garcia De Zuniga
Melvin Jones 650
Asuncion, 001415
PARAGUAY


Maria de los Angeles Cruz de Magno
Calle 77 #2-175 Edificio Kavanayen
Apt 14
Maracaibo, 4001
VENEZUELA


Maria Del Carmen Morales Ramirez
Insurgentes Sur 1548 Anexo 2, Colonia cr
Benito Juarez, 3940
MEXICO

Maria Del Carmen Teran
113 W G St #610
San Diego, CA 92101

Maria del Pilar Avendano Cisneros
San Fernando 157 Dpto 101 Miraflores
Lima, 15074
PERU

Maria Elizabeth Aparecido Martinelli
Rua/Avenida Rouxinol No. 438
Apto 64
Sao Paulo, 04516-000
BRAZIL

Maria Elsa Ortiz De Mendoza
Bruno Guggiari 671
Lambare Central, 001415
PARAGUAY

Maria Eugenia Pinto Ortega
Urb. Lomas del Country Guatapero Conj. #
Valencia, Carabobo2001
VENEZUELA

Maria Fernanda  Zuluaga Consuegra
Caracas
Caracas Capital District, 1050
VENEZUELA

Maria Gabriela Delgado Romero
Urb. El Rosal, Calle Boyaca, Edif. Oasis
Piso 3, Apto 31
Caracas, 1070
VENEZUELA

Maria Gabriela Estaba De Tezier
500 Brickell Ave. Apt. 2208
Miami, FL 33131

Maria Gladys Ruttia Ostertag
Campos Cervera 4884 esquina Teniente Zot
Asunci n, Asunci n (capital) 001415
PARAGUAY

Maria Idalina Rodriguez
Res. Los Bambues Urb. La Boyera
Apto. 21-B Piso 2
Miranda, 1071
VENEZUELA


Maria Ines Kent
4770 Biscayne Blvd STE 980
Miami, Florida 33137-0000


Maria Irene Da Silva
Ave Guaratari II Quinta. Urb Maracuay,
Caracas, 1070
VENEZUELA


Maria Isabel Frug
R Franco Da Rocha, 137 S/32
Sao Paulo, 05015-040
BRAZIL


Maria Lucia Mendes Alves Pereira
Pra a Gabrile Martins 77
Apto 502
Londrina, Paran  86010010
BRAZIL


Maria Lucia Padilha Fialdini
Rua Capote Valenete 411
Apto. 902
Sao Paulo, S?o Paulo 05614.040
BRAZIL


Maria Luisa Di Marzio
Avenida Tacagua
La Guaira, 1162
VENEZUELA


Maria Mendez Perez
2950 SW 3rd Avenue, Apt 4A
Miami, FL 33129


Maria Milagro Pastrani Ocanto
Urb. Colinas Parque Caiza Torre G,
Piso 1 Aprt 1-3
Caracas, 1070
VENEZUELA

Maria Pascual
5577 NW 194th Lane
Miami Gardens, FL 33055

Maria Soledad Pita Gonzalez
Ciudad de la Paz 1376 C 1426
Buenos Aires, Buenos Aires 1426
ARGENTINA

Maria Urribarri-May
759 SW 121st Avenue
Pembroke Pines, FL 33025

Maria Yoshika
14724 SW 108th Terrace
Miami, FL 33196

Mariana Arraga
Av Sarmiento 2662/402
Montevideo, 11100
URUGUAY

Mariana Rodriguez
9135 SW 125th Avenue, #402P
Miami, FL 33186

Mariana Trigo Valdivia
Mallasilla Calle 1 #5A
La Paz, La Paz Department
BOLIVIA

Mariano Huerta Ortiz
453 Ave. Cesar Congalez
San Juan, PR 00918

Maricio Jofre
10320 SW 103rd Terr
Miami, FL 33176

Marie Nguyen
1121 W Chateau Avenue
Anaheim, CA 92802

Marielena Cruz Van Der Laat
Cumidabat, de McDonald`s 200 mts Sur, 75
San Jose, 10201
COSTA RICA


Marina Teresita Alvarez Rivolta
Av. Argimiro Bracamonte Edificio Buenos
Piso 3 Apt. 3
Barquisimeto, Lara 3001
VENEZUELA


Mario Aprile Tayar
Rua Borges Lagoa 977/31
Sao Paulo, 05614.040
BRAZIL


Mario Gaspar De Alba
5731 Cromo Drive
El Paso, TX 79912


Mario Levy Jafif
Rua Santa Clara 330
apt 702
Rio de Janeiro, Rio de Janeiro 22041-012
BRAZIL


Mario Ricardo Seijas Vegas
Ave. Terepaima Urb. Balcones de la Colin
Casa #3
Barquisimetro, Lara 3001
VENEZUELA


Mariol Del Valle Medina De Barrios
500 SW 145th Ave. Apt. 347
Pembroke Pines, FL 33027


Mark Tomaszewski
5 Verano
Foothill Ranch, CA 92610


Marlene De Ycaza
671 Ilyssa Way
Staten Island, NY 10312

Marsh Bulgaria
24 a Metodi Popov str.
Sofia, 1113
BULGARIA


Martha Henao
14775 SW 65th Terrace
Miami, FL 33193


Martha Ledesma
6704 NW 70th Court
Tamarac, FL 33321


Maslon LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140


Maty Feldman-Bicas
16494 RAMADA Dr.
San Diego, CA 92128


Mauricio Carasso
Rua Americo Alves Pereira Filho 57,
Ap. 221
Sao Paulo, S?o Paulo 05688-000
BRAZIL


Max Angelo Weiss Lazarotto
Ave Parana Esq. Maria de los Angeles  Pa
Hernandarias, 001415
PARAGUAY


Mayra Alejandra Gonzalez de Maldonado
av ppal de las mercedes, edificio itaca
piso 3 oficina 03-02
Caracas, Venezuela 1060
VENEZUELA


Mayra Ramirez
50 Biscayne Blvd., #5307
Miami, FL 33132

MBA MEDICAL BILLING ASSIST
300 Metro, San Pablo Heredia,
San Jose, 40901
COSTA RICA


MBA MEDICAL BILLING ASSIST
300 Metro San Pablo Heredia
San Jose, 40901
COSTA RICA


McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173


MED NET PRO (SALUD VALOR)
AV. RICARDO ARANGO Y CALLE 61
CIUDAD DE PANAMA
PANAMA


Med Net Pro Sociedad Anonima
4770 Biscayne Blvd. Suite 980
Miami, FL 33137


Med Net Pro Sociedad Anonima
Obarrio, Avenida Ricardo Arango y Calle
Panama
Panama


MEDICA SUR S.A.B DE C.V
Puente de Piedra # 150; Colonia Toriello
Torre 3, Piso 6.
Cd. De Mexico, 14050
MEXICO


Medical Network of Professionals
4770 Biscayne Blvd Ste 980
Miami, FL 33137


Medical Services of Manhattan
244 Madison Avenue
New York, NY 10016


MEDICAL SERVICES OF PARK AVENUE PLLC
41 PARK AVE. APT 1C
New York, NY 10016

MEDICAL SERVICES OF PARK AVENUE PLLC
244 Madison Ave, Suite 1120
New York, NY 10016


MediGuide International, LLC
4550 Linden Hill Road
Suite 103
Wilmington, DE 19808


MEDS PARAISO VENEZUELA
AV. UNIVERSIDAD CON CALLE 61 ENTYRE AVDA
ZULIA, 4001
VENEZUELA


Meixin Jiang
213 W Dallas St.
Mount Vernon, MO 65712


Melissa Bustos
15327 Pimenta Avenue
Paramount, CA 90723


Melissa Santanello
137 Bishop Rd.
Mullica Hill, NJ 08062


Menchlikait Investments LLC
150 2nd Ave. STE 1401
Miami, FL 33131


MetLife
Metlife Small Business Center
P.O. Box 804466
Kansas City, MO 64180


Metropolitan Life Insurance Company
200 Park Avenue
New York, NY 10166


MIA Global Corp
Calle La Guairita Edif Los Frailes
Piso 01 Ofic 101
Caracas, 1070
VENEZUELA

MIA Photo Booth
9970 SW 13 Terrace
Miami, FL 33126


Micaela Scott
31921 Campanula Way #3107
Temecula, CA 92592


Michael Evans
39 Ezras Way
Dover, NH 03820


Michel Prado
8791 SW 34th Street
Miami, FL 33165


Michelangelo Capital Investments
Marcy Building 2 FL Purcell Estate PO BX
Road Town,Tortola VG1110
BRITISH VIRGIN ISLANDS


Michelle Bonelli Martinez
Urb. La Bonita, Calle La Guairicita, Res
Apto. 6E
Caracas, 1070
VENEZUELA


Michelle Minetti-Manalo
1507 NE 3rd St.
Redmond, OR 97726


Mickey Hahn
4 McClellan Street
Cranford, NJ 07016


Miguel Antonio Gauna Mijares
gunterstallstrasse 55 gunterstallstrasse
freiburg, Baden-W rttemberg 79102
GERMANY


Miguel Armando Martinez Lopez
URB Nueva Segovia Carretera 4 Calle 4  r
Piso 11 #11c
Barquisimeto, Lara 3001
VENEZUELA

Miguel Jesus Pasquariello Di Cecilia
Av. Mohedano, Edif. Avila,
Piso 2, Apto. 13 Urb. Chacao
Caracas, 1070
VENEZUELA


Miguel Ponce
Avenida Espa a 948 2do piso
Apt. A 5500
Mendoza, M5500DFJ
ARGENTINA


Mike Scharf
Santa Ana, 125 metros norte de la, cruz
San Jose, 10201
COSTA RICA


Milagros del Carmen Perez Medina
Urb. Caminos de la Mendere, I Etapa Call
Barquisimetro, Lara 3001
VENEZUELA


Milagros Zambrano
Av. Francisco de Miranda. Torre C mica.
Piso 9. Of
Caracas, Miranda 1060
VENEZUELA


Milangela Figueroa Pernalete,
URB Barici Calle 3 entre av terapaima y
Barquisimeto, Lara 3001
VENEZUELA


Militza Ilena Wilson Mena
Calle 9 Los Jardines del Valle, Res. Yur
Apto 1501
Caracas, 1070
VENEZUELA


MIller Nash LLP
111 SW Fifth Ave
Suite 3400
Portland, OR 97204


MILO CARE
78 SW 7TH ST. STE. 800
Miami, FL 33130

Milton Arts Limited
PLAZA MURANO SANTA ANA 100 MTS NORTE DE
SAN JOSE, 06350
COSTA RICA


Minerva Minerva
999 BRICKELL AVE.
Miami, FL 33131


Miriam B. Rosenhek
Avenida Piassanguaba 1196
Sao Paulo, S?o Paulo 4060001
BRAZIL


Mirian Sugey Villarroel Suescun
4ta Transversal de Campo Alegre, Edifici
Chacao, Miranda 1060
VENEZUELA


Mirla Justina Leon Gomez
Urb. Las Trinitarias, Calle 8 Oeste Sect
Maturin, Monagas 6201
VENEZUELA


Mirna Elena Regalado De Perez
CALLE PANAMA RESIDENCIAS LA MANSION
APTO 91-A PISO 9 URB TERRAZAS DEL CLUB H
Caracas, 1060
VENEZUELA


Miss Jeannie S.L. Yoon FRCOG
Chelsea Bridge Road
London, SW1W 8RH
UNITED KINGDOM


Mitra Labarre
23 VIa Floria
Rancho Santa Margarita, CA 92688


Mitsubshi Financial / Hitachi Capital Co
7808 Creekridge Circle, Suite 250,
Edina, MN 55439


Mla Services LLC
511 Ave. Andalucia, Suite 10
San Juan, PR 00920

Monica Belko
51 Everett Drive
Newtown, PA 18940

Monica Helena Susaeta Vasquez
KM 8, El Escobero, San Simon, Casa 1 Evi
Medellin, 040018
COLOMBIA

Monica Rosa Elena Guzman Donoso
Achumani Calle 29 #322
La Paz
BOLIVIA

Multiplan Inc.
535 East Diehl Road
Naperville, IL 60563

My Student Plans, Inc.
8608 Boundbrook Terrace
Manassas, VA 20109

Myanma Insurance
No. 220 Insein Road Hlaing Township
Yangon, 11111
MYANMAR

Myanmar international Sos Ltd
Inya Lake Hotel 37 Kaba Aye Pagoda Road
Yangon, 112233
MYANMAR

Myriam Cieslinski
6969 Collins Avenue, Apt 1503
Miami Beach, FL 33141

Nadeska Araujo De Blanco
Urb. Prados del Este, Calle San Francisc
Caracas, 1080
VENEZUELA

Nadia Angelica Gajardo Villablanca
304 INDIAN TRACE #352
Weston, FL 33326

Nakasero Hospital
Plot 14A and B AKII BUA Road
Kampala
UGANDA

Natalie Martinez
9801 NW 29th Avenue
Miami, FL 33147

Natascha Elizabeth Benavides Reyes
av ppal colinas de valle arriba edif val
Caracas Capital District, 1064
VENEZUELA

National Takaful Company P.S.C. (Watania
P.O. Box 6457
Abu Dhabi, 11111
UAE

Navex Global, Inc
5500 Meadows Road, Suite 500
Lake Oswego, OR 97035

Nebraska Attorney General
2115 State Capitol
PO Box 98920
Lincoln, NE 68509

Nebraska Department of Revenue
PO Box 98912
Lincoln, NE 68509

Neil Anthony D`Ornellas
33 Durban Street
Georgetown
GUYANA

Nelia Fernandez
15142 SW 92nd Terrace
Miami, FL 33196

Nelly De Montiel Puchau Ricardez
Urb. Colinas de Tamanaco, Calle Toledo,
Caracas, 1070
VENEZUELA

Nelson Rafael Calvetty
Avenida principal Edif Res Santa F
Ap 2D Urbanizaci n Cumbres de Curumo Mun
Caracas, 1070
VENEZUELA


Network-Value
16440 Gateway Path
Suite 200
Frisco, TX 75033


New CGF Insurance LLC
CAPARRA OFFICE CENTER
22 GONZALEZ GUISTI
Guaynabo, PR 00968


New York Life
51 Madison Avenue
New York, NY 10010


New York Life Insurance Company
101 N. Independence Mail East
LockBox 13701
Philadelphia, PA 19106


NEWYORK PRESBYTERIAN HOS
PO BOX 6154
New York, NY 10249


Nicha Rungsimanond /Bumrungrad Hospi
33 Sukhumvit 3 (Soi Nana Nua), Wattana
Bangkok, 10110
THAILAND


Nicolas Ramon Dominguez Montilla
Urb. Villas del Pilar, Calle 6 con Av. V
Portuguesa, 3301
VENEZUELA


Nicole Cohen
PH Pacific Point Torre 700
Apt 7B
Punta Pacifica
PANAMA

Nicole Huergo
816 NW 87th Avneue, Apt 304
Miami, FL 33172

Nicole Simbaco
13951 SW 109th Street
Miami, FL 33186

Nightingale Hospital London
11-19 Lisson Grove
London, NW1 6SH
UNITED KINGDOM

Nilson Flavio Goncalves
Av. Jucerimo Kubitsehek de Oliveira 2040
Ap 142, San Jose Dorio Breto
Sao Paulo, Sao Paulo 15092-415
BRAZIL

Nirely Gonzalez
Prolongacion Calle T de Colinas de Valle
Caracas Capital District, 1080
VENEZUELA

Nissi Innovations LLC Jason Huang
5092 Greencap Dr.
Irvine, CA 92604

Nissim Levi
703 Waterford Way, Suite 560
Miami, FL 33126

Niubis Quiala
12433 SW 30th Street
Miami, FL 33175

Niveton  International S.A.
Ruta 8, KM 17.500  Edificio @
1 Oficina 105
Montevideo, 91600
URUGUAY

Niveton Franco Treinamento e Corretora d
Avenida Marques de Sao Vicente, 2219-15
Sao Paulo, 05036-040
BRAZIL

Niveton International Latam Business
Edificio @3, Oficina 004 - Zonamerica Ru
Montevideo, Montevideo 91600
URUGUAY


Niveton International Latam Business II
Edificio @ 3, Oficina 004 - Zonamerica R
Montevideo, 91600
URUGUAY


Niveton Isak Gwercman
Avenida Marques de Sao Vicente, 2219-15
Sao Paulo, 05036-040
BRAZIL


Niveton LCS Corretora de Seguros Ltda.
Avenida Marques de Sao Vicente, 2219-15
Sao Paulo, 05036-040
BRAZIL


Niveton Niveton  International S.A.
Avenida Marques de Sao Vicente, 2219-15
Sao Paulo, 05036-040
BRAZIL


NJ Division of Taxation
Revenue Processing Center
Trenton, NJ 08646


Noemi Perez Insurance Partner, LLC
PO Box 195151
San Juan, PR 00919


Noor Harmoush
4480 Gilchrist Drive
Riverside, CA 92505


Nopal  Sa
Samuel Lewis PB3 Torre HSBC
Panama
PANAMA


Nora Gonzalez Urosa
Avenida Casigmiare Qta Carolina Urb. Col
Caracas, 1035
VENEZUELA

Nora Maria Vivas Rincon
Res. Los Jardines, Torre C, Piso 2,
Apto. 23-C, El Municipio El Hatillo
Caracas, 1070
VENEZUELA


Norma  Chiapero
Santa Ana, 125 metros norte de la, cruz
San Jose, 10901
COSTA RICA


Norma Valdez
23 Molly Loop
Ladera Ranch, CA 92694


North Carolina Attorney General
9001 Mail Service Center
Raleigh, NC 27699


North Carolina Department of Revenue
PO Box 871
Raleigh, NC 27602


Northern Brokers
Avenida Mohedano entre Calle Los Granado
Caracas Capital District, 1060
VENEZUELA


Now Health International Limited
Unit OT 19-37 Level 19, Central Park Off
P.O Box 482055
Dubai
UNITED ARAB EMIRATES


NY Attorney General
28 Liberty Street
New York, NY 10005


NYS Department of Taxation
BUILDING 9
W A HARRIMAN CAMPUS
Albany, NY 12227

Oanda FX Data Services
228 Park Ave. S
Ste 20236
New York, NY 10003-1502


Office of the Attorney General - CA
Consumer Protection Section
Attn: Bankruptcy Notices
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004


Office of the Attorney General - NJ
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625


Office of the Attorney General - US
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530


Ofg Services Ca
8750 NW 26 St. Ste. 550
Miami, FL 33178


Ofg Services Ca
Calle Mucuchies, Edificio Jimmy,
Piso 1, Oficina N
Caracas Capital District, 1060
VENEZUELA


Olga Lisbeth Santaella Delgado
Calle Sur 17, Resid. Fanoral,
Piso 3 Apto. 33, La Candelaria
Caracas, 1070
VENEZUELA


Olga Lucia Valencia Londono
Cra. 38 #26-17
Oficina 525 Ed. Bio26 Av Las Palmas Med-
Bogota, 110110
COLOMBIA


Olga Rios
4209 NE 16th Street
Homestead, FL 33033

Olga Rodriguez
9000 SW 184th Lane
Miami, FL 33157


Olisdanys Angulo
12764 SW 133th Street
Miami, FL 33186


Oliver Financial Group LLC
252 Ave. Ponce de Leon,  Suite 2002
San Juan, PR 00918


Olivia Del Valle Perez Gutierrez
Urb. Santa Fe Norte, Avda. Jose Maria Va
Apto. 31 B, 3er piso
Baruta, 1080
VENEZUELA


OLV HOSPITAL
Moorselbaan 164 Aalst
Aalst, 9300
BELGIUM


Olympic Agency, Inc.
PMB 370,1353 19 St.
Guaynabo, PR 00966


OneNeck IT Solutions, LLC
OneNeck IT Solutions PO Box 857950
Minneapolis, MN 55485-7950


OneWelbeck Imaging & Diagnostics
Lower ground floor1 Welbeck street
London,  W1G0AR
UNITED KINGDOM


Online Vector Insurance Solutions LLC
210 Industrial Rd. Ste. 205
San Carlos, CA 94070


OPERADORA DE HOSPITALES ANGELES S A DE C
Av. Camino a Santa Teresa No. 1055,
Piso 14 H roes de Padierna, La Magdalena
Ciudad de M xico, CDMX 10700
MEXICO

OPERADORA DE HOSPITALES ANGELES S A DE C
CAMINO A SANTA TERESA NO 1055
MEXICO, 10700
MEXICO


Oracle America Inc
PO Box 44471
San Francisco, CA 94144-4471


Orlando Adolfo Gonzalez Bustos
Av. Ppal Colinas de La Tahona, Edif. Cam
Apto A-73, Colinas de La Tahona
Caracas, 1083
VENEZUELA


Orly Goldsmith Oppenheim
Calle Huichapan 21 - 402 Col Hipodromo D
Mexico City, CDMX CP 06140
MEXICO


Orsan Kocak
25885 Greenhill
Lake Forest, CA 92630


Oscar E. Franzius - United Financial Con
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


Oscar Freites S
Av Estadio, Centro Comercial Novocentro
Puerto La Cruz, Anzoategui 6023
VENEZUELA


Oscar Gabriel Soukop Garcia
Avenida Italia 6721
Montevideo, Montevideo 11100
URUGUAY


Oscar Gabriel Soukop Garcia
Avenida Italia 6721
Montevideo, 11100
URUGUAY


Oscar Michel
8495 SW 108th Street
Miami, FL 33156

OSWALDO MARTINEZ GONZALEZ DE SALCEDA
Av. de las Flores #307, Col. Pilares ?gu
CDMX, 1710
MEXICO


Oswaldo Vicente Quiroga Olivares
Calle Los Abogados entre Avs Facultad y
oficina 2, Los Chaguaramos
Caracas, 1070
VENEZUELA


OV Technologies (Oscar Vera)
1717 W Townsend St
Rialto, CA 92377


Pablo Hernandez Hernandez Paris
Av. Libertador, Res. Ecuador, Of. Mezz "
Caracas Capital District, 1050
VENEZUELA


Pacific Prime
C. Lago Zurich 219
Piso 12, Amp Granada, Miguel Hidalgo,
Mexico City,  CDMX 11529
MEXICO


Pacific Prime Insurance Brokers LLC Paci
The Offices At Ibn Battuta Gate, PO Box
Office 110,
Dubai
UNITED ARAB EMIRATES


Paola Merlo
701 Petunia Drive
Plantation, FL 33317


Paradise Plants, Inc.
1569 Passion Vine Circle
WESTON, FL 33326


Paragon Global Wealth Inc
Via Ricardo J Alfaro, Edificio The Centu
Panama, 0834-02595
PANAMA

Parkway Health Medical Centers. Shanghai
7F, 108 Zhao Jia Bang Road,
Shanghai, 200020
CHINA


Parkway Hospital People`s Square
No. 336 Mid Xizang Road, Plaza 336
Shanghai, 200001
CHINA


Pascuale Guarino
780 NW 42nd Ave.
Miami, FL 33126


Patricia Elena Fuentes Gimon
Calle Caripe, Qta. Neblina, Urb. Cripeto
Caracas, 1070
VENEZUELA


Patricia Gomariz Prats
Calle A, Res. Luna Sol
Apto 1C Urb Lomas del Sol, Caracas 1061
Caracas, Miranda 1061
VENEZUELA


Patricia Lorenzo
12571 NW 57th Court
Coral Springs, FL 33076


Patricia Martin Del Campo Campillo
Blvd. Cauhtemoc Sur 2801 - INT 17 Col. D
Tijuana, 22044
MEXICO


Patricia Ziomek
146 Muirfield Drive
Ponte Vedra Beach, FL 32082


Patrick Collins
1690 Wrightstown Rd.
Newtown, PA 18940


Patrick Donald Camm
245 NE 14th Street, Apt. 1503
Miami, FL 33132

Paula Albino Machado
av vice presidente jose alencar 1515
bloco 2 apt 1
Rio de Janeiro, Rio de Janeiro 22675033
BRAZIL


Paula de Souza Amorim
8396 NW 51st Terrace
Doral, FL 33166


Paula Eugenia Gasulla Iecco
Av. Padre Pereira de Andrade 545
Apto 173 F Alto de Pinheiros
Sao Paulo, S?o Paulo 05469-000
BRAZIL


Paulo Andre Ribeiro Fonseca
Av. Rio Branco, 181 Sala 801 - Centro
Rio de Janeiro, Rio de Janeiro 20040-007
BRAZIL


Paulo Brucoli
Av Alberto Ramos 130
Apt 102 Bloco 2
Sao Paulo, CEP03222
BRAZIL


Paulo Brucoli
Av. Alberto Ramos 130
Apt 102 Bloco 2
Sao Paulo, CEP3222
BRAZIL


Paulo Sergio Dos Santos Costa
SHS Pd 06 Conjunto A Bloco E Sala 525
Brasilia, DF 05614.040
BRAZIL


Paylocity
1400 American Lane
Schaumburg, IL 60173


Payscale, Inc.
113 Cherry St, Ste 96140
Seattle, WA 98104

Pearl Anthony Associates
13 Gunther Loop
Somerset, NJ 08873


Pedro A Palicio
75 Valencia Ave. Ste. 304
Coral Gables, FL 33134


Pedro Jose Oropeza Ceija
Av. Soublette, Resd. King David,
Piso 10, Apt. 10B San Bernardo
Caracas, 1070
VENEZUELA


Pedro Roberto Durrego Garcia
Centro Comercial Los Samanes,
Piso 4, Ofc 403A
Caracas, 1070
VENEZUELA


Pedro Rojas
15 calle 11-40
zona 10
Guatemala City, 01010
GUATEMALA


Pedro Tuesta Anaya
ENRIQUE SEDANE 339 TORRES DE LIMATAMBO
Lima, 15036
PERU


Pension Assurance LLP
5126 Clareton Drive, Suite 110
Agoura Hills, CA 91301


Perfect Circle Inc
Edificio Plaza Esquina Escazu,
Oficina 1
San Jose, 10203
COSTA RICA


Perlora Management
482 W San Ysidro Blvd. Suite 124
San Ysidro, CA 92173

Peter Abdool
11 Avenue of the Republic
Georgetown
GUYANA


Peter Ramos Photography LLC
17142 SW 138th Ct.
Miami, FL 33177


Petra Del Carmen Hernandez Orta
Urb. Los Saltos, Conj. Resd. Alto Caroni
Puerto Ordaz, Bolivar 8050
VENEZUELA


Phama Investments Advisers Corp.
Palm Chambers, 197 Main Street,
Road Town, Tortola  VG1110
BRITISH VIRGIN ISLANDS


PHARMCARE SERVICES
2750 SW 145th Ave
Ste 304
Miramar, FL 33027


PHARMCARE SERVICES
2750 SW 145th Ave, Ste 304
Miramar, FL 33027


Phil Burr
508 E. North Street
Geneseo, IL 61254


Philip Arabambi
1243 Mayfair Drive
Corona, CA 92882


PIB LLC
800 SE 4th Ave. Suite 702
Hallandale, FL 33009


Piero Addati Recchia
United Financial Consultants
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

Pierre Michel
R. Emg. Jorge Oliva, 553
AP 71
Sao Paulo, S?o Paulo 04362-060
BRAZIL

Pilar Teresa Bello
Calle El Morro Quinta Renacer Urbanizaci
Caracas, Capital District 1080
VENEZUELA

Pinnacle Group Business Resources, LLC
1650 Market Street
Suite 3600
Philadelphia, PA 19103

Pinnacle Insurance Brokers
7 Merrick Ave
Kingston, Kingston 10
JAMAICA

Pithis International LTD
Ritter House 5th Floor PO Box 3200
Road Town, Tortola VG1110
BVI

POLICLINICA METROPOLITANA, C.A.
Calle A-1, Edif. Policlinica Metropolita
Caracas, 1061
VENEZUELA

POLICLINICA METROPOLITANA, C.A.
CALLE A-1 CARACAS
Caracas DISTRITO CAPITAL, 1060
VENEZUELA

Post and Telecommunication Joint Stock I
Harec Building 4A Lang Ha Street Ba Dinh
8th Floor
Hanoi, 10000
VIETNAM

Praxis Associates, Inc
PO BOX 3450
Bayamon
Mayaguez, PR 00681

Praxis Associates, Inc
PO BOX 3450
Mayaguez, PR 00681


Pre-Paid Legal Services Inc (LegalShield
One Pre-Paid Way
Ada, OK 74820


Precision Logistics International, LLC (
4820 Bridlewood Cir NE
Canton, OH 44714


PricewaterhouseCoopers LLP
300 Madison Avenue
New York, NY 10017


Priscila Manzo Lindgren Silva
R. Campevas 253 A/P.61
Sao Paulo, S?o Paulo CEP.: 0501
BRAZIL


Priscila Mello Costa
Rua Begonia Real, 119
apt13b jd Pedra Branca
Sao Paulo, 08490
BRAZIL


Private Financial Associates, C.A
Av 13 con Calle 73, Centro Comercial los
Piso 3, Oficina C10
Maracaibo, Zulia 4001
VENEZUELA


Private Investment Group, Inc
Centro Gerencial Mohedano Planta Baja lo
Caracas, 1060
VENEZUELA


Procesadores De Informacion SC
Horacio 1844,
Piso 1, Col. Polanco I Seccion
Miguel Hidalgo, Mexico City 11510
MEXICO

Producers Financial Group
8249 NW 36th St. Suite 111
Miami, FL 33166


Professional Service, Inc.,Geoffrey Chua
4245 Upper Park Drive
Fairfax, Virginia 22030-0000


Prolife Corretora De Seguros Consultoria
Rua Almirante Baltazar 194 BL 002
Apt 304 Bairro Sao Cristovao
Rio de Janeiro, RJ 20941-150
BRAZIL


PT Asuransi Sahabat Artha Proteksi
JL Danau Sunter utara Blok B 36A Kua 16-
Sunter, Jakarta 14350
INDONESIA


Pzu Poliklinika Dr Al-Tawil
Zmaja Od Bosne 7 Importane Centar Sprat
Sarajevo, 71000
BOSNIA AND HERZEGOVINA


R&F Consulting Inc.
80 Main Street
P.O. BOX 3200
ROAD TOWN, TORTULA VG1110
BRITISH VIRGIN ISLANDS


Rafael Algarin
7157 W 29th Way
Hialeah, FL 33018


Rafael Andres Gallegos Baldo
Av. Eugenio Mendoza, Torre IASA,
Piso 1, Ofic. 107 Urb. La Castellana
Caracas, 1070
VENEZUELA


Rafe Kassam El Hinaqui
av carabobo.Edif caracas soberana de cor
Caracas, 1070
VENEZUELA

Raffles Hospital
585 North Bridge Road, Raffles Hospital,
Singapore, 188770
SINGAPORE


Raffles Hospital Beijing Co., Ltd
105,Wing 1,Kunsha Building,
No.16 Xinyuanli, Chaoyang District,
Beijing
CHINA


Raisa Montgomery
7430 SW 59th Court, Apt A10
South Miami, FL 33143


RAMTOR GROUP J.R
10251 NW 70TH LANE
Doral, FL 33178


Randstad
P.O. Box 894217
Los Angeles, CA 90189


Randy Yan
13 Gold Bluff
Irvine, CA 92604


Raphael Joyce
14901 SW 157th Court
Miami, FL 33196


Raquel Cristina Palacios Amiuni
Av. El Arroyo, Edif. Jacaranda, 1 B, El
Caracas, 1070
VENEZUELA


Raquel Guzman
764 Aletha Avenue S
Lehigh Acres, FL 33974


Raya Robinson De Gittler
Palacio de Versalles 245-4
Lomas de Reforma, Mexico City 11020
MEXICO

RBS Responsible Business Solutions GmbH
Hegelgasse 13
Vienna, 1010
AUSTRIA


Real Life Patrimonio Global LTDA
Rua Antonio Parreiras, 190,
Apto 401 Bela Visat
Porto Alegre, Rio Grande do Sul 90450-05
BRAZIL


Real Plants, Inc.
27762 Antonio Parkway
#L1636
Ladera Ranch, CA 92694


Rebeca Balkanyi
Rua Sao Paulo Antigo
425 Apt 21
Sao Paulo, SP 05687-011
BRAZIL


Rebecca Fernandez
3630 NW 19th Terrace
Miami, FL 33125


Renaissance Printing
4130 NW 16th Blvd
Gainesville, FL 32605


Renato Marcel Goldberg
Rua dos Jacarand s, 300 - Barra da Tijuc
Rio de Janeiro, 22776-050
BRAZIL


Rene Zamora
3512 NE 9th Street
Homestead, FL 33033


Reva Inc.
2101 W Commercial Blvd. Suite 5100
Fort Lauderdale, FL 33309

Ribeiro And Filhos LTD
PO Box 3200 Ritter House
5th Floor, Wickhans Key II
Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

Ricardo  Tihanyi
Edif Quinora, torre A,
ofic 241 era Av. Los Palos G
Caracas, Miranda 1060
VENEZUELA

Ricardo A. Gomez Otto
Calle 137, Edif. El Encanto 2,
Piso 7, Apto 7B, Ur
Valencia, 2001
VENEZUELA

Ricardo Alberto Uriegas Sansores
2100 S SHARY RD
SUITE 5 PMB 60
Mission, TX 78572

Ricardo Andres Hausmann Pfeifenkopf
1942 NE 148TH ST, #1312
Miami, FL 33181

Ricardo Campos Toni
Res Rua Piauf n 1-145
Apto 122 Hlqlenopolls
Sao Paulo, 05614.040
BRAZIL

Ricardo Cors
5435 SW 152nd Place Circle
Miami, FL 33185

Ricardo De Oliveira Costa Pini
Rua Belchor de Azevedo 156,
Bld 1, ap 92
Sao Paulo, S?o Paulo 05089-030
BRAZIL

Ricardo Gabriel Villarroel Mendible
Av. Principal de La Tahona, Residencia C
Caracas, Miranda 1071
VENEZUELA

Ricardo Jesus Muci Ramos Alfredo Juan Gu
2627 NE 203rd St.  Suite 218
Miami, FL 33180

Ricardo Jose Marcano
Av. La Estancia, CCCT, Torre B,
Oficina 502
Caracas, 1070
VENEZUELA

Ricardo Lara
4121 NW 88th Avenue #207
Coral Springs, FL 33065

Ricardo Minc - Agente Niveton
Edificio at 3,
Oficina 004 Zonamerica, Ruta 8, Km 17.50
Montevideo, 91600
URUGUAY

RIcardo Requena
3740 NE 11th Street
Homestead, FL 33033

Ricardo Rosales
8750 NW 36 Street  Suite 550
Doral, FL 33178

Rich Francis
44 Lookover Lane
Yardley, PA 19067

Riggs Counselman Michaels & Downes, Inc
555 Fairmount Ave.
Baltimore, MD 21286

Rio Caribe Inc
Av San Felioe de la Castellana. Qta Bego
Caracas Capital District, 1010
VENEZUELA

Roalma Roalma (with UFC)
4770 Biscayne Blvd. Suite 980
Miami, FL 33137

Robert De Jesus
11768 NW 29th Court
Coral Springs, FL 33065


Roberto Angel De Armas Javier
Av. Francisco De Miranda, Edif. Tecoteca
Piso 4,
Caracas, 1070
VENEZUELA


Roberto Antonio Lara Watson
Colonia 15 de Septiembre 3ra Cll 2da Av
Comayaguela, 12101
HONDURAS


Roberto Cairo
8396 NW 51st Terrace
Doral, FL 33166


Roberto Enrique Esquivel Benard
Rohrmoser, de casa de oscar arias 100 oe
San Jose, 10201
COSTA RICA


Robinson Mori Hidalgo
Calle Federico Recavarren 462 Mira Flore
Lima, 15074
PERU


Rodolfo Duarte Moreira Filho
Rua Salim Izar 333
Ap 81 - D
Sao Paulo, Sao Paulo 05617-040
BRAZIL


Rodolfo Hobaica Morffe
4ta av.con 5ta transversal edif kabanaye
apt 1a
Caracas Distrito Capital, 1040
VENEZUELA


Rodrigo Cavalcanti De Arruda
Rua Do Rocio 199 CJ 122
Sao Paulo, S?o Paulo 04552-000
BRAZIL

Rodrigo Pereira Guedes
Rua Antilhas 50
Apt 701 Sion
Belo Horizonte, Minas Gerais 30315-480
BRAZIL


Rodrigo Valadao Cordeiro
Rua Pedra Bonita No 573,
Apto 302 Bairro Prado
Belo Horizonte, Minas Gerais 30411-216
BRAZIL


Rogerio Michel Day
Rua Dona Balduina, 255 Sumare
Sao Paulo, Sao Paulo 01251-020
BRAZIL


Rolf Farto Bozzo
Av. Jamaris, 100. Cj 403.
Bairro Moema, S?o Paulo 04078-000
BRAZIL


Romulo Daniel Segovia Tovar
Urbanizacion Gran Colombia, Avenida El R
Los Rosales, 1040
VENEZUELA


Ronald Benigno
113 Whistle FLower
Irvine, CA 92618


Ronald Jose Villanueva Doubronth
Vrb Valle de Oro Conjunto La Estancia Ca
Estado Carabobo, 2044
VENEZUELA


Ronaldo De Britto Pereira
Rua Nascimento Silva 351 apto 501
Rio de Janeiro, RJ 20560-001
BRAZIL


Ronit Holdings Inc
PO BOX 905
Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS

Ronmel Jose Liscano Calles
Urbanizacion El Paraiso, Calle 5B,
Casa 13D-5 Municipio Palavecino
Cabudare, Lara 3023
VENEZUELA

Ronny Julio Alvarez Escudero
Av. Hillman 144, Dpto. 802, Surquillo
Lima, 15038
PERU

Rosa Martinez
17142 SW 138th Court
Miami, FL 33177

Rosalicia Del Carmen Romero Salazar
Calle Capri, Qta. Sinfonia, California S
Caracas, Miranda 1071
VENEZUELA

Rosanna Alejandra Montes Sanchez
Av. Los Proceres, Edif. Fenicia,
Piso 2, Apto 6, S
Caracas, 1070
VENEZUELA

Rosario Bedoya
9140 Fontainebleau Blvd., #302
Miami, FL 33172

Rosario Salazar Garcia
Av. Sanz, Urb. El Marques, Edif. Ondarre
Piso 6, Apto. B
Caracas, Miranda 1052
VENEZUELA

Roscio Hermilda Betancourt Hernandez
ub santa secilia, av 105b #119-83 qta co
valencia, Carabobo 2001
VENEZUELA

Rosely Epsztein
Rua Dourado, 180
Guaruja, Sao Paulo 11454-250
BRAZIL

Rosilene Conessa
Rua Cerro Cora, 585 Conunto 310,
Torre 1
Sao Paulo, Sao Paulo 05061-150
BRAZIL


Roxana Barrientos
CALLE COLON 758
SANTA CRUZ, Santa Cruz Department
BOLIVIA


RSM US LLP
801 Nicollet Avenue
Suite 1200 West Tower
Minneapolis, MN 55402


Rts Risk Transfer Service
CC Avenida Libertador,
Piso 1, Ofic. 1-5
Caracas , 1070
VENEZUELA


RUBEN ANTONIO YANES FERERAS
5ta. Av. con 3era transversal, Edif. Tam
piso 1, Apto. 14, Urb. Los Palos Grandes
Caracas, Miranda 1080
VENEZUELA


Ruben Herrera
Urb. La vi a, calle Paez# 108-41, Qta Pa
Valencia, Carabobo 2001
VENEZUELA


Rudel Iznaga
3069 NW 13th Street
Miami, FL 33125


Ryan McDonough
11 Waterford Way
Wallingford, PA 19086


Saad Anthony Baksh
86 Harold Avenue
San Fernando, Marabella
TRINIDAD AND TOBAGO

Sabine Eland Silva
Rua Chapeco, # 137, Barrio Saguacu
Janielle Santa Catarina, 89221-040
BRAZIL


Salomao Gammerman
21157 NE 33rd Ave.
Aventura, FL 33180


Salomon Sidauy Romano
Av Jesus Del monte 44 B10, Col Jesus del
Huixquilucan, Estado De mexico 52779
MEXICO


Salvatore Lonigro Picciuto
Av. 12 con Calle 34 #34-142 Conj. Res. S
Caracas, 1070
VENEZUELA


Samitivej International
No 9 E/2 Kabar Aye Pagoda Ward No 7
Mayangone Town
Yangon
MYANMAR


Samitivej Sukhumvit Hospital
No. 9E/2, Kabar Aye Pagoda Rd,
Mayangone Township,
Yangon
MYANMAR


Samitivej Sukhumvit Hospital
133 Sukhumvit 49 Klongtan Nua Vadhana
Bangkok, 10110
THAILAND


Sandra Brown
28 Norway Terrace,
Kingston Saint Andrew (Half Way Tree), K
JAMAICA


Sandra Coromoto Idrogo Quintero
Urb. Manzanares CC. Manzanares
Piso 1 Oficina 01-14
Caracas, 1070
VENEZUELA

Sandra Daniela May
Av. Dr. Arnaldo 2180
Sao Paulo, SP 01255-000
BRAZIL


Sandra Isabel Hoyos Mora
Cl 27 Dsor #27 c 51,
Apt 903
Bogota, 110110
COLOMBIA


Sandra Leonor Goncalves Oliveira Borges
8786 NW 99th Path
Doral, FL 33178


Sandra Lopez-Silva
6916 N.W. 174 Terr
D-100
Hialeah, FL 33015


Sarah Li
30 Plumeria
Lake Forest, CA 92630


Saul Rubinsztejn
Callao 441 40G
Buenos Aires, C1022 AAE
ARGENTINA


Scarlet Carolina Manrique
Urb. Unare II Cloque 32, Piso 3 Apto 03-
Puerto Ordaz Eatdo, Bolivar 8050
VENEZUELA


Scott Sanders
1422 Park Beach Circle
Punta Gorda, FL 33950


SD- Brokers
Callao 441 40G
Buenos Aires, C1022 AAE
ARGENTINA


Secutive Acquisition LLC
212 Carnegie Center, Suite 106
Princeton, NJ 08540

Segrupex S.A
Hospital Clinica Biblica, Torre M dica
1er piso, oficina de Turismo M dico, cal
San Jose, 40901
COSTA RICA


Segrupex S.A
San Jose
San Jos , 40901
COSTA RICA


Senator Sales Limited
33 Highland Road
Amersham, Buckinghamshire HP7 9AX
UNITED KINGDOM


Seoul Counseling Center
35 Gangnam-daeno 158-gil Gangnam-gu
Seoul, 6034
SOUTH KOREA


Sergio Alberto Moreno Morales
Edificio Torre Platinum Bussiness Center
Piso 5 Oficina 51
Santa Cruz de la Sierra, Santa Cruz Depa
BOLIVIA


Sergio Enrique Torrendell
km 56.5 Ramal Pilar, Estancias del Pilar
Pilar, Buenos Aires 1629
ARGENTINA


Sergio Wainberg
Avenida Nilopolis 135
Porto Alegre, 90460-050
BRAZIL


Servando Escamilla Dominguez
Goethe #16, Piso 5, Col. Anzrured, Migue
Mexico City, CDMX 11590
MEXICO


Servicios Urologicos Umd S C
Hospital Angeles Lomas, Vialidad de la B
Jes s del Monte, 52763
MEXICO

Shadrach Robinson - United Financial Con
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


Shamrock Union Inc
Vanterpool Plaza, 2nd Floor Wickhans Cay
Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS


Shanghai Delta Health Hospital
No.109  XULE Road
Shanghai
CHINA


Shanghai Donglei Brain Hospital
988 Huaxu Highway, Qingpu District,
Shanghai, 200000
CHINA


Shanghai Jiajing Clinic
689 Guiping Road, Xuhui District
Shanghai, 200000
CHINA


Shanghai Jiajing Clinic
Suite 10188 Changshu road
Shanghai, 200233
CHINA


Shanghai Life Insurance Company Ltd
8/F 12/F No. 201 Century Ave  Pudong New
Shanghai, 200120
CHINA


Shanghai United Family Hospital & Clinic
No 699 Ping Tang Road, Chang Ning Distri
Shanghai, 200335
CHINA


Shanghai United Family Hospital & Clinic
1139 Xian Xia Road Changning District
Shanghai, 200336
CHINA

Sharon Leicester
1421 Ashland Avenue
Evanston, IL 60201


Sharon Nieto
PO Box 232
Cypress, CA 90630


Sheila Clezar
Avenida Washington Luis 1576,
Apto. 312F
Sao Paulo, S?o Paulo 04662-002
BRAZIL


Sheka Forna
Stefansgade 36 3TV
Copenhagen, 2200
DENMARK


Shelton A (UFC)
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


Shelton B (UFC)
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


Shelton C (UFC)
4770 Biscayne Blvd Ste. 980
Miami, FL 33137


Shelton D (UFC)
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


Shelton E (UFC)
4770 Biscayne Blvd Ste. 980
Miami, FL 33137


Shelton Shelton A
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

SHI International Corporation
290 Davidson Ave.
Somerset, NJ 08873


Shyam Medandrao
30 Glicina Street
Rancho Mission Viejo, CA 92694


Silvana Maria Gracia Denis
Cordillera 911 Teniente Rivas
Mburucuya, Asuncion 001415
PARAGUAY


SilverStone Group
11516 Miracle Hills Dr, Suite 100
NE 68154


Silvia Poplawsky
Sierra Vertientes 365-501Lomas de CHapul
Mexico, Veracruz 11000
MEXICO


Silvia Vlodaver Unzek
Av. De las Fuentes 13-603 Tecamachalco
Mexico City  CDMX 53125
MEXICO


Singapore General Hospital
Outram Road
Singapore, 169608
SINGAPORE


SinoUnited Health Center
Ping An Riverside Finance Center, 3/F, 7
Shanghai, 200335
CHINA


SinoUnited Health,Huangpu Riverside Clin
Ping An Riverside Finance Center, 3/F, 7
Shanghai, 200335
CHINA


Sistem Bestur Sigorta Aracilik Hizmetler
Dolapdere Cad. No: 124, Kat: 2, Pangalt?
Instabul, 34373
TURKEY

Skillsoft Corporation
300 Innovative Way Ste201
Nashua, NH 03062


Sky Life Jorge Yonny Mamo
Urb. Valle Blanco, Res. Estratosfera
Valencia, 2001
VENEZUELA


SM Asociados MX Rebeca Balas Levy
Cordillera de los Andes, No. 110,
Depto. 101, Col. Miguel Hidalgo
Miguel Hildalgo, Mexico City 11000
MEXICO


SM Asociados MX Seguridad Arieva, Agente
Fuente de la Templanza 83, Col. San Migu
Tecamachalco, 53970
MEXICO


SM Asociados MX SM Asociados
Insurgentes Sur 1020, Int 303 Col. del V
Mexico, Mexico City 03100
MEXICO


SM Asociados Solucion Activa, ET, SC
Fuente de Tamplanza No. 83, Col. San Mig
Tecamachalco, 53970
MEXICO


Smart Data Solutions
960 Blue Gentian Road
Eagan, NJ 55121


Smart Insurance Agency
1510 Roosevelt Ave., Suite 9A1
San Juan, PR 00920


Social Services League M P Shah Hospital
PO Box 14497 Shivachi Road
Nairobi Municipality, 800
KENYA

Sofia Giovanna Castanares Vitale
Av. Veracruz, Edif. Torreon
Ofic. 2A
Caracas, Miranda 1080
VENEZUELA


SOHIN GENETICS SAPI DE CV
Guillermo Gonz lez Camarena 1450
piso 9 Santa Fe,
?lvaro Obreg n, CDMX 1210
MEXICO


Solange Bastos -United Financial Consult
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


Solange Pagels
La Capitania 1098 Las Condes
Santiago, 755000
CHILE


Solidarity Bahrain BSC
Solidarity General Takaful B.S.C. Of See
MANAMA, 973
BAHRAIN


SOLUCIONES ADMINISTRATIVAS A FINALIDADES
Calle Lic. Domingo M. Trevi o #127 Int.
Monterrey, N.L. 64650
MEXICO


Sonia Carrara
8861 SW 142nd Ave
Apt 9-38
Miami, FL 33137


Sonia Guimaraes Oliveira (Noosa Consulto
Rua Indiana, 484
Apt 84
Sao Paulo, Sao Paulo 04562-000
BRAZIL


South Group Intl.
400 Ponce de Leon Blvd. Suite 470
Coral Gables, FL 33146

Specialty Insurance Solutions, Inc.
9121 Redbud Lane
Lenexa, KS 66220


Speire Capital Inc
Carrera 7 # 127-48
oficina 1008
Bogot , Bogot  D.C. 110110
COLOMBIA


Speridian Technologies LLC
2400 Louisiana Blvd NE Bldg 3
Albuquerque, NM 87110


SSE Space Management LLC
569 Canal Street
New Smyrna Beach, FL 32168


Stacey Savidge
3280 Cypress Creek Drive
Lauderdal-by-the-Sea, FL 33062


Staci Leone
124 Ridgefield Drive
South Windsor, CT 06074


Stackable Sensations
2200 Route 10 West
Suite 206
Parsippany, NJ 07054


Standard Insurance Company
1100 Southwest 6th Avenue
Portland, OR 97204


Staples Business Advantage
Dept LA
P.O. Box 83689
Chicago, IL 60696-3689


Star Healthcare Network Gigi Grobstein
120 Bloomingdale Road, Suite 304
White Plains, NY 10605

STARLIGHT MEDICAL CARE S.A. DE C.V.
Gabriel Mancera 740B, Colonia del Valle
Ciudad de M xico, CDMX 30100
MEXICO


STARLIGHT MEDICAL CARE S.A. DE C.V.
Gabriel Mancera 740B Colonia del Valle C
Cuidad Mexico, 30100
MEXICO


Steffi Ortiz
13534 SW 62nd Lane
Miami, FL 33183


Stephen Boush
1321 Upland Drive, Suite 2602
Houston, TX 77043


Stephen Rich
19 Grandview Avenue
Stamford, CT 06905


Sterling Security Technologies Corp
5757 Blue Lagoon Drive
Suite 160
Miami, FL 33126


Steve Le
25111 Windwood Lane
Lake Forest, CA 92630


Straker Translations
3400 N Ashton Blvd
Suite 150
Lehi, UT 84043


Strength International Investments
Av. B con B1, Quinta Gina Caurimare
Caracas, 1070
VENEZUELA


Studies  Careto
PO Box 228450
Doral, FL 33222

SugarCRM, Inc
548 Market Street
San Francisco, CA 94104


Sunnysideup Ideas Inc
1321 NE 160th St
North Miami Beach, FL 33162


Susadi Corp Susadi Corp
ICAZA, GONZALEZ-RUIZ& ALEMAN (BVI) TRUST
Building 1, Secogs
Road Town, Tortola VG1110
BRITISH VIRGIN ISLANDS


Susana May
Misiones 1487
Montevideo, 11100
URUGUAY


Suzie Lee
39 Russell Court
Matawan, NJ 07747


Sven Thorslund
1600 SW 13th Avenue
Miami, FL 33145


Switch Ltd.
Switch
PO Box 400850
Las Vegas, NV 89140


Sylvia Fernandez Strunz
75 Norte, Escuela Vello Horizonte Cond.
San Jose, 10201
COSTA RICA


Tamara Kivatinetz
Luis Maria Campos 387 C 1426
Buenos Aires, Buenos Aires 1426
ARGENTINA


Tara Stafford
261 McKeithen Drive
#26
Alexandria, LA 71303

Tatiana Ammar Salles Palhares
3802 NE 207th Street #2704
Aventura, FL 33180

Tatiana Catalina Mendoza Toro
Cll 27 Sur #28 - 100
Apto 505 Arroyo de la Honda Envigado Ant
Medellin, 55421
COLOMBIA

Tatiana Essucy
14970 SW 48th Terrace, Apt E
Miami, FL 33185

Tatiana Yuki Kubo
AV DR HUGO BEOLCHI, 620
Apt 1104
Villa Guarani, Sao Paulo 04310-030
BRAZIL

Technology Trade (Tt) LTD.
Ritter House 5th Floor PO Box 3200
Tortola, 1110
BRITISH VIRGIN ISLANDS

Tee Yaah
420 Mechanic Street
Orange, NJ 07050

Teladoc Health International
Via Augusta 252-260
2nd floor 8017
Barcelona, 8017
SPAIN

TelePacific Communications
PO Box 123279
Dept. 3279
Dallas, TX 75312-3279

Tell Equities Inc
5030 Champion Boulevard, G11 Box 144
Boca Raton, FL 33496

TERAPIAS DE INFUSION DE MEXICO SA DE CV
Av M xico 197, Colonia Condesa, Cuauht m
Ciudad de M xico  CDMX 6100
MEXICO


Teresa Flbbe
308 Fourth Avenue
Newtown Square, PA 19073


Teresa LaVecchia
49 Stanford Court
Irvine, CA 92612


Teresa Maria Perdigao Ferreira Marinho
RUA CARLOS GOMES, N  101
APTO. 15
SANTOS, S?o Paulo 11075-671
BRAZIL


Teri Frank
39 Camarin Street
Foothill Ranch, CA 92610


Thais Fernandex
21373 Town Lakes Drive
Apt 1516
Boca Raton, FL 33486


The Aga Khan University Hospital
3rd Parklands Avenue  Doctor`s Plaza
Nairobi, 30270-0010
KENYA


THE AMERICAN BRITISH COWDRAY MEDICAL CEN
Sur 136 Numero 116, COL. Las Americas, D
Ciudad de M xico, CDMX 1120
MEXICO


THE AMERICAN BRITISH COWDRAY MEDICAL CEN
SUR 136 NO. 116 COL. LAS AMERICAS DEL AL
Cuidad Mexico, 1120
MEXICO

The Joni Agency
Suite 41, de Verteuil Street Woodbrook
Port of Spain
TRINIDAD AND TOBAGO


The Sovereign Group
ALTATA 51-103, COL. HIPODROMO, DEL. CUAU
Mexico City,  CDMX 6100
MEXICO


Thiago DOs Santos
7470 NW 36th Street
Lauderhill, FL 33319


Thomas Sauer
Unknown
Vienna, Vienna 99999
AUSTRIA


Ticiana Carvalho
Rua ministro armando de Alencar, 16/502
Rio de Janeiro, Rio de Janeiro 22471080
BRAZIL


Tilleke & Gibbins Myanmar Limited
No 1608 16th Floor
Kyauktada, NY 22210


Tipping Point
Prolongacion Paseo de La Reforma #51, In
Mexico City,  CDMX 1330
MEXICO


TODD CANATELLA DDS
4428 Conlin Street
Metairie, LA 70006


Tonya Jackson
12021 Lansdowne Rd.
Austin, TX 78754


Top Stack
1200 Atwater Drive
Suite 185
Malvern, PA 19355

Towne Centre Office Partners LLC
2766 Sand Hill Road Suite 200
Menlo Park, CA 94025


Trader Group Company LLC
2446 Seven Oaks Drive
Saint Cloud, FL 34772


Trafalgar Travel Limited
14 Garelli Ave
Kingston, Kingston 10
JAMAICA


Transform Studios
9450 SW Gemini Drive
Beaverton, OR 97008-7105


Tricia McWeeney
10538 Stonybrook Avenue
South Gate, CA 90280


TripDoctor Insurance LLC
51 Huff Terrace
Montvale, NJ 07645


Troutman Pepper Hamilton Sanders LLP
301 Carnegie Centre
Suite 300
Princeton, NJ 08540


Twylite Investments SA
Av. Ernesto Blohm, C.C.C.T., Nivel C2,
Sector Yarey Oficina MZ04B
Caracas, Miranda 1061
VENEZUELA


Twylite Investments SA
Av. Ernesto Blohm, C.C.C.T. Nivel C2,
Sector Yarey Oficina MZ04B
Caracas, Miranda 1061
VENEZUELA

Twylite Investments SA (Jorge Luis Faro
Calle El Pauji, Residencias Mirador del
Apto B5B
Caracas, Miranda 1083
VENEZUELA


U.S. Bancorp Center
Attn: Legal Department
800 Nicollet Mall
Minneapolis, MN 55402


UCLA DEPT OF MEDICINE PROFESSI
FILE 55737
Los Angeles, CA 90074


UFC - Andrew  D Wright
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


UFC - Richard  Mclaws
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


UINTA ACADEMY RTC
3746 S 4800 W
Wellsville, UT 84339


UMHC.
Po Box 402005
Atlanta, GA 30384


Un. Fin. Con. Carmen Alicia Estrada De
15450 SW 159th St
Miami, FL 33187


Unicare Medical Center s.r.o
Na Dlouh m l nu 563/11, 160 00 Praha 6-V
Prague, 160 00
CZECH REPUBLIC


UNIDAD VIAS DIGESTIVAS SANTA SOFIA UNIVI
Av. Principal con calle Santa Ana. Urb.
Caracas, 1061
VENEZUELA

Unihealth
18-20, Le Pollet
St Peter Port, GY1 1WH
GUERNSEY


Unique Int Group Inc
Mossfon Building, 2nd floor, East 5457
Panama City, 0832-0886
PANAMA


United Family Fengshang Clinic
689 Yunle Road
Shanghai, 201107
CHINA


United Family Quankou Clinic
8 Quankou Road, Changning District,
Shanghai, 200336
CHINA


United Fin. Con. Intertrade Fin. Con. Gr
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


United Financial Consultants Caulton Chr
ZAFarringdon Dr.
Kingston, Kingston 6
JAMAICA


United Financial Consultants Claudia Lup
Nerine Chambers PO Box 905
Roadtown, Tortola VG1110
BRITISH VIRGIN ISLANDS


United Financial Consultants Interameric
4770 Biscayne Blvd.Suite 950
Miami, Florida 33137-0000


United Financial Consultants Joel Downer
31 Armour Glades Drive
Kingston, Kingston 8
JAMAICA


United Financial Consultants Karla Maria
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137

United Financial Consultants Sandra Brow
28 Norway Terrace, Kingston 8
Kingston, Kingston 8
JAMAICA


United Financial Consultants Tell Equiti
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


United Financial Consultants West Coast
4770 Biscayne Blvd. Ste. 980
Miami, FL 33137


United Healthcare Services, Inc.
9700 Health Care Lane
Minnetonka, MN 55343


United States Attorney - District of NJ
Peter W. Rodino, Jr. Federal Building
970 Broad St, 7th Fl.
Newark, NJ 07102


United States Trustee
One Newark Center
1085 Raymond Blvd., Suite 2100
Newark, NJ 07102


Unity Advisers Management Inc
Av. T-9, N. 2310 , Jd. America Sala 410A
Goiania, Goiania 74255-220
BRAZIL


UNIVERSITY OF PENN MEDICAL GROUP
PO BOX 824320
Philadelphia, PA 19182


UpToDate, Inc
PO Box 412094
Boston, MA 02241-2094


UROLOGICO SAN ROMAN CA
Calle Chivacoa Secion San Romas Edif uro
Caracas, Miranda 1060
VENEZUELA

Ursula Ricketts
Paul de Beaudiez 268 A San Isidro Lima 2
Lima, 15076
PERU


Value Care Insurance
Av. Sojo, T Orre Onix, Piso 1, Oficina 1
Caracas, Miranda 1060
VENEZUELA


Vanessa Biagioni Zuazua
Calle 12 residencia Los Robles, Torre II
Caracas, Miranda 1080
VENEZUELA


Vanessa Hernandez
21497 SW 87th Court
Cutler Bay, FL 33189


Vanessa Javier
9907 NW 9th Street Circle #12
Miami, FL 33172


Vanial Corp
PH Molon Tower, Piso 5, Calle Aquilino d
Ciudad de Panama, Panam  0823-02435
PANAMA


Vanial Corp.
1835 NE Miami Gardens Dr. #369
North Miami Beach, FL 33169


Vante Planejamento & Consultoria LTDA.
Avenida Marques de Sao Vicente, 2219-15
Sao Paulo, 05036-040
BRAZIL


Vantiv
8500 Governors Hill Drive
Symmes Township, OH 45249-1384


VAYAC SAPI SA DE CV (VFARMA)
CALLE JIMENEZ 465, COL. CENTRO,
MONTERREY, NUEVO LEON 66200
MEXICO

VAYAC SAPI SA DE CV (VFARMA)
CALLE JIMENEZ 465 COL. CENTRO
Monterrey, Nuevo Leon 66200
MEXICO


Vera Lucia Evangelista Barreto
Rua Assembleia 93 2001 Rua Bambina 60 80
Rio de Janeiro, Rio de Janeiro 20011001
BRAZIL


Vernwood Financial Services
34 Highland Road
Amersham, Buckinghamshire HP7 9AX
UNITED KINGDOM


Vicente Rodrigo Bosch
Calle Guanipa edf Loma Alta
Piso 3-B Colinas de bello
Caracas, 1070
VENEZUELA


Victor Babino
Torre la Previsora - Sabana Grande
Piso 11
Caracas, Miranda 1052
VENEZUELA


Victor Fan
1527 New Garden Road
Apt. 3G
Greensboro, NC 27410


Victor Hugo Tortolero Celis
Urb. Camino de la Mendera, Casa 3-14, Fi
Cabudare, Lara 3023
VENEZUELA


Victoria Bollenback
15378 W. 50th Place
Golden, CO 80403


Vielledent Sisniega Y Asociados
5825 Via Cuesta Dr.
El Paso, TX 79912

Vig Austria VIGAustria
Schottenring 30, P.O. Box 80,
Vienna, A-1011
AUSTRIA


Vincenzo D`Angelo Buccafuschi
AV CIRCUNVALACI?N QTA. PAX URB. LOMAS DE
Caracas, Miranda 1081
VENEZUELA


Violeta Maria Herrada Aparicia
Av, Paez Calle Araguaney Edif. Palazzo S
Piso 2 Apto 2-4 El Paraesa
Caracas, 1070
VENEZUELA


Vip Global Brokers
Caracas
Caracas Capital District, 1060
VENEZUELA


Virtru Corporation
1801 Pennsylvania Ave NW
5th Floor
0
Washington, DC 20006


Vitality International Limited Inc
Av. San Juan Bosco, Torre Centro Altamir
Piso 16 Urb. Altamira
Caracas Miranda, 1062
VENEZUELA


VIVIAN HOBAICA MORFFE
4ta Av. con 5ta transversal, edif. Kaban
Apto 1A.
Caracas - Venezuela, 1060
VENEZUELA


Viviana Arlet Rodriguez Huerta
Calle San Juan #5007 B Franco Terrazas D
Tijuana, CP 22665
MEXICO

VSP
Vision Service Plan (CA)
P.O. Box 45210
0
San Francisco, CA 94145-5210


W A Here Inc.
PO Box 557125
Miami, FL 33255


Walter Nan
700 Milam St. Ste. 1300
Houston, TX 77002


WeinsureEverything LLC
501 E Las Olas Blvd. Ste. 244
Ft. Lauderdale, FL 33301


Wellem Shaghai Xintiandi Clinic
Room 216, Building 2, Link Square, 202 H
Shanghai, 200336
CHINA


Wellness Enter
Emma de la Barra 353, Dique 4, Puerto Ma
Buenos Aires, C1107BXA
ARGENTINA


Wendy Karina Moya Pena
Av. Romulo Gallegos, Edificio Dakbur
Piso 3 Apto 3 Oficina Centro Lido, Torre
Caracas, 1060
VENEZUELA


Wendy Karina Moya Pena
Av. Romulo Gallegos, Ed. Dankdun
Piso 5 Los Ruices
Caracas, 1070
VENEZUELA


West Boca Medical Center
PO BOX 741249
Atlanta, GA 30374

West Coast United LTD
Vanter Pool Plaza, 2nd Floor
Tortola, VG1110
BVI


West Virginia Attorney General
State Capitol Complex
Building 1m Room E-26
1900 Kanawha Blvd. E
Charleston, WV 25305


West Virginia Tax Division
PO Box 1005
Charleston, WV 25324


Will Kennedy
260 Hawthorne Ave.
Haddonfield, NJ 08033


William J Bracho
10010 Belle Rive Blvd. Apt. 207
Jacksonville, FL 32256


Willis Towers Watson (Cambodia) Insuranc
466 Mao Tse Toung Boulevard (245)
Phnom Penh, Khan Tuol Kouk 12250
CAMBODIA


Wilmer Efren Ambrossi Sotomayor
Calle Adela Martinez Casa 14 y 11 Aya Tr
Lima, 15038
PERU


Wilmington Shared Services Ltd USD (AXCO
10 Whitechapel High Street
5th Floor 0
London, E1 8QS
UNITED KINGDOM


Windstream
4001 Rodney Parham Road
Little Rock, AR 72212


Wolters Kluwer (NILS)
33082 Collection Center Drive
Chicago, IL 92610

Worldwide Broker Network
315 Montgomer Street
Suite 900
San Francisco, CA 94104


Worldwide Express
135 San Lorenzo Avenue  PH-850
Coral Gables, FL 33146


Ximena Maria Ramirez Garcia De Zuniga
900 SW 57th St
Miami, Florida 33144-0000


Xion Consulting Group CA
Calle Principal Edif Resid XV
Piso 9 Apt 9C Urb Lomas del Avila
Caracas, Miranda 1060
VENEZUELA


XYZ Company
123 4th Avenue
101
Los Angeles, CA 91111


Yader Rivera
1549 SE 24th Court
Homestead, FL 33035


Yamil Eliezer Fuenmayor Rivas
Calle A No. A07 Urb. Las Esmeraldas Resi
Palo Negro, Aragua 2117
VENEZUELA


Yamisleidis Quilez
6357 SW 138th Place
Hialeah, FL 33015


Yan Santos
3355 NE 13th Circle Drive #105
Homestead, FL 33033


Yesmar Del Carmen Perez Moreno
chortaban 2 res villa 5
apt 5024
Caracas, 1070
VENEZUELA

Yirka Marban
15400 Durnford Drive
Miami Lakes, FL 33014


Yoel Leyva
5690 SW 72 Ave.
Miami, FL 33143


Yohanna Carolina Montes Duarte
244 Adams Street, Unit 4
Newton, MA 02458


Yoly Magdalena Sanchez de Perozo
Entre Av Facultad y Las Ciencias, C/ Los
Caracas, 1070
VENEZUELA


Yvonne Rogers
5100 USAA Blvd.
Apt. 1404
San Antonio, TX 78240


Zelis Payments Holdings LLC
777 Office Parkway
St Louis, MO 63141


Zhibao Technology (Shanghai) Co., Ltd.
Room 2104 No.868 Yinghua Road Pudong New
Shanghai, 200120
CHINA


Zilghean Gadea
10350 NW 5th Terrace
Miami, FL 33172


Zuldy Leslie Salazar Carriazo
Urb. Sabana Larza Calle 127, Edif. Marle
Valencia, Carabobo 2001
VENEZUELA


Zunnette Artigas
14854 SW 24th Street
Miami, FL 33185

# United States Bankruptcy Court
### District of New Jersey

In re   Global Benefits Group, Inc.

Debtor(s)

Case No.

Chapter   11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Global Benefits Group, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

GBG Insurance Limited
c/o Teneo Finnacial Advisory Ltd.
The Colmore Building
20 Colmore Circus Queensway
Birmingham, B4 6AT

☐ None [*Check if applicable*]

June 18, 2024

Date

/s/ S. Jason Teele

S. Jason Teele 014012001

Signature of Attorney or Litigant

Counsel for   Global Benefits Group, Inc.

Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102
(973) 643-4779
steele@sillscummis.com

DocuSign Envelope ID: 79B7A609-EC1A-489D-9B92-97F30D22D5A5



October 20, 2023

Melissa Santanello,
Chief Financial Officer
Global Benefits Group Inc.
902 Carnegie Center, Suite 100
Princeton, NJ 08540

Dear Ms. Santanello,

PwC US Tax LLP ("we" or "us" or "PwC") has prepared the U.S. Corporation Income Tax Returns
Form 1120 and the U.S. Income Tax Return of a Foreign Corporation, Form 1120-F for Global
Benefits Group Inc. ("you" or "Client") for the tax year beginning January 1, 2022 through
December 31, 2022. We are providing the returns pursuant to the engagement letter dated May
24, 2023.

**Filing Instructions**

Enclosed with this letter is a Form 8879-CORP, IRS E-file Signature Authorization for Form 1120
and Form 1120-F, signed by PwC as preparer and electronic return originator ("ERO"). As ERO,
PwC has e-filed your December 31, 2022 Federal income tax return to the IRS.

The individual signing these returns is ultimately responsible for the correctness of the returns.
Please retain a copy of the returns for your records. There may be significant penalties and
interest imposed by the IRS  for the late or incomplete filing of the returns.

**Caveats & Limitations**

Your tax return was prepared from books, records, and schedules provided by you without
independent verification by PwC and are based upon the representations, documents, facts, and
assumptions that have been provided by you with the assumption that such information is
accurate, true, and authentic.

As you are aware, for federal income tax purposes, IRC Section 6662(e) and the related
regulations impose penalties in cases of substantial tax understatements attributable to transfer
pricing adjustments. In accordance with the regulations, the penalties are equal to 20% or 40% of
the additional tax assessed, depending upon the level of understatement. If the IRS determines
that the tax reported on the return examined is understated, then penalties will be assessed unless
a taxpayer has reasonable cause for the understatement and acted in good faith in establishing its
intercompany transfer prices. The IRS has indicated that contemporaneous documentation is a
relevant factor in determining whether the taxpayer has acted with reasonable cause and in good
faith, particularly for transactions after April 21, 1993. As such, contemporaneous documentation
is needed in order to avoid exposure to these penalties - as specified in the regulations under IRC
Section 6662(e) - in connection with any tax return filed that includes transactions covered by
these regulations. The regulations require that such contemporaneous documentation be in place
at the time the return is filed and be made available to the IRS within 30 days of a request for
such documentation in order to qualify for the exception to the penalties.



Global Benefits Group Inc.
October 20, 2023

The positions reached in these returns represent and are based upon our best judgment regarding the application of federal or state income tax laws arising under the Internal Revenue Code, judicial decisions, administrative regulations, published rulings and other tax authorities existing as of the date of these returns. The positions taken on the returns are not binding upon the IRS or the courts and there is no guarantee that the IRS will not successfully assert a contrary position. Furthermore, no assurance can be given that future legislative or administrative changes, on either a prospective or retroactive basis, would not adversely affect the accuracy of the conclusions stated herein. Matters concerning changes in the laws and regulations or its interpretation which may occur after delivery of the returns are outside the scope of our engagement.

* * * * *

If we may be of further assistance, or if you have any questions about this engagement, please discuss with Raheem Spivey at (917) 214-5650 or raheem.spivey@pwc.com.

Sincerely,



DocuSigned by:
AAE7D95FBCF1481...

_____

Raheem Spivey, Managing Director

**Enclosures:**

Exhibit I - Detail Listing of Returns

Page 2 of 3



Global Benefits Group Inc.
October 20, 2023

**Exhibit I - Global Benefits Group Inc.**

**Detail Listing of Returns Prepared**

| Entity Name | Jurisdiction | Return Form | E-File Form (if E-Filed) | Filing Method (E-File or Paper) | Mailing Address (if Paper Filed) | Return Due Date | Amount Due (Refund Due) | Notes |
|---|---|---|---|---|---|---|---|---|
| GBG Insurance Limited | Federal | 1120-F | 8879-CORP | E-file | N/A | 10/16/2023 | NONE | N/A |
| GBG U.S. Group Holding Company and Sub | Federal | 1120 | 8879-CORP | E-file | N/A | 10/16/2023 | NONE | N/A |
| GBGI Limited | Federal | 1120-F | 8879-CORP | E-file | N/A | 10/16/2023 | NONE | N/A |
| Global Benefits Group, Inc. and Sub | Federal | 1120 | 8879-CORP | E-file | N/A | 10/16/2023 | NONE | N/A |

Electronic Return Acknowledgement

Tax Year  2022                                              Return No 13049920232895009726

Taxpayer Global Benefits Group Inc and Subs/2022 Tax Compliance

EFIN      130499

| | |
|---|---|
| Return Identification Number | 13049920232895009726 |
| Filing Type Description | Federal Return |
| Tax Period Begin Date | 01/01/2022 |
| Tax Period End Date | 12/31/2022 |
| Return Status | Accepted |
| Transmission Date and Timestamp | 10/16/2023 03:32:06 PM |
| IRS Received Date | 10/16/2023 |

Electronic Return Acknowledgement

Tax Year  2022                                         Return No 13049920231075002471

Taxpayer Global Benefits Group Inc and Subs/2022 Tax Compliance

EFIN      130499

Return Identification Number        13049920231075002471
Filing Type Description             Federal Extension
Tax Period Begin Date               01/01/2022
Tax Period End Date                 12/31/2022
Return Status                       Accepted
Transmission Date and Timestamp 04/17/2023 06:55:31 PM

**pwc**

Global Benefits Group Inc and Subs
Instructions for Filing
Form 8879-Corp
IRS e-file Signature Authorization for Form 1120
for the year ended December 31, 2022

The original form should be signed (using full name and title) and dated by an authorized officer of the corporation.

The signed form should be returned on or before October 16, 2023 to:

PwC US Tax LLP
300 MADISON AVENUE
NEW YORK, NY 10017

This return indicates a $260,300 overpayment.  Of this amount, $0 will be refunded to you and $260,300 has been applied to your 2023 estimated tax.

Do NOT separately file Form 1120 with the Internal Revenue Service.  Doing so will delay the processing of your return.

We must receive your signed form before we can electronically transmit your return.  The Internal Revenue Service will notify us when your return is accepted.  Your return is not considered filed until the Internal Revenue Service confirms their acceptance.

```
                    Carryovers to Next Year
                    =======================

 Non-SRLY NOL ...........................................    38,525,243.
```

2XX014 1.000

0001WA   X45R

Form **8879-CORP**

(December 2022)

Department of the Treasury
Internal Revenue Service

### *E-file* **Authorization for Corporations**

For calendar year 2022, or tax year beginning _____, 2022, ending _____

**Use for *efile* authorizations for Form 1120, 1120-F or 1120S.**
**Do not send to the IRS. Keep for your records.**
**Go to *www.irs.gov/Form8879CORP* for the latest information.**

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| Global Benefits Group Inc and Subs | 20-3842750 |

**Part I    Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 88,191,803. |
| 2 | Total income (Form 1120-F, Section II, line 11) . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Total income (loss) (Form 1120-S, line 6) . . . . . . . . . . . . . . . . . . . . . . . | 3 | |

**Part II    Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgment of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X]  I authorize  PwC US Tax LLP _____ to enter my PIN  4 6 6 5 3  as my signature
         **ERO firm name**                                                                    **do not enter all zeros**
on the corporation's electronically filed income tax return.

[ ]  As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax
         return.

DocuSigned by:
*Howard Enrlich*
15A1469E59414CC...

Officer's signature _____    Date  10/16/2023    Title  Director

**Part III    Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.    1 3 0 4 9 9 1 3 4 0 0
                                                                                                                                    **do not enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

DocuSigned by:
*Raheem Spivey*
AAE7D95FBCF1481...

ERO's signature _____                                    Date _____

### **ERO Must Retain This Form - See Instructions**
### **Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.                                    Form **8879-CORP** (12-2022)

JSA
2C3302 1.000
        0001WA   X45R

# Form 1120

U.S. Corporation Income Tax Return

Department of the Treasury
Internal Revenue Service

**For calendar year 2022 or tax year beginning** _____, **ending** _____

Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2022**

| A Check if: | | | | Name | B Employer identification number |
|---|---|---|---|---|---|
| Consolidated return (attach Form 851) | X | TYPE OR PRINT | | Global Benefits Group Inc and Subs | 20-3842750 |
| 1b Life/nonlife consolidated return | | | | Number, street, and room or suite no. If a P.O. box, see instructions. | C Date incorporated |
| 2 Personal holding co. (attach Sch. PH) | | | | 27051 Towne Centre Drive, #210 | 11/28/2005 |
| 3 Personal service corp. (see instructions) | | | | City or town, state or province, country, and ZIP or foreign postal code | D Total assets (see instructions) |
| 4 Schedule M-3 attached | X | | | FOOTHILL RANCH, CA 92610 | $ 85,092,775. |

E Check if: **(1)** Initial return ☐ **(2)** Final return ☐ **(3)** Name change ☐ **(4)** Address change ☒

| | | | | | |
|---|---|---|---|---|---|
| **Income** | | | | | |
| 1a | Gross receipts or sales | 1a | 73,302,265. | | |
| b | Returns and allowances | 1b | | | |
| c | Balance. Subtract line 1b from line 1a | | | 1c | 73,302,265. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 73,302,265. |
| 4 | Dividends and inclusions (Schedule C, line 23) | | | 4 | 357,200. |
| 5 | Interest | | | 5 | |
| 6 | Gross rents | | | 6 | |
| 7 | Gross royalties | | | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | | | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 9 | |
| 10 | Other income (see instructions - attach statement) . . . . . See. Statement. 3. | | | 10 | 14,532,338. |
| 11 | **Total income.** Add lines 3 through 10 | | | 11 | 88,191,803. |
| **Deductions (See instructions for limitations on deductions.)** | | | | | |
| 12 | Compensation of officers (see instructions - attach Form 1125-E) | | | 12 | |
| 13 | Salaries and wages (less employment credits) | | | 13 | 21,367,568. |
| 14 | Repairs and maintenance | | | 14 | |
| 15 | Bad debts | | | 15 | |
| 16 | Rents | | | 16 | 769,386. |
| 17 | Taxes and licenses . . . . . . . . . . . . . . . . See. Statement. 4. | | | 17 | 1,430,547. |
| 18 | Interest (see instructions) | | | 18 | 180,082. |
| 19 | Charitable contributions . . . . . . . . . . . . . See. Statement. 5. | | | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 20 | 2,269,360. |
| 21 | Depletion | | | 21 | |
| 22 | Advertising | | | 22 | 1,593,974. |
| 23 | Pension, profit-sharing, etc., plans | | | 23 | 1,848,177. |
| 24 | Employee benefit programs | | | 24 | 3,214,157. |
| 25 | Reserved for future use | | | 25 | |
| 26 | Other deductions (attach statement) . . . . . . . . See. Statement. 6. | | | 26 | 56,760,629. |
| 27 | **Total deductions.** Add lines 12 through 26 | | | 27 | 89,433,880. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | | 28 | -1,242,077. |
| 29a | Net operating loss deduction (see instructions) | 29a | NONE | Stmt 8 | |
| b | Special deductions (Schedule C, line 24) | 29b | | | |
| c | Add lines 29a and 29b | | | 29c | NONE |
| **Tax, Refundable Credits, and Payments** | | | | | |
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | | | 30 | -1,242,077. |
| 31 | Total tax (Schedule J, Part I, line 11) | | | 31 | |
| 32 | Reserved for future use | | | 32 | |
| 33 | Total payments and credits (Schedule J, Part III, line 23) | | | 33 | 260,300. |
| 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached | | | 34 | |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | | | 35 | |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | | | 36 | 260,300. |
| 37 | Enter amount from line 36 you want: **Credited to 2023 estimated tax** 260,300. **Refunded** | | | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer — *Howard Enrlich* DocuSigned by: Howard Enrlich 5A14695594A4C0

Date 10/16/2023

Title Director

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| | *Raheem Spivey* DocuSigned by: Raheem Spivey AAE7D95FBCF1481... | | | P01372345 |
| Firm's name   PwC US Tax LLP | | | Firm's EIN   92-0460586 | |
| Firm's address  300 MADISON AVENUE NEW YORK, NY 10017 | | | Phone no.  646-471-3000 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120** (2022)

JSA
2C1110 1.000

0001WA   X45R

Form **7004**
(Rev. December 2018)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| **Print or Type** | Name | Identifying number |
|---|---|---|
| | Global Benefits Group Inc and Subs | 20-3842750 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 27422 PORTOLA PARKWAY - SUITE 100 | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | FOOTHILL RANCH, CA 92610 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I — Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1 Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . . . . . . . 1 2

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II — All Filers Must Complete This Part

2 If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3 If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☒

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.  See Statement 1

4 If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . ▶ ☐

5a The application is for calendar year 20 22 , or tax year beginning _____ , 20 ___ , and ending _____ , 20 ___

b **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return ☐ Final return
☐ Change in accounting period ☐ Consolidated return to be filed ☐ Other (See instructions - attach explanation)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | NONE |
| 7 | **Total** payments and credits. See instructions . . . . . . . . . . . . . . . . . . . . | 7 | NONE |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . . . . . . . . . . | 8 | NONE |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Form **7004** (Rev. 12-2018)

Form 1120 (2022)

| **Schedule C** | **Dividends, Inclusions, and Special Deductions** (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . | | See instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . . | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations . . . . . . . | | See instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . | | 100 | |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . . . . | | 100 | |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . . . . | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) . . . . . . . | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . . . . | | | |
| 15 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . . . | | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . . . . | | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 357,200. | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . . . . | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . | | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . | | | |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . . . . | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . . . . . . . . . . . . . . . . . . . . . . | 357,200. | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b . . . . . . . . . | | | |

Form **1120** (2022)

0001WA   X45R

Form 1120 (2022)                                                                                                 Page **3**

| **Schedule J** | **Tax Computation and Payment** (see instructions) | | |
|---|---|---|---|

**Part I - Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions | X | |
| 2 | Income tax. See instructions | 2 | |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method - income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) | 9f | |
| g | Other (see instructions - attach statement) | 9g | |
| 10 | **Total.** Add lines 9a through 9g | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | |

**Part II - Reserved For Future Use**

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | 12 | |

**Part III - Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 13 | 2021 overpayment credited to 2022 | 13 | |
| 14 | 2022 estimated tax payments | 14 | 260,300. |
| 15 | 2022 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | 260,300. |
| 17 | Tax deposited with Form 7004 | 17 | NONE |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | 260,300. |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| d | Other (attach statement - see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | |
| 22 | Reserved for future use | 22 | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | 23 | 260,300. |

Form **1120** (2022)

JSA
2C1130 1.000

0001WA   X45R

Form 1120 (2022)                                                                                                    Page **4**

| **Schedule K** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) _____

**2** See the instructions and enter the:

**a** Business activity code no.  524210

**b** Business activity  BROKER

**c** Product or service  INSURANCE PRODUCTS

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group?. . . . . . . . . . . . . . . . . . . | | | | X

If "Yes," enter name and EIN of the parent corporation _____

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . . . . | | | X |

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G). . . . . . . | | | | X

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below.  See Statement 12 | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . . . . . . | | | | X

If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . . . . | | | X |

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned  100.000  and **(b)** Owner's country  GK

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached  3

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . ☐

If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) . . . . . . . . . . . . . . . . . . . . . . 1

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions) . . . ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  37,283,166.

Form **1120** (2022)

JSA
2C1135 1.000

0001WA   X45R

Form 1120 (2022)                                                                                                          Page **5**

| **Schedule K** | **Other Information** *(continued from page 4)* | Yes | No |
|---|---|---|---|

**13** Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . **Yes/No: X**

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year $ _____

**14** Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . . . . . . . **No: X**

If "Yes," complete and attach Schedule UTP.

**15a** Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . **Yes: X**

**b** If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . **Yes: X**

**16** During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **No: X**

**17** During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . **No: X**

**18** Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **No: X**

**19** During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . . . . **No: X**

**20** Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **No: X**

**21** During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **No: X**

If "Yes," enter the total amount of the disallowed deductions $ _____

**22** Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **No: X**

If "Yes," complete and attach Form 8991.

**23** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **No: X**

**24** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . **No: X**

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach Form 8990.

**25** Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . . **No: X**

If "Yes," enter amount from Form 8996, line 15 . . . . . . . . . . $ _____

**26** Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **No: X**

Percentage: By Vote _____   By Value _____

Form **1120** (2022)

JSA

2C1136 1.000

0001WA  X45R

Form 1120 (2022)    Page **6**

## Schedule L    Balance Sheets per Books

| Assets | | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 Cash . . . . . . . . . . . . . . . . | | | 11,774,017. | | 9,439,592. |
| 2a Trade notes and accounts receivable | | 44,936,882. | | 18,246. | |
| b Less allowance for bad debts . . . . | | ( ) | 44,936,882. | ( ) | 18,246. |
| 3 Inventories . . . . . . . . . . . . . | | | NONE | | NONE |
| 4 U.S. government obligations . . . . | | | | | |
| 5 Tax-exempt securities (see instructions) | | | | | |
| 6 Other current assets (attach statement) | Stmt 17 | | 25,402,951. | | 59,030,406. |
| 7 Loans to shareholders . . . . . . | | | | | |
| 8 Mortgage and real estate loans . . . | | | | | |
| 9 Other investments (attach statement) | | | 1,309,685. | | 1,129,603. |
| 10a Buildings and other depreciable assets | | 17,188,584. | | 24,130,294. | |
| b Less accumulated depreciation . . . | | ( 12,906,758. ) | 4,281,826. | ( 13,692,828. ) | 10,437,466. |
| 11a Depletable assets . . . . . . . . | | | | | |
| b Less accumulated depletion . . . . . | | ( ) | | ( ) | |
| 12 Land (net of any amortization) . . . | | | | | |
| 13a Intangible assets (amortizable only) . | | 4,618,817. | | 4,618,817. | |
| b Less accumulated amortization . . . | | ( ) | 4,618,817. | ( ) | 4,618,817. |
| 14 Other assets (attach statement) . . . | Stmt 19 | | 2,974,650. | | 418,645. |
| 15 Total assets . . . . . . . . . . . . | | | 95,298,828. | | 85,092,775. |
| **Liabilities and Shareholders' Equity** | | | | | |
| 16 Accounts payable . . . . . . . . . | | | 18,719,149. | | 1,352,858. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | | |
| 18 Other current liabilities (attach statement) | Stmt 21 | | 126,127,245. | | 137,808,499. |
| 19 Loans from shareholders . . . . . . | | | | | |
| 20 Mortgages, notes, bonds payable in 1 year or more . . | | | | | |
| 21 Other liabilities (attach statement) | Stmt 23 | | 81,238. | | NONE |
| 22 Capital stock: **a** Preferred stock . . | | | | | |
| **b** Common stock . . | | 1,118. | 1,118. | 1,117. | 1,117. |
| 23 Additional paid-in capital . . . . . | | | 4,664,124. | | 4,664,124. |
| 24 Retained earnings - Appropriated (attach statement) | | | | | |
| 25 Retained earnings - Unappropriated . | | | -54,694,046. | | -59,133,823. |
| 26 Adjustments to shareholders' equity (attach statement) | | | | | |
| 27 Less cost of treasury stock . . . . . | | | ( -400,000.) | | ( -400,000.) |
| 28 Total liabilities and shareholders' equity | | | 95,298,828. | | 85,092,775. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books . . . . . . | | | 7 Income recorded on books this year not included on this return (itemize): | | |
| 2 Federal income tax per books . . . . . | | | Tax-exempt interest $ _____ | | |
| 3 Excess of capital losses over capital gains | | | | | |
| 4 Income subject to tax not recorded on books this year (itemize): | | | 8 Deductions on this return not charged against book income this year (itemize): | | |
| 5 Expenses recorded on books this year not deducted on this return (itemize): | | | **a** Depreciation . . . . . . $ _____ | | |
| **a** Depreciation . . . . . . $ _____ | | | **b** Charitable contributions $ _____ | | |
| **b** Charitable contributions . $ _____ | | | | | |
| **c** Travel and entertainment . $ _____ | | | 9 Add lines 7 and 8 . . . . . . . . . | | |
| 6 Add lines 1 through 5 . . . . . . . . | | | 10 Income (page 1, line 28) - line 6 less line 9 | | |

## Schedule M-2    Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year . . . . . | -54,694,046. | 5 Distributions: **a** Cash . . . . . . . | | |
| 2 Net income (loss) per books . . . . . | -4,507,548. | **b** Stock . . . . . . . | | |
| 3 Other increases (itemize): _____ | | **c** Property . . . . . . | | |
| | | 6 Other decreases (itemize) Stmt 26 | | 13,776,762. |
| See Statement 26 | 13,844,533. | 7 Add lines 5 and 6 . . . . . . . . . | | 13,776,762. |
| 4 Add lines 1, 2, and 3 . . . . . . . . | -45,357,061. | 8 Balance at end of year (line 4 less line 7) | | -59,133,823. |

Form **1120** (2022)

JSA
2C1140 1.000

0001WA  X45R

| SCHEDULE G (Form 1120) | Information on Certain Persons Owning the Corporation's Voting Stock | |
|---|---|---|
| (Rev. December 2011) Department of the Treasury Internal Revenue Service | ▶ Attach to Form 1120. ▶ See instructions on page 2. | OMB No. 1545-0123 |

| Name | Employer identification number (EIN) |
|---|---|
| Global Benefits Group Inc and Subs | 20-3842750 |

**Part I** **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a). Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| GBG INSURANCE LIMTIED | 98-1289938 | CORPORATION | GK | 100.000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II** **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b). Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2C2720 1.000     JSA      **Schedule G (Form 1120) (Rev. 12-2011)**
0001WA   X45R

| SCHEDULE N<br>(Form 1120)<br><br>Department of the Treasury<br>Internal Revenue Service | **Foreign Operations of U.S. Corporations**<br><br>Attach to Form 1120, 1120-C, 1120-IC-DISC, 1120-L, 1120-PC, 1120-REIT, 1120-RIC, or 1120-S.<br>Go to *www.irs.gov/Form1120* for the latest information. | OMB No. 1545-0123<br><br>**2022** |
|---|---|---|

| Name | Employer identification number (EIN) |
|---|---|
| Global Benefits Group Inc and Subs | 20-3842750 |

### Foreign Operations Information

|  |  | Yes | No |
|---|---|---|---|
| **1a** | During the tax year, did the corporation own (directly or indirectly) any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3 **or** did the corporation own (directly or indirectly) any foreign branch (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
|  | If "Yes," you are generally required to attach **Form 8858,** Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), for each FDE and for each FB (see instructions). |  |  |
| **b** | Enter the number of Forms 8858 attached to the corporation's tax return . . . . . . . . . . . . _____ |  |  |
| **2** | Enter the number of **Forms 8865,** Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to the corporation's tax return . . . . . . . . . . . . . . . . . . . . . _____ |  |  |
| **3** | Excluding any partnership for which a Form 8865 is attached to the tax return, did the corporation own at least a 10% interest, directly or indirectly, in any other foreign partnership (including an entity treated as a foreign partnership under Regulations section 301.7701-2 or 301.7701-3)? . . . . . . . . . . . . . . . . . . . . |  | X |
|  | If "Yes," see instructions for required statement. |  |  |
| **4a** | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |
| **b** | Enter the number of **Forms 5471,** Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to the corporation's tax return . . . . . . . . . . . . . . . . . . . 8 |  |  |
| **5** | During the tax year, did the corporation receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
|  | If "Yes," the corporation may have to file **Form 3520,** Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. |  |  |
| **6a** | At any time during the 2022 calendar year, did the corporation have an interest in or a signature or other authority over a financial account (such as a bank account, securities account, or other financial account) in a foreign country? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X |  |
| **b** | See the instructions for exceptions and filing requirements for **FinCEN Form 114,** Report of Foreign Bank and Financial Accounts (FBAR).<br>See Statement 27<br>If "Yes," enter the name of the foreign country . . . . . . . OC |  |  |
| **7a** | Is the corporation claiming the extraterritorial income exclusion? . . . . . . . . . . . . . . . . . . . . . . . |  | X |
|  | If "Yes," attach a separate **Form 8873,** Extraterritorial Income Exclusion, for **each** transaction or group of transactions. |  |  |
| **b** | Enter the number of Forms 8873 attached to the tax return . . . . . . . . . . . . . . . . . _____ |  |  |
| **c** | Enter the total of the amounts from line 52 (extraterritorial income exclusion (net of disallowed deductions)) of **all** Forms 8873 attached to the tax return . . . . . . . . . . . . . . . . . $ _____ |  |  |
| **8** | Was the corporation a specified domestic entity required to file Form 8938 for the tax year (see the Instructions for Form 8938)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.                    **Schedule N (Form 1120) 2022**

**SCHEDULE O**
**(Form 1120)**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

# Consent Plan and Apportionment Schedule for a Controlled Group

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-L, 1120-PC, 1120-REIT, or 1120-RIC.**
▶ **Go to *www.irs.gov/Form1120* for instructions and the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Global Benefits Group Inc and Subs | 20-3842750 |

**Part I**  Apportionment Plan Information

**1** Type of controlled group:
  **a** [X] Parent-subsidiary group
  **b** [ ] Brother-sister group
  **c** [ ] Combined group
  **d** [ ] Life insurance companies only

**2** This corporation has been a member of this group:
  **a** [X] For the entire year.
  **b** [ ] From _____ , until _____ .

**3** This corporation consents and represents to:
  **a** [ ] Adopt an apportionment plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on_____ , and for all succeeding tax years.
  **b** [ ] Amend the current apportionment plan. All the other members of this group are currently amending a previously adopted plan, which was in effect for the tax year ending _____ , and for all succeeding tax years.
  **c** [ ] Terminate the current apportionment plan and not adopt a new plan. All the other members of this group are not adopting an apportionment plan.
  **d** [ ] Terminate the current apportionment plan and adopt a new plan. All the other members of this group are adopting an apportionment plan effective for the current tax year which ends on _____ , and for all succeeding tax years.

**4** If you checked box 3c or 3d above, check the applicable box below to indicate if the termination of the current apportionment plan was:
  **a** [ ] Elected by the component members of the group.
  **b** [ ] Required for the component members of the group.

**5** If you did not check a box on line 3 above, check the applicable box below concerning the status of the group's apportionment plan (see instructions).
  **a** [X] No apportionment plan is in effect and none is being adopted.
  **b** [ ] An apportionment plan is already in effect. It was adopted for the tax year ending _____ , and for all succeeding tax years.

**6** If all the members of this group are adopting a plan or amending the current plan for a tax year after the due date (including extensions) of the tax return for this corporation, is there at least one year remaining on the statute of limitations from the date this corporation filed its amended return for such tax year for assessing any resulting deficiency? See instructions.
  **a** [ ] Yes.
    **(i)** [ ] The statute of limitations for this year will expire on _____ .
    **(ii)** [ ] On _____ , this corporation entered into an agreement with the Internal Revenue Service to extend the statute of limitations for purposes of assessment until_____ .
  **b** [ ] No. The members may not adopt or amend an apportionment plan.

**7** [ ] If the corporation has a short tax year that does not include December 31, check the box. See instructions.

For Paperwork Reduction Act Notice, see Instructions for Form 1120.                    Schedule O (Form 1120) (Rev. 12-2018)

JSA
2C1013 1.000
0001WA  X45R

**Part II**   **Apportionment** (See instructions)

| (a) Group member's name and employer identification number | (b) Tax year end (Yr-Mo) | Apportionment | | |
|---|---|---|---|---|
| | | (c) Accumulated earnings credit | (d) Penalty for failure to pay estimated tax | (e) Other |
| 1 Global Benefits Group, Inc. & Subs    20-3842750 | 2022-12 | NONE | NONE | NONE |
| 2 GBG U.S. Group Holding Company & Subs    30-1271279 | 2022-12 | NONE | NONE | NONE |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| **Total** | | NONE | NONE | NONE |

0001WA   X45R                                    20-3842750

| | |
|---|---|
| **SCHEDULE B**<br>**(Form 1120)**<br>(Rev. December 2018)<br>Department of the Treasury<br>Internal Revenue Service | **Additional Information for Schedule M-3 Filers**<br>▶ **Attach to Form 1120.**<br>▶ **Go to** *www.irs.gov/Form1120* **for the latest information.** |

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

|   |   | Yes | No |
|---|---|-----|-----|
| **1** | Does any amount reported on Schedule M-3 (Form 1120), Part II, line 9 or 10, column (d), reflect allocations to this corporation from a partnership of income, gain, loss, deduction, or credit that are disproportionate to this corporation's capital contribution to the partnership or its ratio for sharing other items of the partnership? . . . . . . . . | | X |
| **2** | At any time during the tax year, did the corporation sell, exchange, or transfer any interest in an intangible asset to a related person as defined in section 267(b)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **3** | At any time during the tax year, did the corporation acquire any interest in an intangible asset from a related person as defined in section 267(b)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **4a** | During the tax year, did the corporation enter into a cost-sharing arrangement with any related foreign party on whose behalf the corporation did not file Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | At any time during the tax year, was the corporation a participant in a cost-sharing arrangement with any related foreign party on whose behalf the corporation did not file Form 5471? . . . . . . . . . . . . . . . . . . | | X |
| **5** | At any time during the tax year, did the corporation make any change in accounting principle for financial accounting purposes? See instructions for the definition of "change in accounting principle" . . . . . . . . . | | X |
| **6** | At any time during the tax year, did the corporation make any change in a method of accounting for U.S. income tax purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** | At any time during the tax year, did the corporation own any voluntary employees' beneficiary association (VEBA) trusts that were used to hold funds designated for employee benefits? . . . . . . . . . . . . . . . . | | X |
| **8** | At any time during the tax year, did the corporation use an allocation method for indirect costs capitalized to self-constructed assets that varied from its financial method of accounting?. . . . . . . . . . . . . . . . . | | X |
| **9** | At any time during the tax year, did the corporation treat for tax purposes indirect costs, as defined in Regulations sections 1.263A-1(e)(3)(ii)(F), (G), and (H), as mixed-service costs, as defined in Regulations section 1.263A-1(e)(4)(ii)(C)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **10** | Did the corporation, under section 118 or 362(c) and the related regulations, take a return filing position characterizing any amount as a contribution to the capital of the corporation during the tax year by any nonshareholders? Amounts so characterized may include, without limitation, incentives, inducements, money, and property. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.                    Schedule B (Form 1120) (Rev. 12-2018)

JSA
2C1210 1.000

0001WA   X45R

| Form **851** | **Affiliations Schedule** | |
|---|---|---|
| (Rev. October 2016) | For tax year ending 12/31/2022 | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | ▶**File with each consolidated income tax return.**<br>▶ **Information about Form 851 and its instructions is at www.irs.gov/form851.** | |

| Name of common parent corporation | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Number, street, and room or suite no. If a P.O. box, see instructions.

27051 Towne Centre Drive, #210

City or town, state, and ZIP code

FOOTHILL RANCH, CA          92610

### Part I  Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation | | 260,300. | |
| | Subsidiary corporations: | | | |
| 2 | GBG Administrative Services<br>27051 Towne Centre Drive, #210<br>FOOTHILL RANCH, CA 92610 | 26-4068764 | | |
| 3 | GBG Assist, Inc.<br>27051 Towne Centre Drive, #210<br>FOOTHILL RANCH, CA 92610 | 37-1797452 | | |
| 4 | International Claims Services, Inc.<br>27051 Towne Centre Drive, #210<br>FOOTHILL RANCH, CA 92610 | 98-0076650 | | |
| 5 | GBG Holdings, Inc.<br>27051 Towne Centre Drive, #210<br>FOOTHILL RANCH, CA 92610 | 33-0950280 | | |
| 6 | Global Benefits Group, US Inc.<br>27051 Towne Centre Drive, #210<br>FOOTHILL RANCH, CA 92610 | 20-4570749 | | |
| | | | | |
| | **Totals** (Must equal amounts shown on the consolidated tax return.) . . . . . . . . ▶ | | 260,300. | |

### Part II  Principal Business Activity, Voting Stock Information, Etc. (see instructions)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? Yes | No | Number of shares | Percentage of voting power | Percentage of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation<br>BROKER | 524210 | | | | | | |
| | Subsidiary corporations: | | | | | | | |
| 2 | BROKER & ASSISTANCE | 524210 | | X | | 100.00% | 100.00% | 1 |
| 3 | BROKER | 524210 | | X | | 100.00% | 100.00% | 1 |
| 4 | BROKER | 524210 | | X | | 100.00% | 100.00% | 1 |
| 5 | BROKER | 524210 | | X | | 100.00% | 100.00% | 1 |
| 6 | BROKER | 524210 | | X | | 100.00% | 100.00% | 1 |
| | | | | | | % | % | 1 |

JSA
2C2010 1.000          **For Paperwork Reduction Act Notice, see instructions.**          Form **851** (Rev. 10-2016)

| Form **851** | **Affiliations Schedule** | |
|---|---|---|
| (Rev. October 2016) | For tax year ending 12/31/2022 | OMB No. 1545-0123 |
| Department of the Treasury<br>Internal Revenue Service | ▶ **File with each consolidated income tax return.**<br>▶ **Information about Form 851 and its instructions is at** *www.irs.gov/form851.* | |

| Name of common parent corporation | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Number, street, and room or suite no. If a P.O. box, see instructions.

27051 Towne Centre Drive, #210

City or town, state, and ZIP code

FOOTHILL RANCH, CA            92610

**Part I   Overpayment Credits, Estimated Tax Payments, and Tax Deposits** (see instructions)

| Corp.<br>No. | Name and address of corporation | Employer<br>identification<br>number | Portion of<br>overpayment credits<br>and estimated<br>tax payments | Portion of tax<br>deposited with<br>Form 7004 |
|---|---|---|---|---|
| | Common parent corporation | | | |
| | Subsidiary corporations: | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Totals** (Must equal amounts shown on the consolidated tax return.) . . . . . . . . ▶ | | | |

**Part II   Principal Business Activity, Voting Stock Information, Etc.** (see instructions)

| Corp.<br>No. | Principal business activity (PBA) | PBA<br>Code<br>No. | Did the subsidiary make any nondividend distributions? | | Stock holdings at beginning of year | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Yes | No | Number<br>of<br>shares | Percentage<br>of voting<br>power | Percentage<br>of value | Owned by<br>corporation<br>no. |
| | Common parent corporation | | | | | | | |
| | Subsidiary corporations: | | | | | % | % | 1 |
| | | | | | | % | % | |
| | | | | | | % | % | |
| | | | | | | % | % | |
| | | | | | | % | % | |
| | | | | | | % | % | |

JSA<br>2C2010 1.000     **For Paperwork Reduction Act Notice, see instructions.**                    Form **851** (Rev. 10-2016)

0001WA   X45R                          20-3842750

Form 851 (Rev. 10-2016)                                                                                    Page **2**

| **Part III** | **Changes in Stock Holdings During the Tax Year** | | | | | | |

| Corp. No. | Name of corporation | Share-holder of Corpora-tion No. | Date of transaction | (a) Changes | | (b) Shares held after changes described in column (a) | |
|---|---|---|---|---|---|---|---|
| | | | | Number of shares acquired | Number of shares disposed of | Percentage of voting power | Percentage of value |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |
| | | | | | | % | % |

**(c)**   If any transaction listed above caused a transfer of a share of subsidiary stock (defined to include dispositions and deconsolidations), did the share's basis exceed its value at the time of the transfer? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**   ☒ **No**

**(d)**   Did any share of subsidiary stock become worthless within the meaning of section 165 (taking into account the provisions of Regulations section 1.1502-80(c)) during the taxable year? See instructions . . . . . .   ☐ **Yes**   ☒ **No**

**(e)**   If the equitable owners of any capital stock shown above were other than the holders of record, provide details of the changes.

_____

_____

_____

_____

**(f)**   If additional stock was issued, or if any stock was retired during the year, list the dates and amounts of these transactions.

_____

_____

_____

_____

Form **851** (Rev. 10-2016)

JSA
2C2020 1.000
0001WA   X45R

Form 851 (Rev. 10-2016)                                                                                          Page **3**

**Part IV**    **Additional Stock Information** (see instructions)

**1** During the tax year, did the corporation have more than one class of stock outstanding? . . . . . . . . . . . .   ☐ **Yes**   ☒ **No**

If "Yes," enter the name of the corporation and list and describe each class of stock.

| Corp. No. | Name of corporation | Class of stock |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**2** During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of disaffiliation? . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**   ☒ **No**

If "Yes," enter the name of the corporation(s) and explain the circumstances.

| Corp. No. | Name of corporation | Explanation |
|---|---|---|
| | | |
| | | |
| | | |

**3** During the tax year, was there any arrangement in existence by which one or more persons that were not members of the affiliated group could acquire any stock, or acquire any voting power without acquiring stock, in the corporation, other than a de minimis amount, from the corporation or another member of the affiliated group? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes**   ☒ **No**

If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns (a), (b), and (c).

| Corp. No. | Name of corporation | **(a)** Percentage of value | **(b)** Percentage of outstanding voting stock | **(c)** Percentage of voting power |
|---|---|---|---|---|
| | | % | % | % |
| | | % | % | % |
| | | % | % | % |
| | | % | % | % |

| Corp. No. | **(d)** Provide a description of any arrangement. |
|---|---|
| | |
| | |
| | |
| | |

Form **851** (Rev. 10-2016)

**SCHEDULE M-3**
**(Form 1120)**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More

▶ Attach to Form 1120 or 1120-C.
▶ Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): (1) ☐ Non-consolidated return   (2) ☒ Consolidated return (Form 1120 only)
(3) ☐ Mixed 1120/L/PC group   (4) ☐ Dormant subsidiaries schedule attached

## Part I   Financial Information and Net Income (Loss) Reconciliation (see instructions)

**1 a** Did the corporation file SEC Form 10-K for its income statement period ending with or within this tax year?
  ☐ **Yes.** Skip lines 1b and 1c and complete lines 2a through 11 with respect to that SEC Form 10-K.
  ☒ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

 **b** Did the corporation prepare a certified audited non-tax-basis income statement for that period?
  ☐ **Yes.** Skip line 1c and complete lines 2a through 11 with respect to that income statement.
  ☒ **No.** Go to line 1c.

 **c** Did the corporation prepare a non-tax-basis income statement for that period?
  ☒ **Yes.** Complete lines 2a through 11 with respect to that income statement.
  ☐ **No.** Skip lines 2a through 3c and enter the corporation's net income (loss) per its books and records on line 4a.

**2 a** Enter the income statement period: Beginning 01/01/2022   Ending 12/31/2022

 **b** Has the corporation's income statement been restated for the income statement period on line 2a?
  ☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
  ☒ **No.**

 **c** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2a?
  ☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
  ☒ **No.**

**3 a** Is any of the corporation's voting common stock publicly traded?
  ☐ **Yes.**
  ☒ **No.** If "No," go to line 4a.

 **b** Enter the symbol of the corporation's primary U.S. publicly traded voting common
  stock · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ [ ]

 **c** Enter the nine-digit CUSIP number of the corporation's primary publicly traded voting
  common stock · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ [ ]

| | | | |
|---|---|---|---|
| **4 a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 · · · · · | **4a** | -4,507,548. |
| **b** Indicate accounting standard used for line 4a (see instructions): | | | |
| (1) ☒ GAAP (2) ☐ IFRS (3) ☐ Statutory (4) ☐ Tax-basis (5) ☐ Other (specify) _____ | | | |
| **5 a** Net income from noninclucidble foreign entities (attach statement) · · · · · · · · · Stmt 28. | **5a** | ( ) |
| **b** Net loss from noninclucidble foreign entities (attach statement and enter as a positive amount) · · · · · | **5b** | |
| **6 a** Net income from noninclucidble U.S. entities (attach statement) · · · · · · · · · · Stmt 28. | **6a** | ( ) |
| **b** Net loss from noninclucidble U.S. entities (attach statement and enter as a positive amount) · · · · · · | **6b** | |
| **7 a** Net income (loss) of other includible foreign disregarded entities (attach statement) · · · · · · · · · | **7a** | |
| **b** Net income (loss) of other includible U.S. disregarded entities (attach statement) · · · · · · · · · · | **7b** | |
| **c** Net income (loss) of other includible entities (attach statement) · · · · · · · · · · · · · | **7c** | |
| **8** Adjustment to eliminations of transactions between includible entities and noninclucidble entities (attach statement) · · · · · · · · · · · · · · · · · · · · · · · · | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) · · · · · · · · · · | **9** | |
| **10 a** Intercompany dividend adjustments to reconcile to line 11 (attach statement) · · · · · · · · | **10a** | |
| **b** Other statutory accounting adjustments to reconcile to line 11 (attach statement) · · · · · · · · · | **10b** | |
| **c** Other adjustments to reconcile to amount on line 11 (attach statement) · · · · · · · · | **10c** | |
| **11** **Net income (loss) per income statement of includible corporations.** Combine lines 4 through 10 · · | **11** | -4,507,548. |

**Note:** Part I, line 11, must equal Part II, line 30, column (a), or Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 · · · · · · · · · · · ▶ | | |
| **b** Removed on Part I, line 5 · · · · · · · · · · · ▶ | | |
| **c** Removed on Part I, line 6 · · · · · · · · · · · ▶ | | |
| **d** Included on Part I, line 7 · · · · · · · · · · · ▶ | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.   **Schedule M-3 (Form 1120) (Rev. 12-2019)**

JSA
2C2730 1.000
0001WA   X45R

Schedule M-3 (Form 1120) (Rev. 12-2019)

Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** [X] Consolidated group   **(2)** [ ] Parent corp   **(3)** [ ] Consolidated eliminations   **(4)** [ ] Subsidiary corp   **(5)** [ ] Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** [ ] 1120 group   **(7)** [ ] 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| | |

**Part II**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss)<br>per Tax Return |
|---|---|---|---|---|
| **1** Income (loss) from equity method foreign corporations | | | | |
| **2** Gross foreign dividends not previously taxed | | | | |
| **3** Subpart F, QEF, and similar income inclusions | | 2,009. | 355,191. | 357,200. |
| **4** Gross-up for foreign taxes deemed paid | | | | |
| **5** Gross foreign distributions previously taxed | | | | |
| **6** Income (loss) from equity method U.S. corporations | | | | |
| **7** U.S. dividends not eliminated in tax consolidation | | | | |
| **8** Minority interest for includible corporations | | | | |
| **9** Income (loss) from U.S. partnerships | | | | |
| **10** Income (loss) from foreign partnerships | | | | |
| **11** Income (loss) from other pass-through entities | | | | |
| **12** Items relating to reportable transactions | | | | |
| **13** Interest income (see instructions) | | | | |
| **14** Total accrual to cash adjustment | | | | |
| **15** Hedging transactions | | | | |
| **16** Mark-to-market income (loss) | | | | |
| **17** Cost of goods sold (see instructions) | ( ) | | | ( ) |
| **18** Sale versus lease (for sellers and/or lessors) | | | | |
| **19** Section 481(a) adjustments | | | | |
| **20** Unearned/deferred revenue | | | | |
| **21** Income recognition from long-term contracts | | | | |
| **22** Original issue discount and other imputed interest | | | | |
| **23a** Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | -361,753. | 361,753. | | |
| **b** Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| **c** Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | -361,753. | | -361,753. |
| **d** Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| **e** Abandonment losses | | | | |
| **f** Worthless stock losses (attach statement) | | | | |
| **g** Other gain/loss on disposition of assets other than inventory | | | | |
| **24** Capital loss limitation and carryforward used | | | | |
| **25** Other income (loss) items with differences (attach statement) | | | | |
| **26** **Total income (loss) items.** Combine lines 1 through 25 | -361,753. | 2,009. | 355,191. | -4,553. |
| **27** **Total expense/deduction items** (from Part III, line 39) | -9,009,229. | 2,543,602. | 364,669. | -6,100,958. |
| **28** Other items with no differences | 4,863,434. | | | 4,863,434. |
| **29a** Mixed groups, see instructions. All others, combine lines 26 through 28 | -4,507,548. | 2,545,611. | 719,860. | -1,242,077. |
| **b** PC insurance subgroup reconciliation totals | | | | |
| **c** Life insurance subgroup reconciliation totals | | | | |
| **30** **Reconciliation totals.** Combine lines 29a through 29c | -4,507,548. | 2,545,611. | 719,860. | -1,242,077. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)

JSA
2C2731 1.000

0001WA   X45R

Schedule M-3 (Form 1120) (Rev. 12-2019)                                                                 Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** [X] Consolidated group  **(2)** [ ] Parent corp **(3)** [ ] Consolidated eliminations  **(4)** [ ] Subsidiary corp **(5)** [ ] Mixed 1120/L/PC group

Check if a sub-consolidated:  **(6)** [ ] 1120 group  **(7)** [ ] 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| | |

**Part III**    **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items**  (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | 277,010. | | -277,010. | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | 28,441. | 16,568. | | 45,009. |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | 180,082. | | | 180,082. |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | 169,226. | | -87,659. | 81,567. |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | 1,860,857. | | | 1,860,857. |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | 53,224. | | 53,224. |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | 4,083,673. | -1,814,312. | | 2,269,361. |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | Stmt 33 2,409,940. | -799,082. | | 1,610,858. |
| 39 Total expense/deduction items. Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 9,009,229. | -2,543,602. | -364,669. | 6,100,958. |

JSA
2C2732 1.000
0001WA  X45R

Schedule M-3 (Form 1120) (Rev. 12-2019)

Schedule M-3 (Form 1120) (Rev. 12-2019)      **Page 2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☒ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

**Part II**   **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss)<br>per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | 2,009. | 355,191. | 357,200. |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | | 2,009. | 355,191. | 357,200. |
| 27 **Total expense/deduction items** (from Part III, line 39) | -8,816,367. | 2,544,752. | 364,669. | -5,906,946. |
| 28 Other items with no differences | -3,499,947. | | | -3,499,947. |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | -12,316,314. | 2,546,761. | 719,860. | -9,049,693. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | -12,316,314. | 2,546,761. | 719,860. | -9,049,693. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)

JSA
2C2731 1.000

0001WA   X45R

Schedule M-3 (Form 1120) (Rev. 12-2019)                                                                                   Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☒ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group
Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

**Part III** **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | 277,010. | | -277,010. | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | 28,341. | 15,418. | | 43,759. |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | 169,226. | | -87,659. | 81,567. |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | 1,848,177. | | | 1,848,177. |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | 53,224. | | 53,224. |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | 4,083,673. | -1,814,312. | | 2,269,361. |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | 2,409,940. | -799,082. | | 1,610,858. |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 8,816,367. | -2,544,752. | -364,669. | 5,906,946. |

JSA
2C2732 1.000

0001WA   X45R

Schedule M-3 (Form 1120) (Rev. 12-2019)      **Page 2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp  **(3)** ☐ Consolidated eliminations  **(4)** ☒ Subsidiary corp  **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group  **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| GBG Administrative Services | 26-4068764 |

**Part II**   **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss)<br>per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | -206. | 206. | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | -206. | | -206. |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | -206. | | | -206. |
| 27 **Total expense/deduction items** (from Part III, line 39) | -100. | -1,150. | | -1,250. |
| 28 Items with no differences | 1,448,706. | | | 1,448,706. |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | 1,448,400. | -1,150. | | 1,447,250. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | 1,448,400. | -1,150. | | 1,447,250. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)

JSA
2C2731 1.000

0001WA  X45R

Schedule M-3 (Form 1120) (Rev. 12-2019)																																				Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☒ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| GBG Administrative Services | 26-4068764 |

**Part III**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | 100. | 1,150. | | 1,250. |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 100. | 1,150. | | 1,250. |

Schedule M-3 (Form 1120) (Rev. 12-2019)           Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☒ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| GBG Assist, Inc. | 37-1797452 |

**Part II**   **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss)<br>per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | −604. | 604. | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | −604. | | −604. |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | −604. | | | −604. |
| 27 **Total expense/deduction items** (from Part III, line 39) | −192,762. | | | −192,762. |
| 28 Other items with no differences | 7,357,166. | | | 7,357,166. |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | 7,163,800. | | | 7,163,800. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | 7,163,800. | | | 7,163,800. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)

Schedule M-3 (Form 1120) (Rev. 12-2019)                                                                                    Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations  **(4)** ☒ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group  **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| GBG Assist, Inc. | 37-1797452 |

**Part III**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items**  (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | 180,082. | | | 180,082. |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | 12,680. | | | 12,680. |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 192,762. | | | 192,762. |

JSA
2C2732 1.000

0001WA  X45R

Schedule M-3 (Form 1120) (Rev. 12-2019)

Schedule M-3 (Form 1120) (Rev. 12-2019)                                                                              Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp  **(3)** ☐ Consolidated eliminations  **(4)** ☒ Subsidiary corp  **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group  **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| International Claims Services, Inc. | 98-0076650 |

### Part II — Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return (see instructions)

| Income (Loss) Items (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | -360,943. | 360,943. | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | -360,943. | | -360,943. |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 Total income (loss) items. Combine lines 1 through 25 | -360,943. | | | -360,943. |
| 27 Total expense/deduction items (from Part III, line 39) | | | | |
| 28 Other items with no differences | -442,491. | | | -442,491. |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | -803,434. | | | -803,434. |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | -803,434. | | | -803,434. |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)

Schedule M-3 (Form 1120) (Rev. 12-2019)

Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations  **(4)** ☒ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| International Claims Services, Inc. | 98-0076650 |

**Part III**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items**  (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | | | |

Schedule M-3 (Form 1120) (Rev. 12-2019)

Schedule M-3 (Form 1120) (Rev. 12-2019)                                                                    Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☒ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| GBG Holdings, Inc. | 33-0950280 |

**Part II**    **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| **Income (Loss) Items**<br>(Attach statements for lines 1 through 12) | **(a)**<br>Income (Loss) per<br>Income Statement | **(b)**<br>Temporary<br>Difference | **(c)**<br>Permanent<br>Difference | **(d)**<br>Income (Loss)<br>per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 Total income (loss) items. Combine lines 1 through 25 | | | | |
| 27 Total expense/deduction items (from Part III, line 39) | | | | |
| 28 Other items with no differences | | | | |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | | | | |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | | | | |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)

JSA
2C2731 1.000

Schedule M-3 (Form 1120) (Rev. 12-2019) **Page 3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations  **(4)** ☒ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated:  **(6)** ☐ 1120 group  **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| GBG Holdings, Inc. | 33-0950280 |

### Part III  Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | | | |

JSA
2C2732 1.000

0001WA   X45R

Schedule M-3 (Form 1120) (Rev. 12-2019)

Schedule M-3 (Form 1120) (Rev. 12-2019)

Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☒ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group, US Inc. | 20-4570749 |

**Part II**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| **Income (Loss) Items**<br>(Attach statements for lines 1 through 12) | **(a)**<br>Income (Loss) per<br>Income Statement | **(b)**<br>Temporary<br>Difference | **(c)**<br>Permanent<br>Difference | **(d)**<br>Income (Loss)<br>per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 Total income (loss) items. Combine lines 1 through 25 | | | | |
| 27 Total expense/deduction items (from Part III, line 39) | | | | |
| 28 Other items with no differences | | | | |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | | | | |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | | | | |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)

JSA

2C2731 1.000

0001WA   X45R

Schedule M-3 (Form 1120) (Rev. 12-2019)                                                           Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group   **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations   **(4)** ☒ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated:   **(6)** ☐ 1120 group   **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group, US Inc. | 20-4570749 |

**Part III**   **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | | | |

JSA
2C2732 1.000

0001WA   X45R

Schedule M-3 (Form 1120) (Rev. 12-2019) | Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☒ Consolidated eliminations **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| ELIMINATIONS | |

**Part II**    **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss)<br>per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 Total income (loss) items. Combine lines 1 through 25 | | | | |
| 27 Total expense/deduction items (from Part III, line 39) | | | | |
| 28 Other items with no differences | | | | |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | | | | |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | | | | |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)

JSA
2C2731 1.000

Schedule M-3 (Form 1120) (Rev. 12-2019)

**Page 3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp **(3)** ☒ Consolidated eliminations  **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated:  **(6)** ☐ 1120 group  **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| ELIMINATIONS | |

**Part III**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 Total expense/deduction items. Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | | | |

JSA
2C2732 1.000

0001WA  X45R

Schedule M-3 (Form 1120) (Rev. 12-2019)

Schedule M-3 (Form 1120) (Rev. 12-2019)                                                                Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| **Global Benefits Group Inc** | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp  **(3)** ☐ Consolidated eliminations  **(4)** ☐ Subsidiary corp  **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| **Adjustments** | |

**Part II**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| **Income (Loss) Items** <br>(Attach statements for lines 1 through 12) | **(a)** <br>Income (Loss) per <br>Income Statement | **(b)** <br>Temporary <br>Difference | **(c)** <br>Permanent <br>Difference | **(d)** <br>Income (Loss) <br>per Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | | | | |
| 2 Gross foreign dividends not previously taxed | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | |
| 5 Gross foreign distributions previously taxed | | | | |
| 6 Income (loss) from equity method U.S. corporations | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | |
| 8 Minority interest for includible corporations | | | | |
| 9 Income (loss) from U.S. partnerships | | | | |
| 10 Income (loss) from foreign partnerships | | | | |
| 11 Income (loss) from other pass-through entities | | | | |
| 12 Items relating to reportable transactions | | | | |
| 13 Interest income (see instructions) | | | | |
| 14 Total accrual to cash adjustment | | | | |
| 15 Hedging transactions | | | | |
| 16 Mark-to-market income (loss) | | | | |
| 17 Cost of goods sold (see instructions) | ( ) | | | ( ) |
| 18 Sale versus lease (for sellers and/or lessors) | | | | |
| 19 Section 481(a) adjustments | | | | |
| 20 Unearned/deferred revenue | | | | |
| 21 Income recognition from long-term contracts | | | | |
| 22 Original issue discount and other imputed interest | | | | |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e Abandonment losses | | | | |
| f Worthless stock losses (attach statement) | | | | |
| g Other gain/loss on disposition of assets other than inventory | | | | |
| 24 Capital loss limitation and carryforward used | | | | |
| 25 Other income (loss) items with differences (attach statement) | | | | |
| 26 Total income (loss) items. Combine lines 1 through 25 | | | | |
| 27 Total expense/deduction items (from Part III, line 39) | | | | |
| 28 Other items with no differences | | | | |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | | | | |
| b PC insurance subgroup reconciliation totals | | | | |
| c Life insurance subgroup reconciliation totals | | | | |
| 30 Reconciliation totals. Combine lines 29a through 29c | | | | |

**Note:** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)

JSA

2C2731 1.000

0001WA   X45R

Schedule M-3 (Form 1120) (Rev. 12-2019) | Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations  **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated:  **(6)** ☐ 1120 group  **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| Adjustments | |

**Part III**  **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return - Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | | | | |
| 2 U.S. deferred income tax expense | | | | |
| 3 State and local current income tax expense | | | | |
| 4 State and local deferred income tax expense | | | | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 6 Foreign deferred income tax expense | | | | |
| 7 Foreign withholding taxes | | | | |
| 8 Interest expense (see instructions) | | | | |
| 9 Stock option expense | | | | |
| 10 Other equity-based compensation | | | | |
| 11 Meals and entertainment | | | | |
| 12 Fines and penalties | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | |
| 14 Parachute payments | | | | |
| 15 Compensation with section 162(m) limitation | | | | |
| 16 Pension and profit-sharing | | | | |
| 17 Other post-retirement benefits | | | | |
| 18 Deferred compensation | | | | |
| 19 Charitable contribution of cash and tangible property | | | | |
| 20 Charitable contribution of intangible property | | | | |
| 21 Charitable contribution limitation/carryforward | | | | |
| 22 Domestic production activities deduction (see instructions) | | | | |
| 23 Current year acquisition or reorganization investment banking fees | | | | |
| 24 Current year acquisition or reorganization legal and accounting fees | | | | |
| 25 Current year acquisition/reorganization other costs | | | | |
| 26 Amortization/impairment of goodwill | | | | |
| 27 Amortization of acquisition, reorganization, and start-up costs | | | | |
| 28 Other amortization or impairment write-offs | | | | |
| 29 Reserved | | | | |
| 30 Depletion | | | | |
| 31 Depreciation | | | | |
| 32 Bad debt expense | | | | |
| 33 Corporate owned life insurance premiums | | | | |
| 34 Purchase versus lease (for purchasers and/or lessees) | | | | |
| 35 Research and development costs | | | | |
| 36 Section 118 exclusion (attach statement) | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | |
| 38 Other expense/deduction items with differences (attach statement) | | | | |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | | | | |

JSA
2C2732 1.000

Schedule M-3 (Form 1120) (Rev. 12-2019)

0001WA  X45R

Form **4562**

# Depreciation and Amortization
### (Including Information on Listed Property)

Attach to your tax return.
Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2022**

Attachment
Sequence No. **179**

Department of the Treasury
Internal Revenue Service

Name(s) shown on return

Global Benefits Group Inc and Subs

**Identifying number**

20-3842750

Business or activity to which this form relates

General Depreciation & Amortization

## Part I    Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 . . | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II    Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | 1,668,233. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | 581,204. |

## Part III    MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 . . . . . | **17** | 19,923. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . | | |

### Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only - see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | | | 30 yrs. | MM | S/L | |
| **d** 40-year | | | 40 yrs. | MM | S/L | |

## Part IV    Summary  (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | **22** | 2,269,360. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

JSA    2X2300 1.000

0001WA    X45R

Form **4562** (2022)

Form 4562 (2022)
Global Benefits Group and Subsidiaries          20-3842750          Page **2**

**Part V** Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

| 24a Do you have evidence to support the business/investment use claimed? | | Yes | No | 24b If "Yes," is the evidence written? | | | Yes | No |
|---|---|---|---|---|---|---|---|---|

| (a)<br>Type of property (list vehicles first) | (b)<br>Date placed in service | (c)<br>Business/ investment use percentage | (d)<br>Cost or other basis | (e)<br>Basis for depreciation (business/investment use only) | (f)<br>Recovery period | (g)<br>Method/ Convention | (h)<br>Depreciation deduction | (i)<br>Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . | | **25** | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . | | | | | | **28** | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner" or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a)<br>Vehicle 1 | | (b)<br>Vehicle 2 | | (c)<br>Vehicle 3 | | (d)<br>Vehicle 4 | | (e)<br>Vehicle 5 | | (f)<br>Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) . . . | | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . | | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . | | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . | | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . | | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** Amortization

| (a)<br>Description of costs | (b)<br>Date amortization begins | (c)<br>Amortizable amount | (d)<br>Code section | (e)<br>Amortization period or percentage | (f)<br>Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2022 tax year. | | | **43** | | 53,224. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . . . . | | | **44** | | 53,224. |

JSA
2X2310 1.000                                                     Form **4562** (2022)
0001WA   X45R

Form **5471**

(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

## Information Return of U.S. Persons With Respect to Certain Foreign Corporations

Go to *www.irs.gov/Form5471* for instructions and the latest information.

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01/2022 , and ending 12/31/2022

OMB No. 1545-0123

Attachment
Sequence No. **121**

| Name of person filing this return | **A** Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)

27422 PORTOLA PARKWAY - SUITE 110

**B** Category of filer (See instructions. Check applicable box(es).):

1a [X] 1b [ ] 1c [ ] 2 [ ] 3 [ ] 4 [X] 5a [X] 5b [ ] 5c [ ]

City or town, state, and ZIP code

FOOTHILL RANCH, CA 92610

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period 100.0000 %

Filer's tax year beginning 01/01/2022 , and ending 12/31/2022

**D** Check box if this is a final Form 5471 for the foreign corporation . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]

**E** Check if any excepted specified foreign financial assets are reported on this form (see instructions) . . . . . . . . [ ]

**F** Check the box if this Form 5471 has been completed using "Alternative Information" under Rev. Proc. 2019-40 . . . [ ]

**G** If the box on line F is checked, enter the corresponding code for "Alternative Information" (see instructions) . . . . . .

**H** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| GLOBAL BENEFITS GROUP, INC. | 27422 PORTOLA PARKWAY, FOOTHILL RANCH CA 92610 | 20-3842750 | X | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information **must** be in English. All amounts **must** be stated in U.S. dollars unless otherwise indicated.*

| **1a** Name and address of foreign corporation | **b(1)** Employer identification number, if any |
|---|---|
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTING | |
| Suite 2104. SCG Datang International 868 Yinghua Road | **b(2)** Reference ID number (see instructions) |
| SHANGAI, SHANGHAI 201204 CH | 3007707 |
| | **c** Country under whose laws incorporated |
| | CH |

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency code |
|---|---|---|---|---|
| 12/01/2009 | CH | 541990 | CONSULTANT | CNY |

**2** Provide the following information for the foreign corporation's accounting period stated above.

| **a** Name, address, and identifying number of branch office or agent (if any) in the United States | **b** If a U.S. income tax return was filed, enter: | |
|---|---|---|
| | (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
| | | |

| **c** Name and address of foreign corporation's statutory or resident agent in country of incorporation | **d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different |
|---|---|
| | |

## Schedule A   Stock of the Foreign Corporation

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 100. | 100. |
| | | |
| | | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                    Page **2**

| **Schedule B** | **Shareholders of Foreign Corporation** |
|---|---|

| **Part I** | **U.S. Shareholders of Foreign Corporation** (see instructions) |
|---|---|

| **(a)** Name, address, and identifying number of shareholder | **(b)** Description of each class of stock held by shareholder. **Note:** This description should match the corresponding description entered in Schedule A, column (a). | **(c)** Number of shares held at beginning of annual accounting period | **(d)** Number of shares held at end of annual accounting period | **(e)** Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| GLOBAL BENEFITS GROUP INC | COMMON STOCK | 100. | 100. | |
| 27422 PORTOLA PARKWAY STE 110 | | | | |
| FOOTHILL RANCH, CA 92610 | | | | |
| 20-3842750 | | | | 100.000000000000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| **Part II** | **Direct Shareholders of Foreign Corporation** (see instructions) |
|---|---|

| **(a)** Name, address, and identifying number of shareholder. Also, include country of incorporation or formation, if applicable. | **(b)** Description of each class of stock held by shareholder. **Note:** This description should match the corresponding description entered in Schedule A, column (a). | **(c)** Number of shares held at beginning of annual accounting period | **(d)** Number of shares held at end of annual accounting period |
|---|---|---|---|
| GLOBAL BENEFITS GROUP INC | COMMON STOCK | 100. | 100. |
| 27422 PORTOLA PARKWAY STE 110 | | | |
| FOOTHILL RANCH, CA 92610 | | | |
| 20-3842750        US | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **5471** (Rev. 12-2022)

JSA
2X1661 2.000

0001WA   X45R

Form 5471 (Rev. 12-2022)                                                                                                    Page **3**

**Schedule C**   **Income Statement**  (see instructions)

**Important:** *Report all information in functional currency in accordance with U.S. generally accepted accounting principles (GAAP). Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for dollar approximate separate transactions method (DASTM) corporations.*

|  |  |  | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|---|
| **Income** | **1a** | Gross receipts or sales | **1a** | | |
| | **b** | Returns and allowances | **1b** | | |
| | **c** | Subtract line 1b from line 1a | **1c** | | |
| | **2** | Cost of goods sold | **2** | | |
| | **3** | Gross profit (subtract line 2 from line 1c) | **3** | | |
| | **4** | Dividends | **4** | | |
| | **5** | Interest | **5** | | |
| | **6a** | Gross rents | **6a** | | |
| | **b** | Gross royalties and license fees | **6b** | | |
| | **7** | Net gain or (loss) on sale of capital assets | **7** | | |
| | **8a** | Foreign currency transaction gain or loss - unrealized | **8a** | | |
| | **b** | Foreign currency transaction gain or loss - realized | **8b** | | |
| | **9** | Other income (attach statement) | **9** | | |
| | **10** | Total income (add lines 3 through 9) | **10** | | |
| **Deductions** | **11** | Compensation not deducted elsewhere | **11** | | |
| | **12a** | Rents | **12a** | | |
| | **b** | Royalties and license fees | **12b** | | |
| | **13** | Interest | **13** | | |
| | **14** | Depreciation not deducted elsewhere | **14** | | |
| | **15** | Depletion | **15** | | |
| | **16** | Taxes (exclude income tax expense (benefit)) | **16** | | |
| | **17** | Other deductions (attach statement - exclude income tax expense (benefit)) | **17** | | |
| | **18** | Total deductions (add lines 11 through 17) | **18** | | |
| **Net Income** | **19** | Net income or (loss) before unusual or infrequently occurring items, and income tax expense (benefit) (subtract line 18 from line 10) | **19** | | |
| | **20** | Unusual or infrequently occurring items | **20** | | |
| | **21a** | Income tax expense (benefit) - current | **21a** | | |
| | **b** | Income tax expense (benefit) - deferred | **21b** | | |
| | **22** | Current year net income or (loss) per books (combine lines 19 through 21b) | **22** | | |
| **Other Comprehensive Income** | **23a** | Foreign currency translation adjustments | **23a** | | |
| | **b** | Other | **23b** | | |
| | **c** | Income tax expense (benefit) related to other comprehensive income | **23c** | | |
| | **24** | Other comprehensive income (loss), net of tax (line 23a plus line 23b less line 23c) | **24** | | |

Form **5471** (Rev. 12-2022)

JSA
2X1662 2.000
0001WA   X45R

Form 5471 (Rev. 12-2022)                                                                                                Page **4**

## Schedule F    Balance Sheet

**Important:** *Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.*

| | **Assets** | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|---|
| 1 | Cash | 1 | 235,833. | NONE |
| 2a | Trade notes and accounts receivable | 2a | −21,609,818. | NONE |
| b | Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 | Derivatives | 3 | | |
| 4 | Inventories | 4 | | |
| 5 | Other current assets (attach statement) See Statement 36 | 5 | 1,695,477. | NONE |
| 6 | Loans to shareholders and other related persons | 6 | | |
| 7 | Investment in subsidiaries (attach statement) See Statement 36 | 7 | 15,635. | NONE |
| 8 | Other investments (attach statement) | 8 | | |
| 9a | Buildings and other depreciable assets | 9a | 7,960. | NONE |
| b | Less accumulated depreciation | 9b | ( 4,799 ) | ( NONE ) |
| 10a | Depletable assets | 10a | | |
| b | Less accumulated depletion | 10b | ( ) | ( ) |
| 11 | Land (net of any amortization) | 11 | | |
| 12 | Intangible assets: | | | |
| a | Goodwill | 12a | | |
| b | Organization costs | 12b | | |
| c | Patents, trademarks, and other intangible assets | 12c | | |
| d | Less accumulated amortization for lines 12a, 12b, and 12c | 12d | ( ) | ( ) |
| 13 | Other assets (attach statement) See Statement 36 | 13 | 5,178,114. | NONE |
| 14 | Total assets | 14 | −14,481,598. | NONE |

### Liabilities and Shareholders' Equity

| | | | | |
|---|---|---|---|---|
| 15 | Accounts payable | 15 | 911,040. | NONE |
| 16 | Other current liabilities (attach statement) See Statement 36 | 16 | 8,868,996. | NONE |
| 17 | Derivatives | 17 | | |
| 18 | Loans from shareholders and other related persons | 18 | | |
| 19 | Other liabilities (attach statement) | 19 | | |
| 20 | Capital stock: | | | |
| a | Preferred stock | 20a | | |
| b | Common stock | 20b | | |
| 21 | Paid-in or capital surplus (attach reconciliation) | 21 | | |
| 22 | Retained earnings | 22 | 4,701,562. | NONE |
| 23 | Less cost of treasury stock | 23 | ( ) | ( ) |
| 24 | Total liabilities and shareholders' equity | 24 | 14,481,598. | NONE |

## Schedule G    Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in any foreign partnership? | | X |
| | If "Yes," see the instructions for required statement. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? | | X |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as separate from their owner under Regulations sections 301.7701-2 and 301.7701-3 or did the foreign corporation own any foreign branches (see instructions)? | | X |
| | If "Yes," you are generally required to attach Form 8858 for each entity or branch (see instructions). | | |
| 4a | During the tax year, did the filer pay or accrue any base erosion payment under section 59A(d) to the foreign corporation or did the filer have a base erosion tax benefit under section 59A(c)(2) with respect to a base erosion payment made or accrued to the foreign corporation (see instructions)? | | X |
| | If "Yes," complete lines 4b and 4c. | | |
| b | Enter the total amount of the base erosion payments . . . . . . . . . . . . . . . . . . $ _____ | | |
| c | Enter the total amount of the base erosion tax benefit . . . . . . . . . . . . . . . . . $ _____ | | |
| 5a | During the tax year, did the foreign corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? | | X |
| | If "Yes," complete line 5b. | | |
| b | Enter the total amount of the disallowed deductions (see instructions) . . . . . . . . . . $ _____ | | |

JSA
2X1663 2.000

0001WA   X45R

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                                    Page **5**

| **Schedule G** | **Other Information** (continued) | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **6a** | Is the filer claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete lines 6b, 6c, and 6d. See instructions. | | |
| **b** | Enter the amount of gross receipts derived from all sales of general property to the foreign corporation that the filer included in its computation of foreign-derived deduction eligible income (FDDEI) . . . . . . $ _____ | | |
| **c** | Enter the amount of gross income derived from a license of property to the foreign corporation that the filer included in its computation of FDDEI (see instructions). . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **d** | Enter the amount of gross income derived from services provided to the foreign corporation that the filer included in its computation of FDDEI (see instructions). . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **7** | During the tax year, was the foreign corporation a participant in any cost sharing arrangement?. . . . . . . . . . | | X |
| | If the answer to question 7 is "Yes," complete a separate Schedule G-1 for each cost sharing arrangement in which the foreign corporation was a participant during the tax year. | | |
| **8** | From April 25, 2014, to December 31, 2017, did the foreign corporation purchase stock or securities of a shareholder of the foreign corporation for use in a triangular reorganization (within the meaning of Regulations section 1.358-6(b)(2))? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **9a** | Did the foreign corporation receive any intangible property in a prior year or the current tax year for which the U.S. transferor is required to report a section 367(d) annual income inclusion for the taxable year?. . . . . . . . . . . | | X |
| | If "Yes," go to line 9b. | | |
| **b** | Enter in functional currency the amount of the earnings and profits reduction pursuant to section 367(d)(2)(B) for the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **10** | During the tax year, was the foreign corporation an expatriated foreign subsidiary under Regulations section 1.7874-12(a)(9)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," see instructions and attach statement. | | |
| **11** | During the tax year, did the foreign corporation participate in any reportable transaction as defined in Regulations section 1.6011-4?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach Form(s) 8886 if required by Regulations section 1.6011-4(c)(3)(i)(G). | | |
| **12** | During the tax year, did the foreign corporation pay or accrue any foreign tax that was disqualified for credit under section 901(m)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **13** | During the tax year, did the foreign corporation pay or accrue foreign taxes to which section 909 applies, or treat foreign taxes that were previously suspended under section 909 as no longer suspended? . . . . . . . . . . . . . | | X |
| **14** | Did you answer "Yes" to any of the questions in the instructions for line 14? . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the corresponding code(s) from the instructions and attach statement _____ | | |
| **15** | Does the foreign corporation have interest expense disallowed under section 163(j) (see instructions)?. . . . . . . | | X |
| | If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **16** | Does the foreign corporation have previously disallowed interest expense under section 163(j) carried forward to the current tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **17a** | Did any extraordinary reduction with respect to a controlling section 245A shareholder occur during the tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 17a is "Yes," was an election made to close the tax year such that no amount is treated as an extraordinary reduction amount or tiered extraordinary reduction amount (see instructions)? . . . . . . . . . | | |
| **18** | Does the reporting corporation have any loan to or from the related party to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **19a** | Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the period including the tax year and the preceding 3 tax years, or, during the period beginning 36 months before the date of the respective distribution or acquisition and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party?. . . . . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 19a is "Yes," provide the following. | | |
| | **(1)** The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| | **(2)** The amount of such related party indebtedness. . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                                    Page **6**

**Schedule I**   **Summary of Shareholder's Income From Foreign Corporation** (see instructions)

If item H on page 1 is completed, a separate Schedule I must be filed for each Category 4, 5a, or 5b filer for whom reporting is furnished on this Form 5471. This Schedule I is being completed for:

Name of U.S. shareholder   Global Benefits Group Inc              Identifying number   20-3842750

| | | |
|---|---|---|
| **1a** | Section 964(e)(4) subpart F dividend income from the sale of stock of a lower-tier foreign corporation (see instructions) | **1a** |
| **b** | Section 245A(e)(2) subpart F income from hybrid dividends of tiered corporations (see instructions) . . . | **1b** |
| **c** | Subpart F income from tiered extraordinary disposition amounts not eligible for subpart F exception under section 954(c)(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** |
| **d** | Subpart F income from tiered extraordinary reduction amounts not eligible for subpart F exception under section 954(c)(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1d** |
| **e** | Section 954(c) Subpart F Foreign Personal Holding Company Income (enter result from Worksheet A) . | **1e** |
| **f** | Section 954(d) Subpart F Foreign Base Company Sales Income (enter result from Worksheet A) . . . . | **1f** |
| **g** | Section 954(e) Subpart F Foreign Base Company Services Income (enter result from Worksheet A) . . . | **1g** |
| **h** | Other subpart F income (enter result from Worksheet A) . . . . . . . . . . . . . . . . . . . . . | **1h** |
| **2** | Earnings invested in U.S. property (enter the result from Worksheet B) . . . . . . . . . . . . . . . | **2** |
| **3** | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** |
| **4** | Factoring income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** |
| | See instructions for reporting amounts on lines 1, 2, and 4 on your income tax return. | |
| **5a** | Section 245A eligible dividends (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **5a** |
| **b** | Extraordinary disposition amounts (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **5b** |
| **c** | Extraordinary reduction amounts (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **5c** |
| **d** | Section 245A(e) dividends (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | **5d** |
| **e** | Dividends not reported on line 5a, 5b, 5c, or 5d . . . . . . . . . . . . . . . . . . . . . . . . . | **5e** |
| **6** | Exchange gain or (loss) on a distribution of previously taxed earnings and profits . . . . . . . . . . . | **6** |

| | | Yes | No |
|---|---|---|---|
| **7a** | Was any income of the foreign corporation blocked? . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | Did any such income become unblocked during the tax year (see section 964(b))? . . . . . . . . . . . . . . | | X |

If the answer to either question is "Yes," attach an explanation.

**8a**  Did this U.S. shareholder have an extraordinary disposition (ED) account with respect to the foreign corporation at
any time during the tax year (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . .    [ ] [X]

**b**  If the answer to question 8a is "Yes," enter the U.S. shareholder's ED account balance at the beginning of the CFC year
$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the
beginning to the ending balances.

**c**  Enter the CFC's aggregate ED account balance with respect to all U.S. shareholders at the beginning of the CFC year
$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the
beginning to the ending balances.

**9**  Enter the sum of the hybrid deduction accounts with respect to stock of the foreign corporation (see instructions) $

Form **5471** (Rev. 12-2022)

JSA
2X1670 2.000

0001WA   X45R

# SCHEDULE E
## (Form 5471)

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

## Income, War Profits, and Excess Profits Taxes Paid or Accrued

▶ Attach to Form 5471.

▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTIN | | 3007707 |

**a** Separate Category (Enter code - see instructions). . . . . . . . . . . . . . . . . . . . . . . . . . . ▶    GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . ▶

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . . . ▶

## Part I   Taxes for Which a Foreign Tax Credit Is Allowed

### Section 1 - Taxes Paid or Accrued Directly by Foreign Corporation

| | (a) Name of Payor Entity | (b) EIN or Reference ID Number of Payor Entity | (c) Unsuspended Taxes | (d) Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (e) Foreign Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) | (f) U.S. Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) |
|---|---|---|---|---|---|---|
| 1 | Shanghai (GBG) Enterprise Management Consulti | | | CH | 2022/01/01 | 2022/12/31 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |

| | (g) Income Subject to Tax in the Foreign Jurisdiction (see instructions) | (h) If taxes are paid on U.S. source income, check box | (i) Local Currency in Which Tax Is Payable (enter code - see instructions) | (j) Tax Paid or Accrued (in local currency in which the tax is payable) | (k) Conversion Rate to U.S. Dollars | (l) In U.S. Dollars (divide column (j) by column (k)) | (m) In Functional Currency of Foreign Corporation |
|---|---|---|---|---|---|---|---|
| 1 | NONE | | CNY | NONE | 6.6334300 | NONE | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |

**5** Total (combine lines 1 through 4 of column (l)). Also report amount on Schedule E-1, line 4 . . . . . . . . . . . . . . ▶    NONE

**6** Total (combine lines 1 through 4 of column (m)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

### Section 2 - Taxes Deemed Paid by Foreign Corporation

| | (a) Name of Lower-Tier Distributing Foreign Corporation | (b) EIN or Reference ID Number of Lower-Tier Distributing Foreign Corporation | (c) Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (d) PTEP Group (enter code) | (e) Annual PTEP Account (enter year) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |

| | (f) PTEP Distributed (enter amount in functional currency) | (g) Total Amount of PTEP in the PTEP Group (in functional currency) | (h) Total Amount of the PTEP Group Taxes With Respect to PTEP Group (USD) | (i) Foreign Income Taxes Properly Attributable to PTEP and not Previously Deemed Paid ((column (f)/column (g)) x column (h)) (USD) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**5** Total (combine lines 1 through 4 of column (i)). Also report amount on Schedule E-1, line 6 . . . . . . . . . . . . . . . ▶

For Paperwork Reduction Act Notice, see instructions.

JSA

2X1666 2.000

    0001W4   X45R

Schedule E (Form 5471) (Rev. 12-2021)

Schedule E (Form 5471) (Rev. 12-2021)	Page **2**

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTIN | | 3007707 |

**a** Separate Category (Enter code-see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . ▶

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . ▶

## Part II  Election

For tax years beginning after December 31, 2004, has an election been made under section 986(a)(1)(D) to translate taxes using the exchange rate on the date of payment?

☐ Yes   ☒ No   If "Yes," state date of election ▶

## Part III  Taxes for Which a Foreign Tax Credit Is Disallowed (Enter in functional currency of foreign corporation.)

| | (a) Name of Payor Entity | (b) EIN or Reference ID Number of Payor Entity | (c) Section 901(j) | (d) Section 901(k) and (l) | (e) Section 901(m) | (f) U.S. Taxes | (g) Suspended Taxes | (h) Other | (i) Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | In functional currency (combine lines 1 and 2) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | |
| 4 | In U.S. dollars (translated at the average exchange rate, as defined in section 989(b)(3) and related regulations (see instructions)) . . . . . . . . . . . . . . ▶ | | | | | | | | |

## Schedule E-1  Taxes Paid, Accrued, or Deemed Paid on Earnings and Profits (E&P) of Foreign Corporation

| | **IMPORTANT:** Enter amounts in U.S. dollars. | Taxes related to: | | | |
|---|---|---|---|---|---|
| | | (a) Subpart F Income | (b) Tested Income | (c) Residual Income | (d) Suspended Taxes |
| 1a | Balance at beginning of year (as reported in prior year Schedule E-1) . . . . . . . . . . | -0- | -0- | -0- | |
| b | Beginning balance adjustments (attach statement). | | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . | | | | |
| 2 | Adjustment for foreign tax redetermination. | | | | |
| 3a | Taxes unsuspended under anti-splitter rules | | | | |
| b | Taxes suspended under anti-splitter rules. | | | | |
| 4 | Taxes reported on Schedule E, Part I, Section 1, line 5, column (l) . . . . . . . . . | | | | |
| 5 | Taxes carried over in nonrecognition transactions . . . . . . . . . . . . . . . | | | | |
| 6 | Taxes reported on Schedule E, Part I, Section 2, line 5, column (i). . . . . . . . . | | | | |
| 7 | Other adjustments (attach statement). . . . . . . . . . . . . . . . . . . . . | | | | |
| 8 | Taxes paid or accrued on current income/E&P or accumulated E&P (combine lines 1c through 7) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 9 | Taxes deemed paid with respect to inclusions  (see instructions) . . . . . . . . . | | | | |
| 10 | Taxes deemed paid with respect to actual distributions . . . . . . . . . . . . . | | | | |
| 11 | Taxes on amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . | | | | |
| 12 | Other (attach statement). . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 13 | Balance of taxes paid or accrued (combine lines 8 through 12 in columns (a), (b), and (c)) | | | | |
| 14 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 15 | Reduction for other taxes not deemed paid . . . . . . . . . . . . . . . . . . | | | | |
| 16 | Balance of taxes paid or accrued at the beginning of the next year. Line 16, columns (a), (b), and (c) must always equal zero. So, if necessary, enter negative amounts on line 15 of columns (a), (b), and (c) in amounts sufficient to reduce line 13, columns (a), (b), and (c) to zero. For the remaining columns, combine lines 8 through 12 . . . . . . . . . . . . . . . . | -0- | -0- | -0- | |

Schedule E (Form 5471) (Rev. 12-2021)

Schedule E (Form 5471) (Rev. 12-2021)    **Page 3**

| Name of foreign corporation | EIN (if any) | **Reference ID number** (see instructions) |
|---|---|---|
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTIN | | 3007707 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . . . ▶ _____

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . . . . . . . . . . . . ▶ _____

**Schedule E-1**    **Taxes Paid, Accrued, or Deemed Paid on Accumulated Earnings and Profits (E&P) of Foreign Corporation** (continued)

**(e) Taxes related to previously taxed E&P** (see instructions)

| | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP | (iii) General section 959(c)(1) PTEP | (iv) Reclassified section 951A PTEP | (v) Reclassified section 245A(d) PTEP | (vi) Section 965(a) PTEP | (vii) Section 965(b) PTEP | (viii) Section 951A PTEP | (ix) Section 245A(d) PTEP | (x) Section 951(a)(1)(A) PTEP |
|---|---|---|---|---|---|---|---|---|---|---|
| **1a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **c** | | | | | | | | | | |
| **2** | | | | | | | | | | |
| **3a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **4** | | | | | | | | | | |
| **5** | | | | | | | | | | |
| **6** | | | | | | | | | | |
| **7** | | | | | | | | | | |
| **8** | | | | | | | | | | |
| **9** | | | | | | | | | | |
| **10** | | | | | | | | | | |
| **11** | | | | | | | | | | |
| **12** | | | | | | | | | | |
| **13** | | | | | | | | | | |
| **14** | | | | | | | | | | |
| **15** | | | | | | | | | | |
| **16** | | | | | | | | | | |

Schedule E (Form 5471) (Rev. 12-2021)

JSA
2X1678 2.000

**SCHEDULE H**
**(Form 5471)**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

## Current Earnings and Profits

▶ Attach to Form 5471.
▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTIN | | 3007707 |

**IMPORTANT:** Enter the amounts on lines 1 through 5c in **functional** currency.

| | | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|---|
| **1** | Current year net income or (loss) per foreign books of account | | | | **1** | |
| **2** | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | | |
| **a** | Capital gains or losses | **2a** | | | | |
| **b** | Depreciation and amortization | **2b** | | | | |
| **c** | Depletion | **2c** | | | | |
| **d** | Investment or incentive allowance | **2d** | | | | |
| **e** | Charges to statutory reserves | **2e** | | | | |
| **f** | Inventory adjustments | **2f** | | | | |
| **g** | Income taxes (see Schedule E, Part I, Section 1, line 6, column (m), and Part III, line 3, column (i)) | **2g** | | | | |
| **h** | Foreign currency gains or losses | **2h** | | | | |
| **i** | Other (attach statement) | **2i** | | | | |
| **3** | Total net additions | **3** | | | | |
| **4** | Total net subtractions | **4** | | | | |
| **5a** | Current earnings and profits (line 1 plus line 3 minus line 4) | | | | **5a** | |
| **b** | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) | | | | **5b** | |
| **c** | Combine lines 5a and 5b and enter the result on line 5c. Then enter on lines 5c(i), 5c(ii), and 5c(iii)(A) through 5c(iii)(D) the portion of the line 5c amount with respect to the categories of income shown on those lines | | | | **5c** | |
| | **(i)** General category (enter amount on applicable Schedule J, Part I, line 3, column (a)) | **5c(i)** | | | | |
| | **(ii)** Passive category (enter amount on applicable Schedule J, Part I, line 3, column (a)) | **5c(ii)** | | | | |
| | **(iii)** Section 901(j) category: | | | | | |
| | **(A)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(A) and on the applicable Schedule J, Part I, line 3, column (a) | **5c(iii)(A)** | | | | |
| | **(B)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(B) and on the applicable Schedule J, Part I, line 3, column (a) | **5c(iii)(B)** | | | | |
| | **(C)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(C) and on the applicable Schedule J, Part I, line 3, column (a) | **5c(iii)(C)** | | | | |
| | **(D)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(D) and on the applicable Schedule J, Part I, line 3, column (a) | **5c(iii)(D)** | | | | |
| **d** | Current earnings and profits in U.S. dollars (line 5c translated at the average exchange rate, as defined in section 989(b)(3) and the related regulations (see instructions)) | | | | **5d** | |
| **e** | Enter exchange rate used for line 5d ▶ | | | | | |

For Paperwork Reduction Act Notice, see instructions.                    Schedule H (Form 5471) (Rev. 12-2021)

JSA
2X1668 2.000

0001WA  X45R

**SCHEDULE I-1**
**(Form 5471)**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

# Information for Global Intangible Low-Taxed Income

OMB No. 1545-0123

▶ **Attach to Form 5471.**
▶ **Go to *www.irs.gov/Form5471* for instructions and the latest information.**

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTIN | | 3007707 |

Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

| | | | Functional Currency | Conversion Rate | U.S. Dollars |
|---|---|---|---|---|---|
| **1** | Gross income (see instructions if cost of goods sold exceed gross receipts) . . . . . . . . . . . . . . . | **1** | | | |
| **2** | Exclusions (see instructions if cost of goods sold exceed gross receipts) | | | | |
| **a** | Effectively connected income . . . . . . | **2a** | | | |
| **b** | Subpart F income . . . . . . . . . . | **2b** | | | |
| **c** | High-tax exception income per section 954(b)(4) . . . . . . . . . . . . . . | **2c** | | | |
| **d** | Related party dividends . . . . . . . . | **2d** | | | |
| **e** | Foreign oil and gas extraction income . . | **2e** | | | |
| **3** | Total exclusions (combine lines 2a through 2e) . . . . . . . | **3** | | | |
| **4** | Gross income less total exclusions (line 1 minus line 3) (see instructions) . . . . . . . . . . . . . . . . . . . | **4** | | | |
| **5** | Deductions properly allocable to amount on line 4 . . . . . . . . . | **5** | | | |
| **6** | Tested income (loss) (line 4 minus line 5) (see instructions) . . . . . . | **6** | | | |
| **7** | Tested foreign income taxes . . . . . . . . . | **7** | | | |
| **8** | Qualified business asset investment (QBAI) . . . . . . . . . . . . . | **8** | | | |
| **9a** | Interest expense included on line 5 . . . . . | **9a** | | | |
| **b** | Qualified interest expense . . . . . . . | **9b** | | | |
| **c** | Tested loss QBAI amount . . . . . . . | **9c** | | | |
| **d** | Tested interest expense (line 9a minus the sum of line 9b and line 9c). If zero or less, enter -0- | **9d** | | | |
| **10a** | Interest income included in line 4 . . . . | **10a** | | | |
| **b** | Qualified interest income . . . . . . . | **10b** | | | |
| **c** | Tested interest income (line 10a minus line 10b). If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | **10c** | | | |

For Paperwork Reduction Act Notice, see instructions.

Schedule I-1 (Form 5471) (Rev. 12-2021)

JSA
2X1672 2.000

0001WA   X45R

**SCHEDULE J**
**(Form 5471)**
(Rev. December 2020)
Department of the Treasury
Internal Revenue Service

# Accumulated Earnings & Profits (E&P) of Controlled Foreign Corporation

▶ Attach to Form 5471.

▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTIN | | 3007707 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN
**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . ▶

| Part I | Accumulated E&P of Controlled Foreign Corporation |
|---|---|

☐ Check the box if person filing return does not have all U.S. shareholders' information to complete an amount in column (e) (see instructions).

**Important:** Enter amounts in functional currency.

| | | (a) Post-2017 E&P Not Previously Taxed (post-2017 section 959(c)(3) balance) | (b) Post-1986 Undistributed Earnings (post-1986 and pre-2018 section 959(c)(3) balance) | (c) Pre-1987 E&P Not Previously Taxed (pre-1987 section 959(c)(3) balance) | (d) Hovering Deficit and Deduction for Suspended Taxes | (e) Previously Taxed E&P (see instructions) | |
|---|---|---|---|---|---|---|---|
| | | | | | | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP |
| **1a** | Balance at beginning of year (as reported on prior year Schedule J) . . . . . . . . . . . . . . . . | -12,469,173. | | | | | |
| **b** | Beginning balance adjustments (attach statement) . . . | | | | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) | -12,469,173. | | | | | |
| **2a** | Reduction for taxes unsuspended under anti-splitter rules | | | | | | |
| **b** | Disallowed deduction for taxes suspended under anti-splitter rules . . . . . . . . . . . . . . . | | | | | | |
| **3** | Current year E&P (or deficit in E&P) (enter amount from applicable line 5c of Schedule H) . . . . . . . . | | | | | | |
| **4** | E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . | | | | | | |
| **5a** | E&P carried over in nonrecognition transaction . . . . | | | | | | |
| **b** | Reclassify deficit in E&P as hovering deficit after nonrecognition transaction . . . . . . . . . . . . . | | | | | | |
| **6** | Other adjustments (attach statement) . . . . . . . . | | | | | | |
| **7** | Total current and accumulated E&P (combine lines 1c through 6) . . . . . . . . . . . . . . . . | -12,469,173. | | | | | |
| **8** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . | | | | | | |
| **9** | Actual distributions . . . . . . . . . . . . . . | | | | | | |
| **10** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . | | | | | | |
| **11** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) | | | | | | |
| **12** | Other adjustments (attach statement) . . . . . . . . | | | | | | |
| **13** | Hovering deficit offset of undistributed post-transaction E&P (see instructions) . . . . . . . . . . | | | | | | |
| **14** | Balance at beginning of next year (combine lines 7 through 13) | -12,469,173. | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**
Schedule J (Form 5471) (Rev. 12-2020)

JSA
2X1665 2.000

0001W4 X45R

Schedule J (Form 5471) (Rev. 12-2020)                                                                                                  Page **2**

**Part I**   **Accumulated E&P of Controlled Foreign Corporation** *(continued)*

| | **(e)** Previously Taxed E&P (see instructions) | | | | |
|---|---|---|---|---|---|
| | ***(iii)*** General section 959(c)(1) PTEP | ***(iv)*** Reclassified section 951A PTEP | ***(v)*** Reclassified section 245A(d) PTEP | ***(vi)*** Section 965(a) PTEP | ***(vii)*** Section 965(b) PTEP |
| **1a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **2a** | | | | | |
| **b** | | | | | |
| **3** | | | | | |
| **4** | | | | | |
| **5a** | | | | | |
| **b** | | | | | |
| **6** | | | | | |
| **7** | | | | | |
| **8** | | | | | |
| **9** | | | | | |
| **10** | | | | | |
| **11** | | | | | |
| **12** | | | | | |
| **13** | | | | | |
| **14** | | | | | |

| | **(e)** Previously Taxed E&P (see instructions) | | | **(f)** Total Section 964(a) E&P (combine columns (a), (b), (c), and (e)(i) through (e)(x)) |
|---|---|---|---|---|
| | ***(viii)*** Section 951A PTEP | ***(ix)*** Section 245A(d) PTEP | ***(x)*** Section 951(a)(1)(A) PTEP | |
| **1a** | | | | -12,469,173. |
| **b** | | | | |
| **c** | | | | -12,469,173. |
| **2a** | | | | |
| **b** | | | | |
| **3** | | | | |
| **4** | | | | |
| **5a** | | | | |
| **b** | | | | |
| **6** | | | | |
| **7** | | | | -12,469,173. |
| **8** | | | | |
| **9** | | | | |
| **10** | | | | |
| **11** | | | | |
| **12** | | | | |
| **13** | | | | |
| **14** | | | | -12,469,173. |

JSA
2X1671 2.000                                                                                     **Schedule J (Form 5471) (Rev. 12-2020)**

Schedule J (Form 5471) (Rev. 12-2020) <span style="float:right">Page **3**</span>

| **Part II** | **Nonpreviously Taxed E&P Subject to Recapture as Subpart F Income (section 952(c)(2))** | | |
|---|---|---|---|

**Important:** Enter amounts in functional currency.

| | | | |
|---|---|---|---|
| **1** | Balance at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **1** | |
| **2** | Additions (amounts subject to future recapture) . . . . . . . . . . . . . . . . . . . . . . ▶ | **2** | |
| **3** | Subtractions (amounts recaptured in current year) . . . . . . . . . . . . . . . . . . . . . ▶ | **3** | |
| **4** | Balance at end of year (combine lines 1 through 3) . . . . . . . . . . . . . . . . . . . . ▶ | **4** | |

**Schedule J (Form 5471) (Rev. 12-2020)**

JSA
2X1677 2.000

**SCHEDULE M**
**(Form 5471)**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

## Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

▶ **Attach to Form 5471.**
▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTIN | | 3007707 |

**Important:** *Complete a **separate** Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See instructions.*

Enter the relevant functional currency and the exchange rate used throughout this schedule ▶ _____ CNY

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| **1** Sales of stock in trade (inventory) | | | | | |
| **2** Sales of tangible property other than stock in trade . . . . . . | | | | | |
| **3** Sales of property rights (patents, trademarks, etc.) . . . . . . . | | | | | |
| **4** Platform contribution transaction payments received | | | | | |
| **5** Cost sharing transaction payments received . . . . . . . | | | | | |
| **6** Compensation received for technical, managerial, engineering, construction, or like services . . | | | | | |
| **7** Commissions received . . . . . | | | | | |
| **8** Rents, royalties, and license fees received | | | | | |
| **9** Hybrid dividends received (see instructions) | | | | | |
| **10** Dividends received (exclude hybrid dividends, deemed distributions under subpart F, and distributions of previously taxed income) . . . . | | | | | |
| **11** Interest received . . . . . . . . | | | | | |
| **12** Premiums received for insurance or reinsurance . . . . . . . . | | | | | |
| **13** Loan guarantee fees received . | | | | | |
| **14** Other amounts received (attach statement) | | | | | |
| **15** Add lines 1 through 14 . . . . | | | | | |
| **16** Purchases of stock in trade (inventory) | | | | | |
| **17** Purchases of tangible property other than stock in trade . . . | | | | | |
| **18** Purchases of property rights (patents, trademarks, etc.) . . . | | | | | |
| **19** Platform contribution transaction payments paid . . . . . . . | | | | | |
| **20** Cost sharing transaction payments paid . | | | | | |
| **21** Compensation paid for technical, managerial, engineering, construction, or like services . . | | | | | |
| **22** Commissions paid . . . . . . | | | | | |
| **23** Rents, royalties, and license fees paid | | | | | |
| **24** Hybrid dividends paid (see instructions) | | | | | |
| **25** Dividends paid (exclude hybrid dividends paid) . . . . . . . | | | | | |
| **26** Interest paid . . . . . . . . . | | | | | |
| **27** Premiums paid for insurance or reinsurance | | | | | |
| **28** Loan guarantee fees paid . . . | | | | | |
| **29** Other amounts paid (attach statement) . | | | | | |
| **30** Add lines 16 through 29 . . . . | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**

**Schedule M (Form 5471)** (Rev. 12-2021)

JSA
2X1664 2.000

0001WA   X45R

**Schedule M (Form 5471)** (Rev. 12-2021)                                                                Page **2**

Name of person filing Form 5471 | Identifying number

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| **31** Accounts Payable . . . . . . . | | | | | |
| **32** Amounts borrowed (enter the maximum loan balance during the year) - see instructions . . . . . . . . . . | | | | | |
| **33** Accounts Receivable . . . . . | | | | | |
| **34** Amounts loaned (enter the maximum loan balance during the year) - see instructions | | | | | |

**Schedule M (Form 5471)** (Rev. 12-2021)

JSA
2X1679 2.000
0001WA   X45R

**SCHEDULE P**
**(Form 5471)**

(Rev. December 2020)

Department of the Treasury
Internal Revenue Service

# Previously Taxed Earnings and Profits of U.S. Shareholder of Certain Foreign Corporations

▶ **Attach to Form 5471.**
▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of U.S. shareholder | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTIN | | 3007707 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN
**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . ▶

**Part I**  **Previously Taxed E&P in Functional Currency** (see instructions)

| | | (a) Reclassified section 965(a) PTEP | (b) Reclassified section 965(b) PTEP | (c) General section 959(c)(1) PTEP |
|---|---|---|---|---|
| **1a** | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **b** | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . | | | |
| **2** | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . | | | |
| **3** | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation | | | |
| **4** | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . | | | |
| **5** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **6** | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . | | | |
| **7** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . . | | | |
| **8** | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . | | | |
| **9** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . | | | |
| **10** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . | | | |
| **11** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **12** | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . . | | | |

**For Paperwork Reduction Act Notice, see instructions.**

Schedule P (Form 5471) (Rev. 12-2020)

JSA   2X1673 2.000
0001W4   X45R

| Part I | Previously Taxed E&P in Functional Currency (see instructions) (continued) |

| | (d) Reclassified section 951A PTEP | (e) Reclassified section 245A(d) PTEP | (f) Section 965(a) PTEP | (g) Section 965(b) PTEP | (h) Section 951A PTEP | (i) Section 245A(d) PTEP | (j) Section 951(a)(1)(A) PTEP | (k) Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

Schedule P (Form 5471) (Rev. 12-2020)                                                                                                    Page **3**

| Part II | Previously Taxed E&P in U.S. Dollars |

|  |  | (a) Reclassified section 965(a) PTEP | (b) Reclassified section 965(b) PTEP | (c) General section 959(c)(1) PTEP |
|---|---|---|---|---|
| 1 a | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| b | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . . . . . | | | |
| 2 | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . . . . | | | |
| 3 | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 4 | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . . . . . | | | |
| 5 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 6 | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . . . . . | | | |
| 7 | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . | | | |
| 8 | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 9 | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . | | | |
| 10 | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 11 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 12 | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . . . . . | | | |

Schedule P (Form 5471) (Rev. 12-2020)

JSA
2X1675 2.000

Schedule P (Form 5471) (Rev. 12-2020)

| **Part II** | **Previously Taxed E&P in U.S. Dollars** *(continued)* | | | | | | | |

| | (d) Reclassified section 951A PTEP | (e) Reclassified section 245A(d) PTEP | (f) Section 965(a) PTEP | (g) Section 965(b) PTEP | (h) Section 951A PTEP | (i) Section 245A(d) PTEP | (j) Section 951(a)(1)(A) PTEP | (k) Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

**SCHEDULE Q**
**(Form 5471)**
(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

# CFC Income by CFC Income Groups

**Attach to Form 5471.**

**Go to www.irs.gov/Form5471 for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | | Identifying number |
|---|---|---|
| Global Benefits Group Inc | | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTIN | | 3007707 |

Complete a separate Schedule Q with respect to each applicable category of income (see instructions).

**A**  Enter separate category code with respect to which this Schedule Q is being completed (see instructions for codes) . . . . . . . . . . . . . .  GEN

**B**  If category code "PAS" is entered on line A, enter the applicable grouping code (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . _____

**C**  If code "901j" is entered on line A, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . _____

Complete a separate Schedule Q for U.S. source income and foreign source income (see instructions for an exception).

**D**  Indicate whether this Schedule Q is being completed for:  ☐ U.S. source income or  ☒ Foreign source income

Complete a separate Schedule Q for FOGEI or FORI income.

**E**  If this Schedule Q is being completed for FOGEI or FORI income, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| *Enter amounts in functional currency of the foreign corporation (unless otherwise noted).* | (i) Country Code | (ii) Gross Income | (iii) Definitely Related Expenses | (iv) Related Person Interest Expense | (v) Other Interest Expense | (vi) Research & Experimental Expenses | (vii) Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1**  Subpart F Income Groups | | | | | | | |
| **a**  Dividends, Interest, Rents, Royalties, & Annuities (Total) | | | | | | | |
|   **(1)**  Unit name: _____ | | | | | | | |
|   **(2)**  Unit name: _____ | | | | | | | |
| **b**  Net Gain From Certain Property Transactions (Total) | | | | | | | |
|   **(1)**  Unit name: _____ | | | | | | | |
|   **(2)**  Unit name: _____ | | | | | | | |
| **c**  Net Gain From Commodities Transactions (Total) | | | | | | | |
|   **(1)**  Unit name: _____ | | | | | | | |
|   **(2)**  Unit name: _____ | | | | | | | |
| **d**  Net Foreign Currency Gain (Total) | | | | | | | |
|   **(1)**  Unit name: _____ | | | | | | | |
|   **(2)**  Unit name: _____ | | | | | | | |
| **e**  Income Equivalent to Interest (Total) | | | | | | | |
|   **(1)**  Unit name: _____ | | | | | | | |
|   **(2)**  Unit name: _____ | | | | | | | |
| **f**  Other . . . . . . . . . . . . . . . . . | | | | | | | |
|   **(1)**  Unit name: _____ | | | | | | | |
|   **(2)**  Unit name: _____ | | | | | | | |
| **g**  Foreign Base Company Sales Income (Total) . . . . . . . . . . . . . | | | | | | | |
|   **(1)**  Unit name: _____ | | | | | | | |
|   **(2)**  Unit name: _____ | | | | | | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

JSA
2X1650 3.000

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                                    Page **2**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **a** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **b** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **c** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **d** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **e** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **f** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **g** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA

2X1651 4.000

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)

| Enter amounts in functional currency of the foreign corporation (unless otherwise noted). | (i) Country Code | (ii) Gross Income | (iii) Definitely Related Expenses | (iv) Related Person Interest Expense | (v) Other Interest Expense | (vi) Research & Experimental Expenses | (vii) Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1** Subpart F Income Groups | | | | | | | |
| **h** Foreign Base Company Services Income (Total) . . . . . . . . . . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **i** Full Inclusion Foreign Base Company Income (Total) . . . . . . . . . . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **j** Insurance Income (Total) . . . . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **k** International Boycott Income . . . . . | | | | | | | |
| **l** Bribes, Kickbacks, and Other Payments . . . . . . . . . . . . . . . . | | | | | | | |
| **m** Section 901(j) income . . . . . . . . | | | | | | | |
| **2** Recaptured Subpart F Income . . . . | | | | | | | |
| **3** Tested Income Group (Total) . . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **4** Residual Income Group (Total) . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **5** Total . . . . . . . . . . . . . . . . . | | | | | | | |

**Important:** See **Computer-Generated Schedule Q** in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1652 3.000

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                                    Page **4**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **h** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **i** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **j** | | | | | | | ☐ | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **k** | | | | | | | | | |
| **l** | | | | | | | | | |
| **m** | | | | | | | | | |
| **2** | | | | | | | | | |
| **3** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **4** | | | | | | | | | |
| **(1)** | | | | | | | | | |
| **(2)** | | | | | | | | | |
| **5** | | | | | | | | | |

**Important:** See ***Computer-Generated Schedule Q*** in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1653 4.000
0001W4   X45R

**SCHEDULE R
(Form 5471)**

(December 2020)

Department of the Treasury
Internal Revenue Service

# Distributions From a Foreign Corporation

▶ **Attach to Form 5471.**

▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | | | Identifying number | |
|---|---|---|---|---|
| Global Benefits Group Inc | | | 20-3842750 | |
| Name of foreign corporation | | EIN (if any) | Reference ID number (see instructions) | |
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTIN | | | 3007707 | |

| | (a) Description of distribution | (b) Date of distribution | (c) Amount of distribution in foreign corporation's functional currency | (d) Amount of E&P distribution in foreign corporation's functional currency |
|---|---|---|---|---|
| 1 | No Distributions | 12/31/2022 | NONE | NONE |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |

**For Paperwork Reduction Act Notice, see instructions.**

JSA  2X1654 2 000

**Schedule R (Form 5471) (12-2020)**

0001WA    X45R

Form **5471**
(Rev. December 2022)

# Information Return of U.S. Persons With Respect to Certain Foreign Corporations

**Go to www.irs.gov/Form5471 for instructions and the latest information.**

Department of the Treasury
Internal Revenue Service

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01/2022 , and ending 12/31/2022

OMB No. 1545-0123

Attachment
Sequence No. **121**

| Name of person filing this return | **A** Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)

27422 PORTOLA PARKWAY - SUITE 110

**B** Category of filer (See instructions. Check applicable box(es).):
1a [X] 1b [ ] 1c [ ] 2 [ ] 3 [ ] 4 [X] 5a [X] 5b [ ] 5c [ ]

City or town, state, and ZIP code

FOOTHILL RANCH, CA 92610

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period 74.0000 %

Filer's tax year beginning 01/01/2022 , and ending 12/31/2022

**D** Check box if this is a final Form 5471 for the foreign corporation · · · · · · · · · · · · · · · · · · · · ▶ [ ]

**E** Check if any excepted specified foreign financial assets are reported on this form (see instructions) · · · · · · · · · · ▶ [ ]

**F** Check the box if this Form 5471 has been completed using "Alternative Information" under Rev. Proc. 2019-40 · · · · · · · ▶ [ ]

**G** If the box on line F is checked, enter the corresponding code for "Alternative Information" (see instructions) · · · · · · · · ▶

**H** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| GLOBAL BENEFITS GROUP, INC. | 27422 PORTOLA PARKWAY, FOOTHILL RANCH  92610 CA | 20-3842750 | X | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information **must** be in English. All amounts **must** be stated in U.S. dollars unless otherwise indicated.*

| 1a Name and address of foreign corporation | |
|---|---|
| GBG SERVICES (INDIA) PRIVATE LIMITED<br>ASCENT TOWERS, 4TH FLOOR ROAD 10<br>BANJARA HILLS, HYDERABAD 500034 IN | **b(1)** Employer identification number, if any |
| | **b(2)** Reference ID number (see instructions)<br>541990 |
| | **c** Country under whose laws incorporated<br>IN |

| d Date of incorporation | e Principal place of business | f Principal business activity code number | g Principal business activity | h Functional currency code |
|---|---|---|---|---|
| 10/16/2010 | IN | 541990 | CONSULTANT | INR |

**2** Provide the following information for the foreign corporation's accounting period stated above.

| a Name, address, and identifying number of branch office or agent (if any) in the United States | b If a U.S. income tax return was filed, enter: | |
|---|---|---|
| | (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
| | | |

| c Name and address of foreign corporation's statutory or resident agent in country of incorporation | d Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different |
|---|---|
| | |

| **Schedule A** | **Stock of the Foreign Corporation** |
|---|---|

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 74. | 74. |
| | | |
| | | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **5471** (Rev. 12-2022)

JSA
2X1660 2.000

0001WA  X45R

Form 5471 (Rev. 12-2022)                                                                                                          Page **2**

| **Schedule B** | **Shareholders of Foreign Corporation** |
| --- | --- |

**Part I**    U.S. Shareholders of Foreign Corporation (see instructions)

| **(a)** Name, address, and identifying number of shareholder | **(b)** Description of each class of stock held by shareholder. **Note:** This description should match the corresponding description entered in Schedule A, column (a). | **(c)** Number of shares held at beginning of annual accounting period | **(d)** Number of shares held at end of annual accounting period | **(e)** Pro rata share of subpart F income (enter as a percentage) |
| --- | --- | --- | --- | --- |
| GLOBAL BENEFITS GROUP INC<br>27422 PORTOLA PARKWAY STE 110<br>FOOTHILL RANCH, CA 92610<br>20-3842750 | COMMON STOCK | 74. | 74. | 100.000000000000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**    Direct Shareholders of Foreign Corporation (see instructions)

| **(a)** Name, address, and identifying number of shareholder. Also, include country of incorporation or formation, if applicable. | **(b)** Description of each class of stock held by shareholder. **Note:** This description should match the corresponding description entered in Schedule A, column (a). | **(c)** Number of shares held at beginning of annual accounting period | **(d)** Number of shares held at end of annual accounting period |
| --- | --- | --- | --- |
| GLOBAL BENEFITS GROUP INC<br>27422 PORTOLA PARKWAY STE 110<br>FOOTHILL RANCH, CA 92610<br>20-3842750        US | COMMON STOCK | 74. | 74. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **5471** (Rev. 12-2022)

JSA
2X1661 2.000

0001WA   X45R

Form 5471 (Rev. 12-2022)                                                                                                    Page **3**

| **Schedule C** | **Income Statement** (see instructions) |

**Important:** *Report all information in functional currency in accordance with U.S. generally accepted accounting principles (GAAP). Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for dollar approximate separate transactions method (DASTM) corporations.*

| | | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|---|
| **Income** | **1a** | Gross receipts or sales | **1a** | 179,387,876. | 2,282,614. |
| | **b** | Returns and allowances | **1b** | | |
| | **c** | Subtract line 1b from line 1a | **1c** | 179,387,876. | 2,282,614. |
| | **2** | Cost of goods sold | **2** | | |
| | **3** | Gross profit (subtract line 2 from line 1c) | **3** | 179,387,876. | 2,282,614. |
| | **4** | Dividends | **4** | | |
| | **5** | Interest | **5** | 119,926. | 1,526. |
| | **6a** | Gross rents | **6a** | | |
| | **b** | Gross royalties and license fees | **6b** | | |
| | **7** | Net gain or (loss) on sale of capital assets | **7** | | |
| | **8a** | Foreign currency transaction gain or loss - unrealized | **8a** | | |
| | **b** | Foreign currency transaction gain or loss - realized | **8b** | -9,830,904. | -125,093. |
| | **9** | Other income (attach statement) | **9** | | |
| | **10** | Total income (add lines 3 through 9) | **10** | 169,676,898. | 2,159,047. |
| **Deductions** | **11** | Compensation not deducted elsewhere | **11** | 122,222,572. | 1,555,216. |
| | **12a** | Rents | **12a** | 12,142,120. | 154,502. |
| | **b** | Royalties and license fees | **12b** | | |
| | **13** | Interest | **13** | | |
| | **14** | Depreciation not deducted elsewhere | **14** | -1,968,334. | -25,046. |
| | **15** | Depletion | **15** | | |
| | **16** | Taxes (exclude income tax expense (benefit)) | **16** | | |
| | **17** | Other deductions (attach statement - exclude income tax expense (benefit)). . . . . . . . . . . . . . . See Statement 38 | **17** | 25,737,863. | 327,500. |
| | **18** | Total deductions (add lines 11 through 17) | **18** | 158,134,221. | 2,012,172. |
| **Net Income** | **19** | Net income or (loss) before unusual or infrequently occurring items, and income tax expense (benefit) (subtract line 18 from line 10) | **19** | 11,542,677. | 146,874. |
| | **20** | Unusual or infrequently occurring items | **20** | | |
| | **21a** | Income tax expense (benefit) - current. See Statement 38 | **21a** | 3,269,651. | 41,605. |
| | **b** | Income tax expense (benefit) - deferred | **21b** | | |
| | **22** | Current year net income or (loss) per books (combine lines 19 through 21b) | **22** | 8,273,026. | 105,270. |
| **Other Comprehensive Income** | **23a** | Foreign currency translation adjustments | **23a** | | |
| | **b** | Other | **23b** | | |
| | **c** | Income tax expense (benefit) related to other comprehensive income | **23c** | | |
| | **24** | Other comprehensive income (loss), net of tax (line 23a plus line 23b less line 23c) | **24** | | |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)     Page **4**

## Schedule F   Balance Sheet

**Important:** *Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.*

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|
| 1 Cash | 1 | 586,448. | 338,901. |
| 2a Trade notes and accounts receivable | 2a | | |
| b Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 Derivatives | 3 | | |
| 4 Inventories | 4 | | |
| 5 Other current assets (attach statement) See Statement 39 | 5 | 532,585. | 1,998,890. |
| 6 Loans to shareholders and other related persons | 6 | | |
| 7 Investment in subsidiaries (attach statement) | 7 | | |
| 8 Other investments (attach statement) | 8 | | |
| 9a Buildings and other depreciable assets | 9a | 335,736. | 1,395,253. |
| b Less accumulated depreciation | 9b | ( 301,873 ) | ( 286,225 ) |
| 10a Depletable assets | 10a | | |
| b Less accumulated depletion | 10b | ( ) | ( ) |
| 11 Land (net of any amortization) | 11 | | |
| 12 Intangible assets: | | | |
| a Goodwill | 12a | | |
| b Organization costs | 12b | | |
| c Patents, trademarks, and other intangible assets | 12c | | |
| d Less accumulated amortization for lines 12a, 12b, and 12c | 12d | ( ) | ( ) |
| 13 Other assets (attach statement) See Statement 39 | 13 | 1,113,734. | NONE |
| 14 Total assets | 14 | 2,266,630. | 3,446,819. |
| **Liabilities and Shareholders' Equity** | | | |
| 15 Accounts payable | 15 | 24,728. | 29,001. |
| 16 Other current liabilities (attach statement) See Statement 39 | 16 | 679,333. | 1,749,979. |
| 17 Derivatives | 17 | | |
| 18 Loans from shareholders and other related persons | 18 | | |
| 19 Other liabilities (attach statement) See Statement 39 | 19 | NONE | 1. |
| 20 Capital stock: | | | |
| a Preferred stock | 20a | | |
| b Common stock | 20b | 2,010. | 2,010. |
| 21 Paid-in or capital surplus (attach reconciliation) | 21 | 25,868. | 25,868. |
| 22 Retained earnings | 22 | 1,534,691. | 1,639,960. |
| 23 Less cost of treasury stock | 23 | ( ) | ( ) |
| 24 Total liabilities and shareholders' equity | 24 | 2,266,630. | 3,446,819. |

## Schedule G   Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in any foreign partnership? | | X |
| | If "Yes," see the instructions for required statement. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? | | X |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as separate from their owner under Regulations sections 301.7701-2 and 301.7701-3 or did the foreign corporation own any foreign branches (see instructions)? | | X |
| | If "Yes," you are generally required to attach Form 8858 for each entity or branch (see instructions). | | |
| 4a | During the tax year, did the filer pay or accrue any base erosion payment under section 59A(d) to the foreign corporation or did the filer have a base erosion tax benefit under section 59A(c)(2) with respect to a base erosion payment made or accrued to the foreign corporation (see instructions)? | | X |
| | If "Yes," complete lines 4b and 4c. | | |
| b | Enter the total amount of the base erosion payments $ _____ | | |
| c | Enter the total amount of the base erosion tax benefit $ _____ | | |
| 5a | During the tax year, did the foreign corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? | | X |
| | If "Yes," complete line 5b. | | |
| b | Enter the total amount of the disallowed deductions (see instructions) $ | | |

JSA
2X1663 2.000

    0001WA    X45R

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                                    Page **5**

| **Schedule G** | **Other Information** *(continued)* | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **6a** | Is the filer claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete lines 6b, 6c, and 6d. See instructions. | | |
| **b** | Enter the amount of gross receipts derived from all sales of general property to the foreign corporation that the filer included in its computation of foreign-derived deduction eligible income (FDDEI) . . . . . . $ _____ | | |
| **c** | Enter the amount of gross income derived from a license of property to the foreign corporation that the filer included in its computation of FDDEI (see instructions) . . . . . . . . . . . . . . . . . $ _____ | | |
| **d** | Enter the amount of gross income derived from services provided to the foreign corporation that the filer included in its computation of FDDEI (see instructions) . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **7** | During the tax year, was the foreign corporation a participant in any cost sharing arrangement?. . . . . . . . . . . | | X |
| | If the answer to question 7 is "Yes," complete a separate Schedule G-1 for each cost sharing arrangement in which the foreign corporation was a participant during the tax year. | | |
| **8** | From April 25, 2014, to December 31, 2017, did the foreign corporation purchase stock or securities of a shareholder of the foreign corporation for use in a triangular reorganization (within the meaning of Regulations section 1.358-6(b)(2))? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **9a** | Did the foreign corporation receive any intangible property in a prior year or the current tax year for which the U.S. transferor is required to report a section 367(d) annual income inclusion for the taxable year?. . . . . . . . . . . . | | X |
| | If "Yes," go to line 9b. | | |
| **b** | Enter in functional currency the amount of the earnings and profits reduction pursuant to section 367(d)(2)(B) for the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **10** | During the tax year, was the foreign corporation an expatriated foreign subsidiary under Regulations section 1.7874-12(a)(9)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," see instructions and attach statement. | | |
| **11** | During the tax year, did the foreign corporation participate in any reportable transaction as defined in Regulations section 1.6011-4?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach Form(s) 8886 if required by Regulations section 1.6011-4(c)(3)(i)(G). | | |
| **12** | During the tax year, did the foreign corporation pay or accrue any foreign tax that was disqualified for credit under section 901(m)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **13** | During the tax year, did the foreign corporation pay or accrue foreign taxes to which section 909 applies, or treat foreign taxes that were previously suspended under section 909 as no longer suspended? . . . . . . . . . . . . . | | X |
| **14** | Did you answer "Yes" to any of the questions in the instructions for line 14? . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the corresponding code(s) from the instructions and attach statement_____ | | |
| **15** | Does the foreign corporation have interest expense disallowed under section 163(j) (see instructions)?. . . . . . . | | X |
| | If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **16** | Does the foreign corporation have previously disallowed interest expense under section 163(j) carried forward to the current tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **17a** | Did any extraordinary reduction with respect to a controlling section 245A shareholder occur during the tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 17a is "Yes," was an election made to close the tax year such that no amount is treated as an extraordinary reduction amount or tiered extraordinary reduction amount (see instructions)? . . . . . . . . . | | |
| **18** | Does the reporting corporation have any loan to or from the related party to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **19a** | Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the period including the tax year and the preceding 3 tax years, or, during the period beginning 36 months before the date of the respective distribution or acquisition and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party?. . . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 19a is "Yes," provide the following. | | |
| | **(1)** The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| | **(2)** The amount of such related party indebtedness. . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                                          Page **6**

| **Schedule I** | **Summary of Shareholder's Income From Foreign Corporation** (see instructions) |

If item H on page 1 is completed, a separate Schedule I must be filed for each Category 4, 5a, or 5b filer for whom reporting is furnished on this Form 5471. This Schedule I is being completed for:

Name of U.S. shareholder  Global Benefits Group Inc                    Identifying number   20-3842750

| | | | |
|---|---|---|---|
| **1a** | Section 964(e)(4) subpart F dividend income from the sale of stock of a lower-tier foreign corporation (see instructions) | **1a** | |
| **b** | Section 245A(e)(2) subpart F income from hybrid dividends of tiered corporations (see instructions) . . . | **1b** | |
| **c** | Subpart F income from tiered extraordinary disposition amounts not eligible for subpart F exception under section 954(c)(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | |
| **d** | Subpart F income from tiered extraordinary reduction amounts not eligible for subpart F exception under section 954(c)(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1d** | |
| **e** | Section 954(c) Subpart F Foreign Personal Holding Company Income (enter result from Worksheet A). | **1e** | |
| **f** | Section 954(d) Subpart F Foreign Base Company Sales Income (enter result from Worksheet A) . . . . | **1f** | |
| **g** | Section 954(e) Subpart F Foreign Base Company Services Income (enter result from Worksheet A) . . . | **1g** | |
| **h** | Other subpart F income (enter result from Worksheet A) . . . . . . . . . . . . . . . . . . . . . . | **1h** | |
| **2** | Earnings invested in U.S. property (enter the result from Worksheet B) . . . . . . . . . . . . . . . . . | **2** | |
| **3** | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Factoring income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| | See instructions for reporting amounts on lines 1, 2, and 4 on your income tax return. | | |
| **5a** | Section 245A eligible dividends (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | **5a** | |
| **b** | Extraordinary disposition amounts (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **5b** | |
| **c** | Extraordinary reduction amounts (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . | **5c** | |
| **d** | Section 245A(e) dividends (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5d** | |
| **e** | Dividends not reported on line 5a, 5b, 5c, or 5d . . . . . . . . . . . . . . . . . . . . . . . . . . | **5e** | |
| **6** | Exchange gain or (loss) on a distribution of previously taxed earnings and profits . . . . . . . . . . . | **6** | |

| | | **Yes** | **No** |
|---|---|---|---|
| **7a** | Was any income of the foreign corporation blocked? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **b** | Did any such income become unblocked during the tax year (see section 964(b))? . . . . . . . . . . . . . . . . . | | |
| | If the answer to either question is "Yes," attach an explanation. | | |
| **8a** | Did this U.S. shareholder have an extraordinary disposition (ED) account with respect to the foreign corporation at any time during the tax year (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |

**b** If the answer to question 8a is "Yes," enter the U.S. shareholder's ED account balance at the beginning of the CFC year
$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances.

**c** Enter the CFC's aggregate ED account balance with respect to all U.S. shareholders at the beginning of the CFC year
$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances.

**9** Enter the sum of the hybrid deduction accounts with respect to stock of the foreign corporation (see instructions) $ _____

Form **5471** (Rev. 12-2022)

**SCHEDULE E**
**(Form 5471)**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

# Income, War Profits, and Excess Profits Taxes Paid or Accrued

▶ **Attach to Form 5471.**
▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

Name of person filing Form 5471

Global Benefits Group Inc

Identifying number

20-3842750

Name of foreign corporation

GBG SERVICES (INDIA) PRIVATE LIMITED

EIN (if any)

Reference ID number (see instructions)

541990

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶   GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . ▶

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . . . ▶

| Part I | Taxes for Which a Foreign Tax Credit Is Allowed |
|---|---|

**Section 1 - Taxes Paid or Accrued Directly by Foreign Corporation**

| | **(a)** Name of Payor Entity | **(b)** EIN or Reference ID Number of Payor Entity | **(c)** Unsuspended Taxes | | **(d)** Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | **(e)** Foreign Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) | **(f)** U.S. Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) |
|---|---|---|---|---|---|---|---|
| **1** | GBG Services (India) Private Limited | 541990 | | | IN | 2022/01/01 | 2022/12/31 |
| **2** | | | | | | | |
| **3** | | | | | | | |
| **4** | | | | | | | |

| | **(g)** Income Subject to Tax in the Foreign Jurisdiction (see instructions) | **(h)** If taxes are paid on U.S. source income, check box | **(i)** Local Currency in Which Tax Is Payable (enter code - see instructions) | **(j)** Tax Paid or Accrued (in local currency in which the tax is payable) | **(k)** Conversion Rate to U.S. Dollars | **(l)** In U.S. Dollars (divide column (j) by column (k)) | **(m)** In Functional Currency of Foreign Corporation |
|---|---|---|---|---|---|---|---|
| **1** | 146,874. | | INR | 3,269,651. | 78.5887600 | 41,605. | 3,269,651. |
| **2** | | | | | | | |
| **3** | | | | | | | |
| **4** | | | | | | | |

**5** Total (combine lines 1 through 4 of column (l)). Also report amount on Schedule E-1, line 4 . . . . . . . . . . . . . ▶   41,605.

**6** Total (combine lines 1 through 4 of column (m)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶   3,269,651.

**Section 2 - Taxes Deemed Paid by Foreign Corporation**

| | **(a)** Name of Lower-Tier Distributing Foreign Corporation | **(b)** EIN or Reference ID Number of Lower-Tier Distributing Foreign Corporation | **(c)** Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | **(d)** PTEP Group (enter code) | **(e)** Annual PTEP Account (enter year) |
|---|---|---|---|---|---|
| **1** | | | | | |
| **2** | | | | | |
| **3** | | | | | |
| **4** | | | | | |

| | **(f)** PTEP Distributed (enter amount in functional currency) | **(g)** Total Amount of PTEP in the PTEP Group (in functional currency) | **(h)** Total Amount of the PTEP Group Taxes With Respect to PTEP Group (USD) | **(i)** Foreign Income Taxes Properly Attributable to PTEP and not Previously Deemed Paid ((column (f)/column (g)) x column (h)) (USD) |
|---|---|---|---|---|
| **1** | | | | |
| **2** | | | | |
| **3** | | | | |
| **4** | | | | |

**5** Total (combine lines 1 through 4 of column (i)). Also report amount on Schedule E-1, line 6 . . . . . . . . . . . . . . . . . ▶

For Paperwork Reduction Act Notice, see instructions.

Schedule E (Form 5471) (Rev. 12-2021)

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG SERVICES (INDIA) PRIVATE LIMITED | | 541990 |

**a** Separate Category (Enter code-see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . ▶  GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . ▶ _____

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . ▶ _____

## Part II   Election

For tax years beginning after December 31, 2004, has an election been made under section 986(a)(1)(D) to translate taxes using the exchange rate on the date of payment?

☐ Yes   ☒ No   If "Yes," state date of election ▶

## Part III   Taxes for Which a Foreign Tax Credit Is Disallowed (Enter in functional currency of foreign corporation.)

| | (a) Name of Payor Entity | (b) EIN or Reference ID Number of Payor Entity | (c) Section 901(j) | (d) Section 901(k) and (l) | (e) Section 901(m) | (f) U.S. Taxes | (g) Suspended Taxes | (h) Other | (i) Total |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **2** | | | | | | | | | |
| **3** | In functional currency (combine lines 1 and 2) . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | |
| **4** | In U.S. dollars (translated at the average exchange rate, as defined in section 989(b)(3) and related regulations (see instructions)) . . . . . . . . . . . . ▶ | | | | | | | | |

## Schedule E-1   Taxes Paid, Accrued, or Deemed Paid on Earnings and Profits (E&P) of Foreign Corporation

**IMPORTANT:** *Enter amounts in U.S. dollars.*

| | | Taxes related to: | | | |
|---|---|---|---|---|---|
| | | (a) Subpart F Income | (b) Tested Income | (c) Residual Income | (d) Suspended Taxes |
| **1a** | Balance at beginning of year (as reported in prior year Schedule E-1) . . . . . . . . . | -0- | -0- | -0- | |
| **b** | Beginning balance adjustments (attach statement). | | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . | | | | |
| **2** | Adjustment for foreign tax redetermination. | | | | |
| **3a** | Taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . . . | | | | |
| **b** | Taxes suspended under anti-splitter rules. | | | | |
| **4** | Taxes reported on Schedule E, Part I, Section 1, line 5, column (l) . . . . . . . . . | | 41,605. | | |
| **5** | Taxes carried over in nonrecognition transactions . . . . . . . . . . . . . . . . . | | | | |
| **6** | Taxes reported on Schedule E, Part I, Section 2, line 5, column (i). . . . . . . . . . | | | | |
| **7** | Other adjustments (attach statement). . . . . . . . . . . . . . . . . . . . . . | | | | |
| **8** | Taxes paid or accrued on current income/E&P or accumulated E&P (combine lines 1c through 7) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 41,605. | | |
| **9** | Taxes deemed paid with respect to inclusions  (see instructions) . . . . . . . . . . | | | | |
| **10** | Taxes deemed paid with respect to actual distributions . . . . . . . . . . . . . . | | | | |
| **11** | Taxes on amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . | | | | |
| **12** | Other (attach statement). . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **13** | Balance of taxes paid or accrued (combine lines 8 through 12 in columns (a), (b), and (c)) | | 41,605. | | |
| **14** | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **15** | Reduction for other taxes not deemed paid . . . . . . . . . . . . . . . . . . . | | | | |
| **16** | Balance of taxes paid or accrued at the beginning of the next year. Line 16, columns (a), (b), and (c) must always equal zero. So, if necessary, enter negative amounts on line 15 of columns (a), (b), and (c) in amounts sufficient to reduce line 13, columns (a), (b), and (c) to zero. For the remaining columns, combine lines 8 through 12 . . . . . . . . . . . . . . . . . | -0- | -0- | -0- | |

Schedule E (Form 5471) (Rev. 12-2021)

Schedule E (Form 5471) (Rev. 12-2021)                                                                                                          **Page 3**

| Name of foreign corporation | EIN (if any) | **Reference ID number** (see instructions) |
|---|---|---|
| GBG SERVICES (INDIA) PRIVATE LIMITED | | 541990 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . ▶ _____

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . ▶ _____

**Schedule E-1**  **Taxes Paid, Accrued, or Deemed Paid on Accumulated Earnings and Profits (E&P) of Foreign Corporation** *(continued)*

**(e) Taxes related to previously taxed E&P** (see instructions)

| | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP | (iii) General section 959(c)(1) PTEP | (iv) Reclassified section 951A PTEP | (v) Reclassified section 245A(d) PTEP | (vi) Section 965(a) PTEP | (vii) Section 965(b) PTEP | (viii) Section 951A PTEP | (ix) Section 245A(d) PTEP | (x) Section 951(a)(1)(A) PTEP |
|---|---|---|---|---|---|---|---|---|---|---|
| **1a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **c** | | | | | | | | | | |
| **2** | | | | | | | | | | |
| **3a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **4** | | | | | | | | | | |
| **5** | | | | | | | | | | |
| **6** | | | | | | | | | | |
| **7** | | | | | | | | | | |
| **8** | | | | | | | | | | |
| **9** | | | | | | | | | | |
| **10** | | | | | | | | | | |
| **11** | | | | | | | | | | |
| **12** | | | | | | | | | | |
| **13** | | | | | | | | | | |
| **14** | | | | | | | | | | |
| **15** | | | | | | | | | | |
| **16** | | | | | | | | | | |

Schedule E (Form 5471) (Rev. 12-2021)

JSA

2X1678 2.000

**SCHEDULE H**
**(Form 5471)**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

# Current Earnings and Profits

▶ Attach to Form 5471.

▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG SERVICES (INDIA) PRIVATE LIMITED | | 541990 |

**IMPORTANT:** *Enter the amounts on lines 1 through 5c in **functional** currency.*

| | | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|---|
| 1 | Current year net income or (loss) per foreign books of account . . . . . . . . . . . . . . . . . . . . . | | | | **1** | 8,273,027. |
| 2 | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | | |
| a | Capital gains or losses . . . . . . . . . . . . . . . . | **2a** | | | | |
| b | Depreciation and amortization . . . . . . . . . . | **2b** | | | | |
| c | Depletion . . . . . . . . . . . . . . . . . . . . . . | **2c** | | | | |
| d | Investment or incentive allowance . . . . . . . . . . | **2d** | | | | |
| e | Charges to statutory reserves . . . . . . . . . . | **2e** | | | | |
| f | Inventory adjustments . . . . . . . . . . . . . | **2f** | | | | |
| g | Income taxes (see Schedule E, Part I, Section 1, line 6, column (m), and Part III, line 3, column (i)) . . . . . . . | **2g** | 3,269,651. | | | |
| h | Foreign currency gains or losses . . . . . . . . . . | **2h** | | | | |
| i | Other (attach statement) . . . . . . . . . . . . . | **2i** | | | | |
| 3 | Total net additions . . . . . . . . . . . . . . | **3** | 3,269,651. | | | |
| 4 | Total net subtractions . . . . . . . . . . . . . . | **4** | | | | |
| 5a | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . . . . | | | | **5a** | 11,542,678. |
| b | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . . | | | | **5b** | |
| c | Combine lines 5a and 5b and enter the result on line 5c. Then enter on lines 5c(i), 5c(ii), and 5c(iii)(A) through 5c(iii)(D) the portion of the line 5c amount with respect to the categories of income shown on those lines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | **5c** | 11,542,678. |
| (i) | General category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5c(i)** | | | | |
| (ii) | Passive category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5c(ii)** | | | | |
| (iii) | Section 901(j) category: | | | | | |
| (A) | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(A) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . . . | **5c(iii)(A)** | | | | |
| (B) | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(B) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . . . | **5c(iii)(B)** | | | | |
| (C) | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(C) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . . . | **5c(iii)(C)** | | | | |
| (D) | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(D) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . . . | **5c(iii)(D)** | | | | |
| d | Current earnings and profits in U.S. dollars (line 5c translated at the average exchange rate, as defined in section 989(b)(3) and the related regulations (see instructions)) . . . . . . . . . . . . . . . . . . . . . . | | | | **5d** | 139,492. |
| e | Enter exchange rate used for line 5d . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 82.7477390 | | | |

For Paperwork Reduction Act Notice, see instructions.                    Schedule H (Form 5471) (Rev. 12-2021)

JSA
2X1668 2.000

0001WA  X45R

**SCHEDULE I-1**
**(Form 5471)**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

# Information for Global Intangible Low-Taxed Income

OMB No. 1545-0123

▶ **Attach to Form 5471.**
▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG SERVICES (INDIA) PRIVATE LIMITED | | 541990 |

Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

| | | | Functional Currency | Conversion Rate | U.S. Dollars |
|---|---|---|---|---|---|
| 1 | Gross income (see instructions if cost of goods sold exceed gross receipts) . . . . . . . . . . . | 1 | 169,676,899. | | |
| 2 | Exclusions (see instructions if cost of goods sold exceed gross receipts) | | | | |
| a | Effectively connected income . . . . . . | 2a | | | |
| b | Subpart F income . . . . . . . . . . . | 2b | | | |
| c | High-tax exception income per section 954(b)(4) . . . . . . . . . . . . . . . | 2c | | | |
| d | Related party dividends . . . . . . . . | 2d | | | |
| e | Foreign oil and gas extraction income . . | 2e | | | |
| 3 | Total exclusions (combine lines 2a through 2e) . . . . . . . . | 3 | | | |
| 4 | Gross income less total exclusions (line 1 minus line 3) (see instructions) . . . . . . . . . . . . . . . . . . . | 4 | 169,676,899. | | |
| 5 | Deductions properly allocable to amount on line 4 . . . . . . . . . | 5 | 161,403,872. | | |
| 6 | Tested income (loss) (line 4 minus line 5) (see instructions) . . . . . . | 6 | 8,273,027. | 78.5887600 | 105,270. |
| 7 | Tested foreign income taxes . . . . . . . . . . . . . . . . . . | 7 | | 78.5887600 | |
| 8 | Qualified business asset investment (QBAI) . . . . . . . . . . . . . | 8 | | 78.5887600 | |
| 9a | Interest expense included on line 5 . . . | 9a | | | |
| b | Qualified interest expense . . . . . . . | 9b | | | |
| c | Tested loss QBAI amount . . . . . . . | 9c | | | |
| d | Tested interest expense (line 9a minus the sum of line 9b and line 9c). If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . | 9d | | 78.5887600 | |
| 10a | Interest income included in line 4 . . . | 10a | 119,926. | | |
| b | Qualified interest income . . . . . . . | 10b | | | |
| c | Tested interest income (line 10a minus line 10b). If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . | 10c | 119,926. | 78.5887600 | 1,526. |

For Paperwork Reduction Act Notice, see instructions.  **Schedule I-1 (Form 5471) (Rev. 12-2021)**

JSA
2X1672 2.000

0001WA   X45R

| SCHEDULE J | **Accumulated Earnings & Profits (E&P) of Controlled Foreign Corporation** | |
|---|---|---|
| (Form 5471)<br>(Rev. December 2020)<br>Department of the Treasury<br>Internal Revenue Service | ▶ **Attach to Form 5471.**<br>▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.** | OMB No. 1545-0123 |

| Name of person filing Form 5471 | | Identifying number |
|---|---|---|
| Global Benefits Group Inc | | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG SERVICES (INDIA) PRIVATE LIMITED | | 541990 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN
**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . . . . ▶

**Part I    Accumulated E&P of Controlled Foreign Corporation**

☐ Check the box if person filing return does not have all U.S. shareholders' information to complete an amount in column (e) (see instructions).

**Important:** Enter amounts in functional currency.

| | | (a)<br>Post-2017 E&P Not<br>Previously Taxed<br>(post-2017 section<br>959(c)(3) balance) | (b)<br>Post-1986<br>Undistributed Earnings<br>(post-1986 and pre-2018<br>section 959(c)(3) balance) | (c)<br>Pre-1987 E&P Not<br>Previously Taxed<br>(pre-1987 section<br>959(c)(3) balance) | (d)<br>Hovering Deficit and<br>Deduction for<br>Suspended Taxes | (e) Previously Taxed E&P (see instructions) | |
|---|---|---|---|---|---|---|---|
| | | | | | | *(i)* Reclassified section<br>965(a) PTEP | *(ii)* Reclassified section<br>965(b) PTEP |
| **1a** | Balance at beginning of year (as reported on prior year Schedule J) . . . . . . . . . . . . . . . . | 41,193,103. | | | | | |
| **b** | Beginning balance adjustments (attach statement) . . . | | | | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) | 41,193,103. | | | | | |
| **2a** | Reduction for taxes unsuspended under anti-splitter rules | | | | | | |
| **b** | Disallowed deduction for taxes suspended under anti-splitter rules . . . . . . . . . . . . . . | | | | | | |
| **3** | Current year E&P (or deficit in E&P) (enter amount from applicable line 5c of Schedule H) . . . . . . . . | 11,542,678. | | | | | |
| **4** | E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . | | | | | | |
| **5a** | E&P carried over in nonrecognition transaction . . . . | | | | | | |
| **b** | Reclassify deficit in E&P as hovering deficit after nonrecognition transaction . . . . . . . . . . . . . . | | | | | | |
| **6** | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| **7** | Total current and accumulated E&P (combine lines 1c through 6) . . . . . . . . . . . . . . . . | 52,735,781. | | | | | |
| **8** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . . | | | | | | |
| **9** | Actual distributions . . . . . . . . . . . . . . . . . | | | | | | |
| **10** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . . | | | | | | |
| **11** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) | | | | | | |
| **12** | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| **13** | Hovering deficit offset of undistributed post-transaction E&P (see instructions) . . . . . . . . . . . | | | | | | |
| **14** | Balance at beginning of next year (combine lines 7 through 13) | 52,735,781. | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**                    Schedule J (Form 5471) (Rev. 12-2020)

JSA
2X1665 2.000
0001W4   X45R

Schedule J (Form 5471) (Rev. 12-2020)                                                                                                                    Page **2**

**Part I**  **Accumulated E&P of Controlled Foreign Corporation** *(continued)*

| | (e) Previously Taxed E&P (see instructions) | | | | |
|---|---|---|---|---|---|
| | *(iii)* General section 959(c)(1) PTEP | *(iv)* Reclassified section 951A PTEP | *(v)* Reclassified section 245A(d) PTEP | *(vi)* Section 965(a) PTEP | *(vii)* Section 965(b) PTEP |
| **1a** | | | | | |
| **b** | | | | | |
| **c** | | | | | |
| **2a** | | | | | |
| **b** | | | | | |
| **3** | | | | | |
| **4** | | | | | |
| **5a** | | | | | |
| **b** | | | | | |
| **6** | | | | | |
| **7** | | | | | |
| **8** | | | | | |
| **9** | | | | | |
| **10** | | | | | |
| **11** | | | | | |
| **12** | | | | | |
| **13** | | | | | |
| **14** | | | | | |

| | (e) Previously Taxed E&P (see instructions) | | | (f) Total Section 964(a) E&P (combine columns (a), (b), (c), and (e)(i) through (e)(x)) |
|---|---|---|---|---|
| | *(viii)* Section 951A PTEP | *(ix)* Section 245A(d) PTEP | *(x)* Section 951(a)(1)(A) PTEP | |
| **1a** | | | | 41,193,103. |
| **b** | | | | |
| **c** | | | | 41,193,103. |
| **2a** | | | | |
| **b** | | | | |
| **3** | | | | 11,542,678. |
| **4** | | | | |
| **5a** | | | | |
| **b** | | | | |
| **6** | | | | |
| **7** | | | | 52,735,781. |
| **8** | | | | |
| **9** | | | | |
| **10** | | | | |
| **11** | | | | |
| **12** | | | | |
| **13** | | | | |
| **14** | | | | 52,735,781. |

JSA
2X1671 2.000
**Schedule J (Form 5471) (Rev. 12-2020)**

Schedule J (Form 5471) (Rev. 12-2020)                                                                                           Page **3**

| | | | |
|---|---|---|---|
| **Part II** | **Nonpreviously Taxed E&P Subject to Recapture as Subpart F Income (section 952(c)(2))** | | |

**Important:** Enter amounts in functional currency.

| | | | |
|---|---|---|---|
| **1** | Balance at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 1 | |
| **2** | Additions (amounts subject to future recapture) . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 2 | |
| **3** | Subtractions (amounts recaptured in current year) . . . . . . . . . . . . . . . . . . . . . . . ▶ | 3 | |
| **4** | Balance at end of year (combine lines 1 through 3) . . . . . . . . . . . . . . . . . . . . . . ▶ | 4 | |

**Schedule J (Form 5471) (Rev. 12-2020)**

JSA
2X1677 2.000

**SCHEDULE M**
**(Form 5471)**

(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

## Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

▶ **Attach to Form 5471.**
▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG SERVICES (INDIA) PRIVATE LIMITED | | 541990 |

**Important:** *Complete a **separate** Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See instructions.*

Enter the relevant functional currency and the exchange rate used throughout this schedule ▶ _____ INR

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) | | | | | |
| 2 Sales of tangible property other than stock in trade . . . . . . | | | | | |
| 3 Sales of property rights (patents, trademarks, etc.) . . . . . . . | | | | | |
| 4 Platform contribution transaction payments received | | | | | |
| 5 Cost sharing transaction payments received . . . . . . . | | | | | |
| 6 Compensation received for technical, managerial, engineering, construction, or like services . . | | | | | |
| 7 Commissions received . . . . | 2,282,615. | | | | |
| 8 Rents, royalties, and license fees received | | | | | |
| 9 Hybrid dividends received (see instructions) | | | | | |
| 10 Dividends received (exclude hybrid dividends, deemed distributions under subpart F, and distributions of previously taxed income) . . . . | | | | | |
| 11 Interest received . . . . . . . | | | | | |
| 12 Premiums received for insurance or reinsurance . . . . . . . . | | | | | |
| 13 Loan guarantee fees received . | | | | | |
| 14 Other amounts received (attach statement) | | | | | |
| 15 Add lines 1 through 14 . . . . | 2,282,615. | | | | |
| 16 Purchases of stock in trade (inventory) | | | | | |
| 17 Purchases of tangible property other than stock in trade . . . | | | | | |
| 18 Purchases of property rights (patents, trademarks, etc.) . . . | | | | | |
| 19 Platform contribution transaction payments paid . . . . . . . | | | | | |
| 20 Cost sharing transaction payments paid . | | | | | |
| 21 Compensation paid for technical, managerial, engineering, construction, or like services . . | | | | | |
| 22 Commissions paid . . . . . . | | | | | |
| 23 Rents, royalties, and license fees paid | | | | | |
| 24 Hybrid dividends paid (see instructions) | | | | | |
| 25 Dividends paid (exclude hybrid dividends paid) . . . . . . . . | | | | | |
| 26 Interest paid . . . . . . . . | | | | | |
| 27 Premiums paid for insurance or reinsurance | | | | | |
| 28 Loan guarantee fees paid . . . | | | | | |
| 29 Other amounts paid (attach statement) . | | | | | |
| 30 Add lines 16 through 29 . . . . | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**

**Schedule M (Form 5471)** (Rev. 12-2021)

JSA
2X1664 2.000

0001WA   X45R

**Schedule M (Form 5471)** (Rev. 12-2021)                                                    Page **2**

Name of person filing Form 5471                                                    Identifying number

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| **31** Accounts Payable . . . . . . . | | | | | |
| **32** Amounts borrowed (enter the maximum loan balance during the year) - see instructions . . . . . . . . . . . | | | | | |
| **33** Accounts Receivable . . . . . | 1,399,862. | | | | |
| **34** Amounts loaned (enter the maximum loan balance during the year) - see instructions | | | | | |

**Schedule M (Form 5471)** (Rev. 12-2021)

| SCHEDULE P | | |
|---|---|---|
| **(Form 5471)** | | |
| (Rev. December 2020) | | |
| Department of the Treasury<br>Internal Revenue Service | | |

**Previously Taxed Earnings and Profits of U.S. Shareholder of Certain Foreign Corporations**

▶ **Attach to Form 5471.**

▶ **Go to www.irs.gov/Form5471 for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of U.S. shareholder | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG SERVICES (INDIA) PRIVATE LIMITED | | 541990 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . ▶ GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . . . ▶

**Part I** Previously Taxed E&P in Functional Currency (see instructions)

| | | (a)<br>Reclassified section 965(a) PTEP | (b)<br>Reclassified section 965(b) PTEP | (c)<br>General section 959(c)(1) PTEP |
|---|---|---|---|---|
| 1a | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | | | |
| b | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . | | | |
| 2 | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . | | | |
| 3 | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation | | | |
| 4 | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . | | | |
| 5 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 6 | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . | | | |
| 7 | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . | | | |
| 8 | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . | | | |
| 9 | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . | | | |
| 10 | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 11 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 12 | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . | | | |

**For Paperwork Reduction Act Notice, see instructions.**

**Schedule P (Form 5471) (Rev. 12-2020)**

JSA  2X1673 2.000

0001W4   X45R

Page **2**

| Part I | **Previously Taxed E&P in Functional Currency** (see instructions) *(continued)* |

| | (d) Reclassified section 951A PTEP | (e) Reclassified section 245A(d) PTEP | (f) Section 965(a) PTEP | (g) Section 965(b) PTEP | (h) Section 951A PTEP | (i) Section 245A(d) PTEP | (j) Section 951(a)(1)(A) PTEP | (k) Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

| Part II | Previously Taxed E&P in U.S. Dollars | | | |
|---|---|---|---|---|
| | | **(a)** Reclassified section 965(a) PTEP | **(b)** Reclassified section 965(b) PTEP | **(c)** General section 959(c)(1) PTEP |
| **1 a** | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **b** | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **2** | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . . . . . . | | | |
| **3** | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **4** | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . . . . . . | | | |
| **5** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **6** | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . . . . . . . | | | |
| **7** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . | | | |
| **8** | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **9** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . | | | |
| **10** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **11** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **12** | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . . . . . . | | | |

Schedule P (Form 5471) (Rev. 12-2020)

Schedule P (Form 5471) (Rev. 12-2020)                                                                                                                    Page **4**

**Part II**   **Previously Taxed E&P in U.S. Dollars** *(continued)*

| | (d) Reclassified section 951A PTEP | (e) Reclassified section 245A(d) PTEP | (f) Section 965(a) PTEP | (g) Section 965(b) PTEP | (h) Section 951A PTEP | (i) Section 245A(d) PTEP | (j) Section 951(a)(1)(A) PTEP | (k) Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

JSA
2X1676 2.000

# CFC Income by CFC Income Groups

**SCHEDULE Q**
**(Form 5471)**
(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

**Attach to Form 5471.**

**Go to *www.irs.gov/Form5471* for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG SERVICES (INDIA) PRIVATE LIMITED | | 541990 |

Complete a separate Schedule Q with respect to each applicable category of income (see instructions).

**A**  Enter separate category code with respect to which this Schedule Q is being completed (see instructions for codes) . . . . . . . . . . . . . .  GEN

**B**  If category code "PAS" is entered on line A, enter the applicable grouping code (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . _____

**C**  If code "901j" is entered on line A, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . _____

Complete a separate Schedule Q for U.S. source income and foreign source income (see instructions for an exception).

**D**  Indicate whether this Schedule Q is being completed for:  ☐ U.S. source income or  ☒ Foreign source income

Complete a separate Schedule Q for FOGEI or FORI income.

**E**  If this Schedule Q is being completed for FOGEI or FORI income, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| *Enter amounts in functional currency of the foreign corporation (unless otherwise noted).* | (i) Country Code | (ii) Gross Income | (iii) Definitely Related Expenses | (iv) Related Person Interest Expense | (v) Other Interest Expense | (vi) Research & Experimental Expenses | (vii) Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1**  Subpart F Income Groups | | | | | | | |
| **a** Dividends, Interest, Rents, Royalties, & Annuities (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **b** Net Gain From Certain Property Transactions (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **c** Net Gain From Commodities Transactions (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **d** Net Foreign Currency Gain (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **e** Income Equivalent to Interest (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **f** Other . . . . . . . . . . . . . . . . . | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **g** Foreign Base Company Sales Income (Total) . . . . . . . . . . . . . | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

**For Paperwork Reduction Act Notice, see instructions.**

JSA
2X1650 3.000

Schedule Q (Form 5471) (Rev. 12-2022)

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                                          Page **2**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **a** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **b** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **c** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **d** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **e** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **f** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **g** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1651 4.000

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                                          Page **3**

| Enter amounts in functional currency of the foreign corporation (unless otherwise noted). | (i) Country Code | (ii) Gross Income | (iii) Definitely Related Expenses | (iv) Related Person Interest Expense | (v) Other Interest Expense | (vi) Research & Experimental Expenses | (vii) Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1** Subpart F Income Groups | | | | | | | |
| **h** Foreign Base Company Services Income (Total) . . . . . . . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **i** Full Inclusion Foreign Base Company Income (Total) . . . . . . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **j** Insurance Income (Total) . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **k** International Boycott Income . . . . . | | | | | | | |
| **l** Bribes, Kickbacks, and Other Payments . . . . . . . . . . . . . . . | | | | | | | |
| **m** Section 901(j) income . . . . . . . . | | | | | | | |
| **2** Recaptured Subpart F Income . . . . | | | | | | | |
| **3** Tested Income Group (Total) . . . . . | | 169,676,899. | | | | | 161,403,872. |
| **(1)** Unit name: Tested Income | IN | 169,676,899. | | | | | 161,403,872. |
| **(2)** Unit name: _____ | | | | | | | |
| **4** Residual Income Group (Total) . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **5** Total . . . . . . . . . . . . . . . . . . | | 169,676,899. | | | | | 161,403,872. |

**Important:** See **Computer-Generated Schedule Q** in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                                                                                    Page **4**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **h** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **i** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **j** | | | | | | | ☐ | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **k** | | | | | | | | | |
| **l** | | | | | | | | | |
| **m** | | | | | | | | | |
| **2** | | | | | | | | | |
| **3** | | | | 8,273,027. | | | | | 8,273,027. |
| (1) | | | | 8,273,027. | | | ☐ | | 8,273,027. |
| (2) | | | | | | | | | |
| **4** | | | | | | | | | |
| (1) | | | | | | | | | |
| (2) | | | | | | | | | |
| **5** | | | | 8,273,027. | | | | | 8,273,027. |

**Important:** See *Computer-Generated Schedule Q* in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1653 4.000
0001W4    X45R

**SCHEDULE R
(Form 5471)**

(December 2020)
Department of the Treasury
Internal Revenue Service

# Distributions From a Foreign Corporation

▶ **Attach to Form 5471.**

▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | | Identifying number | |
|---|---|---|---|
| Global Benefits Group Inc | | 20-3842750 | |
| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) | |
| GBG SERVICES (INDIA) PRIVATE LIMITED | | 541990 | |

| | (a) Description of distribution | (b) Date of distribution | (c) Amount of distribution in foreign corporation's functional currency | (d) Amount of E&P distribution in foreign corporation's functional currency |
|---|---|---|---|---|
| 1 | No Distributions | 12/31/2022 | NONE | NONE |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |

**For Paperwork Reduction Act Notice, see instructions.**

JSA  2X1654 2.000

0001WA    X45R

**Schedule R (Form 5471) (12-2020)**

Form **5471**
(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

## Information Return of U.S. Persons With Respect to Certain Foreign Corporations

Go to *www.irs.gov/Form5471* for instructions and the latest information.

Information furnished for the foreign corporation's annual accounting period (tax year required by
section 898) (see instructions) beginning 01/01/2022 , and ending 12/31/2022

OMB No. 1545-0123

Attachment
Sequence No. **121**

Name of person filing this return
Global Benefits Group Inc

**A** Identifying number
20-3842750

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)
27051 Towne Centre Drive, #210

**B** Category of filer (See instructions. Check applicable box(es).):
1a [X] 1b [ ] 1c [ ] 2 [ ] 3 [ ] 4 [X] 5a [X] 5b [ ] 5c [ ]

City or town, state, and ZIP code
FOOTHILL RANCH, CA 92610

**C** Enter the total percentage of the foreign corporation's voting
stock you owned at the end of its annual accounting period 100.0000 %

Filer's tax year beginning 01/01/2022 , and ending 12/31/2022

**D** Check box if this is a final Form 5471 for the foreign corporation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]

**E** Check if any excepted specified foreign financial assets are reported on this form (see instructions) . . . . . . . . . . . . . . [ ]

**F** Check the box if this Form 5471 has been completed using "Alternative Information" under Rev. Proc. 2019-40 . . . . . . . . . . [ ]

**G** If the box on line F is checked, enter the corresponding code for "Alternative Information" (see instructions) . . . . . . . . . . . . . . . .

**H** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| GLOBAL BENEFITS GROUP, INC. | 27422 PORTOLA PARKWAY, FOOTHILL RANCH CA 92610 | 20-3842750 | X | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information* **must** *be in English. All amounts* **must** *be stated in U.S. dollars unless otherwise indicated.*

**1a** Name and address of foreign corporation
GLOBAL BENEFITS GROUP CANADA LTD.
1000 - 592 BURRARD STREET
VANCOUVER, BC BC V7X 1S8 CA

**b(1)** Employer identification number, if any
98-1016850

**b(2)** Reference ID number (see instructions)
00005

**c** Country under whose laws incorporated
CA

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency code |
|---|---|---|---|---|
| 05/04/2010 | CA | 524210 | INSURANCE BROKER | CAD |

**2** Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States

**b** If a U.S. income tax return was filed, enter:

| | (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
|---|---|---|
| | | |

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different

### Schedule A   Stock of the Foreign Corporation

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 100. | 100. |
| | | |
| | | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **5471** (Rev. 12-2022)

JSA
2X1660 2.000

0001WA   X45R

Form 5471 (Rev. 12-2022)                                                                                         Page **2**

| **Schedule B** | **Shareholders of Foreign Corporation** |
|---|---|

| **Part I** | **U.S. Shareholders of Foreign Corporation** (see instructions) |
|---|---|

| **(a)** Name, address, and identifying number of shareholder | **(b)** Description of each class of stock held by shareholder. **Note:** This description should match the corresponding description entered in Schedule A, column (a). | **(c)** Number of shares held at beginning of annual accounting period | **(d)** Number of shares held at end of annual accounting period | **(e)** Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| GLOBAL BENEFITS GROUP, INC<br>27422 PORTOLA PARKWAY STE 110<br>FOOTHILL RANCH, CA 92610<br>20-3842750 | COMMON STOCK | 100. | 100. | 100.000000000000 |

| **Part II** | **Direct Shareholders of Foreign Corporation** (see instructions) |
|---|---|

| **(a)** Name, address, and identifying number of shareholder. Also, include country of incorporation or formation, if applicable. | **(b)** Description of each class of stock held by shareholder. **Note:** This description should match the corresponding description entered in Schedule A, column (a). | **(c)** Number of shares held at beginning of annual accounting period | **(d)** Number of shares held at end of annual accounting period |
|---|---|---|---|
| GLOBAL BENEFITS GROUP INC<br>27422 PORTOLA PARKWAY STE 110<br>FOOTHILL RANCH, CA 92610<br>20-3842750          US | COMMON STOCK | 100. | 100. |

Form **5471** (Rev. 12-2022)

JSA
2X1661 2.000

0001WA   X45R

Form 5471 (Rev. 12-2022)

Page **3**

### Schedule C   Income Statement   (see instructions)

**Important:** *Report all information in functional currency in accordance with U.S. generally accepted accounting principles (GAAP). Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for dollar approximate separate transactions method (DASTM) corporations.*

| | | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | | |
| | b | Returns and allowances | 1b | | |
| | c | Subtract line 1b from line 1a | 1c | | |
| | 2 | Cost of goods sold | 2 | | |
| | 3 | Gross profit (subtract line 2 from line 1c) | 3 | | |
| | 4 | Dividends | 4 | | |
| | 5 | Interest | 5 | | |
| | 6a | Gross rents | 6a | | |
| | b | Gross royalties and license fees | 6b | | |
| | 7 | Net gain or (loss) on sale of capital assets | 7 | | |
| | 8a | Foreign currency transaction gain or loss - unrealized | 8a | | |
| | b | Foreign currency transaction gain or loss - realized | 8b | −8,765. | −6,673. |
| | 9 | Other income (attach statement) | 9 | | |
| | 10 | Total income (add lines 3 through 9) | 10 | −8,765. | −6,673. |
| **Deductions** | 11 | Compensation not deducted elsewhere | 11 | 8,182. | 6,229. |
| | 12a | Rents | 12a | 783. | 596. |
| | b | Royalties and license fees | 12b | | |
| | 13 | Interest | 13 | | |
| | 14 | Depreciation not deducted elsewhere | 14 | | |
| | 15 | Depletion | 15 | | |
| | 16 | Taxes (exclude income tax expense (benefit)) | 16 | | |
| | 17 | Other deductions (attach statement - exclude income tax expense (benefit)). . . . . . . . . . . . . . See Statement 40 | 17 | 85,990. | 65,466. |
| | 18 | Total deductions (add lines 11 through 17) | 18 | 94,955. | 72,291. |
| **Net Income** | 19 | Net income or (loss) before unusual or infrequently occurring items, and income tax expense (benefit) (subtract line 18 from line 10) | 19 | −103,720. | −78,965. |
| | 20 | Unusual or infrequently occurring items | 20 | | |
| | 21a | Income tax expense (benefit) - current | 21a | | |
| | b | Income tax expense (benefit) - deferred | 21b | | |
| | 22 | Current year net income or (loss) per books (combine lines 19 through 21b) | 22 | −103,720. | −78,965. |
| **Other Comprehensive Income** | 23a | Foreign currency translation adjustments | 23a | | |
| | b | Other | 23b | | |
| | c | Income tax expense (benefit) related to other comprehensive income | 23c | | |
| | 24 | Other comprehensive income (loss), net of tax (line 23a plus line 23b less line 23c) | 24 | | |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                Page **4**

## Schedule F   Balance Sheet

**Important:** *Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.*

| | Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|---|
| 1 | Cash | 1 | 835,951. | 120,166. |
| 2a | Trade notes and accounts receivable | 2a | | |
| b | Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 | Derivatives | 3 | | |
| 4 | Inventories | 4 | | |
| 5 | Other current assets (attach statement) | 5 | | |
| 6 | Loans to shareholders and other related persons | 6 | | |
| 7 | Investment in subsidiaries (attach statement) | 7 | | |
| 8 | Other investments (attach statement) | 8 | | |
| 9a | Buildings and other depreciable assets | 9a | | |
| b | Less accumulated depreciation | 9b | ( ) | ( ) |
| 10a | Depletable assets | 10a | | |
| b | Less accumulated depletion | 10b | ( ) | ( ) |
| 11 | Land (net of any amortization) | 11 | | |
| 12 | Intangible assets: | | | |
| a | Goodwill | 12a | | |
| b | Organization costs | 12b | | |
| c | Patents, trademarks, and other intangible assets | 12c | | |
| d | Less accumulated amortization for lines 12a, 12b, and 12c | 12d | ( ) | ( ) |
| 13 | Other assets (attach statement) . . . . . . See Statement 41 . | 13 | -257,660. | -235,210. |
| 14 | Total assets | 14 | 578,291. | -115,044. |
| | **Liabilities and Shareholders' Equity** | | | |
| 15 | Accounts payable | 15 | NONE | 433. |
| 16 | Other current liabilities (attach statement) . . . . See Statement 41 . | 16 | 617,414. | 2,608. |
| 17 | Derivatives | 17 | | |
| 18 | Loans from shareholders and other related persons | 18 | | |
| 19 | Other liabilities (attach statement) | 19 | | |
| 20 | Capital stock: | | | |
| a | Preferred stock | 20a | | |
| b | Common stock | 20b | | |
| 21 | Paid-in or capital surplus (attach reconciliation) | 21 | | |
| 22 | Retained earnings | 22 | -39,122. | -118,085. |
| 23 | Less cost of treasury stock | 23 | ( ) | ( ) |
| 24 | Total liabilities and shareholders' equity | 24 | 578,292. | -115,044. |

## Schedule G   Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in any foreign partnership? | | X |
| | If "Yes," see the instructions for required statement. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? | | X |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as separate from their owner under Regulations sections 301.7701-2 and 301.7701-3 or did the foreign corporation own any foreign branches (see instructions)? | | X |
| | If "Yes," you are generally required to attach Form 8858 for each entity or branch (see instructions). | | |
| 4a | During the tax year, did the filer pay or accrue any base erosion payment under section 59A(d) to the foreign corporation or did the filer have a base erosion tax benefit under section 59A(c)(2) with respect to a base erosion payment made or accrued to the foreign corporation (see instructions)? | | X |
| | If "Yes," complete lines 4b and 4c. | | |
| b | Enter the total amount of the base erosion payments . . . . . . . . . . . . . . . . . . . $ _____ | | |
| c | Enter the total amount of the base erosion tax benefit . . . . . . . . . . . . . . . . . $ _____ | | |
| 5a | During the tax year, did the foreign corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? | | X |
| | If "Yes," complete line 5b. | | |
| b | Enter the total amount of the disallowed deductions (see instructions) . . . . . . . . . . . . . $ _____ | | |

JSA
2X1663 2.000

0001WA   X45R

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                                          Page **5**

| **Schedule G** | **Other Information** *(continued)* | **Yes** | **No** |

| | | Yes | No |
|---|---|---|---|
| **6a** | Is the filer claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," complete lines 6b, 6c, and 6d. See instructions. | | X |
| **b** | Enter the amount of gross receipts derived from all sales of general property to the foreign corporation that the filer included in its computation of foreign-derived deduction eligible income (FDDEI) . . . . . . $ _____ | | |
| **c** | Enter the amount of gross income derived from a license of property to the foreign corporation that the filer included in its computation of FDDEI (see instructions). . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **d** | Enter the amount of gross income derived from services provided to the foreign corporation that the filer included in its computation of FDDEI (see instructions) . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **7** | During the tax year, was the foreign corporation a participant in any cost sharing arrangement?. . . . . . . . . . . . If the answer to question 7 is "Yes," complete a separate Schedule G-1 for each cost sharing arrangement in which the foreign corporation was a participant during the tax year. | | X |
| **8** | From April 25, 2014, to December 31, 2017, did the foreign corporation purchase stock or securities of a shareholder of the foreign corporation for use in a triangular reorganization (within the meaning of Regulations section 1.358-6(b)(2))? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **9a** | Did the foreign corporation receive any intangible property in a prior year or the current tax year for which the U.S. transferor is required to report a section 367(d) annual income inclusion for the taxable year?. . . . . . . . . . . If "Yes," go to line 9b. | | X |
| **b** | Enter in functional currency the amount of the earnings and profits reduction pursuant to section 367(d)(2)(B) for the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **10** | During the tax year, was the foreign corporation an expatriated foreign subsidiary under Regulations section 1.7874-12(a)(9)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," see instructions and attach statement. | | X |
| **11** | During the tax year, did the foreign corporation participate in any reportable transaction as defined in Regulations section 1.6011-4?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," attach Form(s) 8886 if required by Regulations section 1.6011-4(c)(3)(i)(G). | | X |
| **12** | During the tax year, did the foreign corporation pay or accrue any foreign tax that was disqualified for credit under section 901(m)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **13** | During the tax year, did the foreign corporation pay or accrue foreign taxes to which section 909 applies, or treat foreign taxes that were previously suspended under section 909 as no longer suspended? . . . . . . . . . . . . . | | X |
| **14** | Did you answer "Yes" to any of the questions in the instructions for line 14? . . . . . . . . . . . . . . . . . . . . If "Yes," enter the corresponding code(s) from the instructions and attach statement _____ | | X |
| **15** | Does the foreign corporation have interest expense disallowed under section 163(j) (see instructions)?. . . . . . . . If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | X |
| **16** | Does the foreign corporation have previously disallowed interest expense under section 163(j) carried forward to the current tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | X |
| **17a** | Did any extraordinary reduction with respect to a controlling section 245A shareholder occur during the tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 17a is "Yes," was an election made to close the tax year such that no amount is treated as an extraordinary reduction amount or tiered extraordinary reduction amount (see instructions)? . . . . . . . . . | | |
| **18** | Does the reporting corporation have any loan to or from the related party to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **19a** | Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the period including the tax year and the preceding 3 tax years, or, during the period beginning 36 months before the date of the respective distribution or acquisition and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party?. . . . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 19a is "Yes," provide the following. | | |
| | **(1)** The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| | **(2)** The amount of such related party indebtedness. . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                                                Page **6**

| **Schedule I** | **Summary of Shareholder's Income From Foreign Corporation** (see instructions) |
|---|---|

If item H on page 1 is completed, a separate Schedule I must be filed for each Category 4, 5a, or 5b filer for whom reporting is furnished on this Form 5471. This Schedule I is being completed for:

Name of U.S. shareholder  Global Benefits Group, Inc.        Identifying number  20-3842750

| | | | |
|---|---|---|---|
| **1a** | Section 964(e)(4) subpart F dividend income from the sale of stock of a lower-tier foreign corporation (see instructions) | **1a** | |
| **b** | Section 245A(e)(2) subpart F income from hybrid dividends of tiered corporations (see instructions) | **1b** | |
| **c** | Subpart F income from tiered extraordinary disposition amounts not eligible for subpart F exception under section 954(c)(6) | **1c** | |
| **d** | Subpart F income from tiered extraordinary reduction amounts not eligible for subpart F exception under section 954(c)(6) | **1d** | |
| **e** | Section 954(c) Subpart F Foreign Personal Holding Company Income (enter result from Worksheet A) | **1e** | |
| **f** | Section 954(d) Subpart F Foreign Base Company Sales Income (enter result from Worksheet A) | **1f** | |
| **g** | Section 954(e) Subpart F Foreign Base Company Services Income (enter result from Worksheet A) | **1g** | |
| **h** | Other subpart F income (enter result from Worksheet A) | **1h** | |
| **2** | Earnings invested in U.S. property (enter the result from Worksheet B) | **2** | |
| **3** | Reserved for future use | **3** | |
| **4** | Factoring income | **4** | |
| | See instructions for reporting amounts on lines 1, 2, and 4 on your income tax return. | | |
| **5a** | Section 245A eligible dividends (see instructions) | **5a** | |
| **b** | Extraordinary disposition amounts (see instructions) | **5b** | |
| **c** | Extraordinary reduction amounts (see instructions) | **5c** | |
| **d** | Section 245A(e) dividends (see instructions) | **5d** | |
| **e** | Dividends not reported on line 5a, 5b, 5c, or 5d | **5e** | |
| **6** | Exchange gain or (loss) on a distribution of previously taxed earnings and profits | **6** | |

| | | Yes | No |
|---|---|---|---|
| **7a** | Was any income of the foreign corporation blocked? | | X |
| **b** | Did any such income become unblocked during the tax year (see section 964(b))? | | |
| If the answer to either question is "Yes," attach an explanation. | | | |
| **8a** | Did this U.S. shareholder have an extraordinary disposition (ED) account with respect to the foreign corporation at any time during the tax year (see instructions)? | | X |

**b** If the answer to question 8a is "Yes," enter the U.S. shareholder's ED account balance at the beginning of the CFC year

$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances.

**c** Enter the CFC's aggregate ED account balance with respect to all U.S. shareholders at the beginning of the CFC year

$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances.

**9** Enter the sum of the hybrid deduction accounts with respect to stock of the foreign corporation (see instructions) $

Form **5471** (Rev. 12-2022)

# SCHEDULE E
**(Form 5471)**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

## Income, War Profits, and Excess Profits Taxes Paid or Accrued

► **Attach to Form 5471.**

► Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP CANADA LTD. | 98-1016850 | 00005 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . ► GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . ►

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . ►

## Part I   Taxes for Which a Foreign Tax Credit Is Allowed

### Section 1 - Taxes Paid or Accrued Directly by Foreign Corporation

| | (a) Name of Payor Entity | (b) EIN or Reference ID Number of Payor Entity | (c) Unsuspended Taxes | | (d) Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (e) Foreign Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) | (f) U.S. Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) |
|---|---|---|---|---|---|---|---|
| 1 | GLOBAL BENEFITS GROUP CANADA LTD | 00005 | | | CA | 2022/01/01 | 2022/12/31 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |

| | (g) Income Subject to Tax in the Foreign Jurisdiction (see instructions) | (h) If taxes are paid on U.S. source income, check box | (i) Local Currency in Which Tax Is Payable (enter code - see instructions) | (j) Tax Paid or Accrued (in local currency in which the tax is payable) | (k) Conversion Rate to U.S. Dollars | (l) In U.S. Dollars (divide column (j) by column (k)) | (m) In Functional Currency of Foreign Corporation |
|---|---|---|---|---|---|---|---|
| 1 | NONE | | CAD | NONE | 1.3135400 | NONE | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |

**5** Total (combine lines 1 through 4 of column (l)). Also report amount on Schedule E-1, line 4 . . . . . . . . . . . . . ► NONE

**6** Total (combine lines 1 through 4 of column (m)) . . . . . . . . . . . . . . . . . . . . . . . . . . . ►

### Section 2 - Taxes Deemed Paid by Foreign Corporation

| | (a) Name of Lower-Tier Distributing Foreign Corporation | (b) EIN or Reference ID Number of Lower-Tier Distributing Foreign Corporation | (c) Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (d) PTEP Group (enter code) | (e) Annual PTEP Account (enter year) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |

| | (f) PTEP Distributed (enter amount in functional currency) | (g) Total Amount of PTEP in the PTEP Group (in functional currency) | (h) Total Amount of the PTEP Group Taxes With Respect to PTEP Group (USD) | (i) Foreign Income Taxes Properly Attributable to PTEP and not Previously Deemed Paid ((column (f)/column (g)) x column (h)) (USD) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**5** Total (combine lines 1 through 4 of column (i)). Also report amount on Schedule E-1, line 6 . . . . . . . . . . . . . . ►

**For Paperwork Reduction Act Notice, see instructions.**

JSA

2X1666 2.000

0001W4   X45R

**Schedule E (Form 5471) (Rev. 12-2021)**

Schedule E (Form 5471) (Rev. 12-2021)                                                                                                                                    Page **2**

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP CANADA LTD. | 98-1016850 | 00005 |

**a** Separate Category (Enter code-see instructions.) · · · · · · · · · · · · · · · · · · · · · · · · ▶ GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) · · · · · · ▶ _____

**c** If one of the RBT codes is entered on line a, enter the country for the treaty country (see instructions) · · · · · · ▶ _____

## Part II  Election

For tax years beginning after December 31, 2004, has an election been made under section 986(a)(1)(D) to translate taxes using the exchange rate on the date of payment?

☐ Yes  ☒ No   If "Yes," state date of election ▶

## Part III  Taxes for Which a Foreign Tax Credit Is Disallowed (Enter in functional currency of foreign corporation.)

| | (a) Name of Payor Entity | (b) EIN or Reference ID Number of Payor Entity | (c) Section 901(j) | (d) Section 901(k) and (l) | (e) Section 901(m) | (f) U.S. Taxes | (g) Suspended Taxes | (h) Other | (i) Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | In functional currency (combine lines 1 and 2) · · · · · · · · · · · · · · · · · · · · · · ▶ | | | | | | | | |
| 4 | In U.S. dollars (translated at the average exchange rate, as defined in section 989(b)(3) and related regulations (see instructions)) · · · · · · · · · · · · · · ▶ | | | | | | | | |

## Schedule E-1  Taxes Paid, Accrued, or Deemed Paid on Earnings and Profits (E&P) of Foreign Corporation

**IMPORTANT:** *Enter amounts in U.S. dollars.*

| | | Taxes related to: | | | |
|---|---|---|---|---|---|
| | | (a) Subpart F Income | (b) Tested Income | (c) Residual Income | (d) Suspended Taxes |
| 1a | Balance at beginning of year (as reported in prior year Schedule E-1) · · · · · · · · · · | -0- | -0- | -0- | |
| b | Beginning balance adjustments (attach statement) · | | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) · · · · · · · · · · · · · · · · | | | | |
| 2 | Adjustment for foreign tax redetermination · | | | | |
| 3a | Taxes unsuspended under anti-splitter rules · · · · · · · · · · · · · · · · · · · | | | | |
| b | Taxes suspended under anti-splitter rules · | | | | |
| 4 | Taxes reported on Schedule E, Part I, Section 1, line 5, column (l) · · · · · · · · · · | | | | |
| 5 | Taxes carried over in nonrecognition transactions · · · · · · · · · · · · · · · · | | | | |
| 6 | Taxes reported on Schedule E, Part I, Section 2, line 5, column (i) · · · · · · · · · | | | | |
| 7 | Other adjustments (attach statement) · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 8 | Taxes paid or accrued on current income/E&P or accumulated E&P (combine lines 1c through 7) · · · · · | | | | |
| 9 | Taxes deemed paid with respect to inclusions  (see instructions) · · · · · · · · · · | | | | |
| 10 | Taxes deemed paid with respect to actual distributions | | | | |
| 11 | Taxes on amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P · | | | | |
| 12 | Other (attach statement) · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 13 | Balance of taxes paid or accrued (combine lines 8 through 12 in columns (a), (b), and (c)) | | | | |
| 14 | Reserved for future use | | | | |
| 15 | Reduction for other taxes not deemed paid · · · · · · · · · · · · · · · · · · · | | | | |
| 16 | Balance of taxes paid or accrued at the beginning of the next year. Line 16, columns (a), (b), and (c) must always equal zero. So, if necessary, enter negative amounts on line 15 of columns (a), (b), and (c) in amounts sufficient to reduce line 13, columns (a), (b), and (c) to zero. For the remaining columns, combine lines 8 through 12 · · · · · · · · · · · · · · · · · | -0- | -0- | -0- | |

Schedule E (Form 5471) (Rev. 12-2021)                                                                                                              **Page 3**

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP CANADA LTD. | 98-1016850 | 00005 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN
**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . . ▶ _____
**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . . . . . . . . . . . ▶ _____

**Schedule E-1**   **Taxes Paid, Accrued, or Deemed Paid on Accumulated Earnings and Profits (E&P) of Foreign Corporation** *(continued)*

**(e) Taxes related to previously taxed E&P** (see instructions)

|  | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP | (iii) General section 959(c)(1) PTEP | (iv) Reclassified section 951A PTEP | (v) Reclassified section 245A(d) PTEP | (vi) Section 965(a) PTEP | (vii) Section 965(b) PTEP | (viii) Section 951A PTEP | (ix) Section 245A(d) PTEP | (x) Section 951(a)(1)(A) PTEP |
|---|---|---|---|---|---|---|---|---|---|---|
| **1a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **c** | | | | | | | | | | |
| **2** | | | | | | | | | | |
| **3a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **4** | | | | | | | | | | |
| **5** | | | | | | | | | | |
| **6** | | | | | | | | | | |
| **7** | | | | | | | | | | |
| **8** | | | | | | | | | | |
| **9** | | | | | | | | | | |
| **10** | | | | | | | | | | |
| **11** | | | | | | | | | | |
| **12** | | | | | | | | | | |
| **13** | | | | | | | | | | |
| **14** | | | | | | | | | | |
| **15** | | | | | | | | | | |
| **16** | | | | | | | | | | |

Schedule E (Form 5471) (Rev. 12-2021)

JSA
2X1678 2.000

**SCHEDULE H
(Form 5471)**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

## Current Earnings and Profits

▶ Attach to Form 5471.

▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP CANADA LTD. | 98-1016850 | 00005 |

**IMPORTANT:** Enter the amounts on lines 1 through 5c in *functional* currency.

| | | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|---|
| **1** | Current year net income or (loss) per foreign books of account . . . . . . . . . . . . . . . . . . | | | | **1** | -103,720. |
| **2** | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | | |
| **a** | Capital gains or losses . . . . . . . . . . . . . . . | **2a** | | | | |
| **b** | Depreciation and amortization . . . . . . . . . . . | **2b** | | | | |
| **c** | Depletion . . . . . . . . . . . . . . . . . . . . . | **2c** | | | | |
| **d** | Investment or incentive allowance . . . . . . . . . . | **2d** | | | | |
| **e** | Charges to statutory reserves . . . . . . . . . . . | **2e** | | | | |
| **f** | Inventory adjustments . . . . . . . . . . . . . . . | **2f** | | | | |
| **g** | Income taxes (see Schedule E, Part I, Section 1, line 6, column (m), and Part III, line 3, column (i)) . . . . . . . | **2g** | | | | |
| **h** | Foreign currency gains or losses . . . . . . . . . . | **2h** | | | | |
| **i** | Other (attach statement) . . . . . . . . . . . . . . | **2i** | | | | |
| **3** | Total net additions . . . . . . . . . . . . . . . . . | **3** | | | | |
| **4** | Total net subtractions . . . . . . . . . . . . . . . | **4** | | | | |
| **5 a** | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . . . . . | | | | **5a** | -103,720. |
| **b** | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . . . | | | | **5b** | |
| **c** | Combine lines 5a and 5b and enter the result on line 5c. Then enter on lines 5c(i), 5c(ii), and 5c(iii)(A) through 5c(iii)(D) the portion of the line 5c amount with respect to the categories of income shown on those lines . . . . . . . . . . . . . . . . . . | | | | **5c** | -103,720. |
| | **(i)** General category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . . . | **5c(i)** | | | | |
| | **(ii)** Passive category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . . | **5c(ii)** | | | | |
| | **(iii)** Section 901(j) category: | | | | | |
| | **(A)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(A) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . | **5c(iii)(A)** | | | | |
| | **(B)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(B) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . | **5c(iii)(B)** | | | | |
| | **(C)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(C) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . | **5c(iii)(C)** | | | | |
| | **(D)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(D) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . | **5c(iii)(D)** | | | | |
| **d** | Current earnings and profits in U.S. dollars (line 5c translated at the average exchange rate, as defined in section 989(b)(3) and the related regulations (see instructions)) . . . . . . . . . . . . . . . . . . . . . | | | | **5d** | -76,684. |
| **e** | Enter exchange rate used for line 5d . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 1.3525560 | | | |

For Paperwork Reduction Act Notice, see instructions.

Schedule H (Form 5471) (Rev. 12-2021)

JSA
2X1668 2.000

0001WA   X45R

| SCHEDULE I-1 (Form 5471) | **Information for Global Intangible Low-Taxed Income** | |
|---|---|---|
| (Rev. December 2021) | ▶ **Attach to Form 5471.** | OMB No. 1545-0123 |
| Department of the Treasury Internal Revenue Service | ▶ **Go to www.irs.gov/Form5471 for instructions and the latest information.** | |

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP CANADA LTD. | 98-1016850 | 00005 |

Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

| | | | Functional Currency | Conversion Rate | U.S. Dollars |
|---|---|---|---|---|---|
| **1** | Gross income (see instructions if cost of goods sold exceed gross receipts) . . . . . . . . . . . . . . | **1** | −8,765. | | |
| **2** | Exclusions (see instructions if cost of goods sold exceed gross receipts) | | | | |
| **a** | Effectively connected income . . . . . . | **2a** | | | |
| **b** | Subpart F income . . . . . . . . . . . | **2b** | | | |
| **c** | High-tax exception income per section 954(b)(4) . . . . . . . . . . . . . . | **2c** | | | |
| **d** | Related party dividends . . . . . . . . | **2d** | | | |
| **e** | Foreign oil and gas extraction income . . | **2e** | | | |
| **3** | Total exclusions (combine lines 2a through 2e) . . . . . . . | **3** | | | |
| **4** | Gross income less total exclusions (line 1 minus line 3) (see instructions) . . . . . . . . . . . . . . . . | **4** | −8,765. | | |
| **5** | Deductions properly allocable to amount on line 4 . . . . . . . . | **5** | 94,955. | | |
| **6** | Tested income (loss) (line 4 minus line 5) (see instructions) . . . . . . | **6** | −103,720. | 1.3135400 | −78,962. |
| **7** | Tested foreign income taxes . . . . . . . . . . . . . . . . | **7** | | 1.3135400 | |
| **8** | Qualified business asset investment (QBAI). . . . . . . . . . . . | **8** | | 1.3135400 | |
| **9a** | Interest expense included on line 5 . . . . | **9a** | | | |
| **b** | Qualified interest expense . . . . . . . . | **9b** | | | |
| **c** | Tested loss QBAI amount . . . . . . . . | **9c** | | | |
| **d** | Tested interest expense (line 9a minus the sum of line 9b and line 9c). If zero or less, enter -0- . . . . . . . . . . . . . | **9d** | | 1.3135400 | |
| **10a** | Interest income included in line 4 . . . . | **10a** | | | |
| **b** | Qualified interest income . . . . . . . . | **10b** | | | |
| **c** | Tested interest income (line 10a minus line 10b). If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | **10c** | | 1.3135400 | |

For Paperwork Reduction Act Notice, see instructions.                    Schedule I-1 (Form 5471) (Rev. 12-2021)

JSA
2X1672 2.000

0001WA   X45R

**SCHEDULE J**
**(Form 5471)**
(Rev. December 2020)
Department of the Treasury
Internal Revenue Service

# Accumulated Earnings & Profits (E&P) of Controlled Foreign Corporation

▶ **Attach to Form 5471.**

▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP CANADA LTD. | 98-1016850 | 00005 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . ▶

---

**Part I**  **Accumulated E&P of Controlled Foreign Corporation**

☐ Check the box if person filing return does not have all U.S. shareholders' information to complete an amount in column (e) (see instructions).

**Important:** Enter amounts in functional currency.

| | | (a) Post-2017 E&P Not Previously Taxed (post-2017 section 959(c)(3) balance) | (b) Post-1986 Undistributed Earnings (post-1986 and pre-2018 section 959(c)(3) balance) | (c) Pre-1987 E&P Not Previously Taxed (pre-1987 section 959(c)(3) balance) | (d) Hovering Deficit and Deduction for Suspended Taxes | (e) Previously Taxed E&P (see instructions) | |
|---|---|---|---|---|---|---|---|
| | | | | | | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP |
| **1a** | Balance at beginning of year (as reported on prior year Schedule J) . . . . . . . . . . . . . . . | –50,524. | | | | | |
| **b** | Beginning balance adjustments (attach statement) . . . | | | | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) | –50,524. | | | | | |
| **2a** | Reduction for taxes unsuspended under anti-splitter rules | | | | | | |
| **b** | Disallowed deduction for taxes suspended under anti-splitter rules . . . . . . . . . . . . . . . | | | | | | |
| **3** | Current year E&P (or deficit in E&P) (enter amount from applicable line 5c of Schedule H) . . . . . . . . | –103,720. | | | | | |
| **4** | E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . | | | | | | |
| **5a** | E&P carried over in nonrecognition transaction . . . . | | | | | | |
| **b** | Reclassify deficit in E&P as hovering deficit after nonrecognition transaction . . . . . . . . . . . . . . | | | | | | |
| **6** | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| **7** | Total current and accumulated E&P (combine lines 1c through 6) . . . . . . . . . . . . . . . . . . | –154,244. | | | | | |
| **8** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . . | | | | | | |
| **9** | Actual distributions . . . . . . . . . . . . . . . . . | | | | | | |
| **10** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . . | | | | | | |
| **11** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) | | | | | | |
| **12** | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| **13** | Hovering deficit offset of undistributed post-transaction E&P (see instructions) . . . . . . . . . . | | | | | | |
| **14** | Balance at beginning of next year (combine lines 7 through 13) | –154,244. | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**       **Schedule J (Form 5471) (Rev. 12-2020)**

JSA
2X1665 2.000
  0001W4   X45R

Schedule J (Form 5471) (Rev. 12-2020)                                                                                      Page **2**

**Part I** **Accumulated E&P of Controlled Foreign Corporation** *(continued)*

| | **(e) Previously Taxed E&P (see instructions)** | | | | |
|---|---|---|---|---|---|
| | **(iii)** General section 959(c)(1) PTEP | **(iv)** Reclassified section 951A PTEP | **(v)** Reclassified section 245A(d) PTEP | **(vi)** Section 965(a) PTEP | **(vii)** Section 965(b) PTEP |
| 1a | | | | | |
| b | | | | | |
| c | | | | | |
| 2a | | | | | |
| b | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5a | | | | | |
| b | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |

| | **(e) Previously Taxed E&P (see instructions)** | | | **(f)** Total Section 964(a) E&P (combine columns (a), (b), (c), and (e)(i) through (e)(x)) |
|---|---|---|---|---|
| | **(viii)** Section 951A PTEP | **(ix)** Section 245A(d) PTEP | **(x)** Section 951(a)(1)(A) PTEP | |
| 1a | | | | −50,524. |
| b | | | | |
| c | | | | −50,524. |
| 2a | | | | |
| b | | | | |
| 3 | | | | −103,720. |
| 4 | | | | |
| 5a | | | | |
| b | | | | |
| 6 | | | | |
| 7 | | | | −154,244. |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | −154,244. |

JSA
2X1671 2.000
                                                                              **Schedule J (Form 5471) (Rev. 12-2020)**

| **Part II** | **Nonpreviously Taxed E&P Subject to Recapture as Subpart F Income (section 952(c)(2))** | | |

**Important:** Enter amounts in functional currency.

| | | | |
|---|---|---|---|
| **1** | Balance at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **1** | |
| **2** | Additions (amounts subject to future recapture) . . . . . . . . . . . . . . . . . . . . . . ▶ | **2** | |
| **3** | Subtractions (amounts recaptured in current year) . . . . . . . . . . . . . . . . . . . . ▶ | **3** | |
| **4** | Balance at end of year (combine lines 1 through 3) . . . . . . . . . . . . . . . . . . . . ▶ | **4** | |

**Schedule J (Form 5471) (Rev. 12-2020)**

**SCHEDULE M**
**(Form 5471)**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

# Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

▶ **Attach to Form 5471.**
▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP CANADA LTD. | 98-1016850 | 00005 |

**Important:** *Complete a **separate** Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See instructions.*

Enter the relevant functional currency and the exchange rate used throughout this schedule ▶    CANADA, DOLLAR

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) | | | | | |
| 2 Sales of tangible property other than stock in trade . . . . . . | | | | | |
| 3 Sales of property rights (patents, trademarks, etc.) . . . . . . . | | | | | |
| 4 Platform contribution transaction payments received . . . . . . | | | | | |
| 5 Cost sharing transaction payments received . . . . . . . | | | | | |
| 6 Compensation received for technical, managerial, engineering, construction, or like services . . | | | | | |
| 7 Commissions received . . . . . | | | | | |
| 8 Rents, royalties, and license fees received | | | | | |
| 9 Hybrid dividends received (see instructions) | | | | | |
| 10 Dividends received (exclude hybrid dividends, deemed distributions under subpart F, and distributions of previously taxed income) . . . . | | | | | |
| 11 Interest received . . . . . . . | | | | | |
| 12 Premiums received for insurance or reinsurance . . . . . . . . | | | | | |
| 13 Loan guarantee fees received . | | | | | |
| 14 Other amounts received (attach statement) | | | | | |
| 15 Add lines 1 through 14 . . . . | | | | | |
| 16 Purchases of stock in trade (inventory) | | | | | |
| 17 Purchases of tangible property other than stock in trade . . . | | | | | |
| 18 Purchases of property rights (patents, trademarks, etc.) . . . | | | | | |
| 19 Platform contribution transaction payments paid . . . . . . . | | | | | |
| 20 Cost sharing transaction payments paid . | | | | | |
| 21 Compensation paid for technical, managerial, engineering, construction, or like services . . | | | | | |
| 22 Commissions paid . . . . . . | | | | | |
| 23 Rents, royalties, and license fees paid | | | | | |
| 24 Hybrid dividends paid (see instructions) | | | | | |
| 25 Dividends paid (exclude hybrid dividends paid) . . . . . . . | | | | | |
| 26 Interest paid . . . . . . . . | | | | | |
| 27 Premiums paid for insurance or reinsurance | | | | | |
| 28 Loan guarantee fees paid . . . | | | | | |
| 29 Other amounts paid (attach statement) . | | | | | |
| 30 Add lines 16 through 29 . . . . | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**    **Schedule M (Form 5471)** (Rev. 12-2021)

JSA
2X1664 2.000

0001WA    X45R

**Schedule M (Form 5471)** (Rev. 12-2021)                                                                     Page **2**

Name of person filing Form 5471 | Identifying number

| **(a)** Transactions of foreign corporation | **(b)** U.S. person filing this return | **(c)** Any domestic corporation or partnership controlled by U.S. person filing this return | **(d)** Any other foreign corporation or partnership controlled by U.S. person filing this return | **(e)** 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | **(f)** 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| **31** Accounts Payable . . . . . . . | 146,856. | | | | |
| **32** Amounts borrowed (enter the maximum loan balance during the year) - see instructions . . . . . . . . . . | | | | | |
| **33** Accounts Receivable . . . . . | 9,775. | | | | |
| **34** Amounts loaned (enter the maximum loan balance during the year) - see instructions | | | | | |

**Schedule M (Form 5471)** (Rev. 12-2021)

**SCHEDULE P**
**(Form 5471)**

(Rev. December 2020)

Department of the Treasury
Internal Revenue Service

# Previously Taxed Earnings and Profits of U.S. Shareholder of Certain Foreign Corporations

► **Attach to Form 5471.**
► **Go to www.irs.gov/Form5471 for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of U.S. shareholder | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP CANADA LTD. | 98-1016850 | 00005 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . ►

**Part I**    Previously Taxed E&P in Functional Currency (see instructions)

| | | (a) Reclassified section 965(a) PTEP | (b) Reclassified section 965(b) PTEP | (c) General section 959(c)(1) PTEP |
|---|---|---|---|---|
| **1a** | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **b** | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . . | | | |
| **2** | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . | | | |
| **3** | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation | | | |
| **4** | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . . | | | |
| **5** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **6** | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . . | | | |
| **7** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . | | | |
| **8** | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . | | | |
| **9** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . | | | |
| **10** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **11** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **12** | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . | | | |

**For Paperwork Reduction Act Notice, see instructions.**

JSA  2X1673 2.000
    0001W4   X45R

**Schedule P (Form 5471) (Rev. 12-2020)**

Schedule P (Form 5471) (Rev. 12-2020)                                                                                                      Page **2**

| Part I | | Previously Taxed E&P in Functional Currency (see instructions) (continued) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **(d)** Reclassified section 951A PTEP | **(e)** Reclassified section 245A(d) PTEP | **(f)** Section 965(a) PTEP | **(g)** Section 965(b) PTEP | **(h)** Section 951A PTEP | **(i)** Section 245A(d) PTEP | **(j)** Section 951(a)(1)(A) PTEP | **(k)** Total |
| **1a** | | | | | | | | |
| **b** | | | | | | | | |
| **c** | | | | | | | | |
| **2** | | | | | | | | |
| **3** | | | | | | | | |
| **4** | | | | | | | | |
| **5** | | | | | | | | |
| **6** | | | | | | | | |
| **7** | | | | | | | | |
| **8** | | | | | | | | |
| **9** | | | | | | | | |
| **10** | | | | | | | | |
| **11** | | | | | | | | |
| **12** | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

JSA
2X1674 2.000

Schedule P (Form 5471) (Rev. 12-2020)                                                                                                    Page **3**

| Part II | Previously Taxed E&P in U.S. Dollars | | | |

| | | (a)<br>Reclassified section<br>965(a) PTEP | (b)<br>Reclassified section<br>965(b) PTEP | (c)<br>General section<br>959(c)(1) PTEP |
|---|---|---|---|---|
| 1 a | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| b | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . . . . . | | | |
| 2 | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . . . . | | | |
| 3 | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 4 | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . . . . . | | | |
| 5 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 6 | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . . . . . | | | |
| 7 | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . | | | |
| 8 | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 9 | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . | | | |
| 10 | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 11 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 12 | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . . . . . | | | |

Schedule P (Form 5471) (Rev. 12-2020)

JSA

2X1675 2.000

Schedule P (Form 5471) (Rev. 12-2020)

| **Part II** | **Previously Taxed E&P in U.S. Dollars** *(continued)* | | | | | | |

| | (d)<br>Reclassified section 951A PTEP | (e)<br>Reclassified section 245A(d) PTEP | (f)<br>Section 965(a) PTEP | (g)<br>Section 965(b) PTEP | (h)<br>Section 951A PTEP | (i)<br>Section 245A(d) PTEP | (j)<br>Section 951(a)(1)(A) PTEP | (k)<br>Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

JSA
2X1676 2.000

**SCHEDULE Q**
**(Form 5471)**
(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

# CFC Income by CFC Income Groups

**Attach to Form 5471.**

**Go to www.irs.gov/Form5471 for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP CANADA LTD. | 98-1016850 | 00005 |

Complete a separate Schedule Q with respect to each applicable category of income (see instructions).

**A**  Enter separate category code with respect to which this Schedule Q is being completed (see instructions for codes) . . . . . . . . . . . . . .  GEN

**B**  If category code "PAS" is entered on line A, enter the applicable grouping code (see instructions) . . . . . . . . . . . . . . . . . . . . . . . _____

**C**  If code "901j" is entered on line A, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . _____

Complete a separate Schedule Q for U.S. source income and foreign source income (see instructions for an exception).

**D**  Indicate whether this Schedule Q is being completed for:  [ ] U.S. source income or  [X] Foreign source income

Complete a separate Schedule Q for FOGEI or FORI income.

**E**  If this Schedule Q is being completed for FOGEI or FORI income, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  [ ]

| *Enter amounts in functional currency of the foreign corporation (unless otherwise noted).* | **(i)** Country Code | **(ii)** Gross Income | **(iii)** Definitely Related Expenses | **(iv)** Related Person Interest Expense | **(v)** Other Interest Expense | **(vi)** Research & Experimental Expenses | **(vii)** Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1**  Subpart F Income Groups | | | | | | | |
| **a** Dividends, Interest, Rents, Royalties, & Annuities (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **b** Net Gain From Certain Property Transactions (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **c** Net Gain From Commodities Transactions (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **d** Net Foreign Currency Gain (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **e** Income Equivalent to Interest (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **f** Other . . . . . . . . . . . . . . . . . | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **g** Foreign Base Company Sales Income (Total) . . . . . . . . . . . . . | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

For Paperwork Reduction Act Notice, see instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1650 3.000

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                                          Page **2**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **a** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **b** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **c** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **d** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **e** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **f** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **g** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1651 4.000

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                               Page **3**

| *Enter amounts in functional currency of the foreign corporation (unless otherwise noted).* | **(i)** Country Code | **(ii)** Gross Income | **(iii)** Definitely Related Expenses | **(iv)** Related Person Interest Expense | **(v)** Other Interest Expense | **(vi)** Research & Experimental Expenses | **(vii)** Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1** Subpart F Income Groups | | | | | | | |
| **h** Foreign Base Company Services Income (Total) . . . . . . . . . . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **i** Full Inclusion Foreign Base Company Income (Total) . . . . . . . . . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **j** Insurance Income (Total) . . . . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **k** International Boycott Income . . . . . | | | | | | | |
| **l** Bribes, Kickbacks, and Other Payments . . . . . . . . . . . . . . . | | | | | | | |
| **m** Section 901(j) income . . . . . . . . | | | | | | | |
| **2** Recaptured Subpart F Income . . . . | | | | | | | |
| **3** Tested Income Group (Total) . . . . . | | −8,765. | | | | | 94,955. |
| (1) Unit name: Tested Income | CA | −8,765. | | | | | 94,955. |
| (2) Unit name: _____ | | | | | | | |
| **4** Residual Income Group (Total) . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **5** Total . . . . . . . . . . . . . . . . . | | −8,765. | | | | | 94,955. |

**Important:** See ***Computer-Generated Schedule Q*** in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1652 3.000

0001W4    X45R

Schedule Q (Form 5471) (Rev. 12-2022)  **Page 4**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| h | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| i | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| j | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | | | |
| k | | | | | | | | | |
| l | | | | | | | | | |
| m | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | –103,720. | | | | | –103,720. |
| (1) | | | | –103,720. | | | ☐ | | –103,720. |
| (2) | | | | | | | ☐ | | |
| 4 | | | | | | | | | |
| (1) | | | | | | | | | |
| (2) | | | | | | | | | |
| 5 | | | | –103,720. | | | | | –103,720. |

**Important:** See *Computer-Generated Schedule Q* in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA

2X1653 4.000

0001W4    X45R

**SCHEDULE R**
**(Form 5471)**
(December 2020)
Department of the Treasury
Internal Revenue Service

# Distributions From a Foreign Corporation

▶ Attach to Form 5471.

▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | | Identifying number | |
|---|---|---|---|
| Global Benefits Group Inc | | 20-3842750 | |
| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) | |
| GLOBAL BENEFITS GROUP CANADA LTD. | 98-1016850 | 00005 | |

| | (a) Description of distribution | (b) Date of distribution | (c) Amount of distribution in foreign corporation's functional currency | (d) Amount of E&P distribution in foreign corporation's functional currency |
|---|---|---|---|---|
| 1 | No Distributions | 12/31/2022 | NONE | NONE |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |

**For Paperwork Reduction Act Notice, see instructions.**          **Schedule R (Form 5471) (12-2020)**

JSA  2X1654 2.000

0001WA   X45R

Form **5471**

(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

# Information Return of U.S. Persons With Respect to Certain Foreign Corporations

**Go to *www.irs.gov/Form5471* for instructions and the latest information.**

Information furnished for the foreign corporation's annual accounting period (tax year required by
section 898) (see instructions) beginning 01/01/2022 , and ending 12/31/2022

OMB No. 1545-0123

Attachment
Sequence No. **121**

| Name of person filing this return | **A** Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)

27422 PORTOLA PARKWAY - SUITE 110

**B** Category of filer (See instructions. Check applicable box(es).):

1a [X] 1b [ ] 1c [ ] 2 [ ] 3 [ ] 4 [X] 5a [X] 5b [ ] 5c [ ]

City or town, state, and ZIP code

FOOTHILL RANCH, CA 92610

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period          %

Filer's tax year beginning 01/01/2022 , and ending 12/31/2022

**D** Check box if this is a final Form 5471 for the foreign corporation . . . . . . . . . . . . . . . . . . . . . . . . [ ]

**E** Check if any excepted specified foreign financial assets are reported on this form (see instructions) . . . . . . . . . . [ ]

**F** Check the box if this Form 5471 has been completed using "Alternative Information" under Rev. Proc. 2019-40 . . . . . . [ ]

**G** If the box on line F is checked, enter the corresponding code for "Alternative Information" (see instructions) . . . . . . . . . . .

**H** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| GLOBAL BENEFITS GROUP, INC | 27422 PORTOLA PARKWAY STE 110, FOOTHILL RANCH C | 20-3842750 | X | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information **must** be in English. All amounts **must** be stated in U.S. dollars unless otherwise indicated.*

| **1a** Name and address of foreign corporation | **b(1)** Employer identification number, if any |
|---|---|
| GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES IN 88 CORPORATE CENTER, SUITE 1804  SEDENO STREET SALESCO VILLAGE, MAKATI CY RP | **b(2)** Reference ID number (see instructions) 881804 |
| | **c** Country under whose laws incorporated RP |

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency code |
|---|---|---|---|---|
| 03/12/2018 | RP | 524290 | ASSISTANCE & OPERATIONS | PHP |

**2** Provide the following information for the foreign corporation's accounting period stated above.

| **a** Name, address, and identifying number of branch office or agent (if any) in the United States | **b** If a U.S. income tax return was filed, enter: | |
|---|---|---|
| | (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
| **c** Name and address of foreign corporation's statutory or resident agent in country of incorporation | **d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different | |

## Schedule A   Stock of the Foreign Corporation

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 125,000. | 125,000. |
| | | |
| | | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **5471** (Rev. 12-2022)

JSA
2X1660 2.000

0001WA  X45R

Form 5471 (Rev. 12-2022)                                                                                     Page **2**

| Schedule B | Shareholders of Foreign Corporation |
|---|---|

**Part I**  U.S. Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder. Note: This description should match the corresponding description entered in Schedule A, column (a). | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| GLOBAL BENEFITS GROUP, INC | COMMON STOCK | 125,000. | 125,000. | |
| 27422 PORTOLA PARKWAY STE 110 | | | | |
| FOOTHILL RANCH, CA 92610 | | | | |
| 20-3842750 | | | | 100.000000000000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  Direct Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder. Also, include country of incorporation or formation, if applicable. | (b) Description of each class of stock held by shareholder. Note: This description should match the corresponding description entered in Schedule A, column (a). | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period |
|---|---|---|---|
| GLOBAL BENEFITS GROUP INC | COMMON STOCK | 125,000. | 125,000. |
| 27422 PORTOLA PARKWAY STE 110 | | | |
| FOOTHILL RANCH, CA 92610 | | | |
| 20-3842750        US | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **5471** (Rev. 12-2022)

JSA
2X1661 2.000

0001WA   X45R

Form 5471 (Rev. 12-2022)                                                                                        Page **3**

## Schedule C    Income Statement  (see instructions)

**Important:** *Report all information in functional currency in accordance with U.S. generally accepted accounting principles (GAAP). Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for dollar approximate separate transactions method (DASTM) corporations.*

|  |  |  |  | Functional Currency | U.S. Dollars |
|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | | |
| | b | Returns and allowances | 1b | | |
| | c | Subtract line 1b from line 1a | 1c | | |
| | 2 | Cost of goods sold | 2 | | |
| | 3 | Gross profit (subtract line 2 from line 1c) | 3 | | |
| | 4 | Dividends | 4 | | |
| | 5 | Interest | 5 | 7,322. | 137. |
| | 6a | Gross rents | 6a | | |
| | b | Gross royalties and license fees | 6b | | |
| | 7 | Net gain or (loss) on sale of capital assets | 7 | | |
| | 8a | Foreign currency transaction gain or loss - unrealized | 8a | | |
| | b | Foreign currency transaction gain or loss - realized | 8b | −498,655. | −9,339. |
| | 9 | Other income (attach statement) . . . See Statement 42 | 9 | 28,411,747. | 532,084. |
| | 10 | Total income (add lines 3 through 9) | 10 | 27,920,414. | 522,882. |
| **Deductions** | 11 | Compensation not deducted elsewhere | 11 | 16,467,701. | 308,401. |
| | 12a | Rents | 12a | 2,086,114. | 39,068. |
| | b | Royalties and license fees | 12b | | |
| | 13 | Interest | 13 | | |
| | 14 | Depreciation not deducted elsewhere | 14 | 802,591. | 15,031. |
| | 15 | Depletion | 15 | | |
| | 16 | Taxes (exclude income tax expense (benefit)) | 16 | | |
| | 17 | Other deductions (attach statement - exclude income tax expense (benefit)) . . . . . . . . . . . . . See Statement 42 | 17 | 3,249,626. | 60,857. |
| | 18 | Total deductions (add lines 11 through 17) | 18 | 22,606,032. | 423,357. |
| **Net Income** | 19 | Net income or (loss) before unusual or infrequently occurring items, and income tax expense (benefit) (subtract line 18 from line 10) | 19 | 5,314,382. | 99,526. |
| | 20 | Unusual or infrequently occurring items | 20 | | |
| | 21a | Income tax expense (benefit) - current . See Statement 42 | 21a | 220,586. | 4,131. |
| | b | Income tax expense (benefit) - deferred | 21b | | |
| | 22 | Current year net income or (loss) per books (combine lines 19 through 21b) | 22 | 5,093,796. | 95,395. |
| **Other Comprehensive Income** | 23a | Foreign currency translation adjustments | 23a | | |
| | b | Other | 23b | | |
| | c | Income tax expense (benefit) related to other comprehensive income | 23c | | |
| | 24 | Other comprehensive income (loss), net of tax (line 23a plus line 23b less line 23c) | 24 | | |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022) <span style="float:right">Page **4**</span>

## Schedule F  Balance Sheet

**Important:** *Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.*

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---:|---:|
| 1 Cash | 1 | 361,261. | 387,764. |
| 2a Trade notes and accounts receivable | 2a | −154,711. | NONE |
| b Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 Derivatives | 3 | | |
| 4 Inventories | 4 | | |
| 5 Other current assets (attach statement) . . . . . . See Statement 43 | 5 | 58,061. | 65,092. |
| 6 Loans to shareholders and other related persons | 6 | | |
| 7 Investment in subsidiaries (attach statement) | 7 | | |
| 8 Other investments (attach statement) | 8 | | |
| 9a Buildings and other depreciable assets | 9a | 172,170. | 71,244. |
| b Less accumulated depreciation | 9b | ( 31,409 ) | ( −23,479 ) |
| 10a Depletable assets | 10a | | |
| b Less accumulated depletion | 10b | ( ) | ( ) |
| 11 Land (net of any amortization) | 11 | | |
| 12 Intangible assets: | | | |
| a Goodwill | 12a | | |
| b Organization costs | 12b | | |
| c Patents, trademarks, and other intangible assets | 12c | | |
| d Less accumulated amortization for lines 12a, 12b, and 12c | 12d | ( ) | ( ) |
| 13 Other assets (attach statement) . . . . . . . . See Statement 43 | 13 | −23,461. | NONE |
| 14 Total assets | 14 | 381,911. | 547,579. |

| Liabilities and Shareholders' Equity | | | |
|---|---|---:|---:|
| 15 Accounts payable | 15 | | |
| 16 Other current liabilities (attach statement) | 16 | | |
| 17 Derivatives | 17 | | |
| 18 Loans from shareholders and other related persons | 18 | | |
| 19 Other liabilities (attach statement) . . . . . . . See Statement 43 | 19 | −130,938. | −60,664. |
| 20 Capital stock: | | | |
| a Preferred stock | 20a | | |
| b Common stock | 20b | 2,925. | 2,925. |
| 21 Paid-in or capital surplus (attach reconciliation) . . See Statement 43 | 21 | 200,000. | 200,000. |
| 22 Retained earnings | 22 | 309,924. | 405,318. |
| 23 Less cost of treasury stock | 23 | ( ) | ( ) |
| 24 Total liabilities and shareholders' equity | 24 | 381,911. | 547,579. |

## Schedule G  Other Information

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in any foreign partnership? | | X |
| | If "Yes," see the instructions for required statement. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? | | X |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as separate from their owner under Regulations sections 301.7701-2 and 301.7701-3 or did the foreign corporation own any foreign branches (see instructions)? | | X |
| | If "Yes," you are generally required to attach Form 8858 for each entity or branch (see instructions). | | |
| 4a | During the tax year, did the filer pay or accrue any base erosion payment under section 59A(d) to the foreign corporation or did the filer have a base erosion tax benefit under section 59A(c)(2) with respect to a base erosion payment made or accrued to the foreign corporation (see instructions)? | | X |
| | If "Yes," complete lines 4b and 4c. | | |
| b | Enter the total amount of the base erosion payments . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| c | Enter the total amount of the base erosion tax benefit . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| 5a | During the tax year, did the foreign corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete line 5b. | | |
| b | Enter the total amount of the disallowed deductions (see instructions) . . . . . . . . . . . . . . . $ _____ | | |

JSA
2X1663 2.000 <span style="float:right">Form **5471** (Rev. 12-2022)</span>

0001WA   X45R

Form 5471 (Rev. 12-2022) | | | Page **5**

| **Schedule G** | **Other Information** *(continued)* | **Yes** | **No** |
|---|---|---|---|

| | | Yes | No |
|---|---|:---:|:---:|
| **6a** | Is the filer claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete lines 6b, 6c, and 6d. See instructions. | | |
| **b** | Enter the amount of gross receipts derived from all sales of general property to the foreign corporation that the filer included in its computation of foreign-derived deduction eligible income (FDDEI) . . . . . . $ _____ | | |
| **c** | Enter the amount of gross income derived from a license of property to the foreign corporation that the filer included in its computation of FDDEI (see instructions). . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **d** | Enter the amount of gross income derived from services provided to the foreign corporation that the filer included in its computation of FDDEI (see instructions) . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **7** | During the tax year, was the foreign corporation a participant in any cost sharing arrangement?. . . . . . . . . . . | | X |
| | If the answer to question 7 is "Yes," complete a separate Schedule G-1 for each cost sharing arrangement in which the foreign corporation was a participant during the tax year. | | |
| **8** | From April 25, 2014, to December 31, 2017, did the foreign corporation purchase stock or securities of a shareholder of the foreign corporation for use in a triangular reorganization (within the meaning of Regulations section 1.358-6(b)(2))? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **9a** | Did the foreign corporation receive any intangible property in a prior year or the current tax year for which the U.S. transferor is required to report a section 367(d) annual income inclusion for the taxable year?. . . . . . . . . . . | | X |
| | If "Yes," go to line 9b. | | |
| **b** | Enter in functional currency the amount of the earnings and profits reduction pursuant to section 367(d)(2)(B) for the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **10** | During the tax year, was the foreign corporation an expatriated foreign subsidiary under Regulations section 1.7874-12(a)(9)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," see instructions and attach statement. | | |
| **11** | During the tax year, did the foreign corporation participate in any reportable transaction as defined in Regulations section 1.6011-4? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," attach Form(s) 8886 if required by Regulations section 1.6011-4(c)(3)(i)(G). | | |
| **12** | During the tax year, did the foreign corporation pay or accrue any foreign tax that was disqualified for credit under section 901(m)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **13** | During the tax year, did the foreign corporation pay or accrue foreign taxes to which section 909 applies, or treat foreign taxes that were previously suspended under section 909 as no longer suspended? . . . . . . . . . . . . . | | X |
| **14** | Did you answer "Yes" to any of the questions in the instructions for line 14? . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the corresponding code(s) from the instructions and attach statement_____ | | |
| **15** | Does the foreign corporation have interest expense disallowed under section 163(j) (see instructions)?. . . . . . . | | X |
| | If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **16** | Does the foreign corporation have previously disallowed interest expense under section 163(j) carried forward to the current tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **17a** | Did any extraordinary reduction with respect to a controlling section 245A shareholder occur during the tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 17a is "Yes," was an election made to close the tax year such that no amount is treated as an extraordinary reduction amount or tiered extraordinary reduction amount (see instructions)? . . . . . . . . . | | |
| **18** | Does the reporting corporation have any loan to or from the related party to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **19a** | Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the period including the tax year and the preceding 3 tax years, or, during the period beginning 36 months before the date of the respective distribution or acquisition and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party?. . . . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 19a is "Yes," provide the following. | | |
| | **(1)** The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| | **(2)** The amount of such related party indebtedness. . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022) | Page **6**

| **Schedule I** | **Summary of Shareholder's Income From Foreign Corporation** (see instructions) |
|---|---|

If item H on page 1 is completed, a separate Schedule I must be filed for each Category 4, 5a, or 5b filer for whom reporting is furnished on this Form 5471. This Schedule I is being completed for:

Name of U.S. shareholder  Global Benefits Group Inc          Identifying number  20-3842750

| | | | |
|---|---|---|---|
| **1a** | Section 964(e)(4) subpart F dividend income from the sale of stock of a lower-tier foreign corporation (see instructions) | **1a** | |
| **b** | Section 245A(e)(2) subpart F income from hybrid dividends of tiered corporations (see instructions) | **1b** | |
| **c** | Subpart F income from tiered extraordinary disposition amounts not eligible for subpart F exception under section 954(c)(6) | **1c** | |
| **d** | Subpart F income from tiered extraordinary reduction amounts not eligible for subpart F exception under section 954(c)(6) | **1d** | |
| **e** | Section 954(c) Subpart F Foreign Personal Holding Company Income (enter result from Worksheet A) | **1e** | 137. |
| **f** | Section 954(d) Subpart F Foreign Base Company Sales Income (enter result from Worksheet A) | **1f** | |
| **g** | Section 954(e) Subpart F Foreign Base Company Services Income (enter result from Worksheet A) | **1g** | |
| **h** | Other subpart F income (enter result from Worksheet A) | **1h** | |
| **2** | Earnings invested in U.S. property (enter the result from Worksheet B) | **2** | |
| **3** | Reserved for future use | **3** | |
| **4** | Factoring income | **4** | |
| | See instructions for reporting amounts on lines 1, 2, and 4 on your income tax return. | | |
| **5a** | Section 245A eligible dividends (see instructions) | **5a** | |
| **b** | Extraordinary disposition amounts (see instructions) | **5b** | |
| **c** | Extraordinary reduction amounts (see instructions) | **5c** | |
| **d** | Section 245A(e) dividends (see instructions) | **5d** | |
| **e** | Dividends not reported on line 5a, 5b, 5c, or 5d | **5e** | |
| **6** | Exchange gain or (loss) on a distribution of previously taxed earnings and profits | **6** | |

| | | Yes | No |
|---|---|---|---|
| **7a** | Was any income of the foreign corporation blocked? | | |
| **b** | Did any such income become unblocked during the tax year (see section 964(b))? | | |

If the answer to either question is "Yes," attach an explanation.

| | | | |
|---|---|---|---|
| **8a** | Did this U.S. shareholder have an extraordinary disposition (ED) account with respect to the foreign corporation at any time during the tax year (see instructions)? | | |

**b** If the answer to question 8a is "Yes," enter the U.S. shareholder's ED account balance at the beginning of the CFC year
$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances.

**c** Enter the CFC's aggregate ED account balance with respect to all U.S. shareholders at the beginning of the CFC year
$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances.

**9** Enter the sum of the hybrid deduction accounts with respect to stock of the foreign corporation (see instructions) $ _____

Form **5471** (Rev. 12-2022)

JSA
2X1670 2.000

0001WA   X45R

# SCHEDULE E
**(Form 5471)**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

## Income, War Profits, and Excess Profits Taxes Paid or Accrued

▶ Attach to Form 5471.

▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES | | 881804 |

**a** Separate Category (Enter code - see instructions.). . . . . . . . . . . . . . . . . . . . . . . . . . ▶     GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . ▶

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . ▶

## Part I   Taxes for Which a Foreign Tax Credit Is Allowed

### Section 1 - Taxes Paid or Accrued Directly by Foreign Corporation

| | (a) Name of Payor Entity | (b) EIN or Reference ID Number of Payor Entity | (c) Unsuspended Taxes | (d) Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (e) Foreign Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) | (f) U.S. Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) |
|---|---|---|---|---|---|---|
| 1 | GBG Processing & Consulting (Philippines) | 881804 | | RP | 2022/01/01 | 2022/12/31 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |

| | (g) Income Subject to Tax in the Foreign Jurisdiction (see instructions) | (h) If taxes are paid on U.S. source income, check box | (i) Local Currency in Which Tax Is Payable (enter code - see instructions) | (j) Tax Paid or Accrued (in local currency in which the tax is payable) | (k) Conversion Rate to U.S. Dollars | (l) In U.S. Dollars (divide column (j) by column (k)) | (m) In Functional Currency of Foreign Corporation |
|---|---|---|---|---|---|---|---|
| 1 | 511,029. | | PHP | 220,586. | 53.3970700 | 4,131. | 511,029. |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |

**5** Total (combine lines 1 through 4 of column (l)). Also report amount on Schedule E-1, line 4 . . . . . . . . . . . . . ▶    4,131.

**6** Total (combine lines 1 through 4 of column (m)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶    511,029.

### Section 2 - Taxes Deemed Paid by Foreign Corporation

| | (a) Name of Lower-Tier Distributing Foreign Corporation | (b) EIN or Reference ID Number of Lower-Tier Distributing Foreign Corporation | (c) Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (d) PTEP Group (enter code) | (e) Annual PTEP Account (enter year) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |

| | (f) PTEP Distributed (enter amount in functional currency) | (g) Total Amount of PTEP in the PTEP Group (in functional currency) | (h) Total Amount of the PTEP Group Taxes With Respect to PTEP Group (USD) | (i) Foreign Income Taxes Properly Attributable to PTEP and not Previously Deemed Paid ((column (f)/column (g)) x column (h)) (USD) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**5** Total (combine lines 1 through 4 of column (i)). Also report amount on Schedule E-1, line 6 . . . . . . . . . . . . . . . . ▶

For Paperwork Reduction Act Notice, see instructions.

JSA
2X1666 2.000

**Schedule E (Form 5471) (Rev. 12-2021)**

0001W4   X45R

Schedule E (Form 5471) (Rev. 12-2021)                                                                                                Page **2**

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES | | 881804 |

**a** Separate Category (Enter code-see instructions.) . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . ▶ _____

**c** If one of the RBT codes is entered on line a, enter the country for the treaty country (see instructions) . . . . . ▶ _____

### Part II   Election

For tax years beginning after December 31, 2004, has an election been made under section 986(a)(1)(D) to translate taxes using the exchange rate on the date of payment?

☐ Yes   ☒ No   If "Yes," state date of election ▶

### Part III   Taxes for Which a Foreign Tax Credit Is Disallowed (Enter in functional currency of foreign corporation.)

| | (a)<br>Name of Payor Entity | (b)<br>EIN or Reference ID Number of Payor Entity | (c)<br>Section 901(j) | (d)<br>Section 901(k) and (l) | (e)<br>Section 901(m) | (f)<br>U.S. Taxes | (g)<br>Suspended Taxes | (h)<br>Other | (i)<br>Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | In functional currency (combine lines 1 and 2) . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | |
| 4 | In U.S. dollars (translated at the average exchange rate, as defined in section 989(b)(3) and related regulations (see instructions)) . . . . . . . . . . . . ▶ | | | | | | | | |

### Schedule E-1   Taxes Paid, Accrued, or Deemed Paid on Earnings and Profits (E&P) of Foreign Corporation

| | **IMPORTANT:** Enter amounts in U.S. dollars. | Taxes related to: | | | |
|---|---|---|---|---|---|
| | | (a)<br>Subpart F Income | (b)<br>Tested Income | (c)<br>Residual Income | (d)<br>Suspended Taxes |
| 1a | Balance at beginning of year (as reported in prior year Schedule E-1) . . . . . . . . . . | -0- | -0- | -0- | |
| b | Beginning balance adjustments (attach statement). | | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . | | | | |
| 2 | Adjustment for foreign tax redetermination. . . . . . . . . . . . . . . . . . . . | | | | |
| 3a | Taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . . . | | | | |
| b | Taxes suspended under anti-splitter rules. . . . . . . . . . . . . . . . . . . . | | | | |
| 4 | Taxes reported on Schedule E, Part I, Section 1, line 5, column (l) . . . . . . . . . . | | 4,131. | | |
| 5 | Taxes carried over in nonrecognition transactions . . . . . . . . . . . . . . . . | | | | |
| 6 | Taxes reported on Schedule E, Part I, Section 2, line 5, column (i). . . . . . . . . . | | | | |
| 7 | Other adjustments (attach statement). . . . . . . . . . . . . . . . . . . . . . | | | | |
| 8 | Taxes paid or accrued on current income/E&P or accumulated E&P (combine lines 1c through 7) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,131. | | |
| 9 | Taxes deemed paid with respect to inclusions  (see instructions) · · · · · · · · · · · | | | | |
| 10 | Taxes deemed paid with respect to actual distributions . . . . . . . . . . . . . . | | | | |
| 11 | Taxes on amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . | | | | |
| 12 | Other (attach statement). . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 13 | Balance of taxes paid or accrued (combine lines 8 through 12 in columns (a), (b), and (c)) | | 4,131. | | |
| 14 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| 15 | Reduction for other taxes not deemed paid · · · · · · · · · · · · · · · · · · · | | | | |
| 16 | Balance of taxes paid or accrued at the beginning of the next year. Line 16, columns (a), (b), and (c) must always equal zero. So, if necessary, enter negative amounts on line 15 of columns (a), (b), and (c) in amounts sufficient to reduce line 13, columns (a), (b), and (c) to zero. For the remaining columns, combine lines 8 through 12 · · · · · · · · · · · · · · · · | -0- | -0- | -0- | |

JSA
2X1667 2.000

Schedule E (Form 5471) (Rev. 12-2021)

Schedule E (Form 5471) (Rev. 12-2021)                                                                                                                      Page **3**

| Name of foreign corporation | EIN (if any) | **Reference ID number** (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES | | 881804 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . . . ▶ _____

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . . . . . . . . . . . . ▶ _____

## Schedule E-1    Taxes Paid, Accrued, or Deemed Paid on Accumulated Earnings and Profits (E&P) of Foreign Corporation *(continued)*

**(e) Taxes related to previously taxed E&P** (see instructions)

| | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP | (iii) General section 959(c)(1) PTEP | (iv) Reclassified section 951A PTEP | (v) Reclassified section 245A(d) PTEP | (vi) Section 965(a) PTEP | (vii) Section 965(b) PTEP | (viii) Section 951A PTEP | (ix) Section 245A(d) PTEP | (x) Section 951(a)(1)(A) PTEP |
|---|---|---|---|---|---|---|---|---|---|---|
| **1a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **c** | | | | | | | | | | |
| **2** | | | | | | | | | | |
| **3a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **4** | | | | | | | | | | |
| **5** | | | | | | | | | | |
| **6** | | | | | | | | | | |
| **7** | | | | | | | | | | |
| **8** | | | | | | | | | | |
| **9** | | | | | | | | | | |
| **10** | | | | | | | | | | |
| **11** | | | | | | | | | | |
| **12** | | | | | | | | | | |
| **13** | | | | | | | | | | |
| **14** | | | | | | | | | | |
| **15** | | | | | | | | | | |
| **16** | | | | | | | | | | |

Schedule E (Form 5471) (Rev. 12-2021)

JSA
2X1678 2.000

**SCHEDULE H**
**(Form 5471)**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

## Current Earnings and Profits

▶ Attach to Form 5471.

▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES | | 881804 |

**IMPORTANT:** Enter the amounts on lines 1 through 5c in **functional** currency.

| | | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|---|
| **1** | Current year net income or (loss) per foreign books of account . . . . . . . . . . . . . . . . . . . . | | | | **1** | 5,093,799. |
| **2** | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | | |
| **a** | Capital gains or losses . . . . . . . . . . . . . . . . . | **2a** | | | | |
| **b** | Depreciation and amortization . . . . . . . . . . . | **2b** | | | | |
| **c** | Depletion . . . . . . . . . . . . . . . . . . . . . | **2c** | | | | |
| **d** | Investment or incentive allowance . . . . . . . . . . | **2d** | | | | |
| **e** | Charges to statutory reserves . . . . . . . . . . . | **2e** | | | | |
| **f** | Inventory adjustments . . . . . . . . . . . . . . | **2f** | | | | |
| **g** | Income taxes (see Schedule E, Part I, Section 1, line 6, column (m), and Part III, line 3, column (i)) . . . . . . . | **2g** | 220,586. | | | |
| **h** | Foreign currency gains or losses . . . . . . . . . . | **2h** | | | | |
| **i** | Other (attach statement) . . . . . . . . . . . . . . | **2i** | | | | |
| **3** | Total net additions . . . . . . . . . . . . . . . . . . | **3** | 220,586. | | | |
| **4** | Total net subtractions . . . . . . . . . . . . . . . . | **4** | | | | |
| **5a** | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . | | | | **5a** | 5,314,385. |
| **b** | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . | | | | **5b** | |
| **c** | Combine lines 5a and 5b and enter the result on line 5c. Then enter on lines 5c(i), 5c(ii), and 5c(iii)(A) through 5c(iii)(D) the portion of the line 5c amount with respect to the categories of income shown on those lines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | **5c** | 5,314,385. |
| **(i)** | General category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5c(i)** | | | | |
| **(ii)** | Passive category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5c(ii)** | | | | |
| **(iii)** | Section 901(j) category: | | | | | |
| **(A)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(A) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . . . . . . . | **5c(iii)(A)** | | | | |
| **(B)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(B) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . . . . . . | **5c(iii)(B)** | | | | |
| **(C)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(C) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . . . . . . | **5c(iii)(C)** | | | | |
| **(D)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(D) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . . . . . . | **5c(iii)(D)** | | | | |
| **d** | Current earnings and profits in U.S. dollars (line 5c translated at the average exchange rate, as defined in section 989(b)(3) and the related regulations (see instructions)) . . . . . . . . . . . . . . . . . . . . . . . | | | | **5d** | 95,377. |
| **e** | Enter exchange rate used for line 5d . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 55.7196750 | | | |

For Paperwork Reduction Act Notice, see instructions.

Schedule H (Form 5471) (Rev. 12-2021)

JSA
2X1668 2.000

0001WA   X45R

**SCHEDULE I-1**
**(Form 5471)**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

# Information for Global Intangible Low-Taxed Income

▶ **Attach to Form 5471.**
▶ **Go to www.irs.gov/Form5471 for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | | Identifying number |
|---|---|---|
| Global Benefits Group Inc | | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES | | 881804 |

Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

| | | | Functional Currency | Conversion Rate | U.S. Dollars |
|---|---|---|---|---|---|
| **1** | Gross income (see instructions if cost of goods sold exceed gross receipts) . . . . . . . . . . . . . | **1** | 27,920,415. | | |
| **2** | Exclusions (see instructions if cost of goods sold exceed gross receipts) | | | | |
| **a** | Effectively connected income . . . . . . | **2a** | | | |
| **b** | Subpart F income . . . . . . . . . | **2b** | | | |
| **c** | High-tax exception income per section 954(b)(4) . . . . . . . . . . . . . . . | **2c** | | | |
| **d** | Related party dividends . . . . . . . . | **2d** | | | |
| **e** | Foreign oil and gas extraction income . . | **2e** | | | |
| **3** | Total exclusions (combine lines 2a through 2e) . . . . . . . . . | **3** | | | |
| **4** | Gross income less total exclusions (line 1 minus line 3) (see instructions) . . . . . . . . . . . . . . . | **4** | 27,920,415. | | |
| **5** | Deductions properly allocable to amount on line 4 . . . . . . . . . | **5** | 22,361,524. | | |
| **6** | Tested income (loss) (line 4 minus line 5) (see instructions) . . . . . | **6** | 5,558,891. | 53.3970700 | 104,105. |
| **7** | Tested foreign income taxes . . . . . . . . . . . . . . . | **7** | | 53.3970700 | |
| **8** | Qualified business asset investment (QBAI) . . . . . . . . . . . . . | **8** | | 53.3970700 | |
| **9 a** | Interest expense included on line 5 . . . | **9a** | | | |
| **b** | Qualified interest expense . . . . . . . | **9b** | | | |
| **c** | Tested loss QBAI amount . . . . . . . | **9c** | | | |
| **d** | Tested interest expense (line 9a minus the sum of line 9b and line 9c). If zero or less, enter -0- . . . . . . . . . . . . . . . | **9d** | | 53.3970700 | |
| **10 a** | Interest income included in line 4 . . . | **10a** | 7,322. | | |
| **b** | Qualified interest income . . . . . . . | **10b** | | | |
| **c** | Tested interest income (line 10a minus line 10b). If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | **10c** | 7,322. | 53.3970700 | 137. |

For Paperwork Reduction Act Notice, see instructions.

Schedule I-1 (Form 5471) (Rev. 12-2021)

JSA
2X1672 2.000

0001WA   X45R

**SCHEDULE J**
**(Form 5471)**
(Rev. December 2020)
Department of the Treasury
Internal Revenue Service

# Accumulated Earnings & Profits (E&P) of Controlled Foreign Corporation

▶ **Attach to Form 5471.**

▶ **Go to www.irs.gov/Form5471 for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES | | 881804 |

a  Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . ▶  GEN

b  If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . ▶

**Part I   Accumulated E&P of Controlled Foreign Corporation**

☐ Check the box if person filing return does not have all U.S. shareholders' information to complete an amount in column (e) (see instructions).

**Important:** Enter amounts in functional currency.

| | | (a) Post-2017 E&P Not Previously Taxed (post-2017 section 959(c)(3) balance) | (b) Post-1986 Undistributed Earnings (post-1986 and pre-2018 section 959(c)(3) balance) | (c) Pre-1987 E&P Not Previously Taxed (pre-1987 section 959(c)(3) balance) | (d) Hovering Deficit and Deduction for Suspended Taxes | (e) Previously Taxed E&P (see instructions) | |
|---|---|---|---|---|---|---|---|
| | | | | | | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP |
| 1a | Balance at beginning of year (as reported on prior year Schedule J) . . . . . . . . . . . . . . . . . . . | –2,882,235. | | | | | |
| b | Beginning balance adjustments (attach statement) . . . | | | | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) | –2,882,235. | | | | | |
| 2a | Reduction for taxes unsuspended under anti-splitter rules | | | | | | |
| b | Disallowed deduction for taxes suspended under anti-splitter rules . . . . . . . . . . . . . . . . | | | | | | |
| 3 | Current year E&P (or deficit in E&P) (enter amount from applicable line 5c of Schedule H) . . . . . . . . | 5,314,385. | | | | | |
| 4 | E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . | | | | | | |
| 5a | E&P carried over in nonrecognition transaction . . . . | | | | | | |
| b | Reclassify deficit in E&P as hovering deficit after nonrecognition transaction . . . . . . . . . . . . . . | | | | | | |
| 6 | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| 7 | Total current and accumulated E&P (combine lines 1c through 6) . . . . . . . . . . . . . . . . . . . | 2,432,150. | | | | | |
| 8 | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . . | | | | | | |
| 9 | Actual distributions . . . . . . . . . . . . . . . . . | | | | | | |
| 10 | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . . | | | | | | |
| 11 | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) | | | | | | |
| 12 | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| 13 | Hovering deficit offset of undistributed post-transaction E&P (see instructions) . . . . . . . . . . . | | | | | | |
| 14 | Balance at beginning of next year (combine lines 7 through 13) | 2,432,150. | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**

**Schedule J (Form 5471) (Rev. 12-2020)**

JSA
2X1665 2.000
0001W4  X45R

Schedule J (Form 5471) (Rev. 12-2020)                                                                                                                    Page **2**

**Part I**  **Accumulated E&P of Controlled Foreign Corporation** *(continued)*

| | **(e)** Previously Taxed E&P (see instructions) | | | | |
|---|---|---|---|---|---|
| | **(iii)** General section 959(c)(1) PTEP | **(iv)** Reclassified section 951A PTEP | **(v)** Reclassified section 245A(d) PTEP | **(vi)** Section 965(a) PTEP | **(vii)** Section 965(b) PTEP |
| 1a | | | | | |
| b | | | | | |
| c | | | | | |
| 2a | | | | | |
| b | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5a | | | | | |
| b | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |

| | **(e)** Previously Taxed E&P (see instructions) | | | **(f)** Total Section 964(a) E&P (combine columns (a), (b), (c), and (e)(i) through (e)(x)) |
|---|---|---|---|---|
| | **(viii)** Section 951A PTEP | **(ix)** Section 245A(d) PTEP | **(x)** Section 951(a)(1)(A) PTEP | |
| 1a | | | | −2,882,235. |
| b | | | | |
| c | | | | −2,882,235. |
| 2a | | | | |
| b | | | | |
| 3 | | | | 5,314,385. |
| 4 | | | | |
| 5a | | | | |
| b | | | | |
| 6 | | | | |
| 7 | | | | 2,432,150. |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | 2,432,150. |

JSA
2X1671 2.000

Schedule J (Form 5471) (Rev. 12-2020)

Schedule J (Form 5471) (Rev. 12-2020)

| **Part II** | **Nonpreviously Taxed E&P Subject to Recapture as Subpart F Income (section 952(c)(2))** | | |

**Important:** Enter amounts in functional currency.

| | | | |
|---|---|---|---|
| **1** | Balance at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **1** | |
| **2** | Additions (amounts subject to future recapture) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **2** | |
| **3** | Subtractions (amounts recaptured in current year) . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **3** | |
| **4** | Balance at end of year (combine lines 1 through 3) . . . . . . . . . . . . . . . . . . . . . . . ▶ | **4** | |

**Schedule J (Form 5471) (Rev. 12-2020)**

JSA
2X1677 2.000

**SCHEDULE M**
**(Form 5471)**

(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

## Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

▶ **Attach to Form 5471.**
▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | | Identifying number |
|---|---|---|
| Global Benefits Group Inc | | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES | | 881804 |

**Important:** *Complete a* **separate** *Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See instructions.*

Enter the relevant functional currency and the exchange rate used throughout this schedule ▶     PHILIPPINES, PESO

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) | | | | | |
| 2 Sales of tangible property other than stock in trade . . . . . . | | | | | |
| 3 Sales of property rights (patents, trademarks, etc.) . . . . . . . | | | | | |
| 4 Platform contribution transaction payments received | | | | | |
| 5 Cost sharing transaction payments received . . . . . . . | | | | | |
| 6 Compensation received for technical, managerial, engineering, construction, or like services . . | | | | | |
| 7 Commissions received . . . . . | | | | | |
| 8 Rents, royalties, and license fees received | | | | | |
| 9 Hybrid dividends received (see instructions) | | | | | |
| 10 Dividends received (exclude hybrid dividends, deemed distributions under subpart F, and distributions of previously taxed income) . . . . | | | | | |
| 11 Interest received . . . . . . . . | | | | | |
| 12 Premiums received for insurance or reinsurance . . . . . . . . | | | | | |
| 13 Loan guarantee fees received . | | | | | |
| 14 Other amounts received (attach statement) | | | | | |
| 15 Add lines 1 through 14 . . . . | | | | | |
| 16 Purchases of stock in trade (inventory) | | | | | |
| 17 Purchases of tangible property other than stock in trade . . . | | | | | |
| 18 Purchases of property rights (patents, trademarks, etc.) . . . | | | | | |
| 19 Platform contribution transaction payments paid . . . . . . . | | | | | |
| 20 Cost sharing transaction payments paid . | | | | | |
| 21 Compensation paid for technical, managerial, engineering, construction, or like services . . | | | | | |
| 22 Commissions paid . . . . . . | | | | | |
| 23 Rents, royalties, and license fees paid | | | | | |
| 24 Hybrid dividends paid (see instructions) | | | | | |
| 25 Dividends paid (exclude hybrid dividends paid) . . . . . . . | | | | | |
| 26 Interest paid . . . . . . . . . | | | | | |
| 27 Premiums paid for insurance or reinsurance | | | | | |
| 28 Loan guarantee fees paid . . . | | | | | |
| 29 Other amounts paid (attach statement) . . | | | | | |
| 30 Add lines 16 through 29 . . . . | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**     **Schedule M (Form 5471)** (Rev. 12-2021)

JSA
2X1664 2.000
0001WA   X45R

**Schedule M (Form 5471)** (Rev. 12-2021)                                                                                       Page **2**

Name of person filing Form 5471

Identifying number

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| **31** Accounts Payable . . . . . . . | 95,037. | | | | |
| **32** Amounts borrowed (enter the maximum loan balance during the year) - see instructions . . . . . . . . . . | | | | | |
| **33** Accounts Receivable . . . . . | | | | | |
| **34** Amounts loaned (enter the maximum loan balance during the year) - see instructions | | | | | |

**Schedule M (Form 5471)** (Rev. 12-2021)

JSA
2X1679 2.000

0001WA   X45R

**SCHEDULE P**
**(Form 5471)**

(Rev. December 2020)

Department of the Treasury
Internal Revenue Service

# Previously Taxed Earnings and Profits of U.S. Shareholder of Certain Foreign Corporations

▶ Attach to Form 5471.
▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of U.S. shareholder | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES | | 881804 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . ▶

| **Part I** | **Previously Taxed E&P in Functional Currency** (see instructions) |
|---|---|

| | | (a) Reclassified section 965(a) PTEP | (b) Reclassified section 965(b) PTEP | (c) General section 959(c)(1) PTEP |
|---|---|---|---|---|
| **1a** | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **b** | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . . | | | |
| **2** | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . . | | | |
| **3** | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation | | | |
| **4** | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . . | | | |
| **5** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **6** | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . . | | | |
| **7** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . | | | |
| **8** | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . | | | |
| **9** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . | | | |
| **10** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **11** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **12** | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . . . | | | |

**For Paperwork Reduction Act Notice, see instructions.**

JSA   2X1673 2.000
0001W4   X45R

Schedule P (Form 5471) (Rev. 12-2020)

| Part I | **Previously Taxed E&P in Functional Currency** (see instructions) *(continued)* | | | | | | | |

| | (d) Reclassified section 951A PTEP | (e) Reclassified section 245A(d) PTEP | (f) Section 965(a) PTEP | (g) Section 965(b) PTEP | (h) Section 951A PTEP | (i) Section 245A(d) PTEP | (j) Section 951(a)(1)(A) PTEP | (k) Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

**Schedule P (Form 5471) (Rev. 12-2020)**

Page **3**

| Part II | **Previously Taxed E&P in U.S. Dollars** |
|---|---|

| | | (a) Reclassified section 965(a) PTEP | (b) Reclassified section 965(b) PTEP | (c) General section 959(c)(1) PTEP |
|---|---|---|---|---|
| 1 a | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| b | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2 | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . . . . . | | | |
| 3 | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 4 | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . . . . . . | | | |
| 5 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 6 | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . . . . . . | | | |
| 7 | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . | | | |
| 8 | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 9 | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . | | | |
| 10 | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 11 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 12 | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . . . . . | | | |

Schedule P (Form 5471) (Rev. 12-2020)

Schedule P (Form 5471) (Rev. 12-2020)    Page **4**

| **Part II** | **Previously Taxed E&P in U.S. Dollars** *(continued)* |

| | **(d)** Reclassified section 951A PTEP | **(e)** Reclassified section 245A(d) PTEP | **(f)** Section 965(a) PTEP | **(g)** Section 965(b) PTEP | **(h)** Section 951A PTEP | **(i)** Section 245A(d) PTEP | **(j)** Section 951(a)(1)(A) PTEP | **(k)** Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

# SCHEDULE Q
**(Form 5471)**
(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

## CFC Income by CFC Income Groups

**Attach to Form 5471.**

**Go to *www.irs.gov/Form5471* for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES | | 881804 |

Complete a separate Schedule Q with respect to each applicable category of income (see instructions).

**A** Enter separate category code with respect to which this Schedule Q is being completed (see instructions for codes) . . . . . . . . . . . . . .  GEN

**B** If category code "PAS" is entered on line A, enter the applicable grouping code (see instructions) . . . . . . . . . . . . . . . . . . . . . . . _____

**C** If code "901j" is entered on line A, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . _____

Complete a separate Schedule Q for U.S. source income and foreign source income (see instructions for an exception).

**D** Indicate whether this Schedule Q is being completed for: ☐ U.S. source income or ☒ Foreign source income

Complete a separate Schedule Q for FOGEI or FORI income.

**E** If this Schedule Q is being completed for FOGEI or FORI income, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| *Enter amounts in functional currency of the foreign corporation (unless otherwise noted).* | (i) Country Code | (ii) Gross Income | (iii) Definitely Related Expenses | (iv) Related Person Interest Expense | (v) Other Interest Expense | (vi) Research & Experimental Expenses | (vii) Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1** Subpart F Income Groups | | | | | | | |
| **a** Dividends, Interest, Rents, Royalties, & Annuities (Total) | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **b** Net Gain From Certain Property Transactions (Total) | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **c** Net Gain From Commodities Transactions (Total) | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **d** Net Foreign Currency Gain (Total) | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **e** Income Equivalent to Interest (Total) | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **f** Other . . . . . . . . . . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **g** Foreign Base Company Sales Income (Total) . . . . . . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

**For Paperwork Reduction Act Notice, see instructions.**

JSA
2X1650 3.000

**Schedule Q (Form 5471) (Rev. 12-2022)**

0001W4    X45R

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                                          Page **2**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | | |
| **a** | | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | | |
| **(2)** | | | | | | | ☐ | | | |
| **b** | | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | | |
| **(2)** | | | | | | | ☐ | | | |
| **c** | | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | | |
| **(2)** | | | | | | | ☐ | | | |
| **d** | | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | | |
| **(2)** | | | | | | | ☐ | | | |
| **e** | | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | | |
| **(2)** | | | | | | | ☐ | | | |
| **f** | | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | | |
| **(2)** | | | | | | | ☐ | | | |
| **g** | | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | | |
| **(2)** | | | | | | | ☐ | | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1651 4.000

0001W4    X45R

Schedule Q (Form 5471) (Rev. 12-2022)  Page **3**

| *Enter amounts in functional currency of the foreign corporation (unless otherwise noted).* | **(i)** Country Code | **(ii)** Gross Income | **(iii)** Definitely Related Expenses | **(iv)** Related Person Interest Expense | **(v)** Other Interest Expense | **(vi)** Research & Experimental Expenses | **(vii)** Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1**  Subpart F Income Groups | | | | | | | |
| **h**  Foreign Base Company Services Income (Total) . . . . . . . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **i**  Full Inclusion Foreign Base Company Income (Total) . . . . . . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **j**  Insurance Income (Total) . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **k**  International Boycott Income . . . . . | | | | | | | |
| **l**  Bribes, Kickbacks, and Other Payments . . . . . . . . . . . . . . . | | | | | | | |
| **m**  Section 901(j) income . . . . . . . . | | | | | | | |
| **2**  Recaptured Subpart F Income . . . . | | | | | | | |
| **3**  Tested Income Group (Total) . . . . . | | 27,920,415. | | | | | 22,361,524. |
| **(1)** Unit name: Tested Income | RP | 27,920,415. | | | | | 22,361,524. |
| **(2)** Unit name: _____ | | | | | | | |
| **4**  Residual Income Group (Total) . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **5**  Total . . . . . . . . . . . . . . . . . | | 27,920,415. | | | | | 22,361,524. |

**Important:** See ***Computer-Generated Schedule Q*** in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1652 3.000

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)    **Page 4**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| h | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| i | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| j | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | | | |
| k | | | | | | | | | |
| l | | | | | | | | | |
| m | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | 5,558,891. | | | | | 5,558,891. |
| (1) | | | | 5,558,891. | | | ☐ | | 5,558,891. |
| (2) | | | | | | | ☐ | | |
| 4 | | | | | | | | | |
| (1) | | | | | | | | | |
| (2) | | | | | | | | | |
| 5 | | | | 5,558,891. | | | | | 5,558,891. |

**Important:** See *Computer-Generated Schedule Q* in instructions.

**Schedule Q (Form 5471) (Rev. 12-2022)**

JSA
2X1653 4.000
0001W4    X45R

# SCHEDULE R
# (Form 5471)

(December 2020)

Department of the Treasury
Internal Revenue Service

# Distributions From a Foreign Corporation

▶ Attach to Form 5471.

▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES | | 881804 |

| | (a) Description of distribution | (b) Date of distribution | (c) Amount of distribution in foreign corporation's functional currency | (d) Amount of E&P distribution in foreign corporation's functional currency |
|---|---|---|---|---|
| 1 | No Distributions | 12/31/2022 | NONE | NONE |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |

**For Paperwork Reduction Act Notice, see instructions.**

JSA  2X1654 2.000

0001WA    X45R

Form **5471**

(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

# Information Return of U.S. Persons With Respect to Certain Foreign Corporations

**Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01/2022 , and ending 12/31/2022

OMB No. 1545-0123

Attachment
Sequence No. **121**

Name of person filing this return
Global Benefits Group Inc

**A** Identifying number
20-3842750

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)
27051 Towne Centre Drive, #210

**B** Category of filer (See instructions. Check applicable box(es).):
1a [X] 1b [ ] 1c [ ] 2 [ ] 3 [ ] 4 [X] 5a [X] 5b [ ] 5c [ ]

City or town, state, and ZIP code
FOOTHILL RANCH, CA 92610

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period _____ %

Filer's tax year beginning 01/01/2022 , and ending 12/31/2022

**D** Check box if this is a final Form 5471 for the foreign corporation . . . . . . . . . . . . . . . . . . . . . [ ]

**E** Check if any excepted specified foreign financial assets are reported on this form (see instructions) . . . . . . . . [ ]

**F** Check the box if this Form 5471 has been completed using "Alternative Information" under Rev. Proc. 2019-40 . . . . . [ ]

**G** If the box on line F is checked, enter the corresponding code for "Alternative Information" (see instructions) . . . . . . . . . . .

**H** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|----------|-------------|------------------------|------------------|--------|----------|
| | | | Shareholder | Officer | Director |
| GLOBAL BENEFITS GROUP.INC | 27422 PORTOLA PARKWAY, FOOTHILL RANCH CA 92610 | 20-3842750 | X | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information **must** be in English. All amounts **must** be stated in U.S. dollars unless otherwise indicated.*

**1a** Name and address of foreign corporation

GLOBAL BENEFITS GROUP (UK) LIMITED
Suite 102 7th Floor, 8 Devonshire Square
London, EC2M 4PL UK

**b(1)** Employer identification number, if any

**b(2)** Reference ID number (see instructions)
00001

**c** Country under whose laws incorporated
UK

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency code |
|---|---|---|---|---|
| 02/04/2016 | UK | 542140 | BROKERING & MANAGEMENT | GBP |

**2** Provide the following information for the foreign corporation's accounting period stated above.

| **a** Name, address, and identifying number of branch office or agent (if any) in the United States | **b** If a U.S. income tax return was filed, enter: | |
|---|---|---|
| | (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
| | | |

| **c** Name and address of foreign corporation's statutory or resident agent in country of incorporation | **d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different |
|---|---|
| | |

## Schedule A   Stock of the Foreign Corporation

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 100. | 100. |
| | | |
| | | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **5471** (Rev. 12-2022)

JSA
2X1660 2.000

0001WA   X45R

Form 5471 (Rev. 12-2022)                                                                                                    Page **2**

## Schedule B   Shareholders of Foreign Corporation

### Part I   U.S. Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder | (b) Description of each class of stock held by shareholder. Note: This description should match the corresponding description entered in Schedule A, column (a). | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period | (e) Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| GLOBAL BENEFITS GROUP, INC | COMMON STOCK | 100. | 100. | |
| 27422 PORTOLA PARKWAY STE 110 | | | | |
| FOOTHILL RANCH, CA 92610 | | | | |
| 20-3842750 | | | | 100.000000000000 |

### Part II   Direct Shareholders of Foreign Corporation (see instructions)

| (a) Name, address, and identifying number of shareholder. Also, include country of incorporation or formation, if applicable. | (b) Description of each class of stock held by shareholder. Note: This description should match the corresponding description entered in Schedule A, column (a). | (c) Number of shares held at beginning of annual accounting period | (d) Number of shares held at end of annual accounting period |
|---|---|---|---|
| GLOBAL BENEFITS GROUP INC | COMMON STOCK | 100. | 100. |
| 27422 PORTOLA PARKWAY STE 110 | | | |
| FOOTHILL RANCH, CA 92610 | | | |
| 20-3842750          US | | | |

Form **5471** (Rev. 12-2022)

JSA
2X1661 2.000

0001WA   X45R

Form 5471 (Rev. 12-2022)                                                                                                    Page **3**

**Schedule C**   **Income Statement**  (see instructions)

**Important:** *Report all information in functional currency in accordance with U.S. generally accepted accounting principles (GAAP). Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for dollar approximate separate transactions method (DASTM) corporations.*

| | | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---:|---:|
| **Income** | **1a** | Gross receipts or sales | **1a** | | |
| | **b** | Returns and allowances | **1b** | | |
| | **c** | Subtract line 1b from line 1a | **1c** | | |
| | **2** | Cost of goods sold | **2** | | |
| | **3** | Gross profit (subtract line 2 from line 1c) | **3** | | |
| | **4** | Dividends | **4** | | |
| | **5** | Interest | **5** | | |
| | **6a** | Gross rents | **6a** | | |
| | **b** | Gross royalties and license fees | **6b** | | |
| | **7** | Net gain or (loss) on sale of capital assets | **7** | | |
| | **8a** | Foreign currency transaction gain or loss - unrealized | **8a** | | |
| | **b** | Foreign currency transaction gain or loss - realized | **8b** | −15,113. | −19,269. |
| | **9** | Other income (attach statement) . . . See Statement 44 | **9** | 3,416,106. | 4,355,500. |
| | **10** | Total income (add lines 3 through 9) | **10** | 3,400,993. | 4,336,231. |
| **Deductions** | **11** | Compensation not deducted elsewhere | **11** | 2,440,180. | 3,111,205. |
| | **12a** | Rents | **12a** | 276,348. | 352,341. |
| | **b** | Royalties and license fees | **12b** | | |
| | **13** | Interest | **13** | | |
| | **14** | Depreciation not deducted elsewhere | **14** | 62,592. | 79,804. |
| | **15** | Depletion | **15** | | |
| | **16** | Taxes (exclude income tax expense (benefit)) . . . . Stmt 44 | **16** | 328,656. | 419,033. |
| | **17** | Other deductions (attach statement - exclude income tax expense (benefit)) . . . . . . . . . . . . . . . See Statement 44 | **17** | 650,224. | 829,030. |
| | **18** | Total deductions (add lines 11 through 17) | **18** | 3,758,000. | 4,791,413. |
| **Net Income** | **19** | Net income or (loss) before unusual or infrequently occurring items, and income tax expense (benefit) (subtract line 18 from line 10) | **19** | −357,007. | −455,180. |
| | **20** | Unusual or infrequently occurring items | **20** | | |
| | **21a** | Income tax expense (benefit) - current | **21a** | | |
| | **b** | Income tax expense (benefit) - deferred | **21b** | | |
| | **22** | Current year net income or (loss) per books (combine lines 19 through 21b) | **22** | −357,007. | −455,180. |
| **Other Comprehensive Income** | **23a** | Foreign currency translation adjustments | **23a** | | |
| | **b** | Other | **23b** | | |
| | **c** | Income tax expense (benefit) related to other comprehensive income | **23c** | | |
| | **24** | Other comprehensive income (loss), net of tax (line 23a plus line 23b less line 23c) | **24** | | |

Form **5471** (Rev. 12-2022)

JSA
2X1662 2.000
0001WA   X45R

Form 5471 (Rev. 12-2022)                                                                                                        Page **4**

## Schedule F    Balance Sheet

**Important:** *Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.*

| | Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|---|
| 1 | Cash | 1 | 32,540. | 4,736. |
| 2a | Trade notes and accounts receivable | 2a | 155,530. | 8,841. |
| b | Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 | Derivatives | 3 | | |
| 4 | Inventories | 4 | | |
| 5 | Other current assets (attach statement) See Statement 46 | 5 | 98,383. | -93,311. |
| 6 | Loans to shareholders and other related persons | 6 | | |
| 7 | Investment in subsidiaries (attach statement) | 7 | | |
| 8 | Other investments (attach statement) | 8 | | |
| 9a | Buildings and other depreciable assets | 9a | 641,811. | 1,415,429. |
| b | Less accumulated depreciation | 9b | ( 10,534 ) | ( 90,337 ). |
| 10a | Depletable assets | 10a | | |
| b | Less accumulated depletion | 10b | ( ) | ( ) |
| 11 | Land (net of any amortization) | 11 | | |
| 12 | Intangible assets: | | | |
| a | Goodwill | 12a | | |
| b | Organization costs | 12b | | |
| c | Patents, trademarks, and other intangible assets | 12c | | |
| d | Less accumulated amortization for lines 12a, 12b, and 12c | 12d | ( ) | ( ) |
| 13 | Other assets (attach statement) See Statement 46 | 13 | 188,867. | NONE |
| 14 | Total assets | 14 | 1,106,597. | 1,245,358. |

| | Liabilities and Shareholders' Equity | | | |
|---|---|---|---|---|
| 15 | Accounts payable | 15 | | |
| 16 | Other current liabilities (attach statement) See Statement 46 | 16 | 548,255. | 1,142,196. |
| 17 | Derivatives | 17 | | |
| 18 | Loans from shareholders and other related persons | 18 | | |
| 19 | Other liabilities (attach statement) | 19 | | |
| 20 | Capital stock: | | | |
| a | Preferred stock | 20a | | |
| b | Common stock | 20b | 924,454. | 924,454. |
| 21 | Paid-in or capital surplus (attach reconciliation) | 21 | | |
| 22 | Retained earnings | 22 | -366,112. | -821,292. |
| 23 | Less cost of treasury stock | 23 | ( ) | ( ) |
| 24 | Total liabilities and shareholders' equity | 24 | 1,106,597. | 1,245,358. |

## Schedule G    Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in any foreign partnership? | | X |
| | If "Yes," see the instructions for required statement. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? | | X |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as separate from their owner under Regulations sections 301.7701-2 and 301.7701-3 or did the foreign corporation own any foreign branches (see instructions)? | | X |
| | If "Yes," you are generally required to attach Form 8858 for each entity or branch (see instructions). | | |
| 4a | During the tax year, did the filer pay or accrue any base erosion payment under section 59A(d) to the foreign corporation or did the filer have a base erosion tax benefit under section 59A(c)(2) with respect to a base erosion payment made or accrued to the foreign corporation (see instructions)? | | X |
| | If "Yes," complete lines 4b and 4c. | | |
| b | Enter the total amount of the base erosion payments $ _____ | | |
| c | Enter the total amount of the base erosion tax benefit $ _____ | | |
| 5a | During the tax year, did the foreign corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? | | X |
| | If "Yes," complete line 5b. | | |
| b | Enter the total amount of the disallowed deductions (see instructions) $ _____ | | |

JSA
2X1663 2.000
0001WA    X45R

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)      Page **5**

**Schedule G**   Other Information *(continued)*

|  |  | Yes | No |
|---|---|:---:|:---:|
| **6a** | Is the filer claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>If "Yes," complete lines 6b, 6c, and 6d. See instructions. |  | X |
| **b** | Enter the amount of gross receipts derived from all sales of general property to the foreign corporation that the filer included in its computation of foreign-derived deduction eligible income (FDDEI) . . . . . . $ _____ |  |  |
| **c** | Enter the amount of gross income derived from a license of property to the foreign corporation that the filer included in its computation of FDDEI (see instructions) . . . . . . . . . . . . . . . . . . . . . . $ _____ |  |  |
| **d** | Enter the amount of gross income derived from services provided to the foreign corporation that the filer included in its computation of FDDEI (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ |  |  |
| **7** | During the tax year, was the foreign corporation a participant in any cost sharing arrangement? . . . . . . . . . . .<br>If the answer to question 7 is "Yes," complete a separate Schedule G-1 for each cost sharing arrangement in which the foreign corporation was a participant during the tax year. |  | X |
| **8** | From April 25, 2014, to December 31, 2017, did the foreign corporation purchase stock or securities of a shareholder of the foreign corporation for use in a triangular reorganization (within the meaning of Regulations section 1.358-6(b)(2))? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **9a** | Did the foreign corporation receive any intangible property in a prior year or the current tax year for which the U.S. transferor is required to report a section 367(d) annual income inclusion for the taxable year? . . . . . . . . . . . .<br>If "Yes," go to line 9b. |  | X |
| **b** | Enter in functional currency the amount of the earnings and profits reduction pursuant to section 367(d)(2)(B) for the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ |  |  |
| **10** | During the tax year, was the foreign corporation an expatriated foreign subsidiary under Regulations section 1.7874-12(a)(9)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>If "Yes," see instructions and attach statement. |  | X |
| **11** | During the tax year, did the foreign corporation participate in any reportable transaction as defined in Regulations section 1.6011-4? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>If "Yes," attach Form(s) 8886 if required by Regulations section 1.6011-4(c)(3)(i)(G). |  | X |
| **12** | During the tax year, did the foreign corporation pay or accrue any foreign tax that was disqualified for credit under section 901(m)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **13** | During the tax year, did the foreign corporation pay or accrue foreign taxes to which section 909 applies, or treat foreign taxes that were previously suspended under section 909 as no longer suspended? . . . . . . . . . . . . . . . |  | X |
| **14** | Did you answer "Yes" to any of the questions in the instructions for line 14? . . . . . . . . . . . . . . . . . . . . .<br>If "Yes," enter the corresponding code(s) from the instructions and attach statement_____ |  | X |
| **15** | Does the foreign corporation have interest expense disallowed under section 163(j) (see instructions)? . . . . . . . .<br>If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ |  | X |
| **16** | Does the foreign corporation have previously disallowed interest expense under section 163(j) carried forward to the current tax year (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ |  | X |
| **17a** | Did any extraordinary reduction with respect to a controlling section 245A shareholder occur during the tax year (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **b** | If the answer to question 17a is "Yes," was an election made to close the tax year such that no amount is treated as an extraordinary reduction amount or tiered extraordinary reduction amount (see instructions)? . . . . . . . . . |  |  |
| **18** | Does the reporting corporation have any loan to or from the related party to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| **19a** | Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the period including the tax year and the preceding 3 tax years, or, during the period beginning 36 months before the date of the respective distribution or acquisition and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party? . . . . . . . . . . . . . . . . . . . . |  | X |
| **b** | If the answer to question 19a is "Yes," provide the following.<br>**(1)** The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . . . . . . . . $ _____<br>**(2)** The amount of such related party indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ |  |  |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                                    Page **6**

| **Schedule I** | **Summary of Shareholder's Income From Foreign Corporation** (see instructions) |

If item H on page 1 is completed, a separate Schedule I must be filed for each Category 4, 5a, or 5b filer for whom reporting is furnished on this Form 5471. This Schedule I is being completed for:

Name of U.S. shareholder   Global Benefits Group Inc            Identifying number   20-3842750

| | | | |
|---|---|---|---|
| **1a** | Section 964(e)(4) subpart F dividend income from the sale of stock of a lower-tier foreign corporation (see instructions) | **1a** | |
| **b** | Section 245A(e)(2) subpart F income from hybrid dividends of tiered corporations (see instructions) . . . | **1b** | |
| **c** | Subpart F income from tiered extraordinary disposition amounts not eligible for subpart F exception under section 954(c)(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | |
| **d** | Subpart F income from tiered extraordinary reduction amounts not eligible for subpart F exception under section 954(c)(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1d** | |
| **e** | Section 954(c) Subpart F Foreign Personal Holding Company Income (enter result from Worksheet A). | **1e** | |
| **f** | Section 954(d) Subpart F Foreign Base Company Sales Income (enter result from Worksheet A) . . . . | **1f** | |
| **g** | Section 954(e) Subpart F Foreign Base Company Services Income (enter result from Worksheet A) . . . | **1g** | |
| **h** | Other subpart F income (enter result from Worksheet A) . . . . . . . . . . . . . . . . . . . . . | **1h** | |
| **2** | Earnings invested in U.S. property (enter the result from Worksheet B) . . . . . . . . . . . . . . . | **2** | |
| **3** | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Factoring income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| | See instructions for reporting amounts on lines 1, 2, and 4 on your income tax return. | | |
| **5a** | Section 245A eligible dividends (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **5a** | |
| **b** | Extraordinary disposition amounts (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **5b** | |
| **c** | Extraordinary reduction amounts (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **5c** | |
| **d** | Section 245A(e) dividends (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | **5d** | |
| **e** | Dividends not reported on line 5a, 5b, 5c, or 5d . . . . . . . . . . . . . . . . . . . . . . . . | **5e** | |
| **6** | Exchange gain or (loss) on a distribution of previously taxed earnings and profits . . . . . . . . . . . | **6** | |

| | | **Yes** | **No** |
|---|---|---|---|
| **7a** | Was any income of the foreign corporation blocked? . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **b** | Did any such income become unblocked during the tax year (see section 964(b))? . . . . . . . . . . . . . . . | | |
| If the answer to either question is "Yes," attach an explanation. | | | |
| **8a** | Did this U.S. shareholder have an extraordinary disposition (ED) account with respect to the foreign corporation at any time during the tax year (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **b** | If the answer to question 8a is "Yes," enter the U.S. shareholder's ED account balance at the beginning of the CFC year $ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances. | | |
| **c** | Enter the CFC's aggregate ED account balance with respect to all U.S. shareholders at the beginning of the CFC year $ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances. | | |
| **9** | Enter the sum of the hybrid deduction accounts with respect to stock of the foreign corporation (see instructions) $ | | |

Form **5471** (Rev. 12-2022)

**SCHEDULE E**
**(Form 5471)**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

# Income, War Profits, and Excess Profits Taxes Paid or Accrued

▶ Attach to Form 5471.

▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP (UK) LIMITED | | 00001 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . ▶

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . ▶

## Part I  Taxes for Which a Foreign Tax Credit Is Allowed

### Section 1 - Taxes Paid or Accrued Directly by Foreign Corporation

| | (a) Name of Payor Entity | (b) EIN or Reference ID Number of Payor Entity | (c) Unsuspended Taxes | (d) Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (e) Foreign Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) | (f) U.S. Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) |
|---|---|---|---|---|---|---|
| **1** | GBG UK LIMITED | 00001 | | UK | 2022/01/01 | 2022/12/31 |
| **2** | | | | | | |
| **3** | | | | | | |
| **4** | | | | | | |

| | (g) Income Subject to Tax in the Foreign Jurisdiction (see instructions) | (h) If taxes are paid on U.S. source income, check box | (i) Local Currency in Which Tax Is Payable (enter code - see instructions) | (j) Tax Paid or Accrued (in local currency in which the tax is payable) | (k) Conversion Rate to U.S. Dollars | (l) In U.S. Dollars (divide column (j) by column (k)) | (m) In Functional Currency of Foreign Corporation |
|---|---|---|---|---|---|---|---|
| **1** | NONE | | GBP | NONE | 0.7843200 | NONE | NONE |
| **2** | | | | | | | |
| **3** | | | | | | | |
| **4** | | | | | | | |

**5** Total (combine lines 1 through 4 of column (l)). Also report amount on Schedule E-1, line 4 . . . . . . . . . . . . . ▶   NONE

**6** Total (combine lines 1 through 4 of column (m)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶   NONE

### Section 2 - Taxes Deemed Paid by Foreign Corporation

| | (a) Name of Lower-Tier Distributing Foreign Corporation | (b) EIN or Reference ID Number of Lower-Tier Distributing Foreign Corporation | (c) Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (d) PTEP Group (enter code) | (e) Annual PTEP Account (enter year) |
|---|---|---|---|---|---|
| **1** | | | | | |
| **2** | | | | | |
| **3** | | | | | |
| **4** | | | | | |

| | (f) PTEP Distributed (enter amount in functional currency) | (g) Total Amount of PTEP in the PTEP Group (in functional currency) | (h) Total Amount of the PTEP Group Taxes With Respect to PTEP Group (USD) | (i) Foreign Income Taxes Properly Attributable to PTEP and not Previously Deemed Paid ((column (f)/column (g)) x column (h)) (USD) |
|---|---|---|---|---|
| **1** | | | | |
| **2** | | | | |
| **3** | | | | |
| **4** | | | | |

**5** Total (combine lines 1 through 4 of column (i)). Also report amount on Schedule E-1, line 6 . . . . . . . . . . . . . . . ▶

**For Paperwork Reduction Act Notice, see instructions.**

Schedule E (Form 5471) (Rev. 12-2021)

JSA

2X1666 2.000

0001W4    X45R

Schedule E (Form 5471) (Rev. 12-2021)                                                                                                    Page **2**

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP (UK) LIMITED | | 00001 |

**a** Separate Category (Enter code-see instructions.) · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) · · · · · · · · · ▶ _____

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) · · · · · · · ▶ _____

| Part II | Election |
|---|---|

For tax years beginning after December 31, 2004, has an election been made under section 986(a)(1)(D) to translate taxes using the exchange rate on the date of payment?

☐ Yes   ☒ No   If "Yes," state date of election ▶

| Part III | Taxes for Which a Foreign Tax Credit Is Disallowed (Enter in functional currency of foreign corporation.) |
|---|---|

| | (a) Name of Payor Entity | (b) EIN or Reference ID Number of Payor Entity | (c) Section 901(j) | (d) Section 901(k) and (l) | (e) Section 901(m) | (f) U.S. Taxes | (g) Suspended Taxes | (h) Other | (i) Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | In functional currency (combine lines 1 and 2) · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ | | | | | | | | |
| 4 | In U.S. dollars (translated at the average exchange rate, as defined in section 989(b)(3) and related regulations (see instructions)) · · · · · · · · · · · · · · · · ▶ | | | | | | | | |

| Schedule E-1 | Taxes Paid, Accrued, or Deemed Paid on Earnings and Profits (E&P) of Foreign Corporation |
|---|---|

**IMPORTANT:** *Enter amounts in U.S. dollars.*

| | | Taxes related to: | | | |
|---|---|---|---|---|---|
| | | (a) Subpart F Income | (b) Tested Income | (c) Residual Income | (d) Suspended Taxes |
| 1a | Balance at beginning of year (as reported in prior year Schedule E-1) · · · · · · · · · · | -0- | -0- | -0- | |
| b | Beginning balance adjustments (attach statement) · | | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) · · · · · · · · · · · · · · · · | | | | |
| 2 | Adjustment for foreign tax redetermination · | | | | |
| 3a | Taxes unsuspended under anti-splitter rules · · · · · · · · · · · · · · · · · · · · | | | | |
| b | Taxes suspended under anti-splitter rules · | | | | |
| 4 | Taxes reported on Schedule E, Part I, Section 1, line 5, column (l) · · · · · · · · · · | | | | |
| 5 | Taxes carried over in nonrecognition transactions · · · · · · · · · · · · · · · · · | | | | |
| 6 | Taxes reported on Schedule E, Part I, Section 2, line 5, column (i) · · · · · · · · · | | | | |
| 7 | Other adjustments (attach statement) · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 8 | Taxes paid or accrued on current income/E&P or accumulated E&P (combine lines 1c through 7) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 9 | Taxes deemed paid with respect to inclusions  (see instructions) · · · · · · · · · · | | | | |
| 10 | Taxes deemed paid with respect to actual distributions · · · · · · · · · · · · · · | | | | |
| 11 | Taxes on amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P · | | | | |
| 12 | Other (attach statement) · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 13 | Balance of taxes paid or accrued (combine lines 8 through 12 in columns (a), (b), and (c)) | | | | |
| 14 | Reserved for future use · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 15 | Reduction for other taxes not deemed paid · · · · · · · · · · · · · · · · · · · · | | | | |
| 16 | Balance of taxes paid or accrued at the beginning of the next year. Line 16, columns (a), (b), and (c) must always equal zero. So, if necessary, enter negative amounts on line 15 of columns (a), (b), and (c) in amounts sufficient to reduce line 13, columns (a), (b), and (c) to zero. For the remaining columns, combine lines 8 through 12 · · · · · · · · · · · · · · · · | -0- | -0- | -0- | |

JSA
2X1667 2.000

Schedule E (Form 5471) (Rev. 12-2021)

Schedule E (Form 5471) (Rev. 12-2021)                                                                                                                                    Page **3**

| Name of foreign corporation | EIN (if any) | **Reference ID number** (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP (UK) LIMITED | | 00001 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . ▶ _____

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . . . . . . . . . . . . . . ▶ _____

**Schedule E-1    Taxes Paid, Accrued, or Deemed Paid on Accumulated Earnings and Profits (E&P) of Foreign Corporation** *(continued)*

**(e) Taxes related to previously taxed E&P** (see instructions)

| | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP | (iii) General section 959(c)(1) PTEP | (iv) Reclassified section 951A PTEP | (v) Reclassified section 245A(d) PTEP | (vi) Section 965(a) PTEP | (vii) Section 965(b) PTEP | (viii) Section 951A PTEP | (ix) Section 245A(d) PTEP | (x) Section 951(a)(1)(A) PTEP |
|---|---|---|---|---|---|---|---|---|---|---|
| **1a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **c** | | | | | | | | | | |
| **2** | | | | | | | | | | |
| **3a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **4** | | | | | | | | | | |
| **5** | | | | | | | | | | |
| **6** | | | | | | | | | | |
| **7** | | | | | | | | | | |
| **8** | | | | | | | | | | |
| **9** | | | | | | | | | | |
| **10** | | | | | | | | | | |
| **11** | | | | | | | | | | |
| **12** | | | | | | | | | | |
| **13** | | | | | | | | | | |
| **14** | | | | | | | | | | |
| **15** | | | | | | | | | | |
| **16** | | | | | | | | | | |

Schedule E (Form 5471) (Rev. 12-2021)

JSA
2X1678 2.000

**SCHEDULE H**
**(Form 5471)**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

# Current Earnings and Profits

▶ **Attach to Form 5471.**

▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP (UK) LIMITED | | 00001 |

**IMPORTANT:** Enter the amounts on lines 1 through 5c in *functional* currency.

| | | | Net Additions | Net Subtractions | |
|---|---|---|---|---|---|
| **1** | Current year net income or (loss) per foreign books of account . . . . . . . . . . . . . . . . . . . . | **1** | | | −357,007. |
| **2** | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | |
| **a** | Capital gains or losses . . . . . . . . . . . . . . . . . | **2a** | | | |
| **b** | Depreciation and amortization . . . . . . . . . . . | **2b** | 17,656. | | |
| **c** | Depletion . . . . . . . . . . . . . . . . . . . . . . . | **2c** | | | |
| **d** | Investment or incentive allowance . . . . . . . . . . . | **2d** | | | |
| **e** | Charges to statutory reserves . . . . . . . . . . . | **2e** | | | |
| **f** | Inventory adjustments . . . . . . . . . . . . . . . . | **2f** | | | |
| **g** | Income taxes (see Schedule E, Part I, Section 1, line 6, column (m), and Part III, line 3, column (i)) . . . . . . . | **2g** | | | |
| **h** | Foreign currency gains or losses . . . . . . . . . . . | **2h** | | | |
| **i** | Other (attach statement) . . . . . . . . . . . . . . . . | **2i** | | | |
| **3** | Total net additions . . . . . . . . . . . . . . . | **3** | 17,656. | | |
| **4** | Total net subtractions . . . . . . . . . . . . . . . . . | **4** | | | |
| **5 a** | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . . . . . | **5a** | | | −339,351. |
| **b** | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . . . . . . . . . | **5b** | | | |
| **c** | Combine lines 5a and 5b and enter the result on line 5c. Then enter on lines 5c(i), 5c(ii), and 5c(iii)(A) through 5c(iii)(D) the portion of the line 5c amount with respect to the categories of income shown on those lines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5c** | | | −339,351. |
| **(i)** | General category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5c(i)** | | | |
| **(ii)** | Passive category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . . | **5c(ii)** | | | |
| **(iii)** | Section 901(j) category: | | | | |
| **(A)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(A) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . . | **5c(iii)(A)** | | | |
| **(B)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(B) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . . | **5c(iii)(B)** | | | |
| **(C)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(C) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . . | **5c(iii)(C)** | | | |
| **(D)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(D) and on the applicable Schedule J, Part I, line 3, column (a) . . . . . . . . . . . . . . . . . . | **5c(iii)(D)** | | | |
| **d** | Current earnings and profits in U.S. dollars (line 5c translated at the average exchange rate, as defined in section 989(b)(3) and the related regulations (see instructions)) . . . . . . . . . . . . . . . . . . . . . | **5d** | | | −409,962. |
| **e** | Enter exchange rate used for line 5d . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | 0.8277630 | | |

For Paperwork Reduction Act Notice, see instructions.

Schedule H (Form 5471) (Rev. 12-2021)

JSA
2X1668 2.000

0001WA  X45R

**SCHEDULE I-1**
**(Form 5471)**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

# Information for Global Intangible Low-Taxed Income

OMB No. 1545-0123

▶ **Attach to Form 5471.**
▶ **Go to www.irs.gov/Form5471 for instructions and the latest information.**

| | |
|---|---|
| Name of person filing Form 5471 | Identifying number |
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP (UK) LIMITED | | 00001 |

Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

| | | | Functional Currency | Conversion Rate | U.S. Dollars |
|---|---|---|---|---|---|
| **1** | Gross income (see instructions if cost of goods sold exceed gross receipts) . . . . . . . . . . | **1** | 3,400,993. | | |
| **2** | Exclusions (see instructions if cost of goods sold exceed gross receipts) | | | | |
| **a** | Effectively connected income . . . . . . | **2a** | | | |
| **b** | Subpart F income . . . . . . . . . . . | **2b** | | | |
| **c** | High-tax exception income per section 954(b)(4) . . . . . . . . . . . . . . . | **2c** | | | |
| **d** | Related party dividends . . . . . . . . | **2d** | | | |
| **e** | Foreign oil and gas extraction income . . | **2e** | | | |
| **3** | Total exclusions (combine lines 2a through 2e) . . . . . | **3** | | | |
| **4** | Gross income less total exclusions (line 1 minus line 3) (see instructions) . . . . . . . . . . . . . . . . . | **4** | 3,400,993. | | |
| **5** | Deductions properly allocable to amount on line 4 . . . . . . . . | **5** | 3,727,496. | | |
| **6** | Tested income (loss) (line 4 minus line 5) (see instructions) . . . . . | **6** | -326,503. | 0.7843200 | -416,288. |
| **7** | Tested foreign income taxes . . . . . . . . . . . . . . . . . | **7** | | 0.7843200 | |
| **8** | Qualified business asset investment (QBAI) . . . . . . . . . . . . | **8** | | 0.7843200 | |
| **9a** | Interest expense included on line 5 . . . | **9a** | | | |
| **b** | Qualified interest expense . . . . . . . | **9b** | | | |
| **c** | Tested loss QBAI amount . . . . . . . . | **9c** | | | |
| **d** | Tested interest expense (line 9a minus the sum of line 9b and line 9c). If zero or less, enter -0- | **9d** | | 0.7843200 | |
| **10a** | Interest income included in line 4 . . . . | **10a** | | | |
| **b** | Qualified interest income . . . . . . . . | **10b** | | | |
| **c** | Tested interest income (line 10a minus line 10b). If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . | **10c** | | 0.7843200 | |

For Paperwork Reduction Act Notice, see instructions.

Schedule I-1 (Form 5471) (Rev. 12-2021)

JSA
2X1672 2.000

0001WA   X45R

**SCHEDULE J**
**(Form 5471)**
(Rev. December 2020)
Department of the Treasury
Internal Revenue Service

# Accumulated Earnings & Profits (E&P) of Controlled Foreign Corporation

▶ **Attach to Form 5471.**

▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP (UK) LIMITED | | 00001 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN
**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . ▶

**Part I**  **Accumulated E&P of Controlled Foreign Corporation**

☐ Check the box if person filing return does not have all U.S. shareholders' information to complete an amount in column (e) (see instructions).

**Important:** Enter amounts in functional currency.

| | | (a) Post-2017 E&P Not Previously Taxed (post-2017 section 959(c)(3) balance) | (b) Post-1986 Undistributed Earnings (post-1986 and pre-2018 section 959(c)(3) balance) | (c) Pre-1987 E&P Not Previously Taxed (pre-1987 section 959(c)(3) balance) | (d) Hovering Deficit and Deduction for Suspended Taxes | (e) Previously Taxed E&P (see instructions) | |
|---|---|---|---|---|---|---|---|
| | | | | | | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP |
| **1a** | Balance at beginning of year (as reported on prior year Schedule J) . . . . . . . . . . . . . . . . . | 421,333. | | | | | |
| **b** | Beginning balance adjustments (attach statement) . . . | | | | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) | 421,333. | | | | | |
| **2a** | Reduction for taxes unsuspended under anti-splitter rules | | | | | | |
| **b** | Disallowed deduction for taxes suspended under anti-splitter rules . . . . . . . . . . . . . . . . | | | | | | |
| **3** | Current year E&P (or deficit in E&P) (enter amount from applicable line 5c of Schedule H) . . . . . . . . | −339,351. | | | | | |
| **4** | E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . | | | | | | |
| **5a** | E&P carried over in nonrecognition transaction . . . . | | | | | | |
| **b** | Reclassify deficit in E&P as hovering deficit after nonrecognition transaction . . . . . . . . . . . . . . | | | | | | |
| **6** | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| **7** | Total current and accumulated E&P (combine lines 1c through 6) . . . . . . . . . . . . . . . . . | 81,982. | | | | | |
| **8** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . | | | | | | |
| **9** | Actual distributions . . . . . . . . . . . . . . . . . | | | | | | |
| **10** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . | | | | | | |
| **11** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) | | | | | | |
| **12** | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| **13** | Hovering deficit offset of undistributed post-transaction E&P (see instructions) . . . . . . . . . . | | | | | | |
| **14** | Balance at beginning of next year (combine lines 7 through 13) | 81,982. | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**

JSA
2X1665 2.000

0001W4    X45R

Schedule J (Form 5471) (Rev. 12-2020)  Page **2**

**Part I**  **Accumulated E&P of Controlled Foreign Corporation** *(continued)*

| | (e) Previously Taxed E&P (see instructions) | | | | |
|---|---|---|---|---|---|
| | *(iii)* General section 959(c)(1) PTEP | *(iv)* Reclassified section 951A PTEP | *(v)* Reclassified section 245A(d) PTEP | *(vi)* Section 965(a) PTEP | *(vii)* Section 965(b) PTEP |
| 1a | | | | | |
| b | | | | | |
| c | | | | | |
| 2a | | | | | |
| b | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5a | | | | | |
| b | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |

| | (e) Previously Taxed E&P (see instructions) | | | (f) Total Section 964(a) E&P (combine columns (a), (b), (c), and (e)(i) through (e)(x)) |
|---|---|---|---|---|
| | *(viii)* Section 951A PTEP | *(ix)* Section 245A(d) PTEP | *(x)* Section 951(a)(1)(A) PTEP | |
| 1a | | | | 421,333. |
| b | | | | |
| c | | | | 421,333. |
| 2a | | | | |
| b | | | | |
| 3 | | | | −339,351. |
| 4 | | | | |
| 5a | | | | |
| b | | | | |
| 6 | | | | |
| 7 | | | | 81,982. |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | 81,982. |

JSA
2X1671 2.000

Schedule J (Form 5471) (Rev. 12-2020)                                                                      Page **3**

| **Part II** | **Nonpreviously Taxed E&P Subject to Recapture as Subpart F Income (section 952(c)(2))** | | |
|---|---|---|---|

**Important:** Enter amounts in functional currency.

| | | | |
|---|---|---|---|
| **1** | Balance at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **1** | |
| **2** | Additions (amounts subject to future recapture) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **2** | |
| **3** | Subtractions (amounts recaptured in current year) . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **3** | |
| **4** | Balance at end of year (combine lines 1 through 3) . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **4** | |

**Schedule J (Form 5471) (Rev. 12-2020)**

JSA
2X1677 2.000

**SCHEDULE M**
**(Form 5471)**

(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

## Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

▶ **Attach to Form 5471.**
▶ **Go to *www.irs.gov/Form5471* for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | | Identifying number |
|---|---|---|
| Global Benefits Group Inc | | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP (UK) LIMITED | | 00001 |

**Important:** *Complete a **separate** Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See instructions.*

Enter the relevant functional currency and the exchange rate used throughout this schedule ▶     GBP

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) | | | | | |
| 2 Sales of tangible property other than stock in trade . . . . . . | | | | | |
| 3 Sales of property rights (patents, trademarks, etc.) . . . . . . . | | | | | |
| 4 Platform contribution transaction payments received . . . . . | | | | | |
| 5 Cost sharing transaction payments received . . . . . . . | | | | | |
| 6 Compensation received for technical, managerial, engineering, construction, or like services . . | 4,355,500. | | | | |
| 7 Commissions received . . . . . | | | | | |
| 8 Rents, royalties, and license fees received | | | | | |
| 9 Hybrid dividends received (see instructions) | | | | | |
| 10 Dividends received (exclude hybrid dividends, deemed distributions under subpart F, and distributions of previously taxed income) . . . . | | | | | |
| 11 Interest received . . . . . . . | | | | | |
| 12 Premiums received for insurance or reinsurance . . . . . . . . | | | | | |
| 13 Loan guarantee fees received . | | | | | |
| 14 Other amounts received (attach statement) | | | | | |
| 15 Add lines 1 through 14 . . . . | 4,355,500. | | | | |
| 16 Purchases of stock in trade (inventory) | | | | | |
| 17 Purchases of tangible property other than stock in trade . . . | | | | | |
| 18 Purchases of property rights (patents, trademarks, etc.) . . . | | | | | |
| 19 Platform contribution transaction payments paid . . . . . . . | | | | | |
| 20 Cost sharing transaction payments paid . | | | | | |
| 21 Compensation paid for technical, managerial, engineering, construction, or like services . . | | | | | |
| 22 Commissions paid . . . . . . | | | | | |
| 23 Rents, royalties, and license fees paid | | | | | |
| 24 Hybrid dividends paid (see instructions) | | | | | |
| 25 Dividends paid (exclude hybrid dividends paid) . . . . . . . . | | | | | |
| 26 Interest paid . . . . . . . . . | | | | | |
| 27 Premiums paid for insurance or reinsurance | | | | | |
| 28 Loan guarantee fees paid . . . | | | | | |
| 29 Other amounts paid (attach statement) . | | | | | |
| 30 Add lines 16 through 29 . . . . | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**

**Schedule M (Form 5471)** (Rev. 12-2021)

JSA
2X1664 2.000

0001WA   X45R

**Schedule M (Form 5471)** (Rev. 12-2021)                                                                    Page **2**

Name of person filing Form 5471

Identifying number

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| **31** Accounts Payable . . . . . . . | 139,102. | | | | |
| **32** Amounts borrowed (enter the maximum loan balance during the year) - see instructions . . . . . . . . . . . | | | | | |
| **33** Accounts Receivable . . . . . | 288,200. | | | | |
| **34** Amounts loaned (enter the maximum loan balance during the year) - see instructions | | | | | |

**Schedule M (Form 5471)** (Rev. 12-2021)

JSA
2X1679 2.000

0001WA   X45R

**SCHEDULE P**
**(Form 5471)**

(Rev. December 2020)

Department of the Treasury
Internal Revenue Service

# Previously Taxed Earnings and Profits of U.S. Shareholder of Certain Foreign Corporations

▶ Attach to Form 5471.
▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of U.S. shareholder | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP (UK) LIMITED | | 00001 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . ▶

## Part I   Previously Taxed E&P in Functional Currency (see instructions)

| | | (a) Reclassified section 965(a) PTEP | (b) Reclassified section 965(b) PTEP | (c) General section 959(c)(1) PTEP |
|---|---|---|---|---|
| 1a | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| b | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . . | | | |
| 2 | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . | | | |
| 3 | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation | | | |
| 4 | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . | | | |
| 5 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 6 | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . . | | | |
| 7 | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . | | | |
| 8 | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 9 | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . | | | |
| 10 | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . | | | |
| 11 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 12 | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . | | | |

**For Paperwork Reduction Act Notice, see instructions.**

JSA   2X1673 2.000
0001W4   X45R

**Schedule P (Form 5471) (Rev. 12-2020)**

Schedule P (Form 5471) (Rev. 12-2020)                                                                                              Page **2**

| Part I | **Previously Taxed E&P in Functional Currency** (see instructions) *(continued)* |

| | **(d)** Reclassified section 951A PTEP | **(e)** Reclassified section 245A(d) PTEP | **(f)** Section 965(a) PTEP | **(g)** Section 965(b) PTEP | **(h)** Section 951A PTEP | **(i)** Section 245A(d) PTEP | **(j)** Section 951(a)(1)(A) PTEP | **(k)** Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

Schedule P (Form 5471) (Rev. 12-2020)                                                                                             Page **3**

| **Part II** | **Previously Taxed E&P in U.S. Dollars** | | | |
|---|---|---|---|---|
| | | **(a)** Reclassified section 965(a) PTEP | **(b)** Reclassified section 965(b) PTEP | **(c)** General section 959(c)(1) PTEP |
| **1 a** | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **b** | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . . . . . . | | | |
| **2** | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . . . . . | | | |
| **3** | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **4** | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . . . . . . | | | |
| **5** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **6** | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . . . . . . | | | |
| **7** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . | | | |
| **8** | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **9** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . | | | |
| **10** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **11** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **12** | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . . . . . | | | |

Schedule P (Form 5471) (Rev. 12-2020)

Schedule P (Form 5471) (Rev. 12-2020)                                                                                    Page **4**

**Part II**   **Previously Taxed E&P in U.S. Dollars** *(continued)*

| | (d) Reclassified section 951A PTEP | (e) Reclassified section 245A(d) PTEP | (f) Section 965(a) PTEP | (g) Section 965(b) PTEP | (h) Section 951A PTEP | (i) Section 245A(d) PTEP | (j) Section 951(a)(1)(A) PTEP | (k) Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

JSA

2X1676 2.000

**SCHEDULE Q**
**(Form 5471)**
(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

# CFC Income by CFC Income Groups

**Attach to Form 5471.**

**Go to www.irs.gov/Form5471 for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | | Identifying number |
|---|---|---|
| Global Benefits Group Inc | | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GLOBAL BENEFITS GROUP (UK) LIMITED | | 00001 |

Complete a separate Schedule Q with respect to each applicable category of income (see instructions).

**A**   Enter separate category code with respect to which this Schedule Q is being completed (see instructions for codes) . . . . . . . . . . . . . .   GEN

**B**   If category code "PAS" is entered on line A, enter the applicable grouping code (see instructions). . . . . . . . . . . . . . . . . . . . . . . _____

**C**   If code "901j" is entered on line A, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . _____

Complete a separate Schedule Q for U.S. source income and foreign source income (see instructions for an exception).

**D**   Indicate whether this Schedule Q is being completed for:   ☐ U.S. source income or   ☒ Foreign source income

Complete a separate Schedule Q for FOGEI or FORI income.

**E**   If this Schedule Q is being completed for FOGEI or FORI income, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| *Enter amounts in functional currency of the foreign corporation (unless otherwise noted).* | (i) Country Code | (ii) Gross Income | (iii) Definitely Related Expenses | (iv) Related Person Interest Expense | (v) Other Interest Expense | (vi) Research & Experimental Expenses | (vii) Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1** Subpart F Income Groups | | | | | | | |
| **a** Dividends, Interest, Rents, Royalties, & Annuities (Total) | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **b** Net Gain From Certain Property Transactions (Total) | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **c** Net Gain From Commodities Transactions (Total) | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **d** Net Foreign Currency Gain (Total) | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **e** Income Equivalent to Interest (Total) | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **f** Other . . . . . . . . . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **g** Foreign Base Company Sales Income (Total) . . . . . . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

For Paperwork Reduction Act Notice, see instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1650 3.000

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                                                                  Page **2**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **a** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **b** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **c** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **d** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **e** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **f** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **g** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

**Schedule Q (Form 5471) (Rev. 12-2022)**

JSA

2X1651 4.000

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)    Page **3**

| Enter amounts in functional currency of the foreign corporation (unless otherwise noted). | (i) Country Code | (ii) Gross Income | (iii) Definitely Related Expenses | (iv) Related Person Interest Expense | (v) Other Interest Expense | (vi) Research & Experimental Expenses | (vii) Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1** Subpart F Income Groups | | | | | | | |
| **h** Foreign Base Company Services Income (Total) . . . . . . . . . . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **i** Full Inclusion Foreign Base Company Income (Total) . . . . . . . . . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **j** Insurance Income (Total) . . . . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **k** International Boycott Income . . . . . | | | | | | | |
| **l** Bribes, Kickbacks, and Other Payments . . . . . . . . . . . . . . | | | | | | | |
| **m** Section 901(j) income . . . . . . . . | | | | | | | |
| **2** Recaptured Subpart F Income . . . . | | | | | | | |
| **3** Tested Income Group (Total) . . . . . | | 3,400,993. | | | | | 3,727,496. |
| (1) Unit name: Tested Income | UK | 3,400,993. | | | | | 3,727,496. |
| (2) Unit name: _____ | | | | | | | |
| **4** Residual Income Group (Total) . . . . | | | | | | | |
| (1) Unit name: _____ | | | | | | | |
| (2) Unit name: _____ | | | | | | | |
| **5** Total . . . . . . . . . . . . . . . . . | | 3,400,993. | | | | | 3,727,496. |

**Important:** See **Computer-Generated Schedule Q** in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1652 3.000

0001W4    X45R

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                                          Page **4**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **h** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **i** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **j** | | | | | | | ☐ | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **k** | | | | | | | | | |
| **l** | | | | | | | | | |
| **m** | | | | | | | | | |
| **2** | | | | | | | | | |
| **3** | | | | −326,503. | | | | | −326,503. |
| **(1)** | | | | −326,503. | | | | | −326,503. |
| **(2)** | | | | | | | ☐ | | |
| **4** | | | | | | | | | |
| **(1)** | | | | | | | | | |
| **(2)** | | | | | | | | | |
| **5** | | | | −326,503. | | | | | −326,503. |

**Important:** See *Computer-Generated Schedule Q* in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1653 4.000
0001W4    X45R

**SCHEDULE R
(Form 5471)**

(December 2020)

Department of the Treasury
Internal Revenue Service

# Distributions From a Foreign Corporation

▶ **Attach to Form 5471.**

▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | | Identifying number | |
|---|---|---|---|
| Global Benefits Group Inc | | 20-3842750 | |
| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) | |
| GLOBAL BENEFITS GROUP (UK) LIMITED | | 00001 | |

| | **(a) Description of distribution** | **(b) Date of distribution** | **(c) Amount of distribution in foreign corporation's functional currency** | **(d) Amount of E&P distribution in foreign corporation's functional currency** |
|---|---|---|---|---|
| 1 | No Distributions | 12/31/2022 | NONE | NONE |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |

**For Paperwork Reduction Act Notice, see instructions.**

JSA  2X1654 2.000

**Schedule R (Form 5471) (12-2020)**

0001WA    X45R

Form **5471**

(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

# Information Return of U.S. Persons With Respect to Certain Foreign Corporations

**Go to www.irs.gov/Form5471 for instructions and the latest information.**

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01/2022 , and ending 12/31/2022

OMB No. 1545-0123

Attachment
Sequence No. **121**

Name of person filing this return
Global Benefits Group Inc

**A** Identifying number
20-3842750

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)
27051 Towne Centre Drive, #210

**B** Category of filer (See instructions. Check applicable box(es).):

1a [X] 1b [ ] 1c [ ] 2 [ ] 3 [ ] 4 [X] 5a [X] 5b [ ] 5c [ ]

City or town, state, and ZIP code
FOOTHILL RANCH, CA 92610

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period                %

Filer's tax year beginning 01/01/2022 , and ending 12/31/2022

**D** Check box if this is a final Form 5471 for the foreign corporation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]

**E** Check if any excepted specified foreign financial assets are reported on this form (see instructions) . . . . . . . . . . . . . [ ]

**F** Check the box if this Form 5471 has been completed using "Alternative Information" under Rev. Proc. 2019-40 . . . . . . . . [ ]

**G** If the box on line F is checked, enter the corresponding code for "Alternative Information" (see instructions) . . . . . . . . . . . .

**H** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| GLOBAL BENEFITS GROUP, INC | 27422 PORTOLA PARKWAY STE 110, FOOTHILL RANCH C | 20-3842750 | X | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information **must** be in English. All amounts **must** be stated in U.S. dollars unless otherwise indicated.*

**1a** Name and address of foreign corporation

GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEXICO)
Bosque de Ciruelos 180 PP 101 Bosques de las Lomas
Miguel Hidalgo, Mexico City 11700 MX

**b(1)** Employer identification number, if any

**b(2)** Reference ID number (see instructions)
00002

**c** Country under whose laws incorporated
MX

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency code |
|---|---|---|---|---|
| 01/18/2018 | MX | 524210 | Brokering & Management | MXN |

**2** Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States

**b** If a U.S. income tax return was filed, enter:

| (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
|---|---|
| | |

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different

## Schedule A   Stock of the Foreign Corporation

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 200,000. | 200,000. |
| | | |
| | | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **5471** (Rev. 12-2022)

JSA
2X1660 2.000

0001WA   X45R

Form 5471 (Rev. 12-2022) | Page **2**

| **Schedule B** | **Shareholders of Foreign Corporation** |
|---|---|

| **Part I** | **U.S. Shareholders of Foreign Corporation** (see instructions) |
|---|---|

| **(a)** Name, address, and identifying number of shareholder | **(b)** Description of each class of stock held by shareholder. **Note:** This description should match the corresponding description entered in Schedule A, column (a). | **(c)** Number of shares held at beginning of annual accounting period | **(d)** Number of shares held at end of annual accounting period | **(e)** Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| GLOBAL BENEFITS GROUP, INC | COMMON STOCK | 100. | 100. | |
| 27422 PORTOLA PARKWAY STE 110 | | | | |
| FOOTHILL RANCH, CA 92610 | | | | |
| 20-3842750 | | | | 100.000000000000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| **Part II** | **Direct Shareholders of Foreign Corporation** (see instructions) |
|---|---|

| **(a)** Name, address, and identifying number of shareholder. Also, include country of incorporation or formation, if applicable. | **(b)** Description of each class of stock held by shareholder. **Note:** This description should match the corresponding description entered in Schedule A, column (a). | **(c)** Number of shares held at beginning of annual accounting period | **(d)** Number of shares held at end of annual accounting period |
|---|---|---|---|
| GLOBAL BENEFITS GROUP INC | COMMON STOCK | 100. | 100. |
| 27422 PORTOLA PARKWAY STE 110 | | | |
| FOOTHILL RANCH, CA 92610 | | | |
| 20-3842750        US | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **5471** (Rev. 12-2022)

JSA
2X1661 2.000

0001WA   X45R

Form 5471 (Rev. 12-2022)                          Page **3**

**Schedule C**   **Income Statement** (see instructions)

**Important:** *Report all information in functional currency in accordance with U.S. generally accepted accounting principles (GAAP). Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for dollar approximate separate transactions method (DASTM) corporations.*

| | | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | 16,380,570. | 820,263. |
| | b | Returns and allowances | 1b | | |
| | c | Subtract line 1b from line 1a | 1c | 16,380,570. | 820,263. |
| | 2 | Cost of goods sold | 2 | | |
| | 3 | Gross profit (subtract line 2 from line 1c) | 3 | 16,380,570. | 820,263. |
| | 4 | Dividends | 4 | | |
| | 5 | Interest | 5 | | |
| | 6a | Gross rents | 6a | | |
| | b | Gross royalties and license fees | 6b | | |
| | 7 | Net gain or (loss) on sale of capital assets | 7 | | |
| | 8a | Foreign currency transaction gain or loss - unrealized | 8a | | |
| | b | Foreign currency transaction gain or loss - realized | 8b | 1,754,182. | 87,841. |
| | 9 | Other income (attach statement) | 9 | | |
| | 10 | Total income (add lines 3 through 9) | 10 | 18,134,752. | 908,104. |
| Deductions | 11 | Compensation not deducted elsewhere | 11 | | |
| | 12a | Rents | 12a | | |
| | b | Royalties and license fees | 12b | | |
| | 13 | Interest | 13 | | |
| | 14 | Depreciation not deducted elsewhere | 14 | | |
| | 15 | Depletion | 15 | | |
| | 16 | Taxes (exclude income tax expense (benefit)) . . . . . Stmt. 47 | 16 | 654,868. | 32,793. |
| | 17 | Other deductions (attach statement - exclude income tax expense (benefit)) . . . . . . . . . . . . . . . See Statement 47 | 17 | 10,618,628. | 531,732. |
| | 18 | Total deductions (add lines 11 through 17) | 18 | 11,273,496. | 564,525. |
| Net Income | 19 | Net income or (loss) before unusual or infrequently occurring items, and income tax expense (benefit) (subtract line 18 from line 10) | 19 | 6,861,256. | 343,580. |
| | 20 | Unusual or infrequently occurring items | 20 | | |
| | 21a | Income tax expense (benefit) - current. See Statement 47 | 21a | 3,573,767. | 178,958. |
| | b | Income tax expense (benefit) - deferred | 21b | | |
| | 22 | Current year net income or (loss) per books (combine lines 19 through 21b) | 22 | 3,287,489. | 164,622. |
| Other Comprehensive Income | 23a | Foreign currency translation adjustments | 23a | | |
| | b | Other | 23b | | |
| | c | Income tax expense (benefit) related to other comprehensive income | 23c | | |
| | 24 | Other comprehensive income (loss), net of tax (line 23a plus line 23b less line 23c) | 24 | | |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)    Page **4**

## Schedule F    Balance Sheet

**Important:** *Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.*

| Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|
| 1 Cash | 1 | 1,788,123. | 1,314,359. |
| 2a Trade notes and accounts receivable | 2a | NONE | 1,829,213. |
| b Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 Derivatives | 3 | | |
| 4 Inventories | 4 | | |
| 5 Other current assets (attach statement) | 5 | | |
| 6 Loans to shareholders and other related persons | 6 | | |
| 7 Investment in subsidiaries (attach statement) | 7 | | |
| 8 Other investments (attach statement) | 8 | | |
| 9a Buildings and other depreciable assets | 9a | | |
| b Less accumulated depreciation | 9b | ( ) | ( ) |
| 10a Depletable assets | 10a | | |
| b Less accumulated depletion | 10b | ( ) | ( ) |
| 11 Land (net of any amortization) | 11 | | |
| 12 Intangible assets: | | | |
| a Goodwill | 12a | | |
| b Organization costs | 12b | | |
| c Patents, trademarks, and other intangible assets | 12c | | |
| d Less accumulated amortization for lines 12a, 12b, and 12c | 12d | ( ) | ( ) |
| 13 Other assets (attach statement) . . . . . . . See Statement 48. | 13 | 7,462,286. | -2,934,046. |
| 14 Total assets | 14 | 9,250,409. | 209,526. |

### Liabilities and Shareholders' Equity

| | | | |
|---|---|---|---|
| 15 Accounts payable | 15 | | |
| 16 Other current liabilities (attach statement) . . . . See Statement 48. | 16 | 9,914,589. | 709,083. |
| 17 Derivatives | 17 | | |
| 18 Loans from shareholders and other related persons | 18 | | |
| 19 Other liabilities (attach statement) | 19 | | |
| 20 Capital stock: | | | |
| a Preferred stock | 20a | | |
| b Common stock | 20b | | |
| 21 Paid-in or capital surplus (attach reconciliation) | 21 | | |
| 22 Retained earnings | 22 | -664,180. | -499,557. |
| 23 Less cost of treasury stock | 23 | ( ) | ( ) |
| 24 Total liabilities and shareholders' equity | 24 | 9,250,409. | 209,526. |

## Schedule G    Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in any foreign partnership? | | X |
| | If "Yes," see the instructions for required statement. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? | | X |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as separate from their owner under Regulations sections 301.7701-2 and 301.7701-3 or did the foreign corporation own any foreign branches (see instructions)? | | X |
| | If "Yes," you are generally required to attach Form 8858 for each entity or branch (see instructions). | | |
| 4a | During the tax year, did the filer pay or accrue any base erosion payment under section 59A(d) to the foreign corporation or did the filer have a base erosion tax benefit under section 59A(c)(2) with respect to a base erosion payment made or accrued to the foreign corporation (see instructions)? | | X |
| | If "Yes," complete lines 4b and 4c. | | |
| b | Enter the total amount of the base erosion payments . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| c | Enter the total amount of the base erosion tax benefit . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| 5a | During the tax year, did the foreign corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? | | X |
| | If "Yes," complete line 5b. | | |
| b | Enter the total amount of the disallowed deductions (see instructions) . . . . . . . . . . . . . $ _____ | | |

JSA
2X1663 2.000

0001WA    X45R

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)     Page **5**

| **Schedule G** | **Other Information** *(continued)* | | |
|---|---|---|---|
| | | **Yes** | **No** |

| | | Yes | No |
|---|---|---|---|
| **6a** | Is the filer claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," complete lines 6b, 6c, and 6d. See instructions. | | X |
| **b** | Enter the amount of gross receipts derived from all sales of general property to the foreign corporation that the filer included in its computation of foreign-derived deduction eligible income (FDDEI) . . . . . . $ _____ | | |
| **c** | Enter the amount of gross income derived from a license of property to the foreign corporation that the filer included in its computation of FDDEI (see instructions). . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **d** | Enter the amount of gross income derived from services provided to the foreign corporation that the filer included in its computation of FDDEI (see instructions) . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **7** | During the tax year, was the foreign corporation a participant in any cost sharing arrangement?. . . . . . . . . . . If the answer to question 7 is "Yes," complete a separate Schedule G-1 for each cost sharing arrangement in which the foreign corporation was a participant during the tax year. | | X |
| **8** | From April 25, 2014, to December 31, 2017, did the foreign corporation purchase stock or securities of a shareholder of the foreign corporation for use in a triangular reorganization (within the meaning of Regulations section 1.358-6(b)(2))? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **9a** | Did the foreign corporation receive any intangible property in a prior year or the current tax year for which the U.S. transferor is required to report a section 367(d) annual income inclusion for the taxable year?. . . . . . . . . . . If "Yes," go to line 9b. | | X |
| **b** | Enter in functional currency the amount of the earnings and profits reduction pursuant to section 367(d)(2)(B) for the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **10** | During the tax year, was the foreign corporation an expatriated foreign subsidiary under Regulations section 1.7874-12(a)(9)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," see instructions and attach statement. | | X |
| **11** | During the tax year, did the foreign corporation participate in any reportable transaction as defined in Regulations section 1.6011-4?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," attach Form(s) 8886 if required by Regulations section 1.6011-4(c)(3)(i)(G). | | X |
| **12** | During the tax year, did the foreign corporation pay or accrue any foreign tax that was disqualified for credit under section 901(m)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **13** | During the tax year, did the foreign corporation pay or accrue foreign taxes to which section 909 applies, or treat foreign taxes that were previously suspended under section 909 as no longer suspended? . . . . . . . . . . . . | | X |
| **14** | Did you answer "Yes" to any of the questions in the instructions for line 14? . . . . . . . . . . . . . . . . . If "Yes," enter the corresponding code(s) from the instructions and attach statement_____ | | X |
| **15** | Does the foreign corporation have interest expense disallowed under section 163(j) (see instructions)?. . . . . . . If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | X |
| **16** | Does the foreign corporation have previously disallowed interest expense under section 163(j) carried forward to the current tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | X |
| **17a** | Did any extraordinary reduction with respect to a controlling section 245A shareholder occur during the tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 17a is "Yes," was an election made to close the tax year such that no amount is treated as an extraordinary reduction amount or tiered extraordinary reduction amount (see instructions)? . . . . . . . . . | | |
| **18** | Does the reporting corporation have any loan to or from the related party to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **19a** | Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the period including the tax year and the preceding 3 tax years, or, during the period beginning 36 months before the date of the respective distribution or acquisition and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party?. . . . . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 19a is "Yes," provide the following. | | |
| | **(1)** The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| | **(2)** The amount of such related party indebtedness. . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                                              Page **6**

| **Schedule I** | **Summary of Shareholder's Income From Foreign Corporation** (see instructions) |
| --- | --- |

If item H on page 1 is completed, a separate Schedule I must be filed for each Category 4, 5a, or 5b filer for whom reporting is furnished on this Form 5471. This Schedule I is being completed for:

Name of U.S. shareholder   Global Benefits Group Inc                Identifying number   20-3842750

| | | |
| --- | --- | --- |
| **1a** | Section 964(e)(4) subpart F dividend income from the sale of stock of a lower-tier foreign corporation (see instructions) | **1a** |
| **b** | Section 245A(e)(2) subpart F income from hybrid dividends of tiered corporations (see instructions) . . . | **1b** |
| **c** | Subpart F income from tiered extraordinary disposition amounts not eligible for subpart F exception under section 954(c)(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** |
| **d** | Subpart F income from tiered extraordinary reduction amounts not eligible for subpart F exception under section 954(c)(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1d** |
| **e** | Section 954(c) Subpart F Foreign Personal Holding Company Income (enter result from Worksheet A). | **1e** |
| **f** | Section 954(d) Subpart F Foreign Base Company Sales Income (enter result from Worksheet A) . . . . . | **1f** |
| **g** | Section 954(e) Subpart F Foreign Base Company Services Income (enter result from Worksheet A) . . . | **1g** |
| **h** | Other subpart F income (enter result from Worksheet A) . . . . . . . . . . . . . . . . . . . . . | **1h** |
| **2** | Earnings invested in U.S. property (enter the result from Worksheet B) . . . . . . . . . . . . . . . . | **2** |
| **3** | Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** |
| **4** | Factoring income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** |
| | See instructions for reporting amounts on lines 1, 2, and 4 on your income tax return. | |
| **5a** | Section 245A eligible dividends (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **5a** |
| **b** | Extraordinary disposition amounts (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **5b** |
| **c** | Extraordinary reduction amounts (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **5c** |
| **d** | Section 245A(e) dividends (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5d** |
| **e** | Dividends not reported on line 5a, 5b, 5c, or 5d . . . . . . . . . . . . . . . . . . . . . . . . . | **5e** |
| **6** | Exchange gain or (loss) on a distribution of previously taxed earnings and profits . . . . . . . . . . . | **6** |

| | | **Yes** | **No** |
| --- | --- | --- | --- |
| **7a** | Was any income of the foreign corporation blocked? . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **b** | Did any such income become unblocked during the tax year (see section 964(b))? . . . . . . . . . . . . . . . . . | | |

If the answer to either question is "Yes," attach an explanation.

**8a** Did this U.S. shareholder have an extraordinary disposition (ED) account with respect to the foreign corporation at any time during the tax year (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**b** If the answer to question 8a is "Yes," enter the U.S. shareholder's ED account balance at the beginning of the CFC year
$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances.

**c** Enter the CFC's aggregate ED account balance with respect to all U.S. shareholders at the beginning of the CFC year
$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances.

**9** Enter the sum of the hybrid deduction accounts with respect to stock of the foreign corporation (see instructions) $ _____

Form **5471** (Rev. 12-2022)

# SCHEDULE E
## (Form 5471)
(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

## Income, War Profits, and Excess Profits Taxes Paid or Accrued

► **Attach to Form 5471.**

► **Go to www.irs.gov/Form5471 for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEX | | 00002 |

**a** Separate Category (Enter code - see instructions.). . . . . . . . . . . . . . . . . . . . . . . . . . ► GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) ► . . . . . . . . . . . . . . .

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . . . ►

## Part I   Taxes for Which a Foreign Tax Credit Is Allowed

### Section 1 - Taxes Paid or Accrued Directly by Foreign Corporation

| | (a)<br>Name of Payor Entity | (b)<br>EIN or Reference ID Number of Payor Entity | (c)<br>Unsuspended Taxes | (d)<br>Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (e)<br>Foreign Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) | (f)<br>U.S. Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) |
|---|---|---|---|---|---|---|
| 1 | GBG Elite Medical Services, S.A. de C.V. (Mex | 00002 | | MX | 2022/01/01 | 2022/12/31 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |

| | (g)<br>Income Subject to Tax in the Foreign Jurisdiction (see instructions) | (h)<br>If taxes are paid on U.S. source income, check box | (i)<br>Local Currency in Which Tax Is Payable (enter code - see instructions) | (j)<br>Tax Paid or Accrued (in local currency in which the tax is payable) | (k)<br>Conversion Rate to U.S. Dollars | (l)<br>In U.S. Dollars (divide column (j) by column (k)) | (m)<br>In Functional Currency of Foreign Corporation |
|---|---|---|---|---|---|---|---|
| 1 | 343,581. | | MXN | 3,573,767. | 19.9698500 | 178,958. | 3,573,767. |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |

**5** Total (combine lines 1 through 4 of column (l)). Also report amount on Schedule E-1, line 4 . . . . . . . . . . . . . ► 178,958.

**6** Total (combine lines 1 through 4 of column (m)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► 3,573,767.

### Section 2 - Taxes Deemed Paid by Foreign Corporation

| | (a)<br>Name of Lower-Tier Distributing Foreign Corporation | (b)<br>EIN or Reference ID Number of Lower-Tier Distributing Foreign Corporation | (c)<br>Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (d)<br>PTEP Group (enter code) | (e)<br>Annual PTEP Account (enter year) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |

| | (f)<br>PTEP Distributed (enter amount in functional currency) | (g)<br>Total Amount of PTEP in the PTEP Group (in functional currency) | (h)<br>Total Amount of the PTEP Group Taxes With Respect to PTEP Group (USD) | (i)<br>Foreign Income Taxes Properly Attributable to PTEP and not Previously Deemed Paid ((column (f)/column (g)) x column (h)) (USD) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**5** Total (combine lines 1 through 4 of column (i)). Also report amount on Schedule E-1, line 6 . . . . . . . . . . . . . . . . ►

**For Paperwork Reduction Act Notice, see instructions.**

JSA
2X1666 2.000

0001W4   X45R

Schedule E (Form 5471) (Rev. 12-2021)

Schedule E (Form 5471) (Rev. 12-2021)                                                                                   Page **2**

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEX | | 00002 |

**a** Separate Category (Enter code-see instructions.) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶   GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) · · · · · · · ▶ _____

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) · · · · · ▶ _____

### Part II    Election

For tax years beginning after December 31, 2004, has an election been made under section 986(a)(1)(D) to translate taxes using the exchange rate on the date of payment?

☐ Yes   ☒ No   If "Yes," state date of election ▶

### Part III    Taxes for Which a Foreign Tax Credit Is Disallowed (Enter in functional currency of foreign corporation.)

| | (a) Name of Payor Entity | (b) EIN or Reference ID Number of Payor Entity | (c) Section 901(j) | (d) Section 901(k) and (l) | (e) Section 901(m) | (f) U.S. Taxes | (g) Suspended Taxes | (h) Other | (i) Total |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **2** | | | | | | | | | |
| **3** | In functional currency (combine lines 1 and 2) · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ | | | | | | | | |
| **4** | In U.S. dollars (translated at the average exchange rate, as defined in section 989(b)(3) and related regulations (see instructions)) · · · · · · · · · · · · · ▶ | | | | | | | | |

### Schedule E-1    Taxes Paid, Accrued, or Deemed Paid on Earnings and Profits (E&P) of Foreign Corporation

|   | IMPORTANT: *Enter amounts in U.S. dollars.* | (a) Subpart F Income | (b) Tested Income | (c) Residual Income | (d) Suspended Taxes |
|---|---|---|---|---|---|
| **1a** | Balance at beginning of year (as reported in prior year Schedule E-1) · · · · · · · · · · | -0- | -0- | -0- | |
| **b** | Beginning balance adjustments (attach statement) · | | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) · · · · · · · · · · · · · · · · | | | | |
| **2** | Adjustment for foreign tax redetermination · · · · · · · · · · · · · · · · · · · · | | | | |
| **3a** | Taxes unsuspended under anti-splitter rules · · · · · · · · · · · · · · · · · · · | | | | |
| **b** | Taxes suspended under anti-splitter rules · · · · · · · · · · · · · · · · · · · · | | | | |
| **4** | Taxes reported on Schedule E, Part I, Section 1, line 5, column (l) · · · · · · · · · | | 178,958. | | |
| **5** | Taxes carried over in nonrecognition transactions · · · · · · · · · · · · · · · · · | | | | |
| **6** | Taxes reported on Schedule E, Part I, Section 2, line 5, column (i) · · · · · · · · · | | | | |
| **7** | Other adjustments (attach statement) · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| **8** | Taxes paid or accrued on current income/E&P or accumulated E&P (combine lines 1c through 7) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | 178,958. | | |
| **9** | Taxes deemed paid with respect to inclusions  (see instructions) · · · · · · · · · · | | | | |
| **10** | Taxes deemed paid with respect to actual distributions · · · · · · · · · · · · · · · | | | | |
| **11** | Taxes on amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P · | | | | |
| **12** | Other (attach statement) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| **13** | Balance of taxes paid or accrued (combine lines 8 through 12 in columns (a), (b), and (c)) | | 178,958. | | |
| **14** | Reserved for future use · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| **15** | Reduction for other taxes not deemed paid · · · · · · · · · · · · · · · · · · · · | | | | |
| **16** | Balance of taxes paid or accrued at the beginning of the next year. Line 16, columns (a), (b), and (c) must always equal zero. So, if necessary, enter negative amounts on line 15 of columns (a), (b), and (c) in amounts sufficient to reduce line 13, columns (a), (b), and (c) to zero. For the remaining columns, combine lines 8 through 12 · · · · · · · · · · · · · · · · | -0- | -0- | -0- | |

JSA
2X1667 2.000

Schedule E (Form 5471) (Rev. 12-2021)

Schedule E (Form 5471) (Rev. 12-2021)          **Page 3**

| Name of foreign corporation | EIN (if any) | **Reference ID number** (see instructions) |
|---|---|---|
| GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEX | | 00002 |

**a**   Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶   GEN

**b**   If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . ▶ _____

**c**   If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . . . ▶ _____

**Schedule E-1**   **Taxes Paid, Accrued, or Deemed Paid on Accumulated Earnings and Profits (E&P) of Foreign Corporation** *(continued)*

**(e) Taxes related to previously taxed E&P** (see instructions)

| | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP | (iii) General section 959(c)(1) PTEP | (iv) Reclassified section 951A PTEP | (v) Reclassified section 245A(d) PTEP | (vi) Section 965(a) PTEP | (vii) Section 965(b) PTEP | (viii) Section 951A PTEP | (ix) Section 245A(d) PTEP | (x) Section 951(a)(1)(A) PTEP |
|---|---|---|---|---|---|---|---|---|---|---|
| **1a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **c** | | | | | | | | | | |
| **2** | | | | | | | | | | |
| **3a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **4** | | | | | | | | | | |
| **5** | | | | | | | | | | |
| **6** | | | | | | | | | | |
| **7** | | | | | | | | | | |
| **8** | | | | | | | | | | |
| **9** | | | | | | | | | | |
| **10** | | | | | | | | | | |
| **11** | | | | | | | | | | |
| **12** | | | | | | | | | | |
| **13** | | | | | | | | | | |
| **14** | | | | | | | | | | |
| **15** | | | | | | | | | | |
| **16** | | | | | | | | | | |

**Schedule E (Form 5471) (Rev. 12-2021)**

JSA

2X1678 2.000

**SCHEDULE H**
**(Form 5471)**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

# Current Earnings and Profits

▶ **Attach to Form 5471.**
▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEX | | 00002 |

**IMPORTANT:** *Enter the amounts on lines 1 through 5c in* **functional** *currency.*

| | | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|---|
| **1** | Current year net income or (loss) per foreign books of account . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | | | | 3,287,489. |
| **2** | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | | |
| **a** | Capital gains or losses . . . . . . . . . . . . . . . . | **2a** | | | | |
| **b** | Depreciation and amortization . . . . . . . . . . . | **2b** | | | | |
| **c** | Depletion . . . . . . . . . . . . . . . . . . . . | **2c** | | | | |
| **d** | Investment or incentive allowance . . . . . . . . . . | **2d** | | | | |
| **e** | Charges to statutory reserves . . . . . . . . . . . | **2e** | | | | |
| **f** | Inventory adjustments . . . . . . . . . . . . . . | **2f** | | | | |
| **g** | Income taxes (see Schedule E, Part I, Section 1, line 6, column (m), and Part III, line 3, column (i)) . . . . . . . | **2g** | 3,573,767. | | | |
| **h** | Foreign currency gains or losses . . . . . . . . . . . | **2h** | | | | |
| **i** | Other (attach statement) . . . . . . . . . . . . . . | **2i** | | | | |
| **3** | Total net additions . . . . . . . . . . . . . . . . . | **3** | 3,573,767. | | | |
| **4** | Total net subtractions . . . . . . . . . . . . . . . . | **4** | | | | |
| **5a** | Current earnings and profits (line 1 plus line 3 minus line 4) . . . | | | | **5a** | 6,861,256. |
| **b** | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . . . . . . . . . | | | | **5b** | |
| **c** | Combine lines 5a and 5b and enter the result on line 5c. Then enter on lines 5c(i), 5c(ii), and 5c(iii)(A) through 5c(iii)(D) the portion of the line 5c amount with respect to the categories of income shown on those lines . . . . . . . . . . . . . . . . . . . . . . . . | | | | **5c** | 6,861,256. |
| **(i)** | General category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . | **5c(i)** | | | | |
| **(ii)** | Passive category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . | **5c(ii)** | | | | |
| **(iii)** | Section 901(j) category: | | | | | |
| **(A)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(A) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . | **5c(iii)(A)** | | | | |
| **(B)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(B) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . | **5c(iii)(B)** | | | | |
| **(C)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(C) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . | **5c(iii)(C)** | | | | |
| **(D)** | Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(D) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . | **5c(iii)(D)** | | | | |
| **d** | Current earnings and profits in U.S. dollars (line 5c translated at the average exchange rate, as defined in section 989(b)(3) and the related regulations (see instructions)) . . . . . . . . . . . . . . . . . . . . | | | | **5d** | 352,279. |
| **e** | Enter exchange rate used for line 5d . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 19.4767890 | | | | |

**For Paperwork Reduction Act Notice, see instructions.**

**Schedule H (Form 5471) (Rev. 12-2021)**

JSA
2X1668 2.000

0001WA   X45R

**SCHEDULE I-1**
**(Form 5471)**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

# Information for Global Intangible Low-Taxed Income

OMB No. 1545-0123

▶ **Attach to Form 5471.**
▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEX | | 00002 |

Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

| | | | Functional Currency | Conversion Rate | U.S. Dollars |
|---|---|---|---|---|---|
| **1** | Gross income (see instructions if cost of goods sold exceed gross receipts) . . . . . . . . . . . . . . . | **1** | 18,134,752. | | |
| **2** | Exclusions (see instructions if cost of goods sold exceed gross receipts) | | | | |
| **a** | Effectively connected income . . . . . . | **2a** | | | |
| **b** | Subpart F income . . . . . . . . . . . | **2b** | | | |
| **c** | High-tax exception income per section 954(b)(4) . . . . . . . . . . . . . . . | **2c** | | | |
| **d** | Related party dividends . . . . . . . . | **2d** | | | |
| **e** | Foreign oil and gas extraction income . . | **2e** | | | |
| **3** | Total exclusions (combine lines 2a through 2e) . . . . . . . . . | **3** | | | |
| **4** | Gross income less total exclusions (line 1 minus line 3) (see instructions) . . . . . . . . . . . . . . . | **4** | 18,134,752. | | |
| **5** | Deductions properly allocable to amount on line 4 . . . . . . . . | **5** | 14,847,263. | | |
| **6** | Tested income (loss) (line 4 minus line 5) (see instructions) . . . . . . | **6** | 3,287,489. | 19.9698500 | 164,623. |
| **7** | Tested foreign income taxes . . . . . . . . . . . . . . . | **7** | | 19.9698500 | |
| **8** | Qualified business asset investment (QBAI) . . . . . . . . . . . . | **8** | | 19.9698500 | |
| **9a** | Interest expense included on line 5 . . . | **9a** | | | |
| **b** | Qualified interest expense . . . . . . . | **9b** | | | |
| **c** | Tested loss QBAI amount . . . . . . . | **9c** | | | |
| **d** | Tested interest expense (line 9a minus the sum of line 9b and line 9c). If zero or less, enter -0- | **9d** | | 19.9698500 | |
| **10a** | Interest income included in line 4 . . . . | **10a** | | | |
| **b** | Qualified interest income . . . . . . . | **10b** | | | |
| **c** | Tested interest income (line 10a minus line 10b). If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . | **10c** | | 19.9698500 | |

For Paperwork Reduction Act Notice, see instructions.

**Schedule I-1 (Form 5471) (Rev. 12-2021)**

JSA
2X1672 2.000

0001WA   X45R

**SCHEDULE J**
**(Form 5471)**
(Rev. December 2020)
Department of the Treasury
Internal Revenue Service

# Accumulated Earnings & Profits (E&P) of Controlled Foreign Corporation

▶ **Attach to Form 5471.**

▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEX | | 00002 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN
**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . ▶

**Part I**  **Accumulated E&P of Controlled Foreign Corporation**

☐ Check the box if person filing return does not have all U.S. shareholders' information to complete an amount in column (e) (see instructions).

**Important:** Enter amounts in functional currency.

| | | (a) Post-2017 E&P Not Previously Taxed (post-2017 section 959(c)(3) balance) | (b) Post-1986 Undistributed Earnings (post-1986 and pre-2018 section 959(c)(3) balance) | (c) Pre-1987 E&P Not Previously Taxed (pre-1987 section 959(c)(3) balance) | (d) Hovering Deficit and Deduction for Suspended Taxes | (e) Previously Taxed E&P (see instructions) | |
|---|---|---|---|---|---|---|---|
| | | | | | | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP |
| **1a** | Balance at beginning of year (as reported on prior year Schedule J) . . . . . . . . . . . . . . . . . . | −7,024,322. | | | | | |
| **b** | Beginning balance adjustments (attach statement) . . . | | | | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) | −7,024,322. | | | | | |
| **2a** | Reduction for taxes unsuspended under anti-splitter rules | | | | | | |
| **b** | Disallowed deduction for taxes suspended under anti-splitter rules . . . . . . . . . . . . . . . . . . | | | | | | |
| **3** | Current year E&P (or deficit in E&P) (enter amount from applicable line 5c of Schedule H) . . . . . . . . | 6,861,256. | | | | | |
| **4** | E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . | | | | | | |
| **5a** | E&P carried over in nonrecognition transaction . . . . | | | | | | |
| **b** | Reclassify deficit in E&P as hovering deficit after nonrecognition transaction . . . . . . . . . . . . . . | | | | | | |
| **6** | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| **7** | Total current and accumulated E&P (combine lines 1c through 6) . . . . . . . . . . . . . . . . . . . . | −163,066. | | | | | |
| **8** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . . | | | | | | |
| **9** | Actual distributions . . . . . . . . . . . . . . . . . | | | | | | |
| **10** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . . | | | | | | |
| **11** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) | | | | | | |
| **12** | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| **13** | Hovering deficit offset of undistributed post-transaction E&P (see instructions) . . . . . . . . . . . | | | | | | |
| **14** | Balance at beginning of next year (combine lines 7 through 13) | −163,066. | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**

Schedule J (Form 5471) (Rev. 12-2020)

JSA
2X1665 2.000
   0001W4   X45R

Schedule J (Form 5471) (Rev. 12-2020) | | Page **2**

**Part I** **Accumulated E&P of Controlled Foreign Corporation** *(continued)*

| | (e) Previously Taxed E&P (see instructions) | | | | |
|---|---|---|---|---|---|
| | *(iii)* General section 959(c)(1) PTEP | *(iv)* Reclassified section 951A PTEP | *(v)* Reclassified section 245A(d) PTEP | *(vi)* Section 965(a) PTEP | *(vii)* Section 965(b) PTEP |
| 1a | | | | | |
| b | | | | | |
| c | | | | | |
| 2a | | | | | |
| b | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5a | | | | | |
| b | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |

| | (e) Previously Taxed E&P (see instructions) | | | (f) Total Section 964(a) E&P (combine columns (a), (b), (c), and (e)(i) through (e)(x)) |
|---|---|---|---|---|
| | *(viii)* Section 951A PTEP | *(ix)* Section 245A(d) PTEP | *(x)* Section 951(a)(1)(A) PTEP | |
| 1a | | | | −7,024,322. |
| b | | | | |
| c | | | | −7,024,322. |
| 2a | | | | |
| b | | | | |
| 3 | | | | 6,861,256. |
| 4 | | | | |
| 5a | | | | |
| b | | | | |
| 6 | | | | |
| 7 | | | | −163,066. |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | −163,066. |

JSA
2X1671 2.000

Schedule J (Form 5471) (Rev. 12-2020)

Page **3**

| **Part II** | **Nonpreviously Taxed E&P Subject to Recapture as Subpart F Income (section 952(c)(2))** | | |
|---|---|---|---|

**Important:** Enter amounts in functional currency.

| | | | |
|---|---|---|---|
| **1** | Balance at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **1** | |
| **2** | Additions (amounts subject to future recapture) . . . . . . . . . . . . . . . . . . . . . . . ▶ | **2** | |
| **3** | Subtractions (amounts recaptured in current year) . . . . . . . . . . . . . . . . . . . . . . ▶ | **3** | |
| **4** | Balance at end of year (combine lines 1 through 3) . . . . . . . . . . . . . . . . . . . . . . ▶ | **4** | |

**Schedule J (Form 5471) (Rev. 12-2020)**

JSA
2X1677 2.000

| SCHEDULE M | **Transactions Between Controlled Foreign Corporation** | |
|---|---|---|
| **(Form 5471)** | **and Shareholders or Other Related Persons** | |
| (Rev. December 2021) | | OMB No. 1545-0123 |
| Department of the Treasury | ▶ **Attach to Form 5471.** | |
| Internal Revenue Service | ▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.** | |

| Name of person filing Form 5471 | | Identifying number |
|---|---|---|
| Global Benefits Group Inc | | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEX | | 00002 |

**Important:** *Complete a* **separate** *Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See instructions.*

Enter the relevant functional currency and the exchange rate used throughout this schedule ▶     PESO

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) | | | | | |
| 2 Sales of tangible property other than stock in trade . . . . . . | | | | | |
| 3 Sales of property rights (patents, trademarks, etc.) . . . . . . . | | | | | |
| 4 Platform contribution transaction payments received | | | | | |
| 5 Cost sharing transaction payments received . . . . . . . | | | | | |
| 6 Compensation received for technical, managerial, engineering, construction, or like services . . | | | | | |
| 7 Commissions received . . . . . | −820,265. | | | | |
| 8 Rents, royalties, and license fees received | | | | | |
| 9 Hybrid dividends received (see instructions) | | | | | |
| 10 Dividends received (exclude hybrid dividends, deemed distributions under subpart F, and distributions of previously taxed income) . . . . | | | | | |
| 11 Interest received . . . . . . . . | | | | | |
| 12 Premiums received for insurance or reinsurance . . . . . . . . | | | | | |
| 13 Loan guarantee fees received . | | | | | |
| 14 Other amounts received (attach statement) | | | | | |
| 15 Add lines 1 through 14 . . . . | −820,265. | | | | |
| 16 Purchases of stock in trade (inventory) | | | | | |
| 17 Purchases of tangible property other than stock in trade . . . | | | | | |
| 18 Purchases of property rights (patents, trademarks, etc.) . . . | | | | | |
| 19 Platform contribution transaction payments paid . . . . . . . | | | | | |
| 20 Cost sharing transaction payments paid . | | | | | |
| 21 Compensation paid for technical, managerial, engineering, construction, or like services . . | | | | | |
| 22 Commissions paid . . . . . . | | | | | |
| 23 Rents, royalties, and license fees paid | | | | | |
| 24 Hybrid dividends paid (see instructions) | | | | | |
| 25 Dividends paid (exclude hybrid dividends paid) . . . . . . . | | | | | |
| 26 Interest paid . . . . . . . . . | | | | | |
| 27 Premiums paid for insurance or reinsurance | | | | | |
| 28 Loan guarantee fees paid . . . | | | | | |
| 29 Other amounts paid (attach statement) . | | | | | |
| 30 Add lines 16 through 29 . . . . | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**      **Schedule M (Form 5471)** (Rev. 12-2021)

JSA
2X1664 2.000

**Schedule M (Form 5471)** (Rev. 12-2021)                                                                                                              Page **2**

Name of person filing Form 5471

Identifying number

| **(a)** Transactions of foreign corporation | **(b)** U.S. person filing this return | **(c)** Any domestic corporation or partnership controlled by U.S. person filing this return | **(d)** Any other foreign corporation or partnership controlled by U.S. person filing this return | **(e)** 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | **(f)** 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| **31** Accounts Payable . . . . . . . | | | | | |
| **32** Amounts borrowed (enter the maximum loan balance during the year) - see instructions . . . . . . . . . . . | | | | | |
| **33** Accounts Receivable . . . . . | | | 273,741. | | |
| **34** Amounts loaned (enter the maximum loan balance during the year) - see instructions | | | | | |

**Schedule M (Form 5471)** (Rev. 12-2021)

**SCHEDULE P**
**(Form 5471)**

(Rev. December 2020)

Department of the Treasury
Internal Revenue Service

# Previously Taxed Earnings and Profits of U.S. Shareholder
## of Certain Foreign Corporations

► **Attach to Form 5471.**
► **Go to www.irs.gov/Form5471 for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of U.S. shareholder | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEX | | 00002 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . ► GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . . . ►

**Part I**  **Previously Taxed E&P in Functional Currency** (see instructions)

| | | (a) Reclassified section 965(a) PTEP | (b) Reclassified section 965(b) PTEP | (c) General section 959(c)(1) PTEP |
|---|---|---|---|---|
| 1a | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| b | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . | | | |
| 2 | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . | | | |
| 3 | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation | | | |
| 4 | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . . | | | |
| 5 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 6 | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . | | | |
| 7 | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . | | | |
| 8 | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . | | | |
| 9 | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . | | | |
| 10 | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . | | | |
| 11 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 12 | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . . . . | | | |

**For Paperwork Reduction Act Notice, see instructions.**

**Schedule P (Form 5471) (Rev. 12-2020)**

JSA  2X1673 2.000

0001W4   X45R

Page **2**

| **Part I** | **Previously Taxed E&P in Functional Currency** (see instructions) *(continued)* | | | | | | |

| | **(d)** Reclassified section 951A PTEP | **(e)** Reclassified section 245A(d) PTEP | **(f)** Section 965(a) PTEP | **(g)** Section 965(b) PTEP | **(h)** Section 951A PTEP | **(i)** Section 245A(d) PTEP | **(j)** Section 951(a)(1)(A) PTEP | **(k)** Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

| **Part II** | **Previously Taxed E&P in U.S. Dollars** | | | |
|---|---|---|---|---|
| | | **(a)** Reclassified section 965(a) PTEP | **(b)** Reclassified section 965(b) PTEP | **(c)** General section 959(c)(1) PTEP |
| **1 a** | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **b** | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **2** | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . . . . . | | | |
| **3** | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **4** | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . . . . . . . | | | |
| **5** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **6** | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . . . . . . | | | |
| **7** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . | | | |
| **8** | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **9** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . | | | |
| **10** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **11** | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **12** | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . . . . . . | | | |

Schedule P (Form 5471) (Rev. 12-2020)                                                                                                    Page **4**

**Part II**   **Previously Taxed E&P in U.S. Dollars** *(continued)*

| | (d) Reclassified section 951A PTEP | (e) Reclassified section 245A(d) PTEP | (f) Section 965(a) PTEP | (g) Section 965(b) PTEP | (h) Section 951A PTEP | (i) Section 245A(d) PTEP | (j) Section 951(a)(1)(A) PTEP | (k) Total |
|---|---|---|---|---|---|---|---|---|
| **1a** | | | | | | | | |
| **b** | | | | | | | | |
| **c** | | | | | | | | |
| **2** | | | | | | | | |
| **3** | | | | | | | | |
| **4** | | | | | | | | |
| **5** | | | | | | | | |
| **6** | | | | | | | | |
| **7** | | | | | | | | |
| **8** | | | | | | | | |
| **9** | | | | | | | | |
| **10** | | | | | | | | |
| **11** | | | | | | | | |
| **12** | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

JSA

2X1676 2.000

**SCHEDULE Q**
**(Form 5471)**
(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

# CFC Income by CFC Income Groups

**Attach to Form 5471.**

**Go to *www.irs.gov/Form5471* for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEX | | 00002 |

Complete a separate Schedule Q with respect to each applicable category of income (see instructions).

**A**  Enter separate category code with respect to which this Schedule Q is being completed (see instructions for codes) . . . . . . . . . . . . . .  GEN

**B**  If category code "PAS" is entered on line A, enter the applicable grouping code (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . _____

**C**  If code "901j" is entered on line A, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . _____

Complete a separate Schedule Q for U.S. source income and foreign source income (see instructions for an exception).

**D**  Indicate whether this Schedule Q is being completed for:  ☐ U.S. source income or  ☒ Foreign source income

Complete a separate Schedule Q for FOGEI or FORI income.

**E**  If this Schedule Q is being completed for FOGEI or FORI income, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| *Enter amounts in functional currency of the foreign corporation (unless otherwise noted).* | (i) Country Code | (ii) Gross Income | (iii) Definitely Related Expenses | (iv) Related Person Interest Expense | (v) Other Interest Expense | (vi) Research & Experimental Expenses | (vii) Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1**  Subpart F Income Groups | | | | | | | |
| **a**  Dividends, Interest, Rents, Royalties, & Annuities (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **b**  Net Gain From Certain Property Transactions (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **c**  Net Gain From Commodities Transactions (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **d**  Net Foreign Currency Gain (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **e**  Income Equivalent to Interest (Total) | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **f**  Other . . . . . . . . . . . . . . . . . | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |
| **g**  Foreign Base Company Sales Income (Total) . . . . . . . . . . . . . | | | | | | | |
| **(1)**  Unit name: _____ | | | | | | | |
| **(2)**  Unit name: _____ | | | | | | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                                    Page **2**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **a** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **b** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **c** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **d** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **e** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **f** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| **g** | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

**Schedule Q (Form 5471) (Rev. 12-2022)**

JSA

2X1651 4.000

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)  Page **3**

| Enter amounts in functional currency of the foreign corporation (unless otherwise noted). | (i) Country Code | (ii) Gross Income | (iii) Definitely Related Expenses | (iv) Related Person Interest Expense | (v) Other Interest Expense | (vi) Research & Experimental Expenses | (vii) Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1** Subpart F Income Groups | | | | | | | |
| **h** Foreign Base Company Services Income (Total) . . . . . . . . . . . . . | | | | | | | |
|   **(1)** Unit name: _____ | | | | | | | |
|   **(2)** Unit name: _____ | | | | | | | |
| **i** Full Inclusion Foreign Base Company Income (Total) . . . . . . . . . . . . | | | | | | | |
|   **(1)** Unit name: _____ | | | | | | | |
|   **(2)** Unit name: _____ | | | | | | | |
| **j** Insurance Income (Total) . . . . . . . | | | | | | | |
|   **(1)** Unit name: _____ | | | | | | | |
|   **(2)** Unit name: _____ | | | | | | | |
| **k** International Boycott Income . . . . . | | | | | | | |
| **l** Bribes, Kickbacks, and Other Payments . . . . . . . . . . . . . . . | | | | | | | |
| **m** Section 901(j) income . . . . . . . . | | | | | | | |
| **2** Recaptured Subpart F Income . . . . | | | | | | | |
| **3** Tested Income Group (Total) . . . . . | | 18,134,752. | | | | | 14,847,263. |
|   **(1)** Unit name: Tested Income | MX | 18,134,752. | | | | | 14,847,263. |
|   **(2)** Unit name: _____ | | | | | | | |
| **4** Residual Income Group (Total) . . . . | | | | | | | |
|   **(1)** Unit name: _____ | | | | | | | |
|   **(2)** Unit name: _____ | | | | | | | |
| **5** Total . . . . . . . . . . . . . . . . . | | 18,134,752. | | | | | 14,847,263. |

**Important:** See *Computer-Generated Schedule Q* in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1652 3.000

0001W4    X45R

Schedule Q (Form 5471) (Rev. 12-2022)                                                                                                                    Page **4**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **h** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **i** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **j** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | | | |
| **k** | | | | | | | | | |
| **l** | | | | | | | | | |
| **m** | | | | | | | | | |
| **2** | | | | | | | | | |
| **3** | | | | 3,287,489. | | | | | 3,287,489. |
| **(1)** | | | | 3,287,489. | | | ☐ | | 3,287,489. |
| **(2)** | | | | | | | | | |
| **4** | | | | | | | | | |
| **(1)** | | | | | | | | | |
| **(2)** | | | | | | | | | |
| **5** | | | | 3,287,489. | | | | | 3,287,489. |

**Important:** See *Computer-Generated Schedule Q* in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1653 4.000
0001W4    X45R

**SCHEDULE R
(Form 5471)**

(December 2020)

Department of the Treasury
Internal Revenue Service

# Distributions From a Foreign Corporation

▶ Attach to Form 5471.

▶ Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | | Identifying number |
|---|---|---|
| Global Benefits Group Inc | | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEX | | 00002 |

| | **(a) Description of distribution** | **(b) Date of distribution** | **(c) Amount of distribution in foreign corporation's functional currency** | **(d) Amount of E&P distribution in foreign corporation's functional currency** |
|---|---|---|---|---|
| 1 | No Distributions | 12/31/2022 | NONE | NONE |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |

**For Paperwork Reduction Act Notice, see instructions.**

JSA  2X1654 2.000

**Schedule R (Form 5471) (12-2020)**

0001WA    X45R

Form **5471**

(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

# Information Return of U.S. Persons With Respect to Certain Foreign Corporations

**Go to www.irs.gov/Form5471 for instructions and the latest information.**

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01/2022 , and ending 12/31/2022

OMB No. 1545-0123

Attachment Sequence No. **121**

Name of person filing this return
Global Benefits Group Inc

**A** Identifying number
20-3842750

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)
27051 Towne Centre Drive, #210

**B** Category of filer (See instructions. Check applicable box(es).):
1a [X] 1b [ ] 1c [ ] 2 [ ] 3 [ ] 4 [X] 5a [X] 5b [ ] 5c [ ]

City or town, state, and ZIP code
FOOTHILL RANCH, CA 92610

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period _____ %

Filer's tax year beginning 01/01/2022 , and ending 12/31/2022

**D** Check box if this is a final Form 5471 for the foreign corporation . . . . . . . . . . . . . . . . . . [ ]

**E** Check if any excepted specified foreign financial assets are reported on this form (see instructions) . . . . . . . [ ]

**F** Check the box if this Form 5471 has been completed using "Alternative Information" under Rev. Proc. 2019-40 . . . . . [ ]

**G** If the box on line F is checked, enter the corresponding code for "Alternative Information" (see instructions) . . . . . . . . . . . . . . . _____

**H** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| GLOBAL BENEFITS GROUP, INC | 27422 PORTOLA PARKWAY STE 110, FOOTHILL RANCH C | 20-3842750 | X | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information **must** be in English. All amounts **must** be stated in U.S. dollars unless otherwise indicated.*

**1a** Name and address of foreign corporation
GBG PREMIER, S.A.DE.C.V (MEXICO)
Bosque de Ciruelos 180 PP 101 Bosques de las Lomas
Mexico City, Miguel Hidalgo 11700 MX

**b(1)** Employer identification number, if any

**b(2)** Reference ID number (see instructions)
00003

**c** Country under whose laws incorporated
MX

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency code |
|---|---|---|---|---|
| 01/18/2018 | MX | 542410 | Brokering & Management | MXN |

**2** Provide the following information for the foreign corporation's accounting period stated above.

**a** Name, address, and identifying number of branch office or agent (if any) in the United States

**b** If a U.S. income tax return was filed, enter:

| | (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
|---|---|---|
| | | |

**c** Name and address of foreign corporation's statutory or resident agent in country of incorporation

**d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different

## Schedule A   Stock of the Foreign Corporation

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 200,000. | 200,000. |
| | | |
| | | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **5471** (Rev. 12-2022)

JSA
2X1660 2.000

0001WA  X45R

Form 5471 (Rev. 12-2022)                                                                                                    Page **2**

| **Schedule B** | **Shareholders of Foreign Corporation** |
|---|---|

| **Part I** | **U.S. Shareholders of Foreign Corporation** (see instructions) |
|---|---|

| **(a)** Name, address, and identifying number of shareholder | **(b)** Description of each class of stock held by shareholder. **Note:** This description should match the corresponding description entered in Schedule A, column (a). | **(c)** Number of shares held at beginning of annual accounting period | **(d)** Number of shares held at end of annual accounting period | **(e)** Pro rata share of subpart F income (enter as a percentage) |
|---|---|---|---|---|
| GLOBAL BENEFITS GROUP, INC | COMMON STOCK | 100. | 100. | |
| 27422 PORTOLA PARKWAY STE 110 | | | | |
| FOOTHILL RANCH, CA 92610 | | | | |
| 20-3842750 | | | | 100.000000000000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| **Part II** | **Direct Shareholders of Foreign Corporation** (see instructions) |
|---|---|

| **(a)** Name, address, and identifying number of shareholder. Also, include country of incorporation or formation, if applicable. | **(b)** Description of each class of stock held by shareholder. **Note:** This description should match the corresponding description entered in Schedule A, column (a). | **(c)** Number of shares held at beginning of annual accounting period | **(d)** Number of shares held at end of annual accounting period |
|---|---|---|---|
| GLOBAL BENEFITS GROUP INC | COMMON STOCK | 100. | 100. |
| 27422 PORTOLA PARKWAY STE 110 | | | |
| FOOTHILL RANCH, CA 92610 | | | |
| 20-3842750          US | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Form **5471** (Rev. 12-2022)

JSA
2X1661 2.000

0001WA    X45R

Form 5471 (Rev. 12-2022)                                                                                                   Page **3**

**Schedule C**   **Income Statement**  (see instructions)

**Important:** *Report all information in functional currency in accordance with U.S. generally accepted accounting principles (GAAP). Also, report each amount in U.S. dollars translated from functional currency (using GAAP translation rules). However, if the functional currency is the U.S. dollar, complete only the U.S. Dollars column. See instructions for special rules for dollar approximate separate transactions method (DASTM) corporations.*

| | | | | Functional Currency | U.S. Dollars |
|---|---|---|---|---|---|
| **Income** | **1a** | Gross receipts or sales . . . . . . . . . . . . . . . . . . . | **1a** | 10,271,863. | 514,367. |
| | **b** | Returns and allowances . . . . . . . . . . . . . . . . . . . | **1b** | | |
| | **c** | Subtract line 1b from line 1a . . . . . . . . . . . . . . . . | **1c** | 10,271,863. | 514,367. |
| | **2** | Cost of goods sold . . . . . . . . . . . . . . . . . . . . | **2** | | |
| | **3** | Gross profit (subtract line 2 from line 1c) . . . . . . . . . . | **3** | 10,271,863. | 514,367. |
| | **4** | Dividends . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | |
| | **5** | Interest . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | | |
| | **6a** | Gross rents . . . . . . . . . . . . . . . . . . . . . . . | **6a** | | |
| | **b** | Gross royalties and license fees . . . . . . . . . . . . . . | **6b** | | |
| | **7** | Net gain or (loss) on sale of capital assets . . . . . . . . . | **7** | | |
| | **8a** | Foreign currency transaction gain or loss - unrealized . . . . . . . | **8a** | | |
| | **b** | Foreign currency transaction gain or loss - realized . . . . . . . | **8b** | 182,414. | 9,134. |
| | **9** | Other income (attach statement) . . . . . . . . . . . . . . | **9** | | |
| | **10** | Total income (add lines 3 through 9) . . . . . . . . . . . . | **10** | 10,454,277. | 523,501. |
| **Deductions** | **11** | Compensation not deducted elsewhere . . . . . . . . . . . | **11** | | |
| | **12a** | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . | **12a** | | |
| | **b** | Royalties and license fees . . . . . . . . . . . . . . . . . | **12b** | | |
| | **13** | Interest . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | | |
| | **14** | Depreciation not deducted elsewhere . . . . . . . . . . . . | **14** | | |
| | **15** | Depletion . . . . . . . . . . . . . . . . . . . . . . . . | **15** | | |
| | **16** | Taxes (exclude income tax expense (benefit)) . . . . . . . . . | **16** | | |
| | **17** | Other deductions (attach statement - exclude income tax expense (benefit)) . . . . . . . . . . . . . . . See Statement 49 | **17** | 249,107. | 12,475. |
| | **18** | Total deductions (add lines 11 through 17) . . . . . . . . . . | **18** | 249,107. | 12,475. |
| **Net Income** | **19** | Net income or (loss) before unusual or infrequently occurring items, and income tax expense (benefit) (subtract line 18 from line 10) . . | **19** | 10,205,170. | 511,028. |
| | **20** | Unusual or infrequently occurring items . . . . . . . . . . . | **20** | | |
| | **21a** | Income tax expense (benefit) - current . . . . . . . . . . . . | **21a** | | |
| | **b** | Income tax expense (benefit) - deferred . . . . . . . . . . . | **21b** | | |
| | **22** | Current year net income or (loss) per books (combine lines 19 through 21b) . | **22** | 10,205,170. | 511,028. |
| **Other Comprehensive Income** | **23a** | Foreign currency translation adjustments . . . . . . . . . . . | **23a** | | |
| | **b** | Other . . . . . . . . . . . . . . . . . . . . . . . . . . | **23b** | | |
| | **c** | Income tax expense (benefit) related to other comprehensive income | **23c** | | |
| | **24** | Other comprehensive income (loss), net of tax (line 23a plus line 23b less line 23c) . . . . . . . . . . . . . . . . . . . . | **24** | | |

Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022)                                                                                                                Page **4**

## Schedule F   Balance Sheet

**Important:** *Report all amounts in U.S. dollars prepared and translated in accordance with U.S. GAAP. See instructions for an exception for DASTM corporations.*

| | Assets | | (a) Beginning of annual accounting period | (b) End of annual accounting period |
|---|---|---|---|---|
| 1 | Cash | 1 | 245,983. | 122,619. |
| 2a | Trade notes and accounts receivable | 2a | NONE | 606,089. |
| b | Less allowance for bad debts | 2b | ( ) | ( ) |
| 3 | Derivatives | 3 | | |
| 4 | Inventories | 4 | | |
| 5 | Other current assets (attach statement) | 5 | | |
| 6 | Loans to shareholders and other related persons | 6 | | |
| 7 | Investment in subsidiaries (attach statement) | 7 | | |
| 8 | Other investments (attach statement) | 8 | | |
| 9a | Buildings and other depreciable assets | 9a | | |
| b | Less accumulated depreciation | 9b | ( ) | ( ) |
| 10a | Depletable assets | 10a | | |
| b | Less accumulated depletion | 10b | ( ) | ( ) |
| 11 | Land (net of any amortization) | 11 | | |
| 12 | Intangible assets: | | | |
| a | Goodwill | 12a | | |
| b | Organization costs | 12b | | |
| c | Patents, trademarks, and other intangible assets | 12c | | |
| d | Less accumulated amortization for lines 12a, 12b, and 12c | 12d | ( ) | ( ) |
| 13 | Other assets (attach statement) . . . . . . . . See Statement 50 | 13 | –619,272. | –624,780. |
| 14 | Total assets | 14 | –373,289. | 103,928. |

### Liabilities and Shareholders' Equity

| | | | | |
|---|---|---|---|---|
| 15 | Accounts payable | 15 | | |
| 16 | Other current liabilities (attach statement) . . . . See Statement 50 | 16 | –125,534. | 91,723. |
| 17 | Derivatives | 17 | | |
| 18 | Loans from shareholders and other related persons | 18 | | |
| 19 | Other liabilities (attach statement) | 19 | | |
| 20 | Capital stock: | | | |
| a | Preferred stock | 20a | | |
| b | Common stock | 20b | | |
| 21 | Paid-in or capital surplus (attach reconciliation) | 21 | | |
| 22 | Retained earnings | 22 | 498,823. | 12,205. |
| 23 | Less cost of treasury stock | 23 | ( ) | ( ) |
| 24 | Total liabilities and shareholders' equity | 24 | 373,289. | 103,928. |

## Schedule G   Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | During the tax year, did the foreign corporation own at least a 10% interest, directly or indirectly, in any foreign partnership? | | X |
| | If "Yes," see the instructions for required statement. | | |
| 2 | During the tax year, did the foreign corporation own an interest in any trust? | | X |
| 3 | During the tax year, did the foreign corporation own any foreign entities that were disregarded as separate from their owner under Regulations sections 301.7701-2 and 301.7701-3 or did the foreign corporation own any foreign branches (see instructions)? | | X |
| | If "Yes," you are generally required to attach Form 8858 for each entity or branch (see instructions). | | |
| 4a | During the tax year, did the filer pay or accrue any base erosion payment under section 59A(d) to the foreign corporation or did the filer have a base erosion tax benefit under section 59A(c)(2) with respect to a base erosion payment made or accrued to the foreign corporation (see instructions)? | | X |
| | If "Yes," complete lines 4b and 4c. | | |
| b | Enter the total amount of the base erosion payments . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| c | Enter the total amount of the base erosion tax benefit . . . . . . . . . . . . . . . . . . . $ _____ | | |
| 5a | During the tax year, did the foreign corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? | | X |
| | If "Yes," complete line 5b. | | |
| b | Enter the total amount of the disallowed deductions (see instructions) . . . . . . . . . . . . . . $ | | |

JSA
2X1663 2.000
     0001WA   X45R                                                                                                   Form **5471** (Rev. 12-2022)

Form 5471 (Rev. 12-2022) | | | Page **5**

| **Schedule G** | **Other Information** *(continued)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **6a** | Is the filer claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," complete lines 6b, 6c, and 6d. See instructions. | | X |
| **b** | Enter the amount of gross receipts derived from all sales of general property to the foreign corporation that the filer included in its computation of foreign-derived deduction eligible income (FDDEI) . . . . . . $ _____ | | |
| **c** | Enter the amount of gross income derived from a license of property to the foreign corporation that the filer included in its computation of FDDEI (see instructions). . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **d** | Enter the amount of gross income derived from services provided to the foreign corporation that the filer included in its computation of FDDEI (see instructions) . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **7** | During the tax year, was the foreign corporation a participant in any cost sharing arrangement?. . . . . . . . . . . If the answer to question 7 is "Yes," complete a separate Schedule G-1 for each cost sharing arrangement in which the foreign corporation was a participant during the tax year. | | X |
| **8** | From April 25, 2014, to December 31, 2017, did the foreign corporation purchase stock or securities of a shareholder of the foreign corporation for use in a triangular reorganization (within the meaning of Regulations section 1.358-6(b)(2))? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **9a** | Did the foreign corporation receive any intangible property in a prior year or the current tax year for which the U.S. transferor is required to report a section 367(d) annual income inclusion for the taxable year?. . . . . . . . . . . If "Yes," go to line 9b. | | X |
| **b** | Enter in functional currency the amount of the earnings and profits reduction pursuant to section 367(d)(2)(B) for the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| **10** | During the tax year, was the foreign corporation an expatriated foreign subsidiary under Regulations section 1.7874-12(a)(9)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," see instructions and attach statement. | | X |
| **11** | During the tax year, did the foreign corporation participate in any reportable transaction as defined in Regulations section 1.6011-4?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," attach Form(s) 8886 if required by Regulations section 1.6011-4(c)(3)(i)(G). | | X |
| **12** | During the tax year, did the foreign corporation pay or accrue any foreign tax that was disqualified for credit under section 901(m)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **13** | During the tax year, did the foreign corporation pay or accrue foreign taxes to which section 909 applies, or treat foreign taxes that were previously suspended under section 909 as no longer suspended? . . . . . . . . . . . . | | X |
| **14** | Did you answer "Yes" to any of the questions in the instructions for line 14? . . . . . . . . . . . . . . . If "Yes," enter the corresponding code(s) from the instructions and attach statement_____ | | X |
| **15** | Does the foreign corporation have interest expense disallowed under section 163(j) (see instructions)?. . . . . . . If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | X |
| **16** | Does the foreign corporation have previously disallowed interest expense under section 163(j) carried forward to the current tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," enter the amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ | | X |
| **17a** | Did any extraordinary reduction with respect to a controlling section 245A shareholder occur during the tax year (see instructions)?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 17a is "Yes," was an election made to close the tax year such that no amount is treated as an extraordinary reduction amount or tiered extraordinary reduction amount (see instructions)? . . . . . . . . . | | |
| **18** | Does the reporting corporation have any loan to or from the related party to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **19a** | Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the period including the tax year and the preceding 3 tax years, or, during the period beginning 36 months before the date of the respective distribution or acquisition and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party?. . . . . . . . . . . . . . . | | X |
| **b** | If the answer to question 19a is "Yes," provide the following. | | |
| | **(1)** The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . . . . . . . . $ _____ | | |
| | **(2)** The amount of such related party indebtedness. . . . . . . . . . . . . . . . . . . . . . . $ _____ | | |

Form **5471** (Rev. 12-2022)

JSA
2X1669 2.000

0001WA    X45R

Form 5471 (Rev. 12-2022)                                                                                          Page **6**

| **Schedule I** | **Summary of Shareholder's Income From Foreign Corporation** (see instructions) |
|---|---|

If item H on page 1 is completed, a separate Schedule I must be filed for each Category 4, 5a, or 5b filer for whom reporting is furnished on this Form 5471. This Schedule I is being completed for:

Name of U.S. shareholder   Global Benefits Group Inc                     Identifying number   20-3842750

| | | | |
|---|---|---|---|
| **1a** | Section 964(e)(4) subpart F dividend income from the sale of stock of a lower-tier foreign corporation (see instructions) | **1a** | |
| **b** | Section 245A(e)(2) subpart F income from hybrid dividends of tiered corporations (see instructions) | **1b** | |
| **c** | Subpart F income from tiered extraordinary disposition amounts not eligible for subpart F exception under section 954(c)(6) | **1c** | |
| **d** | Subpart F income from tiered extraordinary reduction amounts not eligible for subpart F exception under section 954(c)(6) | **1d** | |
| **e** | Section 954(c) Subpart F Foreign Personal Holding Company Income (enter result from Worksheet A) | **1e** | |
| **f** | Section 954(d) Subpart F Foreign Base Company Sales Income (enter result from Worksheet A) | **1f** | |
| **g** | Section 954(e) Subpart F Foreign Base Company Services Income (enter result from Worksheet A) | **1g** | |
| **h** | Other subpart F income (enter result from Worksheet A) | **1h** | |
| **2** | Earnings invested in U.S. property (enter the result from Worksheet B) | **2** | |
| **3** | Reserved for future use | **3** | |
| **4** | Factoring income | **4** | |
| | See instructions for reporting amounts on lines 1, 2, and 4 on your income tax return. | | |
| **5a** | Section 245A eligible dividends (see instructions) | **5a** | |
| **b** | Extraordinary disposition amounts (see instructions) | **5b** | |
| **c** | Extraordinary reduction amounts (see instructions) | **5c** | |
| **d** | Section 245A(e) dividends (see instructions) | **5d** | |
| **e** | Dividends not reported on line 5a, 5b, 5c, or 5d | **5e** | |
| **6** | Exchange gain or (loss) on a distribution of previously taxed earnings and profits | **6** | |

| | | Yes | No |
|---|---|---|---|
| **7a** | Was any income of the foreign corporation blocked? | | |
| **b** | Did any such income become unblocked during the tax year (see section 964(b))? | | |
| | If the answer to either question is "Yes," attach an explanation. | | |
| **8a** | Did this U.S. shareholder have an extraordinary disposition (ED) account with respect to the foreign corporation at any time during the tax year (see instructions)? | | |

**b** If the answer to question 8a is "Yes," enter the U.S. shareholder's ED account balance at the beginning of the CFC year
$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances.

**c** Enter the CFC's aggregate ED account balance with respect to all U.S. shareholders at the beginning of the CFC year
$ _____ and at the end of the tax year $ _____ . Provide an attachment detailing any changes from the beginning to the ending balances.

**9** Enter the sum of the hybrid deduction accounts with respect to stock of the foreign corporation (see instructions) $

Form **5471** (Rev. 12-2022)

# SCHEDULE E
**(Form 5471)**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

## Income, War Profits, and Excess Profits Taxes Paid or Accrued

▶ **Attach to Form 5471.**

▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG PREMIER, S.A.DE.C.V (MEXICO) | | 00003 |

**a** Separate Category (Enter code - see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶    GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . ▶

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . . . ▶

## Part I    Taxes for Which a Foreign Tax Credit Is Allowed

### Section 1 - Taxes Paid or Accrued Directly by Foreign Corporation

| | (a) Name of Payor Entity | (b) EIN or Reference ID Number of Payor Entity | (c) Unsuspended Taxes | (d) Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (e) Foreign Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) | (f) U.S. Tax Year of Payor Entity to Which Tax Relates (Year/Month/Day) |
|---|---|---|---|---|---|---|
| 1 | GBG PREMIER, S.A.DE.C.V (MEXICO) | 00003 | | MX | 2022/01/01 | 2022/12/31 |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |

| | (g) Income Subject to Tax in the Foreign Jurisdiction (see instructions) | (h) If taxes are paid on U.S. source income, check box | (i) Local Currency in Which Tax Is Payable (enter code - see instructions) | (j) Tax Paid or Accrued (in local currency in which the tax is payable) | (k) Conversion Rate to U.S. Dollars | (l) In U.S. Dollars (divide column (j) by column (k)) | (m) In Functional Currency of Foreign Corporation |
|---|---|---|---|---|---|---|---|
| 1 | NONE | | MXN | NONE | 19.9698500 | NONE | NONE |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |

**5** Total (combine lines 1 through 4 of column (l)). Also report amount on Schedule E-1, line 4 . . . . . . . . . . . . . . ▶    NONE

**6** Total (combine lines 1 through 4 of column (m)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶    NONE

### Section 2 - Taxes Deemed Paid by Foreign Corporation

| | (a) Name of Lower-Tier Distributing Foreign Corporation | (b) EIN or Reference ID Number of Lower-Tier Distributing Foreign Corporation | (c) Country or U.S. Possession to Which Tax Is Paid (Enter code - see instructions. Use a separate line for each.) | (d) PTEP Group (enter code) | (e) Annual PTEP Account (enter year) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |

| | (f) PTEP Distributed (enter amount in functional currency) | (g) Total Amount of PTEP in the PTEP Group (in functional currency) | (h) Total Amount of the PTEP Group Taxes With Respect to PTEP Group (USD) | (i) Foreign Income Taxes Properly Attributable to PTEP and not Previously Deemed Paid ((column (f)/column (g)) x column (h)) (USD) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

**5** Total (combine lines 1 through 4 of column (i)). Also report amount on Schedule E-1, line 6 . . . . . . . . . . . . . . . . ▶

**For Paperwork Reduction Act Notice, see instructions.**    **Schedule E (Form 5471) (Rev. 12-2021)**

JSA

2X1666 2.000

0001W4    X45R

Schedule E (Form 5471) (Rev. 12-2021)           Page **2**

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG PREMIER, S.A.DE.C.V (MEXICO) | | 00003 |

**a** Separate Category (Enter code-see instructions.)· · · · · · · · · · · · · · · · · · · · · · · · · · · ▶   GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) · · · · · · ▶ _____

**c** If one of the RBT codes is entered on line a, enter the country for the treaty country (see instructions) · · · · · · ▶ _____

## Part II   Election

For tax years beginning after December 31, 2004, has an election been made under section 986(a)(1)(D) to translate taxes using the exchange rate on the date of payment?

    ☐ Yes   ☒ No   If "Yes," state date of election ▶

## Part III   Taxes for Which a Foreign Tax Credit Is Disallowed (Enter in functional currency of foreign corporation.)

| | (a) Name of Payor Entity | (b) EIN or Reference ID Number of Payor Entity | (c) Section 901(j) | (d) Section 901(k) and (l) | (e) Section 901(m) | (f) U.S. Taxes | (g) Suspended Taxes | (h) Other | (i) Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | In functional currency (combine lines 1 and 2) · · · · · · · · · · · · · · · · · · · · · · · · · ▶ | | | | | | | | |
| 4 | In U.S. dollars (translated at the average exchange rate, as defined in section 989(b)(3) and related regulations (see instructions)) · · · · · · · · · · · · · ▶ | | | | | | | | |

## Schedule E-1   Taxes Paid, Accrued, or Deemed Paid on Earnings and Profits (E&P) of Foreign Corporation

**IMPORTANT:** *Enter amounts in U.S. dollars.*

| | | Taxes related to: | | | |
|---|---|---|---|---|---|
| | | (a) Subpart F Income | (b) Tested Income | (c) Residual Income | (d) Suspended Taxes |
| 1a | Balance at beginning of year (as reported in prior year Schedule E-1) · · · · · · · · · · | -0- | -0- | -0- | |
| b | Beginning balance adjustments (attach statement)· · · · · · · · · · · · · · · · · · · · | | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) · · · · · · · · · · · · · · · · | | | | |
| 2 | Adjustment for foreign tax redetermination· · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 3a | Taxes unsuspended under anti-splitter rules · · · · · · · · · · · · · · · · · · · · · · | | | | |
| b | Taxes suspended under anti-splitter rules· · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 4 | Taxes reported on Schedule E, Part I, Section 1, line 5, column (l) · · · · · · · · · · | | | | |
| 5 | Taxes carried over in nonrecognition transactions · · · · · · · · · · · · · · · · · · · | | | | |
| 6 | Taxes reported on Schedule E, Part I, Section 2, line 5, column (i)· · · · · · · · · · · | | | | |
| 7 | Other adjustments (attach statement)· · · · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 8 | Taxes paid or accrued on current income/E&P or accumulated E&P (combine lines 1c through 7) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 9 | Taxes deemed paid with respect to inclusions  (see instructions) · · · · · · · · · · · | | | | |
| 10 | Taxes deemed paid with respect to actual distributions · · · · · · · · · · · · · · · · | | | | |
| 11 | Taxes on amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P · | | | | |
| 12 | Other (attach statement)· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 13 | Balance of taxes paid or accrued (combine lines 8 through 12 in columns (a), (b), and (c)) | | | | |
| 14 | Reserved for future use · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 15 | Reduction for other taxes not deemed paid · · · · · · · · · · · · · · · · · · · · · · · | | | | |
| 16 | Balance of taxes paid or accrued at the beginning of the next year. Line 16, columns (a), (b), and (c) must always equal zero. So, if necessary, enter negative amounts on line 15 of columns (a), (b), and (c) in amounts sufficient to reduce line 13, columns (a), (b), and (c) to zero. For the remaining columns, combine lines 8 through 12 · · · · · · · · · · · · · · · | -0- | -0- | -0- | |

JSA
2X1667 2.000

Schedule E (Form 5471) (Rev. 12-2021)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 3**

| Name of foreign corporation | EIN (if any) | **Reference ID number** (see instructions) |
|---|---|---|
| GBG PREMIER, S.A.DE.C.V (MEXICO) | | 00003 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶  GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . . ▶ _____

**c** If one of the RBT codes is entered on line a, enter the country code for the treaty country (see instructions) . . . . . . . . . . . . . . . . . . . . . . ▶

**Schedule E-1**　　**Taxes Paid, Accrued, or Deemed Paid on Accumulated Earnings and Profits (E&P) of Foreign Corporation** *(continued)*

**(e) Taxes related to previously taxed E&P** (see instructions)

| | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP | (iii) General section 959(c)(1) PTEP | (iv) Reclassified section 951A PTEP | (v) Reclassified section 245A(d) PTEP | (vi) Section 965(a) PTEP | (vii) Section 965(b) PTEP | (viii) Section 951A PTEP | (ix) Section 245A(d) PTEP | (x) Section 951(a)(1)(A) PTEP |
|---|---|---|---|---|---|---|---|---|---|---|
| **1a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **c** | | | | | | | | | | |
| **2** | | | | | | | | | | |
| **3a** | | | | | | | | | | |
| **b** | | | | | | | | | | |
| **4** | | | | | | | | | | |
| **5** | | | | | | | | | | |
| **6** | | | | | | | | | | |
| **7** | | | | | | | | | | |
| **8** | | | | | | | | | | |
| **9** | | | | | | | | | | |
| **10** | | | | | | | | | | |
| **11** | | | | | | | | | | |
| **12** | | | | | | | | | | |
| **13** | | | | | | | | | | |
| **14** | | | | | | | | | | |
| **15** | | | | | | | | | | |
| **16** | | | | | | | | | | |

**Schedule E (Form 5471) (Rev. 12-2021)**

JSA

2X1678 2.000

**SCHEDULE H**
**(Form 5471)**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

# Current Earnings and Profits

▶ **Attach to Form 5471.**

▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG PREMIER, S.A.DE.C.V (MEXICO) | | 00003 |

**IMPORTANT:** *Enter the amounts on lines 1 through 5c in* **functional** *currency.*

| | | | Net Additions | Net Subtractions | | |
|---|---|---|---|---|---|---|
| **1** | Current year net income or (loss) per foreign books of account . . . . . . . . . . . . . . . . . . . . . | | | | **1** | 10,205,170. |
| **2** | Net adjustments made to line 1 to determine current earnings and profits according to U.S. financial and tax accounting standards (see instructions): | | | | | |
| **a** | Capital gains or losses . . . . . . . . . . . . . . . . | **2a** | | | | |
| **b** | Depreciation and amortization . . . . . . . . . . . | **2b** | | | | |
| **c** | Depletion . . . . . . . . . . . . . . . . . . . . . . | **2c** | | | | |
| **d** | Investment or incentive allowance . . . . . . . . . | **2d** | | | | |
| **e** | Charges to statutory reserves . . . . . . . . . . . | **2e** | | | | |
| **f** | Inventory adjustments . . . . . . . . . . . . . . . | **2f** | | | | |
| **g** | Income taxes (see Schedule E, Part I, Section 1, line 6, column (m), and Part III, line 3, column (i)) . . . . . . . | **2g** | | | | |
| **h** | Foreign currency gains or losses . . . . . . . . . | **2h** | | | | |
| **i** | Other (attach statement) . . . . . . . . . . . . . . | **2i** | | | | |
| **3** | Total net additions . . . . . . . . . . . . . . . . . . | **3** | | | | |
| **4** | Total net subtractions . . . . . . . . . . . . . . . . | **4** | | | | |
| **5a** | Current earnings and profits (line 1 plus line 3 minus line 4) . . . . . . . . . . . . . . . . | | | | **5a** | 10,205,170. |
| **b** | DASTM gain or (loss) for foreign corporations that use DASTM (see instructions) . . . . . . . . . | | | | **5b** | |
| **c** | Combine lines 5a and 5b and enter the result on line 5c. Then enter on lines 5c(i), 5c(ii), and 5c(iii)(A) through 5c(iii)(D) the portion of the line 5c amount with respect to the categories of income shown on those lines . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | **5c** | 10,205,170. |
| | **(i)** General category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . . | **5c(i)** | | | | |
| | **(ii)** Passive category (enter amount on applicable Schedule J, Part I, line 3, column (a)) . . . . . . . . . . . . . . . . . . . . . . . . | **5c(ii)** | | | | |
| | **(iii)** Section 901(j) category: | | | | | |
| | **(A)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(A) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . . . . . . | **5c(iii)(A)** | | | | |
| | **(B)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(B) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . . . . | **5c(iii)(B)** | | | | |
| | **(C)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(C) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . . . . | **5c(iii)(C)** | | | | |
| | **(D)** Enter the country code of the sanctioned country ▶ _____ and enter the line 5c amount with respect to the sanctioned country on this line 5c(iii)(D) and on the applicable Schedule J, Part I, line 3, column (a). . . . . . . . . . . . . . . . . . . . . | **5c(iii)(D)** | | | | |
| **d** | Current earnings and profits in U.S. dollars (line 5c translated at the average exchange rate, as defined in section 989(b)(3) and the related regulations (see instructions)) . . . . . . . . . . . . . . . . . . | | | | **5d** | 523,966. |
| **e** | Enter exchange rate used for line 5d . . . . . . . . . . . . . . . . . . . . . . ▶ | | 19.4767890 | | | |

**For Paperwork Reduction Act Notice, see instructions.**                    Schedule H (Form 5471) (Rev. 12-2021)

JSA
2X1668 2.000

0001WA  X45R

**SCHEDULE I-1**
**(Form 5471)**

(Rev. December 2021)

Department of the Treasury
Internal Revenue Service

# Information for Global Intangible Low-Taxed Income

OMB No. 1545-0123

▶ **Attach to Form 5471.**
▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

| Name of person filing Form 5471 | | Identifying number |
|---|---|---|
| Global Benefits Group Inc | | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG PREMIER, S.A.DE.C.V (MEXICO) | | 00003 |

Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN

| | | | Functional Currency | Conversion Rate | U.S. Dollars |
|---|---|---|---|---|---|
| **1** | Gross income (see instructions if cost of goods sold exceed gross receipts) . . . . . . . . . | **1** | 10,454,277. | | |
| **2** | Exclusions (see instructions if cost of goods sold exceed gross receipts) | | | | |
| **a** | Effectively connected income . . . . . . | **2a** | | | |
| **b** | Subpart F income . . . . . . . . . . . | **2b** | | | |
| **c** | High-tax exception income per section 954(b)(4) . . . . . . . . . . . . . . . | **2c** | | | |
| **d** | Related party dividends . . . . . . . . | **2d** | | | |
| **e** | Foreign oil and gas extraction income . . | **2e** | | | |
| **3** | Total exclusions (combine lines 2a through 2e) . . . . . . . . | **3** | | | |
| **4** | Gross income less total exclusions (line 1 minus line 3) (see instructions) . . . . . . . . . . . . . . . . . | **4** | 10,454,277. | | |
| **5** | Deductions properly allocable to amount on line 4 . . . . . . . . . | **5** | 249,107. | | |
| **6** | Tested income (loss) (line 4 minus line 5) (see instructions) . . . . . | **6** | 10,205,170. | | |
| **7** | Tested foreign income taxes . . . . . . . . . . . . . . . . . | **7** | | 19.9698500 | |
| **8** | Qualified business asset investment (QBAI). . . . . . . . . . . . | **8** | | 19.9698500 | |
| **9 a** | Interest expense included on line 5 . . . | **9a** | | | |
| **b** | Qualified interest expense . . . . . . . | **9b** | | | |
| **c** | Tested loss QBAI amount . . . . . . . | **9c** | | | |
| **d** | Tested interest expense (line 9a minus the sum of line 9b and line 9c). If zero or less, enter -0- . . . . . . | **9d** | | 19.9698500 | |
| **10 a** | Interest income included in line 4 . . . . | **10a** | | | |
| **b** | Qualified interest income . . . . . . . | **10b** | | | |
| **c** | Tested interest income (line 10a minus line 10b). If zero or less, enter -0- . . . . . . . . . . . . . . . . . . | **10c** | | 19.9698500 | |

**For Paperwork Reduction Act Notice, see instructions.**

**Schedule I-1 (Form 5471) (Rev. 12-2021)**

JSA
2X1672 2.000

0001WA  X45R

**SCHEDULE J**
**(Form 5471)**

(Rev. December 2020)

Department of the Treasury
Internal Revenue Service

# Accumulated Earnings & Profits (E&P) of Controlled Foreign Corporation

▶ **Attach to Form 5471.**

▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG PREMIER, S.A.DE.C.V (MEXICO) | | 00003 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . ▶  GEN

**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . ▶

## Part I   Accumulated E&P of Controlled Foreign Corporation

☐ Check the box if person filing return does not have all U.S. shareholders' information to complete an amount in column (e) (see instructions).

**Important:** Enter amounts in functional currency.

| | | (a) Post-2017 E&P Not Previously Taxed (post-2017 section 959(c)(3) balance) | (b) Post-1986 Undistributed Earnings (post-1986 and pre-2018 section 959(c)(3) balance) | (c) Pre-1987 E&P Not Previously Taxed (pre-1987 section 959(c)(3) balance) | (d) Hovering Deficit and Deduction for Suspended Taxes | (e) Previously Taxed E&P (see instructions) | |
|---|---|---|---|---|---|---|---|
| | | | | | | (i) Reclassified section 965(a) PTEP | (ii) Reclassified section 965(b) PTEP |
| **1a** | Balance at beginning of year (as reported on prior year Schedule J) . . . . . . . . . . . . . . . . . . . | –7,521,107. | | | | | |
| **b** | Beginning balance adjustments (attach statement) . . . | | | | | | |
| **c** | Adjusted beginning balance (combine lines 1a and 1b) | –7,521,107. | | | | | |
| **2a** | Reduction for taxes unsuspended under anti-splitter rules | | | | | | |
| **b** | Disallowed deduction for taxes suspended under anti-splitter rules . . . . . . . . . . . . . . . . . . | | | | | | |
| **3** | Current year E&P (or deficit in E&P) (enter amount from applicable line 5c of Schedule H) . . . . . . . . | 10,205,170. | | | | | |
| **4** | E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . | | | | | | |
| **5a** | E&P carried over in nonrecognition transaction . . . . | | | | | | |
| **b** | Reclassify deficit in E&P as hovering deficit after nonrecognition transaction . . . . . . . . . . . . . . | | | | | | |
| **6** | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| **7** | Total current and accumulated E&P (combine lines 1c through 6) . . . . . . . . . . . . . . . . . . . | 2,684,063. | | | | | |
| **8** | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . . | | | | | | |
| **9** | Actual distributions . . . . . . . . . . . . . . . . . | | | | | | |
| **10** | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . . | | | | | | |
| **11** | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) | | | | | | |
| **12** | Other adjustments (attach statement) . . . . . . . . . | | | | | | |
| **13** | Hovering deficit offset of undistributed post-transaction E&P (see instructions) . . . . . . . . . . | | | | | | |
| **14** | Balance at beginning of next year (combine lines 7 through 13) | 2,684,063. | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 5471.**

**Schedule J (Form 5471)** (Rev. 12-2020)

JSA
2X1665 2.000

0001W4   X45R

Schedule J (Form 5471) (Rev. 12-2020)                                                                                                                    Page **2**

**Part I**    **Accumulated E&P of Controlled Foreign Corporation** *(continued)*

| | **(e)** Previously Taxed E&P (see instructions) | | | | |
|---|---|---|---|---|---|
| | **(iii)** General section 959(c)(1) PTEP | **(iv)** Reclassified section 951A PTEP | **(v)** Reclassified section 245A(d) PTEP | **(vi)** Section 965(a) PTEP | **(vii)** Section 965(b) PTEP |
| 1a | | | | | |
| b | | | | | |
| c | | | | | |
| 2a | | | | | |
| b | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5a | | | | | |
| b | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |

| | **(e)** Previously Taxed E&P (see instructions) | | | **(f)** Total Section 964(a) E&P (combine columns (a), (b), (c), and (e)(i) through (e)(x)) |
|---|---|---|---|---|
| | **(viii)** Section 951A PTEP | **(ix)** Section 245A(d) PTEP | **(x)** Section 951(a)(1)(A) PTEP | |
| 1a | | | | -7,521,107. |
| b | | | | |
| c | | | | -7,521,107. |
| 2a | | | | |
| b | | | | |
| 3 | | | | 10,205,170. |
| 4 | | | | |
| 5a | | | | |
| b | | | | |
| 6 | | | | |
| 7 | | | | 2,684,063. |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | 2,684,063. |

JSA
2X1671 2.000                                                                                                                    **Schedule J (Form 5471) (Rev. 12-2020)**

Page **3**

| **Part II** | **Nonpreviously Taxed E&P Subject to Recapture as Subpart F Income (section 952(c)(2))** |

**Important:** Enter amounts in functional currency.

| | | | |
|---|---|---|---|
| **1** | Balance at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **1** | |
| **2** | Additions (amounts subject to future recapture) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **2** | |
| **3** | Subtractions (amounts recaptured in current year) . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **3** | |
| **4** | Balance at end of year (combine lines 1 through 3) . . . . . . . . . . . . . . . . . . . . . . . ▶ | **4** | |

**Schedule J (Form 5471) (Rev. 12-2020)**

JSA
2X1677 2.000

**SCHEDULE M**
**(Form 5471)**
(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

## Transactions Between Controlled Foreign Corporation and Shareholders or Other Related Persons

► **Attach to Form 5471.**
► Go to *www.irs.gov/Form5471* for instructions and the latest information.

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG PREMIER, S.A.DE.C.V (MEXICO) | | 00003 |

**Important:** *Complete a **separate** Schedule M for each controlled foreign corporation. Enter the totals for each type of transaction that occurred during the annual accounting period between the foreign corporation and the persons listed in columns (b) through (f). All amounts must be stated in U.S. dollars translated from functional currency at the average exchange rate for the foreign corporation's tax year. See instructions.*

Enter the relevant functional currency and the exchange rate used throughout this schedule ►   PESO

| (a) Transactions of foreign corporation | (b) U.S. person filing this return | (c) Any domestic corporation or partnership controlled by U.S. person filing this return | (d) Any other foreign corporation or partnership controlled by U.S. person filing this return | (e) 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | (f) 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| 1 Sales of stock in trade (inventory) | | | | | |
| 2 Sales of tangible property other than stock in trade . . . . . . | | | | | |
| 3 Sales of property rights (patents, trademarks, etc.) . . . . . . . | | | | | |
| 4 Platform contribution transaction payments received | | | | | |
| 5 Cost sharing transaction payments received . . . . . . . | | | | | |
| 6 Compensation received for technical, managerial, engineering, construction, or like services . . | | | | | |
| 7 Commissions received . . . . . | –514,368. | | | | |
| 8 Rents, royalties, and license fees received | | | | | |
| 9 Hybrid dividends received (see instructions) | | | | | |
| 10 Dividends received (exclude hybrid dividends, deemed distributions under subpart F, and distributions of previously taxed income) . . . . | | | | | |
| 11 Interest received . . . . . . . . | | | | | |
| 12 Premiums received for insurance or reinsurance . . . . . . . . | | | | | |
| 13 Loan guarantee fees received . | | | | | |
| 14 Other amounts received (attach statement) | | | | | |
| 15 Add lines 1 through 14 . . . . | –514,368. | | | | |
| 16 Purchases of stock in trade (inventory) | | | | | |
| 17 Purchases of tangible property other than stock in trade . . . | | | | | |
| 18 Purchases of property rights (patents, trademarks, etc.) . . . | | | | | |
| 19 Platform contribution transaction payments paid . . . . . . . | | | | | |
| 20 Cost sharing transaction payments paid . | | | | | |
| 21 Compensation paid for technical, managerial, engineering, construction, or like services . . | | | | | |
| 22 Commissions paid . . . . . . | | | | | |
| 23 Rents, royalties, and license fees paid | | | | | |
| 24 Hybrid dividends paid (see instructions) | | | | | |
| 25 Dividends paid (exclude hybrid dividends paid) . . . . . . . | | | | | |
| 26 Interest paid . . . . . . . . . | | | | | |
| 27 Premiums paid for insurance or reinsurance | | | | | |
| 28 Loan guarantee fees paid . . . | | | | | |
| 29 Other amounts paid (attach statement) . | | | | | |
| 30 Add lines 16 through 29 . . . . | | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 5471.        **Schedule M (Form 5471)** (Rev. 12-2021)

JSA
2X1664 2.000

0001WA   X45R

**Schedule M (Form 5471)** (Rev. 12-2021)                                                                          Page **2**

Name of person filing Form 5471

Identifying number

| **(a)** Transactions of foreign corporation | **(b)** U.S. person filing this return | **(c)** Any domestic corporation or partnership controlled by U.S. person filing this return | **(d)** Any other foreign corporation or partnership controlled by U.S. person filing this return | **(e)** 10% or more U.S. shareholder of controlled foreign corporation (other than the U.S. person filing this return) | **(f)** 10% or more U.S. shareholder of any corporation controlling the foreign corporation |
|---|---|---|---|---|---|
| **31** Accounts Payable . . . . . . . | 351,087. | | 273,695. | | |
| **32** Amounts borrowed (enter the maximum loan balance during the year) - see instructions . . . . . . . . . . | | | | | |
| **33** Accounts Receivable . . . . . | | | | | |
| **34** Amounts loaned (enter the maximum loan balance during the year) - see instructions | | | | | |

**Schedule M (Form 5471)** (Rev. 12-2021)

JSA
2X1679 2.000

0001WA   X45R

**SCHEDULE P**
**(Form 5471)**

(Rev. December 2020)

Department of the Treasury
Internal Revenue Service

# Previously Taxed Earnings and Profits of U.S. Shareholder of Certain Foreign Corporations

▶ **Attach to Form 5471.**
▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of U.S. shareholder | Identifying number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
|---|---|---|
| GBG PREMIER, S.A.DE.C.V (MEXICO) | | 00003 |

**a** Separate Category (Enter code - see instructions.) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ GEN
**b** If code 901j is entered on line a, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . . . . ▶

**Part I    Previously Taxed E&P in Functional Currency** (see instructions)

| | | (a)<br>Reclassified section<br>965(a) PTEP | (b)<br>Reclassified section<br>965(b) PTEP | (c)<br>General section<br>959(c)(1) PTEP |
|---|---|---|---|---|
| 1a | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| b | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . | | | |
| 2 | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . | | | |
| 3 | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation | | | |
| 4 | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . | | | |
| 5 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 6 | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . | | | |
| 7 | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . . . . | | | |
| 8 | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . | | | |
| 9 | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . . . . | | | |
| 10 | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 11 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 12 | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . . . . . . . . | | | |

**For Paperwork Reduction Act Notice, see instructions.**

**Schedule P (Form 5471) (Rev. 12-2020)**

JSA   2X1673 2.000
0001W4   X45R

**Part I**    **Previously Taxed E&P in Functional Currency** (see instructions) *(continued)*

| | (d) Reclassified section 951A PTEP | (e) Reclassified section 245A(d) PTEP | (f) Section 965(a) PTEP | (g) Section 965(b) PTEP | (h) Section 951A PTEP | (i) Section 245A(d) PTEP | (j) Section 951(a)(1)(A) PTEP | (k) Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

**Schedule P (Form 5471) (Rev. 12-2020)**

JSA
2X1674 2.000

Page **3**

| Part II | Previously Taxed E&P in U.S. Dollars |
|---|---|

| | | (a)<br>Reclassified section<br>965(a) PTEP | (b)<br>Reclassified section<br>965(b) PTEP | (c)<br>General section<br>959(c)(1) PTEP |
|---|---|---|---|---|
| 1 a | Balance at beginning of year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| b | Beginning balance adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| c | Adjusted beginning balance (combine lines 1a and 1b) . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2 | Reduction for taxes unsuspended under anti-splitter rules . . . . . . . . . . . . . . . . . . . . . | | | |
| 3 | Previously taxed E&P attributable to distributions of previously taxed E&P from lower-tier foreign corporation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 4 | Previously taxed E&P carried over in nonrecognition transaction . . . . . . . . . . . . . . . . . . | | | |
| 5 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 6 | Total previously taxed E&P (combine lines 1c through 5) . . . . . . . . . . . . . . . . . . . . . | | | |
| 7 | Amounts reclassified to section 959(c)(2) E&P from section 959(c)(3) E&P . . . . . . . . . . . . . | | | |
| 8 | Actual distributions of previously taxed E&P . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 9 | Amounts reclassified to section 959(c)(1) E&P from section 959(c)(2) E&P . . . . . . . . . . . . . | | | |
| 10 | Amounts included as earnings invested in U.S. property and reclassified to section 959(c)(1) E&P (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 11 | Other adjustments (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 12 | Balance at beginning of next year (combine lines 6 through 11) . . . . . . . . . . . . . . . . . . . | | | |

Schedule P (Form 5471) (Rev. 12-2020)                                                                                       Page **4**

**Part II**   **Previously Taxed E&P in U.S. Dollars** *(continued)*

| | (d) Reclassified section 951A PTEP | (e) Reclassified section 245A(d) PTEP | (f) Section 965(a) PTEP | (g) Section 965(b) PTEP | (h) Section 951A PTEP | (i) Section 245A(d) PTEP | (j) Section 951(a)(1)(A) PTEP | (k) Total |
|---|---|---|---|---|---|---|---|---|
| 1a | | | | | | | | |
| b | | | | | | | | |
| c | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |

Schedule P (Form 5471) (Rev. 12-2020)

**SCHEDULE Q**
**(Form 5471)**
(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

# CFC Income by CFC Income Groups

**Attach to Form 5471.**

**Go to www.irs.gov/Form5471 for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | | Identifying number |
|---|---|---|
| Global Benefits Group Inc | | 20-3842750 |
| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) |
| GBG PREMIER, S.A.DE.C.V (MEXICO) | | 00003 |

Complete a separate Schedule Q with respect to each applicable category of income (see instructions).

**A**   Enter separate category code with respect to which this Schedule Q is being completed (see instructions for codes) . . . . . . . . . . . . . .   GEN

**B**   If category code "PAS" is entered on line A, enter the applicable grouping code (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . _____

**C**   If code "901j" is entered on line A, enter the country code for the sanctioned country (see instructions) . . . . . . . . . . . . . . . . _____

Complete a separate Schedule Q for U.S. source income and foreign source income (see instructions for an exception).

**D**   Indicate whether this Schedule Q is being completed for:   ☐ U.S. source income or   ☒ Foreign source income

Complete a separate Schedule Q for FOGEI or FORI income.

**E**   If this Schedule Q is being completed for FOGEI or FORI income, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| *Enter amounts in functional currency of the foreign corporation (unless otherwise noted).* | **(i)** Country Code | **(ii)** Gross Income | **(iii)** Definitely Related Expenses | **(iv)** Related Person Interest Expense | **(v)** Other Interest Expense | **(vi)** Research & Experimental Expenses | **(vii)** Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1**   Subpart F Income Groups | | | | | | | |
| **a**  Dividends, Interest, Rents, Royalties, & Annuities (Total) | | | | | | | |
| **(1)**   Unit name: _____ | | | | | | | |
| **(2)**   Unit name: _____ | | | | | | | |
| **b**  Net Gain From Certain Property Transactions (Total) | | | | | | | |
| **(1)**   Unit name: _____ | | | | | | | |
| **(2)**   Unit name: _____ | | | | | | | |
| **c**  Net Gain From Commodities Transactions (Total) | | | | | | | |
| **(1)**   Unit name: _____ | | | | | | | |
| **(2)**   Unit name: _____ | | | | | | | |
| **d**  Net Foreign Currency Gain (Total) | | | | | | | |
| **(1)**   Unit name: _____ | | | | | | | |
| **(2)**   Unit name: _____ | | | | | | | |
| **e**  Income Equivalent to Interest (Total) | | | | | | | |
| **(1)**   Unit name: _____ | | | | | | | |
| **(2)**   Unit name: _____ | | | | | | | |
| **f**  Other . . . . . . . . . . . . . . . . | | | | | | | |
| **(1)**   Unit name: _____ | | | | | | | |
| **(2)**   Unit name: _____ | | | | | | | |
| **g**  Foreign Base Company Sales Income (Total) . . . . . . . . . . . . . | | | | | | | |
| **(1)**   Unit name: _____ | | | | | | | |
| **(2)**   Unit name: _____ | | | | | | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

For Paperwork Reduction Act Notice, see instructions.

JSA
2X1650 3.000

Schedule Q (Form 5471) (Rev. 12-2022)

0001W4   X45R

Schedule Q (Form 5471) (Rev. 12-2022)

<span style="float:right">Page **2**</span>

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| **1** | | | | | | | | | |
| **a** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **b** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **c** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **d** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **e** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **f** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |
| **g** | | | | | | | | | |
| **(1)** | | | | | | | ☐ | | |
| **(2)** | | | | | | | ☐ | | |

**Important:** See *Computer-Generated Schedule Q* in instructions.

<span style="float:right">**Schedule Q (Form 5471) (Rev. 12-2022)**</span>

Schedule Q (Form 5471) (Rev. 12-2022)    **Page 3**

| *Enter amounts in functional currency of the foreign corporation (unless otherwise noted).* | (i) Country Code | (ii) Gross Income | (iii) Definitely Related Expenses | (iv) Related Person Interest Expense | (v) Other Interest Expense | (vi) Research & Experimental Expenses | (vii) Other Expenses (attach schedule) |
|---|---|---|---|---|---|---|---|
| **1** Subpart F Income Groups | | | | | | | |
| **h** Foreign Base Company Services Income (Total) . . . . . . . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **i** Full Inclusion Foreign Base Company Income (Total) . . . . . . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **j** Insurance Income (Total) . . . . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **k** International Boycott Income . . . . . | | | | | | | |
| **l** Bribes, Kickbacks, and Other Payments . . . . . . . . . . . . . . . | | | | | | | |
| **m** Section 901(j) income . . . . . . . . | | | | | | | |
| **2** Recaptured Subpart F Income . . . . | | | | | | | |
| **3** Tested Income Group (Total) . . . . . | | 10,454,277. | | | | | 249,107. |
| **(1)** Unit name: Tested Income | MX | 10,454,277. | | | | | 249,107. |
| **(2)** Unit name: _____ | | | | | | | |
| **4** Residual Income Group (Total) . . . . | | | | | | | |
| **(1)** Unit name: _____ | | | | | | | |
| **(2)** Unit name: _____ | | | | | | | |
| **5** Total . . . . . . . . . . . . . . . . . . | | 10,454,277. | | | | | 249,107. |

**Important:** See ***Computer-Generated Schedule Q*** in instructions.

**Schedule Q (Form 5471) (Rev. 12-2022)**

JSA
2X1652 3.000

0001W4    X45R

Schedule Q (Form 5471) (Rev. 12-2022)     **Page 4**

| | (viii) Current Year Tax on Reattributed Income From Disregarded Payments | (ix) Current Year Tax on All Other Disregarded Payments | (x) Other Current Year Taxes | (xi) Net Income (column (ii) less columns (iii) through (x)) | (xii) Foreign Taxes for Which Credit Allowed (U.S. Dollars) | (xiii) Average Asset Value | (xiv) High Tax Election | (xv) Loss Allocation | (xvi) Net Income After Loss Allocation (column (xi) minus column (xv)) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| h | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| i | | | | | | | | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | ☐ | | |
| j | | | | | | | ☐ | | |
| (1) | | | | | | | ☐ | | |
| (2) | | | | | | | | | |
| k | | | | | | | | | |
| l | | | | | | | | | |
| m | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | 10,205,170. | | | | | 10,205,170. |
| (1) | | | | 10,205,170. | | | ☐ | | 10,205,170. |
| (2) | | | | | | | | | |
| 4 | | | | | | | | | |
| (1) | | | | | | | | | |
| (2) | | | | | | | | | |
| 5 | | | | 10,205,170. | | | | | 10,205,170. |

**Important:** See *Computer-Generated Schedule Q* in instructions.

Schedule Q (Form 5471) (Rev. 12-2022)

JSA
2X1653 4.000
0001W4   X45R

**SCHEDULE R
(Form 5471)**

(December 2020)

Department of the Treasury
Internal Revenue Service

# Distributions From a Foreign Corporation

▶ **Attach to Form 5471.**

▶ **Go to** *www.irs.gov/Form5471* **for instructions and the latest information.**

OMB No. 1545-0123

| Name of person filing Form 5471 | | Identifying number | |
|---|---|---|---|
| Global Benefits Group Inc | | 20-3842750 | |
| Name of foreign corporation | EIN (if any) | Reference ID number (see instructions) | |
| GBG PREMIER, S.A.DE.C.V (MEXICO) | | 00003 | |

| | **(a) Description of distribution** | **(b) Date of distribution** | **(c) Amount of distribution in foreign corporation's functional currency** | **(d) Amount of E&P distribution in foreign corporation's functional currency** |
|---|---|---|---|---|
| 1 | No Distributions | 12/31/2022 | NONE | NONE |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |

**For Paperwork Reduction Act Notice, see instructions.**

**Schedule R (Form 5471) (12-2020)**

JSA 2X1654 2.000

0001WA    X45R

Filed Pursuant to Rev. Proc. 92-70 for Dormant Foreign Corporation.

| Form **5471** | **Information Return of U.S. Persons With Respect to Certain Foreign Corporations** | OMB No. 1545-0123 |
|---|---|---|

(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

**Go to www.irs.gov/Form5471 for instructions and the latest information.**

Information furnished for the foreign corporation's annual accounting period (tax year required by section 898) (see instructions) beginning 01/01/2022 , and ending 12/31/2022

Attachment Sequence No. **121**

Name of person filing this return
Global Benefits Group Inc

**A** Identifying number
20-3842750

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)
27051 Towne Centre Drive, #210

City or town, state, and ZIP code
FOOTHILL RANCH, CA 92610

**B** Category of filer (See instructions. Check applicable box(es).):
1a [X] 1b [ ] 1c [ ] 2 [ ] 3 [ ] 4 [X] 5a [X] 5b [ ] 5c [ ]

**C** Enter the total percentage of the foreign corporation's voting stock you owned at the end of its annual accounting period %

Filer's tax year beginning 01/01/2022 , and ending 12/31/2022

**D** Check box if this is a final Form 5471 for the foreign corporation . . . . . . . . . . . . . . . . . . . . . . [ ]

**E** Check if any excepted specified foreign financial assets are reported on this form (see instructions) . . . . . . . [ ]

**F** Check the box if this Form 5471 has been completed using "Alternative Information" under Rev. Proc. 2019-40 . . . [ ]

**G** If the box on line F is checked, enter the corresponding code for "Alternative Information" (see instructions) . . . . . . . .

**H** Person(s) on whose behalf this information return is filed:

| (1) Name | (2) Address | (3) Identifying number | (4) Check applicable box(es) | | |
|---|---|---|---|---|---|
| | | | Shareholder | Officer | Director |
| GLOBAL BENEFITS GROUP.INC | 27422 PORTOLA PARKWAY STE 110, FOOTHILL RANCH C | 20-3842750 | X | | |
| | | | | | |
| | | | | | |

**Important:** *Fill in all applicable lines and schedules. All information **must** be in English. All amounts **must** be stated in U.S. dollars unless otherwise indicated.*

**1a** Name and address of foreign corporation
GBG PARAGUAY SOCIEDAD ANONIMA
Pascual Toledo 4461
, PA

**b(1)** Employer identification number, if any

**b(2)** Reference ID number (see instructions)
00006

**c** Country under whose laws incorporated
PA

| **d** Date of incorporation | **e** Principal place of business | **f** Principal business activity code number | **g** Principal business activity | **h** Functional currency code |
|---|---|---|---|---|
| 08/10/2018 | PA | 542410 | BROKERING & MANAGEMENT | PYG |

**2** Provide the following information for the foreign corporation's accounting period stated above.

| **a** Name, address, and identifying number of branch office or agent (if any) in the United States | **b** If a U.S. income tax return was filed, enter: | |
|---|---|---|
| | (i) Taxable income or (loss) | (ii) U.S. income tax paid (after all credits) |
| | | |
| **c** Name and address of foreign corporation's statutory or resident agent in country of incorporation | **d** Name and address (including corporate department, if applicable) of person (or persons) with custody of the books and records of the foreign corporation, and the location of such books and records, if different | |

| Schedule A | Stock of the Foreign Corporation |
|---|---|

| (a) Description of each class of stock | (b) Number of shares issued and outstanding | |
|---|---|---|
| | (i) Beginning of annual accounting period | (ii) End of annual accounting period |
| COMMON | 720. | 720. |
| | | |
| | | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **5471** (Rev. 12-2022)

JSA
2X1660 2.000

0001WA  X45R

Form **5472**

(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

**Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business**
**(Under Sections 6038A and 6038C of the Internal Revenue Code)**
Go to *www.irs.gov/Form5472* for instructions and the latest information.

For tax year of the reporting corporation beginning ___01/01/2022___ , and ending ___12/31/2022___

**Note:** Enter all information in English and money items in U.S. dollars.

OMB No. 1545-0123

| **Part I** | **Reporting Corporation** (see instructions). All reporting corporations must complete Part I. |
|---|---|

**1a** Name of reporting corporation

Global Benefits Group Inc

Number, street, and room or suite no. (If a P.O. box, see instructions.)

27051 Towne Centre Drive, #210

City or town, state, and ZIP code (If a foreign address, see instructions.)

FOOTHILL RANCH, CA  92610

**1b Employer identification number**

20-3842750

**1c** Total assets

$          55,844,485.

**1d** Principal business activity  BROKER

**1e** Principal business activity code   524210

**1f** Total value of gross payments made or received reported on **this** Form 5472. See instructions.

$        113,619,008.

**1g** Total number of Forms 5472 filed for the tax year

3

**1h** Total value of gross payments made or received reported on **all** Forms 5472. See instructions.

$        116,664,838.

**1i** Check here if this is a consolidated filing of Form 5472 . . . .  [X]

**1j** Check here if this is the initial year for which the U.S. reporting corporation is filing a Form 5472 . . . . . . . . [ ]

**1k** Total number of Parts VIII attached to Form 5472

**1l** Country of incorporation

US

Stmt 51

**1m** Date of incorporation

**1n** Country(ies) under whose laws the reporting corporation files an income tax return as a resident

US

**1o** Principal country(ies) where business is conducted

US

**2** Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of **(a)** the total voting power of all classes of the stock of the reporting corporation entitled to vote, or **(b)** the total value of all classes of stock of the reporting corporation  [ ]

**3** Check here if the reporting corporation is a foreign-owned domestic disregarded entity (foreign-owned U.S. DE) treated as a corporation for purposes of section 6038A. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]

| **Part II** | **25% Foreign Shareholder** (see instructions) |
|---|---|

Check here if any direct (or ultimate indirect) 25% foreign shareholder listed in Part II is a surrogate foreign corporation under section 7874(a)(2)(B).  [ ]

**4a** Name and address of direct 25% foreign shareholder   GBG Insurance LIMITED

LEVEL 5, MILL CT LA CHAROTERRIE        ST PETER PORT,    GK   GY1 1LF

**4b(1)** U.S. identifying number, if any

98-1289938

**4b(2)** Reference ID number (see instructions)

**4b(3)** Foreign taxpayer identification number (FTIN), if any (see instructions)

**4c** Principal country(ies) where business is conducted

GK

**4d** Country of citizenship, organization, or incorporation

GK

**4e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident

GK

**5a** Name and address of direct 25% foreign shareholder

**5b(1)** U.S. identifying number, if any

**5b(2)** Reference ID number (see instructions)

**5b(3)** FTIN, if any (see instructions)

**5c** Principal country(ies) where business is conducted

**5d** Country of citizenship, organization, or incorporation

**5e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident

**6a** Name and address of ultimate indirect 25% foreign shareholder   GBGI LIMITED

LEVEL 5, MILL CT LA CHAROTERRIE        ST PETER PORT,    GK   GY1 1LF

**6b(1)** U.S. identifying number, if any

98-1289939

**6b(2)** Reference ID number (see instructions)

0000001

**6b(3)** FTIN, if any (see instructions)

**6c** Principal country(ies) where business is conducted

GK

**6d** Country of citizenship, organization, or incorporation

GK

**6e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

GK

**7a** Name and address of ultimate indirect 25% foreign shareholder

**7b(1)** U.S. identifying number, if any

**7b(2)** Reference ID number (see instructions)

**7b(3)** FTIN, if any (see instructions)

**7c** Principal country(ies) where business is conducted

**7d** Country of citizenship, organization, or incorporation

**7e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

**For Paperwork Reduction Act Notice, see instructions.**

Form **5472** (Rev. 12-2022)

JSA

2C2820 1.000

0001WA   X45R

Form 5472 (Rev. 12-2022)
Page **2**

| **Part III** | **Related Party** (see instructions). All reporting corporations must complete this question and the rest of Part III. |
|---|---|

Check applicable box: Is the related party a [X] foreign person or [ ] U.S. person?

**8a** Name and address of related party GBG Insurance Limited

LEVEL 5 MILL CT. LA CHARROTERIE          ST PETER PORT,  GK  GY1 1LF

| **8b(1)** U.S. identifying number, if any | **8b(2)** Reference ID number (see instructions) | **8b(3)** FTIN, if any (see instructions) |
|---|---|---|
| FOREIGNUS | 51EJ | |

| **8c** Principal business activity    INSURANCE | **8d** Principal business activity code    524140 |
|---|---|

| **8e** Relationship - Check boxes that apply: | [ ] Related to reporting corporation | [ ] Related to 25% foreign shareholder | [X] 25% foreign shareholder |
|---|---|---|---|

| **8f** Principal country(ies) where business is conducted | **8g** Country(ies) under whose laws the related party files an income tax return as a resident |
|---|---|
| GK | GK |

| **Part IV** | **Monetary Transactions Between Reporting Corporations and Foreign Related Party** (see instructions) |
|---|---|

**Caution:** Part IV **must** be completed if the "foreign person" box is checked in the heading for Part III.

If estimates are used, check here. [ ]                              See Statement 52

| | | | |
|---|---|---|---:|
| 9 | Sales of stock in trade (inventory) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Sales of tangible property other than stock in trade . . . . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Platform contribution transaction payments received . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Cost sharing transaction payments received . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13a | Rents received (for other than intangible property rights) . . . . . . . . . . . . . . . . . . . | 13a | |
| b | Royalties received (for other than intangible property rights) . . . . . . . . . . . . . . . . . | 13b | |
| 14 | Sales, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) . | 14 | |
| 15 | Consideration received for technical, managerial, engineering, construction, scientific, or like services . . . . | 15 | |
| 16 | Commissions received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Amounts borrowed (see instructions)  **a** Beginning balance ___178,061,303.___  **b** Ending balance or monthly average | 17b | 76,295,785. |
| 18 | Interest received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Premiums received for insurance or reinsurance . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Loan guarantee fees received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Other amounts received (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total.** Combine amounts on lines 9 through 21 . . . . . . . . . . . . . . . . . . . . . . . . | 22 | 76,295,785. |
| 23 | Purchases of stock in trade (inventory) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Purchases of tangible property other than stock in trade . . . . . . . . . . . . . . . . . . . | 24 | |
| 25 | Platform contribution transaction payments paid . . . . . . . . . . . . . . . . . . . . . . . | 25 | |
| 26 | Cost sharing transaction payments paid . . . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | |
| 27a | Rents paid (for other than intangible property rights) . . . . . . . . . . . . . . . . . . . . . | 27a | |
| b | Royalties paid (for other than intangible property rights) . . . . . . . . . . . . . . . . . . . | 27b | |
| 28 | Purchases, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) | 28 | |
| 29 | Consideration paid for technical, managerial, engineering, construction, scientific, or like services . . . . . | 29 | |
| 30 | Commissions paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30 | 32,181,790. |
| 31 | Amounts loaned (see instructions)    **a** Beginning balance _____  **b** Ending balance or monthly average | 31b | |
| 32 | Interest paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Premiums paid for insurance or reinsurance . . . . . . . . . . . . . . . . . . . . . . . . . | 33 | |
| 34 | Loan guarantee fees paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | |
| 35 | Other amounts paid (see instructions) . . . . . . . . . . . See Statement 52 | 35 | 5,141,433. |
| 36 | **Total.** Combine amounts on lines 23 through 35 . . . . . . . . . . . . . . . . . . . . . . . | 36 | 37,323,223. |

| **Part V** | **Reportable Transactions of a Reporting Corporation That Is a Foreign-Owned U.S. DE** (see instructions) |
|---|---|

Describe on an attached separate sheet any other transaction as defined by Regulations section 1.482-1(i)(7), such as amounts paid or received in connection with the formation, dissolution, acquisition, and disposition of the entity, including contributions to and distributions from the entity, and check here. [ ]

| **Part VI** | **Nonmonetary and Less-Than-Full Consideration Transactions Between the Reporting Corporation and the Foreign Related Party** (see instructions) |
|---|---|

Describe these transactions on an attached separate sheet and check here. [ ]

Form **5472** (Rev. 12-2022)

JSA
2C2821 1.000
0001WA  X45R

Global Case 24-16134-CMG ... no 01:00

Form 5472 (Rev. 12-2022)                                                                                                      Page **3**

| **Part VII** | **Additional Information.** All reporting corporations must complete Part VII. | | |
|---|---|---|---|

**37** Does the reporting corporation import goods from a foreign related party? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**38 a** If "Yes," is the basis or inventory cost of the goods valued at greater than the customs value of the imported goods? . . . ☐ Yes ☒ No

**b** If "Yes," attach a statement explaining the reason or reasons for such difference.

**c** If the answers to questions 37 and 38a are "Yes," were the documents used to support this treatment of the imported goods in existence and available in the United States at the time of filing Form 5472? . . . . . . . . . . . . . . ☐ Yes ☐ No

**39** During the tax year, was the foreign parent corporation a participant in any cost sharing arrangement (CSA)? . . . . . . ☐ Yes ☒ No

**40 a** During the tax year, did the reporting corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**b** If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

**41 a** Is the reporting corporation claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation? If "Yes," complete lines 41b, 41c, and 41d. See instructions . . . . . . . ☐ Yes ☒ No

**b** Enter the amount of gross receipts derived from all sales of general property to the foreign related party that the reporting corporation included in its computation of foreign-derived deduction eligible income (FDDEI). See instructions ▶ $ _____

**c** Enter the amount of gross receipts derived from all sales of intangible property to the foreign related party that the reporting corporation included in its computation of FDDEI. See instructions . . . . . . . . . . . . . . . . . . ▶ $ _____

**d** Enter the amount of gross receipts derived from all services provided to the foreign related party that the reporting corporation included in its computation of FDDEI. See instructions . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

**42** Did the reporting corporation have any loan to or from the related party, to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . ☐ Yes ☒ No

**43 a** Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the tax year or, during the period beginning 36 months before the date of the respective acquisition or distribution and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**b** If the answer to question 43a is "Yes," provide the following.

**(1)** The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

**(2)** The amount of such related party indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

| **Part VIII** | **Cost Sharing Arrangement (CSA)** |
|---|---|

**Note:** Complete a separate Part VIII for each CSA in which the reporting corporation was a participant during the tax year. Report all amounts in U.S. dollars. (See instructions.)

**44** Provide a brief description of the CSA with respect to which this Part VIII is being completed.

_____
_____
_____
_____

**45** During the course of the tax year, did the reporting corporation become a participant in the CSA? . . . . . . . . . . . ☐ Yes ☐ No

**46** Was the CSA in effect before January 5, 2009? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**47** What was the reporting corporation's share of reasonably anticipated benefits for the CSA? . . . . . . . . . . . . _____ %

**48 a** Enter the total amount of stock-based compensation deductions claimed by the reporting corporation . . . . . . . ▶ $ _____

**b** Enter the total amount of deductions for the tax year for stock-based compensation that was granted during the term of the CSA and, at date of grant, is directly identified with, or reasonably allocable to, the intangible development activity under the CSA ▶ $ _____

**c** Was there any stock-based compensation granted during the term of the CSA to individuals who performed functions in business activities that generate cost shared intangibles that was not treated as directly identified with, or reasonably allocable to, the intangible development activity? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**49 a** Enter the total amount of intangible development costs for the CSA . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

**b** Enter the amount of intangible development costs allocable to the reporting corporation based on the reporting corporation's reasonably anticipated benefits share . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

| **Part IX** | **Base Erosion Payments and Base Erosion Tax Benefits Under Section 59A** (see instructions) |
|---|---|

**50** Amounts defined as base erosion payments under section 59A(d) . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

**51** Amount of base erosion tax benefits under section 59A(c)(2) . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

**52** Amount of total qualified derivative payments as described in section 59A(h) made by the reporting corporation . . . ▶ $ _____

**53** Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Form **5472** (Rev. 12-2022)

Form **5472**

(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

**Information Return of a 25% Foreign-Owned U.S. Corporation or a
Foreign Corporation Engaged in a U.S. Trade or Business**
**(Under Sections 6038A and 6038C of the Internal Revenue Code)**
Go to *www.irs.gov/Form5472* for instructions and the latest information.

For tax year of the reporting corporation beginning __01/01/2022__ , and ending __12/31/2022__

**Note:** Enter all information in English and money items in U.S. dollars.

OMB No. 1545-0123

| **Part I** | **Reporting Corporation** (see instructions). All reporting corporations must complete Part I. |
|---|---|

**1a** Name of reporting corporation

Global Benefits Group Inc

Number, street, and room or suite no. (If a P.O. box, see instructions.)

27051 Towne Centre Drive, #210

City or town, state, and ZIP code (If a foreign address, see instructions.)

FOOTHILL RANCH, CA  92610

**1b** Employer identification number

20-3842750

**1c** Total assets

$          55,844,485.

**1d** Principal business activity  BROKER

**1e** Principal business activity code   524210

**1f** Total value of gross payments made or received reported on **this** Form 5472. See instructions.

$       147,277.

**1g** Total number of Forms 5472 filed for the tax year

3

**1h** Total value of gross payments made or received reported on **all** Forms 5472. See instructions.

$     116,664,838.

**1i** Check here if this is a consolidated filing of Form 5472 . . . .   X

Stmt 53

**1j** Check here if this is the initial year for which the U.S. reporting corporation is filing a Form 5472 . . . . . . .

**1k** Total number of Parts VIII attached to Form 5472

**1l** Country of incorporation

US

**1m** Date of incorporation

**1n** Country(ies) under whose laws the reporting corporation files an income tax return as a resident

US

**1o** Principal country(ies) where business is conducted

US

**2** Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of **(a)** the total voting power of all classes of the stock of the reporting corporation entitled to vote, or **(b)** the total value of all classes of stock of the reporting corporation

**3** Check here if the reporting corporation is a foreign-owned domestic disregarded entity (foreign-owned U.S. DE) treated as a corporation for purposes of section 6038A. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| **Part II** | **25% Foreign Shareholder** (see instructions) |
|---|---|

Check here if any direct (or ultimate indirect) 25% foreign shareholder listed in Part II is a surrogate foreign corporation under section 7874(a)(2)(B).

**4a** Name and address of direct 25% foreign shareholder   GBG INSURANCE LIMITED

LEVEL 5, MILL CT LA CHAROTERRIE      ST PETER PORT,    GK  GY1-1LF

**4b(1)** U.S. identifying number, if any

98-1289938

**4b(2)** Reference ID number (see instructions)

**4b(3)** Foreign taxpayer identification number (FTIN), if any (see instructions)

**4c** Principal country(ies) where business is conducted

GK

**4d** Country of citizenship, organization, or incorporation

GK

**4e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident

GK

**5a** Name and address of direct 25% foreign shareholder

**5b(1)** U.S. identifying number, if any

**5b(2)** Reference ID number (see instructions)

**5b(3)** FTIN, if any (see instructions)

**5c** Principal country(ies) where business is conducted

**5d** Country of citizenship, organization, or incorporation

**5e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident

**6a** Name and address of ultimate indirect 25% foreign shareholder   GBGI LIMITED

LEVEL 5, MILL CT LA CHAROTERRIE      ST PETER PORT,    GK  GY1 1LF

**6b(1)** U.S. identifying number, if any

98-1289939

**6b(2)** Reference ID number (see instructions)

0000001

**6b(3)** FTIN, if any (see instructions)

**6c** Principal country(ies) where business is conducted

GK

**6d** Country of citizenship, organization, or incorporation

GK

**6e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

GK

**7a** Name and address of ultimate indirect 25% foreign shareholder

**7b(1)** U.S. identifying number, if any

**7b(2)** Reference ID number (see instructions)

**7b(3)** FTIN, if any (see instructions)

**7c** Principal country(ies) where business is conducted

**7d** Country of citizenship, organization, or incorporation

**7e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

**For Paperwork Reduction Act Notice, see instructions.**

JSA

2C2820 1.000

Form **5472** (Rev. 12-2022)

Form 5472 (Rev. 12-2022)                                                                                           Page **2**

| **Part III** | **Related Party** (see instructions). All reporting corporations must complete this question and the rest of Part III. |
|---|---|

Check applicable box: Is the related party a [X] foreign person or [ ] U.S. person?

**8a** Name and address of related party Global Benefits Europe B.V.

1-4 BURY ST.                          LONDON,  UK  EC34 5AW

| **8b(1)** U.S. identifying number, if any | **8b(2)** Reference ID number (see instructions) | **8b(3)** FTIN, if any (see instructions) |
|---|---|---|
| FOREIGNUS | 14EC345AW | |

| **8c** Principal business activity    Broker | | **8d** Principal business activity code    524210 |
|---|---|---|

| **8e** Relationship - Check boxes that apply: | [ ] Related to reporting corporation | [ ] Related to 25% foreign shareholder | [X] 25% foreign shareholder |
|---|---|---|---|

| **8f** Principal country(ies) where business is conducted | **8g** Country(ies) under whose laws the related party files an income tax return as a resident |
|---|---|
| UK | UK |

| **Part IV** | **Monetary Transactions Between Reporting Corporations and Foreign Related Party** (see instructions) |
|---|---|

**Caution:** Part IV **must** be completed if the "foreign person" box is checked in the heading for Part III.

If estimates are used, check here. [ ]                                    See Statement 54

| | | | |
|---|---|---|---:|
| 9 | Sales of stock in trade (inventory) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| 10 | Sales of tangible property other than stock in trade . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Platform contribution transaction payments received . . . . . . . . . . . . . . . . | 11 | |
| 12 | Cost sharing transaction payments received . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 a | Rents received (for other than intangible property rights) . . . . . . . . . . . . . . | 13a | |
| b | Royalties received (for other than intangible property rights) . . . . . . . . . . . . | 13b | |
| 14 | Sales, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) . | 14 | |
| 15 | Consideration received for technical, managerial, engineering, construction, scientific, or like services . . . . | 15 | |
| 16 | Commissions received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Amounts borrowed (see instructions) **a** Beginning balance _____ NONE **b** Ending balance or monthly average | 17b | 147,277. |
| 18 | Interest received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Premiums received for insurance or reinsurance . . . . . . . . . . . . . . . . . . | 19 | |
| 20 | Loan guarantee fees received . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | |
| 21 | Other amounts received (see instructions) . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total.** Combine amounts on lines 9 through 21 . . . . . . . . . . . . . . . . . . . | 22 | 147,277. |
| 23 | Purchases of stock in trade (inventory) . . . . . . . . . . . . . . . . . . . . . . . | 23 | |
| 24 | Purchases of tangible property other than stock in trade . . . . . . . . . . . . . . | 24 | |
| 25 | Platform contribution transaction payments paid . . . . . . . . . . . . . . . . . . | 25 | |
| 26 | Cost sharing transaction payments paid . . . . . . . . . . . . . . . . . . . . . . . | 26 | |
| 27 a | Rents paid (for other than intangible property rights) . . . . . . . . . . . . . . . . | 27a | |
| b | Royalties paid (for other than intangible property rights) . . . . . . . . . . . . . . | 27b | |
| 28 | Purchases, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) | 28 | |
| 29 | Consideration paid for technical, managerial, engineering, construction, scientific, or like services . . . . . | 29 | |
| 30 | Commissions paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30 | |
| 31 | Amounts loaned (see instructions) **a** Beginning balance ____ 23,618,100. **b** Ending balance or monthly average | 31b | NONE |
| 32 | Interest paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 32 | |
| 33 | Premiums paid for insurance or reinsurance . . . . . . . . . . . . . . . . . . . . | 33 | |
| 34 | Loan guarantee fees paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | |
| 35 | Other amounts paid (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | 35 | |
| 36 | **Total.** Combine amounts on lines 23 through 35 . . . . . . . . . . . . . . . . . . | 36 | NONE |

| **Part V** | **Reportable Transactions of a Reporting Corporation That Is a Foreign-Owned U.S. DE** (see instructions) |
|---|---|

Describe on an attached separate sheet any other transaction as defined by Regulations section 1.482-1(i)(7), such as amounts paid or received in connection with the formation, dissolution, acquisition, and disposition of the entity, including contributions to and distributions from the entity, and check here. [ ]

| **Part VI** | **Nonmonetary and Less-Than-Full Consideration Transactions Between the Reporting Corporation and the Foreign Related Party** (see instructions) |
|---|---|

Describe these transactions on an attached separate sheet and check here. [ ]

Form **5472** (Rev. 12-2022)

Global Industries

Form 5472 (Rev. 12-2022)  Page **3**

| Part VII | **Additional Information.** All reporting corporations must complete Part VII. |
|---|---|

**37** Does the reporting corporation import goods from a foreign related party? . . . . . . . . . . . . . . . . . . . . . Yes ☒ No

**38 a** If "Yes," is the basis or inventory cost of the goods valued at greater than the customs value of the imported goods? . . . Yes ☒ No

**b** If "Yes," attach a statement explaining the reason or reasons for such difference.

**c** If the answers to questions 37 and 38a are "Yes," were the documents used to support this treatment of the imported goods in existence and available in the United States at the time of filing Form 5472? . . . . . . . . . . . . Yes ☐ No

**39** During the tax year, was the foreign parent corporation a participant in any cost sharing arrangement (CSA)? . . . . . . Yes ☒ No

**40 a** During the tax year, did the reporting corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes ☒ No

**b** If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . . . . . . . . . . . . . . $ _____

**41 a** Is the reporting corporation claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation? If "Yes," complete lines 41b, 41c, and 41d. See instructions . . . . . . Yes ☒ No

**b** Enter the amount of gross receipts derived from all sales of general property to the foreign related party that the reporting corporation included in its computation of foreign-derived deduction eligible income (FDDEI). See instructions . . . $ _____

**c** Enter the amount of gross receipts derived from all sales of intangible property to the foreign related party that the reporting corporation included in its computation of FDDEI. See instructions . . . . . . . . . . . . . . . . . . $ _____

**d** Enter the amount of gross receipts derived from all services provided to the foreign related party that the reporting corporation included in its computation of FDDEI. See instructions . . . . . . . . . . . . . . . . . . . . $ _____

**42** Did the reporting corporation have any loan to or from the related party, to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . Yes ☒ No

**43 a** Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the tax year or, during the period beginning 36 months before the date of the respective acquisition or distribution and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes ☒ No

**b** If the answer to question 43a is "Yes," provide the following.

**(1)** The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . . . . . . . . . . $ _____

**(2)** The amount of such related party indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Part VIII | **Cost Sharing Arrangement (CSA)** |
|---|---|

**Note:** Complete a separate Part VIII for each CSA in which the reporting corporation was a participant during the tax year. Report all amounts in U.S. dollars. (See instructions.)

**44** Provide a brief description of the CSA with respect to which this Part VIII is being completed.

_____

_____

_____

_____

**45** During the course of the tax year, did the reporting corporation become a participant in the CSA? . . . . . . . . . . Yes ☐ No

**46** Was the CSA in effect before January 5, 2009? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes ☐ No

**47** What was the reporting corporation's share of reasonably anticipated benefits for the CSA? _____ %

**48 a** Enter the total amount of stock-based compensation deductions claimed by the reporting corporation . . . . . . . . $ _____

**b** Enter the total amount of deductions for the tax year for stock-based compensation that was granted during the term of the CSA and, at date of grant, is directly identified with, or reasonably allocable to, the intangible development activity under the CSA $ _____

**c** Was there any stock-based compensation granted during the term of the CSA to individuals who performed functions in business activities that generate cost shared intangibles that was not treated as directly identified with, or reasonably allocable to, the intangible development activity? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Yes ☐ No

**49 a** Enter the total amount of intangible development costs for the CSA . . . . . . . . . . . . . . . . . . . . $ _____

**b** Enter the amount of intangible development costs allocable to the reporting corporation based on the reporting corporation's reasonably anticipated benefits share . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Part IX | **Base Erosion Payments and Base Erosion Tax Benefits Under Section 59A** (see instructions) |
|---|---|

**50** Amounts defined as base erosion payments under section 59A(d) . . . . . . . . . . . . . . . . . . . . $ _____

**51** Amount of base erosion tax benefits under section 59A(c)(2) . . . . . . . . . . . . . . . . . . . . . . $ _____

**52** Amount of total qualified derivative payments as described in section 59A(h) made by the reporting corporation . . . $ _____

**53** Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Form **5472** (Rev. 12-2022)

Form **5472**

(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

**Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business**
**(Under Sections 6038A and 6038C of the Internal Revenue Code)**
Go to *www.irs.gov/Form5472* for instructions and the latest information.

OMB No. 1545-0123

For tax year of the reporting corporation beginning  01/01/2022 , and ending  12/31/2022

**Note:** Enter all information in English and money items in U.S. dollars.

| **Part I** | **Reporting Corporation** (see instructions). All reporting corporations must complete Part I. |
|---|---|

**1a** Name of reporting corporation

Global Benefits Group Inc

Number, street, and room or suite no. (If a P.O. box, see instructions.)

27051 Towne Centre Drive, #210

City or town, state, and ZIP code (If a foreign address, see instructions.)

FOOTHILL RANCH, CA 92610

**1b** Employer identification number

20-3842750

**1c** Total assets

$      55,844,485.

**1d** Principal business activity  BROKER

**1e** Principal business activity code  524210

**1f** Total value of gross payments made or received reported on **this** Form 5472. See instructions.

$      2,898,553.

**1g** Total number of Forms 5472 filed for the tax year

3

**1h** Total value of gross payments made or received reported on **all** Forms 5472. See instructions.

$      116,664,838.

**1i** Check here if this is a consolidated filing of Form 5472 . . . . [X]

Stmt 55

**1j** Check here if this is the initial year for which the U.S. reporting corporation is filing a Form 5472 . . . . . . . [ ]

**1k** Total number of Parts VIII attached to Form 5472

**1l** Country of incorporation

US

**1m** Date of incorporation

**1n** Country(ies) under whose laws the reporting corporation files an income tax return as a resident

US

**1o** Principal country(ies) where business is conducted

US

**2** Check here if, at any time during the tax year, any foreign person owned, directly or indirectly, at least 50% of **(a)** the total voting power of all classes of the stock of the reporting corporation entitled to vote, or **(b)** the total value of all classes of stock of the reporting corporation . . . . . . . . . . . . . . . . . . [ ]

**3** Check here if the reporting corporation is a foreign-owned domestic disregarded entity (foreign-owned U.S. DE) treated as a corporation for purposes of section 6038A. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]

| **Part II** | **25% Foreign Shareholder** (see instructions) |
|---|---|

Check here if any direct (or ultimate indirect) 25% foreign shareholder listed in Part II is a surrogate foreign corporation under section 7874(a)(2)(B). [ ]

**4a** Name and address of direct 25% foreign shareholder  GBG INSURANCE LIMITED

LEVEL 5, MILL CT LA CHAROTERRIE        ST PETER PORT,    GK  GY1-1LF

**4b(1)** U.S. identifying number, if any

98-1289938

**4b(2)** Reference ID number (see instructions)

**4b(3)** Foreign taxpayer identification number (FTIN), if any (see instructions)

**4c** Principal country(ies) where business is conducted

GK

**4d** Country of citizenship, organization, or incorporation

GK

**4e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident

GK

**5a** Name and address of direct 25% foreign shareholder

**5b(1)** U.S. identifying number, if any

**5b(2)** Reference ID number (see instructions)

**5b(3)** FTIN, if any (see instructions)

**5c** Principal country(ies) where business is conducted

**5d** Country of citizenship, organization, or incorporation

**5e** Country(ies) under whose laws the direct 25% foreign shareholder files an income tax return as a resident

**6a** Name and address of ultimate indirect 25% foreign shareholder  GBGI LIMITED

LEVEL 5, MILL CT LA CHAROTERRIE        ST PETER PORT,    GK  GY1 1LP

**6b(1)** U.S. identifying number, if any

98-1289939

**6b(2)** Reference ID number (see instructions)

0000001

**6b(3)** FTIN, if any (see instructions)

**6c** Principal country(ies) where business is conducted

GK

**6d** Country of citizenship, organization, or incorporation

GK

**6e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

GK

**7a** Name and address of ultimate indirect 25% foreign shareholder

**7b(1)** U.S. identifying number, if any

**7b(2)** Reference ID number (see instructions)

**7b(3)** FTIN, if any (see instructions)

**7c** Principal country(ies) where business is conducted

**7d** Country of citizenship, organization, or incorporation

**7e** Country(ies) under whose laws the ultimate indirect 25% foreign shareholder files an income tax return as a resident

**For Paperwork Reduction Act Notice, see instructions.**

JSA

2C2820 1.000

Form **5472** (Rev. 12-2022)

0001WA  X45R

Global Benefits Group Inc                                                                20-3842750

Form 5472 (Rev. 12-2022)                                                                          Page **2**

| **Part III** | **Related Party** (see instructions). All reporting corporations must complete this question and the rest of Part III. |
|---|---|

Check applicable box: Is the related party a ☒ foreign person or ☐ U.S. person?

**8a** Name and address of related party GBGI Limited

LEVEL 5, MILL CT LA CHAROTERRIE          ST PETER PORT,  GK  GY1 1LF

| **8b(1)** U.S. identifying number, if any | **8b(2)** Reference ID number (see instructions) | **8b(3)** FTIN, if any (see instructions) |
|---|---|---|
| FOREIGNUS | 0000001 | |

| **8c** Principal business activity  HOLDING COMPANY | **8d** Principal business activity code    551112 |
|---|---|

| **8e** Relationship - Check boxes that apply: | ☐ Related to reporting corporation | ☐ Related to 25% foreign shareholder | ☒ 25% foreign shareholder |
|---|---|---|---|

| **8f** Principal country(ies) where business is conducted | **8g** Country(ies) under whose laws the related party files an income tax return as a resident |
|---|---|
| GK | GK |

| **Part IV** | **Monetary Transactions Between Reporting Corporations and Foreign Related Party** (see instructions) |
|---|---|

**Caution:** Part IV **must** be completed if the "foreign person" box is checked in the heading for Part III.

If estimates are used, check here. ☐                          See Statement 56

| | | | |
|---|---|---|---:|
| 9 | Sales of stock in trade (inventory) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | |
| 10 | Sales of tangible property other than stock in trade . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | Platform contribution transaction payments received . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Cost sharing transaction payments received . . . . . . . . . . . . . . . . . . . . . . | **12** | |
| **13a** | Rents received (for other than intangible property rights) . . . . . . . . . . . . . . . | **13a** | |
| **b** | Royalties received (for other than intangible property rights) . . . . . . . . . . . . . . | **13b** | |
| 14 | Sales, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) . | **14** | |
| 15 | Consideration received for technical, managerial, engineering, construction, scientific, or like services . . . . | **15** | |
| 16 | Commissions received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| 17 | Amounts borrowed (see instructions)  **a** Beginning balance _____  **b** Ending balance or monthly average | **17b** | |
| 18 | Interest received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| 19 | Premiums received for insurance or reinsurance . . . . . . . . . . . . . . . . . . . . | **19** | |
| 20 | Loan guarantee fees received . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **20** | |
| 21 | Other amounts received (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Combine amounts on lines 9 through 21 . . . . . . . . . . . . . . . . . . . . | **22** | |
| 23 | Purchases of stock in trade (inventory) . . . . . . . . . . . . . . . . . . . . . . . . | **23** | |
| 24 | Purchases of tangible property other than stock in trade . . . . . . . . . . . . . . . . . | **24** | |
| 25 | Platform contribution transaction payments paid . . . . . . . . . . . . . . . . . . . . | **25** | |
| 26 | Cost sharing transaction payments paid . . . . . . . . . . . . . . . . . . . . . . . . | **26** | |
| **27a** | Rents paid (for other than intangible property rights) . . . . . . . . . . . . . . . . . . | **27a** | |
| **b** | Royalties paid (for other than intangible property rights) . . . . . . . . . . . . . . . . . | **27b** | |
| 28 | Purchases, leases, licenses, etc., of intangible property rights (for example, patents, trademarks, secret formulas) | **28** | |
| 29 | Consideration paid for technical, managerial, engineering, construction, scientific, or like services . . . . . | **29** | |
| 30 | Commissions paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **30** | |
| 31 | Amounts loaned (see instructions)  **a** Beginning balance    NONE    **b** Ending balance or monthly average | **31b** | 2,041,647. |
| 32 | Interest paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | |
| 33 | Premiums paid for insurance or reinsurance . . . . . . . . . . . . . . . . . . . . . . | **33** | |
| 34 | Loan guarantee fees paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | |
| 35 | Other amounts paid (see instructions) . . . . . . . . . . See Statement 56 | **35** | 856,906. |
| 36 | **Total.** Combine amounts on lines 23 through 35 . . . . . . . . . . . . . . . . . . . . | **36** | 2,898,553. |

| **Part V** | **Reportable Transactions of a Reporting Corporation That Is a Foreign-Owned U.S. DE** (see instructions) |
|---|---|

Describe on an attached separate sheet any other transaction as defined by Regulations section 1.482-1(i)(7), such as amounts paid or received in connection with the formation, dissolution, acquisition, and disposition of the entity, including contributions to and distributions from the entity, and check here. ☐

| **Part VI** | **Nonmonetary and Less-Than-Full Consideration Transactions Between the Reporting Corporation** |
|---|---|

**and the Foreign Related Party** (see instructions)

Describe these transactions on an attached separate sheet and check here. ☐

Form **5472** (Rev. 12-2022)

JSA
2C2821 1.000
0001WA  X45R

Form 5472 (Rev. 12-2022)

| **Part VII** | **Additional Information.** All reporting corporations must complete Part VII. |

**37** Does the reporting corporation import goods from a foreign related party? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**38 a** If "Yes," is the basis or inventory cost of the goods valued at greater than the customs value of the imported goods? . . . ☐ Yes ☐ No

**b** If "Yes," attach a statement explaining the reason or reasons for such difference.

**c** If the answers to questions 37 and 38a are "Yes," were the documents used to support this treatment of the imported goods in existence and available in the United States at the time of filing Form 5472? . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**39** During the tax year, was the foreign parent corporation a participant in any cost sharing arrangement (CSA)? . . . . . . ☐ Yes ☒ No

**40 a** During the tax year, did the reporting corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**b** If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

**41 a** Is the reporting corporation claiming a foreign-derived intangible income (FDII) deduction (under section 250) with respect to any transactions with the foreign corporation? If "Yes," complete lines 41b, 41c, and 41d. See instructions . . . . . . . ☐ Yes ☒ No

**b** Enter the amount of gross receipts derived from all sales of general property to the foreign related party that the reporting corporation included in its computation of foreign-derived deduction eligible income (FDDEI). See instructions . . . . $ _____

**c** Enter the amount of gross receipts derived from all sales of intangible property to the foreign related party that the reporting corporation included in its computation of FDDEI. See instructions . . . . . . . . . . . . . . . . . . . . . $ _____

**d** Enter the amount of gross receipts derived from all services provided to the foreign related party that the reporting corporation included in its computation of FDDEI. See instructions . . . . . . . . . . . . . . . . . . . . . . . . $ _____

**42** Did the reporting corporation have any loan to or from the related party, to which the safe-haven rate rules of Regulations section 1.482-2(a)(2)(iii)(B) are applicable, and for which the reporting corporation used a rate of interest within the safe-haven range of Regulations section 1.482-2(a)(2)(iii)(B)(1) (100% to 130% of the AFR for the relevant term)? . . ☐ Yes ☒ No

**43 a** Did the reporting corporation make at least one distribution or acquisition (as defined by Regulations section 1.385-3) during the tax year or, during the period beginning 36 months before the date of the respective acquisition or distribution and ending 36 months afterward, did the reporting corporation issue or refinance indebtedness owed to a related party? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**b** If the answer to question 43a is "Yes," provide the following.

**(1)** The amount of such distribution(s) and acquisition(s) . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

**(2)** The amount of such related party indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| **Part VIII** | **Cost Sharing Arrangement (CSA)** |

**Note:** Complete a separate Part VIII for each CSA in which the reporting corporation was a participant during the tax year. Report all amounts in U.S. dollars. (See instructions.)

**44** Provide a brief description of the CSA with respect to which this Part VIII is being completed.

_____

_____

_____

_____

**45** During the course of the tax year, did the reporting corporation become a participant in the CSA? . . . . . . . . . . . ☐ Yes ☐ No

**46** Was the CSA in effect before January 5, 2009? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**47** What was the reporting corporation's share of reasonably anticipated benefits for the CSA? . . . . . . . . _____ %

**48 a** Enter the total amount of stock-based compensation deductions claimed by the reporting corporation . . . . . . . . . $ _____

**b** Enter the total amount of deductions for the tax year for stock-based compensation that was granted during the term of the CSA and, at date of grant, is directly identified with, or reasonably allocable to, the intangible development activity under the CSA $ _____

**c** Was there any stock-based compensation granted during the term of the CSA to individuals who performed functions in business activities that generate cost shared intangibles that was not treated as directly identified with, or reasonably allocable to, the intangible development activity? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**49 a** Enter the total amount of intangible development costs for the CSA . . . . . . . . . . . . . . . . . . . . . . . $ _____

**b** Enter the amount of intangible development costs allocable to the reporting corporation based on the reporting corporation's reasonably anticipated benefits share . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| **Part IX** | **Base Erosion Payments and Base Erosion Tax Benefits Under Section 59A** (see instructions) |

**50** Amounts defined as base erosion payments under section 59A(d) . . . . . . . . . . . . . . . . . . . . . . . $ _____

**51** Amount of base erosion tax benefits under section 59A(c)(2) . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

**52** Amount of total qualified derivative payments as described in section 59A(h) made by the reporting corporation . . . $ _____

**53** Reserved for future use . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Form **5472** (Rev. 12-2022)

Form **8992**

(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

## U.S. Shareholder Calculation of Global Intangible Low-Taxed Income (GILTI)

Go to *www.irs.gov/Form8992* for instructions and the latest information.

OMB No. 1545-0123

Attachment
Sequence No. **992**

| Name of person filing this return | **A** Identifying number |
|---|---|
| Global Benefits Group Inc and Subs | 20-3842750 |
| Name of U.S. shareholder | **B** Identifying number |

| **Part I** | **Net Controlled Foreign Corporation (CFC) Tested Income** | | |
|---|---|---|---|
| **1** | Sum of Pro Rata Share of Net Tested Income | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, enter the total from Schedule A (Form 8992), line 1, column (e). | **1** | 852,451. |
| | If the U.S. shareholder is a member of a U.S. consolidated group, enter the amount from Schedule B (Form 8992), Part II, column (c), that pertains to the U.S. shareholder. | | |
| **2** | Sum of Pro Rata Share of Net Tested Loss | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, enter the total from Schedule A (Form 8992), line 1, column (f). | **2** | ( 495,251.) |
| | If the U.S. shareholder is a member of a U.S. consolidated group, enter the amount from Schedule B (Form 8992), Part II, column (f), that pertains to the U.S. shareholder. | | |
| **3** | Net CFC Tested Income. Combine lines 1 and 2. If zero or less, stop here. | **3** | 357,200. |

| **Part II** | **Calculation of Global Intangible Low-Taxed Income (GILTI)** | | |
|---|---|---|---|
| **1** | Net CFC Tested Income. Enter amount from Part I, line 3 | **1** | 357,200. |
| **2** | Deemed Tangible Income Return (DTIR) | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, multiply the total from Schedule A (Form 8992), line 1, column (g), by 10% (0.10). | **2** | |
| | If the U.S. shareholder is a member of a U.S. consolidated group, enter the amount from Schedule B (Form 8992), Part II, column (i), that pertains to the U.S. shareholder. | | |
| **3a** | Sum of Pro Rata Share of Tested Interest Expense | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, enter the total from Schedule A (Form 8992), line 1, column (j). | **3a** | |
| | If the U.S. shareholder is a member of a U.S. consolidated group, leave line 3a blank. | | |
| **b** | Sum of Pro Rata Share of Tested Interest Income | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, enter the total from Schedule A (Form 8992), line 1, column (i). | **3b** | |
| | If the U.S. shareholder is a member of a U.S. consolidated group, leave line 3b blank. | | |
| **c** | Specified Interest Expense | | |
| | If the U.S. shareholder is not a member of a U.S. consolidated group, subtract line 3b from line 3a. If zero or less, enter -0-. | **3c** | NONE |
| | If the U.S. shareholder is a member of a U.S. consolidated group, enter the amount from Schedule B (Form 8992), Part II, column (m), that pertains to the U.S. shareholder. | | |
| **4** | Net DTIR. Subtract line 3c from line 2. If zero or less, enter -0- | **4** | |
| **5** | GILTI. Subtract line 4 from line 1. If zero or less, enter -0- | **5** | 357,200. |

For Paperwork Reduction Act Notice, see separate instructions.

Form **8992** (Rev. 12-2022)

**SCHEDULE B**
**(Form 8992)**
(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

# Calculation of Global Intangible Low-Taxed Income (GILTI) for Members of a U.S. Consolidated Group Who Are U.S. Shareholders of a CFC

OMB No. 1545-0123

Go to *www.irs.gov/Form8992* for instructions and the latest information.

**Important:** See instructions before completing this Schedule B.

| Name of U.S. parent corporation | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

**Part I    CFC-Level Reporting of Amounts From Schedule I-1 (Form 5471) and U.S. Shareholder-Level Reporting of CFC Items**

| (a) Name of CFC  Stmt 57 | (b) EIN or Reference ID | (c) Name of U.S. Shareholder | (d) EIN | (e) Tested Income | (f) Tested Loss | (g) Pro Rata Share of Tested Income | (h) Pro Rata Share of Tested Loss |
|---|---|---|---|---|---|---|---|
| SHANGHAI(GBG) ENTERPRISE MANAGEMENT C | | Global Benefits Group Inc | 20-3842750 | | ( ) | ( ) | ( ) |
| GBG SERVICES (INDIA) PRIVATE LIMITED | | Global Benefits Group Inc | 20-3842750 | 105,270. | ( ) | ( ) | ( ) |
| GLOBAL BENEFITS GROUP CANADA LTD. | 98-1016850 | Global Benefits Group Inc | 20-3842750 | | ( 78,962.) | ( ) | ( ) |
| GLOBAL BENEFITS GROUP PROCESSING PHIL | | Global Benefits Group Inc | 20-3842750 | 104,105. | ( ) | ( ) | ( ) |
| GLOBAL BENEFITS GROUP (UK) LIMITED | | Global Benefits Group Inc | 20-3842750 | | ( 416,288.) | ( ) | ( ) |
| GBG ELITE MEDICAL SERVICES, S.A. DE C | | Global Benefits Group Inc | 20-3842750 | 164,623. | ( ) | ( ) | ( ) |
| GBG PREMIER, S.A.DE.C.V (MEXICO) | | Global Benefits Group Inc | 20-3842750 | | ( ) | ( ) | ( ) |
| GBG PARAGUAY SOCIEDAD ANONIMA | | Global Benefits Group Inc | 20-3842750 | | ( ) | ( ) | ( ) |
| | | | | | ( ) | ( ) | ( ) |
| | | | | | ( ) | ( ) | ( ) |
| | | | | | ( ) | ( ) | ( ) |
| | | | | | ( ) | ( ) | ( ) |
| | | | | | ( ) | ( ) | ( ) |
| **1.** Totals (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 373,998. | ( 495,250.) | ( ) | ( ) |

**Important:** See *Computer-Generated Schedule B* in the Instructions for Form 8992.

**For Paperwork Reduction Act Notice, see the Instructions for Form 8992.**    Schedule B (Form 8992) (Rev. 12-2022)

JSA
2X4135 2.000

Schedule B (Form 8992) (Rev. 12-2022)                                                                                                    Page **2**

| Part I | CFC-Level Reporting of Amounts From Schedule I-1 (Form 5471) and U.S. Shareholder-Level Reporting of CFC Items *(continued)* |

| | | | | | | GILTI Allocated to Tested Income CFCs (see instructions) | |
| (i) Pro Rata Share of QBAI | (j) Pro Rata Share of Tested Loss QBAI Amount | (k) Tested Interest Expense | (l) Pro Rata Share of Tested Interest Expense | (m) Tested Interest Income | (n) Pro Rata Share of Tested Interest Income | (o) GILTI Allocation Ratio (see instructions) | (p) GILTI Allocated to Tested Income CFCs (see instructions) |
|---|---|---|---|---|---|---|---|
| | ( ) | | | | | | NONE |
| | ( ) | | | 1,526. | | | NONE |
| | ( ) | | | | | | NONE |
| | ( ) | | | 137. | | | NONE |
| | ( ) | | | | | | NONE |
| | ( ) | | | | | | NONE |
| | ( ) | | | | | | NONE |
| | ( ) | | | | | | NONE |
| | ( ) | | | | | | |
| | ( ) | | | | | | |
| | ( ) | | | | | | |
| | ( ) | | | | | | |
| | ( ) | | | | | | |
| | ( ) | | | | | | |
| **1. Totals (see instructions)** . . . . . . | ( ) | | | 1,663. | | | NONE |

Schedule B (Form 8992) (Rev. 12-2022)

JSA
2X4136 2.000

Schedule B (Form 8992) (Rev. 12-2022)                                                                                                                 Page **3**

**Part II**   **U.S. Shareholder-Level Calculations**

| (a)<br>Name of U.S. Shareholder | (b)<br>EIN | (c)<br>Aggregate Tested Income | (d)<br>GILTI Allocation Ratio | (e)<br>Aggregate Tested Loss | (f)<br>Allocable Share of Consolidated Tested Loss |
|---|---|---|---|---|---|
| Global Benefits Group Inc | 20-3842750 | 852,451. | 1.0000 | ( 495,251.) | ( 495,251.) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| | | | | ( ) | ( ) |
| **2. Totals (see instructions)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 852,451. | 1.0000 | ( 495,251.) | ( 495,251.) |

Schedule B (Form 8992) (Rev. 12-2022)

JSA
2X4137 2.000

**Part II**  **U.S. Shareholder-Level Calculations** *(continued)*

| | (g) Consolidated QBAI | (h) Allocable Share of Consolidated QBAI | (i) Deemed Tangible Income Return (DTIR) | (j) Consolidated Tested Income Expense | (k) Consolidated Tested Interest Income | (l) Consolidated Specified Interest Expense | (m) Allocable Share of Consolidated Specified Interest Expense |
|---|---|---|---|---|---|---|---|
| | | | | | | | NONE |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2.** Totals (see instructions) . . . . . . . . | | | | | | | NONE |

**Schedule B (Form 8992) (Rev. 12-2022)**

Form **8916-A**
(Rev. November 2019)
Department of the Treasury
Internal Revenue Service

## Supplemental Attachment to Schedule M-3

▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120-S.**
▶ Go to *www.irs.gov/Form1120* for the latest information.

OMB No. 1545-0123

| Name of common parent | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |
| Name of subsidiary | Employer identification number |
| | |

### Part I    Cost of Goods Sold

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 Amounts attributable to cost flow assumptions . . . . . . . | | | | |
| 2 Amounts attributable to: | | | | |
| a Stock option expense . . . . . | | | | |
| b Other equity-based compensation . . . . . . . . | | | | |
| c Meals and entertainment . . . | | | | |
| d Parachute payments . . . . . | | | | |
| e Compensation with section 162(m) limitation . . . . . . . | | | | |
| f Pension and profit sharing . . . | | | | |
| g Other post-retirement benefits . | | | | |
| h Deferred compensation . . . . | | | | |
| i Reserved . . . . . . . . . . | | | | |
| j Amortization . . . . . . . . | | | | |
| k Depletion . . . . . . . . . . | | | | |
| l Depreciation . . . . . . . . | | | | |
| m Corporate-owned life insurance premiums . . . . . . . . . | | | | |
| n Other section 263A costs . . . | | | | |
| 3 Inventory shrinkage accruals . | | | | |
| 4 Excess inventory and obsolescence reserves . . . . | | | | |
| 5 Lower of cost or market write-downs . . . . . . . . . . . | | | | |
| 6 Other items with differences (attach statement) . . . . . . | | | | |
| 7 Other items with no differences | | | | |
| 8 **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions . | | | | |

**For Paperwork Reduction Act Notice, see instructions.**

Form **8916-A** (Rev. 11-2019)

JSA
2X9035 1.000

0001WA   X45R

Form 8916-A (Rev. 11-2019)
Page **2**

| **Part II** | **Interest Income** | | | | |
|---|---|---|---|---|---|
| | Interest Income Item | **(a)** Income (Loss) per Income Statement | **(b)** Temporary Difference | **(c)** Permanent Difference | **(d)** Income (Loss) per Tax Return |
| 1 | Tax-exempt interest income | | | | |
| 2 | Interest income from hybrid securities | | | | |
| 3 | Sale/lease interest income | | | | |
| 4a | Intercompany interest income - From outside tax affiliated group | | | | |
| 4b | Intercompany interest income - From tax affiliated group | | | | |
| 5 | Other interest income | | | | |
| 6 | Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See applicable instructions. | | | | |

| **Part III** | **Interest Expense** | | | | |
|---|---|---|---|---|---|
| | Interest Expense Item | **(a)** Expense per Income Statement | **(b)** Temporary Difference | **(c)** Permanent Difference | **(d)** Deduction per Tax Return |
| 1 | Interest expense from hybrid securities | | | | |
| 2 | Lease/purchase interest expense | | | | |
| 3a | Intercompany interest expense - Paid to outside tax affiliated group | | | | |
| 3b | Intercompany interest expense - Paid to tax affiliated group | | | | |
| 4 | Other interest expense | Stmt 58 180,082. | | | 180,082. |
| 5 | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 180,082. | | | 180,082. |

Form **8916-A** (Rev. 11-2019)

JSA
2X9036 1.000

| Form **8916-A** | | **Supplemental Attachment to Schedule M-3** | | | | |
|---|---|---|---|---|---|---|
| (Rev. November 2019) | | | | | | OMB No. 1545-0123 |
| Department of the Treasury<br>Internal Revenue Service | | ▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120-S.**<br>▶ **Go to** *www.irs.gov/Form1120* **for the latest information.** | | | | |

| Name of common parent | Employer identification number |
|---|---|
| Global Benefits Group Inc | 20-3842750 |

| Name of subsidiary | Employer identification number |
|---|---|
| GBG Assist, Inc. | 37-1797452 |

**Part I   Cost of Goods Sold**

| Cost of Goods Sold Items | (a)<br>Expense per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Deduction per Tax<br>Return |
|---|---|---|---|---|
| **1** Amounts attributable to cost flow assumptions . . . . . . . | | | | |
| **2** Amounts attributable to: | | | | |
| **a** Stock option expense . . . . . | | | | |
| **b** Other equity-based compensation . . . . . . . . . | | | | |
| **c** Meals and entertainment . . . | | | | |
| **d** Parachute payments . . . . . . | | | | |
| **e** Compensation with section 162(m) limitation . . . . . . . | | | | |
| **f** Pension and profit sharing . . . | | | | |
| **g** Other post-retirement benefits . | | | | |
| **h** Deferred compensation . . . . | | | | |
| **i** Reserved . . . . . . . . . . . | | | | |
| **j** Amortization . . . . . . . . . . | | | | |
| **k** Depletion . . . . . . . . . . . | | | | |
| **l** Depreciation . . . . . . . . . . | | | | |
| **m** Corporate-owned life insurance premiums . . . . . . . . . . | | | | |
| **n** Other section 263A costs . . . | | | | |
| **3** Inventory shrinkage accruals . | | | | |
| **4** Excess inventory and obsolescence reserves . . . . . | | | | |
| **5** Lower of cost or market write-downs . . . . . . . . . . . . | | | | |
| **6** Other items with differences (attach statement) . . . . . . . | | | | |
| **7** Other items with no differences | | | | |
| **8** **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions . . . . . . . . . | | | | |

**For Paperwork Reduction Act Notice, see instructions.**     Form **8916-A** (Rev. 11-2019)

JSA
2X9035 1.000
   0001WA  X45R

GBG Assist, Inc.                                                        37-1797452

Form 8916-A (Rev. 11-2019)                                                      Page **2**

| **Part II** | **Interest Income** | | | |

| Interest Income Item | **(a)** Income (Loss) per Income Statement | **(b)** Temporary Difference | **(c)** Permanent Difference | **(d)** Income (Loss) per Tax Return |
|---|---|---|---|---|
| **1** Tax-exempt interest income | | | | |
| **2** Interest income from hybrid securities | | | | |
| **3** Sale/lease interest income | | | | |
| **4a** Intercompany interest income - From outside tax affiliated group | | | | |
| **4b** Intercompany interest income - From tax affiliated group | | | | |
| **5** Other interest income | | | | |
| **6** Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See the applicable instructions. | | | | |

| **Part III** | **Interest Expense** | | | |

| Interest Expense Item | **(a)** Expense per Income Statement | **(b)** Temporary Difference | **(c)** Permanent Difference | **(d)** Deduction per Tax Return |
|---|---|---|---|---|
| **1** Interest expense from hybrid securities | | | | |
| **2** Lease/purchase interest expense | | | | |
| **3a** Intercompany interest expense - Paid to outside tax affiliated group | | | | |
| **3b** Intercompany interest expense - Paid to tax affiliated group | | | | |
| **4** Other interest expense | 180,082. | | | 180,082. |
| **5** Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | 180,082. | | | 180,082. |

Form **8916-A** (Rev. 11-2019)

# 2022 Depreciation

**Description of Property**

General Depreciation and Amortization

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current-yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-FYE June Equip | 01/01/2017 | 94,553. | 100. | | | 47,277. | 47,276. | 41,137. | 46,928. | 150 DB | HY | | | 7 | | 5,791. |
| 3-FYE June 2017 Equi | 01/01/2017 | 23,709. | 100. | | | 11,855. | 11,854. | 10,314. | 11,766. | 150 DB | HY | | | 7 | | 1,452. |
| 4-FYE June 2017 F&F | 01/01/2017 | 36,462. | 100. | | | 18,231. | 18,231. | 15,863. | 18,096. | 150 DB | HY | | | 7 | | 2,233. |
| 21-FYE June 2014 F&F | 12/31/2013 | 112,931. | 100. | | | 56,466. | 56,465. | 54,887. | 54,887. | 150 DB | HY | | | 7 | | |
| 22-FYE June 2014 Equ | 01/01/2014 | 82,773. | 100. | | | 41,837. | 40,936. | 40,936. | 40,936. | 150 DB | HY | | | 7 | | |
| 23-FYE June 2014 F&F | 01/01/2014 | 40,627. | 100. | | | 20,314. | 20,313. | 20,313. | 20,313. | 150 DB | HY | | | 7 | | |
| 24-FYE June 2015 F&F | 01/01/2015 | 74,503. | 100. | | | 37,252. | 37,251. | 37,251. | 37,251. | 150 DB | HY | | | 7 | | |
| 25-FYE June 2016 F&F | 01/01/2016 | 27,722. | 100. | | | 13,861. | 13,861. | 13,545. | 13,861. | 150 DB | HY | | | 7 | | 316. |
| 26-FYE LHI | 02/02/2015 | 43,343. | 100. | | | | 43,343. | 7,641. | 8,752. | S/L | MM | | | 39 | | 1,111. |
| 27-FYE June 2016 LHI | 01/01/2016 | 126,756. | 100. | | | | 126,756. | 19,365. | 22,615. | S/L | MM | | | 39 | | 3,250. |
| 37-FYE June 2014 Equ | 12/31/2013 | 16,625. | 100. | | 8,313. | 8,312. | 8,080. | 8,080. | 150 DB | HY | | | 7 | | |
| 38-FYE June 2015 Equ | 12/31/2014 | 13,500. | 100. | | 6,750. | 6,750. | 6,750. | 6,750. | 150 DB | HY | | | 7 | | |
| 39-FYE June 2015 Equ | 01/01/2015 | 60,729. | 100. | | 30,365. | 30,364. | 30,364. | 30,364. | 150 DB | HY | | | 7 | | |
| 40-FYE June 2016 Equ | 01/01/2016 | 371,366. | 100. | | 185,683. | 185,683. | 181,460. | 185,683. | 150 DB | HY | | | 7 | | 4,223. |
| 89-Miami LHI | 01/17/2018 | 22,520. | 100. | | | | 22,520. | 2,285. | 2,862. | S/L | MM | | | 39 | | 577. |
| 90-Miami LHI | 06/19/2018 | 19,863. | 100. | | | | 19,863. | 1,803. | 2,312. | S/L | MM | | | 39 | | 509. |
| 57-software | 12/31/2017 | 3,852,158. | 100. | | | | 3,852,158. | 3,852,158. | 3,852,158. | S/L | S/L | 3.000 | | | | |
| 58-software | 12/31/2018 | 115,680. | 100. | | | | 115,680. | 115,680. | 115,680. | S/L | S/L | 3.000 | | | | |
| 137-CDW Direct Vern | 12/20/2019 | 33,800. | 100. | | | | 33,800. | 22,534. | 33,800. | S/L | S/L | 3.000 | | | | 11,266. |
| 139-Actisure | 04/01/2019 | 6,311,633. | 100. | | | | 6,311,633. | 5,785,664. | 6,311,633. | S/L | S/L | 3.000 | | | | 525,969. |
| 140-Archer 2.0 | 04/01/2019 | 395,350. | 100. | | | | 395,350. | 362,404. | 395,350. | S/L | S/L | 3.000 | | | | 32,946. |
| 141-Aug-Sept Laptop | 09/23/2019 | 7,456. | 100. | | | | 7,456. | 5,591. | 7,456. | S/L | S/L | 3.000 | | | | 1,865. |
| 142-Dell.com | 12/20/2019 | 2,483. | 100. | | | | 2,483. | 1,656. | 2,483. | S/L | S/L | 3.000 | | | | 827. |
| 143-Dell.com | 12/26/2019 | 9,185. | 100. | | | | 9,185. | 6,124. | 9,185. | S/L | S/L | 3.000 | | | | 3,061. |
| 144-Student Waiver | 12/31/2019 | 15,000. | 100. | | | | 15,000. | 10,000. | 15,000. | S/L | S/L | 3.000 | | | | 5,000. |
| 145-Hard Copy ID | 12/31/2019 | 810. | 100. | | | | 810. | 540. | 810. | S/L | S/L | 3.000 | | | | 270. |
| 2020 Equipment | 01/01/2020 | 370,145. | 100. | | 370,145. | | | | | 150 DB | HY | | | 5 | | |
| 2020 Software | 01/01/2020 | 724,856. | 100. | | 724,856. | | | | | S/L | S/L | 3.000 | | | | |
| 2020 F&F | 01/01/2020 | 73,817. | 100. | | 73,817. | | | | | 150 DB | HY | | | 7 | | |
| 2020 LHI | 01/2020 | 17,977. | 100. | | | 17,977. | 903. | 1,364. | S/L | MM | | | 39 | | 461. |
| 2021 FF | 01/01/2021 | 101,988. | 100. | | 101,988. | | | | | 150 DB | HY | | | 7 | | |
| 2021 EQ | 01/01/2021 | 2,102. | 100. | | 2,102. | | | | | 150 DB | HY | | | 5 | | |
| 2021 SW | 01/01/2021 | 1,252,688. | 100. | | 1,252,688. | | | | | S/L | S/L | 3.000 | | | | |
| 2022 EQ | 01/01/2022 | 13,467. | 100. | | 13,467. | | | | | 150 DB | HY | | | 5 | | |
| 2022 FF | 01/01/2022 | 226,924. | 100. | | 226,924. | | | | | 150 DB | HY | | | 7 | | |
| 2022 SW | 01/01/2022 | 1,427,842. | 100. | | 1,427,842. | | | | | S/L | S/L | 3.000 | | | | |
| Less: Retired Assets . . . . . . . . . . | | | | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . | | | | | | | | | | | | | | | | |

*Assets Retired

JSA
2C9027 1.000                 0001W4   X45R

## 2022 Depreciation

**Description of Property**

General Depreciation and Amortization

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 138-OneNeck IT Invoi | 01/15/2019 | 11,220. | 100. | | | 11,220. | 11,220. | 11,220. | S/L | S/L | 3.000 | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Less: Retired Assets . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS . . . . . . . . . . . . . . .** | | 16,134,563. | | | 4,672,033. | 11,462,530. | 10,666,468. | 11,267,595. | | | | | | | 601,127. |

*Assets Retired

JSA
2C9027 1.000

0001W4   X45R

# 2022 Depreciation

**Description of Property**

General Depreciation and Amortization      – GRAND TOTAL PROPERTY DETAIL

| Asset description | Date placed in service | Unadjusted cost or basis | Bus. % | 179 exp. reduc. in basis | Basis Reduction | Basis for depreciation | Beginning Accumulated Depreciation | Ending Accumulated Depreciation | Me-thod | Con-ven-tion | Life | ACRS class | MA CRS class | Current -yr 179 expense | Current-year depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Than Listed Property | | | | | | | | | | | | | | | |
| Gross | | 16,134,563. | | | 4,672,033. | 11,462,530. | 10,666,468. | 11,267,595. | | | | | | | 601,127. |
| Less: Retired Assets | | | | | | | | | | | | | | | |
| Current Year Special Depreciation Allowance | | | | | | | | | | | | | | | 1,668,233. |
| Sub Total: | | 16,134,563. | | | 4,672,033. | 11,462,530. | 10,666,468. | 11,267,595. | | | | | | | 2,269,360. |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Total Current Year Special Depreciation Allowance | | | | | | | | | | | | | | | 1,668,233. |
| Gross Amounts | | 16,134,563. | | | 4,672,033. | 11,462,530. | 10,666,468. | 11,267,595. | | | | | | | 601,127. |
| Less: Retired Assets . . . . . . . . . | | | | | | | | | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . | | 16,134,563. | | | 4,672,033. | 11,462,530. | 10,666,468. | 11,267,595. | | | | | | | 2,269,360. |

*Assets Retired

JSA
2C9027 1.000                                    0001W4   X45R

# 2022 Amortization

**Description of Property**

General Depreciation and Amortization

| Asset description | Date placed in service | Cost or basis | Beginning Accumulated Amortization | Ending Accumulated Amortization | Code | Life | Current-year amortization |
|---|---|---|---|---|---|---|---|
| 5-FYE June 17 QHM | 01/20/2017 | 798,356. | 266,119. | 319,343. | 197 | 15.000 | 53,224. |
| 6-2007 IBR goodwill | 01/01/2007 | 457,360. | 457,360. | 457,360. | 197 | 15.000 | |
| 7-Goodwill | 12/01/2015 | 3,536,848. | 3,536,848. | 3,536,848. | 197 | 15.000 | |
| 8-2007 Goodwill | 01/01/2007 | 196,300. | 196,300. | 196,300. | 197 | 15.000 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Less: Retired Assets . . . . . . . . . . . . . . . . . . . . . | | | | | | | |
| **TOTALS** . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4,988,864. | 4,456,627. | 4,509,851. | | | 53,224. |

\* Assets Retired

JSA

2C9026 1.000

0001W4   X45R

**Consolidated Schedules**

**1120 Page 1**

| | | Combined | ELIMINATIONS | Adjustments | Global Benefits Group Inc and Subs |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | 73,302,265. | | | 73,302,265. |
| 1b | Returns and allowances | | | | |
| 1c | Balance | 73,302,265. | | | 73,302,265. |
| 2 | Cost of goods sold | | | | |
| 3 | Gross profit | 73,302,265. | | | 73,302,265. |
| 4 | Dividends | 357,200. | | | 357,200. |
| 5 | Interest | | | | |
| 6 | Gross rents | | | | |
| 7 | Gross royalties | | | | |
| 8 | Capital gain net income | | | | |
| 9 | Net gain or (loss) from Form 4797 | | | | |
| 10 | Other income | 14,532,338. | | | 14,532,338. |
| 11 | Total income | 88,191,803. | | | 88,191,803. |
| 12 | Compensation of officers | | | | |
| 13 | Salaries and wages | 21,367,568. | | | 21,367,568. |
| 14 | Repairs and maintenance | | | | |
| 15 | Bad debts | | | | |
| 16 | Rents | 769,386. | | | 769,386. |
| 17 | Taxes and licenses | 1,430,547. | | | 1,430,547. |
| 18 | Interest | 180,082. | | | 180,082. |
| 19 | Charitable contributions | | | | |
| 20 | Depreciation | 2,269,360. | | | 2,269,360. |
| 21 | Depletion | | | | |
| 22 | Advertising | 1,593,974. | | | 1,593,974. |
| 23 | Pension, profit-sharing etc., plans | 1,848,177. | | | 1,848,177. |
| 24 | Employee benefit programs | 3,214,157. | | | 3,214,157. |
| 25 | Reserved for future use | | | | |
| 26 | Other deductions | 56,760,629. | | | 56,760,629. |
| 27 | Total deductions | 89,433,880. | | | 89,433,880. |
| 28 | Taxable income before NOL & Spec. Deductions | -1,242,077. | NONE | | -1,242,077. |
| 29 | NOL,Spec. deductions | | | | |
| 30 | Taxable income | -1,242,077. | NONE | | -1,242,077. |

JSA

2C9082 1.000

**Consolidated Schedules**
**1120 Page 1**

| | | Global Benefits Group Inc | GBG Administrative Services | GBG Assist, Inc. | International Claims Services, Inc. | GBG Holdings, Inc. | Global Benefits Group, US Inc. |
|---|---|---|---|---|---|---|---|
| | | 20-3842750 | 26-4068764 | 37-1797452 | 98-0076650 | 33-0950280 | 20-4570749 |
| 1a | Gross receipts or sales | 59,416,806. | | 13,885,459. | | | |
| 1b | Returns and allowances | | | | | | |
| 1c | Balance | 59,416,806. | | 13,885,459. | | | |
| 2 | Cost of goods sold | | | | | | |
| 3 | Gross profit | 59,416,806. | | 13,885,459. | | | |
| 4 | Dividends | 357,200. | | | | | |
| 5 | Interest | | | | | | |
| 6 | Gross rents | | | | | | |
| 7 | Gross royalties | | | | | | |
| 8 | Capital gain net income | | | | | | |
| 9 | Net gain or (loss) from Form 4797 | | | | | | |
| 10 | Other income | 12,755,436. | 1,565,245. | 126,151. | 85,506. | | |
| 11 | Total income | 72,529,442. | 1,565,245. | 14,011,610. | 85,506. | | |
| 12 | Compensation of officers | | | | | | |
| 13 | Salaries and wages | 21,182,092. | | 185,476. | | | |
| 14 | Repairs and maintenance | | | | | | |
| 15 | Bad debts | | | | | | |
| 16 | Rents | 769,386. | | | | | |
| 17 | Taxes and licenses | 1,420,823. | 1,250. | 8,474. | | | |
| 18 | Interest | | | 180,082. | | | |
| 19 | Charitable contributions | | | | | | |
| 20 | Depreciation | 2,269,360. | | | | | |
| 21 | Depletion | | | | | | |
| 22 | Advertising | 1,589,631. | | | 4,343. | | |
| 23 | Pension, profit-sharing etc., plans | 1,848,177. | | | | | |
| 24 | Employee benefit programs | 3,201,477. | | 12,680. | | | |
| 25 | Reserved for future use | | | | | | |
| 26 | Other deductions | 49,298,189. | 116,745. | 6,461,098. | 884,597. | | |
| 27 | Total deductions | 81,579,135. | 117,995. | 6,847,810. | 888,940. | | |
| 28 | Taxable income before NOL & Spec. Deductions | -9,049,693. | 1,447,250. | 7,163,800. | -803,434. | NONE | NONE |
| 29 | NOL,Spec. deductions | | | | | | |
| 30 | Taxable income | -9,049,693. | 1,447,250. | 7,163,800. | -803,434. | NONE | NONE |

JSA

2C9082 1.000

1120 Page 1 Detail
================================================================================

Line 10 - Other Income
======================

Global Benefits Group Inc
------------------------------------------------
  OTHER INCOME                                              12,755,436.
                                          ---------------
    Subtotal                                            12,755,436.
                                          ---------------

GBG Administrative Services
------------------------------------------------
  Commission and Fee Income                                1,291,138.
  Miscellaneous Income                                       274,107.
                                          ---------------
    Subtotal                                             1,565,245.
                                          ---------------

GBG Assist, Inc.
------------------------------------------------
  Miscellaneous Income                                       126,151.
                                          ---------------
    Subtotal                                               126,151.
                                          ---------------

International Claims Services, Inc.
------------------------------------------------
  Miscellaneous Income                                        85,506.
                                          ---------------
    Subtotal                                                85,506.
                                          ---------------

    Total Line 10 - Other Income                        14,532,338.
                                          ===============

Statement   3

```
1120 Page 1 Detail
================================================================================


Line 17 - Taxes Summary
=======================
   Taxes (excluding income taxes)                            1,385,538.
   Other state and local taxes                                  45,009.
                                                            ---------------
      Total Line 17 - Taxes                                  1,430,547.
                                                            ===============


Line 17 - Taxes (excluding income taxes)
========================================

Global Benefits Group Inc
------------------------------------------------
   Payroll Taxes Expense                                     1,377,064.
                                                            ---------------
      Subtotal                                               1,377,064.
                                                            ---------------

GBG Assist, Inc.
------------------------------------------------
   Payroll Taxes Expense                                         8,474.
                                                            ---------------
      Subtotal                                                   8,474.
                                                            ---------------

      Total - Taxes (excluding income taxes)                 1,385,538.
                                                            ===============


Line 17 - Other state and local taxes
=====================================

Global Benefits Group Inc
------------------------------------------------
   State and Local Taxes                                        43,759.
                                                            ---------------
      Subtotal                                                  43,759.
                                                            ---------------

GBG Administrative Services
------------------------------------------------
   Other state and local taxes                                  1,250.
                                                            ---------------
      Subtotal                                                  1,250.
                                                            ---------------

      Total  - Other state and local taxes                     45,009.
                                                            ===============
```

Statement   4

1120 Page 1 Detail
================================================================================


Line 19 - 5 Year contribution carryover
----------------------------------------

0001WA   X45R

```
1120 Page 1 Detail
==========================================================================
```

```
Line 26 - Other Deductions
==========================
```

Global Benefits Group Inc
------------------------------------------------

| | |
|---|---|
| Amortization | 53,224. |
| Travel Expense | 965,199. |
| Insurance Expense | 1,414,714. |
| Meals and Entertainment Expense | 81,342. |
| Dues and Subscriptions | 1,408,414. |
| Professional Fees Expense | 1,922,419. |
| Licenses and Fees | 567,553. |
| Bank Fees | 257,449. |
| Occupancy Expense | 1,001,966. |
| Postage / Printing | 58,105. |
| Communications Summary | 415,215. |
| Supplies | 89,489. |
| Miscellaneous | 614,883. |
| Direct Costs | 34,479,541. |
| Equipment | 1,537,141. |
| Other Deduction | 4,431,535. |
| | --------------- |
| Subtotal | 49,298,189. |
| | --------------- |

GBG Administrative Services
------------------------------------------------

| | |
|---|---|
| Insurance Expense | 1,850. |
| Professional Fees Expense | 105,424. |
| Licenses and Fees | 8,740. |
| Bank Fees | 525. |
| Foreign Exchange Gain/Loss | 206. |
| | --------------- |
| Subtotal | 116,745. |
| | --------------- |

GBG Assist, Inc.
------------------------------------------------

| | |
|---|---|
| Professional Fees Expense | 146,575. |
| Bank Fees | 385. |
| Network Fees | 6,313,534. |
| Foreign Exchange Gain/Loss | 604. |
| | --------------- |
| Subtotal | 6,461,098. |
| | --------------- |

International Claims Services, Inc.
------------------------------------------------

| | |
|---|---|
| Other Deductions | 321,389. |
| Bank Fees | 202,265. |

Continued on next page                      Statement  6

0001WA  X45R

1120 Page 1 Detail
================================================================================


Line 26 - Other Deductions (Cont'd)
===================================
   Foreign Exchange Gain/Loss                                360,943.
                                                       ---------------
      Subtotal                                             884,597.
                                                       ---------------

      Total Line 26 - Other Deductions                  56,760,629.
                                                       ===============

      0001WA   X45R

Global Benefits Group Inc and Subs                                                                    20-3842750

|  |  | Combined | ELIMINATIONS | Adjustments | Global Benefits Group Inc and Subs |
|---|---|---|---|---|---|
| **Consolidated Schedules** | | | | | |
| **Sch. C Summary** | | | | | |
| | **Dividends** | ---------------- | ---------------- | ---------------- | ---------------- |
| 1 | Domestic Corps-subj. to 50% ded | | | | |
| 2 | Domestic Corps-subj.to 65% ded | | | | |
| 3 | Debt-Financed stock - Dom & Fgn | | | | |
| 4 | Pref Stk < 20% owned Pub Util | | | | |
| 5 | Pref Stk > = 20% owned Pub Util | | | | |
| 6 | <20% Fgn Corps & FSC's-50% | | | | |
| 7 | > = 20% Fgn Corps & FSC's-65% | | | | |
| 8 | Wholly-owned fgn subs-100% | | | | |
| | | ---------------- | ---------------- | ---------------- | ---------------- |
| 9 | Total Lines 1-8 | | | | |
| 10 | Domestic corps-Small Bus Inv | | | | |
| 11 | From affiliated group member | | | | |
| 12 | From certain FSCs | | | | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporations | | | | |
| 14 | Other dividends from Foreign corporations | | | | |
| 15 | Section 965(a) inclusion | | | | |
| 16a | Subpart F inclusions derived from the sale by controlled foreign corporation (CFC) of the stock a lower-tier foreign corporation treated as a dividend | | | | |
| 16b | Subpart F inclusions derived from hybrid dividends of tiered corporations | | | | |
| 16c | Other inclusions from CFCs under subpart F | | | | |
| 17 | Global IntangibleLow-Taxed Income | 357,200. | | | 357,200. |
| 18 | Gross-up for foreign taxes deemed paid | | | | |
| 19 | IC-DISC and former DISC dividends not included above | | | | |
| 20 | Other dividends | | | | |
| | | ---------------- | ---------------- | ---------------- | ---------------- |
| 23 | TOTAL DIVIDENDS | 357,200. | | | 357,200. |
| | | ================ | ================ | ================ | ================ |

Global Benefits Group Inc and Subs                                      20-3842750

| | | Combined | ELIMINATIONS | Adjustments | Global Benefits Group Inc and Subs |
|---|---|---|---|---|---|
| | **Special Deductions** | --------------- | --------------- | --------------- | --------------- |
| 1 | Domestic Corp-subj. to 50% ded | | | | |
| 2 | Domestic Corp-subj. to 65% ded | | | | |
| 3 | Debt-Financed stock-Dom & Fgn | | | | |
| 4 | Pref Stk ⟨ 20% owned Pub Util | | | | |
| 5 | Pref Stk ⟩= 20% owned Pub Util | | | | |
| 6 | ⟨ 20% Fgn Corps & FSC's-50% | | | | |
| 7 | ⟩= 20% Fgn Corps & FSC's-65% | | | | |
| 8 | Wholly-owned fgn subs-100% | --------------- | --------------- | --------------- | --------------- |
| 9 | Total Lines 1-8 | | | | |
| 10 | Domestic corps-Small Bus Inv | | | | |
| 11 | From affiliated group member | | | | |
| 12 | From certain FSCs | | | | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation | | | | |
| 15 | Section 965(a) inclusion | | | | |
| 16a | Subpart F inclusions derived from the sale by CFC of the stock a lower-tier foreign corporation treated as a dividend | | | | |
| 21 | Dividends paid on certain preferred stock of public utilities | | | | |
| 22 | Section 250 deduction | --------------- | --------------- | --------------- | --------------- |
| 24 | TOTAL SPECIAL DEDUCTIONS | =============== | =============== | =============== | =============== |

JSA
2C9097 1.000
　　　0001WA　　X45R　　　　　　　　　　　　　　20-3842750　　　　　　　Statement　　9

Global Benefits Group Inc and Subs                                                                    20-3842750

| | | Global Benefits Group Inc | GBG Administrative Services | GBG Assist, Inc. | International Claims Services, Inc. | GBG Holdings, Inc. | Global Benefits Group, US Inc. |
|---|---|---|---|---|---|---|---|
| **Consolidated Schedules** | | | | | | | |
| **Sch. C Summary** | | 20-3842750 | 26-4068764 | 37-1797452 | 98-0076650 | 33-0950280 | 20-4570749 |
| | **Dividends** | | | | | | |
| 1 | Domestic Corps-subj. to 50% ded | | | | | | |
| 2 | Domestic Corps-subj.to 65% ded | | | | | | |
| 3 | Debt-Financed stock - Dom & Fgn | | | | | | |
| 4 | Pref Stk < 20% owned Pub Util | | | | | | |
| 5 | Pref Stk > = 20% owned Pub Util | | | | | | |
| 6 | < 20% Fgn Corps & FSC's-50% | | | | | | |
| 7 | > = 20% Fgn Corps & FSC's-65% | | | | | | |
| 8 | Wholly-owned fgn subs-100% | | | | | | |
| 9 | Total Lines 1-8 | | | | | | |
| 10 | Domestic corps-Small Bus Inv | | | | | | |
| 11 | From affiliated group member | | | | | | |
| 12 | From certain FSCs | | | | | | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporations | | | | | | |
| 14 | Other dividends from Foreign corporations | | | | | | |
| 15 | Section 965(a) inclusion | | | | | | |
| 16a | Subpart F inclusions derived from the sale by controlled foreign corporation (CFC) of the stock a lower-tier foreign corporation treated as a dividend | | | | | | |
| 16b | Subpart F inclusions derived from hybrid dividends of tiered corporations | | | | | | |
| 16c | Other inclusions from CFCs under subpart F | | | | | | |
| 17 | Global IntangibleLow-Taxed Income | 357,200. | | | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | | | | |
| 19 | IC-DISC and former DISC dividends not included above | | | | | | |
| 20 | Other dividends | | | | | | |
| 23 | TOTAL DIVIDENDS | 357,200. | | | | | |

Global Benefits Group Inc and Subs                                                                20-3842750

| | | Global Benefits Group Inc | GBG Administrative Services | GBG Assist, Inc. | International Claims Services, Inc. | GBG Holdings, Inc. | Global Benefits Group, US Inc. |
|---|---|---|---|---|---|---|---|
| | | 20-3842750 | 26-4068764 | 37-1797452 | 98-0076650 | 33-0950280 | 20-4570749 |
| | **Special Deductions** | | | | | | |
| 1 | Domestic Corp-subj. to 50% ded | | | | | | |
| 2 | Domestic Corp-subj. to 65% ded | | | | | | |
| 3 | Debt-Financed stock-Dom & Fgn | | | | | | |
| 4 | Pref Stk $<$ 20% owned Pub Util | | | | | | |
| 5 | Pref Stk $\geq$ 20% owned Pub Util | | | | | | |
| 6 | $<$ 20% Fgn Corps & FSC's-50% | | | | | | |
| 7 | $\geq$ 20% Fgn Corps & FSC's-65% | | | | | | |
| 8 | Wholly-owned fgn subs-100% | | | | | | |
| | | ---------------- | ---------------- | ---------------- | ---------------- | ---------------- | ---------------- |
| 9 | Total Lines 1-8 | | | | | | |
| 10 | Domestic corps-Small Bus Inv | | | | | | |
| 11 | From affiliated group member | | | | | | |
| 12 | From certain FSCs | | | | | | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation | | | | | | |
| 15 | Section 965(a) inclusion | | | | | | |
| 16a | Subpart F inclusions derived from the sale by CFC of the stock a lower-tier foreign corporation treated as a dividend | | | | | | |
| 21 | Dividends paid on certain preferred stock of public utilities | | | | | | |
| 22 | Section 250 deduction | | | | | | |
| | | ---------------- | ---------------- | ---------------- | ---------------- | ---------------- | ---------------- |
| 24 | TOTAL SPECIAL DEDUCTIONS | | | | | | |
| | | ================ | ================ | ================ | ================ | ================ | ================ |

JSA
2C9097 1.000

Form 1120, Page 4 Detail
===================================================================================================

Schedule K, Line 5a
-------------------                                                                    Percentage
                                                                   Country of          Owned in
Name of Corporation                          EIN                 Incorporation      Voting Stock
-------------------------------------------------------------------------------------------------

Global Benefits Group Inc
------------------------------------------
Shanghai (GBG) Enterprise MGMT Cons Inc      FOREIGNUS               CH                100.000
GBG Services (India) Private Ltd             FOREIGNUS               IN                 74.000
GBG Processing Philippines Inc               FOREIGNUS               RP                 95.000
Global Benefits Group Canada Ltd             FOREIGNUS               CA                100.000
GBG Premier S.A. de. C.V                     FOREIGNUS               MX                100.000
Global Benefits Group (UK) Limited           FOREIGNUS               UK                100.000
GBG Elite Medical Services S.A. de C.V       FOREIGNUS               MX                100.000
Global Benefits Group (Thailand) Co          FOREIGNUS               TH                100.000
GBG Paraguay Socidad Anomima                 FOREIGNUS               PA                100.000
Quality Health Management LLC                65-1003375              US                100.000

Global Benefits Group Inc and Subs                                                          20-3842750

| | | Combined | ELIMINATIONS | Adjustments | Global Benefits Group Inc and Subs |
|---|---|---|---|---|---|

**Consolidated Schedules**

**Sch. L - Beginning**

| | Assets | | | | |
|---|---|---|---|---|---|
| 1 | Cash | 11,774,017. | | | 11,774,017. |
| 2 a | Trade Notes and A/R | 44,936,882. | | | 44,936,882. |
| b | Less allowance for Bad Debts | | | | |
| 3 | Inventories | NONE | | | NONE |
| 4 | US Government Obligations | | | | |
| 5 | Tax-exempt Securities | | | | |
| 6 | Other Current Assets | 25,402,951. | | | 25,402,951. |
| 7 | Loans to Stockholders | | | | |
| 8 | Mtge and Real Estate Loans | | | | |
| 9 | Other Investments | 1,309,685. | | | 1,309,685. |
| 10 a | Buildings and Other Depreciable | | | | |
| | Assets | 17,188,584. | | | 17,188,584. |
| b | Less Accum. Depreciation | 12,906,758. | | | 12,906,758. |
| 11 a | Depletable Assets | | | | |
| b | Less Accum. Depletion | | | | |
| 12 | Land (net of any Amortization) | | | | |
| 13 a | Intangible Assets | 4,618,817. | | | 4,618,817. |
| b | Less Accum. Amortization | | | | |
| 14 | Other Assets | 2,974,650. | | | 2,974,650. |
| 15 | Total Assets | 95,298,828. | | | 95,298,828. |

**Liabilities and Stockholders' Equity**

| | | | | | |
|---|---|---|---|---|---|
| 16 | Accounts Payable | 18,719,149. | | | 18,719,149. |
| 17 | Mtges, Notes, Bond Payable | | | | |
| | in less than 1 year | | | | |
| 18 | Other Current Liabilities | 126,127,245. | | | 126,127,245. |
| 19 | Loans from Stockholders | | | | |
| 20 | Mtges, Notes, Bonds Payable | | | | |
| | in 1 year or more | | | | |
| 21 | Other Liabilities | 81,238. | | | 81,238. |
| 22 a | Capital stock-Preferred | | | | |
| b | Capital stock-Common | 1,118. | | | 1,118. |
| 23 | Additional Paid-in Capital | 4,664,124. | | | 4,664,124. |
| 24 | Retained earnings-Appropriated | | | | |
| 25 | Retained earnings-Unappropriated | -54,694,046. | | | -54,694,046. |
| 26 | Adjustments to shareholders' equity | | | | |
| 27 | Less cost of Treasury Stock | -400,000. | | | -400,000. |
| 28 | Total Liabilities and | | | | |
| | Stockholders' Equity | 95,298,828. | | | 95,298,828. |

JSA
2C9094 1.000

Global Benefits Group Inc and Subs

20-3842750

| | | Global Benefits Group Inc | GBG Administrative Services | GBG Assist, Inc. | International Claims Services, Inc. | GBG Holdings, Inc. | Global Benefits Group, US Inc. |
|---|---|---|---|---|---|---|---|
| **Consolidated Schedules** | | | | | | | |
| **Sch. L - Beginning** | | 20-3842750 | 26-4068764 | 37-1797452 | 98-0076650 | 33-0950280 | 20-4570749 |
| | **Assets** | | | | | | |
| 1 | Cash | 6,324,351. | 3,493,553. | 276,877. | 311,322. | 1,367,914. | |
| 2 a | Trade Notes and A/R | 7,553,699. | 717. | 14,434,862. | 33,904. | 22,913,700. | |
| b | Less allowance for Bad Debts | | | | | | |
| 3 | Inventories | | | | NONE | | |
| 4 | US Government Obligations | | | | | | |
| 5 | Tax-exempt Securities | | | | | | |
| 6 | Other Current Assets | 104,804,060. | 2,102,683. | -3,682,415. | -123,756,335. | 44,789,458. | 1,145,500. |
| 7 | Loans to Stockholders | | | | | | |
| 8 | Mtge and Real Estate Loans | | | | | | |
| 9 | Other Investments | 1,035,335. | | 274,350. | | | |
| 10 a | Buildings and Other Depreciable | | | | | | |
| | Assets | 17,011,218. | | 3,154. | 77,312. | 96,900. | |
| b | Less Accum. Depreciation | 12,732,546. | | | 77,312. | 96,900. | |
| 11 a | Depletable Assets | | | | | | |
| b | Less Accum. Depletion | | | | | | |
| 12 | Land (net of any Amortization) | | | | | | |
| 13 a | Intangible Assets | 4,618,817. | | | | | |
| b | Less Accum. Amortization | | | | | | |
| 14 | Other Assets | 2,974,650. | | NONE | NONE | | |
| 15 | Total Assets | 131,589,584. | 5,596,953. | 11,306,828. | -123,411,109. | 69,071,072. | 1,145,500. |
| | **Liabilities and Stockholders' Equity** | | | | | | |
| 16 | Accounts Payable | 4,535,965. | | -17,529. | 14,153,890. | 46,823. | |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | | | | | | |
| 18 | Other Current Liabilities | 202,109,354. | 5,004,143. | -2,764,484. | -134,560,079. | 55,247,486. | 1,090,825. |
| 19 | Loans from Stockholders | | | | | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | | | | | | |
| 21 | Other Liabilities | 81,238. | | | | | |
| 22 a | Capital stock-Preferred | | | | | | |
| b | Capital stock-Common | 16. | | | 1,001. | 1. | 100. |
| 23 | Additional Paid-in Capital | 4,554,984. | 1,000. | | 108,140. | | |
| 24 | Retained earnings-Appropriated | | | | | | |
| 25 | Retained earnings-Unappropriated | -80,091,973. | 591,810. | 14,088,841. | -3,114,061. | 13,776,762. | 54,575. |
| 26 | Adjustments to shareholders' equity | | | | | | |
| 27 | Less cost of Treasury Stock | -400,000. | | | | | |
| 28 | Total Liabilities and Stockholders' Equity | 131,589,584. | 5,596,953. | 11,306,828. | -123,411,109. | 69,071,072. | 1,145,500. |

JSA
2C9094 1.000

0001WA    X45R                                    20-3842750                              Statement    14

Global Benefits Group Inc and Subs                                                                         20-3842750

| | | Combined | ELIMINATIONS | Adjustments | Global Benefits Group Inc and Subs |
|---|---|---|---|---|---|

**Consolidated Schedules**

**Sch. L - Ending**

| | **Assets** | | | | |
|---|---|---|---|---|---|
| 1 | Cash | 9,439,592. | | | 9,439,592. |
| 2 a | Trade Notes and A/R | 18,246. | | | 18,246. |
| b | Less allowance for Bad Debts | | | | |
| 3 | Inventories | NONE | | | NONE |
| 4 | US Government Obligations | | | | |
| 5 | Tax-exempt Securities | | | | |
| 6 | Other Current Assets | 59,030,406. | | | 59,030,406. |
| 7 | Loans to Stockholders | | | | |
| 8 | Mtge and Real Estate Loans | | | | |
| 9 | Other Investments | 1,129,603. | | | 1,129,603. |
| 10 a | Buildings and Other Depreciable | | | | |
| | Assets | 24,130,294. | | | 24,130,294. |
| b | Less Accum. Depreciation | 13,692,828. | | | 13,692,828. |
| 11 a | Depletable Assets | | | | |
| b | Less Accum. Depletion | | | | |
| 12 | Land (net of any Amortization) | | | | |
| 13 a | Intangible Assets | 4,618,817. | | | 4,618,817. |
| b | Less Accum. Amortization | | | | |
| 14 | Other Assets | 418,645. | | | 418,645. |
| 15 | Total Assets | 85,092,775. | | | 85,092,775. |

**Liabilities and Stockholders' Equity**

| | | | | | |
|---|---|---|---|---|---|
| 16 | Accounts Payable | 1,352,858. | | | 1,352,858. |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | | | | |
| 18 | Other Current Liabilities | 137,808,499. | | | 137,808,499. |
| 19 | Loans from Stockholders | | | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | | | | |
| 21 | Other Liabilities | NONE | | | NONE |
| 22 a | Capital stock-Preferred | | | | |
| b | Capital stock-Common | 1,117. | | | 1,117. |
| 23 | Additional Paid-in Capital | 4,664,124. | | | 4,664,124. |
| 24 | Retained earnings-Appropriated | | | | |
| 25 | Retained earnings-Unappropriated | -59,133,823. | | | -59,133,823. |
| 26 | Adjustments to Shareholders' Equity | | | | |
| 27 | Less cost of Treasury Stock | -400,000. | | | -400,000. |
| 28 | Total Liabilities and Stockholders' Equity | 85,092,775. | | | 85,092,775. |

JSA
2C9095 1.000

Global Benefits Group Inc and Subs                                                                     20-3842750

| | | Global Benefits Group Inc | GBG Administrative Services | GBG Assist, Inc. | International Claims Services, Inc. | GBG Holdings, Inc. | Global Benefits Group, US Inc. |
|---|---|---|---|---|---|---|---|
| **Consolidated Schedules** | | | | | | | |
| **Sch. L - Ending** | | 20-3842750 | 26-4068764 | 37-1797452 | 98-0076650 | 33-0950280 | 20-4570749 |
| | **Assets** | | | | | | |
| 1 | Cash | 6,399,385. | 1,750,413. | 139,467. | 1,150,327. | NONE | |
| 2 a | Trade Notes and A/R | NONE | 717. | 17,529. | | NONE | |
| b | Less allowance for Bad Debts | | | | | | |
| 3 | Inventories | | | | NONE | | |
| 4 | US Government Obligations | | | | | | |
| 5 | Tax-exempt Securities | | | | | | |
| 6 | Other Current Assets | 32,934,837. | 3,209,548. | 21,316,821. | 1,514,524. | NONE | 54,676. |
| 7 | Loans to Stockholders | | | | | | |
| 8 | Mtge and Real Estate Loans | | | | | | |
| 9 | Other Investments | 1,035,335. | | 94,268. | | | |
| 10 a | Buildings and Other Depreciable Assets | 24,052,981. | | NONE | 77,313. | NONE | |
| b | Less Accum. Depreciation | 13,615,515. | | | 77,313. | NONE | |
| 11 a | Depletable Assets | | | | | | |
| b | Less Accum. Depletion | | | | | | |
| 12 | Land (net of any Amortization) | | | | | | |
| 13 a | Intangible Assets | 4,618,817. | | | | | |
| b | Less Accum. Amortization | | | | | | |
| 14 | Other Assets | 418,645. | | NONE | | | |
| 15 | Total Assets | 55,844,485. | 4,960,678. | 21,568,085. | 2,664,851. | NONE | 54,676. |
| **Liabilities and Stockholders' Equity** | | | | | | | |
| 16 | Accounts Payable | 1,344,025. | | 8,833. | NONE | NONE | |
| 17 | Mtges, Notes, Bond Payable in less than 1 year | | | | | | |
| 18 | Other Current Liabilities | 128,221,114. | 2,807,569. | 306,611. | 6,473,205. | NONE | NONE |
| 19 | Loans from Stockholders | | | | | | |
| 20 | Mtges, Notes, Bonds Payable in 1 year or more | | | | | | |
| 21 | Other Liabilities | NONE | | | | | |
| 22 a | Capital stock-Preferred | | | | | | |
| b | Capital stock-Common | 16. | | | 1,001. | NONE | 100. |
| 23 | Additional Paid-in Capital | 4,554,984. | 1,000. | | 108,140. | | |
| 24 | Retained earnings-Appropriated | | | | | | |
| 25 | Retained earnings-Unappropriated | -78,675,654. | 2,152,109. | 21,252,641. | -3,917,495. | NONE | 54,576. |
| 26 | Adjustments to Shareholders' Equity | | | | | | |
| 27 | Less cost of Treasury Stock | -400,000. | | | | | |
| 28 | Total Liabilities and Stockholders' Equity | 55,844,485. | 4,960,678. | 21,568,085. | 2,664,851. | NONE | 54,676. |

JSA
2C9095 1.000

Form 1120 Page 6 Detail, Sch. L
========================================================================

|                              | Beginning      | Ending         |
| ---------------------------- | -------------- | -------------- |
| **Line 6 - Other Current Assets** | | |

**Global Benefits Group Inc**

|                              | Beginning      | Ending         |
| ---------------------------- | -------------- | -------------- |
| Other Current Assets         | NONE           | NONE           |
| Deposit                      | 191,122.       | 87,617.        |
| Intercompany Receivables     | -299,092,088.  | NONE           |
| Prepaid Expenses             | 725,172.       | 760,653.       |
| Prepaid Insurance            | 448,216.       | NONE           |
| Prepaid Rent                 | 61,477.        | NONE           |
| Due From GBG                 | 318,717,290.   | 5,044,578.     |
| Due form GBG US              | 69,892.        | NONE           |
| Due from GBGH                | 72,392,267.    | NONE           |
| Due from GBE                 | -250,000.      | NONE           |
| Due from GIL                 | 3,305,887.     | NONE           |
| Due from Saxton              | 2,144,470.     | NONE           |
| Deferred Acquisition Costs   | 17,956,980.    | 15,948,966.    |
| Due from GSLIL               | 14,058.        | NONE           |
| Due From GBG UK              | -6,477,798.    | NONE           |
| Advances & Loans             | 22,468.        | NONE           |
| Due From QHM                 | -2,000,000.    | NONE           |
| Due from GMBH                | -31,036.       | NONE           |
| Undeposited Funds            | -389,321.      | NONE           |
| Misc. Receivable             | 65,000.        | NONE           |
| Quality Health Management    | -1,086,809.    | NONE           |
| Due from GWAC                | -1,000.        | NONE           |
| Due from GBG CayCo           | 100.           | NONE           |
| In & Out                     | -1,982,287.    | NONE           |
| Other Receivables            | NONE           | 11,093,023.    |
| Subtotal                     | 104,804,060.   | 32,934,837.    |

**GBG Administrative Services**

|                              | Beginning      | Ending         |
| ---------------------------- | -------------- | -------------- |
| Deposit                      | -18,577.       | NONE           |
| Undeposited Funds            | -11,969.       | NONE           |
| Due From GBG                 | 3,110,468.     | 216,008.       |
| Due From ICS                 | 987,069.       | NONE           |
| Due from GBG Assist          | 2,334,373.     | NONE           |
| Due from GBGH                | -3,581,335.    | NONE           |
| Due from GIL                 | -481,029.      | 2,993,540.     |
| Due from GBG US              | -236,317.      | NONE           |
| Subtotal                     | 2,102,683.     | 3,209,548.     |

Continued on next page
                          Statement  17

0001WA  X45R

Form 1120 Page 6 Detail, Sch. L
===============================================================================

|                              | Beginning      | Ending         |
|------------------------------|---------------:|---------------:|
| **Line 6 - Other Current Assets (Cont'd)** | | |

**GBG Assist, Inc.**
----------------------------------------------

|                          | Beginning      | Ending         |
|--------------------------|---------------:|---------------:|
| Other Current Assets     | NONE           | 20,097,844.    |
| Deposit                  | 20,304.        | 100,000.       |
| Prepaid Expenses         | NONE           | 6,498.         |
| Due From GBG             | 652,221.       | 962,221.       |
| Due from GBG Canada      | 246,856.       | 146,856.       |
| Due from GBGI            | NONE           | 3,402.         |
| Due from GIL             | -2,102,641.    | NONE           |
| Due from ICS             | -71,577.       | NONE           |
| Due from GBGH            | -115,915.      | NONE           |
| Due from GBG China       | 1,830.         | NONE           |
| Due from GBE             | -46,720.       | NONE           |
| GBG Admin. Services      | -2,334,373.    | NONE           |
| Due from SAXTON          | 3,402.         | NONE           |
| Advances & Loans         | 52,229.        | NONE           |
| Undeposited Funds        | 11,969.        | NONE           |
| **Subtotal**             | -3,682,415.    | 21,316,821.    |

**International Claims Services, Inc.**
----------------------------------------------

|                          | Beginning      | Ending         |
|--------------------------|---------------:|---------------:|
| Deposit                  | 4,100,578.     | 520,885.       |
| Due From GBG             | -6,329,035.    | NONE           |
| Due from GBG Assist      | 71,577.        | NONE           |
| Due from GBGH            | -22,356,513.   | NONE           |
| Due from GIL             | -93,719,910.   | 993,639.       |
| Due from GBG China       | 6,539,996.     | NONE           |
| Due from GBE             | -11,013,762.   | NONE           |
| GBG Admin. Services      | -983,503.      | NONE           |
| Due from GBG US          | -70,000.       | NONE           |
|                          | -700.          |                |
|                          | 4,937.         |                |
| **Subtotal**             | -123,756,335.  | 1,514,524.     |

**GBG Holdings, Inc.**
----------------------------------------------

|                          | Beginning      | Ending         |
|--------------------------|---------------:|---------------:|
| Deposit                  | 1,736,041.     | NONE           |
| Intercompany Receivables | -553,827.      | NONE           |
| Prepaid Expenses         | 606,267.       | NONE           |
| Due From GBG             | 148,548,675.   |                |
| Due From ICS             | 22,356,513.    | NONE           |

Continued on next page                    Statement   18

0001WA   X45R

Form 1120 Page 6 Detail, Sch. L
===============================================================================

|                                   | Beginning       | Ending          |
| --------------------------------- | --------------- | --------------- |
| Line 6 - Other Current Assets (Cont'd) | | |
| ================================= | | |
| Due from GBG Assist               | 115,915.        |                 |
| Due from GBGH                     | -72,316,254.    |                 |
| Due from GBG China                | -11,556,628.    | NONE            |
| Due from GBE                      | 34,928,582.     |                 |
| Due From GBG Admin. Services      | 3,581,335.      |                 |
| Due from GIL                      | -85,063,610.    | NONE            |
| Due from GBG US                   | -905,727.       | NONE            |
| Due from Saxton                   | 13,775.         | NONE            |
| Due From Zambia                   | 405,736.        | NONE            |
| Due Form Thailand                 | 4,580.          | NONE            |
| Claims Receivable                 | 863,720.        | NONE            |
| Misc. Receivable                  | -372.           | NONE            |
| Profit Share Receivable           | 2,119,158.      | NONE            |
| Deferred Acquisition Costs        | -109,000.       | NONE            |
| Due from GSLIL                    | 1,579.          | NONE            |
| Due From GBG UK                   | 13,000.         | NONE            |
|                                   | --------------- | --------------- |
| Subtotal                          | 44,789,458.     | NONE            |
|                                   | --------------- | --------------- |

Global Benefits Group, US Inc.
-----------------------------------------------

|                                   | Beginning       | Ending          |
| --------------------------------- | --------------- | --------------- |
| Due From GBG                      | 3,456.          | 54,676.         |
| Due from GBGH                     | 905,727.        | NONE            |
| GBG Admin. Services               | 236,317.        | NONE            |
|                                   | --------------- | --------------- |
| Subtotal                          | 1,145,500.      | 54,676.         |
|                                   | --------------- | --------------- |
| Total Line 6 - Other Current Assets | 25,402,951.   | 59,030,406.     |
|                                   | =============== | =============== |

Line 14 - Other Assets
======================

Global Benefits Group Inc
-----------------------------------------------

|                                   | Beginning       | Ending          |
| --------------------------------- | --------------- | --------------- |
| Other Non-Current Assets          | 2,974,650.      | NONE            |
| Claims Receivable                 | NONE            | 3,170.          |
| Income Tax Receivable             | NONE            | 415,475.        |
|                                   | --------------- | --------------- |
| Subtotal                          | 2,974,650.      | 418,645.        |
|                                   | --------------- | --------------- |

Continued on next page        Statement  19

0001WA  X45R

Form 1120 Page 6 Detail, Sch. L
================================================================================

```
                                            Beginning          Ending
                                        ---------------    ---------------
Line 14 - Other Assets (Cont'd)
===============================

GBG Assist, Inc.
-----------------------------------------------
  Other Assets                              NONE               NONE
                                        ---------------    ---------------
     Subtotal                               NONE               NONE
                                        ---------------    ---------------

International Claims Services, Inc.
-----------------------------------------------
  Other Assets                              NONE
                                        ---------------    ---------------
     Subtotal                               NONE
                                        ---------------    ---------------

     Total Line 14 - Other Assets        2,974,650.          418,645.
                                        ===============    ===============
```

Form 1120 Page 6 Detail, Sch. L
===============================================================================

|                                        | Beginning       | Ending          |
|----------------------------------------|----------------:|----------------:|
| **Line 18 - Other Current Liabilities** |                 |                 |

**Global Benefits Group Inc**

|                                     | Beginning       | Ending          |
|-------------------------------------|----------------:|----------------:|
| Other Current Liabilities           | NONE            | 11,739,722.     |
| Deferred Revenue - Current          | -57,418.        | NONE            |
| Accrued Expenses                    | 3,799,893.      | 4,850,658.      |
| Accrued Vacation                    | 495,222.        | NONE            |
| Accrued Payroll & WH                | 409,398.        | 79,539.         |
| Unearned Income                     | -35,940,789.    | NONE            |
| Premium Payable                     | -8,910,602.     | NONE            |
| Commissions Payable                 | 174,491,271.    | 4,997,479.      |
| Foreign Income Taxes Payable        | -35,677.        | NONE            |
| Income Taxes Payable - Deferred     | 416,431.        | NONE            |
| Income Taxes Payable - State        | -22,633.        | NONE            |
| Credit Card Payable                 | 33,960.         | 181,606.        |
| Payroll Tax Payable                 | 169,066.        | NONE            |
| Unearned Deferred Commissions       | 67,407,682.     | 29,343,455.     |
| Income Taxes Payable - Federal      | -146,450.       | NONE            |
| Lease Liability                     | NONE            | 5,613,593.      |
| Intercompany Payables               | NONE            | 71,415,062.     |
| Subtotal                            | 202,109,354.    | 128,221,114.    |

**GBG Administrative Services**

|                                     | Beginning       | Ending          |
|-------------------------------------|----------------:|----------------:|
| Other Current Liabilities           | NONE            | 1,984,440.      |
| Accrued Expenses                    | 20,400.         | 86,504.         |
| Claim Deposits                      | 1,805,540.      | NONE            |
| Unearned Income                     | NONE            | 736,625.        |
| Premium Payable                     | 3,257,311.      | NONE            |
| Commissions Payable                 | -79,108.        | NONE            |
| Subtotal                            | 5,004,143.      | 2,807,569.      |

**GBG Assist, Inc.**

|                                     | Beginning       | Ending          |
|-------------------------------------|----------------:|----------------:|
| Premium Payable                     | -2,725,928.     | NONE            |
| Accrued Expenses                    | NONE            | 300,000.        |
| Accrued Payroll                     | -20,831.        | 6,611.          |
| Claim Deposit                       | -17,725.        | NONE            |
| Subtotal                            | -2,764,484.     | 306,611.        |

Continued on next page
Statement   21

0001WA   X45R

Form 1120 Page 6 Detail, Sch. L
===============================================================================

```
                                                    Beginning          Ending
                                                 ---------------   ---------------
Line 18 - Other Current Liabilities (Cont'd)
=========================================

International Claims Services, Inc.
-------------------------------------------
     Claim Deposits                                   149,971.            NONE
     Unearned Income                                4,939,514.            NONE
     Premium Payable                              -139,649,564.            NONE
     Due to GBG                                          NONE        4,958,681.
     Premium Suspense                                    NONE        1,514,524.


                                                 ---------------   ---------------
        Subtotal                                 -134,560,079.        6,473,205.
                                                 ---------------   ---------------

GBG Holdings, Inc.
-------------------------------------------
     Accrued Expenses                                 216,656.            NONE
     Accrued Payroll & WH                                -133.            NONE
     Unearned Income                               31,113,622.            NONE
     Premium Payable                              116,846,903.            NONE
     Commissions Payable                         -109,808,328.            NONE
     Premium Payable - GIL                         16,878,766.            NONE
                                                 ---------------   ---------------
        Subtotal                                   55,247,486.            NONE
                                                 ---------------   ---------------

Global Benefits Group, US Inc.
-------------------------------------------
     Premium Payable                                1,090,825.            NONE
                                                 ---------------   ---------------
        Subtotal                                    1,090,825.            NONE
                                                 ---------------   ---------------

     Total Line 18 - Other Current Liabilities   126,127,245.      137,808,499.
                                                 ===============   ===============
```

    0001WA   X45R

Form 1120 Page 6 Detail, Sch. L
===============================================================================

|                                    | Beginning       | Ending          |
|------------------------------------|-----------------|-----------------|
| Line 21 - Other Liabilities        |                 |                 |
| =======================            |                 |                 |
|                                    |                 |                 |
| Global Benefits Group Inc          |                 |                 |
| ------------------------------------------ |         |                 |
|   Deferred Rent Expense            | 81,238.         | NONE            |
|                                    | ---------------  | --------------- |
|     Subtotal                       | 81,238.         | NONE            |
|                                    | ---------------  | --------------- |
|     Total Line 21 - Other Liabilities | 81,238.      | NONE            |
|                                    | =============== | =============== |

Global Benefits Group Inc and Subs                                                                20-3842750

|  | | Combined | ELIMINATIONS | Adjustments | Global Benefits Group Inc and Subs |
|---|---|---|---|---|---|

**Consolidated Schedules**

**Sch. M1 and M-2 Summary**

**Schedule M-1**

| 1 | Net income per books | | | | |
|---|---|---|---|---|---|
| 2 | Federal Income Tax | | | | |
| 3 | Excess Capital Losses | | | | |
| 4 | Income Subject to Tax not on Books | | | | |
| 5 | Expenses Recorded on Books | | | | |
|   | not Deducted on Return | | | | |
|   | a Depreciation | | | | |
|   | b Charitable Contributions | | | | |
|   | c Travel and Entertainment | | | | |
|   | Other | | | | |
| 6 | Total Lines 1-5 | | | | |
| 7 | Income Recorded on Books | | | | |
|   | not Included on Return | | | | |
|   | a Tax-exempt Interest | | | | |
|   | Other | | | | |
| 8 | Deductions on Return not on Books | | | | |
|   | a Depreciation | | | | |
|   | b Charitable Contributions | | | | |
|   | Other | | | | |
| 9 | Total Lines 7 and 8 | | | | |
| 10 | Income (Line 28, Page 1) | | | | |

**Schedule M-2**

| 1 | Balance at beginning of year | -54,694,046. | | | -54,694,046. |
|---|---|---|---|---|---|
| 2 | Net Income per Books | -4,507,548. | | | -4,507,548. |
| 3 | Other Increases | 13,844,533. | | | 13,844,533. |
|   |   | --------------- | --------------- | --------------- | --------------- |
| 4 | Total Line 1-3 | -45,357,061. | | | -45,357,061. |
| 5 | Distributions | | | | |
|   | a Cash | | | | |
|   | b Stock | | | | |
|   | c Property | | | | |
| 6 | Other Decreases | 13,776,762. | | | 13,776,762. |
|   |   | --------------- | --------------- | --------------- | --------------- |
| 7 | Total lines 5 and 6 | 13,776,762. | | | 13,776,762. |
|   |   | --------------- | --------------- | --------------- | --------------- |
| 8 | Balance at end of year | -59,133,823. | | | -59,133,823. |
|   |   | =============== | =============== | =============== | =============== |

JSA
2C9096 1.000

Global Benefits Group Inc and Subs                                      20-3842750

| Consolidated Schedules | Global Benefits Group Inc | GBG Administrative Services | GBG Assist, Inc. | International Claims Services, Inc. | GBG Holdings, Inc. | Global Benefits Group, US Inc. |
|---|---|---|---|---|---|---|
| **Sch. M1 and M-2 Summary** | 20-3842750 | 26-4068764 | 37-1797452 | 98-0076650 | 33-0950280 | 20-4570749 |
| **Schedule M-1** | | | | | | |
| 1  Net income per books | | | | | | |
| 2  Federal Income Tax | | | | | | |
| 3  Excess Capital Losses | | | | | | |
| 4  Income Subject to Tax not on Books | | | | | | |
| 5  Expenses Recorded on Books | | | | | | |
|    not Deducted on Return | | | | | | |
|    a Depreciation | | | | | | |
|    b Charitable Contributions | | | | | | |
|    c Travel and Entertainment | | | | | | |
|    Other | | | | | | |
| 6  Total Lines 1-5 | | | | | | |
| 7  Income Recorded on Books | | | | | | |
|    not Included on Return | | | | | | |
|    a Tax-exempt Interest | | | | | | |
|    Other | | | | | | |
| 8  Deductions on Return not on Books | | | | | | |
|    a Depreciation | | | | | | |
|    b Charitable Contributions | | | | | | |
|    Other | | | | | | |
| 9  Total Lines 7 and 8 | | | | | | |
| 10 Income (Line 28, Page 1) | | | | | | |
| **Schedule M-2** | | | | | | |
| 1  Balance at beginning of year | -80,091,973. | 591,810. | 14,088,841. | -3,114,061. | 13,776,762. | 54,575. |
| 2  Net Income per Books | -12,316,314. | 1,448,400. | 7,163,800. | -803,434. | | |
| 3  Other Increases | 13,732,633. | 111,899. | | | | 1. |
| 4  Total Line 1-3 | -78,675,654. | 2,152,109. | 21,252,641. | -3,917,495. | 13,776,762. | 54,576. |
| 5  Distributions | | | | | | |
|    a Cash | | | | | | |
|    b Stock | | | | | | |
|    c Property | | | | | | |
| 6  Other Decreases | | | | | 13,776,762. | |
| 7  Total lines 5 and 6 | | | | | 13,776,762. | |
| 8  Balance at end of year | -78,675,654. | 2,152,109. | 21,252,641. | -3,917,495. | NONE | 54,576. |

JSA
2C9096 1.000

```
1120 Page 6 Detail
===============================================================================


Sch. M-2, Line 3 - Other Increases
==================================

Global Benefits Group Inc
-----------------------------------------------
  Other Increases                                             13,732,633.
                                                            ---------------
      Subtotal                                                13,732,633.
                                                            ---------------

GBG Administrative Services
-----------------------------------------------
  Other Increases                                                111,899.
                                                            ---------------
      Subtotal                                                   111,899.
                                                            ---------------

Global Benefits Group, US Inc.
-----------------------------------------------
  Other Increase                                                       1.
                                                            ---------------
      Subtotal                                                         1.
                                                            ---------------

      Total Sch. M-2, Line 3 - Other Increases              13,844,533.
                                                            ===============


Sch. M-2, Line 6 - Other Decreases
==================================

GBG Holdings, Inc.
-----------------------------------------------
  Other Decreases                                             13,776,762.
                                                            ---------------
      Subtotal                                                13,776,762.
                                                            ---------------

      Total Sch. M-2, Line 6 - Other Decreases              13,776,762.
                                                            ===============
```

      0001WA   X45R

Schedule N
================================================================================

Question 6 - Foreign Countries
------------------------------

Global Benefits Group Inc
----------------------------------------------
      OC

0001WA   X45R

Schedule M-3, Part I Detail
========================================================================================================

Line 5a - Net income from nonincludible foreign entities
--------------------------------------------------------

| Name | EIN | Net Income | Total Assets | Total Liabilities | Net Amounts |
|------|-----|-----------|--------------|-------------------|-------------|
| Global Benefits Europe B.V. | FOREIGNUS | | | | |
| GBG Elite Medical Services, S.A. DE C.V. | FOREIGNUS | | | | |
| GBG Processing and Consulting Services | FOREIGNUS | | | | |
| GBG Premier, S.A. DE C.V. | FOREIGNUS | | | | |
| GBG Services (India) Private Limited | FOREIGNUS | | | | |
| Global Benefits Group (Thailand) Co. LTD | FOREIGNUS | | | | |
| Global Benefits Group Canada Ltd | FOREIGNUS | | | | |
| Global Benefits Group GmbH | FOREIGNUS | | | | |
| Global Security Life Insurance Limited | FOREIGNUS | | | | |
| GBGI Limited | FOREIGNUS | | | | |
| Shanghai (GBG) Enterprise Mgt Consulting | FOREIGNUS | | | | |
| GBG Insurance Limited | FOREIGNUS | | | | |
| GBG Insurance Zambia Limited | FOREIGNUS | | | | |
| Total | | | | | |

Line 6a - Net income from nonincludible U.S. entities
-----------------------------------------------------

| Name | EIN | Net Income | Total Assets | Total Liabilities | Net Amounts |
|------|-----|-----------|--------------|-------------------|-------------|
| Global Security Life Insurance LTD (DE) | 47-2539804 | | | | |
| Total | | | | | |

|  | | Combined | | | | | ELIMINATIONS | |
| Consolidated Schedules | Per Inc Stmt | Temporary | Permanent | Per Tax Return | Per Inc Stmt | Temporary | Permanent | Per Tax Return |
|---|---|---|---|---|---|---|---|---|
| **Schedule M-3, Part II** | | | | | | | | |
| 1 Income (loss) from equity method foreign corp. | | | | | | | | |
| 2 Gross foreign dividends not previously taxed | | | | | | | | |
| 3 Subpart F, QEF, and similar income inclusions | | 2,009. | 355,191. | 357,200. | | | | |
| 4 Gross-up for foreign taxes deemed paid | | | | | | | | |
| 5 Gross foreign distrib. previously taxed | | | | | | | | |
| 6 Income (loss) from equity method U.S. corp. | | | | | | | | |
| 7 U.S. dividends not eliminated in tax consolidation | | | | | | | | |
| 8 Minority interest for includible corp. | | | | | | | | |
| 9 Income (loss) from U.S. partnerships | | | | | | | | |
| 10 Income (loss) from foreign partnerships | | | | | | | | |
| 11 Income (loss) from other pass-through entities | | | | | | | | |
| 12 Items relating to reportable transactions | | | | | | | | |
| 13 Interest income | | | | | | | | |
| 14 Total accrual to cash adjustment | | | | | | | | |
| 15 Hedging transactions | | | | | | | | |
| 16 Mark-to-market income (loss) | | | | | | | | |
| 17 Cost of goods sold | | | | | | | | |
| 18 Sales versus lease | | | | | | | | |
| 19 Section 481(a) adjustments | | | | | | | | |
| 20 Unearned/deferred revenue | | | | | | | | |
| 21 Income recognition from long-term contracts | | | | | | | | |
| 22 Original issue discount/imputed interest | | | | | | | | |
| 23a Income statement gain/loss on sale, exchange, or abandonment | -361,753. | 361,753. | | | | | | |
| 23b Gross cap. gains from Sch. D, excluding amount from pass-through entities | | | | | | | | |
| 23c Gross cap. losses from Sch. D, exc. pass-through ent., abandonment, worthless stock | | -361,753. | | -361,753. | | | | |
| 23d Net gain/loss reported on Form 4797 | | | | | | | | |
| 23e Abandonment losses | | | | | | | | |
| 23f Worthless stock losses | | | | | | | | |
| 23g Other gain/loss on disposition of assets other than inventory | | | | | | | | |
| 24 Capital loss limitation and carryforward used | | | | | | | | |
| 25 Other income (loss) items with differences | | | | | | | | |
| 26 **Total income (loss) items** | -361,753. | 2,009. | 355,191. | -4,553. | | | | |
| 27 **Total expense/deduction items** | -9,009,229. | 2,543,602. | 364,669. | -6,100,958. | | | | |
| 28 Other items with no differences | 4,863,434. | | | 4,863,434. | | | | |
| 29a 1120 subgroup reconciliation totals | -4,507,548. | 2,545,611. | 719,860. | -1,242,077. | | | | |
| 29b PC insurance subgroup reconciliation totals | | | | | | | | |
| 29c Life insurance subgroup reconciliation totals | | | | | | | | |
| 30 **Reconciliation totals** | -4,507,548. | 2,545,611. | 719,860. | -1,242,077. | | | | |

JSA
2C8042 1.000

Global Benefits Group Inc and Subs

20-3842750
Global Benefits Group Inc and Subs

**Consolidated Schedules**

**Schedule M-3, Part II**

| | | Per Inc Stmt | Temporary | Permanent | Per Tax Return | Per Inc Stmt | Temporary | Permanent | Per Tax Return |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Income (loss) from equity method foreign corp. | | | | | | | | |
| 2 | Gross foreign dividends not previously taxed | | | | | | | | |
| 3 | Subpart F, QEF, and similar income inclusions | | | | | | 2,009. | 355,191. | 357,200. |
| 4 | Gross-up for foreign taxes deemed paid | | | | | | | | |
| 5 | Gross foreign distrib. previously taxed | | | | | | | | |
| 6 | Income (loss) from equity method U.S. corp. | | | | | | | | |
| 7 | U.S. dividends not eliminated in tax consolidation | | | | | | | | |
| 8 | Minority interest for includible corp. | | | | | | | | |
| 9 | Income (loss) from U.S. partnerships | | | | | | | | |
| 10 | Income (loss) from foreign partnerships | | | | | | | | |
| 11 | Income (loss) from other pass-through entities | | | | | | | | |
| 12 | Items relating to reportable transactions | | | | | | | | |
| 13 | Interest income | | | | | | | | |
| 14 | Total accrual to cash adjustment | | | | | | | | |
| 15 | Hedging transactions | | | | | | | | |
| 16 | Mark-to-market income (loss) | | | | | | | | |
| 17 | Cost of goods sold | | | | | | | | |
| 18 | Sales versus lease | | | | | | | | |
| 19 | Section 481(a) adjustments | | | | | | | | |
| 20 | Unearned/deferred revenue | | | | | | | | |
| 21 | Income recognition from long-term contracts | | | | | | | | |
| 22 | Original issue discount/imputed interest | | | | | | | | |
| 23a | Income statement gain/loss on sale, exchange, or abandonment | | | | | | -361,753. | 361,753. | |
| 23b | Gross cap. gains from Sch. D, excluding amount from pass-through entities | | | | | | | | |
| 23c | Gross cap. losses from Sch. D, exc. pass-through ent., abandonment, worthless stock | | | | | | | -361,753. | -361,753. |
| 23d | Net gain/loss reported on Form 4797 | | | | | | | | |
| 23e | Abandonment losses | | | | | | | | |
| 23f | Worthless stock losses | | | | | | | | |
| 23g | Other gain/loss on disposition of assets other than inventory | | | | | | | | |
| 24 | Capital loss limitation and carryforward used | | | | | | | | |
| 25 | Other income (loss) items with differences | | | | | | | | |
| 26 | **Total income (loss) items** | | | | | | -361,753. | 2,009. | 355,191. | -4,553. |
| 27 | **Total expense/deduction items** | | | | | | -9,009,229. | 2,543,602. | 364,669. | -6,100,958. |
| 28 | Other items with no differences | | | | | | 4,863,434. | | | 4,863,434. |
| 29a | 1120 subgroup reconciliation totals | | | | | | -4,507,548. | 2,545,611. | 719,860. | -1,242,077. |
| 29b | PC insurance subgroup reconciliation totals | | | | | | | | |
| 29c | Life insurance subgroup reconciliation totals | | | | | | | | |
| 30 | **Reconciliation totals** | | | | | | -4,507,548. | 2,545,611. | 719,860. | -1,242,077. |

JSA
2C8042 1.000

| | Combined | | | | ELIMINATIONS | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Consolidated Schedules** | Per Inc Stmt | Temporary | Permanent | Per Tax Return | Per Inc Stmt | Temporary | Permanent | Per Tax Return |
| **Schedule M-3, Part III** | | | | | | | | |
| 1  U.S. current income tax exp. | 277,010. | | -277,010. | | | | | |
| 2  U.S. deferred income tax exp. | | | | | | | | |
| 3  State and local current income tax exp. | 28,441. | 16,568. | | 45,009. | | | | |
| 4  State and local deferred income tax exp. | | | | | | | | |
| 5  Foreign current income tax exp. | | | | | | | | |
| 6  Foreign deferred income tax exp. | | | | | | | | |
| 7  Foreign withholding taxes | | | | | | | | |
| 8  Interest expense | 180,082. | | | 180,082. | | | | |
| 9  Stock option expense | | | | | | | | |
| 10  Other equity-based compensation | | | | | | | | |
| 11  Meals and entertainment | 169,226. | | -87,659. | 81,567. | | | | |
| 12  Fines and penalties | | | | | | | | |
| 13  Judgments, damages, awards, and similar costs | | | | | | | | |
| 14  Parachute payments | | | | | | | | |
| 15  Compensation with sect. 162(m) limitation | | | | | | | | |
| 16  Pension and profit-sharing | 1,860,857. | | | 1,860,857. | | | | |
| 17  Other post-retirement benefits | | | | | | | | |
| 18  Deferred compensation | | | | | | | | |
| 19  Charitable contribution - cash/tangibles | | | | | | | | |
| 20  Charitable contribution - intangible | | | | | | | | |
| 21  Charitable contribution limitation/carryforward | | | | | | | | |
| 22  Domestic production activities deduction | | | | | | | | |
| 23  Current year acquisition or reorg. investment banking fees | | | | | | | | |
| 24  Current year acquisition or reorg. legal and accounting fees | | | | | | | | |
| 25  Current year acquisition/reorg. other costs | | | | | | | | |
| 26  Amortization/impairment of goodwill | | | | | | | | |
| 27  Amortization of acquisition and reorg. | | | | | | | | |
| 28  Other amort. or impairment write-offs | | 53,224. | | 53,224. | | | | |
| 30  Depletion | | | | | | | | |
| 31  Depreciation | 4,083,673. | -1,814,312. | | 2,269,361. | | | | |
| 32  Bad debt expense | | | | | | | | |
| 33  Corporate owned life insurance premiums | | | | | | | | |
| 34  Purchase versus lease | | | | | | | | |
| 35  Research and development costs | | | | | | | | |
| 36  Section 118 exclusion | | | | | | | | |
| 37  Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | | | | | |
| 38  Other expense/ded. items with differ. | 2,409,940. | -799,082. | | 1,610,858. | | | | |
| 39  **Total expense/deduction items** | 9,009,229. | -2,543,602. | -364,669. | 6,100,958. | | | | |

JSA
2C8044 1.000

| | Adjustments | | | | Global Benefits Group Inc and Subs | | | |
|---|---|---|---|---|---|---|---|---|
| **Consolidated Schedules** <br> **Schedule M-3, Part III** | Per Inc Stmt | Temporary | Permanent | Per Tax Return | Per Inc Stmt | Temporary | Permanent | Per Tax Return |
| 1 U.S. current income tax exp. | | | | | 277,010. | | -277,010. | |
| 2 U.S. deferred income tax exp. | | | | | | | | |
| 3 State and local current income tax exp. | | | | | 28,441. | 16,568. | | 45,009. |
| 4 State and local deferred income tax exp. | | | | | | | | |
| 5 Foreign current income tax exp. | | | | | | | | |
| 6 Foreign deferred income tax exp. | | | | | | | | |
| 7 Foreign withholding taxes | | | | | | | | |
| 8 Interest expense | | | | | 180,082. | | | 180,082. |
| 9 Stock option expense | | | | | | | | |
| 10 Other equity-based compensation | | | | | | | | |
| 11 Meals and entertainment | | | | | 169,226. | | -87,659. | 81,567. |
| 12 Fines and penalties | | | | | | | | |
| 13 Judgments, damages, awards, and similar costs | | | | | | | | |
| 14 Parachute payments | | | | | | | | |
| 15 Compensation with sect. 162(m) limitation | | | | | | | | |
| 16 Pension and profit-sharing | | | | | 1,860,857. | | | 1,860,857. |
| 17 Other post-retirement benefits | | | | | | | | |
| 18 Deferred compensation | | | | | | | | |
| 19 Charitable contribution - cash/tangibles | | | | | | | | |
| 20 Charitable contribution - intangible | | | | | | | | |
| 21 Charitable contribution limitation/carryforward | | | | | | | | |
| 22 Domestic production activities deduction | | | | | | | | |
| 23 Current year acquisition or reorg. investment banking fees | | | | | | | | |
| 24 Current year acquisition or reorg. legal and accounting fees | | | | | | | | |
| 25 Current year acquisition/reorg. other costs | | | | | | | | |
| 26 Amortization/impairment of goodwill | | | | | | | | |
| 27 Amortization of acquisition and reorg. | | | | | | | | |
| 28 Other amort. or impairment write-offs | | | | | | 53,224. | | 53,224. |
| 30 Depletion | | | | | | | | |
| 31 Depreciation | | | | | 4,083,673. | -1,814,312. | | 2,269,361. |
| 32 Bad debt expense | | | | | | | | |
| 33 Corporate owned life insurance premiums | | | | | | | | |
| 34 Purchase versus lease | | | | | | | | |
| 35 Research and development costs | | | | | | | | |
| 36 Section 118 exclusion | | | | | | | | |
| 37 Section 162(r) - FDIC premiums paid by certain large financial institutions (see instructions) | | | | | | | | |
| 38 Other expense/ded. items with differ. | | | | | 2,409,940. | -799,082. | | 1,610,858. |
| 39 **Total expense/deduction items** | | | | | 9,009,229. | -2,543,602. | -364,669. | 6,100,958. |

JSA
2C8044 1.000

Schedule M-3, Part III Detail
===============================================================================================================

Line 38 - Other expense/deduction items with differences
--------------------------------------------------------

| Description | Expense Per Income Stmt | Temporary Difference | Permanent Difference | Deduction Per Tax Return |
|-------------|------------------------:|---------------------:|---------------------:|-------------------------:|
| **Global Benefits Group Inc** | | | | |
| Vacation Expense | 1,167,721. | -326,249. | | 841,472. |
| Rent Expense | 1,242,219. | -472,833. | | 769,386. |
| Subtotal | 2,409,940. | -799,082. | | 1,610,858. |
| Total | 2,409,940. | -799,082. | | 1,610,858. |

Global Benefits Group Inc and Subs

| | Combined | ELIMINATIONS | Adjustments | Global Benefits Group Inc and Subs |
|---|---|---|---|---|

**Consolidated Schedules - Form 4562**

   **Consolidated 4562 Summary**

   **Part I - Section 179 Expense**

  2  Sec 179 property placed in Service in current year

  6  Nonlisted property

  7  Listed property

  8  Total elected cost

  9  Tentative deduction

 10  Carryover from 2017

 12  Sec 179 expense deduction

 13  Carryover to 2019

   **Part II - Other Depreciation**

| | Combined | | | Global Benefits Group Inc and Subs |
|---|---|---|---|---|
| 14 Special depreciation allowance | 1,668,233. | | | 1,668,233. |
| 15 Property subject to 168(f)(1) | | | | |
| 16 ACRS and other depreciation | 581,204. | | | 581,204. |

   **Part III - MACRS**

| | Combined | | | Global Benefits Group Inc and Subs |
|---|---|---|---|---|
| 17 MACRS deduction - prior years | 19,923. | | | 19,923. |

 19  General Depreciation System

    a.  3-year property

    b.  5-year property

    c.  7-year property

    d.  10-year property

    e.  15-year property

    f.  20-year property

    g.  25-year property

    h.  27.5-year residential real

    i.  39-year  nonresidential real

 20  Alternative Depreciation System

    a.  Class life

    b.  12-year

    c.  30-year

    d.  40-year

   **Part IV - Summary**

 21  Listed Property

| | Combined | | | Global Benefits Group Inc and Subs |
|---|---|---|---|---|
| **22 Total depreciation** | 2,269,360. | | | 2,269,360. |
| 42 Amortization - current year | | | | |
| 43 Amortization - prior year | 53,224. | | | 53,224. |
| **44 Total Amortization** | 53,224. | | | 53,224. |

Global Benefits Group Inc and Subs

| | Global Benefits Group Inc | GBG Administrative Services | GBG Assist, Inc | International Claims Services Inc. | GBG Holdings, Inc. | Global Benefits Group, US Inc. |
|---|---|---|---|---|---|---|
| **Consolidated Schedules - Form 4562** | | | | | | |
| **Consolidated 4562 Summary** | 20-3842750 | 26-4068764 | 37-1797452 | 98-0076650 | 33-0950280 | 20-4570749 |
| **Part I - Section 179 Expense** | | | | | | |
| 2  Sec 179 property placed in Service in current year | | | | | | |
| 6  Nonlisted property | | | | | | |
| 7  Listed property | | | | | | |
| 8  Total elected cost | | | | | | |
| 9  Tentative deduction | | | | | | |
| 10  Carryover from 2017 | | | | | | |
| 12  Sec 179 expense deduction | | | | | | |
| 13  Carryover to 2019 | | | | | | |
| **Part II - Other Depreciation** | | | | | | |
| 14  Special depreciation allowance | 1,668,233. | | | | | |
| 15  Property subject to 168(f)(1) | | | | | | |
| 16  ACRS and other depreciation | 581,204. | | | | | |
| **Part III - MACRS** | | | | | | |
| 17  MACRS deduction - prior years | 19,923. | | | | | |
| 19  General Depreciation System | | | | | | |
| a.  3-year property | | | | | | |
| b.  5-year property | | | | | | |
| c.  7-year property | | | | | | |
| d.  10-year property | | | | | | |
| e.  15-year property | | | | | | |
| f.  20-year property | | | | | | |
| g.  25-year property | | | | | | |
| h.  27.5-year residential real | | | | | | |
| i.  39-year  nonresidential real | | | | | | |
| 20  Alternative Depreciation System | | | | | | |
| a.  Class life | | | | | | |
| b.  12-year | | | | | | |
| c.  30-year | | | | | | |
| d.  40-year | | | | | | |
| **Part IV - Summary** | | | | | | |
| 21  Listed Property | | | | | | |
| **22  Total depreciation** | 2,269,360. | | | | | |
| 42  Amortization - current year | | | | | | |
| 43  Amortization - prior year | 53,224. | | | | | |
| **44  Total Amortization** | 53,224. | | | | | |

SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTING

```
     Form 5471, Page 4 Detail
     =======================================================================================
```

|                                         | Beginning | | Ending | |
|                                         | Func Currency | US Currency | Func Currency | US Currency |
| --- | --- | --- | --- | --- |
| Sch F, Line 5 - Other current assets | | | | |
| OTHER RECEIVABLES | | 48,801. | | NONE |
| CLAIM OVERPAYMENT -TAIPING | | 371,703. | | NONE |
| CLAIM OVERPAYMENT -PICC | | 56,290. | | NONE |
| CLAIM OVERPAYMENT -AIC | | 44,653. | | NONE |
| CLIAM OVERPAYMENT - GIL | | 15,568. | | NONE |
| MEDILINK - TAIPING | | 697,851. | | NONE |
| SECURITY DEPOSITS - RENT | | -11,483. | | NONE |
| BUMA | | 102,938. | | NONE |
| PREPAID TO PROVIDER | | 271,419. | | NONE |
| MEDLINK -PICC | | -92,731. | | NONE |
| MEDLINK - GIL | | -1,876. | | |
| MEDLINK - AIC | | 157,923. | | NONE |
| XIANGYA HOSPITAL CENTRAL S UNIV | | 4,496. | | NONE |
| SIGN HEALTH | | 29,735. | | NONE |
| Claim Overpayment - SHL | | 190. | | NONE |
| Totals | | 1,695,477. | | NONE |
| | | | | |
| Sch F, Line 7 - Investment in subsidiaries | | | | |
| Investment in Subsidiaries | | 15,635. | | NONE |
| Totals | | 15,635. | | NONE |
| | | | | |
| Sch F, Line 13 - Other assets | | | | |
| GBG | | 163,312. | | NONE |
| GBGH | | 11,556,628. | | NONE |
| ICS | | -6,539,996. | | NONE |
| GBG Assist | | -1,830. | | |
| Totals | | 5,178,114. | | NONE |
| | | | | |
| Sch F, Line 16 - Other current liabilities | | | | |
| TAX | | 82,903. | | NONE |
| BROKER COMM PAYABLE 2012 | | 46. | | NONE |

Continued on next page                    Statement  36

```
0001W4  X45R
```

SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTING


Form 5471, Page 4 Detail
=================================================================================

|  | Beginning | | Ending | |
| --- | --- | --- | --- | --- |
|  | Func Currency | US Currency | Func Currency | US Currency |

Sch F, Line 16 - Other current liabilities (Cont'd)
-----------------------------------------------------

| | | | | |
| --- | --- | --- | --- | --- |
| BROKER COMM PAYABLE 2013 | | 9,339. | | NONE |
| BROKER COMM PAYABLE 2014 | | 244,433. | | |
| BROKER COMM PAYABLE 2015 | | 452,136. | | NONE |
| BROKER COMM PAYABLE 2 | | -291. | | NONE |
| RESERVES - OTHER | | 11,399. | | NONE |
| UNDERWRITER RESERVES- OTHER | | -1,689. | | NONE |
| DUE T0 UW GROSS - OTHER | | -151,808. | | NONE |
| DUE TO NON GIL FRONT - OTHER | | -28,546,676. | | NONE |
| DEPOSIT TO CLAIM- CHINA - OTHER | | 16,042,005. | | |
| PAID CLAIMS - CNY- GIL | | 3,956. | | |
| REPRICING FEES | | 22,096. | | NONE |
| PAID CLAIMS - CNY - TAIPING LTD | | 53,722. | | NONE |
| PAID CLAIMS - CNY - TAIPING | | 32,453,700. | | NONE |
| OVERSEAS CLAIM _NON-CNY | | 687,477. | | NONE |
| CHINA ICS-USD USD | | 17,578. | | NONE |
| CHINA ICS-CNY USD | | 207,210. | | NONE |
| PAID CLAIMS -  CNY- PICC | | 339,146. | | NONE |
| PAID CLAIMS -  CNY- AIC | | 1,803,029. | | NONE |
| PAID CLAIMS - ICS | | 1,847,007. | | NONE |
| ASO PICC | | 1,866,855. | | NONE |
| ASO AISG | | 74,550. | | NONE |
| UNAPPLIED PREMIUM - OTHER | | -70,956. | | NONE |
| UNAPPLIED TAI-PING | | -17,676,080. | | NONE |
| UNAPPLIED PREMIUM PICC | | -496,969. | | NONE |
| UNAPPLIED PREMIUM- All TRUST | | -266,171. | | NONE |
| UNAPPLIED OVERPAYMENTS | | -1,656. | | NONE |
| UNAPPLIED OVERPAYMENTS | | 94,607. | | NONE |
| Paid Claims - CNY - SH Life | | 450,960. | | NONE |
| Accrued expenses-other | | -800,000. | | NONE |
| Due to GIL | | -210,935. | | NONE |
| Paid claims CNY Taping | | 328,073. | | NONE |
| Totals | | 8,868,996. | | NONE |

0001W4   X45R

Form 5471, Page 3 Detail
========================================================================

|                            | Func Currency | US Currency |
|----------------------------|--------------:|------------:|
| **Sch C, Line 17 - Other Deductions** | | |
| PENSION PLAN               | 1,483,284.    | 18,874.     |
| TRAINING & DEVELOPMENT     | 5,187.        | 66.         |
| MEALS FOR STAFF            | 147,040.      | 1,871.      |
| EMPLOYEE RECOGNITION       | 1,973,521.    | 25,112.     |
| PRINTING /POSTAGE          | 249,598.      | 3,176.      |
| SOFTWARE EXPENSE           | 114,032.      | 1,451.      |
| INSURANCE - OTHER          | 4,610,488.    | 58,666.     |
| COMMUNICATION              | 894,026.      | 11,376.     |
| WORKERS COMP INSURANCE     | 2,179,345.    | 27,731.     |
| PROFESSIONAL FEES -OTHER   | 401,274.      | 5,106.      |
| ACCOUNTING                 | 767,026.      | 9,760.      |
| UTILITIES                  | 5,351,973.    | 68,101.     |
| MAINTENANCE                | 120,398.      | 1,532.      |
| BANK CHARGES               | 56,582.       | 720.        |
| TRAVEL                     | 1,466,265.    | 18,657.     |
| MISCELLANEOUS              | 6,099,993.    | 77,619.     |
| HOTEL                      | -4,087.       | -52.        |
| OFFICE COST                | -178,082.     | -2,266.     |
| Total                      | 25,737,863.   | 327,500.    |

**Sch C, Line 21a - Income tax expense (benefit) - current**

|         | Func Currency | US Currency |
|---------|--------------:|------------:|
| Federal | 3,269,651.    | 41,605.     |
| Total   | 3,269,651.    | 41,605.     |

0001WA   X45R

GBG SERVICES (INDIA) PRIVATE LIMITED


Form 5471, Page 4 Detail
================================================================================

|                                | Beginning | | Ending | |
| ------------------------------ | Func Currency | US Currency | Func Currency | US Currency |
| **Sch F, Line 5 - Other current assets** | | | | |
| ADVANCE AND LOANS -  OTHERS    |  | 23,731. |  | NONE |
| PREPAID INSURANCE AND TAXES    |  | 432,724. |  | 477,579. |
| PREPAID EXPENSE INDIA          |  | 7,011. |  | NONE |
| SECURITY DEPOSITS -RENT        |  | 69,119. |  | NONE |
| OTHER ASSETS                   |  | NONE |  | 121,449. |
| INTERCO - REC(PAY)-GBG INC     |  | NONE |  | 1,399,862. |
| Totals                         |  | 532,585. |  | 1,998,890. |
| **Sch F, Line 13 - Other assets** | | | | |
| Due from GBG Company           | 1,113,734. |  |  | NONE |
| Totals                         | 1,113,734. |  |  | NONE |
| **Sch F, Line 16 - Other current liabilities** | | | | |
| ACCURED EXPENSE -OTHER         |  | 6,614. |  | 3,271. |
| ACCURED EXPENSE                |  | 236,097. |  | 225,397. |
| DEFERRED TAXES PAYABLE         |  | -49,937. |  | -51,992. |
| FEDERAL                        |  | 486,559. |  | 497,809. |
| LEASE LIABILITY                |  | NONE |  | 1,075,494. |
| Totals                         |  | 679,333. |  | 1,749,979. |
| **Sch F, Line 19 - Other liabilities** | | | | |
| OTHER LIABLILITIES             |  | NONE |  | 1. |
| Totals                         |  | NONE |  | 1. |

Global Benefits Group Inc and Subs                                      20-3842750
 GLOBAL BENEFITS GROUP CANADA LTD.


Form 5471, Page 3 Detail
================================================================================

|                                    | Func Currency | US Currency |
|------------------------------------|--------------:|------------:|
| Sch C, Line 17 - Other Deductions  |               |             |
| EMPLOYEE INSURANCE                  |        7,605. |      5,790. |
| BANK CHARGES                        |        4,026. |      3,065. |
| COMMUNICATION                       |       53,222. |     40,519. |
| INSURANCE                           |        2,837. |      2,160. |
| LEGAL                               |       14,659. |     11,160. |
| PROFESSIONAL FEES                   |        2,187. |      1,665. |
| AUTO EXPENSE                        |          393. |        299. |
| HOTEL                               |        1,572. |      1,197. |
| MEALS                               |          658. |        501. |
| TRANSPORTATION                      |        2,975. |      2,265. |
| MISCELLANEOUS                       |       -4,144. |     -3,155. |
| Total                               |       85,990. |     65,466. |

GLOBAL BENEFITS GROUP CANADA LTD.


Form 5471, Page 4 Detail
===============================================================================

```
                              Beginning                    Ending
                       ----------------------------  ----------------------------
                       Func Currency   US Currency   Func Currency   US Currency
                       -------------   -----------   -------------   -----------
Sch F, Line 13 - Other assets
----------------------------

GBG                                      -6,558.                          NONE
GBG Assist                             -246,856.                          NONE
GIL                                      -4,061.                          NONE
Due from GBG Company                       -185.                          NONE
GBG INC                                    NONE                          9,775.
CANADA                                     NONE                       -146,855.
PREMIUM SUSPENSE                           NONE                        -98,130.
                       -------------   -------------   -------------   -------------
    Totals                             -257,660.                      -235,210.
                       =============   =============   =============   =============

Sch F, Line 16 - Other current liabilities
-------------------------------------------

BROKER COMM PAYABLE 2017                 -17,701.                          NONE
BROKER COMM PAYABLE 2018                -103,473.                          NONE
BROKER COMM PAYABLE 2019                 -65,031.                          NONE
Broker Comm Payable 2020                 -18,064.                          NONE
Broker Comm payable 2021                  -8,556.                          NONE
UNDERWRITER RESERVES - OTHER               2,265.                          NONE
DUE TO NON GIL  FRONT - OTHER            -21,169.                          NONE
PAID CLAIMS                             -286,887.                          NONE
UNAPPLIED PREMIUM OTHERS               1,136,030.                          NONE
CREDIT CARDS                               NONE                          2,608.
                       -------------   -------------   -------------   -------------
    Totals                              617,414.                        2,608.
                       =============   =============   =============   =============
```

GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES


Form 5471, Page 3 Detail
================================================================================

|                                          | Func Currency   | US Currency   |
|------------------------------------------|-----------------|---------------|
| **Sch C, Line 9 - Other Income**         |                 |               |
| ATMSAFE - PHILIPPINE -OTHER              | 28,411,747.     | 532,084.      |
| Total                                    | 28,411,747.     | 532,084.      |

| **Sch C, Line 17 - Other Deductions**    |             |           |
|------------------------------------------|-------------|-----------|
| CONSULTING                               | 391,155.    | 7,325.    |
| EMPLOYEE INSURANCE                       | 1,617,664.  | 30,295.   |
| TRAINING & DEVELOPMENT                   | 48,031.     | 900.      |
| FRINGE                                   | 1,461,630.  | 27,373.   |
| EMPLOYEE RECOGNITION                     | 107,215.    | 2,008.    |
| POSTAGE/PRINTING                         | 12,398.     | 232.      |
| COMMUNICATION                            | 701,395.    | 13,135.   |
| MARKETING EXPENSE                        | 211,156.    | 3,954.    |
| DUES & SUBSCRIPTIONS                     | 39,163.     | 733.      |
| SUPPLIES                                 | 116,005.    | 2,172.    |
| INSURANCE - OTHER                        | 42,739.     | 800.      |
| LEGAL                                    | 606,725.    | 11,363.   |
| ACCOUNTING                               | 113,724.    | 2,130.    |
| PROFESSIONAL FEES - OTHER                | 582,056.    | 10,901.   |
| UTILITIES                                | 437,000.    | 8,184.    |
| OCCUPANCY EXPENSE                        | 84,387.     | 1,580.    |
| LICENSE & FEES                           | 390,228.    | 7,308.    |
| EQUIPMENT                                | 39,115.     | 733.      |
| BANK CHARGES                             | 39,294.     | 736.      |
| AUTO EXPENSES                            | 68,678.     | 1,286.    |
| MEALS                                    | 47,840.     | 896.      |
| TRANSPORTATION                           | 106,150.    | 1,988.    |
| MISCELLANEOUS                            | -4,014,122. | -75,175.  |
| Total                                    | 3,249,626.  | 60,857.   |

| **Sch C, Line 21a - Income tax expense (benefit) - current** |          |         |
|--------------------------------------------------------------|----------|---------|
| Foreign Income Tax Expense                                   | 220,586. | 4,131.  |
| Total                                                        | 220,586. | 4,131.  |

0001WA  X45R

GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES IN


Form 5471, Page 4 Detail
================================================================================

|                                      | Beginning |              | Ending        |              |
|                                      | Func Currency | US Currency | Func Currency | US Currency |
|--------------------------------------|-----------|--------------|---------------|--------------|
| **Sch F, Line 5 - Other current assets** |       |              |               |              |
| Advances and Loans - Other           |           | 4,158.       |               | NONE         |
| Employee advance                     |           | 17,769.      |               | NONE         |
| Deposits - other                     |           | 17,999.      |               | NONE         |
| Prepaid expense - other              |           | 18,135.      |               | 19,528.      |
| Other Assets - Other                 |           | NONE         |               | -17,999.     |
| GBG Inc                              |           | NONE         |               | -95,037.     |
| GIL                                  |           | NONE         |               | 158,600.     |
| Totals                               |           | 58,061.      |               | 65,092.      |
| **Sch F, Line 13 - Other assets**    |           |              |               |              |
| GBG                                  |           | -18,524.     |               | NONE         |
| GBGH                                 |           | -4,937.      |               | NONE         |
| Totals                               |           | -23,461.     |               | NONE         |
| **Sch F, Line 19 - Other liabilities** |         |              |               |              |
| Paid Claims                          |           | -162,575.    |               | NONE         |
| Income Taxes Payable - Other         |           | 1,312.       |               | 2,623.       |
| Accrued Expenses                     |           | 25,959.      |               | 10,601.      |
| Accrued Payroll                      |           | 1,027.       |               | -72,511.     |
| Foreign Income Tax Payable           |           | 3,339.       |               | -1,377.      |
| Totals                               |           | -130,938.    |               | -60,664.     |
| **Sch F, Line 21 - Paid-in or cap surplus** |     |              |               |              |
| Paid-in Capital                      |           | 200,000.     |               | 200,000.     |
| Totals                               |           | 200,000.     |               | 200,000.     |

0001W4   X45R

GLOBAL BENEFITS GROUP (UK) LIMITED


Form 5471, Page 3 Detail
================================================================================

|                                | Func Currency | US Currency |
|--------------------------------|--------------:|------------:|
| **Sch C, Line 9 - Other Income** |             |             |
| 105% RECHARGE                  |   3,416,106.  | 4,355,500.  |
| Total                          |   3,416,106.  | 4,355,500.  |

| **Sch C, Line 16 - Taxes**     |               |             |
|--------------------------------|--------------:|------------:|
| Payroll Tax Expenses           |     328,656.  |   419,033.  |
| Total                          |     328,656.  |   419,033.  |

Sch C, Line 17 - Other Deductions
---------------------------------

|                          | Func Currency | US Currency |
|--------------------------|--------------:|------------:|
| Employee Insurance       |      78,795.  |   100,463.  |
| Pension Plan             |     175,018.  |   223,146.  |
| Training&Development     |       1,859.  |     2,370.  |
| Employee Recognition     |       1,889.  |     2,408.  |
| Postage/Printing         |         510.  |       650.  |
| Communication            |      11,995.  |    15,294.  |
| Marketing Expense        |      73,913.  |    94,238.  |
| Promotions               |       1,117.  |     1,424.  |
| Dues & Subscriptions     |      16,192.  |    20,645.  |
| OfficeSupplies           |       4,815.  |     6,139.  |
| Software Expense         |      -6,299.  |    -8,031.  |
| Insurance - Other        |      21,153.  |    26,970.  |
| Workers comp Insurance   |       3,016.  |     3,845.  |
| Legal                    |       3,473.  |     4,428.  |
| Accounting               |      17,105.  |    21,809.  |
| Professional Fees- Other |      24,759.  |    31,567.  |
| Recruiting               |      13,476.  |    17,182.  |
| Utilities                |      16,550.  |    21,101.  |
| Occupancy                |       3,602.  |     4,593.  |
| License                  |      11,774.  |    15,012.  |
| Equipment                |      13,370.  |    17,047.  |
| Bank Charges             |       5,262.  |     6,709.  |
| Auto Expense             |         867.  |     1,105.  |
| Entertainment            |         335.  |       427.  |
| Hotel                    |      26,556.  |    33,859.  |
| Meals                    |      25,027.  |    31,909.  |
| Transportation           |      77,791.  |    99,183.  |
| Travel                   |      20,047.  |    25,560.  |

Continued on next page                    Statement  44

0001WA  X45R

 GLOBAL BENEFITS GROUP (UK) LIMITED

Form 5471, Page 3 Detail
================================================================================

|                                                  | Func Currency | US Currency |
|--------------------------------------------------|---------------|-------------|
| Sch C, Line 17 - Other Deductions (Cont'd)       |               |             |
| Miscellaneous                                    | 6,257.        | 7,978.      |
| Total                                            | 650,224.      | 829,030.    |

0001WA   X45R

GLOBAL BENEFITS GROUP (UK) LIMITED

```
Form 5471, Page 4 Detail
================================================================================
```

|                              | Beginning | | Ending | |
|------------------------------|--------------:|-----------:|--------------:|-----------:|
|                              | Func Currency | US Currency | Func Currency | US Currency |
| **Sch F, Line 5 - Other current assets** | | | | |
| Employee Advance             |           | 98,383. |           | NONE |
| Prepaid Expense              |           | NONE    |           | 40,577. |
| GBE                          |           | NONE    |           | -282,986. |
| GBG Inc                      |           | NONE    |           | -139,102. |
| GBG UK TP to GBG Inc.        |           | NONE    |           | 288,200. |
| Totals                       |           | 98,383. |           | -93,311. |
| **Sch F, Line 13 - Other assets** | | | | |
| GBG                          | -4,748,552. |           |           | NONE |
| GBGH                         | -13,000.    |           |           | NONE |
| GBE                          | -149,985.   |           |           | NONE |
| GIL                          | -1,377,394. |           |           | NONE |
| Due from GBG - Admin Fee     | 6,477,798.  |           |           | NONE |
| Totals                       | 188,867.    |           |           | NONE |
| **Sch F, Line 16 - Other current liabilities** | | | | |
| Accrued Expenses             | 328,981.  |           |           | 72,811. |
| Accrued Payroll              | 139,102.  |           |           | NONE |
| Deferred Taxes Payable       | -28,072.  |           |           | NONE |
| TAXES                        | 108,244.  |           |           | 164,084. |
| Credit Card                  | NONE      |           |           | 41,358. |
| Lease Liability              | NONE      |           |           | 863,943. |
| Totals                       | 548,255.  |           |           | 1,142,196. |

0001W4   X45R

Form 5471, Page 3 Detail
================================================================================

|  | Func Currency | US Currency |
|---|---|---|
| **Sch C, Line 16 - Taxes** | | |
| Payroll Tax Expense | 654,868. | 32,793. |
| Total | 654,868. | 32,793. |

| **Sch C, Line 17 - Other Deductions** | | |
|---|---|---|
| Consulting | 10,295,712. | 515,562. |
| Fringe | 180,106. | 9,019. |
| Bank Charges | 37,078. | 1,857. |
| Meals for Staff | 402. | 20. |
| Miscellaneous | 105,330. | 5,274. |
| Total | 10,618,628. | 531,732. |

| **Sch C, Line 21a - Income tax expense (benefit) - current** | | |
|---|---|---|
| Mexico | 3,573,767. | 178,958. |
| Total | 3,573,767. | 178,958. |

0001WA  X45R

GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEXICO)


Form 5471, Page 4 Detail
================================================================================

```
                                  Beginning                     Ending
                         ----------------------------  ----------------------------
                         Func Currency   US Currency   Func Currency   US Currency
                         -------------   -----------   -------------   -----------
Sch F, Line 13 - Other assets
-----------------------------
GBG                                      7,221,295.                         NONE
GBG Premier                                268,239.                     273,740.
Due From GBG/GIl Other                     -25,248.                         NONE
GIL                                         -2,000.                   -3,207,786.
                         -------------   -----------   -------------   -----------
     Totals                              7,462,286.                  -2,934,046.
                         =============   ===========   =============   ===========

Sch F, Line 16 - Other current liabilities
------------------------------------------
Paid Claims                              9,914,589.                         NONE
Foreign Income Tax Payable                     NONE                    -299,864.
Unearned Income                                NONE                   1,008,947.
                         -------------   -----------   -------------   -----------
     Totals                              9,914,589.                     709,083.
                         =============   ===========   =============   ===========
```

0001W4   X45R

Global Benefits Group Inc and Sub                                     20-3842750
GBG PREMIER, S.A.DE.C.V (MEXICO)


Form 5471, Page 3 Detail
================================================================================

```
                                         Func Currency      US Currency
                                        ---------------   ---------------
Sch C, Line 17 - Other Deductions
---------------------------------
    Bank Charges                               249,596.           12,499.
    Miscellaneous                                 -489.              -24.
                                        ---------------   ---------------
    Total                                      249,107.           12,475.
                                        ===============   ===============
```

     0001WA   X45R

GBG PREMIER, S.A.DE.C.V (MEXICO)


Form 5471, Page 4 Detail
================================================================================

|                              | Beginning | | Ending | |
|------------------------------|----------------|----------------|----------------|----------------|
|                              | Func Currency | US Currency | Func Currency | US Currency |
| **Sch F, Line 13 - Other assets** | | | | |
| GBG                          |               | -347,433.      |               | -351,087.      |
| GBG Elite                    |               | -268,239.      |               | -273,695.      |
| GIL                          |               | -3,600.        |               | 2.             |
| Totals                       |               | -619,272.      |               | -624,780.      |
| **Sch F, Line 16 - Other current liabilities** | | | | |
| Broker Comm Payable 2019     |               | -125,534.      |               | NONE           |
| Unearned Income              |               | NONE           |               | 91,723.        |
| Totals                       |               | -125,534.      |               | 91,723.        |

0001W4   X45R

Form 5472, Page 1 Detail
========================================================================

The following US affiliated group members are electing to file a
consolidated Form 5472 - "Information return of a 25% foreign-owned
US corporation or a foreign corporation engaged in a US trade or
business."

Related Party  GBG Insurance Limited
ID Number:     FOREIGNUS
------------------------------------------------------------------------

GLOBAL BENEFTS GROUP, INC.
FEIN: 20-3842750
27422 Portola Pkwy #110
Foothill Ranch, CA  92610


International Claims Services, Inc.
98-0076650
27422 PORTOLA PARKWAY - SUITE 110, Foothill Ranch, CA  92610

GBG HOLDINGS, INC.
33-0950280
27422 PORTOLA PARKWAY - SUITE 110, Foothill Ranch, CA  92610

0001W4  X45R

Form 5472 - Information Return of a Foreign Owned Corporation
================================================================================


Part IV  - Other Amounts Paid
-----------------------------
   Administration Expenses                                      5,141,433.
                                                           ---------------
      Total                                                    5,141,433.
                                                           ===============


Part IV - Exchange Rate Schedule
--------------------------------
   USD                                                      1.0000000

0001WA  X45R

```
Form 5472, Page 1 Detail
========================================================================


The following US affiliated group members are electing to file a
consolidated Form 5472 - "Information return of a 25% foreign-owned
US corporation or a foreign corporation engaged in a US trade or
business."

Related Party  Global Benefits Europe B.V.
ID Number:     FOREIGNUS
------------------------------------------------------------------------


GLOBAL BEEFITS GROUP, INC
FEIN: 20-3842750
27422 Portola Pkwy #110
Foothill Ranch, CA  92610


International Claims Services, Inc.
98-0076650
27051 Towne Centre Drive, #210, Foothill Ranch, CA  92610

GBG HOLDINGS, INC.
33-0950280
27051 Towne Centre Drive, #210, Foothill Ranch, CA  92610

GBG Assist, Inc.
37-1797452
27051 Towne Centre Drive, #210, Foothill Ranch, CA  92610
```

0001W4  X45R

Form 5472 - Information Return of a Foreign Owned Corporation
==============================================================================


Part IV - Exchange Rate Schedule
--------------------------------
  USD                                                                1.0000000

     0001WA   X45R

Form 5472, Page 1 Detail
========================================================================

The following US affiliated group members are electing to file a
consolidated Form 5472 - "Information return of a 25% foreign-owned
US corporation or a foreign corporation engaged in a US trade or
business."

Related Party  GBGI Limited
ID Number:     FOREIGNUS
------------------------------------------------------------------------

Global Benefits Group Inc
FEIN: 20-3842750
27051 Towne Centre Drive, #210
FOOTHILL RANCH, CA  92610


GBG Assist, Inc.
37-1797452
27051 Towne Centre Drive, #210, Foothill Ranch, CA  92610

Global Benefits Group Inc
20--384275
27051 Towne Centre Drive, #210, FOOTHILL RANCH,, CA  92610

Form 5472 - Information Return of a Foreign Owned Corporation
================================================================================

Part IV  - Other Amounts Paid
-----------------------------
   Administration Expenses                                          856,906.
                                                               ---------------
      Total                                                        856,906.
                                                               ===============


Part IV - Exchange Rate Schedule
--------------------------------
   USD                                                        1.0000000

0001WA   X45R

```
Form 8992 - Schedule B Calculation of GILTI for Members of a
===============================================================================
U.S Consolidated Group Who Are U.S. Shareholders of a CFC
-----------------------------------------------------------
Part I - Reference ID Number
----------------------------
SHANGHAI(GBG) ENTERPRISE MANAGEMENT CONSULTIN

   3007707

GBG SERVICES (INDIA) PRIVATE LIMITED

   541990

GLOBAL BENEFITS GROUP CANADA LTD.

   00005

GLOBAL BENEFITS GROUP PROCESSING PHILIPPINES

   881804

GLOBAL BENEFITS GROUP (UK) LIMITED

   00001

GBG ELITE MEDICAL SERVICES, S.A. DE C.V. (MEX

   00002

GBG PREMIER, S.A.DE.C.V (MEXICO)

   00003

GBG PARAGUAY SOCIEDAD ANONIMA

   00006
```

          0001WA   X45R

Form 8916-A, Part III Detail
========================================================================================================================

Line 4 - Other Interest Expense
-------------------------------

| Description | Per Income Stmt | Temporary Difference | Permanent Difference | Per Tax Return |
|---|---|---|---|---|
| GBG Assist, Inc. | | | | |
| Interest Expense | 180,082. | | | 180,082. |
| | --------------- | --------------- | --------------- | --------------- |
| Subtotal | 180,082. | | | 180,082. |
| | --------------- | --------------- | --------------- | --------------- |
| Total | 180,082. | | | 180,082. |
| | =============== | =============== | =============== | =============== |

**Section 1.263(a)-3(n) Election to
Capitalize Repair and Maintenance Costs**

**Taxpayer:** Global Benefits Group, Inc. & Subsidiaries

**Address:**
27051 Towne Centre Drive, #210
Foothill Ranch, CA 92610

**Tax Identification Number:** 20-3842750

**Year:** 2022

| Subsidiaries: | FEIN |
|---|---|
| Global Benefits Group, Inc. | 20-3842750 |
| GBG Administrative Services, Inc. | 26-4068764 |
| GBG Assist, Inc. | 37-1797452 |
| International Claims Services, Inc. | 98-0076650 |
| GBG Insurance Services, Inc | 27-0167612 |
| GBG Holdings, Inc. | 33-0950280 |
| Global Benefits Group, U.S. Inc. | 20-4570749 |

Global Benefits Group, Inc. & Subsidiaries are making the election to capitalize repair and maintenance costs under Treas. Reg. §1.263(a)-3(n) of the Final Repair Regulations (T.D. 9636) for the taxable year that began 01/01/2022 and ended 12/31/2022.

Global Benefits Group, Inc. is making this election for itself, and for each of its subsidiaries listed above.

**Section 1.263(a)-1(f) De Minimis Safe Harbor Election**

**Taxpayer:** Global Benefits Group, Inc. & Subsidiaries

**Address:**
27051 Towne Centre Drive, #210
Foothill Ranch, CA 92610

**Tax Identification Number:** 20-3842750

**Year:** 2022

| **Subsidiaries:** | **FEIN** |
| --- | --- |
| Global Benefits Group, Inc. | 20-3842750 |
| GBG Administrative Services, Inc. | 26-4068764 |
| GBG Assist, Inc. | 37-1797452 |
| International Claims Services, Inc. | 98-0076650 |
| GBG Insurance Services, Inc. | 27-0167612 |
| GBG Holdings, Inc. | 33-0950280 |
| Global Benefits Group, U.S. Inc. | 20-4570749 |

Global Benefits Group, Inc. & Subsidiaries are making the de minimis safe harbor election under Treas. Reg. §1.263(a)-1(f) of the Final Repair Regulations (T.D. 9636) for the taxable year that began 01/01/2022 and ended 12/31/2022.

Global Benefits Group, Inc. is making this election for itself, and for each of its subsidiaries listed above.