| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

In Re: _____

Case No.: _____

Chapter: 11 (Small Business Subchapter V)

Judge: _____

# SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference in accordance with 11 § U.S.C. 1188(c)*

Date of order for relief: _____

Trustee: _____

Has the debtor served the *Notice of Status Hearing and § 1111(b) Election Deadline* on all creditors and parties in interest?   Yes ❑   No ❑

   If no, please explain: _____

Has the debtor attended an initial debtor interview?   Yes ❑   No ❑

   If no, please explain: _____

Has the trustee concluded the 341 meeting?   Yes ❑   No ❑

   If no, please explain: _____

Has the debtor filed all postpetition financial reports?   Yes ❑   No ❑

   If no, please explain: _____

Has the debtor filed all monthly operating reports?   Yes ❑   No ❑

   If no, please explain: _____

Is all relevant insurance in place and current?   Yes ❑   No ❑

If no, please explain:

_____

Has the debtor filed all applicable tax returns?        Yes ❑        No ❑

If no, please explain:

_____

Has the debtor paid all taxes entitled to administrative expense priority?    Yes ❑    No ❑

If no, please explain:

_____

Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

_____
_____
_____
_____

Other relevant information:

_____
_____
_____
_____

Note: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).

This status report must be served on the trustee, as well as on all creditors and parties in interest.

Date: _____        _____
                                                                            Debtor

Date: _____        _____
                                                                            Joint Debtor

*rev.2/06/2023*